Fill in this information to identify the case:

Debtor name: **Orbit Energy & Power, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Beacon Roofing Supply<br>PO Box 418527<br>Boston, MA 02241-8527 | | Vendor / Trade Debt | | | | $163,655.18 |
| Billows Electric Supply<br>5071 Route 42 South<br>Blackwood, NJ 08012 | | Vendor / Trade Debt | | | | $323,052.94 |
| Clear Channel Outdoor<br>PO Box 402379<br>Atlanta, GA 30384-2379 | | Marketing / Advertising | | | | $147,707.00 |
| Cloudfund LLC<br>400 Rella Blvd<br>Suite 165-101<br>Suffern, NY 10901 | | MCA Loan | Contingent Unliquidated Disputed | $1,500,000.00 | $0.00 | $1,500,000.00 |
| Cooper Power Systems<br>Cooper Electric Supply Co<br>PO Box 415925<br>Boston, MA 02241-5925 | | Vendor / Trade Debt | | | | $838,808.44 |
| Dvinci Inc. dba Colossus<br>177 Huntington Ave, Suite 1703<br>PO Box 42739<br>Boston, MA 02115-3153 | | | | | | $127,085.00 |

Debtor  Orbit Energy & Power, LLC
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EBF Holdings, LLC dba Everest Funding 2001 NW 107th Ave 3rd Floor Miami, FL 33172 | | MCA Loan | Contingent Unliquidated Disputed | $820,000.00 | $0.00 | $820,000.00 |
| Global Merchant Cash, Inc. 64 Beaver Street Suite 415 New York, NY 10004 | | MCA Loan | Contingent Unliquidated Disputed | $1,900,000.00 | $0.00 | $1,900,000.00 |
| Google LLC 1600 Amphitheatre Parkway Mountain View, CA 94043 | | Marketing / Advertising | | | | $1,167,430.43 |
| Krannich Solar East, LLC 75 Twinbridge Drive., Suite H Pennsauken, NJ 08110 | | | | | | $180,493.18 |
| Marvic Supply 16687 Collection Center Drive Chicago, IL 60693 | | | | | | $124,956.72 |
| Puronics Water Systems, Inc. Franklin Electric Co., Inc. 21054 Network Place Chicago, IL 60673-1210 | | Vendor / Trade Debt | | | | $199,996.63 |
| Reserve Capital Management, LLC c/o Steven W. Wells, Esq Wells Law PC 229 Warner Road Lancaster, NY 14086 | | MCA Loan | Contingent Unliquidated Disputed | $2,051,867.00 | $0.00 | $2,051,867.00 |
| Samson MCA, LLC 17 State St 8th Floor New York, NY 10004 | | MCA Loan | Contingent Unliquidated Disputed | $620,000.00 | $0.00 | $620,000.00 |
| Small Business Administration 403 3rd Street, SW Washington, DC 20416 | | Loan | | | | $500,000.00 |

Debtor  **Orbit Energy & Power, LLC**
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Soligent Distribution, LLC PO Box 888012 Los Angeles, CA 90088-8012 | | | | | | $399,201.48 |
| Sunlight Financial 234 West 39th Street, 7th Floor New York, NY 10018 | | | | | | $347,150.00 |
| TVT 2.0 LLC 881 Baxter Drive South Jordan, UT 84095 | | MCA Loan | Contingent Unliquidated Disputed | $2,000,000.00 | $0.00 | $2,000,000.00 |
| US Renewable Solutions PO Box 412485 Boston, MA 02241-2485 | | Vendor / Trade Debt | Disputed | | | $1,002,976.87 |
| Wynwood Capital Group, LLC 20200 W Dixie Highway Miami, FL 33180 | | MCA Loan | Contingent Unliquidated Disputed | $950,000.00 | $0.00 | $950,000.00 |