UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street,
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com
dsiedman@ciardilaw.com

| | |
|---|---|
| *In re:* | Chapter 11 |
| ORBIT ENERGY & POWER, LLC, | Case No. 22- |
| Debtor. | |

## CORPORATE RESOLUTION AUTHORIZING FILING
## PETITION FOR REORGANIZATION

**WHEREAS,** Orbit Energy & Power, LLC (the "Company"), a New Jersey limited liability company, is unable to pay its debts as they mature, and it is necessary for the corporation to reorganize and it is advisable to proceed under the acts of Congress relating to Bankruptcy;

**THEREFORE,** be it resolved this company is authorized to file a petition for reorganization under the acts of Congress relating to bankruptcy.

**RESOLVED,** that Sean Angelini is the Managing Member of the Company, is hereby authorized to execute the petition and other documents and to take or cause to be taken such proceedings as may be desirable or necessary to secure this corporation any and all relief that it may be entitled to under the Bankruptcy Reform Act of 1978, and that Ciardi Ciardi & Astin be

employed to carry out the provisions of the Resolution.

**ORBIT ENERGY & POWER, LLC**

Dated: December 5, 2022

By: _____
Name: Sean Angelini
Title: Member