UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street,
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com
dsiedman@ciardilaw.com

| In re: | Chapter 11 |
|---|---|
| ORBIT ENERGY & POWER, LLC, | Case No. 22-19628 |
| Debtor. | |

## APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

TO:   The Honorable Andrew B. Altenburg, Jr.

On or about December 6, 2022, Orbit Energy & Power, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, as amended. Pursuant to Local Bankruptcy Rule 9013-5, Ciardi Ciardi & Astin, proposed counsel to the Debtor, hereby requests the following relief be provided on a first day:

1. Motion for Entry of an Interim Order (1) Authorizing Use of Cash Collateral, (2) Payment of Pre-Petition Wages and other benefits; and (3) Use of Pre-Existing Bank Accounts on a Limited Basis.

2. Motion to Extend Time to File Schedules and Statement of Financial Affairs

3. Motion to Approve Insurance Premium Finance Agreement

4. Motion For Interim And Final Authority To Honor And Then Assume Certain Third Party Consumer Financing Programs Pursuant To 11 U.S.C. §365(A) And Federal Rule Of Bankruptcy Procedure 6003

5. Motion for Authority to Assume Certain Fuel and Home Depot Credit Cards

6. Motion for Authority to Pay Certain Pre-Petition Claims of Critical Vendors

Wherefore, the Debtor respectfully requests the entry of an Order pursuant tot D.N.J. LBR 9013-5 scheduling an expedited hearing on the foregoing First Day Motions.

Dated:  December 6, 2022                    CIARDI CIARDI & ASTIN

                                          By:    */s/ Albert A. Ciardi, III*
                                                     Albert A. Ciardi, III, Esquire
                                                     Nicole M. Nigrelli, Esquire
                                                     Daniel S. Siedman, Esquire
                                                     1905 Spruce Street,
                                                     Philadelphia, PA  19103
                                                     Phone:  215-557-3550
                                                     Fax:  215-557-3551
                                                     aciardi@ciardilaw.com