UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com
dsiedman@ciardilaw.com

In re:

ORBIT ENERGY & POWER, LLC

Debtor.

Case No.: 22-19628
Judge:
Chapter: 11

## APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Orbit Energy & Power, LLC (the "Debtor"), by and through its proposed counsel, Ciardi Ciardi & Astin, respectfully requests this Honorable Court to enter an Order granting the Application of the Debtor for an Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Application"), and in support thereof avers as follows:

### BACKGROUND

1. On December 6, 2022 (the "Filing Date"), the Debtor filed voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code"). Since the Filing Date, the Debtor has remained in possession of its assets and has continued the management of their business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

1

2. The Debtor is service provider that specialized in the installation of solar panels and water purification systems.

3. The Court issued a Notice of Missing Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules") and Order to Show Cause Why Case Should Not Be Dismissed for Failure to File Documents or Extend Time to file the Schedules on December 6, 2022 (the "Notice of Missing Documents").

4. Per the Notice of Missing Documents, the Schedules and Statement of Financial Affairs are currently due, pursuant to Federal Rule of Bankruptcy Procedure 1007, by **December 27, 2022**.

5. The Debtor is in the process of compiling the information necessary to complete the Schedules. The Debtor has not previously sought to extend time to file the Schedules. The Debtor requires additional time to accurately determine its assets and liabilities.

### THE BASIS FOR RELIEF AND THE REASONS THEREFORE

6. Federal Rule of Bankruptcy Procedure 1007(c) allows for the extension of time to file the Schedules for cause shown. See Fed. R.Bankr. P. 1007(c).

7. The Debtor believes that cause exists to allow the further extension of time.

8. The Debtor believes that the delay will not cause any prejudice to any creditor or other interested party by permitting the Debtors an extension of time until **January 10, 2023** to prepare and file the Schedules, Statement of Financial Affairs and other documents listed on the Notice of Missing Documents.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court to enter an Order granting an extension of time until **January 10, 2023** for the Debtor to file its Schedules of Assets and Liabilities, Statement of Financial Affairs and other Missing Documents.

Respectfully submitted,

**CIARDI CIARDI & ASTIN**

Dated: December 6, 2022    By: _____

Daniel S. Siedman, Esquire
dsiedman@ciardilaw.com