| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Orbit Energy & Power, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **22-19628** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Republic Bank Account | Checking - orbit water | 8014 | $934.63 |
| 3.2. | Fulton Bank Account | money market | 9675 | $265,552.94 |
| 3.3. | Fulton Bank | checking | 8889 | $100,147.73 |
| 3.4. | Republic Bank | Payroll | 3543 | $7,149.60 |
| 3.5. | Republic Bank | customer promo | 1816 | $0.00 |
| 3.6. | Republic Bank | Florida Operating Account | 6745 | $2,286.50 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

| | | | | |
|---|---|---|---|---|
| 3.7. | Republic Bank | Savings Account | 7435 | $4,628.36 |
| 3.8. | Republic Bank | Operating checking | 6463 | $0.00 |
| 3.9. | Republic Bank | Letter of Credit | | $30,000.00 |
| 3.10. | Republic Bank | savings account | 8592 | $1,980.29 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $412,680.05

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | 570 Mantua Blvd, Sewell, NJ 08080 - lease deposit | $49,334.00 |
   | 7.2. | 1013 Centre Road (Wilmington, DE) - lease deposit | $5,644.00 |
   | 7.3. | Exo PPE LLC (King of Prussia, PA) - lease deposit | $10,200.00 |
   | 7.4. | Albert Properties, LLC (Oakmont, NC) - Lease deposit | $10,687.20 |
   | 7.5. | Associated PA Construction (Harrisburgh, PA) - lease deposit | $550.00 |
   | 7.6. | Spedd, Inc. (Pittsburgh, PA) - lease deposit | $6,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | | | | $82,415.20 |
|---|---|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | | | |

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

| | 11a. 90 days old or less: | 2,525,138.77 | − | 351,533.23 = | $2,173,605.54 |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | $2,173,605.54 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies<br>HVAC Inventory in New Jersey | | $62,400.00 | | $15,000.00 |
| | Roofing Inventory In New Jersey | | $17,589.47 | | $4,000.00 |
| | Landscaping Inventory in New Jersey | | $120,123.50 | | $30,000.00 |
| | Solar Inventory in New Jersey | | $1,238,001.99 | | $600,000.00 |
| | Water Inventory in New Jersey, DE, MD and NC | | $459,317.71 | | $225,000.00 |

23. **Total of Part 5.**                                                              $874,000.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 39. **Office furniture** Please see attached List of Furniture and other office materials | $924,052.24 | | $92,400.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                              $92,400.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

| | Debtor | Orbit Energy & Power, LLC | Case number (If known) | 22-19628 |
|---|---|---|---|---|

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1. Please see attached List of Vehicles | $0.00 | | $200,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See Attached List of Fixed Assets and Tools | $217,146.91 | | $25,000.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $225,000.00 |
|---|---|---|

52. Is a depreciation schedule available for any of the property listed in Part 8?
   ■ No
   ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

### Part 9: Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 55.1. | Orbit National Sales Training Center & Call Center<br>721 Main Street<br>Sewell, NJ 08080<br><br>Mantua Township Fire District<br>155 East Union Avenue<br>Sewell, NJ 08080 | leasee | Unknown | $0.00 |
| 55.2. | Orbit Headquarters<br>570 Mantua Boulevard<br>Sewell, NJ 08080<br><br>American Dawn, Inc.<br>Attn: Natasha Rawjee<br>401 Artesia Boulevard<br>Compton, CA 90220 | leasee | Unknown | $0.00 |
| 55.3. | Orbit Water Solutions<br>67 Main LLC<br>Attn: Lawrence R. Antonucci, Jr.<br>67 Main Street<br>Mantua, NJ 08051<br><br>604 Associates LLC<br>604 Main Street<br>Riverton, NJ 08077 | leasee | Unknown | $0.00 |
| 55.4. | Orbit 2nd Warehouse<br>106 Mantua Boulevard<br>Mantua, NJ 08051<br><br>MML Property Management<br>Attn: Michael Layton<br>587 Mantua Boulevard<br>Sewell, NJ 08080 | leasee | Unknown | $0.00 |
| 55.5. | Orbit North Jersey<br>Regus Knightsbridge Road<br>Building 5 - Suite 525<br>Piscataway, NJ 08854 | leasee | Unknown | $0.00 |

| Debtor | Orbit Energy & Power, LLC | | Case number (If known) 22-19628 | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | Orbit East Norriton<br>550 Foundry Road<br>Suite 4<br>Norristown, PA<br>19403<br><br>EXO PPE LLC<br>Attn: Steven Burda<br>100 Front Street<br>One Tower Bridge<br>Suite 1250<br>W. Conshohocken,<br>PA 19428 | leasee | Unknown | | $0.00 |
| 55.7. | Orbit Harrisburg<br>800 North 3rd Street<br>Suite 501<br>Harrisburg, PA<br>17102<br><br>APC<br>Attn: Jessica Hallman<br>800 N. 3rd Street<br>Suite 500<br>Harrisburg, PA<br>17102 | leasee | Unknown | | $0.00 |
| 55.8. | Orbit Stroudsburg<br>7164 Route 209<br>Stroudsburg, PA<br>18360<br><br>Better Homes &<br>Gardens Real Estate<br>Wilkins & Assoc.<br>Attn: Melio Service<br>7164 Route 209<br>Stroudsburg, PA<br>18360 | leasee | Unknown | | $0.00 |
| 55.9. | Lease for Registered Business Address at 122 Delaware Street, 60 Sq. Ft | leasee | $0.00 | | $0.00 |
| 55.10 | Orbit Delaware Lease at 1013 Centre Street, Suite 411 in Wilmington DE, 2656 Sq Ft. | leasee | $0.00 | | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 55.11 | Orbit Maryland - Lease at 11408 Cronridge Drive, Suite 6 in Owings Mills, MD; 3,000 Square Ft | leasee | $0.00 | | $0.00 |
| 55.12 | Orbit Pittsburg - Lease at 201 C Ann Street, Oakmont, PA 15139; 9,120 Square Ft | leasee | $0.00 | | $0.00 |
| 55.13 | Orbit North Carolina - Lease at 3400 Latrobe Drive in Charlotte, NC; 7,125 Sq Ft | leasee | $0.00 | | $0.00 |
| 55.14 | Orbit Central Florida - Lease at 1513 George Jenkins Blvd in Lakeland Fl; 5,736 Sq. Ft | | $0.00 | | $0.00 |

56. **Total of Part 9.**   $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ■ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 60. Patents, copyrights, trademarks, and trade secrets<br>**Trademark for Orbit Energy & Power** | $0.00 | | Unknown |

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. **Goodwill**

66. **Total of Part 10.**                                                                          $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|
    | 71. **Notes receivable** <br> Description (include name of obligor) | |
    | 72. **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
    | 73. **Interests in insurance policies or annuities** | |
    | 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
    | 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
    | 76. **Trusts, equitable or future interests in property** | |
    | 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
    | **Claim v. U.S. Renewables** | **Unknown** |

78. **Total of Part 11.**                                                                          $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Orbit Energy & Power, LLC**　　　　　　　　　　　Case number *(If known)* **22-19628**
　　　　　Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $412,680.05 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $82,415.20 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $2,173,605.54 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $874,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $92,400.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $225,000.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,860,100.79 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $3,860,100.79 |