# ATTACHMENT TO SCHEDULE TO A/B #39

Fixed Asset
Furniture

| Date | Num | Name | Memo/Description | Book Amount |
|---|---|---|---|---:|
| 03/04/2018 | | IKEA | IKEA PENNS LANDING PHILADELP 24435658064764591221555; 05712; | 2,678.74 |
| 06/30/2018 | 2- LS 6/30/18 | | to record F&F at 6/30/18 | 85,481.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | SUPPORT: HARDWIRE CALL CENTER; NEW NETWORK VLAN'S, RECONFIGURE ALL PC'S/PHONES/TABLETS/DEVICES/PRINTERS | 800.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | | 69.56 |
| 07/27/2019 | 051306A | South State Tech, LLC | 6 HP VH240A MONITORS | 750.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | 6 INTEL NUC 715BNH | 3,840.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | 2 NETGEAR 16 PORT POE SWITCH | 490.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | 20 15FT PATCH CABLES | 80.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | 20 10FT PATCH CABLES | 60.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | 1 ARRIS SURFBOARD SB6190 CABLE | 115.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | 1 UNIFI USG SECURITY GATEWAY | 145.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | 4 LOGITECH B100 CORDED USB MOUSE | 32.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | 1 DELL USB DOCK | 131.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | 6 YEALINK T46S PHONES | 1,200.00 |
| 07/27/2019 | 051306A | South State Tech, LLC | SUPPORT: MODEM SWAP, ROUTER UPGRADE, RUN ETHERNET | 250.00 |
| 08/08/2019 | 42463152712 17414 | CHASE INK - CARDMEMBER SERVICE (5090) | CYMAX on 8/1 | 3,778.78 |
| 08/26/2019 | 051342A | South State Tech, LLC | sales tax | 484.95 |
| 08/26/2019 | 051342A | South State Tech, LLC | Computers, monitors, set up | 7,320.00 |
| 09/05/2019 | 051349A | South State Tech, LLC | sales tax | 68.90 |
| 09/05/2019 | 051349A | South State Tech, LLC | hardware | 1,040.00 |
| 09/06/2019 | 051351A | South State Tech, LLC | monitors, mini pc, printer | 6,540.00 |
| 09/06/2019 | 051351A | South State Tech, LLC | sales tax on above monitors, pc, printer | 433.28 |
| 09/24/2019 | 051386A | South State Tech, LLC | hardware: monitors, computer | 3,725.00 |
| 09/24/2019 | 051386A | South State Tech, LLC | sales tax | 246.78 |
| 09/30/2019 | 051393A | South State Tech, LLC | sales tax | 275.53 |
| 09/30/2019 | 051393A | South State Tech, LLC | computer, montiors and set up accessories for Florida office | 4,159.00 |
| 10/01/2019 | 051394A | South State Tech, LLC | sales tax | 993.88 |
| 10/01/2019 | 051394A | South State Tech, LLC | hardware, accessories for Florida office | 15,002.00 |
| 10/04/2019 | 051396A | South State Tech, LLC | PC's, phones, monitors, set up | 4,537.00 |

| Date | Ref | Payee | Description | Amount |
|---|---|---|---|---|
| 10/04/2019 | 051396A | South State Tech, LLC | sales tax paid | 300.58 |
| 10/08/2019 | 051397A | South State Tech, LLC | computer, monitors, accessories | 2,768.00 |
