# ATTACHMENT TO SCHEDULE A/B
## ATTACHMENT TO #47

## Orbit Company Vehicle List

| Year | Make | Model | VIN | License Plate | State | Dept | Purchase Date | Lien Holder | Account Number |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | Chevrolet | Avalanche | 3GNFK12338G126546 | P45JWS | NJ | SOLAR | | | |
| 2020 | Jeep | Gladiator | 1C6JJTBG5LL106371 | XY648Z | NJ | SOLAR | 10/25/2019 | Chrysler Capital | 611929096729 |
| 2021 | Dodge | 2500 Big Horn | 3C6UR5DL8MG643018 | XKSJ74 | NJ | FACILITIES | 6/13/2021 | The Bancorp Bank | 20087-83096 |
| 2021 | Dodge | Durango SRT | 1C4SDJH90MC626626 | R15NPT | NJ | EXEC | 5/13/2021 | The Bancorp Bank | 20087-82019 |
| 2020 | Tesla | Model 3 | 5YJ3E1EB9LF650353 | XKFG22 | NJ | EXEC | 2/18/2020 | The Bancorp Bank | 20087-70166 |
| **MINIVANS** | | | | | | | | | |
| 2018 | Dodge | Journey | 3C4PDCAB1JT535945 | XENJ75 | NJ | HVAC | 11/5/2019 | Chrysler Capital | 0023384886 |
| 2018 | Dodge | Journey | 3C4PDCABXJT527665 | XENJ76 | NJ | WATER | 11/5/2019 | Chrysler Capital | 0023388650 |
| 2019 | Dodge | Journey | 3C4PDCBB7KT845534 | XGCM51 | DE | WATER | 9/6/2019 | Chrysler Capital | 0022876043 |
| 2019 | Dodge | Journey | 3C4PDCBB0KT820880 | XGCM52 | NC | WATER | 9/23/2019 | Chrysler Capital | 0022933389 |
| 2019 | Dodge | Journey | 3C4PDCBB4KT857107 | XJET29 | NJ | HVAC | 10/10/2020 | The Bancorp Bank | 20087-73501 |
| 2019 | Dodge | Journey | 3C4PDCAB9KT859193 | XJFU44 | NJ | WATER | 10/10/2020 | The Bancorp Bank | 20087-75173 |
| 2019 | Dodge | Caravan | 2C4RDGBG9KR799624 | XJFU33 | NJ | CANVAS | 5/28/2020 | The Bancorp Bank | 20087-71687 |
| 2019 | Dodge | Caravan | 2C4RDGBG5KR806021 | XJFU34 | NJ | CANVAS | 5/28/2020 | The Bancorp Bank | 20087-71687 |
| 2019 | Dodge | Caravan | 2C4RDGBG7KR807395 | XJFU27 | NJ | CANVAS | 5/15/2020 | The Bancorp Bank | 20087-71573 |
| 2019 | Dodge | Caravan | 2C4RDGBG3KR807393 | XJFU29 | FL | CANVAS | 5/15/2020 | The Bancorp Bank | 20087-71574 |
| 2019 | Dodge | Journey | 3C4PDCAB3KT873574 | XJFU43 | NJ | HVAC | 9/10/2020 | The Bancorp Bank | 20087-72831 |
| 2019 | Dodge | Journey | 3C4PDCAB2KT862548 | XJFU48 | NJ | WATER | 12/10/2020 | The Bancorp Bank | 20087-76478 |
| 2019 | Dodge | Caravan | 2C4RDGBG8KR805929 | XJFU50 | NJ | CANVAS | 12/10/2020 | The Bancorp Bank | 20087-76443 |
| 2021 | Dodge | Voyager | 2C4RC1AG9MR513095 | XJFU61 | NJ | CANVAS | 3/10/2021 | The Bancorp Bank | 20087-79388 |
| 2021 | Dodge | Voyager | 2C4RC1AG8MR509703 | XJFU58 | NJ | WATER | 3/10/2021 | The Bancorp Bank | 20087-79389 |
