# ATTACHMENT TO SCHEDULE TO A/B #50

**Fixed Asset**
**Other Tools**

| Date | Memo/Description | BOOK AMOUNT |
|---|---|---:|
| 04/11/2018 | KPS Solar / Used Extension Ladders | 1,000.00 |
| 10/19/2018 | Roxanne Bushey / 1 Lot (Used Tools, Equipment & Supplies) | 11,000.00 |
| 08/16/2019 | Home Depot / Tools | 2,434.21 |
| 08/26/2019 | Clippercreek Inc - EV chargers | 1,841.00 |
| 10/01/2019 | Sterling's HVAC tools and equipment | 9,780.15 |
| 09/21/2020 | Uline / 48X27 Industrial Pallet Truck | 331.00 |
| 03/12/2021 | Eastern Lift Truck Co / Forklift | 15,993.75 |
| 03/16/2021 | Home Depot / FLORIDA Tools | 4,644.72 |
| 03/19/2021 | Josephe Fazzio / Pallet Rack - 1000 Delsea Dr. Westville | 5,260.88 |
| 03/22/2021 | Uline / Tools - Mantua | 1,715.23 |
| 04/16/2021 | Home Depot - FL Tools | 1,758.87 |
| 04/16/2021 | Home Depot - NJ Tools | 1,433.26 |
| 04/20/2021 | Ace Industrial Equipment / Florida - Racking and Shelving | 2,781.69 |
| 04/25/2021 | Amex - Home Power / Generator Lift | 1,890.00 |
| 07/26/2021 | Amex - 41160 (L&D - Tools) | 5,284.24 |
| 07/26/2021 | Amex - 41095 (GE Trailer) | 6,500.00 |
| 08/13/2021 | Newark Kubota, Inc. Dingo TX1000, 24.9HP, Kubota Diesel Engine, Wide Track | 34,542.00 |
| 08/26/2021 | Amex - 41004 (L&D - Tools) | 2,381.40 |
| 09/24/2021 | Amex - 41160 (L&D - Tools) | 2,619.78 |
| 11/25/2021 | Amex - 41160 (L&D - Tools) | 3,353.06 |
| 01/26/2022 | Amex - 41160 Lowther Smamll Engine (L&D) | 8,748.58 |
| 01/31/2022 | Chase Ink - 5090 - Lowther Small Engine Inc. Dodge Plow / Western | 9,489.63 |
| 04/01/2022 | 3820 Fulton - 3820 | 7,841.39 |
| 04/07/2022 | Home Depot (Shelving Units) | 3,656.60 |
| 05/10/2022 | Burke Equipment / Kubota SZ26NC-61-2 | 11,499.00 |
| 05/19/2022 | Zoro.com / Ground Array installs. | 3,035.17 |
| 05/31/2022 | Burke Equipment / Toro Dingo TX1000 | 41,999.00 |
| 10/07/2022 | Amex - THE GOAT | 2,112.00 |
| 10/31/2022 | Amex - Snow Plow | 12,220.30 |
| | | **$ 217,146.91** |