Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ally Capital c/o AIS Portfolio Services**<br>Creditor's Name<br><br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Vehicle Loans**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| **2.2** **Bancorp Bank**<br>Creditor's Name<br>191 Sheree Blvd.<br>Suite 100<br>Exton, PA 19341<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**Vehichle Loan**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | Unknown | $0.00 |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cloudfund LLC** | Describe debtor's property that is subject to a lien | $1,500,000.00 | $0.00 |

Creditor's Name
**400 Rella Blvd**
**Suite 165-101**
**Suffern, NY 10901**
Creditor's mailing address

**MCA Loan**

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **EBF Holdings, LLC dba Everest Funding** | Describe debtor's property that is subject to a lien | $820,000.00 | $0.00 |

Creditor's Name
**2001 NW 107th Ave**
**3rd Floor**
**Miami, FL 33172**
Creditor's mailing address

**MCA Loan**

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Global Merchant Cash, Inc.** | Describe debtor's property that is subject to a lien | $1,900,000.00 | $0.00 |

Creditor's Name
**64 Beaver Street**
**Suite 415**
**New York, NY 10004**
Creditor's mailing address

**MCA Loan**

Describe the lien
**MCA Loan**

|  |  |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Date debt was incurred | |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |

| 2.6 | **Republic Bank**<br>Creditor's Name<br><br>**601 W. Market Street**<br>**Louisville, KY 40202**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**90 days or less: A true and Correct List of Accounts Receivable is attached hereto as Exhibit "A"**<br><br>Describe the lien<br>**Line of Credit** | $500,000.00 | $2,173,605.54 |
|---|---|---|---|---|
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Creditor's email address, if known | | | |
| | Date debt was incurred | | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.7 | **Reserve Capital Management, LLC**<br>Creditor's Name<br><br>**c/o Steven W. Wells, Esq**<br>**Wells Law PC**<br>**229 Warner Road**<br>**Lancaster, NY 14086**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**MCA Loan**<br><br>Describe the lien<br>**MCA Loan** | $2,051,867.00 | $0.00 |
|---|---|---|---|---|
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Creditor's email address, if known | | | |
| | Date debt was incurred | | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

■ No                                    ■ Contingent
☐ Yes. Specify each creditor,           ■ Unliquidated
including this creditor and its relative
priority.                               ■ Disputed

---

| 2.8 | Samson MCA, LLC | Describe debtor's property that is subject to a lien | $620,000.00 | $0.00 |

Creditor's Name
**MCA Loan**

**17 State St**
**6th Floor**
**New York, NY 10004**
Creditor's mailing address

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
Creditor's email address, if known        ☐ Yes
                                          Is anyone else liable on this claim?
Date debt was incurred                    ☐ No
                                          ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an         As of the petition filing date, the claim is:
interest in the same property?        Check all that apply
■ No                                  ■ Contingent
☐ Yes. Specify each creditor,         ■ Unliquidated
including this creditor and its relative
priority                              ■ Disputed

---

| 2.9 | Santander Consumer USA dba Chrysler Cap. | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name
**Dodge / Chrysler Trucks / Vehciles**

**PO Box 961275**
**Fort Worth, TX 76161**
Creditor's mailing address                Describe the lien

                                          Is the creditor an insider or related party?
                                          ■ No
Creditor's email address, if known        ☐ Yes
                                          Is anyone else liable on this claim?
Date debt was incurred                    ■ No
                                          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an         As of the petition filing date, the claim is:
interest in the same property?        Check all that apply
■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative
priority.                             ☐ Disputed

---

| 2.10 | TVT 2.0 LLC | Describe debtor's property that is subject to a lien | $2,000,000.00 | $0.00 |

Creditor's Name
**MCA Loan**

**881 Baxter Drive**
**South Jordan, UT 84095**
Creditor's mailing address                Describe the lien
                                          **MCA Loan**

| Debtor | Orbit Energy & Power, LLC | Case number (if known) | 22-19628 |
|---|---|---|---|

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 1 | Wynwood Capital Group, LLC | Describe debtor's property that is subject to a lien | $950,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**MCA Loan**

20200 W Dixie Highway
Miami, FL 33180

Creditor's mailing address

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $10,341,867.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|