Fill in this information to identify the case:

Debtor name: **Orbit Energy & Power, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): **22-19628**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Ally Capital c/o AIS Portfolio Services
Creditor's Name

Describe debtor's property that is subject to a lien
**Vehicle Loans**

Unknown    Unknown

4515 N. Santa Fe Ave
Oklahoma City, OK 73118
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Bancorp Bank
Creditor's Name

Describe debtor's property that is subject to a lien
**Vehichle Loan**

Unknown    $0.00

191 Sheree Blvd.
Suite 100
Exton, PA 19341
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

| Debtor | Orbit Energy & Power, LLC | | Case number (if known) | 22-19628 |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**  **Cloudfund LLC**
Creditor's Name
**400 Rella Blvd
Suite 165-101
Suffern, NY 10901**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**MCA Loan**

$1,500,000.00    $0.00

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.4**  **EBF Holdings, LLC dba Everest Funding**
Creditor's Name
**2001 NW 107th Ave
3rd Floor
Miami, FL 33172**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**MCA Loan**

$820,000.00    $0.00

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.5**  **Global Merchant Cash, Inc.**
Creditor's Name
**64 Beaver Street
Suite 415
New York, NY 10004**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**MCA Loan**

$1,900,000.00    $0.00

Describe the lien
**MCA Loan**

| Debtor | Orbit Energy & Power, LLC | Case number (if known) | 22-19628 |
|---|---|---|---|

|  |  |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Date debt was incurred |  |
| Last 4 digits of account number |  |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |

| 2.6 | Republic Bank | Describe debtor's property that is subject to a lien | $500,000.00 | $2,173,605.54 |
|---|---|---|---|---|
|  | Creditor's Name | 90 days or less: A true and Correct List of Accounts Receivable is attached hereto as Exhibit "A" |  |  |
|  | 601 W. Market Street<br>Louisville, KY 40202 |  |  |  |
|  | Creditor's mailing address | Describe the lien<br>**Line of Credit** |  |  |

|  |  |
|---|---|
|  | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known |  |
| Date debt was incurred |  |
| Last 4 digits of account number |  |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.7 | Reserve Capital Management, LLC | Describe debtor's property that is subject to a lien | $2,051,867.00 | $0.00 |
|---|---|---|---|---|
|  | Creditor's Name | **MCA Loan** |  |  |
|  | c/o Steven W. Wells, Esq<br>Wells Law PC<br>229 Warner Road<br>Lancaster, NY 14086 |  |  |  |
|  | Creditor's mailing address | Describe the lien<br>**MCA Loan** |  |  |

|  |  |
|---|---|
|  | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known |  |
| Date debt was incurred |  |
| Last 4 digits of account number |  |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |

Debtor  **Orbit Energy & Power, LLC**
Name

Case number (if known)  **22-19628**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.8 | **Samson MCA, LLC** | Describe debtor's property that is subject to a lien | $620,000.00 | $0.00 |

Creditor's Name
**17 State St
6th Floor
New York, NY 10004**
Creditor's mailing address

**MCA Loan**

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **Santander Consumer USA dba Chrysler Cap.** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name
**PO Box 961275
Fort Worth, TX 76161**
Creditor's mailing address

**Dodge / Chrysler Trucks / Vehciles**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **TVT 2.0 LLC** | Describe debtor's property that is subject to a lien | $2,000,000.00 | $0.00 |

Creditor's Name
**881 Baxter Drive
South Jordan, UT 84095**
Creditor's mailing address

**MCA Loan**

Describe the lien
**MCA Loan**

| Debtor | Orbit Energy & Power, LLC | Case number (if known) | 22-19628 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 1 | Wynwood Capital Group, LLC | Describe debtor's property that is subject to a lien | $950,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | MCA Loan | | |

20200 W Dixie Highway
Miami, FL 33180
Creditor's mailing address

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $10,341,867.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |