## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   Property
(Official Form 206A/B).

**2. List all contracts and unexpired leases**   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord, Monthly Rent / 35,030 Sq. Ft.** | |
| | State the term remaining | **Monthly Rent** | **570 Mantua Blvd LLC**<br>**Central Operations & Main Warehouse**<br>**570 Mantua Boulevard**<br>**Sewell, NJ 08080** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Orbit Water Solutions**<br>**67 Main Street**<br>**Mantua, NJ 08051** | |
| | State the term remaining | | **604 Associates, LLC**<br>**604 Main Street**<br>**Riverton, NJ 08077** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Orbit North Carolina at 3400 Latrobe Drive in Charlotte NC** | |
| | State the term remaining | | **Albert Properties, LLC**<br>**4932 Deer Walk Avenue**<br>**Charlotte, NC 28270** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Orbit Harrisburg at 800 North 3rd Street, Suite 501 in Harrisburg PA** | |
| | State the term remaining | | **APC - Associated PA Constructor**<br>**800 North 3rd Street, Suite 500**<br>**Harrisburg, PA 17102** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Consumer Finance Agreement** | |
| | State the term remaining | | **Aqua Finance LLC** One Corporate Drive, Suite 300 PO Box 844 Wausau, WI 54402 |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Orbit Stroudsburg at 7164 Route 209 in Stroudsburg, PA** | |
| | State the term remaining | | **Better Homes and Gardens Real Est Wilkins and Assoc.** 7164 Route 209 Stroudsburg, PA 18360 |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for TCIP Compliance (Call Center)** | |
| | State the term remaining | | **Compliance Point** 4400 River Green Parkway, Suite 100 Duluth, GA 30096 |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Orbit Maryland at 11408 Conridge Drive, Suite G in Owing Mills, MD** | |
| | State the term remaining | | **Crondall Lane LLC** co James Knott One Texas Station Court, Suite 200 Lutherville Timonium, MD 21093 |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Consumer Finance Agreement** | |
| | State the term remaining | | **Dividend Financial** One California Street Suite 1500 San Francisco, CA 94111 |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Orbit Delaware at 1013 Centre Road, Suite 411 in Wilmington, DE 19805** | |
| | State the term remaining | | **EDD LLC and Centre Investments LLC** 200 Continental Drive, Suite 200 Newark, DE 19713 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Leases for Enterprise Fleet** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Fleet Management** |
| | List the contract number of any government contract | | **PO Box 800089** |
| | | | **Portland, ME 04104-0639** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Orbit East Norriton at 550 Foundry Road, Ste 4 in Norristown PA 19403** | |
|---|---|---|---|
| | State the term remaining | | **Exo PPE LLC** |
| | | | **100 Front Street** |
| | List the contract number of any government contract | | **One Tower Bridge, Suite 1250** |
| | | | **Conshohocken, PA 19428** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Call Center phone system** | |
|---|---|---|---|
| | State the term remaining | | **Five9, Inc.** |
| | List the contract number of any government contract | | **3001 Bishop Drive, Suite 350** |
| | | | **San Ramon, CA 94583** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Third-Party Consumer Finance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Goodleap** |
| | List the contract number of any government contract | | **8781 Sierra College Blvd** |
| | | | **Roseville, CA 95661** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Orbit Central Florida at 1512 George Jenkins Blvd, Lakeland FL 33815** | |
|---|---|---|---|
| | State the term remaining | | **Harold and Glinnis Biggs** |
| | List the contract number of any government contract | | **5951 Lake Victoria Drive** |
| | | | **Lakeland, FL 33813** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Registered Business Address in Delaware at 122 Delaware Street in New Castle** | |
|---|---|---|---|
| | State the term remaining | | **Histroric Offices of Delaware** |
| | List the contract number of any government contract | | **122 Delaware Street** <br> **New Castle, DE 19720** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Agreement** | |
|---|---|---|---|
| | State the term remaining | | **HOME DEPOT CREDIT SERV** |
| | List the contract number of any government contract | | **P.O. BOX 9055** <br> **DES MOINES, IA 50368** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for CRM System** | |
|---|---|---|---|
| | State the term remaining | | **Insightly, Inc.** |
| | List the contract number of any government contract | | **680 Folsom Street, Suite 550** <br> **San Francisco, CA 94107** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Orbit National Sales Training & Call Center 721 Main Street Sewell NJ 08080** | |
|---|---|---|---|
| | State the term remaining | | **Mantua Twp Fire District** |
| | List the contract number of any government contract | | **155 East Union Ave** <br> **Sewell, NJ 08080** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Orbit 2nd Warehouse 106 Mantua, NJ 08051** | |
|---|---|---|---|
| | State the term remaining | | **MML Property Management** |
| | List the contract number of any government contract | | **587 Mantua Blvd** <br> **Sewell, NJ 08080** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Consumer Finance Agreement** | **Mosaic Solar Dealer** <br> **300 Lakeside Drvie** <br> **24th Floor** |
|---|---|---|---|
| | State the term remaining | | **Oakland, CA 94612** |

Debtor 1  **Orbit Energy & Power, LLC**
           First Name   Middle Name   Last Name

Case number (if known)  **22-19628**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**Orbit North Jersey Lease for 98 Sq. Ft at 30 Knightsbridge Road**

State the term remaining

List the contract number of any government contract

**Regus
30 Knightsbridge Road
Suite 525
Piscataway, NJ 08854**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**Contract for IT Services**

State the term remaining

List the contract number of any government contract

**South State Tech, LLC
5 Turtle Creek Drive
Mullica Hill, NJ 08062**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for Pittsburgh Location**

State the term remaining

List the contract number of any government contract

**Spedd, Inc
1129 Industrial Park Rd, Box 19
Suite 119
VT 05690**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**Third Party Consumer Finance Agreement**

State the term remaining

List the contract number of any government contract

**Sunlight Financial
234 W 39th Street
7th Floor
New York, NY 10018**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

**Third- Party Consumer Finance Agreement**

State the term remaining

List the contract number of any government contract

**Sunnova Energy Corporation
20 Greenway Plaza, Suite 475
Houston, TX 77046**

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 5 of 6

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Service for Gas Cards** |
| | State the term remaining | |
| | List the contract number of any government contract | **Wex, Inc.**<br>**97 Darling Avenue**<br>**South Portland, ME 04106** |