| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Orbit Energy & Power, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **22-19628** |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Sean Angelini | 106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | Bancorp Bank | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Sean Angelini | 106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | Cloudfund LLC | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Sean Angelini | 106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | EBF Holdings, LLC dba Everest Funding | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Sean Angelini | 106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | Global Merchant Cash, Inc. | ■ D  2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Sean Angelini | 106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | Republic Bank | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |

### Additional Page to List More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                     Column 2: Creditor

| 2.6 | Sean Angelini | 106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | Reserve Capital Management, LLC | ■ D  2.7<br>☐ E/F<br>☐ G |
| --- | --- | --- | --- | --- |
| 2.7 | Sean Angelini | 106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | Samson MCA, LLC | ■ D  2.8<br>☐ E/F<br>☐ G |
| 2.8 | Sean Angelini | 106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | TVT 2.0 LLC | ■ D  2.10<br>☐ E/F<br>☐ G |
| 2.9 | Sean Angelini | 106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | Wynwood Capital Group, LLC | ■ D  2.11<br>☐ E/F<br>☐ G |