# ATTACHMENT TO SOFA #4

Insider Payments

| | Date | Transaction Type | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|---|
| **Owner's Pay & Personal Expenses** | | | | | | |
| | Beginning Balance | | | | | |
| | 12/03/2021 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 12/15/2021 | Expense | American Express - 45007 / 46005 | | Owner's Pay & Personal Expenses | -7,183.53 |
| | 12/17/2021 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 12/30/2021 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 01/14/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 01/19/2022 | Expense | American Express - 45007 / 46005 | | Owner's Pay & Personal Expenses | -5,000.00 |
| | 01/28/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 01/31/2022 | Journal Entry | | Amortize AmeriHealth Jan 2021 | Owner's Pay & Personal Expenses | -832.69 |
| | 02/11/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 02/17/2022 | Bill | Van Meter Auto Repair | Sean's Mom: 2019 Mercedes-Benz - C300 VIN # : 55SWF8EB9 KU289772 Lic # : N25NCN | Owner's Pay & Personal Expenses | -617.02 |
| | 02/25/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 02/28/2022 | Journal Entry | | Amortize AmeriHealth Feb 2021 | Owner's Pay & Personal Expenses | -832.69 |
| | 02/28/2022 | Expense | American Express - 45007 / 46005 | | Owner's Pay & Personal Expenses | -5,000.00 |
| | 03/11/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 03/24/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 03/31/2022 | Journal Entry | | Amortize AmeriHealth Apr 2021 | Owner's Pay & Personal Expenses | -832.69 |
| | 04/01/2022 | Journal Entry | | Amortize AmeriHealth Apr 2021 | Owner's Pay & Personal Expenses | -832.69 |
| | 04/08/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 04/22/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| | 05/06/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |

| Date | Transaction Type | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|
| 05/19/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| 05/22/2022 | Bill | American Express - 45007 / 46005 | Amex - 46005 | Owner's Pay & Personal Expenses | -3,877.61 |
| 05/31/2022 | Journal Entry | | Amortize AmeriHealth May 2022 | Owner's Pay & Personal Expenses | -832.69 |
| 06/03/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| 06/17/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| 06/22/2022 | Bill | American Express - 45007 / 46005 | Amex - 46005 | Owner's Pay & Personal Expenses | -657.82 |
| 06/30/2022 | Journal Entry | | Amortize AmeriHealth | Owner's Pay & Personal Expenses | 0.00 |
| 07/01/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| 07/15/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| 07/28/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -15,000.00 |
| 07/31/2022 | Journal Entry | | Amortize AmeriHealth | Owner's Pay & Personal Expenses | -832.69 |
| 08/11/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 08/25/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 08/31/2022 | Journal Entry | | Amortize AmeriHealth Aug 2022 | Owner's Pay & Personal Expenses | -832.69 |
| 09/08/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 09/22/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 09/30/2022 | Journal Entry | | Amortize AmeriHealth Sept 2022 | Owner's Pay & Personal Expenses | -832.69 |
| 10/06/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 10/20/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 10/30/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 11/17/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 11/30/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 12/15/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |
| 12/29/2022 | Bill | Sean S. Angelini (Pay) | | Owner's Pay & Personal Expenses | -10,000.00 |

**Pay & Personal Expenses** -$ 408,997.50

**TOTAL** -$ 408,997.50

| Date | Transaction Type | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|

**Owner's Investment - Sean Angelini**

|  | Beginning Balance | | | | | |
|---|---|---|---|---|---|---|
|  | 01/24/2022 | Expense | Principal Life Insurance Company | | Owner's Investment - Sean Angelini | -103.36 |
|  | 07/27/2022 | Expense | Pennsylvania Department of State | Sean Angelini / PA Personal | Owner's Investment - Sean Angelini | -837.28 |
|  | 08/17/2022 | Expense | National Integrity, LLC | Outgoing Wire To NATIONAL INTEGRITY LLC / N615607 | Owner's Investment - Sean Angelini | -50,000.00 |
|  | 10/21/2022 | Check | Comptroller of Maryland | State of Maryland Personal Income Tax Computation Notice: Sean S. Angelini - Notice #1994888221013 | Owner's Investment - Sean Angelini | -317.31 |
|  | 11/23/2022 | Expense | Sean Angelini (expenses) | Transfer from x6463 to x2230 | Owner's Investment - Sean Angelini | -10,000.00 |
| Investment - Sean Angelini | | | | | | -$ 61,257.95 |
| TOTAL | | | | | | -$ 470,255.45 |