# ATTACHMENT TO SOFA #9

Gifts or Charitable Contributions

| | Date | Name | Memo/Description | Amount |
|---|---|---|---|---|
| **Charitable Donations** | | | | |
| | 12/30/2020 | Ora L. Wooster Funeral Home | Donation in honor of: John H. Murray Sr. | 1,000.00 |
| | 12/31/2020 | Washington Twp Baseball | Business Logo on Coopertown Team Banner & Team Practice Jersey | 300.00 |
| | 12/31/2020 | St. Jude Children's Research Hospital | 2020 Donation | 10,000.00 |
| | 02/25/2021 | National Forest Foundation | Donation | 750.00 |
| | 03/25/2021 | Talk of the Town Dance Studio | Donation - Program | 150.00 |
| | 04/02/2021 | Mantua Township Little League | 2021 Sponsorship | 5,000.00 |
| | 04/13/2021 | All Out Sports Club | Sponsorship | 1,000.00 |
| | 04/26/2021 | American MMA Wrestling | Gold Sponsorship 1 Year Plus Banner Fee | 1,200.00 |
| | 06/10/2021 | Wenonah Lions Club | Donation: Wenonah's 4th of July Celebration | 500.00 |
| | 06/10/2021 | Special Olympics New Jersey | Donation for Special Olympics NJ | 500.00 |
| | 06/26/2021 | American Express - 41004 & 41020 | Amex - 41095 | 2,812.50 |
| | 07/19/2021 | Mantua Township Little League | Uniforms - Donation | 3,000.00 |
| | 07/22/2021 | Washington Township Youth Football Program | Coach Walt's Golf Outing | 2,550.00 |
| | 07/26/2021 | American Express - 41004 & 41020 | Amex - 41004 (Glouc county Chamber Glassboro) | 2,500.00 |
| | 09/23/2021 | Garden State Elite Cheer | Orbit HVAC - Auction Donation | 200.00 |
| | 10/04/2021 | WENONAH FIRE COMPANY | Orbit Energy & Power - Annual Donation | 500.00 |
| | 10/27/2021 | The Children's Home Society of NJ | Wenonah Turkey Trot - Silver Sponsor | 500.00 |
| | 12/10/2021 | Total Experience Foundation | Donation Christmas 2021 | 1,000.00 |
| | 12/30/2021 | St. Jude Children's Research Hospital | 2021 Donation | 10,000.00 |
| | 02/03/2022 | Mantua Pack 7045 | Donation 2022 | 1,000.00 |
| | 02/07/2022 | Kathedral Event | company's donation to ROF 2/IN *KATHEDRAL EVENT HAMMONTON NJ | 1,190.25 |
| | 06/22/2022 | Wenonah Lions Club | 2022 Fourth of July Parade and Festivities | 500.00 |
| | 07/22/2022 | Gloucester County Police Chiefs Association | Chief's Night Fundraiser - Gold Tier Donation | 1,000.00 |
| **Total for Charitable Donations** | | | | **$ 47,152.75** |
| **Charitable Contributions - Solar** | | | | |
| | 08/04/2022 | Washington Township | WTYFB 2022 Golf "Outing" Sponsorship | 3,000.00 |
| **Total for Charitable Contributions - Solar** | | | | **$ 3,000.00** |
| **Total for Charitable Donations with subs** | | | | **$ 50,152.75** |
| **TOTAL** | | | | **$ 50,152.75** |