**United States Bankruptcy Court**
District of New Jersey

In re  Orbit Energy & Power, LLC                               Case No.  22-19628
                                        Debtor(s)              Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  January 3, 2023

Sean Angelini/Managing Member
Signer/Title