| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Ciardi Ciardi & Astin<br>Albert A. Ciardi, III, Esquire<br>Nicole M. Nigrelli, Esquire<br>Daniel S. Siedman, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 557-3550<br>Facsimile: (215) 557-3551<br>aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com<br>dsiedman@ciardilaw.com | |
| In re:<br><br>ORBIT ENERGY & POWER, LLC<br><br>Debtor. | Case No.: 22-19628<br>Judge: ABA<br>Chapter: 11 |

## **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

1.  Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation or in connection with the bankruptcy case is as follows:

    a.  Ciardi Ciardi & Astin was retained on November 15, 2022 and received an initial retainer of $5,000.00 and a second portion of the retainer in the amount of $30,000.00 on December 6, 2022. Prior to filing, Applicant drew down $21,068.50 (including the filing fee) representing billing, which was incurred by and between November 15, 2022 and December 5, 2022, leaving $13,931.50 as a retainer.

    b.  I have not agreed to share the above-disclosed compensation with

1

any person unless they are a member of this firm.

        c.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        i.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

        ii.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

        iii.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

        iv.      Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

        **CIARDI CIARDI & ASTIN**

By:   */s/ Albert A. Ciardi, III*
       Albert A. Ciardi, III, Esquire

Dated: January 3, 2023