Fill in this information to identify the case:

Debtor name: **Orbit Energy & Power, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **22-19628**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 27, 2023**     X _____
                                    Signature of individual signing on behalf of debtor

                                    **Sean Angelini**
                                    Printed name

                                    **Managing Member**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Orbit Energy & Power, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **22-19628** |

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Ally Capital c/o AIS Portfolio Services**<br>Creditor's Name<br><br>**4515 N. Santa Fe Ave**<br>**Oklahoma City, OK 73118**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Vehicle Loans**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $10,398.00 | Unknown |
| **2.2** | **Bancorp Bank**<br>Creditor's Name<br>**191 Sheree Blvd.**<br>**Suite 100**<br>**Exton, PA 19341**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**Vehichle Loans**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | | $3,200,000.00 | $0.00 |

Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property  page 1 of 6

| Debtor | Orbit Energy & Power, LLC | | Case number (if known) | 22-19628 | |
|---|---|---|---|---|---|

Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cloudfund LLC** | Describe debtor's property that is subject to a lien | $1,500,000.00 | $0.00 |

Creditor's Name
**400 Rella Blvd
Suite 165-101
Suffern, NY 10901**
Creditor's mailing address

**MCA Loan**

Describe the lien
**MCA Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **EBF Holdings, LLC dba Everest Funding** | Describe debtor's property that is subject to a lien | $820,000.00 | $0.00 |

Creditor's Name
**2001 NW 107th Ave
3rd Floor
Miami, FL 33172**
Creditor's mailing address

**MCA Loan**

Describe the lien
**MCA Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Global Merchant Cash, Inc.** | Describe debtor's property that is subject to a lien | $1,900,000.00 | $0.00 |

Creditor's Name
**64 Beaver Street
Suite 415
New York, NY 10004**
Creditor's mailing address

**MCA Loan**

Describe the lien
**MCA Loan**

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 2 of 6

|  |  |  |  |
|---|---|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
| Date debt was incurred |  |  |  |
| Last 4 digits of account number |  |  |  |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |  |  |

| 2.6 | **Key Bank**<br>Creditor's Name<br>**Commercial Loan Department**<br>**P.O. Box 94525**<br>**Cleveland, OH 44101-4525**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Vehichles**<br><br>Describe the lien | $19,924.90 | $0.00 |
|---|---|---|---|---|
|  | Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | Date debt was incurred |  |  |  |
|  | Last 4 digits of account number |  |  |  |
|  | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |

| 2.7 | **Republic Bank**<br>Creditor's Name<br><br>**601 W. Market Street**<br>**Louisville, KY 40202**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**90 days or less: A true and Correct List of Accounts Receivable is attached hereto as Exhibit "A"**<br><br>Describe the lien<br>**Line of Credit** | $500,000.00 | $2,173,605.54 |
|---|---|---|---|---|
|  | Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | Date debt was incurred |  |  |  |
|  | Last 4 digits of account number |  |  |  |
|  | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |

| Debtor | Orbit Energy & Power, LLC | Case number (if known) | 22-19628 |
|---|---|---|---|
| | Name | | |

| 2.8 | Reserve Capital Management, LLC | Describe debtor's property that is subject to a lien | $2,051,867.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | MCA Loan | | |

c/o Steven W. Wells, Esq
Wells Law PC
229 Warner Road
Lancaster, NY 14086
Creditor's mailing address

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

| 2.9 | Samson MCA, LLC | Describe debtor's property that is subject to a lien | $620,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | MCA Loan | | |

17 State St
6th Floor
New York, NY 10004
Creditor's mailing address

Describe the lien
**MCA Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

| 2.10 | Santander Consumer USA dba Chrysler Cap. | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Dodge / Chrysler Trucks / Vehciles | | |

PO Box 961275
Fort Worth, TX 76161
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

| | |
|---|---|
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 | **TVT 2.0 LLC** | Describe debtor's property that is subject to a lien | $2,000,000.00 | $0.00 |
| 1 | Creditor's Name | **MCA Loan** | | |

**881 Baxter Drive**
**South Jordan, UT 84095**
Creditor's mailing address

Describe the lien
**MCA Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 | **Wells Fargo Commercial Dist. Finance LLC** | Describe debtor's property that is subject to a lien | $16,000.00 | $0.00 |
| 2 | Creditor's Name | **Personal Property of the Debtor** | | |

**5595 Trillium Blvd**
**Hoffman Estates, IL 60192**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 | **Wynwood Capital Group, LLC** | Describe debtor's property that is subject to a lien | $950,000.00 | $0.00 |
| 3 | | | | |

| Debtor | Orbit Energy & Power, LLC | Case number (if known) | 22-19628 |
|---|---|---|---|
| | Name | | |

| Creditor's Name | MCA Loan |
|---|---|
| 20200 W Dixie Highway<br>Miami, FL 33180 | |
| Creditor's mailing address | Describe the lien |
| | **MCA Loan** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$13,588,189.90**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wells Fargo Bank**<br>**10 South Wacker Drive**<br>**Chicago, IL 60606** | Line **2.12** | |
| **Wells Fargo Bank**<br>**c/o Alexis A. Leventhal**<br>**Reed Smith**<br>**225 Fifth Avenue**<br>**Pittsburgh, PA 15222** | Line **2.12** | |