Fill in this information to identify the case:

Debtor name   **Orbit Energy & Power, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **22-19628**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $  0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................  $  3,860,100.79

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................  $  3,860,100.79

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................  $  13,588,189.90

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $  0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$  8,234,715.77

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b   $  21,822,905.67