Order Filed on February 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Ciardi Ciardi & Astin<br>Albert A. Ciardi, III, Esquire<br>Nicole M. Nigrelli, Esquire<br>Daniel S. Siedman, Esquire<br>1905 Spruce Street,<br>Philadelphia, PA 19103<br>Telephone: 215-557-3550<br>Facsimile: 215-557-3551<br>aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com<br>dsiedman@ciardilaw.com | |
| *In re:*<br><br>ORBIT ENERGY & POWER, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-19628 (ABA) |

## PROPOSED ORDER

The relief set forth on the following page(s) two (2) through two (2) is hereby

**ORDERED.**

**DATED: February 27, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case Name: In re Orbit Energy & Power, LLC
Case No. 22-19628(ABA)
Name of Order: Proposed Order re Conversion

THIS MATTER has come before the Court upon the request of Orbit Energy & Power, LLC, the Debtor and Debtor-in-Possession (the "Debtor") and upon consideration of the correspondence filed by the Debtor on February 21, 2023 (D.N. 178), and the Court having conducted a hearing on February 23, 2023 at 10:00 a.m. (the "Hearing") wherein (i) the Court heard testimony and the representations of counsel, including the testimony of the Debtor's principal and the representations of Debtor's counsel; (ii) the issue undertaken at the Hearing, as referenced in the D.N. 178, concerned the conversion or dismissal of the case; (iii) the Court determined that sufficient notice of the Hearing and its subject matter had been given to all creditors and parties-in-interest; (iv) counsel for numerous creditors and the U.S. Trustee appeared and expressed or were given a fair opportunity to express their views on the conversion or dismissal of the case; and (iv) the Court, having, considered the evidence, representations of counsel and views expressed on the record, and for other good cause shown,

IT IS on this _____ day of February, 2023,

1. **ORDERED** that the above-captioned case is hereby converted to a Chapter 7 case; and it is further

2. **ORDERED** that the United States Trustee's Office shall appoint a Chapter 7 Trustee forthwith; and it is further

3. **ORDERED** that Bancorp Bank continues to have relief from the automatic stay and may continue to retrieve vehicles pre-and post-conversion.