| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Jeffrey Hampton, Esquire<br>Mark Minuti (*Admitted pro hac vice*)<br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Office: (215) 972-7777<br>Fax: (215) 972-7725<br>jeffrey.hampton@saul.com<br>mark.minuti@saul.com<br>turner.falk@saul.com<br><br>*Counsel for Allspire Health GPO, LLC* |
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>                 Debtor. |

Chapter 11

Case No. 22-19628 (ABA)
Judge Andrew B. Altenburg

**ORDER GRANTING MOTION OF ALLSPIRE HEALTH GPO, LLC FOR AN ORDER (A) ALLOWING POST-PETITION OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 105(A), 365(D)(3) AND 503(B)(1)(A); (B) LIFTING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(D) TO PERMIT SETOFF OF SECURITY DEPOSIT AGAINST PRE-PETITION DAMAGES; AND <u>(C) WAIVER OF THE STAY UNDER FED. R. BANKR. P. 4001(A)</u>**

      The relief set forth on the following pages, page two (2) through page three (3), is hereby ORDERED.

41204305.6

Debtor: Orbit Energy & Power, LLC
Case No: 22-19628(ABA)
Caption: Order Approving Motion of Allspire Health GPO, LLC (A) Allowing, and Compelling Debtor to Immediately Pay, Post-Petition Obligations Pursuant to 11 U.S.C. §§ 105(a), 365(d)(3) and 503(b)(1)(A); (B) Lifting the Automatic Stay Under 11 U.S.C. §362(d) to Permit Setoff of Security Deposit Against Pre-Petition Damages; and (C) Waiving the Stay Under Fed. R. Bankr. P. 4001(a)

---

Upon consideration of the *Motion of Allspire Health GPO, LLC (A) Allowing, and Compelling Debtor to Immediately Pay, Post-Petition Obligations Pursuant to 11 U.S.C. §§ 105(a), 365(d)(3) and 503(b)(1)(A); (B) Lifting the Automatic Stay Under 11 U.S.C. §362(d) to Permit Setoff of Security Deposit Against Pre-Petition Damages; and (C) Waiving the Stay Under Fed. R. Bankr. P. 4001(a)* (the "Motion") and all pleadings related thereto; and notice of the Motion having been due and sufficient under the circumstances; and it appearing that the relief requested in the Motion is appropriate under the circumstances; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED.

2. Pursuant to section 365(d)(3) of the Bankruptcy Code, Allspire Health GPO, LLC ("AHGPO") is allowed a post-petition, Chapter 11 administrative claim in the amount of $10,402.00.

3. Pursuant to section 503(b)(1)(A) of the Bankruptcy Code, AHGPO is allowed an administrative claim in the amount of $8,388.81.

4. The automatic stay of section 362(a) of the Bankruptcy Code is hereby lifted so that AHGPO may exercise its right under Bankruptcy Code section 553 to offset its security deposit in the amount of $10,200.00 against its pre-petition claim for damages.

Debtor: Orbit Energy & Power, LLC
Case No: 22-19628(ABA)
Caption: Order Approving Motion of Allspire Health GPO, LLC (A) Allowing, and Compelling Debtor to Immediately Pay, Post-Petition Obligations Pursuant to 11 U.S.C. §§ 105(a), 365(d)(3) and 503(b)(1)(A); (B) Lifting the Automatic Stay Under 11 U.S.C. §362(d) to Permit Setoff of Security Deposit Against Pre-Petition Damages; and (C) Waiving the Stay Under Fed. R. Bankr. P. 4001(a)

---

5. Notwithstanding the provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, this Order shall not be stayed after the entry hereof, but shall be effective and enforceable immediately upon entry, and the fourteen (14) day stay provided in Bankruptcy Rule 4001(a)(3) is waived and shall not apply.

6. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.