| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Jeffrey Hampton, Esquire<br>Mark Minuti (*pro hac vice*)<br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Office: (215) 972-7777<br>Fax: (215) 972-7725<br>Jeffrey.hampton@saul.com<br>mark.minuti@saul.com<br>turner.falk@saul.com<br><br>*Counsel for Allspire Health GPO, LLC* | |
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 22-19628 (ABA)<br>Judge Andrew B. Altenburg |

## **CERTIFICATION OF SERVICE**

1. I, <u>Turner N. Falk, Esq.</u>:

    ☒ represent the <u>Creditor/Party In Interest</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>March 28, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    1. Motion
    2. Certification in Support
    3. Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Dated: <u>March 28, 2023</u>                                 */s/ Turner N. Falk*
                                                                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See attached | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 5005-1(d)<br>(As authorized by the Court or by rule. Cite rule if applicable) |

```
Label Matrix for local noticing          Allspire Health GPO, LLC              Associate Refrigeration, Inc.
0312-1                                   7535 Windsor Drive                    1625 Hylton Road
Case 22-19628-ABA                        Suite 203B                            Pennsauken, NJ 08110-1313
District of New Jersey                   Allentown, PA 18106-8810
Camden
Tue Mar 28 09:22:46 EDT 2023

Attolon Partners, LLC                    Billows Electric Supply Company, Inc. Ciardi Ciardi & Astin
c/o Corinne S. Brennan, Esquire          1813 Underwood Boulevard              1905 Spruce Street
10000 Lincoln Drive East                 Delran, NJ 08075-1232                 Philadelphia, PA 19103-5732
Suite 201
Marlton, NJ 08053-3105

Clear Channel Outdoor, LLC               Clear Energy Partners, LLC            House & Home Magazine, LLC
c/o K&L Gates LLP                        523 Hollywood Avenue                  c/o Saldutti Law Group
Attn.; Daniel M. Eliades, Esq.           Cherry Hill, NJ 08002-2820            1040 North Kings Highway
One Newark Center                                                              Suite 100
10th Floor                                                                     Cherry Hill, NJ 08034-1925
Newark, NJ 07102-5237

Orbit Energy & Power, LLC                Republic Bank                         Soligent Distribution, LLC
570 Mantua Blvd.                         601 W. Market Street                  Riker Danzig LLP
Sewell, NJ 08080-1022                    Louisville, KY 40202-2700             One Speedwell Avenue
                                                                               Morristown, NJ 07960-6838

South State Tech LLC                     TVT 2.0 LLC                           Toyota Industries Commercial Finance, Inc.
5 Turtle Creek Drive                     1407 Broadway 29th Floor              c/o Weltman, Weinberg & Reis Co., L.P.A.
Mullica Hill, NJ 08062-2809              New York, NY 10018-5100               170 S. Independence Mall W.
                                                                               Suite 874W
                                                                               Philadelphia, PA 19106-3334

United States Trustee                    Van Meter Auto Repair                 U.S. Bankruptcy Court
Office of the United States Trustee      395 Wenonah Avenue                    401 Market Street
One Newark Center                        Mantua, NJ 08051-1444                 Camden, NJ 08102-1568
Suite 2100
Newark, NJ 07102-5235

3342 Westdale Ct.                        570 Mantua Blvd LLC                   570 Mantua, LLC
Waldorf, MD 20601-2951                   Central Operations & Main Warehouse   401 West Artesia Blvd.
                                         570 Mantua Boulevard                  Compton, California 90220-5518
                                         Sewell, NJ 08080-1022

604 Associates, LLC                      AA Roofing                            ABC Supply Co., Inc.
604 Main Street                          149 Houston Street                    PO Box 742067
Riverton, NJ 08077-1419                  Pittsburgh, PA 15223-1718             Atlanta, GA 30374-2067

APC - Associated PA Constructor          Adams Outdoor Advertising             Albert Properties, LLC
800 North 3rd Street, Suite 500          2299 Scott Futrell Drive              4932 Deer Walk Avenue
Harrisburg, PA 17102-2099                Charlotte, NC 28208-3560              Charlotte, NC 28270-0690

Allspire Health GPO, LLC                 Ally Capital                          Ally Capital c/o AIS Portfolio Services
1201 N. Market Street, Suite 2300        AIS Portfolio Services, LLC           4515 N. Santa Fe Ave
P.O. Box 1266                            4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118-7901
Wilmington, DE 19899-1266                Oklahoma City, OK 73118-7901
```

