| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Orbit Energy & Power, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 22-19628 |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................................... $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................................ $ 814,998.63

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................................. $ 814,998.63

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $ 13,588,189.90

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... +$ 8,234,715.77

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b | $ 21,822,905.67