**ROBERT N. SNYDER, JR. CPA**
**SHARER PETREE BROTZ & SNYDER**
1103 Laurel Oak Road
Suite 105B
Voorhees, New Jersey 08043
(856) 435-3200
Accountant for the Chapter 7 Trustee

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:    ORBIT ENERGY & POWER, LLC | : Case No.: 22-19628\ABA |
| | : |
| Debtor(s) | : Chapter 7 |
| | : |
| _____ | : Hearing Date: 12/14/23 @ 2:00PM |

**APPLICATION FOR FIRST INTERIM COMPENSATION FOR THE**
**ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE**
**FOR THE PERIOD 03/13/22 THROUGH 11/09/23**
**AMOUNT SOUGHT $52,475.00**
**AND EXPENSES $264.87**

TO:     The Honorable Andrew B. Altenburg, Jr.
        U. S. Bankruptcy Court

**AND CREDITORS AND PARTIES IN INTEREST AS PROVIDED IN NOTICING**
**BY THE CLERK OF THE U.S. BANKRUPTCY COURT**

The Petition of Robert N. Snyder, Jr. CPA, respectfully represents:

1. I am a Certified Public Accountant in the State of New Jersey and Pennsylvania under the firm name SHARER PETREE BROTZ & SNYDER, with offices located at 1103 Laurel Oak Road, Suite 105 B, Voorhees, New Jersey 08043, and was duly appointed by an Order of this Court, as Certified Public Accountant for the Chapter 7 Trustee.

2. All of the services for which compensation is requested were performed for and on behalf of the Trustee, and not on behalf of anyone else.

3. Considering the time, the results accomplished, your applicant believes that a reasonable fee for services rendered as accountant for the Trustee is in the sum of $52,739.87.

4. Applicant has received no payments nor promises for payments from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case and there is no agreement or understanding between your applicant and any other person for the sharing of compensation to be received for services rendered in this case.

5. Attached as Exhibit "A", is a schedule of the services rendered, the dates for each service, the identity of the person rendering the service, a description of the services rendered, and the time spent in rendering the service and the normal billing rate of the person rendering the service.

- Review docket, claims register, petition, schedules, amended schedules and statement of financial affairs filed by debtor in preparation for case work

- Review proofs of claim filed by IRS, NJ Division of Taxation and NJ Department of Labor

- Search E-FAST for information on retirement plan; review 5500 filed for 2021

- Review various pleadings filed during Chapter 11 and conversion order

- Review archive.org for historical website information; review main and about pages

- Review note from trustee re: login for Quickbooks Online received; attempt to access account; reply with need for management to setup user accounts with administrative privileges; follow with debtor's counsel for administrative access to QB; related followup; correspondence and call with counsel and former controller on Quickbooks and ADP issues; access Quickbooks; export historical data in six month increments due to file size

- Review QB data; investigate completeness of data; compile various reports for use in records review including transaction reports, balance sheets, profit and loss, vendor, customer and other areas

- Setup Sharefile folder and link; draft note to counsel and former controller re: followup on information needed from ADP, request for banking records

- Telephone call with trustee, trustee's assistant and counsel re: case status, physical assets, lien issues, Quickbooks access, 401k plan, potential for avoidance actions and related matters; followup correspondence on status of issues

- Compile reports for 90 day period for use in preference analysis; prepare schedule to summarize potential preferences and update for preference analysis completed; prepare preference analysis for initial vendor set including new value analyses; download and review proofs of claim; schedule unpaid invoices, aging analyses; evaluate and document potential post-petition payments on pre-petition obligations; prepare demand sheets; prepare report on initial search for avoidance actions; compile related exhibits; review and revise; forward to trustee and counsel; related followup with trustee and counsel; review and evaluate defenses asserted by various vendors as requested by counsel and trustee; provide support as needed; as of the date of this filing, the trustee has settled or is in the processing settlements related to avoidance actions totaling more than $246,000

- Various telephone calls with former controller re: ADP access, company history, records, tax claims, status of 401k plan winddown, DOL audit and related matters

- Access Sharefile portal; download banking records and payroll reports uploaded by controller; initial review of records; archive to server

- Setup ADP account; access account and archive various reports for 2022 and first quarter 2023; archive to server; review statement of deposit for 1st quarter; download additional records and reports for later quarters and prior periods; received year end package for 2023 including 226 W-2's; compile W-2's for distribution modifying return address

