**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**ACCOUNTANT FEE APPLICATION COVER SHEET**

RE:  ORBIT ENERGY & POWER, LLC            CASE FILED: 12/06/22

APPLICANT: Sharer Petree Brotz & Snyder        CASE NO.: 22-19628\ABA

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY.  <u>RETENTION ORDERS ATTACHED.</u>

/s/ Robert N. Snyder, Jr., CPA        DATE: 11/09/23

_____ SECTION I _____

FEE APPLICATION NO.  1

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $ N/A | |
| TOTAL FEES ALLOWED TO DATE: | $ N/A | |
| TOTAL RETAINER (IF APPLICABLE) | $ N/A | |
| TOTAL HOLDBACK (IF APPLICABLE) | $ N/A | |
| TOTAL RECEIVED BY APPLICANT | $ N/A | |

| Professional |  | hour | rate | total |
|---|---|---|---|---|
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | Partner | 69.90 | 420.00 | $29,358.00 |
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE |  | .80 | 210.00 | $168.00 |
| Michele Dilks, CPA | Associate | 86.20 | 265.00 | $22,843.00 |
| Michele Dilks, CPA |  | .80 | 132.50 | $106.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| FEES TOTAL PAGE 2 | $52,475.00 |
|---|---|
|  |  |
| DISBURSEMENTS TOTALS - PAGE 3 | $264.87 |
|  |  |
| TOTAL FEE APPLICATION | $52,739.87 |
|  |  |

SECTION II
SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| A) ASSET ANALYSIS AND RECOVERY | | |
| B) ASSET DISPOSITION | | |
| C) BUSINESS OPERATIONS | | |
| D) CASE ADMISTRATION | | |
| E) CLAIMS ADMINISTRATION AND OBJECTIONS | | |
| F) EMPLOYEE BENEFITS/PENSIONS | | |
| G) FEE/EMPLOYMENT APPLICATIONS | 2.80 | $1,176.00 |
| H) FEE/EMPLOYMENT OBJECTIONS | | |
| I) FINANCING | | |
| J) LITIGATION (other than avoidance action litigation) | | |
| K) AVOIDANCE ACTION LITIGATION | | |
| L) MEETINGS OF CREDITORS | | |
| M) PLAN AND DISCLOSURE STATEMENT | | |
| N) RELIEF FROM STAY PROCEEDINGS | | |
| O) REGULATORY COMPLIANCE | | |
| P) TRAVEL | 1.60 | $274.00 |
| Q) ACCOUNTING/AUDITING | 133.00 | $42,530.00 |
| R) BUSINESS ANALYSIS | | |
| S) CORPORATE FINANCE AND VALUATION | | |
| T) DATA ANALYSIS | | |
| U) LITIGATION CONSULTING | | |
| V) RECONSTRUCTION ACCOUNTING | | |
| W) TAX ISSUES | 20.30 | $8,495.00 |
| X) OTHER (Fee App) | | |
| SERVICES TOTAL: | **157.70** | **$52,475.00** |

## SECTION III

## SUMMARY OF DISBURSEMENTS

| **DISBURSEMENTS** | **AMOUNTS** |
|---|---|
| a) Computer Assisted Legal Research | |
| b) Facsimile (pgs. @ $1.00) | |
| c) Long Distance Telephone | |
| d) In House Reproduction (@ .20) | |
| e) Outside reproduction | |
| f) Outside Research | |
| g. Filing/Court Fees | |
| h) Court Reporting | |
| i) Travel | $17.03 |
| j) Courier & Express Carriers | |
| k) Postage | $142.38 |
| l) Other (backup driver) | $105.46 |
| **DISBURSEMENT TOTAL:** | **$264.87** |

# SECTION IV

# CASE HISTORY

---

(1) DATE CASE FILED:  12/06/22

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED - 11

(3) DATE OF RETENTION: 03/13/23

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

(5) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE)

I certify under penalty of perjury that the foregoing is true and correct.

/S/  Robert N. Snyder, Jr., CPA          DATE: 11/09/23