| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**ROBERT N. SNYDER, JR. CPA**<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | |
|---|---|
| In Re:<br><br>**ORBIT ENERGY & POWER, LLC** | Case No.: 22-19628<br><br>Chapter 7<br><br>**Hearing Date: 12/14/23 @ 2:00PM**<br><br>**Judge: ABA** |

**ORDER AWARDING FIRST INTERIM COMPENSATION AND EXPENSES
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

(Page 2)
Debtor: **ORBIT ENERGY & POWER, LLC**
Case No.: 22-19628
Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

FEES:             $52,475.00

EXPENSES       $    264.87

TOTAL:           $52,739.87