# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | |
|---|---|
| IN RE:  ORBIT ENERGY & POWER, LLC | APPLICANT:  QUAKER CITY AUCTIONEERS, INC. |
| CASE NO.: 22-19628(ABA) | CLIENT:  ANDREW SKLAR, CHAPTER 7 TRUSTEE |
| CHAPTER: 7 | CASE FILED: Ch.11 filed Dec. 6, 2022; Case converted to Ch. 7 on Feb.27, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.

RETENTION ORDER(S) ATTACHED

### SECTION 1
### FEE SUMMARY

FINAL FEE APPLICATION

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $0.00 | $0.00 |
| TOTAL FEES ALLOWED TO DATE: | $0.00 | $0.00 |
| TOTAL RETAINER (IF APPLICABLE): | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE): | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT: | $0.00 | $0.00 |

| Name of Professional & Title | Years Admitted (or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  N/A | N/A | N/A | | N/A |
| **TOTALS** | | | | N/A |

**FEE TOTALS** $0.00
**DISBURSEMENT TOTALS** $36,494.39
**TOTAL FEE APPLICATION** $36,494.39

#692211 v1

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) Asset Analysis Recovery | 0.00 | $0.00 |
| b) Asset Disposition | 0.00 | $0.00 |
| c) Business Operations | 0.00 | $0.00 |
| d) Case Administration | 0.00 | $0.00 |
| e) Claims Administration and Objections | 0.00 | $0.00 |
| f) Employee Benefits/Pensions | 0.00 | $0.00 |
| g) Fee/Employment Applications | 0.00 | $0.00 |
| h) Fee/Employment Objections | 0.00 | $0.00 |
| i) Financing | 0.00 | $0.00 |
| j) Litigation (Other than Avoidance Action Litigation) | 0.00 | $0.00 |
| k) Avoidance Action Litigation | 0.00 | $0.00 |
| l) Meetings of Creditors | 0.00 | $0.00 |
| m) Plan and Disclosure Statement | 0.00 | $0.00 |
| n) Relief from Stay Proceedings | 0.00 | $0.00 |
| o) Regulatory Compliance | 0.00 | $0.00 |
| p) Travel | 0.00 | $0.00 |
| q) Accounting/Auditing | 0.00 | $0.00 |
| r) Business Analysis | 0.00 | $0.00 |
| s) Corporate Finance and Valuation | 0.00 | $0.00 |
| t) Data Analysis | 0.00 | $0.00 |
| u) Litigation Consulting | 0.00 | $0.00 |
| v) Reconstruction Accounting | 0.00 | $0.00 |
| w) Tax Issues | 0.00 | $0.00 |
| x) Other: Site visit | 0.00 | $0.00 |
| **SERVICES TOTAL**: | 0.00 | $0.00 |

#692211 v1

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a)  Computer Assisted Legal Research | $0.00 |
| b)  Facsimile (with rates)<br>      No. of pages:  N/A ; Rate per page N/A (Max. $1.00.pg.) | $0.00 |
| c)  Long Distance Telephone | $0.00 |
| d)  In-House Reproduction<br>      No. of pages:   ; Rate per page   $0.15 (Max. $.20.pg.) | $0.00 |
| e)  Outside Reproduction | $ 0.00 |
| f)  Outside Research | $0.00 |
| g)  Filing/Court Fees | $0.00 |
| h)  Court Reporting | $0.00 |
| i)  _____ | $0.00 |
| j)  Courier & Express Carriers (e.g. Federal Express) | $0.00 |
| k)  Postage | $0.00 |
| l)  Other: | $0.00 |
| m)  Other: Advertising (Electronic Media and Direct Mail) | $8,823.40 |
|         Labor | $26,469.00 |
|         Miscellaneous | $1,201.99 |
| **DISBURSEMENT TOTAL:** | $36,949.39 |

## SECTION IV
## CASE HISTORY

**(1) DATE CASE FILED:**

December 6, 2022

**(2) CHAPTER UNDER WHICH CASE COMMENCED:**

Chapter 11filed on December 6, 2022; Case converted to Ch. 7 on February 27, 2023

**(3) DATE OF RETENTION:** June 30, 2023, effective June 22, 2023, the date the Application was filed.  A copy of the Retention Order Annexed to Application as Ex. "A"

**If limit on numbers of hours or other limitations to retention, set forth:** N/A

**(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**

Certification with detailed time sheets attached hereto.  Applicant conducted an auction of bankruptcy estate assets which resulted in a significant paydown of the secured claim of Republic Bank and a carve-out of approximately $65,000 to the Trustee on behalf of the bankruptcy estate.

**(5) ANTICIPATED DISTRIBUTION TO CREDITORS:**

(a) **Administrative expenses:** 100%
(b) **Secured creditors:** To be determined
(c) **Priority creditors:** To be determined
(d) **General unsecured creditors:** To be determined

**(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):** N/A

I certify under penalty of perjury that the foregoing is true and correct.

/s/ E. Richard Dressel
E. Richard Dressel Esquire

Dated: November 14, 2023