UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
10 E. Stow Rd., Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
(856) 382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

| | |
|---|---|
| In Re: | Honorable Andrew B. Altenburg |
| ORBIT ENERGY & POWER, LLC, | Chapter: 7 |
| Debtor. | Bankr. No.: 22-19628(ABA) |
| | Hearing Date: **December 14, 2023 @ 2:00 pm** |

## ORDER GRANTING REIMBURSEMENT OF EXPENSES

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

#692251 v1

**(Page 2)**
Debtors:  Orbit Energy & Power, LLC
Case No.:  22-19628(ABA)
**ORDER GRANTING REIMBURSEMENT OF EXPENSES**

The Court having found that the person(s) named below filed an Application for First Interim Allowances as auctioneer for the Chapter 7 Trustee; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that interim compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Quaker City Auctioneers, Inc. | $0.00 | $36,494.39 |

#692251 v1