UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew B. Finberg, Esq.
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Chapter 7 Trustee

Order Filed on June 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Orbit Energy & Power, LLC

Debtor

Case No.: 22-19628

Chapter: 7

Judge: ABA

# ORDER AUTHORIZING RETENTION OF

Quaker City Auctioneers, Inc.

The relief set forth on the following page is **ORDERED**.

**DATED: June 30, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Quaker City Auctioneers, Inc.___

as ___Auctioneer for the Trustee___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 409 Easton Road
   Suite 101
   Willow Grove, PA 19090

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*