

September 28, 2023

Andrew Sklar, Trustee
Sklar Law, LLC
20 Brace Road (Suite 205)
Cherry Hill, NJ 08034

# ACCOUNT OF SALE

Orbit Energy & Power –
Bankruptcy No. 22-19628 - Online Auction
September $2^{nd} – 7^{th}$, 2023

| | | |
|---|---|---|
| **AUCTION PROCEEDS** (Less 0% Commission) | | $478,619.75 |
| Less Expenses: | | |
| Advertising: | $ 8,391.52 | |
| Labor: | $26,469.00 | |
| Miscellaneous: | + 1,201.99 | |
| TOTAL EXPENSES: | | -  36,062.51 |
| (Capped Expense $50,000.00) | | |
| **Net Proceeds:** | | **$442,557.24** |

**PAYMENTS TO CONSIGNOR:**

Check# 2026 -   $442,125.36
Check# 2028 -   +   431.88
**TOTAL PAID:**   $442,557.24

**PLEASE NOTE: THE FUNDS SENT TO THE TRUSTEE OMITTED THE EXPENSES IN THE AMOUNT OF $36,062.51, WHICH IS INCLUDED IN AN ENCLOSED SEPARATE PAYMENT. THE TOTAL FUNDS REMITTED TO THE TRUSTEE IS $478,619.75, OF WHICH $36,062.51 ARE EXPENSES THAT WILL BE DUE AUCTIONEER UPON APPLICATION APPROVED BY THE BANKRUPTCY COURT.**

# EXPENSE ANALYSIS

## I. ADVERTISING:

**Electronic Media**

| | |
|---|---|
| QCA Blasts (8/24, 8/31, & 9/5) & Web | $ 1,500.00 |
| Auctionzip.com Listing (8/22) | $ 20.00 |
| IndustrialBid.com – IAA (8/25) | N/C |
| MachineTools.com 24-hour listing (8/31) | N/C |

**Direct Mail**

| | |
|---|---|
| IQ Print Solutions – 4/c Cards (8,313) | $ 6,277.48 |
| Info USA (3,234 rented names) | $ 194.04 |
| QCA In- House List Prep, Sort & Selection | +    400.00 |

**TOTAL ADVERTISING COST:**          $ 8,391.52

## II. LABOR:          $26,469.00

Brandt Wolf - 160 Hrs.
F. Dush – 175Hrs.
D. Mahony – 125 Hrs.
W. Shirk – 175 Hrs.
(Includes Travel Expenses)

*August 7th thru September 1st-Set-up includes cleaning, moving, re-locating pallets, organizing, lotting (1700 lots), cataloguing and photographing assets for auction-(4) Men- 450-man hours*

*August 8th thru 15th-Oversee, direct and manage removal of the assets-(4) Men-185-man hours*

## III. MISCELLANEOUS:

| | |
|---|---|
| Eastern Lift Truck Co. | $ 699.18 |
| Auction Materials | $ 119.00 |
| C & C Supply | $ 33.81 |
| BidSpotter Event Fee | +    350.00 |

          **+ 1,201.99**

**TOTAL AUCTION EXPENSES:**          **$36,062.51**