UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQ. (ED1793)
LEX NOVA LAW LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

Case No.: 22-19628(ABA)

Chapter: 7

In Re:

ORBIT ENERGY & POWER, LLC,

Debtor.

Judge: Andrew B. Altenberg

Hearing Date: 12/14/23 @ 10:00 a.m.

**CERTIFICATION OF SERVICE**

1.      I, Angela DiDonato:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents the Trustee, Andrew Sklar, Debtor in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On November 14, 2023, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

   a) Fee Application Cover Sheet;
   b) Proposed form of Order; and
   c) Application of Quaker City Auctioneers, Inc. for Allowance of Reimbursement of Expenses in Connection with Court-Approved Auction Sale, including Exhibits A and B.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 14, 2023

_/s/ Angela DiDonato_____
Signature

#691090 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102-5235<br><br>Albert Anthony Ciardi III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other<br>_ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732<br><br>**Nicole M. Nigrelli, Esquire**<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Counsel for Debtor<br><br><br><br>Counsel for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other<br>__ecf_____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Orbit Energy & Power, LLC**<br>570 Mantua Blvd.<br>Sewell, NJ 08080 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ecf_____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Andrew Sklar**<br>Chapter 7 Trustee<br>20 Brace Road<br>Suite 205<br>Cherry Hill, NJ 08034 | Chapter 7 Trustee (as successor to A. Finberg) | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other ___ecf_____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#691090 v1