UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED 1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorney for Andrew Sklar,
  Chapter 7 Trustee

In Re:

Orbit Energy & Power, LLC,

　　　　　　　　　　Debtor.

Case No.:　　22-19628 (ABA)

Judge:　　Andrew B. Altenburg

Chapter:　　7

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Andrew Sklar, Trustee__, is the (check all that apply):

   ☒ Trustee:　　☒ Chap. 7　　☐ Chap. 11　　☐ Chap. 13.

   ☐ Debtor:　　☐ Chap. 11　　☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Quaker City Auctioneers, Inc.__ to serve as (check all that apply):

   ☐ Attorney for:　　☐ Trustee　　☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:　　☐ Trustee　　☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☒ Auctioneer ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   The Trustee seeks to liquidate Vehicles of the estate located at 570 Mantua Blvd., Sewell, NJ 08080 and other locations to generate monies for the estate.

4. The professional has been selected because:
   I have selected Quaker City Auctioneers, Inc. (the "Auctioneer") due to its familiarity with issues raised in the sale of assets such as these. The Auctioneer has extensive experience in the sale of assets for Chapter 7 Trustees. The Auctioneer has acted as auctioneer to the Trustee in this proceeding to liquidate various assets of the bankruptcy estate.

5. The professional services to be rendered are as follows:
   Auctioneer.

6. The proposed arrangement for compensation is as follows:
   See Auction Proposal attached hereto and made a part hereof as Exhibit "A".

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection: _____

2

8. To the best of the applicant's knowledge, the professional (check all that apply):

    ☒ does not hold an adverse interest to the estate.

    ☒ does not represent an adverse interest to the estate.

    ☒ is a disinterested person under 11 U.S.C. § 101(14).

    ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain: _____
    _____
    _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: various vehicles of the bankruptcy estate located at 570 Mantua Blvd., Sewell, NJ 08080 and other locations to generate monies for the estate.

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: November __, 2023

/s/ Andrew Sklar
Signature of Applicant

*rev.8/1/15*

3