UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED1793)

Lex Nova Law LLC

10 E. Stow Road, Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
(856) 382-8211
Attorneys for Andrew Sklar
    Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

    Debtor.

Case No.:    22-19628(ABA)

Chapter:    7

Judge:    Andrew B. Altenberg

**ORDER AUTHORIZING RETENTION OF**

Quaker City Auctioneers, Inc.

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain __Quaker City Auctioneers, Inc.__

as __Autioneer for the Trustee__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   409 Easton Road
   Suite 101
   Willow Grove, PA 19090

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2