



...Auctioneers | Appraisers | Liquidators

409 Easton Road, Suite 101 • Willow Grove, PA 19090
(215) 426-5300 • Fax (215) 426-6897
www.quakercityauction.com

November 11, 2023

# AUCTION PROPOSAL FOR:
# ORBIT ENERGY & POWER VEHICLES

### Proposed Sale Date: To Be Determined

**I. ADVERTISING**                  **$5,000.00**

- A. Newspapers:
  Determined to be ineffective relative to cost-will not be used
- B. Trade Publications: Electronic Media
  IAA Calendar
  Auction Zip
  QCA email blasts (across our entire data base)
- C. Direct Mail: 5,000 4/c auction cards (Mechanical, Electrical & Plumbing Contractors, Truck & Van Buyers)

**II. LABOR**                          **$2,500.00**

- A. Set Up: Clean & Detail Interiors of Vehicles
- B. Inspection: QCA personnel to provide security and direction during preview and sale of assets
- C. Removal: QCA personnel to oversee safe, orderly removal of assets

**III. MISCELLANEOUS**             **$ 5,350.00***

- A. Bidspotter event fee    $350.00
- B. Mechanics Fees (includes batteries and charging usable batteries)
  *(Estimated not to exceed $5,000.00)

**PROJECTED ADVERTISING AND LABOR: $12,850.00*.**

Page 2

**III. FEES:** 0% Commission chargeable to Estate. 18% Buyers' Premium will be charged (to buyers) and retained by QCA, with 3% going to Bidspotter.

*Thank you for the opportunity and your consideration in utilizing QCA to conduct the auction and manage this project.*

Eric Merback