| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>E. RICHARD DRESSEL, ESQ. (ED1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>(856) 382-8211<br>Attorneys for Andrew Sklar,<br>Chapter 7 Trustee | Case No.: 22-19628(ABA)<br><br>Chapter: 7 |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>Debtor. | Judge: Andrew B. Altenberg |

## CERTIFICATION OF SERVICE

1. I, Angela DiDonato:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents the Trustee, Andrew Sklar, Debtor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 15, 2023, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

    a) Application for Retention of Quaker City Auctioneers (the "Application");
    b) Proposed form of Order; and
    c) Certification in Support of Application, including Exhibit A

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  November 15, 2023                                    /s/ Angela DiDonato
                                                                                       Signature

#691090 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102-5235<br><br>Albert Anthony Ciardi III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>__ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732<br><br>**Nicole M. Nigrelli, Esquire**<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Counsel for Debtor<br><br><br><br>Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other<br>__ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Orbit Energy & Power, LLC**<br>570 Mantua Blvd.<br>Sewell, NJ 08080<br><br>**Andrew Sklar**<br>Chapter 7 Trustee<br>20 Brace Road<br>Suite 205<br>Cherry Hill, NJ 08034 | Debtor<br><br><br>Chapter 7 Trustee (successor to A. Finberg) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Appearances vis ECF | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other ___ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#691090 v1