| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| WELTMAN, WEINBERG & REIS CO., LPA<br>By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)<br>170 S. Independence Mall West, Suite 874W<br>Philadelphia, PA 19106<br>267-940-1643<br>WWR# 041088168<br>Attorneys for Movant: Toyota Industries Commercial Finance, Inc. | Order Filed on November 15, 2023 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No.: 22-19628-ABA |
| IN re:<br><br>Orbit Energy & Power, LLC<br>       Debtor | Chapter: 7<br><br>Judge: Andrew B. Altenburg, Jr. |

## STIPULATED CONSENT ORDER GRANTING RELIEF FROM STAY TO TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.

The relief set forth on the following pages, numbered 2 and 3 is hereby ORDERED.

**DATED: November 15, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Now come the parties, Toyota Industries Commercial Finance, Inc. ("TICF") and Andrew Sklar, Chapter 7 Trustee ("Trustee"), by and through counsel and stipulate as follows:

1. Toyota is the Lessor of a Toyota forklift, Model #8FGU25-82205.

2. Debtor leased the forklift from TICF pursuant to a pre-petition Master Lease Agreement –Equipment, dated December 10, 2019 (the "Master Lease").

3. On March 9, 2023, TICF filed a Motion for Relief from the Automatic Stay, which was resolved via Consent Order dated April 3l, 2023 (docket #221), whereby Trustee was given until June 30, 2023 to liquidate the forklift for the benefit of the estate due to apparent equity.

4. To date, Trustee has been unable to liquidate the leased forklift.
5. The parties have agreed that Toyota shall be granted relief from the automatic stay at this time to enable Toyota to exercise its state court remedies, including but not limited to, the liquidation of the leased forklift.

6. In the event the sale proceeds exceed the outstanding balance due and owing to TIC under the Master Lease, TICF shall remit any excess proceeds to Trustee.

7. WHEREFORE, Toyota Industries Commercial Finance, Inc. is hereby granted relief from the automatic stay, pursuant to 11 U.S.C. §362 to allow Toyota to exercise its state court remedies, including but not limited to, the liquidation of the leased forklift.

8. In the event the proceeds of sale exceed the balance due and owing to TIC under the Master Lease, TICF shall remit any excess proceeds to Trustee.

<u>/s/ Cameron Deane</u>
Cameron Dean, Esq.
Weltman, Weinberg & Reis Co., LPA
Counsel for TICF
170 S. Independence Mall West, Suite 874W
Philadelphia, PA 19106
P: 267-940-1643
F: 215-599-1505
cdeane@weltman.com


<u>/s/ Andrew Sklar</u>
Andrew Sklar, Esq.
Chapter 7 Trustee
20 Brace Rd Ste 205
Cherry Hill NJ 08034
(856) 258-4050
andy@sklarlaw.com