| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>By: Cameron Deane, Esq. (Atty.<br>I.D.# 36334-2021)<br>**170 S. Independence Mall West, Suite 874W**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041245550**<br>Attorneys for Movant: KeyBank, N.A. | Order Filed on November 15, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>Orbit Energy & Power, LLC<br>      Debtor | Case No.: 22-19628-ABA<br>Chapter: 7<br>Judge: Andrew B. Altenburg, Jr. |

## CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through four (4) is hereby **ORDERED**

**DATED: November 15, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

WELTMAN, WEINBERG & REIS CO., LPA
By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)
170 S. Independence Mall West, Suite 874W
Philadelphia, PA 19106
267-940-1643
WWR# 041245550
Attorneys for Movant: KeyBank, N.A.

IN re:

Orbit Energy & Power, LLC
    Debtor

Case No.: 22-19628-ABA
Chapter: 7
Judge: Andrew B. Altenburg, Jr.

## STIPULATED CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO KEYBANK, N.A. FOR PURPOSES OF LIQUIDATING A CERTAIN MOTOR VEHICLE IDENTIFIED AS A 2014 MASERATI QUATTROPORTE

Now come the parties, KeyBank, N.A. ("KeyBank") and Andrew Sklar, Esquire, Chapter 7 Trustee ("Trustee"), by and through their undersigned counsel, hereby stipulate as follows:

1. KeyBank is the secured lienholder of a motor vehicle owned by Debtor, more specifically identified as a 2018 Ram Promaster bearing VIN # ZFBERFBB3J6L86508 (the "Collateral" or "Vehicle").

2. Debtor purchased the Vehicle from Performance Dodge Ram pursuant to a pre-petition Retail Installment Sale Contract dated May 4, 2019 (the "Contract"), which was subsequently assigned to KeyBank.

3. On October 11, 2023, KeyBank filed a Motion for Relief from the Automatic Stay (the "Motion"), which is scheduled for hearing on November 7, 2023.

4. The parties have agreed that KeyBank shall be granted relief from the automatic stay at this time to enable KeyBank to liquidate the Collateral and satisfy its Claim, defined *infra*

5. The Claim owed to KeyBank at the time of liquidation shall consist of the current payoff, as of August 17, 2023, in the amount of $5,541.74, as well as all accrued interest, fees, late charges up to the date of liquidation, as well as costs associated with the repossession and liquidation of the Collateral, (the "Claim"), consistent with the terms of the contract entered into by the Debtor.

6. KeyBank shall be entitled to retain proceeds from the sale sufficient to pay the total outstanding balance of the Claim owed by the Debtor to KeyBank, secured by the collateral.

7. Within five (5) days upon completion of the liquidation of the Collateral, KeyBank shall file with the Court a Notice of Sale identifying the proceeds received from the liquidation of Collateral, as well as the pay off amount to KeyBank on the date of the sale of the Collateral (the "Notice"). Simultaneously therewith, the Notice shall be sent to the Trustee and his counsel.

8. After payment of the Claim, KeyBank shall remit all remaining proceeds exceeding the pay off to Key Bank to the Trustee within twenty (20) business days.

WHEREFORE, KeyBank, N.A. is hereby granted relief from the automatic stay, pursuant to 11 U.S.C. §362 to allow it to repossess and liquidate the Collateral to satisfy its loan. After payment of the Claim, KeyBank shall remit all remaining proceeds to Trustee within twenty (20) business days.

/s/ Cameron Deane
Cameron Dean, Esq.
Weltman, Weinberg & Reis Co., LPA
Counsel for KeyBank, N.A.
520 Walnut Street, Suite 1355
Philadelphia, PA 19106
P: 267-940-1643
F: 215-599-1505
cdeane@weltman.com


_____ 11-9-23
E. Richard Dressel, Esquire
Lex Nova Law, LLC
Counsel for Andrew Sklar, Esq., Chapter 7 Trustee
10 E. Stow Road, Suite 250
Marlton, NJ 08053
P: 856-382-8211
rdressel@lexnovalaw.com