| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>By: Cameron Deane, Esq. (Atty.<br>I.D.# 36334-2021)<br>**170 S. Independence Mall West, Suite 874W**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041088168**<br>Attorneys for Movant: Toyota Industries Commercial Finance, Inc. | Order Filed on November 15, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 22-19628-ABA |
| IN re:<br><br>Orbit Energy & Power, LLC<br>        Debtor | Chapter: 7<br><br>Judge: Andrew B. Altenburg, Jr. |

### STIPULATED CONSENT ORDER GRANTING RELIEF FROM STAY TO TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.

The relief set forth on the following pages, numbered 2 and 3 is hereby ORDERED.

**DATED: November 15, 2023**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Now come the parties, Toyota Industries Commercial Finance, Inc. ("TICF") and Andrew Sklar, Chapter 7 Trustee ("Trustee"), by and through counsel and stipulate as follows:

1. Toyota is the Lessor of a Toyota forklift, Model #8FGU25-82205.

2. Debtor leased the forklift from TICF pursuant to a pre-petition Master Lease Agreement –Equipment, dated December 10, 2019 (the "Master Lease").

3. On March 9, 2023, TICF filed a Motion for Relief from the Automatic Stay, which was resolved via Consent Order dated April 3l, 2023 (docket #221), whereby Trustee was given until June 30, 2023 to liquidate the forklift for the benefit of the estate due to apparent equity.

4. To date, Trustee has been unable to liquidate the leased forklift.
5. The parties have agreed that Toyota shall be granted relief from the automatic stay at this time to enable Toyota to exercise its state court remedies, including but not limited to, the liquidation of the leased forklift.

6. In the event the sale proceeds exceed the outstanding balance due and owing to TIC under the Master Lease, TICF shall remit any excess proceeds to Trustee.

7. WHEREFORE, Toyota Industries Commercial Finance, Inc. is hereby granted relief from the automatic stay, pursuant to 11 U.S.C. §362 to allow Toyota to exercise its state court remedies, including but not limited to, the liquidation of the leased forklift.

8. In the event the proceeds of sale exceed the balance due and owing to TIC under the Master Lease, TICF shall remit any excess proceeds to Trustee.

/s/ Cameron Deane
Cameron Dean, Esq.
Weltman, Weinberg & Reis Co., LPA
Counsel for TICF
170 S. Independence Mall West, Suite 874W
Philadelphia, PA 19106
P: 267-940-1643
F: 215-599-1505
cdeane@weltman.com


 /s/ Andrew Sklar
Andrew Sklar, Esq.
Chapter 7 Trustee
20 Brace Rd Ste 205
Cherry Hill NJ 08034
(856) 258-4050
andy@sklarlaw.com

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 22-19628-ABA
Orbit Energy & Power, LLC                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                                    Page 1 of 1
Date Rcvd: Nov 16, 2023                   Form ID: pdf903                           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023                                  Signature:          /s/Gustava Winters