File No.:
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital
JM5630_____

|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|

IN RE:
  ORBIT ENERGY & POWER, LLC

CHAPTER 7
CASE NO: 22-19628(ABA)
HEARING DATE: 12-12-2023

NOTICE OF MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL TO MODIFY THE AUTOMATIC STAY

To:

    Orbit Energy & Power, LLC
    570 Mantua Blvd.
    Sewell, NJ 08080
    Debtors

    Albert Anthony Ciardi, Esq.
    1905 Spruce Street
    Philadelphia, PA 19103
    Attorney for the debtors

    Andrew Sklar
    20 Brace Road
    Suite 205
    Cherry Hill, NJ 08034
    Trustee

    U.S. Trustee, US Dept of Justice
    Office of the US Trustee
    One Newark Center, Suite 2100
    Newark, NJ 07102
    Attn: Kevin Callahan, Esq.

William E. Craig, Esquire, attorney for Santander Consumer USA Inc. dba Chrysler Capital, has filed papers with the Court for relief from the automatic stay to permit Santander Consumer USA Inc. dba Chrysler Capital to repossess and sell the motor vehicle(s) described in the attached pleadings.    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.**  If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then no later than seven (7) days before the hearing date, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

United States Bankruptcy Court
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

If you mail your (request) (response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

William E. Craig, Esq.
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

**Attend the hearing scheduled to be held on December 12, 2023 at 10 a.m. in Courtroom #4B, United States Bankruptcy Court, 1 John F. Gerry Plaza, 4th & Cooper Streets, Camden, New Jersey 08101.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order.

Date:    11-21-2023

/s/ William E. Craig, Esq.
William E. Craig, Esq.
Attorney for Santander Consumer USA Inc. dba Chrysler Capital