# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 1 | 3C6TR VCG7K E5073 57 | Z | 2019 | RAM | PRO | TRK |

| TYPE OF TITLE | DUPLICATE NO | GVW/WC/LGTH | COLOR/MT/HP | DEALER I D | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 5000 | WH | | 2 | 0 |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 85.00 | 08-13-2019 | | 12433    A | |

**OWNER(S)**
ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH      NJ 08090

SEAN ANGELINI

F-FLOOD        S-SALVAGE
P-POLICE       T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

NUMBER OF OWNERS: 2
NUMBER OF LIENHOLDERS: 1

OWNER DL/CC

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER

**State of New Jersey**
MOTOR VEHICLE COMMISSION

SECOND LIENHOLDER
DATE

FIRST LIENHOLDER
DATE  08-13-2019
CHRYSLER CAPITAL
PO BOX 961272
FT WORTH      TX 76161

LIEN RELEASED BY
SIGNATURE _____
SECOND RELEASE
TITLE _____ DATE _____

LIEN RELEASED BY
SIGNATURE _____
FIRST RELEASE
TITLE _____ DATE _____

**ALTERATION OR ERASURE VOIDS THIS TITLE.      KEEP IN SAFE PLACE**

**VOID IF ALTERED**

---

THIS IS A RECEIPT DOCUMENT ONLY      ↑ FOLD AND TEAR AT PERFORATION ↑

VIN: 1 3C6TRVCG7KE507357   Z   MILEAGE: 12433 A  DUP:       STATUS:
RAM  2019  TRK   PRO   WH   5000   AXLE:2      DEALER

ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH      NJ 08090
                 85.00 I STANDARD

CO-OWNER(S)
SEAN ANGELINI

TITLE I    : 85.00
SALES TAX  :  0.00
LFIS       :  0.00
TOTAL      : 85.00

LIENHOLDER(S)
CHRYSLER CAPITAL

STATE OF NEW JERSEY — CUSTOMER COPY