# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 1 | 3C6TR VCG4K E5073 50 | Z | 2019 | RAM | PRO | TRK |

| TYPE OF TITLE | DUPLICATE NO | GVW/WC LGTH | COLOR/MTU/HP | DEALER ID | AXLES PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 9000 | WT | | 2 | 0 |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | | STATUS |
|---|---|---|---|---|---|
| 110.00 | 08-21-2019 | | 10325 | A | |

OWNER(S)

ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH     NJ 08090

F-FLOOD     S SALVAGE
P-POLICE    T-TAXI
L LEMON LAW
A ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M MILEAGE EXCEEDS THE MECHANICAL LIMITS

NUMBER OF OWNERS: 1
NUMBER OF LIENHOLDERS: 1

OWNER DL/CC #:

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED

SIGNATURE

CONTROL NUMBER

## State of New Jersey
### MOTOR VEHICLE COMMISSION

SECOND LIENHOLDER
DATE

FIRST LIENHOLDER
DATE: 08-21-2019
CHRYSLER CAPITAL
PO BOX 961272
FT WORTH     TX 76161

LIEN RELEASED BY
SECOND RELEASE
SIGNATURE _____
TITLE _____ DATE _____

LIEN RELEASED BY
FIRST RELEASE
SIGNATURE _____
TITLE _____ DATE _____

ISM-SS-1 (R4/18)

**ALTERATION OR ERASURE VOIDS THIS TITLE.    KEEP IN SAFE PLACE**

**VOID IF ALTERED**

---

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY

VIN: 1 3C6TRVCG4KE507350  Z   MILEAGE: 10325 A  DUP:        STATUS:
RAM  2019  TRK  PRO  WT  9000    AXLE:2       DEALER ID:

ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH     NJ 08090
                110.00 I STANDARD

TITLE I    : 110.00
SALES TAX  :   0.00
LFIS       :   0.00
TOTAL      : 110.00

LIENHOLDER(S)

CHRYSLER CAPITAL

STATE OF NEW JERSEY — CUSTOMER COPY