# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 1 | 3C6UR 5DJ2K G5193 37 | Z | 2019 | RAM | 250 | TRK |

| TYPE OF TITLE | DUPLICATE NO | GVW/WC/LGTH | COLOR/MT/HP | DEALER ID | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 9000 | WH | | 2 | 0 |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 85.00 | 08-27-2019 | | 12293 | A |

F-FLOOD   S-SALVAGE
P-POLICE   T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

OWNER(S)
ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH    NJ 08090

NUMBER OF OWNERS: 1
NUMBER OF LIENHOLDERS: 1

OWNER DL/CC

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED

SIGNATURE

CONTROL NUMBER

**State of New Jersey**
MOTOR VEHICLE COMMISSION

SECOND LIENHOLDER
DATE

LIEN RELEASED BY
SIGNATURE _____
SECOND RELEASE
TITLE _____ DATE _____

FIRST LIENHOLDER
DATE 08-27-2019
CHRYSLER CAPITAL
PO BOX 961272
FT WORTH    TX 76161

LIEN RELEASED BY
SIGNATURE _____
FIRST RELEASE
TITLE _____ DATE _____

ALTERATION OR ERASURE VOIDS THIS TITLE.    KEEP IN SAFE PLACE

VOID IF ALTERED

---

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY

VIN:  1 3C6UR5DJ2KG519337 Z    MILEAGE: 12293 A  DUP:    STATUS:
RAM  2019  TRK  250  WH  9000  AXLE:2    DEALER ID:

ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH    NJ 08090
              85.00 I STANDARD

TITLE I    :    85.00
SALES TAX  :     0.00
LFIS       :     0.00
TOTAL      :    85.00

LIENHOLDER(S)
CHRYSLER CAPITAL