# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 3C4PD | CBB7K T8455 | 34 | 2019 | DOD | JOU | WAGON |

| TYPE OF TITLE | DUPLICATE NO | GVW/WC/LGTH | COLOR/MTL/HP | DEALER ID | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 5000 | WT | | 2 | 0 |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 85.00 | 09-13-2019 | | 12 | A |

OWNER(S)
ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH       NJ 08090

F-FLOOD           S-SALVAGE
P-POLICE          T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

NUMBER OF OWNERS: 1
NUMBER OF LIENHOLDERS: 1

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED

SIGNATURE

### State of New Jersey
MOTOR VEHICLE COMMISSION

FIRST LIENHOLDER
DATE 09-13-2019
CHRYSLER CAPITAL
PO BOX 961272
FT WORTH       TX 76161

LIEN RELEASED BY
SIGNATURE _____
TITLE _____ DATE _____

SECOND RELEASE

LIEN RELEASED BY
SIGNATURE _____
TITLE _____ DATE _____

FIRST RELEASE

**ALTERATION OR ERASURE VOIDS THIS TITLE.        KEEP IN SAFE PLACE**

**VOID IF ALTERED**

---

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY

VIN: 3C4PDCBB7KT845534     MILEAGE: 12 A    DUP:     STATUS:
DOD  2019  WAGON  JOU  WT  5000  AXLE:2   DEALER ID:
                                    TITLE I    :    85.00
ORBIT ENERGY & POWER LLC            SALES TAX  :     0.00
106 E MANTUA AVE                    LFIS       :     0.00
WENONAH        NJ 08090             TOTAL      :    85.00
            85.00 I STANDARD

LIENHOLDER(S)
CHRYSLER CAPITAL

STATE OF NEW JERSEY — CUSTOMER COPY