# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 3C4PD | CBB0K T8208 | 80 | 2019 | DOD | JOU | WAGON |

| TYPE OF TITLE | DUPLICATE NO | GVW/WC LGTH | COLOR/MTL/HP | DEALER ID | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 5000 | WT | | 2 | 0 |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 85.00 | 10-02-2019 | | 22 | A |

F-FLOOD  S-SALVAGE
P-POLICE  T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

OWNER(S)
ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH    NJ 08090

SEAN ANGELINI

NUMBER OF OWNERS: 2
NUMBER OF LIENHOLDERS: 1

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED

SIGNATURE

**State of New Jersey**
MOTOR VEHICLE COMMISSION

SECOND LIENHOLDER
DATE

FIRST LIENHOLDER
DATE 10-02-2019
CHRYSLER CAPITAL
PO BOX 961272
FT WORTH    TX 76161

LIEN RELEASED BY
SIGNATURE _____
SECOND RELEASE
TITLE _____ DATE _____

LIEN RELEASED BY
SIGNATURE _____
FIRST RELEASE
TITLE _____ DATE _____

**ALTERATION OR ERASURE VOIDS THIS TITLE.    KEEP IN SAFE PLACE**

**VOID IF ALTERED**

---

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY

VIN:    3C4PDCBB0KT820880    MILEAGE:    22 A    DUP:    STATUS:
DOD  2019  WAGON    JOU    WT    5000    AXLE:2    DEALER ID:
                                           TITLE I     :    85.00
ORBIT ENERGY & POWER LLC                   SALES TAX  :     0.00
106 E MANTUA AVE                           LFIS       :     0.00
WENONAH        NJ 08090                    TOTAL      :    85.00
             85.00 I STANDARD

CO-OWNER(S)                                LIENHOLDER(S)

SEAN ANGELINI                              CHRYSLER CAPITAL

STATE OF NEW JERSEY    CUSTOMER COPY