UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                      Chapter 7

Orbit Energy & Power, LLC,                  Bky. No. 22-19628
Debtor(s)

**STATE OF TEXAS**          )
                            ) ss.
**COUNTY OF TARRANT**       )       **AFFIDAVIT**

    I, Ashley Young, a Bankruptcy Specialist of Santander Consumer USA Inc. dba Chrysler Capital, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information, and belief.

    1.    This affidavit is based on the loan payment records of Santander Consumer USA Inc. dba Chrysler Capital as of August 17, 2023. These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records. These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

    2.    Santander Consumer USA Inc. dba Chrysler Capital has a valid, perfected security interest in the following (the "Collateral"): 2018 Dodge Journey, VIN: 3C4PDCAB1JT535945.

    3.    $6,018.10 is the outstanding balance under the contract.

    4.    $2,571.84 is the amount of the existing delinquency under the contract.

    5.    $15,550.00 is the fair market value of the Collateral.

    6.    No appropriate insurance has been verified.

Further your affiant sayeth not.

Dated: August 25, 2023

Subscribed and sworn to before me on this 25th day of August, 2023

Notary Public
My commission expires: 11-12-2025

Printed Name: Ashley Young
Title: Bankruptcy Specialist
Creditor: Santander Consumer USA Inc. dba Chrysler Capital

JANISCIA R. JACKSON
Notary Public, State of Texas
Comm. Expires 11-12-2025
Notary ID 124535075