

# Certificate of Title — State of New Jersey, Motor Vehicle Commission

**VOID IF ALTERED** — HOLD TO LIGHT TO VIEW NEW JERSEY WATERMARK

| Field | Value |
|---|---|
| PREFIX | |
| IDENTIFICATION NUMBER | 3C4PD CABXJ T5276 65 |
| SUFFIX | |
| YEAR | 2018 |
| MAKE | DOD |
| MODEL | JOU |
| BODY TYPE | WAGON |
| TYPE OF TITLE | STANDARD |
| DUPLICATE NO | |
| ISSUE DATE | 11-14-2019 |
| GVWW/GLGTH | 5000 |
| VIN-REPLACEMENT | |
| COLOR/MTR/HP | WT |
| DEALER ID | |
| MILEAGE | 14 |
| AXLES/PROP | 2 |
| FUEL | |
| STATUS | A 0 |
| FEE | 85.00 |

MILEAGE CODES: F-FLOOD  P-POLICE  S-SALVAGE  L-LEMON LAW  T-TAXI  A-ACTUAL MILEAGE  M-MILEAGE EXCEEDS THE MECHANICAL LIMITS  N-NOT THE ACTUAL MILEAGE

**OWNER(S):**
ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH    NJ 08090

NUMBER OF OWNERS: 1
NUMBER OF LIENHOLDERS: 1

SIGNATURE: [signed]

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OR OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

**FIRST LIENHOLDER:**
CHRYSLER CAPITAL
PO BOX 961272
FT WORTH    TX 76161
DATE: 11-14-2019

**SECOND LIENHOLDER:**
DATE:

FIRST RELEASE — LIEN RELEASED BY / SIGNATURE / TITLE / DATE
SECOND RELEASE — LIEN RELEASED BY / SIGNATURE / TITLE / DATE

CONTROL NUMBER: