File No.:
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital
JM5630_____

|  |  |
|---|---|
| IN RE:<br>ORBIT ENERGY & POWER, LLC | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 7<br>CASE NO: 22-19628(ABA)<br>HEARING DATE: 12-12-2023 |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH LOCAL RULES OF BANKRUPTCY PRACTICE**

The within Notice of Motion requests relief from the automatic stay on the grounds, as set forth on the accompanying Certification, that the Movant has a perfected security interest in the Motor Vehicle owned by the Debtor, Orbit Energy & Power, LLC and there has been a default.

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

Date:    11-21-2023                                /s/ William E. Craig, Esquire
                                                   William E. Craig, Esq.
                                                   Attorney for Santander Consumer USA
                                                   Inc. dba Chrysler Capital