UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th & Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

Order Filed on December 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**Orbit Energy & Power, LLC**

　　　　　　　　　　　　　　　**Debtor**

Case No.: 22-19628-ABA

Chapter 7

Judge: Andrew B. Altenburg Jr.

## CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE

### 2018 Ram Ram 2500 Crew Cab Tradesman 4WD 6.7L I6 T-Diesel

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: December 6, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Orbit Energy & Power, LLC
Case No.: 22-19628-ABA
Caption of Order: <u>Consent Order Modifying Stay as to Motor Vehicle</u>

1. Ally Capital ("Movant") which is the current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a 2018 Ram Ram 2500 Crew Cab Tradesman 4WD 6.7L I6 T-Diesel, V.I.N. 3C6UR5HL3JG105980, (the "Vehicle") and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Motion for Relief from the Automatic Stay of Ally Capital and the response of Trustee thereto, and

2. That the Trustee shall proceed to liquidate the Vehicle for the benefit of the bankruptcy estate. At the time the Vehicle is liquidated, the Trustee will pay Ally Capital the then-outstanding balance owed on the Vehicle and retain the equity in the Vehicle, after costs of sale, for the benefit of the bankruptcy estate.; and

3. The Movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the motion.

4. As of November 02, 2023, the current payoff balance is $13,776.18, with Per Diem of $1.97.

5. Vehicle more fully described as:

2018 Ram Ram 2500 Crew Cab Tradesman 4WD 6.7L I6 T-Diesel, V.I.N. 3C6UR5HL3JG105980

**We hereby consent to the form and entry of the foregoing Order.**

_____
E. Richard Dressel
Lex Nova Law, LLC
10 E. Stow Road
Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
Attorney for Trustee

_____
Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th
& Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant