UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.NJ. LBR 9004-1(b)**
E. Richard Dressel, Esquire (ED1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Finberg,
Chapter 7 Trustee

In re:

ORBIT ENERGY & POWER, LLC,

Debtor.

Order Filed on December 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-19628(ABA)

Chapter 7

Honorable Andrew B. Altenberg

Hearing Date:  December 5, 2023
                @ 10:00 a.m.

**ORDER APPROVING SETTLEMENT AGREEMENTS WITH
(A) ASSOCIATE REFRIGERATION, INC., (B) BROADWAY ELECTRIC SUPPLY CO.,
(C) CLEAR CHANNEL OUTDOOR, LLC, (D) DVINCI (d/b/a/COLUSSUS), (E)
FASTENAL CO., (F) MARVIC (SRS DISTRIBUTION), (G) PREFERRED PUMP, (H)
RENEWABLE ENERGY ADVISORS, (I) CARE EFFEX, (J) U.S. RENEWABLE
SOLUTIONS AND (K) B&B TREE SERVICES**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: December 6, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#690040 v1

(Page 2)

| | |
|---|---|
| Debtor: | Orbit Power and Energy, LLC |
| Case No.: | 22-19628(ABA) |
| Caption: | Order Approving Settlement Agreements with (A) Associate Refrigeration, Inc., (B) Broadway Electric Supply Co., (C) Clear Channel Outdoor, LLC, (D) Dvinci (d/b/a Colussus), € Fastenal Co., (F) Marvic (SRS Distribution), (G) Preferred Pump, (H) Renewable Energy Advisors, (I) Car Effex, (J) U.S. Renewable Solutions and (K) B&B Tree Services |

THIS MATTER having been presented to the Court by Lex Nova Law LLC, counsel to Andrew Sklar, Chapter 7 Trustee ("Trustee") for Orbit Energy & Power, LLC, Chapter 7 debtor ("Debtor"), upon the motion for entry of an Order approving the settlement agreements reached with (A) Associate Refrigeration, Inc., (B) Broadway Electric Supply Co., (C) Clear Channel Outdoor, LLC, (D) Dvinci (d/b/a Colussus), (F) Fastenal Co., (F) Marvic (SRS Distribution), (G) Preferred Pump, (H) Renewable Energy Advisors, (I) Car Effex, (J) U.S. Renewable Solutions and (K) B&B Tree Services pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for related relief ("Motion"); and notice having been provided to counsel to  the Office of the United States Trustee, Debtor's counsel and all creditors and parities in interest as set forth in the Certification of Service; and the Court having considered the pleadings filed by the Trustee in support of the Motion and any opposition thereto, if any; and for other good cause having been shown,

IT IS ORDERED that the Trustee's Motion shall be, and hereby is, granted in its entirety; and it is further

ORDERED that the Settlement Agreements with (A) Associate Refrigeration, Inc., (B) Broadway Electric Supply Co., (C) Clear Channel Outdoor, LLC, (D) Dvinci (d/b/a Colussus), (F) Fastenal Co., (F) Marvic (SRS Distribution), (G) Preferred Pump, (H) Renewable Energy Advisors, (I) Car Effex, (J) U.S. Renewable Solutions, and (K) B&B Tree Services as set forth in the Motion and Exhibits "A" through "K" attached thereto, are hereby approved in their entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019.

#690040 v1