

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. 9004-1(b)<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>Formed in the State of PA<br>Regina Cohen<br>190 North Independence Mall West 6th & Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Movant |
| **IN RE:**<br><br>**Orbit Energy & Power, LLC**<br><br>                                 **Debtor** |

Order Filed on December 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-19628-ABA

Chapter 7

Judge: Andrew B. Altenburg Jr.

## **CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE**

### **2018 Ram Ram 2500 Crew Cab Tradesman 4WD 6.7L I6 T-Diesel**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: December 6, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:         Orbit Energy & Power, LLC
Case No.:       22-19628-ABA
Caption of Order:   Consent Order Modifying Stay as to Motor Vehicle

1. Ally Capital ("Movant") which is the current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a 2018 Ram Ram 2500 Crew Cab Tradesman 4WD 6.7L I6 T-Diesel, V.I.N. 3C6UR5HL3JG105980, (the "Vehicle") and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Motion for Relief from the Automatic Stay of Ally Capital and the response of Trustee thereto, and

2. That the Trustee shall proceed to liquidate the Vehicle for the benefit of the bankruptcy estate. At the time the Vehicle is liquidated, the Trustee will pay Ally Capital the then-outstanding balance owed on the Vehicle and retain the equity in the Vehicle, after costs of sale, for the benefit of the bankruptcy estate.; and

3. The Movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the motion.

4. As of November 02, 2023, the current payoff balance is $13,776.18, with Per Diem of $1.97.

5. Vehicle more fully described as:

2018 Ram Ram 2500 Crew Cab Tradesman 4WD 6.7L I6 T-Diesel, V.I.N. 3C6UR5HL3JG105980

**We hereby consent to the form and entry of the foregoing Order.**

_____
E. Richard Dressel
Lex Nova Law, LLC
10 E. Stow Road
Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
Attorney for Trustee

_____
Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th
& Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19628-ABA |
| Orbit Energy & Power, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 06, 2023 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

Case 22-19628-ABA    Doc 431    Filed 12/08/23    Entered 12/09/23 00:17:44    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: pdf903 | Total Noticed: 2 |

Andrew Sklar
    on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew Sklar
    on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew E. Arthur
    on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Angela L Mastrangelo
    on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com

Barry R. Sharer
    on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub
    on behalf of Creditor Republic Bank bgolub@wgpllp.com imarciniszyn@wgpllp.com

Brian Swope
    on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope
    on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin
    on behalf of Creditor Clear Channel Outdoor LLC caitlin.conklin@klgates.com

Cameron Deane
    on behalf of Creditor KeyBank N.A. cdeane@weltman.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com

Carol E. Momjian
    on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan
    on behalf of Creditor Attolon Partners LLC csamler@klehr.com, swenitsky@klehr.com;nyackle@klehr.com

Daniel E. Straffi
    on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades
    on behalf of Creditor Clear Channel Outdoor LLC daniel.eliades@klgates.com

Daniel S. Siedman
    on behalf of Debtor Orbit Energy & Power LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy
    on behalf of Creditor Wells Fargo Commercial Finance LLC dmurphy@reedsmith.com

David G Murphy
    on behalf of Creditor WELLS FARGO BANK N.A. dmurphy@reedsmith.com

David S. Catuogno
    on behalf of Creditor Clear Channel Outdoor LLC david.catuogno@klgates.com

Don Abraham
    on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

E. Richard Dressel
    on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

Eric Horn
    on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn
    on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Case 22-19628-ABA    Doc 431    Filed 12/08/23    Entered 12/09/23 00:17:44    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Eric Horn | on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Forrest Scott Turkish | on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com |
| Gary M. Perkiss | on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gary M. Perkiss | on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gaston P. Loomis, II | on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com scarney@mdmc-law.com |
| Harry M. Gutfleish | on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com |
| Jack Shrum | on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com |
| Jason D. Angelo | on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jason D. Angelo | on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jeffrey Bernstein | on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com |
| Jeffrey S. Cianciulli | on behalf of Creditor Republic Bank jcianciulli@wgpllp.com imarciniszyn@weirpartners.com |
| Jeremy M. Campana | on behalf of Creditor Global Merchant Cash Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com |
| John C. Kilgannon | on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com |
| Jonathan S Hawkins | on behalf of Creditor Global Merchant Cash Inc. jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com |
| Joseph L. Schwartz | on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com |
| Justin Logan Rappaport | on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com |
| Justin R. White | on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com |
| Kevin Callahan | on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov |
| Marcella M. Jayne | on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |
| Mark Minuti | on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Matthew Francis Kye | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Michael McLaughlin | on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com |
| Michael J. Stafford | on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal mnord@nordlaw.legal;anord@nordlaw.legal |
| Michael J. Stafford | on behalf of Plaintiff U.S. Electrical Services Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 06, 2023 | Form ID: pdf903 | Total Noticed: 2 |

Nicole M. Nigrelli
    on behalf of Debtor Orbit Energy & Power  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell
    on behalf of Creditor House & Home Magazine  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
    on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com anovoa@slgcollect.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

Richard A. O'Halloran
    on behalf of Creditor Dividend Solar Finance  LLC richard.ohalloran@dinsmore.com,
lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich
    on behalf of Creditor Sunlight Financial  LLC rrich2@hunton.com, candonian@huntonak.com

Ronald S. Gellert
    on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com abrown@gsbblaw.com;smattia@gsbblaw.com

Turner Falk
    on behalf of Creditor Allspire Health GPO  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf
    on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 69