UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.NJ. LBR 9004-1(b)**
E. Richard Dressel, Esquire (ED1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Finberg,
Chapter 7 Trustee

Order Filed on December 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ORBIT ENERGY & POWER, LLC,

　　　　　Debtor.

Case No.:  22-19628(ABA)

Chapter 7

Honorable Andrew B. Altenberg

Hearing Date:  December 5, 2023
　　　　　　　　@ 10:00 a.m.

**ORDER APPROVING SETTLEMENT AGREEMENTS WITH
(A) ASSOCIATE REFRIGERATION, INC., (B) BROADWAY ELECTRIC SUPPLY CO.,
(C) CLEAR CHANNEL OUTDOOR, LLC, (D) DVINCI (d/b/a/COLUSSUS), (E)
FASTENAL CO., (F) MARVIC (SRS DISTRIBUTION), (G) PREFERRED PUMP, (H)
RENEWABLE ENERGY ADVISORS, (I) CARE EFFEX, (J) U.S. RENEWABLE
SOLUTIONS AND (K) B&B TREE SERVICES**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: December 6, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#690040 v1

(Page 2)

| | |
|---|---|
| Debtor: | Orbit Power and Energy, LLC |
| Case No.: | 22-19628(ABA) |
| Caption: | Order Approving Settlement Agreements with (A) Associate Refrigeration, Inc., (B) Broadway Electric Supply Co., (C) Clear Channel Outdoor, LLC, (D) Dvinci (d/b/a Colussus), € Fastenal Co., (F) Marvic (SRS Distribution), (G) Preferred Pump, (H) Renewable Energy Advisors, (I) Car Effex, (J) U.S. Renewable Solutions and (K) B&B Tree Services |

_____

THIS MATTER having been presented to the Court by Lex Nova Law LLC, counsel to Andrew Sklar, Chapter 7 Trustee ("Trustee") for Orbit Energy & Power, LLC, Chapter 7 debtor ("Debtor"), upon the motion for entry of an Order approving the settlement agreements reached with (A) Associate Refrigeration, Inc., (B) Broadway Electric Supply Co., (C) Clear Channel Outdoor, LLC, (D) Dvinci (d/b/a Colussus), (F) Fastenal Co., (F) Marvic (SRS Distribution), (G) Preferred Pump, (H) Renewable Energy Advisors, (I) Car Effex, (J) U.S. Renewable Solutions and (K) B&B Tree Services pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for related relief ("Motion"); and notice having been provided to counsel to the Office of the United States Trustee, Debtor's counsel and all creditors and parities in interest as set forth in the Certification of Service; and the Court having considered the pleadings filed by the Trustee in support of the Motion and any opposition thereto, if any; and for other good cause having been shown,

IT IS ORDERED that the Trustee's Motion shall be, and hereby is, granted in its entirety; and it is further

ORDERED that the Settlement Agreements with (A) Associate Refrigeration, Inc., (B) Broadway Electric Supply Co., (C) Clear Channel Outdoor, LLC, (D) Dvinci (d/b/a Colussus), (F) Fastenal Co., (F) Marvic (SRS Distribution), (G) Preferred Pump, (H) Renewable Energy Advisors, (I) Car Effex, (J) U.S. Renewable Solutions, and (K) B&B Tree Services as set forth in the Motion and Exhibits "A" through "K" attached thereto, are hereby approved in their entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019.

#690040 v1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19628-ABA

Orbit Energy & Power, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1
Date Rcvd: Dec 06, 2023  Form ID: pdf903  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023  Signature:  /s/Gustava Winters