UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
10 E. Stow Rd., Suite 250
Marlton, NJ 08053
856-382-8211
Attorneys for Andrew Finberg, Chapter 7 Trustee

Order Filed on December 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ORBIT ENERGY & POWER, LLC,

Debtor.

Honorable Andrew B. Altenburg

Chapter: 7

Bankr. No.: 22-19628(ABA)

Hearing Date: December 14, 2023
@ 2:00 pm

## ORDER GRANTING FIRST INTERIM ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: December 14, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#664186 v1

**(Page 2)**
Debtors:  Orbit Energy & Power, LLC
Case No.:  22-19628(ABA)
**ORDER GRANTING FIRST INTERIM ALLOWANCES**

The Court having found that the person(s) named below filed an Application for First Interim Allowances as counsel for Andrew Finberg, Chapter 7 Trustee; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that interim compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Lex Nova Law, LLC | $95,602.50 | $2,993.00 |

#664186 v1