Order Filed on December 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ROBERT N. SNYDER, JR. CPA**
Sharer Petree Brotz & Snyder
1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043
(856)435-3200
Accountant for the Chapter 7 Trustee

| In Re: | Case No.: 22-19628 |
|---|---|
| **ORBIT ENERGY & POWER, LLC** | Chapter 7 |
| | Hearing Date: 12/14/23 @ 2:00PM |
| | Judge: ABA |

### ORDER AWARDING FIRST INTERIM COMPENSATION AND EXPENSES FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: December 14, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | **ORBIT ENERGY & POWER, LLC** |
| Case No.: | 22-19628 |
| Caption of Order: | Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee |

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

FEES:                 $52,475.00

EXPENSES         $    264.87

TOTAL:              $52,739.87