| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. L.B.R. 9004-1<br><br>WEIR GREENBLATT PIERCE LLP<br>A Pennsylvania Limited Liability Partnership<br>Jeffrey Cianciulli, Esquire (JC-9173)<br>35 Kings Highway East<br>Haddonfield, NJ 08033<br>(856) 429-7750<br>(856) 427-0369 (f)<br>*jcianciulli@wgpllp.com*<br>*Counsel for Creditor Republic Bank* | |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC<br><br>            Debtor. | Case No. 22-19628 (ABA)<br><br>Chapter 7<br>Judge Andrew B. Altenburg |

**ORDER GRANTING MOTION OF REPUBLIC BANK**
**FOR RELIEF FROM AUTOMATIC STAY TO PERMIT SETOFF**

The relief set forth on the following pages, page two (2) through page three (3), is hereby ORDERED.

1

696867-1

Debtor: Orbit Energy & Power, LLC
Case No: 22-19628(ABA)
Caption: Order Approving Motion of Republic Bank For Relief From Automatic Stay To Permit Setoff

Upon consideration of the *Motion of Republic Bank For Relief From Automatic Stay To Permit Setoff* (the "Motion") and all pleadings related thereto; and notice of the Motion having been due and sufficient under the circumstances; and it appearing that the relief requested in the Motion is appropriate under the circumstances; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED.

2. Republic Bank is hereby granted relief from the automatic stay of section 362(a) of the Bankruptcy Code so that Republic Bank may exercise its right under Bankruptcy Code section 553 to offset its Collateral Accounts, as defined in the Motion, in the amount of $40,583.40 against its secured claim.

3. Notwithstanding Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, this Order shall not be stayed after the entry hereof, but shall be effective and enforceable immediately upon entry, and the fourteen (14) day stay provided in Bankruptcy Rule 4001(a)(3) is waived and shall not apply.

4. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

696867-1