| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. L.B.R. 9004-1<br><br>WEIR GREENBLATT PIERCE LLP<br>A Pennsylvania Limited Liability Partnership<br>Jeffrey Cianciulli, Esquire (JC-9173)<br>35 Kings Highway East<br>Haddonfield, NJ 08033<br>(856) 429-7750<br>(856) 427-0369 (f)<br>*jcianciulli@wgpllp.com*<br>*Counsel for Creditor Republic Bank* | |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC<br><br>Debtor. | Case No. 22-19628 (ABA)<br><br>Chapter 7<br><br>Objection Due:  January 9, 2024<br> Hearing Date: January 16, 2024 @ 10:00 am |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 21, 2023, I did cause a copy of the foregoing Notice, Motion of Republic Bank for Relief from Automatic Stay to Permit Setoff, proposed Order and this Certificate of Service to be electronically filed with the United States Bankruptcy Court, pursuant to the Case Management/Electronic Case Filing system of the Court, and electronic notice of such filing was served by the Office of the Clerk upon parties in interest registered in such Case Management/Electronic Case Filing system with respect to this case.

/s/ Jeffrey S. Cianciulli<br>Jeffrey S. Cianciulli, Esquire

1

696867-1