| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in compliance with D.N.J. 9004-1(b)<br><br>E. Richard Dressel, Esquire (ED1893)<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>856-382-8211<br>rdressel@lexnovalaw.com<br>Attorneys for Andrew Sklar,<br>    Chapter 7 Trustee | Order Filed on December 26, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Orbit Energy & Power, LLC,<br><br>                                  Debtor. | Case No.: 22-19628(ABA)<br><br>Chapter 7<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Hearing Date: 12/12/23@ 10:00 a.m. |

**CONSENT ORDER ON MOTION OF SANTANDER CONSUMER U.S.A.,
d/b/a CHRYSLER CAPITAL FOR RELIEF FROM THE AUTOMATIC
STAY AS TO CERTAIN VEHICLES**

The relief set forth on the follow pages numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: December 26, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#698386 v2

(Page 2)

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628(ABA) |
| Caption: | Consent Order on Motion of Santander Consumer U.S.A., d/b/a/ Chrysler Capital for Relief from the Automatic Stay as to Certain Vehicles. |

1. Santander Consumer U.S.A., d/b/a Chrysler Capital ("Santander"), which is the current holder of Retail Installment Sale Contracts and Security Agreements secured by the following vehicles: 2019 Ram Promaster 7357, 2019 Ram Promaster 7350, 2019 Ram 2500 9337, 2019 Dodge Journey 5534, 2019 Dodge Journey 0880, 2018 Dodge Journey5945, and 2018 Dodge Journey 7665 (the "Vehicles") and Debtor, by and through their undersigned counsel have agreed to the following with respect to the Motion for Relief from the Automatic Stay with respect to the Vehicles; and

2. The Trustee shall be entitled to liquidate the Vehicles for the benefit of the bankruptcy estate. At the time the Vehicles are liquidated, the Trustee will pay Santander the then outstanding balance owed on each of the Vehicles and retain the equity in the Vehicles, after payment of Santander's balances and the costs of sale of each of the Vehicles, for the benefit of the bankruptcy estate; and

3. Prior to the sales of the Vehicles, the Trustee and/or the Court-appointed auctioneer shall obtain updated payoff statements for each of the Vehicles from counsel for Santander; and

4. That the automatic stay is hereby terminated as to each of the Vehicles. Santander hereby agrees to refrain from executing upon this Order until the earlier of March 15, 2024 or the date of the sale of the vehicles TO THE EXTENT that the proposed auction price would result in less than full payment to Santander. If the proposed sale price of any of the Vehicles listed in paragraph one (1) above is less than the payoff figure listed, the sale of said Vehicle(s) shall not be completed; and

#698386 v2

(Page 3)

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628(ABA) |
| Caption: | Consent Order on Motion of Santander Consumer U.S.A., d/b/a/ Chrysler Capital for Relief from the Automatic Stay as to Certain Vehicles. |

5. That the Trustee shall maintain insurance sufficient to cover any damage to, destruction of, theft, or other loss of the Vehicles pending the sale of the Vehicles; and

6. The Movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the Santander Motion for Order Modifying Automatic Stay with respect to the Vehicles.

**We hereby consent to the form and entry of the foregoing Order.**

| | |
|---|---|
| Lex Nova Law LLC | Morton & Craig, LLC |
| /s/ E. Richard Dressel  12/ 20/2023 | /s/ William E. Craig 12/20/2023 |
| E. Richard Dressel, Esquire | Willam E. Craig, Esquire |
| 10 E. Stow Road, Suite 250 | 110 Marter Avenue, Suite 301 |
| Marlton, NJ 08053 | Moorestown, NJ 08057 |
| rdressel@lexnovalaw.com | bcraig@mortoncraig.com |
| 856-382-8211 | 856-866-0100 |
| Attorneys for Trustee, Andrew Sklar | Attorneys for Movant, Santander Consumer U.S.A., d/b/a Chrysler Capital |

#698386 v2