| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in compliance with D.N.J. 9004-1(b)<br><br>E. Richard Dressel, Esquire (ED1893)<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>856-382-8211<br>rdressel@lexnovalaw.com<br>Attorneys for Andrew Sklar,<br>   Chapter 7 Trustee | Order Filed on December 26, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Orbit Energy & Power, LLC,<br><br>        Debtor. | Case No.: 22-19628(ABA)<br><br>Chapter 7<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Hearing Date: 12/12/23 @ 10:00 a.m. |

**CONSENT ORDER ON MOTION OF SANTANDER CONSUMER U.S.A.,
d/b/a CHRYSLER CAPITAL FOR RELIEF FROM THE AUTOMATIC
<u>STAY AS TO CERTAIN VEHICLES</u>**

      The relief set forth on the follow pages numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: December 26, 2023**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#698386 v2

(Page 2)

Debtor:       Orbit Energy & Power, LLC
Case No.:     22-19628(ABA)
Caption:      Consent Order on Motion of Santander Consumer U.S.A., d/b/a/ Chrysler Capital for Relief from the Automatic Stay as to Certain Vehicles.

1. Santander Consumer U.S.A., d/b/a Chrysler Capital ("Santander"), which is the current holder of Retail Installment Sale Contracts and Security Agreements secured by the following vehicles:  2019 Ram Promaster 7357, 2019 Ram Promaster 7350, 2019 Ram 2500 9337, 2019 Dodge Journey 5534, 2019 Dodge Journey 0880, 2018 Dodge Journey5945, and 2018 Dodge Journey 7665 (the "Vehicles") and Debtor, by and through their undersigned counsel have agreed to the following with respect to the Motion for Relief from the Automatic Stay with respect to the Vehicles; and

2. The Trustee shall be entitled to liquidate the Vehicles for the benefit of the bankruptcy estate.  At the time the Vehicles are liquidated, the Trustee will pay Santander the then outstanding balance owed on each of the Vehicles and retain the equity in the Vehicles, after payment of Santander's balances and the costs of sale of each of the Vehicles,  for the benefit of the bankruptcy estate; and

3. Prior to the sales of the Vehicles, the Trustee and/or the Court-appointed auctioneer shall obtain updated payoff statements for each of the Vehicles from counsel for Santander; and

4. That the automatic stay is hereby terminated as to each of the Vehicles.  Santander hereby agrees to refrain from executing upon this Order until the earlier of March 15, 2024 or the date of the sale of the vehicles TO THE EXTENT that the proposed auction price would result in less than full payment to Santander.  If the proposed sale price of any of the Vehicles listed in paragraph one (1) above is less than the payoff figure listed, the sale of said Vehicle(s) shall not be completed; and

#698386 v2

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628(ABA) |
| Caption: | Consent Order on Motion of Santander Consumer U.S.A., d/b/a/ Chrysler Capital for Relief from the Automatic Stay as to Certain Vehicles. |

5. That the Trustee shall maintain insurance sufficient to cover any damage to, destruction of, theft, or other loss of the Vehicles pending the sale of the Vehicles; and

6. The Movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the Santander Motion for Order Modifying Automatic Stay with respect to the Vehicles.

**We hereby consent to the form and entry of the foregoing Order.**

Lex Nova Law LLC

/s/ E. Richard Dressel  12/ 20/2023___
E. Richard Dressel, Esquire
10 E. Stow Road, Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
856-382-8211
Attorneys for Trustee, Andrew Sklar

Morton & Craig, LLC

/s/ William E. Craig 12/20/2023___
Willaim E. Craig, Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
bcraig@mortoncraig.com
856-866-0100
Attorneys for Movant, Santander Consumer U.S.A., d/b/a Chrysler Capital

#698386 v2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-19628-ABA
Orbit Energy & Power, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Dec 26, 2023      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf903 | Total Noticed: 2 |

Andrew Sklar
 on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew Sklar
 on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew E. Arthur
 on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Angela L Mastrangelo
 on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com

Barry R. Sharer
 on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub
 on behalf of Creditor Republic Bank bgolub@wgpllp.com imarciniszyn@wgpllp.com

Brian Swope
 on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope
 on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin
 on behalf of Creditor Clear Channel Outdoor LLC caitlin.conklin@klgates.com

Cameron Deane
 on behalf of Creditor KeyBank N.A. cdeane@weltman.com

Cameron Deane
 on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com

Carol E. Momjian
 on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan
 on behalf of Creditor Attolon Partners LLC csamler@klehr.com, swenitsky@klehr.com;nyackle@klehr.com

Daniel E. Straffi
 on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades
 on behalf of Creditor Clear Channel Outdoor LLC daniel.eliades@klgates.com

Daniel S. Siedman
 on behalf of Debtor Orbit Energy & Power LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy
 on behalf of Creditor Wells Fargo Commercial Finance LLC dmurphy@reedsmith.com

David G Murphy
 on behalf of Creditor WELLS FARGO BANK N.A. dmurphy@reedsmith.com

David S. Catuogno
 on behalf of Creditor Clear Channel Outdoor LLC david.catuogno@klgates.com

Don Abraham
 on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

E. Richard Dressel
 on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
 on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel
 on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com

E. Richard Dressel
 on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

Eric Horn
 on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn
 on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: pdf903 | Total Noticed: 2 |

Eric Horn
    on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Forrest Scott Turkish
    on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com

Gary M. Perkiss
    on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gary M. Perkiss
    on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gaston P. Loomis, II
    on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com scarney@mdmc-law.com

Harry M. Gutfleish
    on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com

Jack Shrum
    on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com

Jason D. Angelo
    on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jason D. Angelo
    on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein
    on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com

Jeffrey S. Cianciulli
    on behalf of Creditor Republic Bank jcianciulli@wgpllp.com imarciniszyn@weirpartners.com

Jeremy M. Campana
    on behalf of Creditor Global Merchant Cash Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

John C. Kilgannon
    on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com

Jonathan S Hawkins
    on behalf of Creditor Global Merchant Cash Inc. jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com

Joseph L. Schwartz
    on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com

Justin Logan Rappaport
    on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com

Justin R. White
    on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com

Kevin Callahan
    on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne
    on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti
    on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye
    on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Michael McLaughlin
    on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com

Michael J. Stafford
    on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford
    on behalf of Plaintiff U.S. Electrical Services Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal

| | |
|---|---|
| Nicole M. Nigrelli | on behalf of Debtor Orbit Energy & Power LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Rebecca K. McDowell | on behalf of Creditor House & Home Magazine LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Rebecca K. McDowell | on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| Richard A. O'Halloran | on behalf of Creditor Dividend Solar Finance LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com |
| Robert A. Rich | on behalf of Creditor Sunlight Financial LLC rrich2@hunton.com, candonian@huntonak.com |
| Ronald S. Gellert | on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com abrown@gsbblaw.com;smattia@gsbblaw.com |
| Turner Falk | on behalf of Creditor Allspire Health GPO LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Wolf | on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 69