| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. L.B.R. 9004-1<br><br>WEIR GREENBLATT PIERCE LLP<br>A Pennsylvania Limited Liability Partnership<br>Jeffrey Cianciulli, Esquire (JC-9173)<br>35 Kings Highway East<br>Haddonfield, NJ 08033<br>(856) 429-7750<br>(856) 427-0369 (f)<br>*jcianciulli@wgpllp.com*<br>*Counsel for Creditor Republic Bank* | Order Filed on January 17, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC<br><br>           Debtor. | Case No. 22-19628 (ABA)<br><br>Chapter 7<br>Judge Andrew B. Altenburg |

### ORDER GRANTING MOTION OF REPUBLIC BANK
### FOR RELIEF FROM AUTOMATIC STAY TO PERMIT SETOFF

      The relief set forth on the following pages, page two (2) through page three (3), is hereby

ORDERED.

**DATED: January 17, 2024**

                                                          Honorable Andrew B. Altenburg, Jr.
                                                          United States Bankruptcy Court

Debtor:  Orbit Energy & Power, LLC
Case No:  22-19628(ABA)
Caption:  Order Approving Motion of Republic Bank For Relief From Automatic Stay To Permit Setoff

Upon consideration of the *Motion of Republic Bank For Relief From Automatic Stay To Permit Setoff* (the "Motion") and all pleadings related thereto; and notice of the Motion having been due and sufficient under the circumstances; and it appearing that the relief requested in the Motion is appropriate under the circumstances; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED.

2. Republic Bank is hereby granted relief from the automatic stay of section 362(a) of the Bankruptcy Code so that Republic Bank may exercise its right under Bankruptcy Code section 553 to offset its Collateral Accounts, as defined in the Motion, in the amount of $40,583.40 against its secured claim.

3. Notwithstanding Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, this Order shall not be stayed after the entry hereof, but shall be effective and enforceable immediately upon entry, and the fourteen (14) day stay provided in Bankruptcy Rule 4001(a)(3) is waived and shall not apply.

4. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-19628-ABA
Orbit Energy & Power, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1
Date Rcvd: Jan 17, 2024  Form ID: pdf903  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 19, 2024  Signature:  /s/Gustava Winters