UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED 1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorney for Andrew Sklar,
    Chapter 7 Trustee

In Re:
Orbit Energy & Power, LLC,

                                Debtor.

Case No.:  22-19628(ABA)

Judge:  Andrew B. Alterburg

Chapter:  7

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.  The applicant, _____Andrew Sklar, Trustee_____, is the (check all that apply):

    ☐ Trustee:     ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

    ☐ Debtor:      ☐ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2.  The applicant seeks to retain the following professional Quaker City Auctioneers, Inc. to serve as (check all that apply):

    ☐ Attorney for:   ☐ Trustee      ☐ Debtor-in-Possession

    ☐ Official Committee of _____

    ☐ Accountant for: ☐ Trustee      ☐ Debtor-in-possession

    ☐ Official Committee of _____

☒ Other Professional:

☐ Realtor  ☐ Appraiser  ☐ Special Counsel

☒ Auctioneer  ☐ Other (specify): _____

3. The employment of the professional is necessary because:
The Trustee seeks to liquidate vehicles of the estate located at 570 Mantua Blvd., Sewell, NJ 08080 by way of Auction to generate monies for the estate.

4. The professional has been selected because:
I have selected Quaker City Auctioneers, Inc. (the "Auctioneer") due to its familiarity with conducting auctions of vehicles and, specifically, the Auctioneer has extensive experience in the sale of assets for Chapter 7 Trustees. The Auctioneer has acted as auctioneer to the prior Trustee in this proceeding to liquidate various assets of the bankruptcy estate and, as such, is already somewhat familiar with the case.

5. The professional services to be rendered are as follows:
Auctioneer to sell certain vehicles (approx. 15-20) of the bankruptcy estate as set forth in the Motion for the Entry of an Order Approving the Sale of Certain vehicles being filed contemporaneously herewith.

6. The proposed arrangement for compensation is as follows:
See Auction Proposal attached hereto and made a part hereof as Exhibit "A". Auctioneer to receive 18% Buyer's premium (3% of which will be paid to Bidspotter - no commission to be charged to the bankruptcy estate) plus reimbursement of expenses as set forth in the Auction Proposal. Expenses will be subject to Bankruptcy Court approval.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____

2

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: _____
_____
_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: various vehicles of the bankruptcy estate located at 570 Mantua Blvd., Sewell, NJ 08080 and other locations to generate monies for the estate.

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: February 8, 2024                    /s/ Andrew Sklar
                                          Signature of Applicant

*rev.8/1/15*