

. . . Auctioneers | Appraisers | Liquidators

409 Easton Road, Suite 101 ● Willow Grove, PA 19090
(215) 426-5300 ● Fax (215) 426-6897
www.quakercityauction.com

February 5, 2024

# AUCTION PROPOSAL FOR:
# ORBIT ENERGY AND POWER LLC

### Proposed Sale Date: Online Auction Format for early March

I.  ADVERTISING                                       $5,100.00
   A. Newspapers:
      Determined not to be effective relative to cost
   B. Trade Publications:  Electronic Media
      Social Media (Facebook, Linked In, Others)
      IAA Calendar
      Auction Zip
      QCA email blasts (across our entire data base)
   C. 5000 Auction Cards

II.  LABOR                                            $2,500.00

   A. Set Up: Clean, organize, display, stage, lot, tag & photograph assets

   B. Inspection: QCA personnel to provide security and direction during preview and sale of assets

   C. Removal:   QCA personnel to oversee safe, orderly removal of assets
   (Includes travel, lodging, sale preparation and removal expenses)


III. MISCELLANEOUS                                   $10,000.00
   A. Bidspotter event fee                           $   350.00
   B. Towing for re-locating the trucks and trailers  $2,400.00*

**C. Storage cost to stage and sell the vehicles           $3,750.00*
   ($2,500.00 per month)
D.  Batteries for vehicles                                 $2,000.00*
E.  Mechanic's Fees                                        $1,500.00***


*PROJECTED ADVERTISING AND LABOR: $17,600.00. *These estimates are not exact as the condition and length of stay at the re-location property is undetermined.*

**III. FEES:  No Commission chargeable to Estate.  18% Buyers' Premium will be charged (to buyers) with 3% going to Bidspotter**