## Exhibit "A"

| Year | Make | Model | Vin Number | License Plate | Lien Holder (if any) |
|---|---|---|---|---|---|
| 2019 | Ram | Promaster 2500 | 3C6TRVCG4KE506036 | XGCM42 | Ally Capital Payoff of $9,273.62 as of 11/2/2023 (Consent Order dated 12/6/2023) |
| 2019 | Ram | Promaster 2500 | 3C6TRVDG4KE540363 | XGCM46 | Ally Capital Payoff of $12,283.69 as of 11/2/2023 (Consent Order dated 12/6/2023) |
| 2018 | Ram | 2500 Tradesman-D | 3C6UR5HL3JG105980 | XGCM45 | Ally Capital Payoff of $13,776.18 as of 11/2/2023 (Consent Order dated 12/6/2023) |
| 2019 | Ram | 2500 Tradesman | 3C6UR5CJ7KG512658 | XGCM44 | Ally Capital Payoff of $16,145.12 as of 11/2/2023 (Consent Order dated 12/6/2023) |
| 2019 | Ram | Promaster 2500 | 3C6TRVCG7KE507357 | XGCM47 | Santander[i] (formerly Chrysler Capital) (Consent Order dated 12/26/2023) |
| 2019 | Ram | Promaster Cargo | 3C6TRVCG4KE507350 | XGCM49 | Santander (formerly Chrysler Capital) (Consent Order dated 12/26/2023) |
| 2019 | Ram | 2500 Tradesman | 3C6UR5DJ2KG519337 | XGCM50 | Santander (formerly Chrysler Capital) (Consent Order dated 12/26/2023) |
| 2018 | Dodge | Journey | 3C4PDCAB1JT535945 | XENJ75 | Santander (formerly Chrysler Capital) (Consent Order dated 12/26/2023) |
| 2018 | Dodge | Journey | 3C4PDCABXJT527665 | XENJ76 | Santander (formerly Chrysler Capital) (Consent Order dated 12/26/2023) |
| 2019 | Ram | Promaster 2500 | 3C6TRVCG4KE506053 | XHYT24 | Ally Payoff of $9,884.04 as of 11/2/2023 plus per diem of $1.46 (Consent Order dated 12/6/2023) |
| 2011 | Ford | E-350 | 1FBNE3BL2BDB03453 | F45JYY | Vehicle free and clear of liens/encumbrances |
| 2004 | Ford | F-150 | 1FTPX14594NB28347 | XGER74 | Vehicle free and clear of liens/encumbrances (Merback #69) |
| 2017 | Ram | Promaster-C 2500 | 3C6TRVDG1HE519771 | XGEP86 | Vehicle free and clear of liens/encumbrances |
| 2018 | Ram | Promaster-C 2500 | 3C6TRVCG8JE154898 | XFJY68 | Key Bank Payoff - $2,565.33 (No Per Diem) |
| 2018 | Ram | Promaster-C 1500 | 3C6TRVBGXJE149476 | XFJY66 | Key Bank Payoff - $2,942.59 (No Per Diem) |
| 2019 | Ram | Promaster-C 2500 | 3C6TRVDG8KE502506 | XFJY77 | Key Bank Payoff - $3,319.92 (No Per Diem) |

---

[i] Waiting on payoffs for each of the Santander vehicles as of the date of this Motion.

#712339 v1