| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1**<br>E. RICHARD DRESSEL, ESQ. (ED1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>rdressel@lexnovalaw.com<br>(856) 382 - 8211<br>Attorneys for Andrew Sklar, Chapter 7 Trustee | |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>       Debtor. | Case No. 22-19628(ABA)<br><br>Chapter:      7<br><br>Judge:  Andrew B. Altenberg<br><br>Hearing Date:  March 19, 2024 at<br>                           10:00 a.m. |

**CERTIFICATION OF ANDREW SKLAR CHAPTER 7 TRUSTEE,
IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER APPROVING PUBLIC
AUCTION SALE OF CERTAIN VEHICLES AND AUCTION PROCEDURES**

    Andrew Sklar, being duly sworn, hereby certifies as follows:

    1.    I am an adult individual and the duly-appointed Chapter 7 Trustee in this Case.

    2.    I have reviewed and am familiar with the Motion seeking an order of this Court approving the sale of estate assets free and clear of liens, claims, encumbrances and interests, together with certain proposed auction procedures (the "Motion") as particularly described in the Motion.

    3.    I have also reviewed and am familiar with the Debtor's Petition initiating this proceeding, as well as the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs.

    4.    As reflected in the Debtor's schedules of assets and liabilities, the Debtor owns certain vehicles which constitute assets of the Debtor's bankruptcy estate.

#712083 v1

5. Several of the Vehicles as set forth in the Motion are free and clear of liens and encumbrances, while the remaining Vehicles are encumbered by the first lien positions of Key Bank, Ally Capital and Santander Consumer USA, but are still believed to have equity above the secured claims of the Lienholders for the bankruptcy estate.

6. The Auctioneer and I have proposed certain Auction Procedures (as set forth in detail in the Motion) which are designed to maximize flexibility in the conducting of the proposed Auction which I believe will result in the highest and best bids for the Vehicles. By way of the Motion, I am asking this Court's approval of the Auction, as well as the proposed Auction Procedures.

7. I understand that I am subject to the penalties of perjury if I have willfully misstated any of the information set forth herein.

Dated: February 15, 2024                                    /s/ Andrew Sklar
                                                            Andrew Sklar, Chapter 7 Trustee

#712083 v1