UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

ORBIT ENERGY & POWER, LLC,
Debtor.

Case No.: 22-19628(ABA)
Chapter: 7
Judge: Altenburg

## NOTICE OF PROPOSED PUBLIC SALE

__Andrew Sklar__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk<br>401 Market Street<br>Second Floor<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg__ on __March 19, 2024__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__  __400 Cooper Street, 4th Floor, Camden, NJ 08101__. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

| Location, date and time of sale: | Vehicle auction to be conducted live on site and on-line. Time and location(s) of auction and removal of Vehicles to be determined by Auctioneer. Additional information will be available at quakercityauction.com or by calling (215) 426-5300. |
|---|---|

| Description of property to be sold: | Vehicles as set forth in the Motion of Andrew Sklar, Chapter 7 Trustee for the Entry of an Order Approving (A) the Public Auction Sale of Certain of the Debtor's Vehicles Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. Section 363(b) and (f) and Federal Rule of Bankruptcy Procedure 6004, and (B) Procedures Governing the Public Auction Sale (the "Motion") at Exhibit "A" to the Motion. |
|---|---|

Terms of sale:

Public live and on-line auction conducted by Quaker City Auctioneers. The Auctioneer will charge a Buyer's Premium of 18% as a means of compensation. Payment required prior to release of purchased Vehicles and titles to vehicles. Additional terms and conditions will be available from the Auctioneer at the time bidders register for the Auction.

Objections must be served on, and requests for additional information directed to:

Name: E. Richard Dressel, Counsel to the Trustee
Address: Lex Nova Law LLC, 10 E. Stow Rd., Ste 250, Marlton, NJ 08053
Telephone No.: (856) 382-8211

rev.8/1/15