UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED1793)

Lex Nova Law LLC

10 E. Stow Road, Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
(856) 382-8211
Attorneys for Andrew Sklar,
    Chapter 7 Trustee

Order Filed on February 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ORBIT ENERGY & POWER, LLC,

Debtor.

Case No.:   22-19628(ABA)

Chapter:    7

Judge:   Andrew B. Altenberg

## ORDER AUTHORIZING RETENTION OF

Quaker City Auctioneers, Inc.

The relief set forth on the following page is **ORDERED**.

**DATED: February 20, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Quaker City Auctioneers, Inc._____
as __Autioneer for the Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:    409 Easton Road_____
   
   Suite 101_____
   
   Willow Grove, PA 19090_____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-19628-ABA
Orbit Energy & Power, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Feb 20, 2024      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

Case 22-19628-ABA    Doc 455    Filed 02/22/24    Entered 02/23/24 00:23:35    Desc
Imaged Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 20, 2024 | Form ID: pdf903 | Total Noticed: 2 |

| Name | Representation |
|---|---|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew Sklar | on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew E. Arthur | on behalf of Defendant Google LLC arthura@whiteandwilliams.com |
| Angela L Mastrangelo | on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Bonnie R. Golub | on behalf of Creditor Republic Bank bgolub@wgpllp.com imarciniszyn@wgpllp.com |
| Brian Swope | on behalf of Creditor Van Meter Auto Repair swope@comcast.net |
| Brian Swope | on behalf of Creditor South State Tech LLC swope@comcast.net |
| Caitlin Conklin | on behalf of Creditor Clear Channel Outdoor LLC caitlin.conklin@klgates.com |
| Cameron Deane | on behalf of Creditor KeyBank N.A. cdeane@weltman.com |
| Cameron Deane | on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com |
| Carol E. Momjian | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General cmomjian@attorneygeneral.gov |
| Corinne Samler Brennan | on behalf of Creditor Attolon Partners LLC csamler@klehr.com, swenitsky@klehr.com;nyackle@klehr.com |
| Daniel E. Straffi | on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel M. Eliades | on behalf of Creditor Clear Channel Outdoor LLC daniel.eliades@klgates.com |
| Daniel S. Siedman | on behalf of Debtor Orbit Energy & Power LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| David G Murphy | on behalf of Creditor Wells Fargo Commercial Finance LLC dmurphy@reedsmith.com |
| David G Murphy | on behalf of Creditor WELLS FARGO BANK N.A. dmurphy@reedsmith.com |
| David S. Catuogno | on behalf of Creditor Clear Channel Outdoor LLC david.catuogno@klgates.com |
| Don Abraham | on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com |
| E. Richard Dressel | on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com |
| Eric Horn | on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |

Case 22-19628-ABA    Doc 455    Filed 02/22/24    Entered 02/23/24 00:23:35    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Eric Horn | on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Forrest Scott Turkish | on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com |
| Gary M. Perkiss | on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gary M. Perkiss | on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gaston P. Loomis, II | on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com scarney@mdmc-law.com |
| Harry M. Gutfleish | on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com |
| Jack Shrum | on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com |
| Jason D. Angelo | on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jason D. Angelo | on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jeffrey Bernstein | on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com |
| Jeffrey S. Cianciulli | on behalf of Creditor Republic Bank jcianciulli@wgpllp.com imarciniszyn@weirpartners.com |
| Jeremy M. Campana | on behalf of Creditor Global Merchant Cash Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com |
| John C. Kilgannon | on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com |
| Jonathan S Hawkins | on behalf of Creditor Global Merchant Cash Inc. jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com |
| Joseph L. Schwartz | on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com |
| Justin Logan Rappaport | on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com |
| Justin R. White | on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com |
| Kevin Callahan | on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov |
| Marcella M. Jayne | on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |
| Mark Minuti | on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Matthew Francis Kye | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Michael McLaughlin | on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com |
| Michael E. Holt | on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com |
| Michael E. Holt | on behalf of Defendant Soligent Distribution LLC mholt@formanlaw.com, kanema@formanlaw.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 20, 2024 | Form ID: pdf903 | Total Noticed: 2 |

Michael J. Stafford
    on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal  mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford
    on behalf of Plaintiff U.S. Electrical Services  Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli
    on behalf of Debtor Orbit Energy & Power  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell
    on behalf of Creditor House & Home Magazine  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
    on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com  anovoa@slgcollect.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

Richard A. O'Halloran
    on behalf of Creditor Dividend Solar Finance  LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich
    on behalf of Creditor Sunlight Financial  LLC rrich2@hunton.com, candonian@huntonak.com

Ronald S. Gellert
    on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com  abrown@gsbblaw.com

Turner Falk
    on behalf of Creditor Allspire Health GPO  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf
    on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 71