| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>**By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)**<br>**520 Walnut Street, Suite 1355**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041406922**<br>Attorneys for Movant: KeyBank, N.A. |

| | |
|---|---|
| IN re:<br><br>Orbit Energy & Power, LLC<br>　　　Debtor | Case No.: 22-19628-ABA<br>Chapter: 7<br>Judge: Andrew B. Altenburg, Jr. |

# NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO: All persons on attached Service List

　　Movant, KeyBank, N.A. ("Movant") has filed papers with the Court seeking an Order for Relief from the Automatic Stay with respect to certain property. **Movant further seeks that this Court waive the 14-day stay imposed by Bankruptcy Rule 4001(a)(3).**

　　**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

　　If you do not want the Court to grant the Motion for Relief from the Automatic Stay, or if you want the Court to consider your views on the motion, then on or before March 19, 2024, you or your attorney must:

　　File with the court an Answer, explaining your position, at:

　　　　United States Bankruptcy Court
　　　　District of New Jersey
　　　　U.S. Post Office and Courthouse
　　　　401 Market Street
　　　　Camden, NJ 08101

If you mail your response to the Court for filing, you must mail it early enough, so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

> Cameron Deane, Esquire
> Weltman, Weinberg & Reis Co., L.P.A.
> 520 Walnut Street, Suite 1355
> Philadelphia, PA 19106

and attend the hearing on **March 26, 2024 at 10:00 a.m.** at Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, N.J. 08101, Courtroom 4B.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

Date: February 28, 2024                    Weltman, Weinberg & Reis Co., L.P.A.

/s/ Cameron Deane
Cameron Deane, Esquire
Attorney for Movant
520 Walnut Street, Suite 1355
Philadelphia, PA 19106
P: 267-940-1643
F: 215-599-1505
cdeane@weltman.com