| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| WELTMAN, WEINBERG & REIS CO., LPA<br>By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)<br>520 Walnut Street, Suite 1355<br>Philadelphia, PA 19106<br>267-940-1643<br>WWR# 041406922<br>Attorneys for Movant: KeyBank, N.A. | Case No.: 22-19628-ABA |
| IN re:<br><br>Orbit Energy & Power, LLC<br>    Debtor | Chapter: 7<br><br>Judge: Andrew B. Altenburg, Jr. |

**CERTIFICATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, _Eddie McTeer_, do hereby certify:

1. I am a _Senior Specialist_ employed by KeyBank, N.A., and I have complete knowledge of the amount due on the within obligation and Lease, and I am authorized to make this certification.

2. On April 27, 2019, the Debtor executed a Retail Installment Sale Contract (hereinafter "Contract") for the purchase and use of a 2019 Ram 2500 ProMaster bearing VIN # 3C6TRVCG1KE506060 more particularly described in the following paragraph. Pursuant to the Contract, the Debtor became indebted to KeyBank, N.A., in accordance with the terms of same. True and correct copies of the Contract and Title are attached hereto.

3. The following information sets forth the make, model and serial number of the vehicle, the terms of the lease, the average retail and trade in value of the vehicle, and the current status of the Debtor's Lease:

    a. Make, model and serial number of the motor vehicle:

    2019 Ram 2500 ProMaster

    VIN: 3C6TRVCG1KE506060

    b. Original Contract Terms:

        i. Total of payments: $19,018.80

        ii. Term: 60 Months

        iii. Monthly Payment: $316.98

        iv. First payment due: June 11, 2019

    c. Average retail value: $22,650.00

    d. Delinquency Status: Thirteen months in arrears post-petition

    e. Total Balance due: $3,893.22

4. Debtor filed the instant Chapter 7 case on December 6, 2022.

5. Since Debtor's Default of the Contract, Movant has incurred attorney's fees in connection with this Motion.

6. This certification is made in support of the Relief from the Automatic Stay so that the Movant may exercise all its rights under the applicable non-bankruptcy law and move to protect its rights under the Lease.

7. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 2/28/2024

Signature: *Eddie McIlin* (handwritten)

Name & Title: Senior Specialist, KeyBank N.A.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|
| WELTMAN, WEINBERG & REIS CO., LPA<br>By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)<br>520 Walnut Street, Suite 1355<br>Philadelphia, PA 19106<br>267-940-1643<br>WWR# 041406922<br>Attorneys for Movant: KeyBank, N.A. |

| IN re:<br><br>Orbit Energy & Power, LLC<br>            Debtor | Case No.: 22-19628-ABA<br>Chapter: 7<br>Hearing Date: March 26, 2024<br>Judge: Andrew B. Altenburg, Jr. |
|---|---|

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### (VEHICLE LOAN/LEASE)

_Eddie McGraw_, employed as _Senior Specialist_ by **KeyBank, N.A.**, hereby certifies the following:

Vehicle lender/lessor: KeyBank, N.A.

Vehicle description:   2019 Ram 2500 ProMaster bearing VIN # 3C6TRVCG1KE506060

POST-PETITION PAYMENTS (Petition filed on December 6, 2022)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. $316.98 | 1/11/2023 | n/a | 0.00 | n/a | n/a |
| 2. $316.98 | 2/11/2023 | n/a | 0.00 | n/a | n/a |
| 3. $316.98 | 3/11/2023 | n/a | 0.00 | n/a | n/a |
| 4. $316.98 | 4/11/2023 | n/a | 0.00 | n/a | n/a |
| 5. $316.98 | 5/11/2023 | n/a | 0.00 | n/a | n/a |
| 6. $316.98 | 6/11/2023 | n/a | 0.00 | n/a | n/a |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 7. $316.98 | 7/11/2023 | n/a | 0.00 | n/a | n/a |
| 8. $316.98 | 8/11/2023 | n/a | 0.00 | n/a | n/a |
| 9. $316.98 | 9/11/2023 | n/a | 0.00 | n/a | n/a |
| 10. $316.98 | 10/11/2023 | n/a | 0.00 | n/a | n/a |
| 11. $316.98 | 11/11/2023 | n/a | 0.00 | n/a | n/a |
| 12. $316.98 | 12/11/2023 | n/a | 0.00 | n/a | n/a |
| 13. $89.46 | 01/11/2024 | n/a | 0.00 | n/a | n/a |
| TOTAL: $3,893.22 | | | | | |

[Continue on attached sheets if necessary.]

Monthly payments past due at $316.98 per month from 01/11/2023 to 01/11/2024: $3,893.22

Plus miscellaneous amounts due:

| | |
|---|---|
| Late Charges | $ |
| Repossession Fees | $ |
| Extension Fees | $ |
| Other: | $   (Specify: [_____]) |
| TOTAL | $0.00 |

**TOTAL POST-PETITION PAST DUE: $3,893.22**

---

Pre-petition arrears: n/a to n/a

(XX mos. X $[monthly pymt]/mo. = $0.00

I certify under penalty of perjury that the above is true.

Date: 2/28/24

Signature: Eddie McYean