UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 041406922**
Attorneys for Movant: KeyBank, N.A.

| | |
|---|---|
| IN re:<br><br>Orbit Energy & Power, LLC<br>     Debtor | Case No.: 22-19628-ABA<br>Chapter: 7<br>Judge: Andrew B. Altenburg, Jr. |

## **STATEMENT UNDER D.N.J. LBR 9013-2 WHY NO MEMORANDUM IS NECESSARY**

The accompanying Motion relies on facts of record and/or presents no novel issues of law and, therefore, the undersigned respectfully contends that no Brief is necessary.

Date: February 28, 2024                          Weltman, Weinberg & Reis Co., L.P.A.

                                                      /s/ Cameron Deane
                                                      Cameron Deane, Esquire
                                                      Attorney for Movant
                                                      520 Walnut Street, Suite 1355
                                                      Philadelphia, PA 19106
                                                      P: 267-940-1643
                                                      F: 215-599-1505
                                                      cdeane@weltman.com