UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty.**
**I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 041406922**
Attorneys for Movant: KeyBank, N.A.

IN re:

Orbit Energy & Power, LLC
     Debtor

Case No.: 22-19628-ABA
Chapter: 7
Judge: Andrew B. Altenburg, Jr.

## CERTIFICATION OF SERVICE

1. I, Cameron Deane, Esquire:

    ☒ Represent the **Movant** in the above-captioned matter.

    ❏ Am the secretary/paralegal for _____ who represents the Movant in the above captioned matter.

    ❏ Am the **Movant** in the above case and am representing myself.

2. On February 28, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief from Automatic Stay
    - Certifications in Support of Motion for Relief from Automatic Stay
    - Exhibits attached to Motion for Relief from Automatic Stay
    - Proposed Order
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 28, 2024

                                                                 */s/* Cameron Deane
                                                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Orbit Energy & Power, LLC<br>570 Mantua Blvd.<br>Sewell, NJ 08080 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Albert Anthony Ciardi, III<br>Nicole M. Nigrelli<br>Daniel S. Siedman<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com<br>dsiedman@ciardilaw.com | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Andrew Finberg, Esquire<br>525 Route 73 South,<br>Suite 200<br>Marlton, NJ 08053 | Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.