February 25, 2024

**RE: Orbit Energy & Power LLC Chapter 7 case; Bankr. No. 22-19628 (ABA)**

To the bankruptcy court clerk handling this case:

My name is Janice Pescatore and I am requesting that my name be removed from the mailing matrix in the Orbit Chapter 7 case. My husband, Frank Pescatore's company was Renewable Energy and he did consulting business with Orbit. He has passed away, and I have resolved Renewable Energy's debt with the attorney representing.

There is no further need for me to see any information about the case, and would appreciate being taken off this list.

Thank you in advance for your help with this.

*[signature]*

Janice Pescatore
732-513-7311

FILED
JEANNE A. [illegible], CLERK
FEB 29 2024
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

S. Hadine
73 Jill Pines Rd.
Neptune, NJ 07753

RE: Rockin' Energy & Power

US Bankruptcy Court
District of New Jersey
P.O. Box 2067
Camden, NJ 08101

TRENTON NJ 085
27 FEB 2024 PM 3 L

08101-206757

