*ANDREW SKLAR, ESQUIRE*
*SKLAR LAW, LLC*
*20 Brace Road, Suite 205*
*Cherry Hill, NJ 08034*
*(856) 258-4050*
*Attorney for Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of: | : IN PROCEEDING UNDER CHAPTER 7 |
| | : OF THE BANKRUPTCY CODE |
| Orbit Energy & Power LLC | : |
| | : CASE NO.   22-19628/ABA |
| | : |
| | : |
| Debtor | |

**APPLICATION FOR FIRST ALLOWANCE TO ATTORNEY FOR
CHAPTER 7 TRUSTEE FOR FEES AND EXPENSES
FROM 8/31/23 TO 3/2/24**

TO:    *THE HONORABLE Andrew B. Altenburg Jr., J.U.S.B.C.*
       *United States Bankruptcy Court*
       *U.S. Post Office & Courthouse Building*
       *P.O. Box 2067*
       *Camden, New Jersey 08101-2067*

The Application of Andrew Sklar, Attorney for Chapter 7 Trustee for the above-referenced debtor, respectfully shows unto this Honorable Court and alleges:

1. That the firm of SKLAR LAW, LLC. was appointed as counsel to the Chapter 7 Trustee by order dated September 8, 2023.  See docket #331.

2. That as such Attorney for Chapter 7 Trustee, services were rendered in this case as it appears from Schedule "A" attached to the Certification of Andrew Sklar, Attorney for Chapter 7 Trustee, filed herewith.

3. That as such Attorney for Chapter 7 Trustee, out-of-pocket expenses were incurred in accordance with the summary attached to the Affidavit of Andrew Sklar, Attorney for Chapter 7 Trustee, filed herewith.

4. Applicant seeks allowance of attorneys' fees and expenses from 8/31/23 to 3/2/24, which are broken down as follows:

| | |
|---|---|
| Chapter 7 Attorney for Trustee Fees | $14,676.00 |
| Chapter 7 Attorney for Trustee Expenses | $     101.32 |
| TOTAL: | $14,777.32 |

**WHEREFORE**, your Applicant prays that it be allowed the sum of $14,676.00 for Attorneys' fees and reimbursement for out-of-pocket expenses in the amount of $101.32.

By:   /s/ Andrew Sklar
Andrew Sklar
Attorney for Chapter 7 Trustee

Dated:   March 4, 2024