*ANDREW SKLAR, ESQUIRE*
*SKLAR LAW, LLC*
*20 Brace Road, Suite 205*
*Cherry Hill, NJ 08034*
*(856) 258-4050*
*Attorney for Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of: | : IN PROCEEDING UNDER CHAPTER 7 |
| | : OF THE BANKRUPTCY CODE |
| Orbit Energy & Power LLC | : |
| | : CASE NO.   22-19628/ABA |
| | : |
| Debtor | : |

### CERTIFICATION  IN SUPPORT OF FIRST FEE APPLICATION

ANDREW SKLAR, ESQUIRE, of full age, hereby certifies:

1. I am the duly appointed counsel for the Chapter 7 Trustee, Andrew Sklar, for the above-referenced Debtor(s).

2. Substantial time has been expended in this proceeding on behalf of the Chapter 7 Trustee for the Debtor incorporated herein on the attached description of services rendered by the firm which reflects a total of  hours in time expended to date.  See a copy of invoice for services rendered attached hereto as **"Schedule A".**

3. The time expended from 8/31/23 to 3/2/24  is broken down as follows:

Time by Andrew Sklar
00.60 hours at $375.00 per hour                                   $     225.00
26.50 hours at $395.00 per hour                                   $10,466.00
09.10 hours at $400.00 per hour                                   $ 3,640.00

Time by Dolores Murphy, Paralegal
2.30 hours at $150.00                                                      $     345.00

4. Out-of-pocket expenses as set forth on **"Schedule A"** which reflects a total of $131.32.

5. Services rendered by counsel to the Chapter 7 Trustee included the following, which are itemized as well on the attached billing statements:

a) Preparation of all applications and related pleadings to have professionals appointed.

b) Preparation of and file multiple avoidance complaints.

c) Telephone calls and correspondence with various counsel in adversary proceedings.

d) Provide general legal counsel and advice to Trustee.

It is respectfully submitted that the above-referenced services were necessary and of benefit to the estate, and that the compensation sought is reasonable, therefore, the undersigned attorney is entitled to the compensation for which approval is sought herein.

I certify that the foregoing statements are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: March 4, 2024

By: /s/ Andrew Sklar
ANDREW SKLAR
Attorney for Chapter 7 Trustee