UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
856-258-4050
andy@sklarlaw.com
Attorney for Chapter 7 Trustee

In Re:
Orbit Energy & Power LLC

                      Debtors

Case No.:  22-19628-ABA

Chapter 7

Hearing Date:

Judge: Andrew B. Altenburg Jr.

## *ORDER GRANTING ALLOWANCES*

The relief set forth on the following page is hereby **ORDERED**.

PAGE 2

Debtor:        Orbit Energy & Power LLC

Case No.:      22-19628-ABA

Caption of Order:      *ORDER GRANTING ALLOWANCES*

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Sklar Law, LLC<br>Attorneys for Chapter 7 Trustee | $14,676.00 | $101.32 |