**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**

Debtor: Orbit Energy & Power LLC          Applicant: Sklar Law, LLC

Case No.: 22-19628/ABA                    Client: Chapter 7 Trustee

Chapter: 7                                 Case Filed: 12/06/2022

**SECTION 1**
**FEE SUMMARY**

☒ Interim Fee Application No. 1   or   ☐ Final Fee Application

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 0.00 | $ 0.00 |
| Total Fees Allowed To Date: | $ 0.00 | $ 0.00 |
| Total Retainer (If Applicable) | $ | $ |
| Total Holdback (If Applicable) | $ | $ |
| Total Received By Applicant | $ 0.00 | $ 0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Andrew Sklar | 1992 | 0.60 | 375.00 | 225.00 |
| 2. Andrew Sklar | 1992 | 26.50 | 395.00 | 10,466.00 |
| 3. Andrew Sklar | 1992 | 9.10 | 400.00 | 3,640.00 |
| 4. Dolores Murphy, Paralegal | | 2.30 | 150.00 | 345.00 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

Fee Totals: 14,676.00

Disbursements Totals: 101.32

Total Fee Application 14,777.32

**SECTION II**
**SUMMARY OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** <br><br> Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition** <br><br> Sales, leases, abandonment and related transaction work. | | |
| c) **Avoidance Action Litigation** <br><br> Preference and fraudulent transfer litigation. | 34.60 | 13,706.00 |
| d) **Business Operations** <br><br> Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** <br><br> Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 2.30 | 345.00 |
| f) **Claims Administration and Objections** <br><br> Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions** <br><br> Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** <br><br> Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 1.60 | 625.00 |
| i) **Fee/Employment Objections** <br><br> Review of an objections to the employment and fee applications of others. | | |
| j) **Financing** <br><br> Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation** <br><br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) **Meetings of Creditors** <br><br> Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) **Plan and Disclosure Statement** <br><br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) **Travel Time** | | |
| **SERVICE TOTALS:** | 38.50 | 14,676.00 |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax**<br>Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | 55.00 |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | 46.32 |
| m) **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | 101.32 |

I certify under penalty of perjury that the above is true.


Date: 3/4/2023 _____                    /s/ Andrew Sklar _____
                                                        Signature

*rev. 10/1/15*