| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Andrew Sklar, Esquire (AS3105) <br> SKLAR LAW, LLC <br> 20 Brace Road, Suite 205 <br> Cherry Hill, NJ 08034 <br> (856) 258-4050 <br> Attorney for Chapter 7 Trustee | Case No.: 22-19628-ABA <br><br> Chapter: 7 |
| In Re: <br><br> Orbit Energy & Power LLC | Adv. No.: <br><br> Hearing Date: <br><br> Judge: Andrew B Altenburg |

## CERTIFICATION OF SERVICE

1. I, <u>DOLORES E MURPHY</u>:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for <u>Andrew Sklar</u>, who represents <u>Chapter 7 Trustee</u> in this matter

    ☐ am the _____ in this case and am representing myself.

2. On <u>     March 5, 2024     </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Application for First Allowance to Attorney for Chapter 7 Trustee for Fees and Expenses, Certification in support, proposed Order and Fee Application Cover Sheet

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  3/5/24                                          /s/ Dolores E. Murphy
                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Anthony Ciardi III<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Atty for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OFFICE OF US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ  07102 | USTO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Appearances via ECF | Appearance Filed | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |