UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
By: Cameron Deane, Esq. (Atty.
I.D.# 36334-2021)
**170 S. Independence Mall West, Suite 874W**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 041245550**
Attorneys for Movant: KeyBank, N.A.

| | |
|---|---|
| IN re:<br><br>Orbit Energy & Power, LLC<br>      Debtor | Case No.: 22-19628-ABA<br>Chapter: 7<br>Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF SALE OF COLLATERAL

Secured creditor, KeyBank, N.A., by and through counsel, pursuant to the Consent Order entered on November 15, 2023, states the collateral that is the subject of the Consent Order, namely a 2018 Ram Promaster bearing VIN # ZFBERFBB3J6L86508, was sold on or about March 8, 2024 at a sale price of $14,300.00. The proceeds of the sale are applied as follows:

1.     Sale Price:     $14,300.00

2.     Payoff to KeyBank, N.A. for secured lien:     $5,541.74

3.     Disposition Expenses
       a.     Retaking:     $400.00
       b.     Preparing for sale/processing:     $637.00
       c.     Sale     $95.00
       d.     Total expenses     $1,132.00

4.     Total Costs/Liens     $6,637.74

5.     (Deficiency)/Surplus     $7,626.26

After payment to KeyBank, N.A. to satisfy their secured lien on collateral, as well as all reasonable costs and fees associated with repossession, storage of, and disposition of the vehicle, excess funds in the amount of $7,626.26 have been submitted to the Chapter 7 Trustee consistent with the terms of the November 15, 2023 Consent Order.

| | |
|---|---|
| /s/ Cameron Deane | Date: March 29, 2024 |

Cameron Dean, Esq.
Weltman, Weinberg & Reis Co., LPA
Counsel for KeyBank, N.A.
520 Walnut Street, Suite 1355
Philadelphia, PA 19106
P: 267-940-1643
F: 215-599-1505
cdeane@weltman.com