| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in compliance with D.N.J. 9004-1(b)<br><br>E. Richard Dressel, Esquire (ED1893)<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>856-382-8211<br>rdressel@lexnovalaw.com<br>Attorneys for Andrew Sklar,<br>    Chapter 7 Trustee | Order Filed on April 3, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Orbit Energy & Power, LLC,<br><br>                    Debtor. | Case No.: 22-19628(ABA)<br><br>Chapter 7<br><br>Judge Andrew B. Altenburg, Jr.<br><br>Hearing Date: 3/26/24 @ 10:00 a.m. |

## CONSENT ORDER ON MOTION OF KEY BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY AS TO 2019 RAM 2500 PROMASTER

The relief set forth on the follow pages numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: April 3, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#720626 v1

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628(ABA) |
| Caption: | Consent Order on Motion of Key Bank, N.A. for Relief from the Automatic Stay as to 2019 RAM 2500 Promaster. |

Key Bank, N.A. ("Key Bank"), which is the current holder of Retail Installment Sale Contract and Security Agreement secured by the Debtor's 2019 Ram 2500 Promaster, VIN #3C6TRVCG1KE506060 (the "Vehicle") and Andrew Sklar, the Chapter 7 Trustee, by and through their undersigned counsel, have agreed to the following resolution of the Motion for Relief from the Automatic Stay with respect to the Vehicle;

1. The Trustee shall be entitled to liquidate the Vehicle for the benefit of the bankruptcy estate. Specifically, the Trustee shall include the Vehicle in the Vehicle Auction approved by Order of this Court dated March 19, 2024. At the time the Vehicle is liquidated, the Trustee will pay Key Bank the then outstanding balance owed ($3,893.22 – charged off; no per diem) on the Vehicle and retain the equity in the Vehicle, after payment of the balance owed to Key Bank and the cost of sale of the Vehicle, for the benefit of the bankruptcy estate;

2. The automatic stay is hereby terminated as to the Vehicle. Key Bank hereby agrees to refrain from executing upon this Order until the earlier of April 30, 2024 or the date of the sale of the vehicle so that the Trustee may proceed with the sale of the Vehicle as set forth hereinabove. If the proposed sale price of the Vehicle is less than the payoff figure for the Vehicle, the sale of the Vehicle shall not be completed and Key Bank shall be entitled to assert its State Court remedies as to the Vehicle without further Order of the Court;

3. In the event the Trustee is unable to locate the Vehicle in sufficient time to include the Vehicle in the Vehicle Auction, Key Bank shall be entitled to assert its State Court remedies as to the Vehicle without further Order of the Court; and

#720626 v1

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628(ABA) |
| Caption: | Consent Order on Motion of Key Bank, N.A. for Relief from the Automatic Stay as to 2019 RAM 2500 Promaster. |

4. The Movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the Santander Motion for Order Modifying Automatic Stay with respect to the Vehicle.

**We hereby consent to the form and entry of the foregoing Order.**

| | |
|---|---|
| Lex Nova Law LLC | Weltman, Weinberg & Reis Co, LPA |
| /s/ E. Richard Dressel 03/28/2024 | /s/  03/28/2024 |
| E. Richard Dressel, Esquire | Cameron Deane, Esquire |
| 10 E. Stow Road, Suite 250 | 520 Walnut Street, Suite 1355 |
| Marlton, NJ 08053 | Philadelphia, PA 19106 |
| rdressel@lexnovalaw.com | cdeane@weltman.com |
| 856-382-8211 | 267-940-1643 |
| Attorneys for Trustee, Andrew Sklar | Attorneys for Key Bank, N.A. |

#720626 v1