LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Formed in the State of PA
Regina Cohen
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**ATTORNEY FOR MOVANT: ALLY CAPITAL**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
*CAMDEN DIVISION***

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-19628-ABA |
| | § | |
| ORBIT ENERGY & POWER, LLC, Debtor | § | CHAPTER 7 |
| | § | |
| | § | Hearing date: May 14, 2024@10:00 A.M. |
| | § | |
| | § | **NOTICE OF MOTION TO VACATE** |
| | § | **AUTOMATIC STAY** |

TO:

Albert Anthony Ciardi, III
1905 Spruce Street
Philadelphia, PA 19103

Orbit Energy & Power, LLC
570 Mantua Blvd.
Sewell, NJ 08080

Andrew Sklar
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
andy@sklarlaw.com

U.S. TRUSTEE
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov

PLEASE TAKE NOTICE that on **Tuesday, May 14, 2024 at 10:00 A.M.**, or as soon as the matter may be heard, the undersigned, attorneys for Secured Creditor **Ally Capital** its assignees and/or successors in interest, will move before the Honorable Andrew B. Altenburg Jr. of the United States Bankruptcy Court, 400 Cooper Street, 4th Floor, Camden, N.J. 08101 for the entry of an *Order Vacating the Automatic Stay* with respect to Debtor's 2020 Jeep Gladiator Crew Cab Rubicon 4WD 3.6L V6, V.I.N. 1C6JJTBG5LL106371, and allowing Ally Capital to continue or institute a repossession action, by reason of the Debtor's failure to make regular monthly payments to Ally Capital.

                                                               Respectfully Submitted,

                                                               Lavin, Cedrone, Graver, Boyd & DiSipio
Dated : April 17, 2024                                     Attorney for Movant

                                                               <u>*/s/ Regina Cohen*</u>
                                                               **Regina Cohen**