# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 1C6JJ | TBG5L | L1063 71 | 2020 | JEE | GLA | PKUP |

| TYPE OF TITLE | DUPLICATE NO. | GVW/WC/LGTH. | COLOR/MTL/HP | DEALER I.D. | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | | RD | | | |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 85.00 | 11-02-2019 | | 5 | A |

- F-FLOOD
- S-SALVAGE
- P-POLICE
- T-TAXI
- L-LEMON LAW
- A-ACTUAL MILEAGE
- N NOT THE ACTUAL MILEAGE
- M MILEAGE EXCEEDS THE MECHANICAL LIMITS

OWNER(S)

ORBIT ENERGY & POWER LLC
106 E MANTUA AVE
WENONAH          NJ 08090

NUMBER OF OWNERS: 1
NUMBER OF LIENHOLDERS: 1

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION OF THE STATE OF NEW JERSEY DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE HAS BEEN RECORDED AND FILED WITH ME AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER

## State of New Jersey
MOTOR VEHICLE COMMISSION

SECOND LIENHOLDER
DATE

FIRST LIENHOLDER
DATE: 11-02-2019
ALLY FINANCIAL INC
PO BOX 8140
COCKEYSVILLE    MD 21030

SECOND RELEASE
LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

FIRST RELEASE
LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

**ALTERATION OR ERASURE VOIDS THIS TITLE.     KEEP IN SAFE PLACE**

**VOID IF ALTERED**


Exhibit B