# N.A.D.A. Official Used Car Guide
# Vehicle Valuation

Print Date: April 09, 2024

Vehicle Description:   2020 Jeep Gladiator Crew Cab Rubicon 4WD 3.6L V6
VIN:   1C6JJTBG5LL106371

**Base Values**

| | |
|---|---|
| Retail: $ 38525.00 | Wholesale/Trade-in: $ 35325.00 |

**Optional Equipment/Adjustments**

| | |
|---|---|
| Estimated Miles: 57500 | $ 0.00 |

**Total Adjusted N.A.D.A. Used Car Guide Values**

| | |
|---|---|
| Retail: $ 38525.00 | Retail/Wholesale Average: $ 36925.00 |

Reference 04/2024 Eastern

Exhibit C