Payment History

| Date | Description | Payment due | Payment made | Balance |
|---|---|---:|---:|---:|
| 10/25/2019 | Cash down Payment_F | 10000.00 | 0.00 | 10000.00 |
| 10/25/2019 | Receipt - paid via dealer | 0.00 | 10000.00 | .00 |
| 12/7/2019 | Repayment | 991.33 | 0.00 | 991.33 |
| 12/10/2019 | Conversion adjustment | 0.00 | .03 | 991.30 |
| 12/10/2019 | Receipt - payment processing center | 0.00 | 991.33 | -.03 |
| 12/10/2019 | Transfer | 0.00 | -.03 | .00 |
| 12/10/2019 | Transfer of balance overpayment | .03 | .03 | .00 |
| 1/6/2020 | Receipt - payment processing center | 0.00 | 991.33 | -991.33 |
| 1/7/2020 | Repayment | 991.33 | 0.00 | .00 |
| 2/4/2020 | Receipt - payment processing center | 0.00 | 991.33 | -991.33 |
| 2/7/2020 | Repayment | 991.33 | 0.00 | .00 |
| 3/2/2020 | Receipt - payment processing center | 0.00 | 991.33 | -991.33 |
| 3/7/2020 | Repayment | 991.33 | 0.00 | .00 |
| 4/7/2020 | Repayment | 991.33 | 0.00 | 991.33 |
| 4/13/2020 | Receipt - payment processing center | 0.00 | 991.33 | .00 |
| 5/4/2020 | Receipt - payment processing center | 0.00 | 991.33 | -991.33 |
| 5/7/2020 | Repayment | 991.33 | 0.00 | .00 |
| 5/31/2020 | Receipt - payment processing center | 0.00 | 991.33 | -991.33 |
| 6/7/2020 | Repayment | 991.33 | 0.00 | .00 |
| 7/2/2020 | Receipt - payment processing center | 0.00 | 991.33 | -991.33 |
| 7/7/2020 | Repayment | 991.33 | 0.00 | .00 |
| 7/11/2020 | Transfer | 0.00 | 991.33 | -991.33 |
| 8/3/2020 | Transfer | 0.00 | 991.33 | -1982.66 |
| 8/7/2020 | Repayment | 991.33 | 0.00 | -991.33 |
| 9/2/2020 | Transfer | 0.00 | 991.33 | -1982.66 |
| 9/7/2020 | Repayment | 991.33 | 0.00 | -991.33 |
| 10/7/2020 | Repayment | 991.33 | 0.00 | .00 |
| 10/7/2020 | Transfer | 0.00 | 991.33 | -991.33 |
| 11/2/2020 | Transfer | 0.00 | 991.33 | -1982.66 |
| 11/7/2020 | Repayment | 991.33 | 0.00 | -991.33 |
| 12/7/2020 | Repayment | 991.33 | 0.00 | .00 |
| 12/18/2020 | Receipt - payment processing center | 0.00 | 991.33 | -991.33 |
| 1/6/2021 | Transfer | 0.00 | 991.33 | -1982.66 |
| 1/7/2021 | Repayment | 991.33 | 0.00 | -991.33 |
| 2/7/2021 | Repayment | 991.33 | 0.00 | .00 |
| 2/25/2021 | Receipt - payment processing center | 0.00 | 991.33 | -991.33 |
| 3/7/2021 | Repayment | 991.33 | 0.00 | .00 |
| 4/7/2021 | Repayment | 991.33 | 0.00 | 991.33 |
| 4/7/2021 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 5/7/2021 | Repayment | 991.33 | 0.00 | 991.33 |
| 5/7/2021 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 6/7/2021 | Repayment | 991.33 | 0.00 | 991.33 |
| 6/7/2021 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 7/7/2021 | Repayment | 991.33 | 0.00 | 991.33 |
| 7/7/2021 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 8/7/2021 | Repayment | 991.33 | 0.00 | 991.33 |
| 8/7/2021 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 9/7/2021 | Repayment | 991.33 | 0.00 | 991.33 |
| 9/7/2021 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 10/7/2021 | Repayment | 991.33 | 0.00 | 991.33 |
| 10/7/2021 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 11/7/2021 | Repayment | 991.33 | 0.00 | 991.33 |
| 11/7/2021 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 12/7/2021 | Repayment | 991.33 | 0.00 | 991.33 |

Exhibit D

| Date | Description | | | |
|---|---|---|---|---|
| 12/7/2021 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 1/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 1/7/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 2/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 2/7/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 3/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 3/8/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 4/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 4/8/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 5/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 5/13/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 6/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 6/7/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 7/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 7/7/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 8/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 8/7/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 9/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 9/12/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 10/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 10/7/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 11/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 11/8/2022 | Receipt - AAOS one time pay | 0.00 | 991.33 | .00 |
| 12/7/2022 | Repayment | 991.33 | 0.00 | 991.33 |
| 1/7/2023 | Repayment | 991.33 | 0.00 | 1982.66 |
| 2/7/2023 | Repayment | 991.33 | 0.00 | 2973.99 |
| 3/7/2023 | Repayment | 991.33 | 0.00 | 3965.32 |
| 4/7/2023 | Repayment | 991.33 | 0.00 | 4956.65 |
| 5/7/2023 | Repayment | 991.33 | 0.00 | 5947.98 |
| 6/7/2023 | Repayment | 991.33 | 0.00 | 6939.31 |
| 7/7/2023 | Repayment | 991.33 | 0.00 | 7930.64 |
| 8/7/2023 | Repayment | 991.33 | 0.00 | 8921.97 |
| 9/7/2023 | Repayment | 991.33 | 0.00 | 9913.30 |
| 10/7/2023 | Repayment | 991.33 | 0.00 | 10904.63 |
| 11/7/2023 | Repayment | 991.33 | 0.00 | 11895.96 |
| 12/7/2023 | Repayment | 991.33 | 0.00 | 12887.29 |
| 1/7/2024 | Repayment | 991.33 | 0.00 | 13878.62 |
| 2/7/2024 | Repayment | 991.33 | 0.00 | 14869.95 |
| 3/7/2024 | Repayment | 991.33 | 0.00 | 15861.28 |
| 4/7/2024 | Repayment | 991.33 | 0.00 | 16852.61 |

Exhibit D