UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Regina Cohen State Bar #017911989
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

In Re:
Orbit Energy & Power, LLC Debtor

| | |
|---|---|
| Case No.: | 22-19628-ABA |
| Hearing Date: | 05/14/2024 |
| Judge: | Andrew B. Altenburg Jr. |
| Chapter: | 7 |

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

Upon the motion of  Ally Capital                                                                              , under

Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to

institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate

jurisdiction to pursue the movant's rights in the following:

☐  Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or

deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or

purchaser's assignee) may take any legal action for enforcement of its right to possession of the

property.

☒  Personal property more fully described as:
2020 Jeep Gladiator Crew Cab Rubicon 4WD 3.6L V6
V.I.N # 1C6JJTBG5LL106371

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate

with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-

bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further

distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 11/14/2023*