UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. RICHARD DRESSEL, ESQ. (ED1793)
LEX NOVA LAW LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee/Plaintiff

| | |
|---|---|
| In Re: | Case No.: 22-19628 (ABA) |
| ORBIT ENERGY & POWER, LLC, | Chapter: 7 |
| Debtor. | Judge: Andrew B. Altenberg |
| ANDREW SKLAR, CHAPTER 7 TRUSTEE, | Adversary No.: 23-1341 (ABA) |
| Plaintiff, | |
| v. | |
| ECO FASTEN, LLC, | |
| Defendant. | |

**CERTIFICATION OF SERVICE**

1. I, Angela DiDonato:

   ☐ represent the _____ in this matter.

   ☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents Andrew Sklar, Chapter 7 Trustee/Plaintiff in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

#723291 v1

2. On April 18, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   a) Notice of Motion to Approve Settlement Agreement Between Andrew Sklar, As Chapter 7 Trustee of Orbit Energy & Power, LLC and ERCO Fasten, LLC;
   b) Proposed Order Approving Settlement Agreement.
   c) Certification of Andrew Sklar in Support of Motion (including Exhibit A);
   d) Memorandum of Law in Support of Motion; and
   e) This Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 18, 2024                                    /s/ Angela DiDonato
                                                           Signature

#723291 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Darren A. Pascarella, Esquire<br>400 RXR Plaza<br>Uniondale, NY 11556 | Attorney for ECO Fasten, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi, III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All parties who filed an appearance | Appearance Filed | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Collins, Esquire<br>400 RXR Plaza<br>Uniondale, NY 11556 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#723291 v1