# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE:  ORBIT ENERGY & POWER, LLC          APPLICANT:  Lex Nova Law, LLC

CASE NO.: 22-19628(ABA)                    CLIENT:     ANDREW SKLAR,
                                                       CHAPTER 7 TRUSTEE

CHAPTER: 7                                 CASE FILED: December 6, 2022 (Chapter 11);
                                           Converted to Chapter 7 on February 27, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.

RETENTION ORDER(S) ATTACHED

---

## SECTION 1
## FEE SUMMARY

---

INTERIM FEE APPLICATION NO. 2

|                                        | FEES        | EXPENSES    |
|----------------------------------------|-------------|-------------|
| TOTAL PREVIOUS FEE REQUESTED:          | $95,602.50  | $2,993.00   |
| TOTAL FEES ALLOWED TO DATE:            | $95,602.50  | $2,993.00   |
| TOTAL RETAINER (IF APPLICABLE):        | $0.00       | $0.00       |
| TOTAL HOLDBACK (IF APPLICABLE):        | N/A         | N/A         |
| TOTAL RECEIVED BY APPLICANT:           | $95,602.50  | $2,993.00   |

| Name of Professional & Title | Years Admitted (or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  E. Richard Dressel, Esquire | 1988 | 100.75 | $525/hr. | $52,893.75 |
| 2.  Chimuanya Osuoha, Esquire | 2022 | 4.45 | $415/hr. | 1,888.25 |
| **TOTALS** | | 105.20 | | $54,782.00 |

**FEE TOTALS**                                                    $  54,782.00
**DISBURSEMENT TOTALS**                                           $   1,402.00
**TOTAL FEE APPLICATION**                                         $  56,184.00

Page **1** of **4**

#713153 v2

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) Asset Analysis Recovery | 0.00 | $0.00 |
| b) Asset Disposition | 13.25 | $6,956.25 |
| c) Avoidance Action Litigation | 55.45 | $28,663.25 |
| d) Business Operations | 0.00 | $0.00 |
| e) Case Administration | 14.75 | $7,743.75 |
| f) Claims Administration and Objections | 0.00 | $0.00 |
| g) Employee Benefits/Pensions | 0.00 | $0.00 |
| h) Fee/Employment Applications | 7.50 | $3,937.50 |
| i) Fee/Employment Objections | 0.00 | $0.00 |
| j) Financing | 0.00 | $0.00 |
| k) Litigation (Other than Avoidance Action Litigation) | 0.00 | 0.00 |
| l) Meetings of Creditors | 0.00 | $0.00 |
| m) Plan and Disclosure Statement | 0.00 | $0.00 |
| n) Relief from Stay Proceedings | 14.25 | $7,481.25 |
| o) Accounting/Auditing | 0.00 | $0.00 |
| p) Business Analysis | 0.00 | $0.00 |
| q) Corporate Finance | 0.00 | $0.00 |
| r) Data Analysis | 0.00 | $0.00 |
| s) Litigation Consulting | 0.00 | $0.00 |
| t) Reconstruction Accounting | 0.00 | $0.00 |
| u) Tax Issues | 0.00 | $0.00 |
| v) Valuation | 0.00 | $0.00 |
| w) Travel Time | 0.00 | $0.00 |
| **SERVICES TOTAL**: | 105.20 | $ 5,782.00 |

#713153 v2

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a)  Computer Assisted Legal Research | $0.00 |
| b)  Facsimile (with rates)<br>     No. of pages:  N/A ; Rate per page N/A (Max. $1.00.pg.) | $0.00 |
| c)  Long Distance Telephone | $0.00 |
| d)  In-House Reproduction<br>     No. of pages:   ; Rate per page  $0.15 (Max. $.20.pg.) | $0.00 |
| e)  Outside Reproduction | $0.00 |
| f)  Outside Research | $0.00 |
| g)  Filing/Court Fees | $1,400.00 |
| h)  Court Reporting | $0.00 |
| i) | $0.00 |
| j)  Courier & Express Carriers (e.g. Federal Express) | $0.00 |
| k)  Postage | $0.00 |
| l)  Other: | $0.00 |
| m) Other:  Address Search | $2.00 |
| **DISBURSEMENT TOTAL:** | $1,402.00 |

#713153 v2

## SECTION IV
## CASE HISTORY

**(1)**     **DATE CASE FILED:**

Chapter 11 case filed on December 6, 2022;
Converted to Chapter 7 case on February 27, 2023.

**(2)**     **CHAPTER UNDER WHICH CASE COMMENCED:**

Chapter 11

**(3)**     **DATE OF RETENTION:** Finberg: March 15, 2023, effective March 7, 2023, the date the Application was filed. Retention Order annexed to Application as Exhibit "A". Sklar: September 13, 2023, effective September 3, 2023, the date the Application was filed. Retention Order annexed to Application as Exhibit "B".

**If limit on numbers of hours or other limitations to retention, set forth:** N/A

**(4)**     **SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**

Certification with detailed time sheets attached hereto

**(5)**     **ANTICIPATED DISTRIBUTION TO CREDITORS:**

    **(a)**    **Administrative expenses:** 100% (Chapter 7); unknown (Chapter 11)
    **(b)**    **Secured creditors:** To be determined
    **(c)**    **Priority creditors:** To be determined
    **(d)**    **General unsecured creditors:** To be determined

**(6)**     **FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):**     N/A

I certify under penalty of perjury that the foregoing is true and correct.

                                                               /s/ E. Richard Dressel
                                                               E. Richard Dressel Esquire

Dated: April 24, 2024

#713153 v2