

## LEX NOVA LAW
EIZEN / GOLDSTEIN / RODERICK / SKINNER / SPIRGEL / DRESSEL
LIMITED LIABILITY COMPANY

10 East Stow Road, Suite 250  
Marlton, NJ 08053

**INVOICE - Due Upon Receipt**

Invoice # 44692  
Date: 03/24/2024

Andrew Sklar  
Sklar Law, LLC  
20 Brace Road, Suite 205  
Cherry Hill, NJ 08034

## Statement of Account

| Outstanding Balance | New Charges | Amount in Trust | Payments Received | Total Amount Outstanding |
|---|---|---|---|---|
| ( $0.00 | + $56,184.00 ) - ( | $0.00 | + $0.00 ) = | $56,184.00 |

## 01962-Sklar

**Orbit Energy & Power, LLC**

### Services

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 09/03/2023 | ERD | Prepare Application to Retain LNL as Counsel for Substitute Trustee. Correspondence/e-mail to A. Sklar re same. | 0.65 | $525.00 | $341.25 |
| 09/04/2023 | ERD | Prepare transition memo to A. Sklar. | 1.00 | $525.00 | $525.00 |
| 09/04/2023 | ERD | Prepare/complete recovery complaints. | 0.75 | $525.00 | $393.75 |
| 09/04/2023 | ERD | Review R. Snyder analysis re Dvinci/Collusus response to Trustee demand and correspondence/e-mail to J. Shrum re same. | 0.35 | $525.00 | $183.75 |
| 09/05/2023 | ERD | Correspondence/emails from/to A. Unterlack re Assoc. Refrig. settlement parameters. | 0.15 | $525.00 | $78.75 |
| 09/05/2023 | ERD | Correspondence/emails from/to D. Hutchinson re Car Effex settlement. | 0.15 | $525.00 | $78.75 |
| 09/05/2023 | ERD | Telephone call with D. Hutchinson re resolution of Car Effex preference demand | 0.10 | $525.00 | $52.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/2023 | ERD | Review SRS Distribution asserted defenses to preferential transfers recovery demand. | 0.40 | $525.00 | $210.00 |
| 09/06/2023 | ERD | Prepare Motion to Approve Settlements. | 1.00 | $525.00 | $525.00 |
| 09/07/2023 | ERD | Correspondence/e-mail to R. Snyder re documentation from Debtor, Sean Angelini 2004 examination. | 0.10 | $525.00 | $52.50 |
| 09/07/2023 | ERD | Conference with A. Finberg re case, issues, assets, transition of files to A. Sklar. | 2.00 | $525.00 | $1,050.00 |
| 09/07/2023 | ERD | Correspondence/e-mails from/to counsel for Assoc. Refrig. re resolution of recovery demand. | 0.10 | $525.00 | $52.50 |
| 09/11/2023 | ERD | Correspondence/e-mails from/to L. Howard, Preferred Pump, re resolution of preference demand. | 0.10 | $525.00 | $52.50 |
| 09/11/2023 | ERD | Correspondence/e-mails from/to A. Sklar regarding Preferred Pump, Fastenal, Billows, Old Castle and Google adversary proceedings. | 0.10 | $525.00 | $52.50 |
| 09/12/2023 | ERD | Correspondence/e-mails from/to J. Cianciulli and to/rom E. Merback re results of auction sale. | 0.15 | $525.00 | $78.75 |
| 09/12/2023 | ERD | Review re construction industry ordinary course of business and Yurika Foods Corp. v. United Parcel Service defense raised by SRS. | 0.75 | $525.00 | $393.75 |
| 09/12/2023 | ERD | Correspondence/e-mails to/from R. Snyder and A. Sklar and to B. Klein re ordinary course defense to recovery demand raised by SRS | 0.25 | $525.00 | $131.25 |
| 09/12/2023 | ERD | Correspondence/e-mails from/to J. Pescatore re settlement parameters for post-petition payments received for pre-petition services. | 0.10 | $525.00 | $52.50 |
| 09/13/2023 | ERD | Correspondence/e-mails from/to B. Klein re SRS recovery action settlement parameters. | 0.25 | $525.00 | $131.25 |
| 09/13/2023 | ERD | Review/analysis re Yurika, construction industry ordinary course argument against Trustee recovery action asserted by SRS . | 0.50 | $525.00 | $262.50 |
| 09/13/2023 | ERD | Correspondence/e-mails from/to Cohen Seglias re settlement parameters for recovery demand. | 0.35 | $525.00 | $183.75 |
| 09/13/2023 | ERD | Correspondence/e-mails from/to T. North re recovery demand on Broadway re settlement parameters. | 0.25 | $525.00 | $131.25 |
| 09/13/2023 | ERD | Correspondence/e-mails from/to J. Cianciulli re results of auction and correspondence/e-mails to E. Merback, A. Sklar re same. | 0.20 | $525.00 | $105.00 |
| 09/13/2023 | ERD | Receive/review Clear Channel response to recovery demand. Correspondence/e-mail to R. Snyder re same. | 0.25 | $525.00 | $131.25 |
| 09/13/2023 | ERD | Correspondence/e-mail to Cadilus in response to Cadilus' asserted defenses to Trustee recovery demand. | 0.35 | $525.00 | $183.75 |
| 09/14/2023 | ERD | Telephone callswith B. Klein re SRS settlement. | 0.40 | $525.00 | $210.00 |
| 09/14/2023 | ERD | Correspondence/e-mails from/to B. Klein and A. Sklar, B. Snyder re same. | 0.15 | $525.00 | $78.75 |
