UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQ. (ED1793)
LEX NOVA LAW LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

        Debtor.

Case No.: 22-19628(ABA)

Chapter: 7

Judge: Andrew B. Altenberg

Hearing Date: 05/23/24 @ 2:00 p.m.

## CERTIFICATION OF SERVICE

1. I, Angela DiDonato:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents Andrew Sklar, the Chapter 7 Trustee for Orbit Energy & Power, LLC, in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On April 24, 2024, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

    a) Fee Application Cover Sheet;
    b) Fee Application, including Exhibits thereto; and
    c) Proposed form of Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 24, 2024                                                  /s/ Angela DiDonato
                                                                                            Signature

#657346 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Anthony Ciardi III, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Attorneys for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OFFICE OF US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Sklar, Esquire<br>Sklar Law, LLC<br>20 Brace Road, Suite 205<br>Cherry Hill, NJ  08034 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Appearances via ECF | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other<br>___ECF_____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#657346 v1