UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Regina Cohen State Bar #017911989
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

Order Filed on May 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Orbit Energy & Power, LLC Debtor

Case No.: 22-19628-ABA
Hearing Date: 05/14/2024
Judge: Andrew B. Altenburg Jr.
Chapter: 7

| Recommended Local Form | [X] Followed | [ ] Modified |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 14, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  Ally Capital_____, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:
2020 Jeep Gladiator Crew Cab Rubicon 4WD 3.6L V6
V.I.N # 1C6JJTBG5LL106371

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 22-19628-ABA

Orbit Energy & Power, LLC                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                      User: admin                                      Page 1 of 4
Date Rcvd: May 15, 2024                         Form ID: pdf903                            Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024                         Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

**Name**                              **Email Address**

Albert Anthony Ciardi, III
    on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Amar Anand Agrawal
    on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrew Finberg
    on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com

Andrew Jacobson
    on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com

Andrew Sklar
    andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com

Andrew Sklar

Case 22-19628-ABA    Doc 485    Filed 05/17/24    Entered 05/18/24 00:14:53    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf903 | Total Noticed: 2 |

Andrew Sklar
    on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

    on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew E. Arthur
    on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Angela L Mastrangelo
    on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com

Anthony Sodono, III
    on behalf of Mediator Anthony Sodono III, Esq. (Mediator) asodono@msbnj.com

Barry R. Sharer
    on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub
    on behalf of Creditor Republic Bank bgolub@wgpllp.com imarciniszyn@wgpllp.com

Brian Swope
    on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope
    on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin
    on behalf of Creditor Clear Channel Outdoor LLC caitlin.conklin@klgates.com

Cameron Deane
    on behalf of Creditor KeyBank N.A. cdeane@weltman.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com

Carol E. Momjian
    on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan
    on behalf of Creditor Attolon Partners LLC csamler@klehr.com, swenitsky@klehr.com;nyackle@klehr.com

Daniel E. Straffi
    on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades
    on behalf of Creditor Clear Channel Outdoor LLC daniel.eliades@klgates.com

Daniel S. Siedman
    on behalf of Debtor Orbit Energy & Power LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy
    on behalf of Creditor Wells Fargo Commercial Finance LLC dmurphy@reedsmith.com

David G Murphy
    on behalf of Creditor WELLS FARGO BANK N.A. dmurphy@reedsmith.com

David S. Catuogno
    on behalf of Creditor Clear Channel Outdoor LLC david.catuogno@klgates.com

Don Abraham
    on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

E. Richard Dressel
    on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

Eric Horn
    on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com,
    g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn
    on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com,
    g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343

Case 22-19628-ABA    Doc 485    Filed 05/17/24    Entered 05/18/24 00:14:53    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | @notify.bestcase.com |
| Eric Horn | |
| | on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Forrest Scott Turkish | |
| | on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com |
| Gary M. Perkiss | |
| | on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gary M. Perkiss | |
| | on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gaston P. Loomis, II | |
| | on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com scarney@mdmc-law.com |
| Harry M. Gutfleish | |
| | on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | |
| | on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | |
| | on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com |
| Jack Shrum | |
| | on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com |
| Jason D. Angelo | |
| | on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jason D. Angelo | |
| | on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jeffrey Bernstein | |
| | on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com |
| Jeffrey S. Cianciulli | |
| | on behalf of Creditor Republic Bank jcianciulli@wgpllp.com imarciniszyn@weirpartners.com |
| Jeremy M. Campana | |
| | on behalf of Creditor Global Merchant Cash Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com |
| John C. Kilgannon | |
| | on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com |
| Jonathan S Hawkins | |
| | on behalf of Creditor Global Merchant Cash Inc. jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com |
| Joseph L. Schwartz | |
| | on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com |
| Justin Logan Rappaport | |
| | on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com |
| Justin R. White | |
| | on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com |
| Kevin Callahan | |
| | on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov |
| Marcella M. Jayne | |
| | on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |
| Mark Minuti | |
| | on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Matthew Francis Kye | |
| | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Michael McLaughlin | |
| | on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com |
| Michael E. Holt | |
| | on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com |
| Michael E. Holt | |

Case 22-19628-ABA    Doc 485    Filed 05/17/24    Entered 05/18/24 00:14:53    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant Soligent Distribution LLC mholt@formanlaw.com, kanema@formanlaw.com |
| Michael J. Stafford | on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal mnord@nordlaw.legal;anord@nordlaw.legal |
| Michael J. Stafford | on behalf of Plaintiff U.S. Electrical Services Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal |
| Nicole M. Nigrelli | on behalf of Debtor Orbit Energy & Power LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Rebecca K. McDowell | on behalf of Creditor House & Home Magazine LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Rebecca K. McDowell | on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| Richard A. O'Halloran | on behalf of Creditor Dividend Solar Finance LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com |
| Robert A. Rich | on behalf of Creditor Sunlight Financial LLC rrich2@hunton.com, candonian@huntonak.com |
| Ronald S. Gellert | on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com abrown@gsbblaw.com |
| Turner Falk | on behalf of Creditor Allspire Health GPO LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Wolf | on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 72