KASEN & KASEN, P.C.
Jenny R. Kasen, Esq. (NJ Bar No. 02771)
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ  08003
Telephone (856) 424-4144
Facsimile (856) 424-7565
E-Mail: jkasen@kasenlaw.com
*Counsel to Creditors, Eugene Swisher, in his individual capacity, and as Parent and Natural Guardian of his Minor Son*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Orbit Energy & Power, LLC.,<br><br>                    Debtor(s). | Chapter 7<br><br>Case No. 22-19628-ABA<br><br>**Hrg. Date: 6/18/24 at 10:00 a.m.**<br><br>**Obj. Deadline: 6/11/24** |

**NOTICE OF CREDITORS' MOTION FOR AN ORDER MODIFYING STAY**

PLEASE TAKE NOTICE that Creditors, Eugene Swisher, in his individual capacity, and as Parent and Natural Guardian of his Minor Son (hereinafter "**Creditors**"), by and through their undersigned counsel, filed *Creditors' Motion for an Order Modifying Stay* (the "**Motion**") with the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**"). More specifically, Creditors seek authority to proceed with the state court lawsuits against the Debtor, as a nominal party only, and to proceed to collect any judgment or settlement obtained solely against available insurance proceeds.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, then on or before _____6/11/24_____, you or your attorney must:

File with the Court a written request for a hearing or, if the Court requires a written response, an answer, explaining your position at the U.S. Bankruptcy Court, Mitchell Cohen Federal Court House, 1 John F. Gerry Plaza, 4th & Cooper Streets, 4th Floor, Camden, New Jersey.

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

KASEN & KASEN, P.C.
Jenny R. Kasen, Esquire
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003

Attend the hearing scheduled to be held on ___6/18/24___ at ___10:00___ a.m., in Courtroom # 4B___, U.S. Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Fourth Floor, Camden, New Jersey 08608.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 22, 2024                                KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esq. (NJ Bar No. 02771)
Society Hill Office Park
1874 E. Marlton Pike, Suite 3

2

Cherry Hill, NJ  08003
Telephone (856) 424-4144
Facsimile (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Creditors, Eugene Swisher, in his individual capacity, and as Parent and Natural Guardian of his Minor Son*

3