| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>KASEN & KASEN, P.C.<br>Jenny R. Kasen, Esq. (NJ Bar No. 02771)<br>Society Hill Office Park<br>1874 E. Marlton Pike, Suite 3<br>Cherry Hill, NJ  08003<br>Telephone (856) 424-4144<br>Facsimile (856) 424-7565<br>E-Mail: jkasen@kasenlaw.com<br>*Counsel to Creditors, Eugene Swisher, in his individual capacity, and as Parent and Natural Guardian of his Minor Son* | |
| In the Matter of:<br><br>Orbit Energy & Power, LLC.,<br><br>              Debtor(s). | Chapter 7<br><br>Case No. 22-19628-ABA<br><br>Judge: Altenburg |

## ORDER MODIFYING STAY

Upon consideration of *Creditors' Motion for an Order Modifying* (the "**Motion**") and the *Declaration in Support of Creditors' Motion for an Order Modifying Stay* (the "**Declaration**"), all briefings filed in connection therewith, and any responses thereto; and the Court having determined that it has subject matter jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice was given under the circumstances; and the Court having found and determined that the Motion, and legal and factual bases set forth in the Motion, establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED;

9. The automatic stay is modified to permit the Creditors to proceed with Creditors' lawsuits against the Debtor, as a nominal party only, and to, outside of this Bankruptcy Case, proceed to collect any judgment or settlement solely against available insurance proceeds.

2. The automatic stay remains in effect in all other respects.