UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**
KASEN & KASEN, P.C.
Jenny R. Kasen, Esq. (NJ Bar No. 02771)
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
Telephone (856) 424-4144
Facsimile (856) 424-7565
E-Mail: jkasen@kasenlaw.com
*Counsel to Creditors, Eugene Swisher, in his individual capacity, and as Parent and Natural Guardian of his Minor Son*

| In the Matter of: | Chapter 7 |
|---|---|
| Orbit Energy & Power, LLC., | Case No. 22-19628-ABA |
| Debtor(s). | Judge: Altenburg |

## CERTIFICATION OF SERVICE

1. I, <u>Jenny R. Kasen, Esq.</u>:

    ☒ represent <u>Creditors, Eugene Swisher, in his individual capacity, and as Parent and Natural Guardian of his Minor Son</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>May 22, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Creditors' Motion for an Order Modifying Stay*

    *Notice of Creditors' Motion for an Order Modifying Stay*

*Declaration in Support of Creditors' Motion for an Order Modifying Stay*

Proposed *Order Modifying Stay*

3. I Certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 22, 2024

KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esq. (NJ Bar No. 02771)
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ  08003
Telephone (856) 424-4144
Facsimile (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Creditors, Eugene Swisher, in his individual capacity, and as Parent and Natural Guardian of his Minor Son*

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Orbit Energy & Power, LLC<br>570 Mantua Blvd.<br>Sewell, NJ 08080 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Orbit Energy & Power, LLC<br>c/o Ciardi Ciardi & Astin<br>Albert Anthony Ciardi, III<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>215-557-3550<br>Fax : 215-557-3551<br>Email: aciardi@ciardilaw.com | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Sklar, Chapter 7 Trustee<br>20 Brace Road<br>Suite 205<br>Cherry Hill, NJ 08034<br>856-258-4050 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Sklar, Chapter 7 Trustee<br>c/o Lex Nova Law, LLC<br>E. Richard Dressel<br>10 E. Stow Road<br>Suite 250<br>Marlton, NJ 08053<br>856-382-8211<br>Email: rdressel@lexnovalaw.com | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>U.S. Department of Justice<br>c/o Kevin Callahan, Esq.<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Ste. 320<br>Philadelphia, PA 19107<br>215-597-4411<br>Email: kevin.p.callahan@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |