UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
10 E. Stow Rd., Suite 250
Marlton, NJ 08053
856-382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

Order Filed on May 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ORBIT ENERGY & POWER, LLC,

    Debtor.

Honorable Andrew B. Altenburg

Chapter: 7

Bankr. No.: 22-19628(ABA)

Hearing Date: May 23, 2024
@ 2:00 pm

## ORDER GRANTING SECOND INTERIM ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 23, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#713418 v2

**(Page 2)**
Debtors: Orbit Energy & Power, LLC
Case No.: 22-19628(ABA)
**ORDER GRANTING SECOND INTERIM ALLOWANCES**

The Court having found that the person(s) named below filed an Application for Second Interim Allowances as counsel for Andrew Sklar, Chapter 7 Trustee; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that interim compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Lex Nova Law LLC | $ 54,782.00 | $ 1,402.00 |

#713418 v2