UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, New Jersey 07102
P: 973.533.0777
Counsel for Creditor Krannich Solar East, LLC
**DONALD W. CLARKE, ESQ.**

In Re:

**ORBIT ENERGY & POWER, LLC**

Debtor.

Case No.:    22-19628

Chapter:    7

Hearing Date: _____

Judge:    Andrew B. Altenburg Jr.

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Allowing the General Unsecured Claim of Creditor Krannich Solar East, LLC submitted to the Court, the following conditions have been met:

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐  (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒  (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my

login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: May 31, 2024                                         */s/  Donald W. Clarke*____
                                                           Signature of Attorney

*rev.8/1/15*