| 10/08/2019 | 42463152712 17414 | CHASE INK - CARDMEMBER SERVICE (5090) | Cymax, Ikea | 6,342.54 |
| 10/08/2019 | 051397A | South State Tech, LLC | sales tax | 183.38 |
| 10/10/2019 | 051400A | South State Tech, LLC | build out for all data, voice, wifi on site. $4600 materials, $3400 labor | 8,000.00 |
| 10/24/2019 | 051433A | South State Tech, LLC | Thinkpad, dock, laptop, cables | 5,225.00 |
| 10/24/2019 | 051433A | South State Tech, LLC | sales tax | 346.16 |
| 10/24/2019 | 4798510062966466 | Elan Cardmember Service | Ikea | 2,380.94 |
| 10/30/2019 | Carpet tiles | Dave Kuhkle | 67 cases: carpet tile and pails of glue - Florida office | 3,200.00 |
| 11/07/2019 | 051447A | South State Tech, LLC | GotoRooms video conferencing hardware | 4,000.00 |
| 11/08/2019 | 051450A | South State Tech, LLC | sales tax | 433.61 |
| 11/08/2019 | 051450A | South State Tech, LLC | new PCs, accessories, set up | 6,545.00 |
| 11/08/2019 | 42463152712 17414 | CHASE INK - CARDMEMBER SERVICE (5090) | | 5,155.51 |
| 11/11/2019 | 051451A | South State Tech, LLC | sales tax paid | 152.38 |
| 11/11/2019 | 051451A | South State Tech, LLC | Acer laptops/PC's for Magnolia office | 2,300.00 |
| 12/02/2019 | 051484A | South State Tech, LLC | computers, monitors, phones | 6,689.00 |
| 12/02/2019 | 051484A | South State Tech, LLC | sales tax | 443.15 |
| 12/08/2019 | 051486A | South State Tech, LLC | computer, monitors, installation | 1,490.00 |
| 12/18/2019 | 42463152712 17414 | CHASE INK - CARDMEMBER SERVICE (5090) | | 11,359.50 |
| 12/23/2019 | 051519A | South State Tech, LLC | sales tax | 212.00 |
| 12/23/2019 | 051519A | South State Tech, LLC | Eluktronics MAG-15 Ultra light intel i7-9750H CPU | 3,200.00 |
| 12/26/2019 | 051517A | South State Tech, LLC | Security camera and wiring and install for Florida | 10,000.00 |
| 12/26/2019 | 051517A | South State Tech, LLC | sales tax | 662.50 |
| 02/25/2020 | VV122 | Jorge Suarez | reimbursement to Jorge for office furniture for Sunnova meeting | 3,500.00 |
| 02/28/2020 | 051598A | South State Tech, LLC | monitors, phones, and set up | 10,259.00 |
| 02/29/2020 | VV128 | David Kunkle | | 5,750.00 |
| 03/02/2020 | VV129 | David Sharrow | | 1,239.94 |
| 03/02/2020 | 051600A | South State Tech, LLC | servers/equipment | 9,580.50 |
| 03/02/2020 | 051600A | South State Tech, LLC | sales tax | 634.71 |
| 03/04/2020 | 051601A | South State Tech, LLC | sales tax | 603.14 |
| 03/04/2020 | 051601A | South State Tech, LLC | monitors, pc, phones, equipment | 9,104.00 |

| Date | Ref | Payee | Description | Amount |
|---|---|---|---|---|
| 03/08/2020 | 42463152712 17414 | CHASE INK - CARDMEMBER SERVICE (5090) | | 3,351.19 |
| 03/08/2020 | 051605A | South State Tech, LLC | acer laptop, wifi adaptor, install/set up | 1,075.00 |
| 03/08/2020 | 051605A | South State Tech, LLC | sales tax | 71.22 |
| 03/13/2020 | 117993655 | ULINE | benches, picnic table, umbrella | 3,834.00 |