| **FORDS** | | | | | | | | | |
| 2011 | Ford | E-350 | 1FBNE3BL2BDB03453 | F45JYY | NJ | CANVAS | 4/19/2018 | | |
| 2004 | Ford | F-150 | 1FTPX14594NB28347 | XGER74 | NJ | HVAC | | | |
| 2021 | Ford | Transit | 1FBAX2Y83MKA99854 | XMCW83 | PA | CANVAS | 3/10/2022 | The Bancorp Bank | 20087-90329 |
| 2021 | Ford | Ecosport | MAJ3S2FE9MC440654 | M45PV8 | NJ | LANDSCAPE | | | |
| **PICKUPS** | | | | | | | | | |
| 2018 | Ram | 1500 Tradesman | 1C6RR7GG3JS300671 | XFJY74 | NC | WATER | 3/1/2019 | Keybank | 03211080171846 |
| 2019 | Ram | 1500 Tradesman | 1C6RR6FG3KS555107 | XGCM41 | NJ | HVAC | 5/30/2019 | Citizens Bank | 00002793464443 |
| 2018 | Ram | 2500 Tradesman - D | 3C6UR5HL3JG105980 | XGCM45 | NJ | ROOFING | 6/29/2019 | Ally Financial | 611928954580 |
| 2019 | Ram | 2500 Tradesman | 3C6UR5CJ7KG512658 | XGCM44 | NJ | SOLAR | 6/21/2019 | Ally Financial | 611927529585 |
| 2019 | Ram | 2500 Tradesman | 3C6UR5DJ2KG519337 | XGCM50 | NJ | SOLAR | 8/17/2019 | Chrysler Capital | 0022827291 |
| 2019 | Ram | 3500 Tradesman - D | 3C63R3CLXKG658425 | XENJ78 | NJ | ROOFING | 11/13/2019 | Hitachi/Mitsubishi HC Capital | 006-0271351-001 |
| 2019 | Ram | 3500 Tradesman - G | 3C63R3GJ7KG715818 | XJFU24 | NJ | SOLAR | 12/18/2019 | The Bancorp Bank | 20087-68808 |
| 2020 | Ram | 2500 Tradesman | 3C6UR5CJ6LG168516 | XJFU28 | NJ | SOLAR | 5/15/2020 | The Bancorp Bank | 20087-71572 |
| 2020 | Ram | 1500 Tradesman | 1C6RR7FT0KS747376 | XJFU35 | NJ | GC | 8/10/2020 | The Bancorp Bank | 20087-72508 |
| 2020 | Ram | 1500 Tradesman | 1C6RR7FT3KS620296 | XJFU31 | NJ | GC | 5/15/2020 | The Bancorp Bank | 20087-71641 |
| 2020 | Ram | 1500 Tradesman | 1C6RR7FT9KS747375 | XJFU30 | NJ | WATER | 6/30/2020 | The Bancorp Bank | 20087-71729 |
| 2019 | Ram | 1500 Tradesman | 1C6RR7FTXKS747353 | XJFU40 | FL | ROOFING | 8/17/2020 | The Bancorp Bank | 20087-73997 |
| 2020 | Ram | 2500 Tradesman | 3C6UR5CJ9LG256623 | XJFU45 | NJ | SOLAR | 12/10/2020 | The Bancorp Bank | 20087-76493 |
| 2020 | Ram | 2500 Tradesman | 3C64R5HJ5LG202387 | XJFU51 | NJ | LANDSCAPE | 1/10/2021 | The Bancorp Bank | 20087-77329 |
| 2021 | Ram | 3500 Tradesman - D | 3C63R3GL8MG528835 | XJFU57 | NJ | ROOFING | 1/20/2021 | The Bancorp Bank | 20087-78874 |
| 2021 | Ram | 3500 Tradesman Dually - D | 3C63RRGL2MG505117 | XKHW82 | FL | ROOFING | 3/10/2021 | The Bancorp Bank | 20087-78875 |
| 2021 | Ram | 2500 Tradesman | 3C6MR5AJ1MG524178 | XKYU21 | NJ | FACILITIES | 6/10/2021 | The Bancorp Bank | 20087-82013 |