| | | |
|---|---|---|
| Ally Capital c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Amazon Capital Services<br>PO Box 035184<br>Seattle, WA 98124-5184 | AmeriHealth Ins. Co of NJ<br>Lockbox 3092<br>PO Box 8500<br>Philadelphia, PA 19178-3092 |
| American Consumer Shows<br>6901 Jericho Turnpike, Suite 250<br>Syosset, NY 11791-4626 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amy E. Vulpio, Esq.<br>White and Williams LLP<br>1650 Market St., Fl. 18<br>Philadelphia, PA 19103-7395 |
| Amy Jones<br>230 Candy Ln<br>Ambler, PA 19002-3507 | Anna Lezhneva<br>8007 Ballas Drive<br>Charlotte, NC 28215-0404 | Aqua Finance LLC<br>One Corporate Drive, Suite 300<br>PO Box 844<br>Wausau, WI 54402-0844 |
| Aqua Flow Pump & Supply Co<br>1561 Pulaski Highway<br>PO Box 98<br>Bear, DE 19701-0098 | Atlantic City Electric - 67 Main<br>P.O. Box 13610<br>Philadelphia, PA 19101-3610 | Attolon Partners, LLC<br>1617 JFK Blvd., Suite 410<br>Philadelphia, PA 19103-1838 |
| Augutech<br>777 Brickwell, Suite 500<br>Miami, FL 33131-2803 | Aurora Solar<br>PO Box 102896<br>Pasadena, CA 91189-2896 | Bancorp Bank<br>191 Sheree Blvd.<br>Suite 100<br>Exton, PA 19341-1265 |
| Barton Supply<br>1260 Marlkress Road<br>PO Box 2240<br>Cherry Hill, NJ 08034-0172 | Beacon Building Products - 513<br>Western Avenue Branch<br>1321 Western Avenue<br>Baltimore, MD 21230-1711 | Beacon Building Products - 874<br>Florida Branch Locations<br>PO Box 100639<br>Atlanta, GA 30384-0639 |
| Beacon Roofing Supply<br>PO Box 418527<br>Boston, MA 02241-8527 | Better Homes and Gardens Real Est<br>Wilkins and Assoc.<br>7164 Route 209<br>Stroudsburg, PA 18360-7108 | Billows Electric Supply<br>5071 Route 42 South<br>Blackwood, NJ 08012-1703 |
| Brian F. Swope, Esquire<br>28 S. West Avenue<br>Vineland, NJ 08360-4543 | Broadway Electric Supply Co.<br>459 Mantua Avenue<br>Woodbury, NJ 08096-2616 | Burke Equipment Company<br>2063 Pulaski Highway<br>Newark, DE 19702-3503 |
| C&C Supply Company<br>537 Mantua Ave<br>Woodbury, NJ 08096-3249 | CCP Outdoor, LLC dba Premier Outdoor Media<br>307 Fellowship Road<br>Suite 315<br>Mount Laurel, NJ 08054<br>Mount Laurel, NJ 08054-1233 | Car Effex<br>587 Mantua Blvd.<br>Sewell, NJ 08080-1016 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chemical Equipment Labs DE, Inc.<br>3920 Providence Road, Suite A<br>Newtown Square, PA 19073-2205 | Chrysler Capital #1737<br>PO Box 660335<br>Dallas, TX 75266-0335 |

Chrysler Capital #4886
PO Box 660335
Dallas, TX 75266-0335

Chrysler Capital #8650
PO Box 660335
Dallas, TX 75266-0335

Cintas
PO Box 630803
Cincinnati, OH 45263-0803

Cintas
PO Box 630921
Cincinnati, OH 45263-0803

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

City Electric Supply
PO Box 609521
Orlando, FL 32860-9521

City Electric Supply Company
c/o Milne Law Group, P.A.
301 E. Pine Street
Suite 525
Orlando, FL 32801-2755

City of Lake Land
Jerrod D. Simpson Esq.
228 S Massachusetts Avenue
Lakeland, FL 33801-5012