- Access Quickbooks Advanced Online; run additional A/P summary, detail and bill application reports; attempt to customize report reflecting open balance of invoices after application of payments

- Telephone call with IT consultant re: status of case, sources of company data, cloud based systems, IT infrastructure, server and related matters; related followup

- Review note from counsel re: pending 2004 examinations, need for list of records needed and related matters; reply with list of records needed, indication that some records may be on server

- Travel to/from debtor's facility, Sewell, NJ; meeting with trustee re: review of facility, review and box up records, locate and remove server; telephone calls with former controller and IT consultant

- Initial review of 2021 federal and various state partnership tax returns and supporting schedules

- Initial review of files on debtor's server; copy files to SPBS network; add Windows server backup server adding to server; troubleshoot connection to server; mount external SSD drive on server; change file system on backup device; backup server to external drive; review files on server for sales and customer invoice information; note file structure; transfer customer invoice folder; review other files; transfer vehicle folder

- Review note from counsel re: employee contact information needed for vehicle drivers; sort vehicle list by driver; review employee census information and index for drivers reflected, sort and clean data; review vendor list for additional drivers; reply with data

- Review notes from counsel re: inquiry made by Zurich for worker's compensation audit; reply with request for logistics; related followup; review earlier payroll reports compiled from ADP; compile files needed; access ADP portal and download payroll history reports for December 2021 to present by policy year; upload to Share file

- Review voicemail from and telephone call with former controller re: call from owner's accountant, tax issues, claims filed by taxing authorities, status of 401k plan termination, issues and related matters

- Additional review of IRS claim; draft note to IRS Special Procedures re: case background, review of claim, assessment of liabilities reflected and requested for amended or withdrawn claim; amended claim filed

- Draft correspondence to IRS re: case background, IRS notices received on ACA compliance filings for 2020, request for proof of claim and related matters; compile for distribution

- Review notice on withholding return for MD; access MD website and file $0 return

- Review 2022 federal, NJ, Delaware, Maryland and Pennsylvania tax returns and supporting schedules; draft related note to trustee regarding review and request for authorization for debtor's management to file; related followup

- Additional review of NJ DOL claims; draft note to DOL re: case background, review of claim filed, inability to determine reason for liabilities asserted, request for additional information and related matters; review response on audit, assessment made, request for reaudit; appeal process; related correspondence; complete appeal form and POA; agreement by DOL for redetermination audit

- Access ADP portal and download all NJ employment tax filings from 2019-2023; compile NJ-927's for support to appeal request; review files on company's server for documents needed for DOL audit; review and compile relevant files and folders detailing 1099, vendor, subtractor, payroll and related activity; archive related documents to server; review 1099 report for 2022; convert PDF to Excel; clean data; add state field to data; sort vendors by date; calculate local vs. total vendors; discussions with former controller on audit, request for analysis; access Quickbooks Online and compile reports detailing vendor contact list and 1099 detail transactions for each year from 2019 - 2023;  revise columns to be included and run check detail reports for each year from 2019 – 2023; run additional reports and 2022 1099's; access ADP portal and search for 1099's; run payroll history reports for 6SM company reflecting ADP 1099 activity; download 2023 W-2's; upload to portal; reply regarding 2023 W-2's and 2019 - 2022 WR-30 data available reflecting wages reported to DOL during those years; review and organize data compiled for auditor; related followup with redetermination auditor on status, additional information needed and pending informal hearing

- Review notes from counsel re: inquiry on information on A/R available; review file and forward initial documents generated; review reply; followup with additional documents generated and compiled; Access Quickbooks Online; attempt various methods of reprinting invoices; compile invoices in date outstanding order; generate report detailing invoices outstanding, clean and compile for distribution

6. Services rendered were essential to the Trustee's administration. The rate charged is the same rate that was charged to non-bankruptcy clients. To the extent the services of other members and associates of the firm are utilized, their hourly billing rates are consistent with the rates of those accountants listed above who have similar experience and seniority.

7.  Accordingly, Petitioner prays that an Order be entered authorizing compensation to the accountant in the amount of $52,475.00 and expenses $264.87.

*/s/  Robert N. Snyder, Jr., CPA*

Dated: 11/09/23