| 09/14/2023 | ERD | Telephone call with W. Buchanan re Trustee recovery demand, new value defense. | 0.25 | $525.00 | $131.25 |
| 09/14/2023 | ERD | Review/analysis re Clear Channel, Cohen Seglias, Divinci, Broadway and Fastenal response/claimed defenses to recovery | 1.50 | $525.00 | $787.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/14/2023 | ERD | Memo to A. Sklar re landlord, adversary proceedings and vehicle issues. responses/claimed defenses to recovery demands. | 0.75 | $525.00 | $393.75 |
| 09/15/2023 | ERD | Correspondence/e-mails from/to R. Snyder, A. Sklar and W. Buchanan re recovery demand as to Cohen Seglias, new value defense, invoices, etc. | 0.15 | $525.00 | $78.75 |
| 09/15/2023 | ERD | Telephone call from T. North regarding Broadway recovery demand, settlement counter-offer. | 0.15 | $525.00 | $78.75 |
| 09/15/2023 | ERD | Telephone call to B. Klein regarding proposed $50,000 settlement with SRS. | 0.10 | $525.00 | $52.50 |
| 09/15/2023 | ERD | Correspondence/e-mails to/from B. Klein re confirmation of $50,000 settlement with SRS. | 0.10 | $525.00 | $52.50 |
| 09/15/2023 | ERD | Correspondence/e-mails from/to E. Horn re 570 Mantua - removal of items from premises, landlord access to property at end of the day (last day for pick-up of items purchased at auction). | 0.25 | $525.00 | $131.25 |
| 09/15/2023 | ERD | Telephone call with E. Merback re results of auction, access to 570 Mantua, results of auction. | 0.20 | $525.00 | $105.00 |
| 09/15/2023 | ERD | Telephone call with A. Sklar re results of auction, vacating of 570 Mantua, results of auction and other case issues. | 0.25 | $525.00 | $131.25 |
| 09/15/2023 | ERD | Telephone call with A. Sklar re results of auction, vacating of 570 Mantua, results of auction and other case issues. | 0.25 | $525.00 | $131.25 |
| 09/15/2023 | ERD | Telephone calls with T. North, A. Sklar re Broadway re settlement. | 0.20 | $525.00 | $105.00 |
| 09/15/2023 | ERD | Telephone call with A. Finberg, prior Trustee, regarding Debtor vehicles, auction sale and work stations. | 0.20 | $525.00 | $105.00 |
| 09/15/2023 | ERD | Review Clear Channel asserted defenses to preference/recovery demand and response to counsel for Clear Channel re same. | 0.40 | $525.00 | $210.00 |
| 09/15/2023 | ERD | Correspondence/e-mail to J. Milek re Fastenal settlement parameters, filing of complaint if Trustee's offer no acceptable | 0.10 | $525.00 | $52.50 |
| 09/15/2023 | ERD | Prepare Preference Complaints. | 1.35 | $525.00 | $708.75 |
| 09/18/2023 | ERD | Memo to A. Sklar re case issues, task list. | 0.50 | $525.00 | $262.50 |
| 09/18/2023 | ERD | Correspondence/e-mails from/to J. Shrum re Dvinci demand. Correspondence/e-mails to/from A. Sklar re same. | 0.25 | $525.00 | $131.25 |
| 09/19/2023 | ERD | Correspondence/e-mails from/to K. Thomas re vehicles, Zurich insurance, admin claim. | 0.10 | $525.00 | $52.50 |
| 09/19/2023 | ERD | Correspondence/e-mails from/to J. Milek regardign Fastenal settlement proposal. Correspondenc/ee-mails to/from A. Sklar re same. | 0.20 | $525.00 | $105.00 |
| 09/19/2023 | ERD | Telephone call from T. North re Broadway recovery demand, settlement parameters. | 0.25 | $525.00 | $131.25 |
| 09/20/2023 | ERD | Correspondence/e-mails from/to T. North re Broadway recovery demand and proposed settlement/resolution. Correspondence/e-mails to A. Sklar re same. | 0.30 | $525.00 | $157.50 |
| 09/20/2023 | ERD | Review Fastenal argument re ordinary course defense. Correspondence/e-mails to/from A. Sklar re same. | 0.35 | $525.00 | $183.75 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/2023 | ERD | Correspondence/e-mails from/to J. Milek, counsel for Fastenal, re final offer to resolve recovery demand. . | 0.20 | $525.00 | $105.00 |
| 09/20/2023 | ERD | Email to A. Sklar re adversary proceedings. | 0.10 | $525.00 | $52.50 |
| 09/21/2023 | ERD | Correspondenc/ee-mails from/to A. Sklar re substitution of Trustee in pending adversaries. | 0.10 | $525.00 | $52.50 |
| 09/21/2023 | ERD | Conference with A. Finberg re vehicle inventory, additional asset issues (3.25 hours; 1.5 hour no charge) | 1.75 | $525.00 | $918.75 |
| 09/24/2023 | ERD | Correspondence/e-mails from/to T. North, A. Sklar re Broadway settlement. | 0.15 | $525.00 | $78.75 |
| 09/25/2023 | ERD | Prepare Settlement Agreements. | 3.00 | $525.00 | $1,575.00 |
| 09/26/2023 | ERD | Correspondence/e-mails from/to J. Cianciulli and to E. Merback, A. Slkar re auction final report. | 0.15 | $525.00 | $78.75 |