| 03/16/2020 | Citi card - Feb | Sean Angelini (expenses) | | 562.98 |
| 03/17/2020 | 051635A | South State Tech, LLC | install of new 4 port camera system - FL | 1,725.00 |
| 05/11/2020 | 051682A | South State Tech, LLC | sales tax | 234.53 |
| 05/11/2020 | 051682A | South State Tech, LLC | new PC's for Sean's office and home office | 3,540.00 |
| 05/12/2020 | 051683A | South State Tech, LLC | sales tax | 561.47 |
| 05/12/2020 | 051683A | South State Tech, LLC | Monitors, cables, PC's and accessories | 8,475.00 |
| 05/14/2020 | 200515 | Cymax/Homesquare | call center workstations for 721 Main st | 21,380.91 |
| 05/14/2020 | 200515 | Cymax/Homesquare | discount | -2,138.09 |
| 05/14/2020 | 200515 | Cymax/Homesquare | sales tax | 1,274.84 |
| 05/19/2020 | 120131753 | ULINE | filing cabinet - Lakeland FL | 2,136.25 |
| 05/28/2020 | 051714A | South State Tech, LLC | sales tax | 914.91 |
| 05/28/2020 | 051714A | South State Tech, LLC | Dell monitors, cables, PC's and accessories | 13,810.00 |
| 06/01/2020 | 051716A | South State Tech, LLC | | 695.63 |
| 06/01/2020 | 051716A | South State Tech, LLC | PC's monitors, accessories | 10,500.00 |
| 06/03/2020 | 051719A | South State Tech, LLC | headsets for call center | 1,200.00 |
| 06/03/2020 | 051719A | South State Tech, LLC | sales tax | 79.50 |
| 06/04/2020 | 051721A | South State Tech, LLC | computers | 22,248.00 |
| 06/04/2020 | 051721A | South State Tech, LLC | sales tax | 1,473.93 |
| 06/08/2020 | Jun 2020 | CHASE INK - CARDMEMBER SERVICE (5090) | | 14,284.72 |
| 06/15/2020 | 051751A | South State Tech, LLC | DVR Upgrade at Florida office to 20 cameras | 2,500.00 |
| 06/18/2020 | 051756A | South State Tech, LLC | | 793.54 |
| 06/18/2020 | 051756A | South State Tech, LLC | Dell P2419H 24 Inch monitor<br>AmazonBasics USB C to HDMI Display Adapter Cable<br>Intel NUC NUC7i5BNH Mini PC/HTPC<br>Desktop Mouse and Keyboard Combo<br>Yealink Phone T46S 12 HDMI Cables<br>1. Receive, Reload and Configure 7 machines install onsite<br>2. Setup Onsite<br>3. Receive, Reload and Configure 7 phones install onsite | 11,978.00 |
| 06/26/2020 | JUNE 2020 | American Express - 41004 & 41020 | Desk for firehouse | 2,941.23 |
| 06/30/2020 | 051757A | South State Tech, LLC | computers | 21,586.00 |
| 06/30/2020 | 051757A | South State Tech, LLC | sales tax | 1,430.07 |

| Date | Num | Name | Memo | Amount |
|---|---|---|---|---|
| 07/14/2020 | 051763A | South State Tech, LLC | Logitecg G633 Headsets for the call center<br>11 235.00 2,585.00<br>Intel NUK Replacement for OEP010 and OEP-087<br>2 800.00 1,600.00<br>Acer Aspire Laptop for Magnolia 1 750.00 750.00<br>1. Setup and configure 3 new machines and drop onsite 2. Install headsets in call center 6 100.00 600.00 | 5,535.00 |
| 07/16/2020 | 051785A | South State Tech, LLC | Hot Lead Phone for Lisa Specht - Yealink T46S | 225.00 |