| 2021 | Ram | 2500 Tradesman -D | 3C6UR5CL1MG580779 | XKSJ72 | NJ | SOLAR - SVC | 6/10/2021 | The Bancorp Bank | 20087-82612 |
| 2021 | Ram | 1500 Laramie | 1C6SRFJT3MN634784 | XLEM15 | NJ | ELECTRIC | 8/10/2021 | The Bancorp Bank | 20087-83131 |
| 2020 | Ram | 2500 Big Horn - D | 3C6UR5DL8LG185348 | Temp Tags | NJ | LANDSCAPE | 8/10/2021 | The Bancorp Bank | 20087-83130 |
| 2021 | Ram | 3500 Tradesman Dually - D | 3C63RRGJ7MG687220 | XKSJ81 | NJ | LANDSCAPE | 9/10/2021 | The Bancorp Bank | 20087-86541 |
| 2021 | Ram | 2500 Tradesman | 3C6UR5CJ9MG608195 | XKSJ80 | NJ | SOLAR | 9/10/2021 | The Bancorp Bank | 20087-86335 |
| 2021 | Ram | 1500 Tradesman | 3C6JR7DG0MG712754 | XKSJ84 | MD | SOLAR | 11/10/2021 | The Bancorp Bank | 20087-87486 |
| 2022 | Ram | 2500 Tradesman | 3C6UR5CJ8NG110779 | XKSJ85 | NJ | SOLAR | 12/10/2021 | The Bancorp Bank | 20087-87921 |
| 2022 | Ram | 1500 Big Horn | 1C6SRFBT9NN239556 | XKSJ87 | NJ | SOLAR | 1/10/2021 | The Bancorp Bank | 20087-89471 |
| 2022 | Ram | 5500 Dump Body | 3C7WRNFL9NG106208 | XLVB40 | NJ | LANDSCAPE | 4/10/2022 | The Bancorp Bank | 20087-90248 |
| 2022 | Ram | 2500 Tradesman | 3C6UR5CL2NG221183 | XKSJ90 | NJ | GC | | The Bancorp Bank | 20087-90406 |
| 2022 | Ram | 3500 Tradesman - D | 3C63R3GL4NG238545 | XKSJ92 | NJ | ROOFING | | The Bancorp Bank | |
| 2022 | Ram | 3500 Tradesman - D | 3C63R3GL0NG238543 | XKSJ91 | NJ | ROOFING | | The Bancorp Bank | |
| 2022 | Ram | 3500 Tradesman - D | 3C63R3GL2NG238544 | XKSJ93 | NJ | ROOFING | | The Bancorp Bank | |
| 2022 | Ram | 1500 Warlock | 1C6RR7GG2NS173465 | XKSJ97 | NJ | SOLAR | | | |
| 2022 | Ram | 3500 Tradesman D | 3C63R3GL6NG238546 | XKSJ99 | NJ | LANDSCAPE | | | |
| 2022 | Ram | 2500 Tradesman | 3C6UR5HJ6NG354410 | XKSK11 | MD | SOLAR | | | |
| 2022 | Ram | 2500 Tradesman | 3C6UR5HJ8NG354411 | XKSK12 | NJ | SOLAR | | | |
| 2022 | Ram | 2500 Tradesman | 3C6UR5HJ3NG354414 | XNCT85 | NJ | | | | |
| 2022 | Ram | 2500 Tradesman | 3C6UR5HJ7NG354416 | Temp Tag | NJ | | | | |
| 2022 | Ram | 3500 Tradesman Dually - D | 3C63RRGL3NG303033 | Temp Tag | NJ | | | | |
| 2022 | Ram | 2500 Tradesman | 3C6UR5HJXNG354412 | Temp Tag | NJ | | | | |
| 2022 | Ram | 2500 Tradesman | 3C6UR5HJ0NG354418 | Temp Tag | NJ | | | | |
| 2022 | Ram | 2500 Tradesman | 3C6UR5HJ1NG354413 | Temp Tag | NJ | | | | |
| 2022 | Ram | 2500 Tradesman | 3C6UR5HJXNG354409 | Temp Tag | NJ | | | | |
| **Small Vans** | | | | | | | | | |