Clear Channel Outdoor
PO Box 402379
Atlanta, GA 30384-2379

Clear Channel Outdoor, LLC
c/o K&L Gates LLP
Attn.: Caitlin C. Conklin, Esq.
One Newark Center, 10th Floor
Newark, NJ 07102-5237

Clipper Magazine
PO Box 829729
Philadelphia, PA 19182-9729

(p)CLOUDFUND LLC
400 RELLA BOULEVARD SUITE 165-101
SUFFERN NY 10901-4241

Cloudfund, LLC
c/o Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Cogency Global
122 E. 42nd Street, 18th Floor
New York, NY 10168-1899

Cohen Seglias Pallas Greenhall & Furman
1600 Market Street, 32nd Floor
Philadelphia, PA 19103-7210

Comcast - 721 Main
PO Box 37601
Philadelphia, PA 19101-0601

Comcast - Wilmington DE
PO Box 6505
Chelmsford, MA 01824-0905

Comcast Business - 570 Mantua Blvd
PO Box 37601
Philadelphia, PA 19101-0601

Compliance Point
4400 River Green Parkway, Suite 100
Duluth, GA 30096-2538

Cooper Electric Supply Co.
c/o NordLaw
190 State Highway 18, Suite 201
East Brunswick, NJ 08816-1407

Cooper Power Systems
Cooper Electric Supply Co
PO Box 415925
Boston, MA 02241-5925

CooperFriedman Electric Supply Co., Inc. d/b
315 Cranbury Half Acre Road
Cranbury, NJ 08512

Corporate Copy
53 Knoll Drive
Blackwood, NJ 08012-5410

Crondall Lane LLC
co James Knott
One Texas Station Court, Suite 200
Lutherville Timonium, MD 21093-8288

Cyprian Anunobi and Christiana Anunobi
Douglas R. Gorius, PA
511B Eastern Blvd
Baltimore, MD 21221-6733

Deborah Bailey
248 Washington Street
Royersford, PA 19468-2226

Delaware Truck Refinishers
3039 Bowlararama Drive
New Castle, DE 19720-1316

Department of Treasury
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Dividend Financial
One California Street
Suite 1500
San Francisco, CA 94111-5416

Dividend Solar Finance, LLC
c/ Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507-1839

| | | |
|---|---|---|
| Douglas R Gorius<br>511B Eastern Blvd<br>Baltimore, MD 21221-6733 | Dvinci Inc. dba Colossus<br>177 Huntington Ave, Suite 1703<br>PO Box 42739<br>Boston, MA 02115-3153 | EBF Holdings, LLC dba Everest Funding<br>2001 NW 107th Ave<br>3rd Floor<br>Miami, FL 33172-2513 |
| EDD LLC and Centre Investments LLC<br>200 Continental Drive, Suite 200<br>Newark, DE 19713-4303 | Eastern Lift Truck Co., Inc.<br>P.O. Box 307<br>Maple Shade, NJ 08052-0307 | EcoFasten Solar, LLC<br>PO Box 735922<br>Dallas, TX 75373-5922 |
| Ecofasten Solar, LLC<br>One East Washington Street<br>Suite 2700<br>Phoenix, AZ 85004-2556 | Elan Cardmember Service<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Eli Kramer<br>CJ Management, LLC<br>21 Kilmer Drive<br>Suite E<br>Morganville, NJ 07751-1568 |
| Entercom Communications Corp<br>PO Box 92911<br>Cleveland, OH 44194-0006 | Enterprise FM Trust & Enterprise Fleet Mgmt.<br>Geoffrey S. Goodman<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, IL 60654-4762 | Enterprise Fleet Management<br>PO Box 639<br>Portland, ME 04104-0639 |
| Enterprise Fleet Management<br>PO Box 800089<br>Portland, ME 04104-0639 | Erica Shikunov<br>Derek Smith Law Group PLLC<br>1835 Market St.<br>Suite 2950<br>Philadelphia, PA 19103-2946 | Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117-5173 |
| Euler Hermes agent for<br>U.S Electrical Services Inc<br>Allianz Trade<br>800 Red Brook Blvd., 400 C<br>Owings Mills, MD 21117-5173 | Exo PPE LLC<br>100 Front Street<br>One Tower Bridge, Suite 1250<br>Conshohocken, PA 19428 | FCD Labels<br>1020 Nevada Street, Suite 203<br>Redlands, CA 92374-2956 |
| Farmer Brothers Co<br>PO Box 732855<br>Dallas, TX 75373-2855 | Fastenal<br>PO Box 1286<br>Winona, MN 55987-7286 | Fastenal Company<br>2001 Theurer Blvd.<br>Attn: Legal<br>Winona, MN 55987-9902 |
| Ferguson<br>PO Box 417592<br>Boston, MA 02241-7592 | Ferguson - COD<br>PO Box 417592<br>Boston, MA 02241-7592 | Ferguson Enterprises LLC<br>c/o McElroy Deutsch<br>Attn Jeffrey Bernstein, Esq.<br>507 Broad Street<br>Newark, NJ 07102 |
| First State Inspection Agency, Inc.<br>1001 Mattlind Way<br>Milford, DE 19963-5369 | Five9, Inc.<br>3001 Bishop Drive, Suite 350<br>San Ramon, CA 94583-5005 | Fortune Energy Distribution<br>2290 Agate Court<br>Suite A&B<br>Simi Valley, CA 93065-1935 |
| Fulton Bank<br>OEP, LLC - Credit Card<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | GAF Energy, LLC<br>PO Box 734525<br>Dallas, TX 75373-4525 | GPRS, LLC<br>PO Box 932<br>Toledo, OH 43697-0932 |