| 09/26/2023 | ERD | Telephone call with A. Sklar regarding auction results, carve-out an dbalance owed to Republic Bank. | 0.15 | $525.00 | $78.75 |
| 09/26/2023 | ERD | Correspondenc/e-mails from/to E. Merback regarding results of auction. | 0.10 | $525.00 | $52.50 |
| 09/26/2023 | ERD | Complete Settlement Agreements re preferential recovery actions. | 0.75 | $525.00 | $393.75 |
| 09/27/2023 | ERD | Correspondence/e-mails to creditors/counsel re proposed Settlement Agreements. Correspondence/e-mails from/to counsel for SRS and J. Pescatore (Renewable Energy, and A. Sklar re same. | 0.35 | $525.00 | $183.75 |
| 09/27/2023 | ERD | Prepare Certification/Brief in Support of Motion to Approve Settlement Agreements. | 2.25 | $525.00 | $1,181.25 |
| 09/28/2023 | ERD | Correspondence/e-mails from/to B. Klein re form of Settlement Agreement with SRS/Marvic. | 0.20 | $525.00 | $105.00 |
| 09/28/2023 | ERD | Correspondence/e-mails from/to A. Unterlack re finalizing of Assoc. Refrigeration Settlement Agreement. | 0.20 | $525.00 | $105.00 |
| 09/28/2023 | ERD | Correspondence/e-mails to/from J. Shrum re Trustee claim vs. Dvinci. | 0.10 | $525.00 | $52.50 |
| 09/28/2023 | ERD | Correspondence/e-mails from/to C. Conklin regarding settlement parameters. Correspondence/e-mails from/to A. Sklar re same. | 0.20 | $525.00 | $105.00 |
| 09/28/2023 | ERD | Follow-up correspondence/e-mails from/to C. Conklin regarding Clear Channel recovery demand. | 0.10 | $525.00 | $52.50 |
| 09/28/2023 | ERD | Review Angelini Plan, Disclosure Statement and EBF Holdings Objection to Adequacy of Angelini Disclosure Statement (1.0 hour; .5 hour no charge). | 0.50 | $525.00 | $262.50 |
| 09/28/2023 | ERD | Correspondence/e-mails from/to J. Shrum re Divinci settlement terms. | 0.10 | $525.00 | $52.50 |
| 09/28/2023 | ERD | Correspondence/e-mails from S. Fink, and to/from A. Sklar, regarding Toyota forklift. | 0.10 | $525.00 | $52.50 |
| 09/28/2023 | ERD | Correspondence/e-mails to/from S. Fink re Toyota forklift. | 0.10 | $525.00 | $52.50 |
| 09/28/2023 | ERD | Correspondence/e-mails to A. Sklar re Fastenal, Preferred Pump, SRS and Clear Channel recovery demands. | 0.50 | $525.00 | $262.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 09/29/2023 | ERD | Correspondence/e-mails from/to J. Milek re Fastenal, Trustee recovery demand. | 0.15 | $525.00 | $78.75 |
| 09/29/2023 | ERD | Receive/review AIS/Ally Capital MRAS and email to A. Sklar re same. | 0.30 | $525.00 | $157.50 |
| 09/29/2023 | ERD | Correspondence/emails from/to counsel for Divinci, Clear Channel and US Renewable re resolution of Trustee recovery demands. | 0.50 | $525.00 | $262.50 |
| 09/29/2023 | ERD | Correspondence/emails from/to counsel for Divinci, Clear Channel and US Renewable re resolution of Trustee recovery demands. | 0.50 | $525.00 | $262.50 |
| 09/29/2023 | ERD | Finalize Pref Pump Settlement and Release Agreement ("SARA") and correspondence/e-mails from/to L. Howard re finalizing of Pref Pump SARA. | 0.15 | $525.00 | $78.75 |
| 09/29/2023 | ERD | Finalize REA and correspondence/e-mails from/to J. Pescatore re finalizing of Pref Pump SARA. | 0.15 | $525.00 | $78.75 |
| 09/29/2023 | ERD | Finalize Marvic/SRS SARA and correspondence/e-mails from/to B. Klein re finalizing of Marvic SARA. | 0.15 | $525.00 | $78.75 |
| 09/29/2023 | ERD | Finalize CAR Effex SARA and correspondence/e-mail to D. Hutchinson re same. | 0.25 | $525.00 | $131.25 |
| 09/29/2023 | ERD | Draft SARA with Clear Channel and correspondence/e-mail to C. Caitlin re same. | 0.40 | $525.00 | $210.00 |
| 09/29/2023 | ERD | Revise Broadway SARA and correspondence/e-mail to T. North re same. | 0.15 | $525.00 | $78.75 |
| 09/29/2023 | ERD | Revise SRS/Marvic SARA and correspondence/e-mail to B. Klein re same. | 0.15 | $525.00 | $78.75 |
| 09/29/2023 | ERD | Correspondence/e-mail to N. Fletcher regarding Cadilus, settlement parameters for Trustee's recovery demand. | 0.15 | $525.00 | $78.75 |
| 09/29/2023 | ERD | Correspondence/e-mails from/to T. North re finalizing of SARA with Broadway. | 0.10 | $525.00 | $52.50 |
| 09/29/2023 | ERD | Draft Motion to Approve Settlements. | 0.75 | $525.00 | $393.75 |
| 09/30/2023 | ERD | Correspondence/e-mails from/to Rappaport re TVT asserted secured claim. | 0.10 | $525.00 | $52.50 |
| 09/30/2023 | ERD | Review/analysis re asserted secured claims. | 0.65 | $525.00 | $341.25 |
| 10/02/2023 | ERD | Review/analysis regarding UCC/lien issues. | 0.75 | $525.00 | $393.75 |
| 10/02/2023 | ERD | Telephone calls with A. Sklar, L. Rappaport regarding TVT.2. | 0.20 | $525.00 | $105.00 |