| 07/17/2020 | 051789A | South State Tech, LLC | Dell P2419H 24 Inch monitor 12 225.00 2,700.00<br>AmazonBasics USB C to HDMI Display Adapter Cable 7 25.00 175.00T<br>Intel NUC NUC7i5BNH Mini PC/HTPC 7 800.00 5,600.00<br>Desktop Mouse and Keyboard Combo 7 25.00 175.00<br>Yealink Phone T46S 6 250.00 1,500.00<br>HDMI Cables 7 12.00 84.00<br>1. Receive, Reload and Configure 7 final new machines install onsite at 721<br>2.Receive, Reload and Configure 6 phones install onsite 15 100.00 1,500 | 11,734.00 |
| 07/17/2020 | 051787A | South State Tech, LLC | Dell P2419H 24 Inch monitor<br>AmazonBasics USB C to HDMI Display Adapter Cable<br>Intel NUC NUC7i5BNH Mini PC/HTPC<br>Desktop Mouse and Keyboard Combo<br>Yealink Phone T46S HDMI Cables<br>1. Receive, Reload and Configure 4 new machines install onsite at 721 2. Receive, Reload and Configure 4 phones install onsite<br>SUBTOTAL TAX (6.625%) TOTAL<br>TOTAL DUE<br>8 225.00 4 25.00<br>4 800.00 4 25.00<br>4 250.00<br>4 12.00 10 100.00 | 7,248.00 |
| 07/17/2020 | 051788A | South State Tech, LLC | Replacement for OEP - 10 - Intel NUC NUC7i5BNH Mini PC/HTPC | 900.00 |
| 08/05/2020 | 122864655 | ULINE | 144X48" Downtown Conf Table / Deluxe Mesh Chair - black 12@ $218.00 | 4,082.01 |
| 08/14/2020 | 051824A | South State Tech, LLC | Intel NUC NUC7i5BNH Mini PC/HTPC - Replace Michelle Rinaldi<br>16GB DDR4<br>512GB m.2 SSD<br>Windows 10 Pro<br>1 750.00 750.00T<br>Hardware Logitech Media Combo MK200 1 20.00 20.00T<br>Hardware HDMI Cable Braided 1 12.00 12.00T<br>Sales Deploy onsite 0.50 100.00 50.00T | 832.00 |
| 09/01/2020 | | Dave Kuhkle | 2500 Square Feet/Carpet and 3 Pails of Glue | 1,900.00 |
| 09/04/2020 | 123992958 | ULINE | Office supplies | 1,779.64 |

| Date | Ref | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | ...stream for Wednesday State of the Union Meeting<br>2. Deploy Chromecasts<br>2 100.00 200.00T<br>Hardware Yealink CP960 Conference IP Phone<br>3 550.00 1,650.00T<br>Hardware Acer 15 Inch Laptop for Brad Cawood - Magnolia<br>1 800.00 800.00T<br>Hardware 1500VA UPS Replacement for Server Magnolia<br>1 175.00 175.00T<br>Hardware Logitec Wireless Keyboard and Mouse for Lisa Specht<br>1 30.00 30.00T<br>Hardware iPad, Tripod, Mount, Wireless mic, TRSS to TRS converter for State of the Union meeting<br>1 200.00 200.00T<br>Hardware Power Supply Brick Replacement | |
| 09/10/2020 | 051833A | South State Tech, LLC | for OEP-010 | 3,677.00 |
| 09/14/2020 | 051835A | South State Tech, LLC | sales tax | 1,192.30 |
| 09/14/2020 | 051835A | South State Tech, LLC | Onsite in Maryland<br>1. Setup / Configure Server for all users network drives printers in Maryland<br>2. Setup all new PCs<br>3. Deploy all network equipment<br>4. Setup Phones on new lines for Maryland<br>5. Configure PBX with new numbers for Maryland | 17,997.00 |
| 09/18/2020 | 124488236 | ULINE | Desk/conf table and chair | 9,053.26 |
| 09/18/2020 | 124488235 | ULINE | 6 Leather fashion chair | 1,152.00 |
| 09/30/2020 | 124897228 | ULINE | | 1,240.14 |