| 2018 | Ram | Promaster City | ZFBERFBB7J6L76600 | XFJY73 | NC | SOLAR | 2/26/2019 | | |
| 2018 | Ram | Promaster City | ZFBERFBB3J6L86508 | XFJY79 | NJ | OLAR SURVE | 5/4/2019 | Keybank | 03211080189777 |
| 2019 | Ram | Promaster City | ZFBHRFAB0K6M68955 | XENJ77 | NJ | OLAR SURVE | 11/5/2019 | Chrysler Capital | 0023391737 |
| 2020 | Ram | Promaster City | ZFBHRFAB066P33424 | XJFU20 | NJ | OLAR SURVE | 12/18/2019 | The Bancorp Bank | 20087-68805 |
| 2020 | Ram | Promaster City | ZFBHRFAB1L6P35974 | XJFU23 | NJ | WATER | 2/10/2021 | The Bancorp Bank | 20087-69005 |
| 2021 | Ram | Promaster City | ZFBHRFAB9M6T14134 | XJFU69 | MD | WATER | 4/5/2021 | The Bancorp Bank | 20087-81808 |
| 2021 | Ram | Promaster City | ZFBHRFAB5M6T83368 | XKSJ71 | NJ | OLAR SURVE | 6/10/2021 | The Bancorp Bank | 20087-82658 |
| 2021 | Ram | Promaster City | ZFBHRFABXM6U1130 | XLPW22 | MD | WATER | | The Bancorp Bank | 20087-86543 |
| 2021 | Ram | Promaster City | ZFBHRFAB6M6U12392 | XLPW21 | NJ | OLAR SURVEY | | The Bancorp Bank | 20087-86542 |
| **Full-sized Vans** | | | | | | | | | |
| 2017 | Ram | Promaster-C 2500 | 3C6TRVDG1HE519771 | XGEP86 | NJ | SOLAR | 4/20/2018 | | |
| 2017 | Ram | Promaster-C 1500 | 3C6TRVAG3HE517993 | XGES69 | W-PA | OLAR SURVE | 06/72018 | | |
| 2018 | Ram | Promaster-C 1500 | 3C6TRVBGXJE149476 | XFJY66 | NJ | HVAC | 12/29/2018 | Keybank | 03211080161944 |
| 2018 | Ram | Promaster-C 2500 | 3C6TRVCG8JE154898 | XFJY68 | NJ | GC | 1/28/2019 | Keybank | 03211080161470 |
| 2019 | Ram | Promaster-C 2500 | 3C6TRVCG1KE506057 | XFJY75 | NJ | SOLAR | 3/29/2019 | Keybank | 03211080180570 |
| 2019 | Ram | Promaster-C 2500 | 3C6TRVDG8KE502506 | XFJY77 | NJ | HVAC | 4/10/2019 | Keybank | 03211080182551 |
| 2019 | Ram | Promaster 2500 | 3C6TRVCG1KE506060 | XFJY78 | FL | WATER | 4/27/2019 | Keybank | 03211080185679 |
| 2019 | Ram | Promaster 2500 | 3C6TRVCG4KE506053 | XHYT24 | NJ | SOLAR | 5/16/2019 | Ally Financial | 611928346254 |
| 2019 | Ram | Promaster 2500 | 3C6TRVCG4KE506036 | XGCM42 | NJ | ELECTRIC | 6/11/2019 | Ally Financial | 611928848532 |
| 2019 | Ram | Promaster 2500 | 3C6TRVDG4KE540363 | XGCM46 | NJ | HVAC | 7/22/2019 | Ally Financial | 611929060879 |

| Year | Make | Model | VIN | Tag | State | Division | Date | Lienholder | Account |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | Ram | Promaster 2500 | 3C6TRVCG7KE507357 | XGCM47 | NJ | ELECTRIC | 7/31/2019 | Chrysler Capital | 0022759839 |