| | | |
|---|---|---|
| Garden State Security Group, LLC<br>41 S. Route 43, Bldg 1, Suite 204<br>Hammonton, NJ 08037 | Gary Ickowicz<br>IR Capital LLC<br>586 Standish Road<br>Teaneck, NJ 07666-2600 | Giuseppe Ballaccomo<br>832 Ocean View Drive<br>Toms River, NJ 08753-5626 |
| Global Merchant Cash, Inc.<br>64 Beaver Street<br>Suite 415<br>New York, NY 10004-2508 | Goodleap<br>8781 Sierra College Blvd<br>Roseville, CA 95661-5920 | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 |
| Google LLC<br>c/o Amy E. Vulpio, Esq.<br>White and Williams LLP<br>1650 Market St., Fl. 18<br>Philadelphia, PA 19103-7395 | Grapevine Visual Concepts<br>70 James Way<br>Southampton, PA 18966-3816 | HOME DEPOT CREDIT SERV<br>P.O. BOX 9055<br>DES MOINES, IA 50368 |
| Harold & Glinnis Biggs<br>5951 Lake Victoria Drive<br>Lakeland, FL 33813-4720 | Histroric Offices of Delaware<br>122 Delaware Street<br>New Castle, DE 19720-4814 | Home Depot<br>PO Box 9001010<br>Louisville, KY 40290-1010 |
| Home Depot (roofing)<br>Dept 32 (2142296304)<br>PO Box 70614<br>Philadelphia, PA 19176-0614 | House & Home Magazine, Inc.<br>700 E. Main Street<br>2nd Fl.<br>Norristown, PA 19401-4122 | House & Home Magazine, LLC<br>c/o Saldutti Law Group<br>1040 Kings Highway N., Suite 100<br>Cherry Hill, NJ 08034-1925 |
| Illumine Industries, Inc.<br>PO Box 201029<br>11900 Jollyville Road<br>Austin, TX 78720-1029 | Indeed, Inc.<br>Mail Code 5160<br>PO Box 660367<br>Dallas, TX 75266-0367 | Insightly, Inc.<br>680 Folsom Street, Suite 550<br>San Francisco, CA 94107-2530 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JM Custom Homes, LLC<br>4 E. Franklin Ave<br>Collingswood, NJ 08108-1114 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| JVC Media of Florida<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | James Hundley<br>Derek Smith Law Group PLLC<br>1835 Market St., Suite 2950<br>Philadelphia, PA 19103-2946 | Jeffrey Cianciulli<br>1339 Chestnut Street, Suite 500<br>philadelphia, PA 19107-3503 |
| Johnstone Supply<br>1801 Garden Avenue<br>Cherry Hill, NJ 08003-2303 | K&C Cleaning, LLC<br>213 Clement Drive<br>Somerdale, NJ 08083-2607 | Kennedy Culvert & Supply Co.<br>125 Sixth Avenue, Suite 100<br>Mount Laurel, NJ 08054-1801 |
| Key Bank<br>Commercial Loan Dept<br>PO Box 94525<br>Cleveland, Ohio 44101-4525 | Kingdom Janitorial Maid Service<br>1801 Pine Street<br>Norristown, PA 19401-3041 | Kohl Building Products<br>16687 Collection Center Drive<br>Chicago, IL 60693-0166 |