| 10/02/2023 | ERD | Revise CCO SARA. Correspondence/e-mails from/to C. Conklin re CCO settlement agreement. | 0.30 | $525.00 | $157.50 |
| 10/03/2023 | ERD | Prepare Opposition to 5 Ally Capital MRAS with respect to various vehicles. Correspondence/e-mails to/from A. Sklar re same | 2.00 | $525.00 | $1,050.00 |
| 10/03/2023 | ERD | Correspondence/e-mail to D. Siedman re Angelini info re landlords, 2004 examination. | 0.10 | $525.00 | $52.50 |
| 10/04/2023 | ERD | Correspondence/e-mails from/to T. North re final/executed SARA with Broadway | 0.10 | $525.00 | $52.50 |
| 10/04/2023 | ERD | Correspondence/e-mails from/to C. Conklin re final/executed SARA with Clear Channel. | 0.15 | $525.00 | $78.75 |
| 10/04/2023 | ERD | Correspondence/e-mails from/to M. Stafford re Trustee recovery demand against Beacon. | 0.10 | $525.00 | $52.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/2023 | ERD | Review vehicles lists - lot, employees, surrendered, pending MRAS. Correspondence/e-mail to A. Sklar re same. | 0.80 | $525.00 | $420.00 |
| 10/04/2023 | ERD | Correspondence/e-mail to G. Hess, counsel for Sunlight Financial, re $80,000 Settlement Payment. | 0.20 | $525.00 | $105.00 |
| 10/04/2023 | ERD | Receive/review landlord information from D. Siedman. Email to A. Sklar re same. | 0.15 | $525.00 | $78.75 |
| 10/05/2023 | ERD | Correspondence/e-mails from/to J. Cianciulli regarding Auctioneer's report, results of auction and A. Sklar reporting auction results to the Court. | 0.10 | $525.00 | $52.50 |
| 10/06/2023 | ERD | Receive/review Auctioneer final accounting/sale proceeds. | 0.20 | $525.00 | $105.00 |
| 10/06/2023 | ERD | Correspondence/e-mails from/to J. Milek re Fastenal settlement parameters. | 0.20 | $525.00 | $105.00 |
| 10/06/2023 | ERD | Correspondence/e-mails to J. Cianciulli, A. Sklar re Auctioneer final accounting/sale proceeds. | 0.20 | $525.00 | $105.00 |
| 10/06/2023 | ERD | Correspondence/e-mails to/from J. Milek re Fastenal response to Trustee settlement proposal. | 0.10 | $525.00 | $52.50 |
| 10/06/2023 | ERD | Correspondence/e-mails to/from J. Milek re Fastenal response to Trustee settlement proposal. | 0.10 | $525.00 | $52.50 |
| 10/06/2023 | ERD | Telephone call with W. Buchanan re recovery demand, Cohen Seglias document production. | 0.15 | $525.00 | $78.75 |
| 10/06/2023 | ERD | Correspondence/e-mails to/from J. Shrum re Dvinci Settlement Agreement. | 0.15 | $525.00 | $78.75 |
| 10/06/2023 | ERD | Correspondence/e-mails to/from J. Shrum re Dvinci Settlement Agreement. | 0.15 | $525.00 | $78.75 |
| 10/06/2023 | ERD | Telephon ecall with M. Stafford re Beacon and US Energy recovery demands. | 0.50 | $525.00 | $262.50 |
| 10/06/2023 | ERD | Complete Motion to Approve Settlement Agreements. | 1.00 | $525.00 | $525.00 |
| 10/08/2023 | ERD | Prepare Sklar/Dvinci Settlement Agreement. Correspondence/e-mail to J. Jack Shrum re same. | 0.50 | $525.00 | $262.50 |
| 10/08/2023 | ERD | Correspondence/e-mail to M. Stafford re US Renewable | 0.10 | $525.00 | $52.50 |
| 10/09/2023 | ERD | Review/analysis re Beacon "constructive trust" defense to recovery demand. | 1.00 | $525.00 | $525.00 |
| 10/09/2023 | CO | Meeting with R. Dressel re constructive trust defense to preferential transfer avoidance statute. | 0.10 | $415.00 | $41.50 |
| 10/09/2023 | ERD | Review/revise proposed Toyota Consent Order and email A. Sklar re same. | 0.25 | $525.00 | $131.25 |
| 10/09/2023 | ERD | Prepare First Interim Fee Application - Trustee Finberg. | 2.00 | $525.00 | $1,050.00 |
| 10/10/2023 | ERD | Telephone call from B. Bellis re Trustee Complaint to Recover Post-Petition Payment for Pre-Petition Services. Correspondence/e-mails to/from A. Sklar and B/ Bellins re same. | 0.15 | $525.00 | $78.75 |
| 10/10/2023 | ERD | Correspondence/e-mail to G. Hesse re Court approval of settlement agreement with Sunlight Financial and payment of settlement amounts. | 0.10 | $525.00 | $52.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/2023 | ERD | Correspondence/e-mails from/to M. Stafford and to/from A. Sklar re US Renewable recovery demand, US Renewable asserted ordinary course defense. | 0.25 | $525.00 | $131.25 |
| 10/10/2023 | ERD | Finalize 7 recovery action complaints for filing with Court. | 1.25 | $525.00 | $656.25 |
| 10/10/2023 | ERD | Telephone call from M. Stafford re recovery demand against US Renewable Energy. | 0.25 | $525.00 | $131.25 |
| 10/10/2023 | ERD | Telephone call from M. Stafford re recovery demand against Beacon and trust analysis. | 0.15 | $525.00 | $78.75 |