| 10/01/2020 | 124953003 | ULINE | | 2,241.00 |
| 10/25/2020 | 09/24/20-10/23/20 | Elan Cardmember Service | MD office - Coat Rack, Couch, Coffee table, Chairs, cabinet, refrigerator, | 1,902.00 |
| 11/17/2020 | VRC121-20662651 | Cymax/Homesquare | sales tax | 0.00 |
| 11/17/2020 | VRC121-20662651 | Cymax/Homesquare | call center workstations for 721 Main st | 9,412.93 |
| 11/20/2020 | 126957180 | ULINE | | 3,923.90 |
| 11/20/2020 | 126983773 | ULINE | | 1,230.03 |
| 11/30/2020 | 7005091-00 | Associate Refrigeration Inc. | Refrigerator??? 101 maybe | 1,314.58 |
| 12/17/2020 | 051967A | South State Tech, LLC | Headsets for call center (20) @ $20.00 | 400.00 |
| 12/17/2020 | 051967A | South State Tech, LLC | Power Strips (9) @ $25.00 | 225.00 |
| 12/17/2020 | 051967A | South State Tech, LLC | T54W Phones (9) @ $250.00 | 2,250.00 |
| 12/17/2020 | 051967A | South State Tech, LLC | Keyboard/Mouse Combo (9) $34.00 | 306.00 |
| 12/17/2020 | 051967A | South State Tech, LLC | HDMI 6ft Cable (9) @ $9.00 | 81.00 |
| 12/17/2020 | 051967A | South State Tech, LLC | HDMI Cable (9) @ $25.00 | 225.00 |

| Date | Ref | Vendor | Description | Amount |
|---|---|---|---|---|
| 12/17/2020 | 051967A | South State Tech, LLC | Dell 24" Monitor (18) @ $180.00 | 3,240.00 |
| 12/17/2020 | 051967A | South State Tech, LLC | Mini PC (9) @ $725.00 | 6,525.00 |
| 12/17/2020 | 128037773 | ULINE | Mesh Chair | 3,485.53 |
| 12/17/2020 | 051967A | South State Tech, LLC | Onsite: Deploy phones and new PCs (16) $100.00/hr | 1,600.00 |
| 12/17/2020 | 051967A | South State Tech, LLC | | 983.95 |
| 12/18/2020 | 128094520 | ULINE | Shelfs | 2,399.64 |
| 03/01/2021 | 130007763 | ULINE | Credit - COLLABORATION MOBILE PEDESTAL FILE - 2-DRAWER, WHITE (6) - HVAC Westville | -1,247.51 |
| 03/01/2021 | 130492303 | ULINE | Filing Cabinet - HVAC Westville | 4,214.14 |
| 03/04/2021 | 130887751 | ULINE | Warehouse Supplies - HVAC Westville | 3,809.23 |
| 03/04/2021 | 130889676 | ULINE | Warehouse Supplies - HVAC Westville | 1,711.17 |
| 03/08/2021 | 131028461 | ULINE | Warehouse Supplies - HVAC Westville | 1,607.51 |
| 03/11/2021 | 131218692 | ULINE | Warehouse Supplies - HVAC Westville | 4,940.54 |
| 03/19/2021 | 131532689 | ULINE | Warehouse Supplies - HVAC Westville | 1,976.20 |
| 03/29/2021 | VRC121-21442445 | Cymax/Homesquare | call center workstations for 721 Main st | 4,501.98 |
| 03/30/2021 | 131952484 | ULINE | Supplies - Mantua | 3,878.15 |
| 04/02/2021 | 132078921 | ULINE | Supplies - Mantua | 3,323.62 |
| 04/14/2021 | wire041421 | Cymax/Homesquare | call center workstations for 721 Main st | 6,384.76 |
| 04/22/2021 | 132862841 | ULINE | Office Supplies - Sean (which location?) | 8,376.98 |
| 04/25/2021 | 03/26-04/25/21 | American Express - 41004 & 41020 | Amex - National Biz Furniture / Delaware office | 2,276.89 |
| 04/25/2021 | 03/26-04/25/21 | American Express - 41004 & 41020 | Amex - Target / Desk | 722.55 |