| 2019 | Ram | Promaster Cargo | 3C6TRVCG4KE507350 | XGCM49 | NJ | HVAC | 8/6/2019 | Chrysler Capital | 0022779279 |
| 2019 | Ram | Promaster 2500 | 3C6TRVDG9KE543386 | XJFU21 | NJ | SOLAR | 12/18/2019 | The Bancorp Bank | 20087-68807 |
| 2020 | Ram | Promaster 2500 | 3C6TRVDG0KE543387 | XJFU22 | NJ | SOLAR - SVC | 1/14/2020 | The Bancorp Bank | 20087-68901 |
| 2020 | Ram | Promaster 1500 | 3C6TRVDG2KE543388 | XJFU32 | NC | SOLAR | 7/10/2020 | The Bancorp Bank | 20087-71648 |
| 2020 | Ram | Promaster 1500 | 3C6TRVDG4LE106722 | XJFU41 | FL | SOLAR | 9/10/2020 | The Bancorp Bank | 20087-72830 |
| 2020 | Ram | Promaster 1500 | 3C6TRVBG1KE524401 | XJXV61 | DE | WATER | 8/10/2020 | The Bancorp Bank | 20087-72524 |
| 2020 | Ram | Promaster 1500 | 3C6TRVDG6LE110142 | XJFU42 | DE | WATER | 9/10/2020 | The Bancorp Bank | 20087-72829 |
| 2020 | Ram | Promaster 2500 | 3C6TRVCG1LE118537 | XJFU36 | NJ | HVAC | 10/10/2020 | The Bancorp Bank | 20087-73489 |
| 2020 | Ram | Promaster 2500 | 3C6TRVDG8LE134992 | XJFU38 | NJ | WATER | 10/10/2020 | The Bancorp Bank | 20087-77255 |
| 2020 | Ram | Promaster 2500 | 3C6TRVDG6LE134991 | XJFU39 | DE | WATER | 10/10/2020 | The Bancorp Bank | 20087-74027 |
| 2020 | Ram | Promaster 2500 | 3C6TRVCG8LE118535 | XJFU37 | NJ | SOLAR | 10/10/2020 | The Bancorp Bank | 20087-73502 |
| 2020 | Ram | Promaster 2500 | 3C6TRVDG8LE141876 | XJFU46 | DE | WATER | 12/10/2020 | The Bancorp Bank | 20087-76436 |
| 2020 | Ram | Promaster 2500 | 3C6TRVDG2LE141890 | XJFU49 | MD | WATER | 12/10/2020 | The Bancorp Bank | 20087-76476 |
| 2020 | Ram | Promaster 2500 | 3C6TRVDG4LE141891 | XJFU47 | NJ | WATER | 12/10/2020 | The Bancorp Bank | 20087-76477 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG1ME512684 | XJFU53 | NJ | WATER | 2/10/2021 | The Bancorp Bank | 20087-77721 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG0ME518315 | XJFU56 | NJ | WATER | 2/10/2021 | The Bancorp Bank | 20087-78601 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG0ME513096 | XJFU54 | NJ | WATER | 2/10/2021 | The Bancorp Bank | 20087-78637 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG2M5513097 | XJFU55 | NJ | ELECTRIC | 2/10/2021 | The Bancorp Bank | 20087-78600 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG4ME513098 | XJFU60 | NJ | ELECTRIC | 3/10/2021 | The Bancorp Bank | 20087-79402 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG8ME514187 | XJFU59 | FL | WATER | 3/10/2021 | The Bancorp Bank | 20087-79401 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG3ME540227 | XLER84 | NJ | SOLAR | 9/10/2021 | The Bancorp Bank | 20087-82866 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG7ME540232 | XLER88 | NJ | SOLAR | 9/10/2021 | The Bancorp Bank | 20087-82864 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDGXME540239 | XLEP23 | NJ | ELECTRIC | 9/10/2021 | The Bancorp Bank | 20087-82865 |