| | | |
|---|---|---|
| Krannich Solar East, LLC<br>75 Twinbridge Drive., Suite H<br>Pennsauken, NJ 08110-4205 | Lakeland Electric<br>PO Box 32006<br>Lakeland, FL 33802-2006 | Lamar Companies<br>PO Box 96030<br>Baton Rouge, LA 70896-9030 |
| Learfield Communications, LLC<br>c/o Learfield IMG College<br>PO Box 843038<br>Kansas City, MO 64184-3038 | Lydia Jasper<br>3342 Westdale Ct.<br>Waldorf, MD 20601-2951 | Lydia Lee Motley<br>3802 N. Washington St<br>Wilmington, DE 19802-2146 |
| MML Property Management<br>587 Mantua Blvd<br>Sewell, NJ 08080-1016 | Madeira Enterprises, LLC<br>7225 Gaither Road<br>Sykesville, MD 21784-7114 | Mantua Twp Fire District<br>155 East Union Ave<br>Sewell, NJ 08080-1326 |
| Mark Ciasco and Sandra Ciasco<br>403 Grove Street<br>Westfield, NJ 07090-2622 | Mark Minuti, Esquire<br>Saul Ewing LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899-1266 | Martinez Services, Inc<br>1446 Gibson Road<br>Trlr. A79<br>Bensalem, PA 19020-3015 |
| Marvic Supply<br>16687 Collection Center Drive<br>Chicago, IL 60693-0166 | Michael Calta<br>c/o William 'Billy' Peerce How<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602-5226 | Michael Gillen<br>c/o 29 Winfield Circle<br>Sewell, NJ 08080-3609 |
| Mosaic Solar Dealer<br>300 Lakeside Drvie<br>24th Floor<br>Oakland, CA 94612-3572 | Myles F. Kelly<br>16687 Collection Center Drive<br>Chicago, IL 60693-0166 | NJ Dept. of Labor, Div. Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 |
| Nexstar Broadcasting, Inc<br>WJZY Fox 46 / WMYT MY 12<br>33096 Collection Center Drive<br>Chicago, IL 60693-0001 | Old City Media<br>1301 Gabriel Lane<br>Warminster, PA 18974-6178 | Oldcastle APG, Inc.<br>PO Box 281479<br>Atlanta, GA 30384-1479 |
| Peirce-Phelps LLC<br>PO Box 825934<br>Philadelphia, PA 19182-5934 | Pep-Up<br>PO Box 687<br>Georgetown, DE 19947-0687 | Pratt Brothers Services<br>370 Church Road<br>Norristown, PA 19403-1110 |
| Preferred Pump<br>2915 Michele Brauning Drive<br>Finksburg, MD 21048-2382 | Premier Outdoor Media<br>307 Fellowship Road, Suite 315<br>Mount Laurel, NJ 08054-1233 | (p)THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 |
| Propect Bacon, LLC<br>c/o Josiah Atkins<br>5503 Forest Pine Drive<br>Mc Leansville, NC 27301-9107 | Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | Puronics Water Systems, Inc.<br>Franklin Electric Co., Inc.<br>21054 Network Place<br>Chicago, IL 60673-1210 |