| 10/11/2023 | CO | Legal research RE: Conflicts of Law and avoidance of Preferential Transfer. | 2.25 | $415.00 | $933.75 |
| 10/11/2023 | ERD | Correspondence/e-mails from/to M. Stafford, B. Snyder and A. Sklar re US Renewable Energy recovery demand. | 0.25 | $525.00 | $131.25 |
| 10/11/2023 | CO | Discussion with Rick re: Constructive Trust defense to the preferential transfer avoidance statute. | 0.20 | $415.00 | $83.00 |
| 10/11/2023 | ERD | Correspondence/e-mail to M. Stafford re Trustee counter-proposal to resolve recovery demand upon US Renewable. | 0.10 | $525.00 | $52.50 |
| 10/12/2023 | ERD | Prepare US Renewable Solutions Settlement Agreement. | 0.50 | $525.00 | $262.50 |
| 10/12/2023 | ERD | Correspondence/e-mails from/to J. Ciancuilli regarding auction proceeds, auctioneer commissions, Trustee carve-out and payment to Republic Bank on account of secured claim. | 0.65 | $525.00 | $341.25 |
| 10/12/2023 | ERD | Review Key Bank MRAS. E-mail to A. Sklar re same. | 0.25 | $525.00 | $131.25 |
| 10/12/2023 | CO | Research re constructive trust defense to preference action. | 2.00 | $415.00 | $830.00 |
| 10/16/2023 | ERD | Receive/review Cohen Seglias invoices provided in support of firm's asserted new value defense.to recovery demand. Correspondence/e-mails to R. Snyder, A. Sklar and W. Buchanan re same. | 0.50 | $525.00 | $262.50 |
| 10/16/2023 | ERD | Complete Lex Noval Law First Interim Fee Application. | 0.50 | $525.00 | $262.50 |
| 10/16/2023 | ERD | Complete vehicle review/analysis. | 1.00 | $525.00 | $525.00 |
| 10/16/2023 | ERD | Correspondence/e-mails from/to M. Stafford regarding USRS settlement, Settlement Agreement and W-9 form. | 0.15 | $525.00 | $78.75 |
| 10/16/2023 | ERD | Correspondence/e-mails from/to R. Cohen regarding resolution of Ally 5 Motions for Relief from Automatic Stay. | 0.15 | $525.00 | $78.75 |
| 10/16/2023 | ERD | Prepare Opposition to KeyBank MRAS. Correspondence/e-mail to A. Sklar re same. | 0.50 | $525.00 | $262.50 |
| 10/17/2023 | ERD | Telephone call to E. Horn re Mantua and Maryland landlords and property of estate remaining at locations. | 0.10 | $525.00 | $52.50 |
| 10/17/2023 | ERD | Prepare Motion to Approve Settlements. | 0.75 | $525.00 | $393.75 |
| 10/17/2023 | ERD | Correspondence/e-mails from/to M. Stafford re USRS settlement and C. Collins re CCP settlement. | 0.10 | $525.00 | $52.50 |
| 10/17/2023 | ERD | File/Sklar Memo re open items to be addressed. | 1.00 | $525.00 | $525.00 |
| 10/18/2023 | ERD | Review/revise USRS proposed Settlement Agreement. Correspondence/e-mails to/from | 0.50 | $525.00 | $262.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/2023 | ERD | Revise Fastenal Settlement Agreement per comments from J. Mile, counsel for Fastenal. Correspondence/emails to J. Milek re same. | 0.50 | $525.00 | $262.50 |
| 10/19/2023 | ERD | Correspondence/e-mails from/to E. Bearfield re Consent Order on Toyota Financial MRAS re forklift. | 0.10 | $525.00 | $52.50 |
| 10/19/2023 | ERD | Research re USR waiver of claim issue (claim(s) assigned to insurance agency) | 0.75 | $525.00 | $393.75 |
| 10/19/2023 | ERD | Telephone call with M. Stafford and revisions to proposed USRS Settlement Agreement. | 0.50 | $525.00 | $262.50 |
| 10/20/2023 | ERD | Review/revise Settlement Agreement with USRS. Email to A. Sklar re same. | 0.15 | $525.00 | $78.75 |
| 10/20/2023 | ERD | Correspondence/e-mail to G. Hesse re Sunlight Financial settlement payment. | 0.10 | $525.00 | $52.50 |
| 10/22/2023 | ERD | Prepare Substitutions of Trustee in adversary proceedings filed by A. Finberg. | 0.50 | $525.00 | $262.50 |
| 10/22/2023 | ERD | Prepare Complaints to Recover Preferential Payments. | 2.00 | $525.00 | $1,050.00 |
| 10/23/2023 | ERD | Correspondence/e-mails to/from A. Sklar and A. Finberg re adversary proceedings. | 0.15 | $525.00 | $78.75 |
| 10/23/2023 | ERD | Research/analysis re TV.2 asserted secured claim against Orbit assets. | 0.65 | $525.00 | $341.25 |
| 10/23/2023 | ERD | File Substitutions of Trustee/Plaintiff in seven adversary proceedings filed by A. Finberg prior to appointment of A. Sklar as Trustee. | 0.50 | $525.00 | $262.50 |
| 10/23/2023 | ERD | Correspondence/e-mails from/to M. Stafford re US Renewable setlement. | 0.10 | $525.00 | $52.50 |
| 10/23/2023 | ERD | Correspondence/e-mail to J. Shrum re Divinci Settlement Agreement. | 0.10 | $525.00 | $52.50 |
| 10/23/2023 | ERD | Correspondence/e-mail to N. Fletcher regarding Cadilus settlement, filing of adversary complaint. | 0.10 | $525.00 | $52.50 |