| 05/01/2021 | 052110A | South State Tech, LLC | | 20,741.76 |
| 05/23/2021 | 052130A | South State Tech, LLC | 67 orbit | 37,563.72 |
| 05/26/2021 | 04/26/21-06/25/21 | American Express - 41004 & 41020 | Amex - 41095 (Lewes DE) | 8,282.90 |
| 05/26/2021 | 04/26/21-06/25/21 | American Express - 41004 & 41020 | Amex - 41103 | 4,206.73 |
| 06/26/2021 | 05/26/21-06/25/21 | American Express - 41004 & 41020 | Amex - 41103 | 6,222.39 |
| 07/26/2021 | 06/26-07/26/21 | American Express - 41004 & 41020 | Amex - 41004 (570 Mantua - desk/frig) | 41,515.57 |
| 07/26/2021 | 06/26-07/26/21 | American Express - 41004 & 41020 | Amex - 41095 (Frig) | 3,467.00 |
| 08/11/2021 | 137295469 | ULINE | 570 MANTUA BLVD - SEAN MOBILE CAFETERIA TABLE | 1,782.22 |
| 08/11/2021 | 137295468 | ULINE | Ref #136750269 Mobile Cafeteria Table | -1,840.87 |
| 08/26/2021 | | American Express - 41004 & 41020 | Amex - 41004/ Uline Mobile Cafe Tables | 3,506.87 |
| 08/26/2021 | | American Express - 41004 & 41020 | Amex - 41095 / Natl Biz / Receptionist Desk | 6,475.07 |
| 09/06/2021 | 138336421 | ULINE | 570 MANTA BLVD - SEAN UTILITY WAGON | 1,213.01 |
| 09/10/2021 | 138515558 | ULINE | 570 MANTA BLVD - SEAN UTILITY WAGON | 1,488.62 |

| Date | Ref | Payee | Description | Amount |
|---|---|---|---|---|
| 09/27/2021 | 139182673 | ULINE | 570 MANTUA BLVD | 2,658.40 |
| 10/24/2021 | | American Express - 41004 & 41020 | Amex - 41004 | 3,326.70 |
| 10/27/2021 | | South State Tech, LLC | South State Tech, LLC - Water - 67 Main St / office setup | 23,809.36 |
| 10/27/2021 | | South State Tech, LLC | South State Tech, LLC - Solar - 721 Main St / cffice setup | 12,453.80 |
| 11/11/2021 | 052364A | South State Tech, LLC | Solar - 721 Main St | 84,297.73 |
| 11/25/2021 | | American Express - 41004 & 41020 | Amex - 42093 (721 Main) | 20,088.15 |
| 11/25/2021 | | American Express - 41004 & 41020 | Amex - 41004 (wayfair) | 7,659.33 |
| 11/25/2021 | | American Express - 41004 & 41020 | Amex - 42093 (MD) | 1,800.90 |
| 12/26/2021 | 11/26-12/26/21 | American Express - 41004 & 41020 | Amex - 41004 (L&D Snowplow) | 8,730.46 |
| 12/26/2021 | 11/26-12/26/21 | American Express - 41004 & 41020 | Amex - 41004 (Captial Office) | 3,319.46 |
| 01/03/2022 | 141228728 | ULINE | 570 MANTUA BLVD SUPPLIES - SEAN | 1,976.89 |
| 01/03/2022 | 140464688 | ULINE | 570 MANTUA BLVD SUPPLIES - SEAN | 2,757.50 |
| 01/26/2022 | 12/27-01/26/22 | American Express - 41004 & 41020 | Amex - 41004 (Everything2go/callcenter workstations) | 20,514.65 |
| 04/22/2022 | | ULINE | ULINE SHIP SUPPLIES 800-295-5510    WI XXXX-XXXXXX-41004 - SEAN S ANGELINI | 3,423.90 |
| 04/23/2022 | | ULINE | ULINE SHIP SUPPLIES 800-295-5510    WI XXXX-XXXXXX-41004 - SEAN S ANGELINI | 3,423.13 |
| 07/01/2022 | 1221 | Grapevine Visual Concpets | display booths (60%down) | 7,866.00 |
| 07/01/2022 | 1397 | Grapevine Visual Concpets | display booths (balance) | 5,244.00 |
| | | | | $ 924,052.24 |