| 2021 | Ram | Promaster 2500 | 3C6LRVCG0ME523919 | XKSJ70 | NJ | HVAC | 6/10/2021 | The Bancorp Bank | 20087-82712 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG1ME525113 | XKSJ73 | NJ | HVAC | 6/10/2021 | The Bancorp Bank | 20087-82015 |
| 2021 | Ram | Promaster 2500 | 3C6LRVDG6ME540240 | XLER85 | DE | WATER | 8/10/2021 | The Bancorp Bank | 20087-84281 |
| 2022 | Ram | Promaster 3500 | 3C6MRVHG3NE108429 | XKSJ98 | W-PA | WATER | | | |
| 2022 | Ram | Promaster 3500 | 3C6MRVHG1NE108428 | XKSK12 | NJ | | | | |
| | | **Enclosed Trailers** | | | | | | | |
| 2018 | ar Mate (enclosed trailer #) | E716CM3T-C | 5A3C716D3JL002132 | TUV73L | NJ | SOLAR | 4/9/2018 | N/A - Paid Check | |
| 2018 | ar Mate (enclosed trailer #) | E716CM3T-C | 5A3C716D4JL002687 | TUC33V | NJ | SOLAR | 5/3/2018 | N/A - Paid Check | |
| 2019 | ar Mate (enclosed trailer #) | E716CM3T-C | 5A3C716D3KL002794 | TVT31B | NJ | SOLAR | 8/27/2019 | N/A - Paid Check | |
| 2019 | ar Mate (enclosed trailer #) | E716CM3T-C | 5A3C716D5KL002795 | TVR10W | NJ | SOLAR | 8/27/2019 | N/A - Paid Check | |
| 2020 | Car Mate | E716CM3T-C | 5A3C716D4LL000960 | TWM17G | NJ | SOLAR | 12/16/2019 | N/A - Paid Check | |
| 2020 | ar Mate (enclosed trailer #) | E716CM3T-C | 5A3C716DXLL001000 | TWD34W | NJ | SOLAR | 3/15/2020 | N/A - Paid Check | |
| 2021 | Car Mate Trailers | E716CM3T-C (Barn Door) | 5A3C716DXML003251 | TXR42N | NJ | SOLAR | 3/17/2021 | N/A - Paid Check | |
| 2021 | Car Mate Trailers | E716CM3T-C (Ramp) | 5A3C716D1ML003252 | TXR43N | NJ | ROOFING | 3/17/2021 | N/A - Paid Check | |
| 2022 | United Trailers | Enclosed - ULT 20' | 56JTE2021NA180214 | TYF46Y | NJ | LANDSCAPE | 8/20/2021 | N/A - Paid Check | |
| 2022 | United Trailers | Enclosed - ULT 24' | 7RXTE2428NA202223 | TYM57C | NJ | LANDSCAPE | 8/20/2021 | N/A - Paid Check | |
| 2022 | ar Mate (enclosed trailer #) | E716CM3T-C | 5A3C716D9NL002559 | Temp - X059272 | NJ | SOLAR | 2/3/2022 | N/A - Paid Check | |
| 2022 | ar Mate (enclosed trailer #) | E716CM3T-C | 5A3C716D5NL002560 | Temp - X059261 | NJ | SOLAR | 2/3/2022 | N/A - Paid Check | |
| 2022 | Car Mate Enclose Electrica | E716CM1T-C | 5A3C716D6NL004012 | TYZ10A | NJ | ELECTRIC | | | |