| | | |
|---|---|---|
| Qmerit Electrification<br>2 Venture Blvd., Suite 550<br>Irvine, CA 92618-7406 | Raymundo Abrego<br>4 Parliament Court<br>Newark, DE 19711-6954 | Really Great Rate, LLC<br>2041 Rosecrans, #320<br>El Segundo, CA 90245-7503 |
| Reanimate Contractors<br>PO Box 113<br>Beverly, NJ 08010-0113 | Reanimate Contractors LLC<br>125 Route 130 South, Unit 5<br>Burlington, NJ 08016 | Regus<br>30 Knightsbridge Road<br>Suite 525<br>Piscataway, NJ 08854-3963 |
| Republic First Bank d/b/a Republic Bank<br>Two Liberty Place<br>50 S. 16th Street, Suite 2400<br>C/O Louis P. Chiarlanza<br>Philadelphia, PA 19102-2526 | Reserve Capital Management<br>101 Chase Ave<br>Lakewood, NJ 08701-4760 | Reserve Capital Management, LLC<br>c/o Steven W. Wells, Esq<br>Wells Law PC<br>229 Warner Road<br>Lancaster, NY 14086-1040 |
| SNJ Today<br>600 G Street, Suite 1240<br>Millville, NJ 08332-2111 | SRS Distribution Inc<br>7440 State Highway 121<br>McKinney, TX 75070-3104 | Samson MCA, LLC<br>17 State St<br>6th Floor<br>New York, NY 10004-1501 |
| Santander Consumer USA dba Chrysler Cap.<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Sean Angelini<br>106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 |
| Sean Angelini (expenses)<br>106 E. Mantua Ave<br>Wenonah, NJ 08090-1920 | Servpro of Woodbury/Deptford<br>Servpro of Washington/Woolwich<br>PO Box 543<br>Westville, NJ 08093-0543 | Shanna Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| Sinclair Designs & Engineering, LLC<br>1104 Industrial Blvd<br>Albion, MI 49224-9515 | Small Business Adminstration<br>403 3rd Street, SW<br>Washington, DC 20416-0001 | Solar Foundations USA, Inc.<br>7 Lazur Road<br>Ballston Lake, NY 12019-1833 |
| Soligent Distribution LLC<br>400 Record Street, Suite 1500<br>Dallas, TX 75202-5204 | Soligent Distribution, LLC<br>400 S. Record Street<br>Suite 1500<br>Dallas, TX 75202-5204 | Soligent Distribution, LLC<br>PO Box 888012<br>Los Angeles, CA 90088-8012 |
| Span.IO, Inc.<br>679 Bryant Street<br>San Francisco, CA 94107-1612 | Span.IO, Inc.,<br>548 Market Street<br>PO Box 28627<br>San Francisco, CA 94104-5401 | State of New Jersey<br>Division of Taxation Bankruptcy<br>PO Box 245<br>Trenton, NJ 08695-0245 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Sunlight Financial<br>234 W 39th Street<br>7th Floor<br>New York, NY 10018-4945 | Sunlight Financial<br>234 West 39th Street, 7th Floor<br>New York, NY 10018-4945 |

| | | |
|---|---|---|
| (p)SUNNOVA ENERGY CORPORATION<br>ATTN ATTN LEGAL DEPARTMENT<br>20 EAST GREENWAY PLAZA<br>#475<br>HOUSTON TX 77046-2015 | Superior Distribution<br>PO Box 405850<br>Atlanta, GA 30384-5850 | T-Force Freight<br>PO Box 650690<br>Dallas, TX 75265-0690 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.<br>c/o Weltman, Weinberg, and Reis Co., L.P<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 | TVT 2.0 LLC<br>881 Baxter Drive<br>South Jordan, UT 84095-8506 |
| Telsa Motors<br>3500 Deer Creek Road<br>Palo Alto, CA 94304-1317 | The News Journal<br>Delmarva Now<br>PO Box 822072<br>Philadelphia, PA 19182-2072 | The Training Center<br>466 Germantown Pike<br>Lafayette Hill, PA 19444-1805 |
| Thomas W. Gillis<br>11 Billingsport Drive<br>Sicklerville, NJ 08081-1058 | Tim's Tree Care, LLC<br>750 Markley Street, #2<br>Norristown, PA 19401-3706 | Tuckahoe Nurseries, Inc.<br>PO Box 576<br>Tuckahoe, NJ 08250-0576 |
| Turtle & Hughes<br>1900 Lower Road<br>Linden, NJ 07036-6586 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | ULine<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | US Renewable Solutions<br>PO Box 412485<br>Boston, MA 02241-2485 |
| US Supply Co.<br>P.O. Box 367<br>West Conshohocken, PA 19428-0367 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | United Inspections Agency<br>716 N. Bethlehem Pike, Ste 300<br>Ambler, PA 19002-2656 |
| United Supply Co<br>457 West End Ave<br>Plainfield, NJ 07060-6601 | VIP Discount Advertising<br>PO Box 152<br>Mount Laurel, NJ 08054-0152 | Verizon - DE<br>P.O. Box 15124<br>Albany, NY 12212-5124 |
| Warshauer Electric Supply<br>800 Shrewsbury Avenue<br>Eatontown, NJ 07724-3002 | Waste Management<br>P.O. Box 13648<br>Philadelphia, PA 19101-3648 | Waste Mangement<br>PO BOX 42930<br>phoenix, AZ 85080-2930 |
| Water Tech Industries<br>241 International Parkway, Suite 280<br>Flower Mound, TX 75022-4284 | Wells Fargo Bank<br>10 South Wacker Drive<br>Chicago, IL 60606-7453 | Wells Fargo Bank<br>C/o Alexis A. Leventhal<br>Reed Smith<br>225 Fifth Avenue<br>Pittsburgh, PA 15222-2724 |