| 10/24/2023 | ERD | Telephone call with A. Sklar re outstanding issues to be addressed. | 0.20 | $525.00 | $105.00 |
| 10/25/2023 | ERD | Correspondence/e-mails from/to J. Shrum regarding Dvinci settlement. | 0.20 | $525.00 | $105.00 |
| 10/26/2023 | ERD | Correspondence/e-mails from/to G. Hesse re Sunlight Financial, to/from A. Sklar re Sunlight and B&B, status conferences in adversaries. | 0.10 | $525.00 | $52.50 |
| 10/26/2023 | ERD | Correspondence/e-mails from/to B. Bellis re complaint, settlement parameters. | 0.10 | $525.00 | $52.50 |
| 10/27/2023 | ERD | Telephone call to, and emails from/to, R. Cohen re Ally Consent Orders on Motions for Relief from Stay. | 0.10 | $525.00 | $52.50 |
| 10/27/2023 | ERD | Correspondence/e-mails from/to J. Cianciulli and to/from A. Sklar, regarding Republic monies from auction sale and Sunlight Financial settlement. | 0.15 | $525.00 | $78.75 |
| 10/31/2023 | ERD | Correspondence/e-mails from/to B. Bellis regarding settlement of adversary proceeding. | 0.20 | $525.00 | $105.00 |
| 10/31/2023 | ERD | Correspondence/e-mails from/to B. Bellis regarding settlement of adversary proceeding. | 0.20 | $525.00 | $105.00 |
| 10/31/2023 | ERD | Prepare B&B Settlement Agreement. | 0.40 | $525.00 | $210.00 |
| 10/31/2023 | ERD | Telephone call from J. Cianciulli regarding auction, Sunlight Financial settlement and and | 0.15 | $525.00 | $78.75 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/31/2023 | ERD | Correspondence/e-mails from/to J. Cianciulli and to A. Sklar regarding auction, Sunlight Financial settlement and and payment to Republic Bank on account of secured claim. | 0.10 | $525.00 | $52.50 |
| 10/31/2023 | ERD | Correspondence/e-mails from/to J. Milek re finalizing of Fastenal settlement. | 0.10 | $525.00 | $52.50 |
| 11/01/2023 | ERD | Telephone call with L. Rappaport re TV.2 secured claim, case administration and asset information. | 0.50 | $525.00 | $262.50 |
| 11/02/2023 | ERD | Telephone call with Lisa Belin re proposed settlement agreement. | 0.10 | $525.00 | $52.50 |
| 11/02/2023 | ERD | Telephone call with C. Deane, counsel for Key Bank, re resolution of Key Bank Motion for Relief from Automatic Stay. Correspondence/e-mail to chambers re resolution of Motion. | 0.25 | $525.00 | $131.25 |
| 11/03/2023 | ERD | Correspondence/e-mails from/to J. Cianciulli and to/from A. Sklar regarding payments of Sunlight Financial settlement and auction sale proceeds to Republic Bank. | 0.10 | $525.00 | $52.50 |
| 11/03/2023 | ERD | Finalize Motion to Approve Settlements, Notices and prepare for filing. Correspondence/e-mail to A Sklar re same (5.25 hours; 1.25 hours no charge). | 4.00 | $525.00 | $2,100.00 |
| 11/05/2023 | ERD | Prepare Motion for Order Authorizing Auction Sale of Vehicles. | 1.50 | $525.00 | $787.50 |
| 11/05/2023 | ERD | Finalize LNL First Interim Fee Application. | 0.50 | $525.00 | $262.50 |
| 11/06/2023 | ERD | Telephone call from J. Hawkins, counsel for Global Merchant, re status, possible carve-out on A/Rs. | 0.35 | $525.00 | $183.75 |
| 11/06/2023 | ERD | Correspondence/e-mail to J. Cianciulli re Republic Bank updated payoff. | 0.10 | $525.00 | $52.50 |
| 11/06/2023 | ERD | Correspondence/e-mail to R. Snyder re accounts receivable owed to Orbit. | 0.10 | $525.00 | $52.50 |
| 11/06/2023 | ERD | Correspondence/e-mails to/from A. Sklar re accounts receivable, Republic payoff, Global Merchant 2nd position and possible carve-out for collection of A/Rs. | 0.10 | $525.00 | $52.50 |
| 11/07/2023 | ERD | Telephone call with E. Merback re Fee Application for auction expenses and contemplated vehicle auction. | 0.20 | $525.00 | $105.00 |
| 11/07/2023 | ERD | Prepare Motion to Approve Auction Sale of Vehicles. | 2.00 | $525.00 | $1,050.00 |
| 11/07/2023 | ERD | Correspondence/e-mails to/from E. Merback regarding proposed Auction Sale of Vehicles. | 0.10 | $525.00 | $52.50 |
| 11/07/2023 | ERD | Prepare Application to Retain Quaker City/Eric Merback as Auctioneer to Sell Vehicles. | 0.75 | $525.00 | $393.75 |
| 11/08/2023 | ERD | Receive/review Ally proposed 5 Consent Orders and correspondence/e-mail to R. Cohen re same. | 0.25 | $525.00 | $131.25 |
| 11/08/2023 | ERD | Correspondence/e-mails from/to E. Merback regarding auctioneer fee application. | 0.15 | $525.00 | $78.75 |
| 11/08/2023 | ERD | Complete remaining preference complaints. | 1.25 | $525.00 | $656.25 |
| 11/09/2023 | ERD | Prepare Quaker City/E. Merback Application for Allowance of Expenses. | 0.75 | $525.00 | $393.75 |