| 2022 | Car Mate Eclose Solar | e1716cmst-c | 5A3716D4NL004011 | TYY99Z | NJ | SOLAR | | | |
| 2022 | 2022 utuility trailer | | 7RXTE2224NA202321 | TZA51Z | NJ | | | | |
| | | **Drop Decks and Dumps** | | | | | | | |
| 2016 | Futura Car Trailer | Drop Deck | 6ZFF1A5TOGA000014 | TVN85A | NJ | FACILITIES | 9/18/2018 | | |
| 2019 | Hudson Equipment Trailer | Drop Deck | 10HHD1206K2000012 | TYK48D | NJ | FACILITIES | 1/22/2021 | | |
| 2014 | Quality Steel Trailer | Dump - Red | 5LEB1D223E1146331 | TVN28D | NJ | LANDSCAPE | 1/10/2019 | | |
| 2020 | PJ DM Model Dump Traile | PJDM 83X14 | 4P5DM1429L3045504 | TWM22J-initial | NJ | ROOFING | 4/14/2020 | | |
| 2019 | PJ DM Model Dump Traile | PJDM 83X14 | 4P5DM1421L3043620 | TWC27F--rereg | NJ | ROOFING | 10/15/2019 | n/a - paid cash | |
| | PJ DM Model Dump Traile | PJDM 83X14 | 4P5DM1423M3052451 | TWW77M | NJ | ROOFING | 1/22/2021 | | |
| 2021 | PJ DM Model Dump Traile | PJDM 83X14 | 4P51D1926N3058368 | TYJ39U | NJ | ROOFING | 9/3/2021 | N/A - Paid Check | |
| 2021 | PJ DM Model Dump Traile | PJDM 83X14 | 4P5DM142XM3051720 | TWW78M | FL | ROOFING | 1/22/2021 | | |
| 2021 | PJ DM Model Dump Traile | PJDM 83X14 | 4P51D1920N3058432 | TYJ36U | NJ | LANDSCAPE | 9/3/2021 | N/A - Paid Check | |
| 2022 | Big Tex 14' Dump Trailer | 16LP 14' High Wall | 16V1D192XN5118669 | TYX43F | NJ | ROOFING | 1/22/2021 | | |
| 2022 | Big Tex 16' Dump Trailer | 16LP 16' Low Wall | 16V1D2128N5164910 | TYX42F | NJ | LANDSCAPE | 9/3/2021 | N/A - Paid Check | |
| 2022 | Big Tex Deckover Trailer | 140A20BK8SIR | 16V1F2627N2146225 | TYZ44R | NJ | SOLAR | | | |
| | | **Forklifts** | | | | | | | |
| 2015 | Yale Forklift | GLP050VX | | | NJ | FACILITIES | 11/26/2019 | | |
| 2021 | Kubota Excavator | K008T4 | KBCAZ03CTL3K44160 | | NJ | FACILITIES | 12/30/2020 | | |
| | Toyota | 8FGU25-82205 | | | FL | FACILITIES | | | |
| | Hyster | J40nxt | | | NJ | FACILITIES | | | |
| | | **Box Truck** | | | | | | | |
| 2017 | Mitsubishi | Fuso FE130 Cabover 4X2 | JL6BNG1A4HK002562 | XJKV29 | NJ | FACILITIES | 8/13/2020 | The Bancorp Bank | 0000722021001 / 20087-7476 |
| | | | Jamie Lavienna | | NJ | | | | |
| | | | Christopher Close | HHP2257 | NJ | | | | Total Monthly Payments |
| | | **Equipment** | | | | | | | |
| | Toro | T1000 trencher | 411838343 | | NJ | LANDSCAPE | | | |
| 2017 | Mazaka | Pile Driver | | | NJ | SOLAR | | | |
| | Kubota | SVL75-2HWC | kbcz052cam1f59593 | | NJ | LANDSCAPE | | | |