| | | |
|---|---|---|
| Wells Fargo Commercial<br>Dist. Finance LLC<br>5595 Trillium Blvd<br>Hoffman Estates, Il 60192-3405 | Wells Fargo Commercial Distribution Finance,<br>Reed Smith LLP<br>Attn: Jason D. Angelo, Esquire<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801-1163 | Wex, Inc.<br>97 Darling Avenue<br>South Portland, ME 04106-2301 |
| Wingates Tree Service<br>PO Box 28<br>Richwood, NJ 08074-0028 | Withum Smith & Brown, PC<br>PO Box 5340<br>Princeton, NJ 08543-5340 | Wynwood Capital Group, LLC<br>20200 W Dixie Highway<br>Miami, FL 33180-1922 |
| Xerox Financial Services<br>PO Box 202882<br>Dallas, TX 75320-2882 | Y-BY Rental Center<br>1090 Mantua Pike<br>Wenonah, NJ 08090-1124 | York International Corporation<br>Unitary Products Group<br>PO Box 30671<br>New York, NY 10087-0671 |
| Zurich<br>PO Box 4664<br>Carol Stream, IL 60197-4664 | Zurich American Insurance Company<br>PO Box 68549<br>Schaumburg, IL 60168-0549 | kaylee taylor<br>1765 washington ave<br>vineland, NJ 08361-8415 |
| Albert Anthony Ciardi III<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | (p)ANDREW FINBERG<br>CHAPTER 7 TRUSTEE<br>525 ROUTE 73 SOUTH<br>SUITE 200<br>MARLTON NJ 08053-9644 | Brandon Bell<br>Hunton Andrews Kurth LLP<br>600 Travis Street, Suite 4200<br>Houston, TX 77002-2929 |
| Brian S. Hormozi<br>Roche & Hormozi, LLC<br>Hormozi Law Group, LLC<br>120 Nroth LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | Daniel S. Siedman<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Ellen Arvin Kennedy<br>Dinsmore & Shohl LLP<br>City Center<br>100 W. main Street, Suite 900<br>Lexington, KY 40507-1839 |
| Giuseppe Ballaccamo<br>832 Ocean View Drive<br>Toms River, NJ 08753-5626 | Gregory G. Hesse<br>Hunton Andrews Kurth LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202-2755 | Jonathan S. Hawkins<br>Thompson Hine LLP<br>10050 Innovation Drive, #400<br>Miamisburg, OH 45342-4934 |
| Justin Logan Rappaport<br>Bronster LLP<br>156 West 56th Street<br>Suite 902<br>New York, NY 10019-4008 | Mark Minuti<br>Saul Ewing Arnstein & Lehr LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801-1165 | Nicole M. Nigrelli<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 |
| Robert N. Snyder<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Rd<br>Suite 105B<br>Voorhees, NJ 08043-4376 | Shanna M. Kaminski<br>Kaminski Law, PLLC<br>PO Box 247<br>Grass Lake, MI 49240-0247 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Ink
Card Member Service 5090
PO Box 1423
Charlotte, NC 28201-1423

Citizens Bank, N.A
One Citizens Bank Way Mailstop JCA115
Johnston, RI 02919

Cloudfund LLC
400 Rella Blvd
Suite 165-101
Suffern, NY 10901

Principal Life Insurance Co.
PO Box 10372
Des Moines, IA 50306-0372

Sunnova Energy Corporation
20 Greenway Plaza, Suite 475
Houston, TX 77046

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Andrew Finberg
525 Route 73 South, Suite 200
Marlton, NJ 08053