| 11/09/2023 | ERD | Prepare Motion to Approve Auction Sale of Vehicles. | 1.00 | $525.00 | $525.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2023 | ERD | Complete/file Preference Complaints - Cadilus, City Electric Supply, Soligent Distribution and EcoFasten Inc. | 2.00 | $525.00 | $1,050.00 |
| 11/13/2023 | ERD | Telephone call from E. Merback regarding application to approve expenses. | 0.20 | $525.00 | $105.00 |
| 11/13/2023 | ERD | Telephone call from M. Larson re claims against Orbit for warranty, etc. | 0.10 | $525.00 | $52.50 |
| 11/13/2023 | ERD | Complete Quaker City Auctioneers Application for Allowance/Reimbursement of Expenses incurred in connection with auction sale (9/2/23 - 9/7/23). | 0.65 | $525.00 | $341.25 |
| 11/13/2023 | ERD | Correspondence/e-mails to/from E. Merback re terms of retention to auction vehicles. | 0.25 | $525.00 | $131.25 |
| 11/14/2023 | ERD | Telephone call from C. Robert re customer issues with purification system. | 0.10 | $525.00 | $52.50 |
| 11/14/2023 | ERD | Finalize/file Merback/QCA Application for Approval of Expenses Incurred in Connection with Auction. | 0.35 | $525.00 | $183.75 |
| 11/15/2023 | ERD | Complete Application to Retain QCA as Auctioneer for Vehicles. | 0.30 | $525.00 | $157.50 |
| 11/15/2023 | ERD | Finalize/fine Application to Retain QCA to Auction Vehicles. | 0.35 | $525.00 | $183.75 |
| 11/19/2023 | ERD | Correspondence/e-mail to R. Cohen re 5 Ally Motions for Relief from Automatic Stay. | 0.10 | $525.00 | $52.50 |
| 11/19/2023 | ERD | Correspondenc/ee-mails from/to E. Horn and to/from A. Sklar, E. Merback regarding vehicles at Mantua location. | 0.10 | $525.00 | $52.50 |
| 11/20/2023 | ERD | Correspondence/e-mail to J. Cianciulli regarding Republic Bank payoff. | 0.10 | $525.00 | $52.50 |
| 11/22/2023 | ERD | Arrange for service of preference complaints. | 0.25 | $525.00 | $131.25 |
| 11/27/2023 | ERD | Correspondence/e-mails from/to S. Fink regarding Toyota forklift. | 0.10 | $525.00 | $52.50 |
| 11/28/2023 | ERD | Receive/review Santander MRAS re vehicles. Telephone call to B. Craig re same. | 0.25 | $525.00 | $131.25 |
| 11/28/2023 | ERD | Receive/review Order Appointing E. Merback as Auctioneer and correspondence/e-mails to E. Merback, A. Sklar re same. | 0.10 | $525.00 | $52.50 |
| 11/28/2023 | ERD | Prepare additional preference complaints. | 0.75 | $525.00 | $393.75 |
| 11/29/2023 | ERD | Telephone call from B. Craig re Santander MRAS re vehicles. | 0.25 | $525.00 | $131.25 |
| 12/01/2023 | ERD | Correspondence/emails to Settling Parties re payments pursuant various settlements in light of CNOs filed. | 0.75 | $525.00 | $393.75 |
| 12/01/2023 | ERD | Correspondence/emails to Settling Parties re payments pursuant various settlements in light of CNOs filed. | 0.75 | $525.00 | $393.75 |
| 12/04/2023 | ERD | Review five (5) Ally Consent Orders and correspondence/e-mail to R. Cohen re same. | 0.20 | $525.00 | $105.00 |
| 12/04/2023 | ERD | Correspondence/e-mails from/to L. Howard, Preferred Pump, re settlement of preference demand and payment of settlement amount. | 0.10 | $525.00 | $52.50 |
| 12/05/2023 | ERD | Correspondence/e-mails from/to B. Klein re W-9 for settlement payment. | 0.10 | $525.00 | $52.50 |
| 12/05/2023 | ERD | Correspondence/e-mails from/to M. Mantese, | 0.10 | $525.00 | $52.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | counsel for Span JO, re status. | | | |
| 12/05/2023 | ERD | Correspondence/e-mail to R. Cohen re Ally Consent Orders. | 0.10 | $525.00 | $52.50 |
| 12/05/2023 | ERD | Correspondence/e-mail to R. Cohen re Ally Consent Orders. | 0.10 | $525.00 | $52.50 |
| 12/06/2023 | ERD | Correspondence/e-mails from/to A. Sklar, R. Snyder regarding Health insurance disclosures for 2021, IRS claim, abatement and classification of IRS claim (general unsecured claim, without priority). | 0.10 | $525.00 | $52.50 |
| 12/06/2023 | ERD | Telephone call from B. Klein re W-9 for Marvic. | 0.10 | $525.00 | $52.50 |
| 12/06/2023 | ERD | Correspondence/e-mails from/to J. Cianciulli regarding Republic Bank payoff, setoff issues and correspondence/e-mails to/from A. Sklar re same. | 0.15 | $525.00 | $78.75 |
| 12/06/2023 | ERD | Prepare Opposition to Santander Bank Motion for Relief from Automatic Stay. | 0.75 | $525.00 | $393.75 |
| 12/07/2023 | ERD | Review Republic payoff calculation, set-off and related issues. | 0.65 | $525.00 | $341.25 |
| 12/07/2023 | ERD | Telephone call from counsel for Ecoflex re preference complaint, defenses to same | 0.10 | $525.00 | $52.50 |
| 12/08/2023 | ERD | Correspondence/e-mails from/to D. Pascarella regarding EcoFasten Adversary Proceeding | 0.10 | $525.00 | $52.50 |
| 12/08/2023 | ERD | Correspondence/e-mails from/to R. Nayar regarding City Electic/Soligent Adversary Proceeding. | 0.10 | $525.00 | $52.50 |
| 12/08/2023 | ERD | Correspondence/e-mails from/to W. Craig and to Chambers re resolution of Santander Motion for Relief from Automatic Stay. | 0.10 | $525.00 | $52.50 |
| 12/08/2023 | ERD | Prepare Consent Order - Santander Consumer Motion for Relief from Automatic Stay re Vehicles. | 0.75 | $525.00 | $393.75 |
| 12/11/2023 | ERD | Complete Consent Order with Santander and correspondence/e-mails to A. Sklar and B. Craig re same. | 0.25 | $525.00 | $131.25 |
| 12/12/2023 | ERD | Correspondence/e-mail and telephone call with M. Nord re US Electrical payment pursuant to settlement. | 0.10 | $525.00 | $52.50 |
| 12/12/2023 | ERD | Review Debtor Orbit re outstanding A/R owed to Debtor. | 0.65 | $525.00 | $341.25 |
| 12/12/2023 | ERD | Telephone call to J. Cianciulli regarding Republic Bank re setoff/accounting. | 0.10 | $525.00 | $52.50 |
| 12/13/2023 | ERD | Correspondence/e-mails from/to R. Nayar re City Electric adversary, pretrial, mediation order, etc. | 0.10 | $525.00 | $52.50 |
| 12/13/2023 | ERD | Correspondence/e-mails from/to W. Craig and to/from A. Sklar re Santander vehicles, auction, Quaker City Auctioneers. | 0.20 | $525.00 | $105.00 |
| 12/13/2023 | ERD | Prepare Motion for Order Authorizing Auction Sale of Vehicles. | 3.00 | $525.00 | $1,575.00 |
| 12/13/2023 | ERD | Correspondence/e-mails from/to E. Horn re vehicles located at Mantua location. | 0.10 | $525.00 | $52.50 |
| 12/15/2023 | ERD | Correspondence/e-mail to E. Merback re vehicle auction, location and removal of vehicles. | 0.15 | $525.00 | $78.75 |
| 12/15/2023 | ERD | Vehicle inventory - Auction Sale, Zurich Insurance | 1.50 | $525.00 | $787.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 12/15/2023 | ERD | Correspondence/e-mails to/from B. Craig re Santander Bank Consent Order - vehicle auction and insurance. | 0.10 | $525.00 | $52.50 |
| 12/15/2023 | ERD | Telephone call with A. Finberg re vehicle inventory. | 0.30 | $525.00 | $157.50 |
| 12/17/2023 | ERD | Complete Motion to Approve Sale of Vehicles. | 1.25 | $525.00 | $656.25 |
| 12/17/2023 | ERD | Telephone call from E. Horn re vehicles at 570 Mantua. | 0.10 | $525.00 | $52.50 |
| 12/17/2023 | ERD | Correspondence/e-mails from/to E. Merback re removing vehicles from 570 Mantua. | 0.10 | $525.00 | $52.50 |
| 12/18/2023 | ERD | Correspondence/e-mails to/from E. Merback regarding cost of moving vehicles from Mantua location and storing until auction. | 0.10 | $525.00 | $52.50 |
| 12/23/2023 | ERD | Correspondence/e-mails from/to A. Sklar and to J. Shrum re Dvinci settlement payment returned for NSF. | 0.10 | $525.00 | $52.50 |
| 12/26/2023 | ERD | Review Republic Bank Motion for Relief from Stay to Effectuate set-Off. Correspondence/e-mail to A. Sklar re same. | 0.30 | $525.00 | $157.50 |
| 12/26/2023 | ERD | Correspondence/e-mail to J. Cianciulli re Republic Bank Motion for Relief from Automatic Stay to Effectuate Set-off. | 0.10 | $525.00 | $52.50 |
| 12/27/2023 | ERD | Prepare for Status Conferences in Adversary Proceedings. | 0.75 | $525.00 | $393.75 |
| 12/28/2023 | ERD | Draft Status Reports for filing in B&B and Renewable Energy Advisors adversary proceeding. | 0.25 | $525.00 | $131.25 |
| 12/28/2023 | ERD | Prepare Status Reports, Alias Summons, and default packages for various adversary proceedings. | 1.00 | $525.00 | $525.00 |
| 12/28/2023 | ERD | Correspondence/e-mail to J. Shrum re Dvinci NSF settlement check. | 0.10 | $525.00 | $52.50 |
| 12/29/2023 | ERD | Correspondence/e-mails from/to J. Shrum and to/from A. Sklar re replacing Divinci settlement payment returned NSF. | 0.15 | $525.00 | $78.75 |
| 12/29/2023 | ERD | Review/analysis re vehicles, inventory and insurance issues. | 0.75 | $525.00 | $393.75 |

**Services Subtotal**     **$54,782.00**

## Expenses

| Date | Description | Total |
|---|---|---|
| 11/13/2023 | Cadilus adversary proceeding filing fee | $350.00 |
| 11/13/2023 | City Electric Supply adversary proceeding filing fee. | $350.00 |
| 11/13/2023 | Soligent adversary proceeding filing fee | $350.00 |
| 11/13/2023 | EcoFasten adversary proceeding filing fee. | $350.00 |
| 11/27/2023 | Search Fee: Search Texas Secretary of State records to find registered agent for City Electric Supply, Inc. | $2.00 |

**Expenses Subtotal**     **$1,402.00**