# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1    Orbit Energy & Power, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of New Jersey

Case number  22-19628-ABA

FILED
JEANNE A. NAUGHTON, CLERK
JUL - 7 2023
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY                    DEPUTY

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Krannich Solar East, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Krannich Solar East, LLC
Name

80 Twinbridge Dr
Number    Street

Pennsauken          NJ          08110
City          State          ZIP Code

Contact phone  856-755-5224

Contact email  j.palermi@usa.krannich-solar.com

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City          State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☑ Yes.  Claim number on court claims registry (if known) _____

Filed on  12/06/2022
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __7__  __0__  __9__  __9__

7. **How much is the claim?**   $_____400,000.00  Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

9. **Is all or part of the claim secured?**
☑ No
☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                  $_____
Amount of the claim that is secured:       $_____
Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:       $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.       $_____

11. **Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/29/2023
        MM / DD / YYYY

_Signature_

Print the name of the person who is completing and signing this claim:

| Name | Ean Kyler | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | CEO | | |
| Company | Krannich Solar East LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 80 Twinbridge Dr. | | |
| | Number          Street | | |
| | Pennsauken | NJ | 08110 |
| | City | State | ZIP Code |
| Contact phone | 856-755-5224 | Email j.palermi@usa.krannich-solar.com | |

global solar distribution                                **krannich** 

Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-410552                                              10/12/2022

Ref.          Delivery note 2022-309750

                                          **Delivery address**
                                          Orbit Energy and Power
                                          Alan 215-668-6316
Document no.      2022-410552             570 Mantua Blvd
Customer No.      17099                   Sewell, NJ 08080

                  **For enquiries provide document no.**
                  Process ID        070329

| Acc. manager | Patrick Hayes | Reference | Trina Container |
|---|---|---|---|
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| 1 | **KU23053** | **Wp-price: 0.640** | 10/11/2022 | **468 pcs.** | **246.40** | **115,315.20** |
| | Trina Vertex S Mono 385W 120 Cell all black | | | | | |
| | TSM-DE09.05 | | | | 21668.40 kg | |

| | | | |
|---|---|---|---|
| **Subtotal** | **US$** | | **115,315.20** |
| add. Freight w/o tax | | | 0.00 |
| Subtotal | | | 115,315.20 |
| V.A.T. | 0.00 | % of  115,315.20 | 0.00 |
| **Total sum** | **US$** | | **115,315.20** |

global *** distribution                                      **krannich**

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken,NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas     Routing Number: 021001033
60 Wall Street 15th Fl                    SWIFT Code: BKTRUS33
New York, NY 10005                        Account Number: 00371653

**<u>Agreed payment terms:</u>**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 11/11/2022) | net | 115,315.20USD |

global solar distribution 

Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-410734

10/17/2022

Ref.        Delivery note 2022-309931

Document no.    2022-410734
Customer No.    17099

**Delivery address**
Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

For enquiries provide document no.
Process ID        070566

| Acc. manager | Patrick Hayes | Reference | Enphase Cell Modem |
|---|---|---|---|
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| 1 | KU21433 | | 10/17/2022 | 50 pcs. | 310.54 | 15,527.00 |
| | Enphase Cell Modem | | | | | |
| | CELLMODEM-M1 | | | | 40.00 kg | |

|  |  |  |
|---|---|---|
| **Subtotal**  **US$** | | **15,527.00** |
| add. Freight w/o tax | | 0.00 |
| Subtotal | | 15,527.00 |
| V.A.T. | 0.00   % of   15,527.00 | 0.00 |
| **Total sum**  **US$** | | **15,527.00** |

global solar distribution



Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken, NJ 08110.
Please reference Invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas    Routing Number: 021001033
60 Wall Street 15th Fl                  SWIFT Code: BKTRUS33
New York, NY 10005                      Account Number: 00371653

**_Agreed payment terms:_**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 11/16/2022) | net | 15,527.00USD |

global solar distribution



Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-410987

10/24/2022

Ref.          Delivery note 2022-310181

| | | | **Delivery address** |
|---|---|---|---|
| Document no. | 2022-410987 | **For enquiries provide document no.** | Orbit Energy and Power |
| Customer No. | 17099 | Process ID          070475 | Alan 215-668-6316 |
| | | | 570 Mantua Blvd |
| | | | Sewell, NJ 08080 |

| Acc. manager | Patrick Hayes | Reference      Combiner Order |
|---|---|---|
| | | Your receipt |
| Delivery terms | Ex Works | Your VAT ID |
| Shipment type | Freight | Your VAT-ID |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property,
we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no.  Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|
| 1 | **KU22583** | 10/24/2022 | **7 pcs.** | **884.86** | **6,194.02** |
| | Enphase AC combiner with IQ Envoy PCBA<, 80A | | | | |
| | X-IQ-AM1-240-4 | | | 115.50 kg | |

| | | | | | |
|---|---|---|---|---|---|
| | | **Subtotal    US$** | | | **6,194.02** |
| | add. Freight w/o tax | | | | 330.00 |
| | Subtotal | | | | 6,524.02 |
| | V.A.T. | 0.00 | % of | 6,524.02 | 0.00 |
| | | **Total sum    US$** | | | **6,524.02** |

global solar distribution 

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken,NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas      Routing Number: 021001033
60 Wall Street 15th Fl                    SWIFT Code: BKTRUS33
New York, NY 10005                        Account Number: 00371653

**_Agreed payment terms:_**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 11/23/2022) | net | 6,524.02USD |

global · · · distribution  **krannich**

Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-411556                                                   11/3/2022

Ref.         Delivery note 2022-310843

| | | | | | **Delivery address** |
Orbit Energy and Power
Mike 908-472-9731
75 twinbridge dr
Pennsauken, NJ 08110

Document no.    2022-411556         **For enquiries provide document no.**
Customer No.    17099               Process ID        071021

| Acc. manager | Patrick Hayes | Reference    Enphase |
| | | Your receipt |
| Delivery terms | Ex Works | Your VAT ID |
| Shipment type | Freight | Your VAT-ID |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|
| 1 | **KU22466** | 11/3/2022 | **720** pcs. | **101.83** | **73,317.60** |
| | Enphase IQ8+ Microinverter | | | | |
| | IQ8PLUS-72-2-US *BLUE* | | | 1713.60 kg | |
| | Enphase IQ8+ microinverter, compatible with 72-cell PV modules, | | | | |
| | 240V, 300VA peak power, Enphase Q Bulkhead Connector | | | | |

S/N.   43989024591; 43989024592; 43989024593; 43989024594; 43989024595; 43989024596;
43989024597; 43989024598; 43989024599; 43989024600; 43989024601; 43989024602;
43989024603; 43989024604; 43989024605; 43989024606; 43989024607; 43989024608;
43989024609; 43989024610; 43989024611; 43989024612; 43989024613; 43989024614;
43989024615; 43989024616; 43989024617; 43989024618; 43989024619; 43989024620;
43989024621; 43989024622; 43989024623; 43989024624; 43989024625; 43989024626;
43989024627; 43989024628; 43989024629; 43989024630; 43989024631; 43989024632;
43989024633; 43989024634; 43989024635; 43989024636; 43989024637; 43989024638;
43989024639; 43989024640; 43989024641; 43989024642; 43989024643; 43989024644;
43989024645; 43989024646; 43989024647; 43989024648; 43989024649; 43989024650;
43989024651; 43989024652; 43989024653; 43989024654; 43989024655; 43989024656;
43989024657; 43989024658; 43989024659; 43989024660; 43989024661; 43989024662;
43989024663; 43989024664; 43989024665; 43989024666; 43989024667; 43989024668;
43989024669; 43989024670; 43989024671; 43989024672; 43989024673; 43989024674;
43989024675; 43989024676; 43989024677; 43989024678; 43989024679; 43989024680;
43989024681; 43989024682; 43989024683; 43989024684; 43989024685; 43989024686;
43989024687; 43989024688; 43989024689; 43989024690; 43989024691; 43989024692;
43989024693; 43989024694; 43989024695; 43989024696; 43989024697; 43989024698;
43989024699; 43989024700; 43989024701; 43989024702; 43989024703; 43989024704;
43989024705; 43989024706; 43989024707; 43989024708; 43989024709; 43989024710;
43989024711; 43989024712; 43989024713; 43989024714; 43989024715; 43989024716;
43989024717; 43989024718; 43989024719; 43989024720; 43989024721; 43989024722;

**Amount carried over        73,317.60**

Krannich Solar East LLC          75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

global solar distribution



| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| | | 43989024723; 43989024724; 43989024725; 43989024726; 43989024727; 43989024728; | | | | |
| | | 43989024729; 43989024730; 43989024731; 43989024732; 43989024733; 43989024734; | | | | |
| | | 43989024735; 43989024736; 43989024737; 43989024738; 43989024739; 43989024740; | | | | |
| | | 43989024741; 43989024742; 43989024743; 43989024744; 43989024745; 43989024746; | | | | |
| | | 43989024747; 43989024748; 43989024749; 43989024750; 43989024751; 43989024752; | | | | |
| | | 43989024753; 43989024754; 43989024755; 43989024756; 43989024757; 43989024758; | | | | |
| | | 43989024759; 43989024760; 43989024761; 43989024762; 43989024763; 43989024764; | | | | |
| | | 43989024765; 43989024766; 43989024767; 43989024768; 43989024769; 43989024770; | | | | |
| | | 43989024771; 43989024772; 43989024773; 43989024774; 43989024775; 43989024776; | | | | |
| | | 43989024777; 43989024778; 43989024779; 43989024780; 43989024781; 43989024782; | | | | |
| | | 43989024783; 43989024784; 43989024785; 43989024786; 43989024787; 43989024788; | | | | |
| | | 43989024789; 43989024790; 43989024791; 43989024792; 43989024793; 43989024794; | | | | |
| | | 43989024795; 43989024796; 43989024797; 43989024798; 43989024799; 43989024800; | | | | |
| | | 43989024801; 43989024802; 43989024803; 43989024804; 43989024805; 43989024806; | | | | |
| | | 43989024807; 43989024808; 43989024809; 43989024810; 43989024811; 43989024812; | | | | |
| | | 43989024813; 43989024814; 43989024815; 43989024816; 43989024817; 43989024818; | | | | |
| | | 43989024819; 43989024820; 43989024821; 43989024822; 43989024823; 43989024824; | | | | |
| | | 43989024825; 43989024826; 43989024827; 43989024828; 43989024829; 43989024830; | | | | |
| | | 43989024831; 43989024832; 43989024833; 43989024834; 43989024835; 43989024836; | | | | |
| | | 43989024837; 43989024838; 43989024839; 43989024840; 43989024841; 43989024842; | | | | |
| | | 43989024843; 43989024844; 43989024845; 43989024846; 43989024847; 43989024848; | | | | |
| | | 43989024849; 43989024850; 43989024851; 43989024852; 43989024853; 43989024854; | | | | |
| | | 43989024855; 43989024856; 43989024857; 43989024858; 43989024859; 43989024860; | | | | |
| | | 43989024861; 43989024862; 43989024863; 43989024864; 43989024865; 43989024866; | | | | |
| | | 43989024867; 43989024868; 43989024869; 43989024870; 43989024871; 43989024872; | | | | |
| | | 43989024873; 43989024874; 43989024875; 43989024876; 43989024877; 43989024878; | | | | |
| | | 43989024879; 43989024880; 43989024881; 43989024882; 43989024883; 43989024884; | | | | |
| | | 43989024885; 43989024886; 43989024887; 43989024888; 43989024889; 43989024890; | | | | |
| | | 43989024891; 43989024892; 43989024893; 43989024894; 43989024895; 43989024896; | | | | |
| | | 43989024897; 43989024898; 43989024899; 43989024900; 43989024901; 43989024902; | | | | |
| | | 43989024903; 43989024904; 43989024905; 43989024906; 43989024907; 43989024908; | | | | |
| | | 43989024909; 43989024910; 43989024911; 43989024912; 43989024913; 43989024914; | | | | |
| | | 43989024915; 43989024916; 43989024917; 43989024918; 43989024919; 43989024920; | | | | |
| | | 43989024921; 43989024922; 43989024923; 43989024924; 43989024925; 43989024926; | | | | |
| | | 43989024927; 43989024928; 43989024929; 43989024930; 43989024931; 43989024932; | | | | |
| | | 43989024933; 43989024934; 43989024935; 43989024936; 43989024937; 43989024938; | | | | |
| | | 43989024939; 43989024940; 43989024941; 43989024942; 43989024943; 43989024944; | | | | |
| | | 43989024945; 43989024946; 43989024947; 43989024948; 43989024949; 43989024950; | | | | |
| | | 43989024951; 43989024952; 43989024953; 43989024954; 43989024955; 43989024956; | | | | |
| | | 43989024957; 43989024958; 43989024959; 43989024960; 43989024961; 43989024962; | | | | |
| | | 43989024963; 43989024964; 43989024965; 43989024966; 43989024967; 43989024968; | | | | |
| | | 43989024969; 43989024970; 43989024971; 43989024972; 43989024973; 43989024974; | | | | |
| | | 43989024975; 43989024976; 43989024977; 43989024978; 43989024979; 43989024980; | | | | |
| | | 43989024981; 43989024982; 43989024983; 43989024984; 43989024985; 43989024986; | | | | |
| | | 43989024987; 43989024988; 43989024989; 43989024990; 43989024991; 43989024992; | | | | |
| | | 43989024993; 43989024994; 43989024995; 43989024996; 43989024997; 43989024998; | | | | |
| | | 43989024999; 43989025000; 43989025001; 43989025002; 43989025003; 43989025004; | | | | |
| | | 43989025005; 43989025006; 43989025007; 43989025008; 43989025009; 43989025010; | | | | |
| | | 43989025011; 43989025012; 43989025013; 43989025014; 43989025015; 43989025016; | | | | |
| | | 43989025017; 43989025018; 43989025019; 43989025020; 43989025021; 43989025022; | | | | |
| | | 43989025023; 43989025024; 43989025025; 43989025026; 43989025027; 43989025028; | | | | |
| | | 43989025029; 43989025030; 43989025031; 43989025032; 43989025033; 43989025034; | | | | |
| | | 43989025035; 43989025036; 43989025037; 43989025038; 43989025039; 43989025040; | | | | |
| | | 43989025041; 43989025042; 43989025043; 43989025044; 43989025045; 43989025046; | | | | |
| | | 43989025047; 43989025048; 43989025049; 43989025050; 43989025051; 43989025052; | | | | |
| | | 43989025053; 43989025054; 43989025055; 43989025056; 43989025057; 43989025058; | | | | |
| | | 43989025059; 43989025060; 43989025061; 43989025062; 43989025063; 43989025064; | | | | |
| | | 43989025065; 43989025066; 43989025067; 43989025068; 43989025069; 43989025070; | | | | |
| | | 43989025071; 43989025072; 43989025073; 43989025074; 43989025075; 43989025076; | | | | |
| | | 43989025077; 43989025078; 43989025079; 43989025080; 43989025081; 43989025082; | | | | |
| | | 43989025083; 43989025084; 43989025085; 43989025086; 43989025087; 43989025088; | | | | |

**Amount carried over**          73,317.60

global solar distribution



Invoice 2022-411556          Page 3 of 4

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|------|-------------|-------------|----------|-----------|------------|-------------|
| | | 43989025089; 43989025090; 43989025091; 43989025092; 43989025093; 43989025094; 43989025095; 43989025096; 43989025097; 43989025098; 43989025099; 43989025100; 43989025101; 43989025102; 43989025103; 43989025104; 43989025105; 43989025106; 43989025107; 43989025108; 43989025109; 43989025110; 43989025111; 43989025112; 43989025113; 43989025114; 43989025115; 43989025116; 43989025117; 43989025118; 43989025119; 43989025120; 43989025121; 43989025122; 43989025123; 43989025124; 43989025125; 43989025126; 43989025127; 43989025128; 43989025129; 43989025130; 43989025131; 43989025132; 43989025133; 43989025134; 43989025135; 43989025136; 43989025137; 43989025138; 43989025139; 43989025140; 43989025141; 43989025142; 43989025143; 43989025144; 43989025145; 43989025146; 43989025147; 43989025148; 43989025149; 43989025150; 43989025151; 43989025152; 43989025153; 43989025154; 43989025155; 43989025156; 43989025157; 43989025158; 43989025159; 43989025160; 43989025161; 43989025162; 43989025163; 43989025164; 43989025165; 43989025166; 43989025167; 43989025168; 43989025169; 43989025170; 43989025171; 43989025172; 43989025173; 43989025174; 43989025175; 43989025176; 43989025177; 43989025178; 43989025179; 43989025180; 43989025181; 43989025182; 43989025183; 43989025184; 43989025185; 43989025186; 43989025187; 43989025188; 43989025189; 43989025190; 43989025191; 43989025192; 43989025193; 43989025194; 43989025195; 43989025196; 43989025197; 43989025198; 43989025199; 43989025200; 43989025201; 43989025202; 43989025203; 43989025204; 43989025205; 43989025206; 43989025207; 43989025208; 43989025209; 43989025210; 43989025211; 43989025212; 43989025213; 43989025214; 43989025215; 43989025216; 43989025217; 43989025218; 43989025219; 43989025220; 43989025221; 43989025222; 43989025223; 43989025224; 43989025225; 43989025226; 43989025227; 43989025228; 43989025229; 43989025230; 43989025231; 43989025232; 43989025233; 43989025234; 43989025235; 43989025236; 43989025237; 43989025238; 43989025239; 43989025240; 43989025241; 43989025242; 43989025243; 43989025244; 43989025245; 43989025246; 43989025247; 43989025248; 43989025249; 43989025250; 43989025251; 43989025252; 43989025253; 43989025254; 43989025255; 43989025256; 43989025257; 43989025258; 43989025259; 43989025260; 43989025261; 43989025262; 43989025263; 43989025264; 43989025265; 43989025266; 43989025267; 43989025268; 43989025269; 43989025270; 43989025271; 43989025272; 43989025273; 43989025274; 43989025275; 43989025276; 43989025277; 43989025278; 43989025279; 43989025280; 43989025281; 43989025282; 43989025283; 43989025284; 43989025285; 43989025286; 43989025287; 43989025288; 43989025289; 43989025290; 43989025291; 43989025292; 43989025293; 43989025294; 43989025295; 43989025296; 43989025297; 43989025298; 43989025299; 43989025300; 43989025301; 43989025302; 43989025303; 43989025304; 43989025305; 43989025306; 43989025307; 43989025308; 43989025309; 43989025310 | | | | |
| 2 | KU20108 | Enphase  Terminator Cap for IQ Cable ends | 11/3/2022 | 310 pcs. | 14.92 | 4,625.20 |
| | | Q-TERM-10 | | | 155.00 kg | |

| | | |
|---|---|---|
| **Subtotal**   US$ | | **77,942.80** |
| add. Freight w/o tax | | 0.00 |
| Subtotal | | 77,942.80 |
| V.A.T. | 0.00   % of   77,942.80 | 0.00 |
| **Total sum**   US$ | | **77,942.80** |

global solar distribution                                    **krannich**

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken, NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas    Routing Number: 021001033
60 Wall Street 15th Fl                  SWIFT Code: BKTRUS33
New York, NY 10005                      Account Number: 00371653

**_Agreed payment terms:_**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 12/3/2022) | net | 77,942.80USD |

global solar distribution



Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-411839

11/10/2022

Ref.          Delivery note 2022-310823

**Delivery address**
Orbit Energy and Power
Alan 215-668-6316
75 Twinbridge dr
Pennsauken, NJ 08110

| | |
|---|---|
| Document no. | 2022-411839 |
| Customer No. | 17099 |

| | |
|---|---|
| For enquiries provide document no. | |
| Process ID | 071284 |

| Acc. manager | Patrick Hayes | Reference | SolaTrim |
|---|---|---|---|
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|
| 1 | **KU20169** | 11/7/2022 | **3 pack** | **275.50** | **826.50** |
| | SolaTrim 5.5  Pest Abatement Barrier (pack of 25) | | | | |
| | ST-550 | | | 32.40 kg | |
| | pack contains 25 pcs. | | | | |

| | | | | |
|---|---|---|---|---|
| | **Subtotal** | **US$** | | **826.50** |
| | add. Freight w/o tax | | | 0.00 |
| | Subtotal | | | 826.50 |
| | V.A.T. | 0.00 | % of | 826.50 | 0.00 |
| | **Total sum** | **US$** | | **826.50** |

global solar distribution



Invoice 2022-411839          Page  2  of  2

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken,NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas     Routing Number: 021001033
60 Wall Street 15th Fl                              SWIFT Code: BKTRUS33
New York, NY 10005                              Account Number: 00371653

*Agreed payment terms:*

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 12/10/2022) | net | 826.50USD |

global solar distribution



---

Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-411846                                              11/10/2022

Ref.        Delivery note 2022-310897

|  |  | **Delivery address** |
|--|--|--|
| Document no. | 2022-411846 | Orbit Energy and Power |
| Customer No. | 17099 | Alan 215-668-6316 |
|  |  | 75 Twin Bridge Dr |
|  |  | Pennsauken, NJ 08110 |

For enquiries provide document no.
Process ID        071287

| Acc. manager | Patrick Hayes | Reference | IQ8+ Order |
|---|---|---|---|
|  |  | Your receipt |  |
| Delivery terms | Ex Works | Your VAT ID |  |
| Shipment type | Freight | Your VAT-ID |  |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| **2** | **KU22466** | Enphase IQ8+ Microinverter MC4 | 11/9/2022 | 442 pcs. | 101.83 | 45,008.86 |
|  |  | IQ8PLUS-72-2-US *BLUE* |  |  | 1051.96 kg |  |
|  |  | Enphase IQ8+ microinverter, compatible with 72-cell PV modules, |  |  |  |  |
|  |  | 240V, 300VA peak power, Enphase Q Bulkhead Connector |  |  |  |  |

**Amount carried over        45,008.86**

global solar distribution

# krannich

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| | | S/N. | | | | |

840939163; 840939164; 840939165; 840939166; 840939167; 840939168; 840939169; 840939170;
840939171; 840939172; 840939173; 840939174; 840939175; 840939176; 840939177; 840939178;
840939179; 840939180; 840939181; 840939182; 840939183; 840939184; 840939185; 840939186;
840939187; 840939188; 840939189; 840939190; 840939191; 840939192; 840939193; 840939194;
840939195; 840939196; 840939197; 840939198; 840939199; 840939200; 840939201; 840939202;
840939203; 840939204; 840939205; 840939206; 840939207; 840939208; 840939209; 840939210;
840939211; 840939212; 840939213; 840939214; 840939215; 840939216; 840939217; 840939218;
840939219; 840939220; 840939221; 840939222; 840939223; 840939224; 840939225; 840939226;
840939228; 840939229; 840939230; 840939231; 840939232; 840939233; 840939234;
840939235; 840939236; 840939237; 840939238; 840939239; 840939240; 840939241; 840939242;
840939244; 840939245; 840939246; 840939247; 840939248; 840939249; 840939250;
840939251; 840939252; 840939253; 840939254; 840939255; 840939256; 840939257; 840939258;
840939259; 840939260; 840939261; 840939262; 840939263; 840939264; 840939265; 840939266;
840939267; 840939268; 840939269; 840939270; 840939271; 840939272; 840939273; 840939274;
840939275; 840939276; 840939277; 840939278; 840939279; 840939280; 840939281; 840939282;
840939283; 840939284; 840939285; 840939286; 840939287; 840939288; 840939289; 840939290;
840939291; 840939292; 840939293; 840939294; 840939295; 840939296; 840939297; 840939298;
840939299; 840939300; 840939301; 840939302; 840939303; 840939304; 840939305; 840939306;
840939307; 840939308; 840939309; 840939310; 840939311; 840939312; 840939313; 840939314;
840939315; 840939316; 840939317; 840939318; 840939319; 840939320; 840939321; 840939322;
840939323; 840939324; 840939325; 840939326; 840939327; 840939328; 840939329; 840939330;
840939331; 840939332; 840939333; 840939334; 840939335; 840939336; 840939337; 840939338;
840939339; 840939340; 840939341; 840939342; 840939343; 840939344; 840939345; 840939346;
840939347; 840939348; 840939349; 840939350; 840939351; 840939352; 840939353; 840939354;
840939355; 840939356; 840939357; 840939358; 840939359; 840939360; 840939361; 840939362;
840939363; 840939364; 840939365; 840939366; 840939367; 840939368; 840939369; 840939370;
840939371; 840939372; 840939373; 840939374; 840939375; 840939376; 840939377; 840939378;
840939379; 840939380; 840939381; 840939382; 840939383; 840939384; 840939385; 840939386;
840939387; 840939388; 840939389; 840939390; 840939391; 840939392; 840939393; 840939394;
840939395; 840939396; 840939397; 840939398; 840939399; 840939400; 840939401; 840939402;
840939403; 840939404; 840939405; 840939406; 840939407; 840939408; 840939409; 840939410;
840939411; 840939412; 840939413; 840939414; 840939415; 840939416; 840939417; 840939418;
840939419; 840939420; 840939421; 840939422; 840939423; 840939424; 840939425; 840939426;
840939427; 840939428; 840939429; 840939430; 840939431; 840939432; 840939433; 840939434;
840939435; 840939436; 840939437; 840939438; 840939439; 840939440; 840939441; 840939442;
840939444; 840939445; 840939446; 840939447; 840939448; 840939449; 840939450;
840939451; 840939452; 840939453; 840939454; 840939455; 840939456; 840939457; 840939458;
840939460; 840939461; 840939462; 840939463; 840939464; 840939465; 840939466;
840939467; 840939468; 840939469; 840939470; 840939471; 840939472; 840939473; 840939474;
840939476; 840939477; 840939478; 840939479; 840939480; 840939481; 840939482;
840939483; 840939484; 840939485; 840939486; 840939487; 840939488; 840939489; 840939490;
840939492; 840939493; 840939494; 840939495; 840939496; 840939497; 840939498;
840939499; 840939500; 840939501; 840939502; 840939503; 840939504; 840939505; 840939506;
840939507; 840939508; 840939509; 840939510; 840939511; 840939512; 840939513; 840939514;
840939515; 840939516; 840939517; 840939518; 840939519; 840939520; 840939521; 840939522;
840939523; 840939524; 840939525; 840939526; 840939527; 840939528; 840939529; 840939530;
840939531; 840939532; 840939533; 840939534; 840939535; 840939536; 840939537; 840939538;
840939539; 840939540; 840939541; 840939542; 840939543; 840939544; 840939545; 840939546;
840939547; 840939548; 840939549; 840939550; 840939551; 840939552; 840939553; 840939554;
840939555; 840939556; 840939557; 840939558; 840939559; 840939560; 840939561; 840939562;
840939563; 840939564; 840939565; 840939566; 840939567; 840939568; 840939569; 840939570;
840939571; 840939572; 840939573; 840939574; 840939575; 840939576; 840939577; 840939578;
840939579; 840939580; 840939581; 840939582; 840939583; 840939584; 840939585; 840939586;
840939587; 840939588; 840939589; 840939590; 840939591; 840939592; 840939593; 840939594;
840939595; 840939596; 840939597; 840939598; 840939599; 840939600; 840939601; 840939602;
840939603; 840939604

|  | **Subtotal** | **US$** | **45,008.86** |
|---|---|---|---|
| add. Freight w/o tax | | | 0.00 |

global solar distribution



| | | | | |
|---|---|---|---|---|
| Subtotal | | | | 45,008.86 |
| V.A.T. | 0.00 | % of | 45,008.86 | 0.00 |
| | | **Total sum** | **US$** | **45,008.86** |

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken, NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas    Routing Number: 021001033
60 Wall Street 15th Fl                  SWIFT Code: BKTRUS33
New York, NY 10005                      Account Number: 00371653

**_Agreed payment terms:_**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 12/10/2022) | net | 45,008.86USD |

global solar distribution                           **krannich**

---

Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

### Invoice 2022-411847                                                    11/10/2022

Ref.          Delivery note 2022-310902

| | | | |
|---|---|---|---|
| Document no. | 2022-411847 | **For enquiries provide document no.** | |
| Customer No. | 17099 | Process ID | 071287 |

**Delivery address**
Orbit Energy and Power
Alan 215-668-6316
75 Twin Bridge Dr
Pennsauken, NJ 08110

| | | | |
|---|---|---|---|
| Acc. manager | Patrick Hayes | Reference | IQ8+ Order |
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| **3** | **KU23174** | | **11/9/2022** | **120 pcs.** | **101.83** | **12,219.60** |
| | Enphase IQ8+ Microinverter BULK Connector IQ8PLUS-72-M-US | | | | 285.60 kg | |
| | Enphase IQ8+ microinverter, compatible with 72-cell PV modules, 240V, 300VA peak power, Enphase Q Bulkhead Connector | | | | | |

S/N.   713209470316; 713209470317; 713209470318; 713209470319; 713209470320; 713209470321; 713209470322; 713209470323; 713209470324; 713209470325; 713209470326; 713209470327; 713209470328; 713209470329; 713209470330; 713209470331; 713209470332; 713209470333; 713209470334; 713209470335; 713209470336; 713209470337; 713209470338; 713209470339; 713209470340; 713209470341; 713209470342; 713209470343; 713209470344; 713209470345; 713209470346; 713209470347; 713209470348; 713209470349; 713209470350; 713209470351; 713209470352; 713209470353; 713209470354; 713209470355; 713209470356; 713209470357; 713209470358; 713209470359; 713209470360; 713209470361; 713209470362; 713209470363; 713209470364; 713209470365; 713209470366; 713209470367; 713209470368; 713209470369; 713209470370; 713209470371; 713209470372; 713209470373; 713209470374; 713209470375; 713209470376; 713209470377; 713209470378; 713209470379; 713209470380; 713209470381; 713209470382; 713209470383; 713209470384; 713209470385; 713209470386; 713209470387; 713209470388; 713209470389; 713209470390; 713209470391; 713209470392; 713209470393; 713209470394; 713209470395; 713209470396; 713209470397; 713209470398; 713209470399; 713209470400; 713209470401; 713209470402; 713209470403; 713209470404; 713209470405; 713209470406; 713209470407; 713209470408; 713209470409; 713209470410; 713209470411; 713209470412; 713209470413; 713209470414; 713209470415; 713209470416; 713209470417; 713209470418; 713209470419; 713209470420; 713209470421; 713209470422; 713209470423; 713209470424; 713209470425; 713209470426; 713209470427; 713209470428; 713209470429; 713209470430; 713209470431; 713209470432; 713209470433; 713209470434; 713209470435

| | | |
|---|---|---|
| | **Subtotal   US$** | **12,219.60** |

---

Krannich Solar East LLC        75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

global solar distribution 

| | | | | |
|---|---|---|---|---|
| add. Freight w/o tax | | | | 0.00 |
| Subtotal | | | | 12,219.60 |
| V.A.T. | 0.00 | % of | 12,219.60 | 0.00 |
| | | **Total sum** | **US$** | **12,219.60** |

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken, NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas     Routing Number: 021001033
60 Wall Street 15th Fl                   SWIFT Code: BKTRUS33
New York, NY 10005                       Account Number: 00371653

**Agreed payment terms:**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 12/10/2022) | net | 12,219.60USD |

global solar distribution 

Krannich Solar East LLC – 75 Twinbridge Dr – Suite H – Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-411848

11/10/2022

Ref.    Delivery note 2022-310934

| | | | | |
|---|---|---|---|---|
| Document no. | 2022-411848 | For enquiries provide document no. | | |
| Customer No. | 17099 | Process ID | 071287 | |

**Delivery address**
Orbit Energy and Power
Alan 215-668-6316
75 Twin Bridge Dr
Pennsauken, NJ 08110

| | | | |
|---|---|---|---|
| Acc. manager | Patrick Hayes | Reference | IQ8+ Order |
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|
| 3 | **KU23174** | 11/9/2022 | **158** pcs. | 101.83 | **16,089.14** |
| | Enphase IQ8+ Microinverter BULK Connector | | | | |
| | IQ8PLUS-72-M-US | | | 376.04 kg | |
| | Enphase IQ8+ microinverter, compatible with 72- | | | | |
| | cell PV modules, | | | | |
| | 240V, 300VA peak power, Enphase Q Bulkhead | | | | |
| | Connector | | | | |

| | | |
|---|---|---|
| | **Amount carried over** | **16,089.14** |

Krannich Solar East LLC        75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

global solar distribution



| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|------|-------------|-------------|----------|-----------|------------|-------------|
|      |             | S/N.        | 218021829292; 218021829293; 218021829294; 218021829295; 218021829296; 218021829297; 218021829298; 218021829299; 218021829300; 218021829301; 218021829302; 218021829303; 218021829304; 218021829305; 218021829306; 218021829307; 218021829308; 218021829309; 218021829310; 218021829311; 218021829312; 218021829313; 218021829314; 218021829315; 218021829316; 218021829317; 218021829318; 218021829319; 218021829320; 218021829321; 218021829322; 218021829323; 218021829324; 218021829325; 218021829326; 218021829327; 218021829328; 218021829329; 218021829330; 218021829331; 218021829332; 218021829333; 218021829334; 218021829335; 218021829336; 218021829337; 218021829338; 218021829339; 218021829340; 218021829341; 218021829342; 218021829343; 218021829344; 218021829345; 218021829346; 218021829347; 218021829348; 218021829349; 218021829350; 218021829351; 218021829352; 218021829353; 218021829354; 218021829355; 218021829356; 218021829357; 218021829358; 218021829359; 218021829360; 218021829361; 218021829362; 218021829363; 218021829364; 218021829365; 218021829366; 218021829367; 218021829368; 218021829369; 218021829370; 218021829371; 218021829372; 218021829373; 218021829374; 218021829375; 218021829376; 218021829377; 218021829378; 218021829379; 218021829380; 218021829381; 218021829382; 218021829383; 218021829384; 218021829385; 218021829386; 218021829387; 218021829388; 218021829389; 218021829390; 218021829391; 218021829392; 218021829393; 218021829394; 218021829395; 218021829396; 218021829397; 218021829398; 218021829399; 218021829400; 218021829401; 218021829402; 218021829403; 218021829404; 218021829405; 218021829406; 218021829407; 218021829408; 218021829409; 218021829410; 218021829411; 218021829412; 218021829413; 218021829414; 218021829415; 218021829416; 218021829417; 218021829418; 218021829419; 218021829420; 218021829421; 218021829422; 218021829423; 218021829424; 218021829425; 218021829426; 218021829427; 218021829428; 218021829429; 218021829430; 218021829431; 218021829432; 218021829433; 218021829434; 218021829435; 218021829436; 218021829437; 218021829438; 218021829439; 218021829440; 218021829441; 218021829442; 218021829443; 218021829444; 218021829445; 218021829446; 218021829447; 218021829448; 218021829449 |       |            |             |

|                        |        |       |           |            |
|------------------------|--------|-------|-----------|------------|
| **Subtotal**  US$      |        |       |           | **16,089.14** |
| add. Freight w/o tax   |        |       |           | 0.00       |
| Subtotal               |        |       |           | 16,089.14  |
| V.A.T.                 | 0.00   | % of  | 16,089.14 | 0.00       |
| **Total sum**  US$     |        |       |           | **16,089.14** |

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken,NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas      Routing Number: 021001033
60 Wall Street 15th Fl                    SWIFT Code: BKTRUS33
New York, NY 10005                        Account Number: 00371653

**Agreed payment terms:**

| Payment by | Invoice |  |  |
|------------|---------|------|-------------|
| 30Days | (to 12/10/2022) | net | 16,089.14USD |

global solar distribution



Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-412073

11/17/2022

| Ref. | Delivery note 2022-311132 |
| --- | --- |

**Delivery address**
Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

| Document no. | 2022-412073 | For enquiries provide document no. | |
| --- | --- | --- | --- |
| Customer No. | 17099 | Process ID | 071546 |

| Acc. manager | Patrick Hayes | Reference | 11/14/22 Order |
| --- | --- | --- | --- |
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no.  Description | Delivery | Qty. Unit | Unit price | | Total price |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | **KU20108** | 11/16/2022 | **300 pcs.** | 25.73 | 42.00 % | **4,477.02** |
| | Enphase  Terminator Cap for IQ Cable ends | | | | | |
| | Q-TERM-10 | | | | 150.00 kg | |
| 2 | **KU20507** | 11/16/2022 | **10 pack** | 180.70 | 42.00 % | **1,048.06** |
| | Enphase Q-CONN IQ field wireable connector | | | | | |
| | Q-CONN-10F Pack =10 Pcs | | | | 11.00 kg | |
| | pack contains 10 pcs. | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | **Subtotal  US$** | | | **5,525.08** |
| add. Freight w/o tax | | | | 0.00 |
| Subtotal | | | | 5,525.08 |
| V.A.T. | 0.00 | % of | 5,525.08 | 0.00 |
| | **Total sum  US$** | | | **5,525.08** |

global solar distribution



Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken, NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas    Routing Number: 021001033
60 Wall Street 15th Fl                  SWIFT Code: BKTRUS33
New York, NY 10005                      Account Number: 00371653

**_Agreed payment terms:_**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 12/17/2022) | net | 5,525.08USD |

global solar distribution                                          **krannich** 

Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

### Invoice 2022-412073                                               11/17/2022

| Ref. | Delivery note 2022-311132 | **Delivery address** |
|------|---------------------------|----------------------|
| | | Orbit Energy and Power |
| | | Alan 215-668-6316 |
| Document no. | 2022-412073 | **For enquiries provide document no.** | 570 Mantua Blvd |
| Customer No. | 17099 | Process ID       071546 | Sewell, NJ 08080 |

| Acc. manager | Patrick Hayes | Reference      11/14/22 Order |
|--------------|---------------|-------------------------------|
| | | Your receipt |
| Delivery terms | Ex Works | Your VAT ID |
| Shipment type | Freight | Your VAT-ID |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property,
we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no.  Description | Delivery | Qty. Unit | Unit price | | Total price |
|------|-------------------------|----------|-----------|------------|---|------------|
| **1** | **KU20108** | 11/16/2022 | **300 pcs.** | **25.73** | **42.00 %** | **4,477.02** |
| | Enphase  Terminator Cap for IQ Cable ends | | | | | |
| | Q-TERM-10 | | | | 150.00 kg | |
| | | | | | | |
| **2** | **KU20507** | 11/16/2022 | **10 pack** | **180.70** | **42.00 %** | **1,048.06** |
| | Enphase Q-CONN IQ field wireable connector | | | | | |
| | Q-CONN-10F Pack =10 Pcs | | | | 11.00 kg | |
| | pack contains 10 pcs. | | | | | |

| | | | | |
|---|---|---|---|---|
| | **Subtotal** | **US$** | | **5,525.08** |
| add. Freight w/o tax | | | | 0.00 |
| Subtotal | | | | 5,525.08 |
| V.A.T. | 0.00 | % of | 5,525.08 | 0.00 |
| | **Total sum** | **US$** | | **5,525.08** |

Krannich Solar East LLC          75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

global solar distribution                          

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken, NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"


Bank Information:

Deutsche Bank Trust Company Americas      Routing Number: 021001033
60 Wall Street 15th Fl                    SWIFT Code: BKTRUS33
New York, NY 10005                        Account Number: 00371653


**_Agreed payment terms:_**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 12/17/2022) | net | 5,525.08USD |

global solar distribution          

---

Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-412277                                                 11/28/2022

Ref.          Delivery note 2022-311271

| | | | |
|---|---|---|---|
| | | | **Delivery address** |
| | | | Orbit Energy and Power |
| | | | Alan 215-668-6316 |
| Document no. | 2022-412277 | **For enquiries provide document no.** | 570 Mantua Blvd |
| Customer No. | 17099 | Process ID        071677 | Sewell, NJ 08080 |

| | | | |
|---|---|---|---|
| Acc. manager | Patrick Hayes | Reference     11/21/22 Order | |
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| 1 | **KU23174** | | 11/21/2022 | **680** pcs. | **101.83** | **69,244.40** |
| | Enphase IQ8+ Microinverter BULK Connector | | | | | |
| | IQ8PLUS-72-M-US *GOLD* | | | 1618.40 kg | | |
| | Enphase IQ8+ microinverter, compatible with 72-cell PV modules, | | | | | |
| | 240V, 300VA peak power, Enphase Q Bulkhead Connector | | | | | |

S/N.    218021830046; 218021830047; 218021830048; 218021830049; 218021830050; 218021830051;
218021830052; 218021830053; 218021830054; 218021830055; 218021830056; 218021830057;
218021830058; 218021830059; 218021830060; 218021830061; 218021830062; 218021830063;
218021830064; 218021830065; 218021830066; 218021830067; 218021830068; 218021830069;
218021830070; 218021830071; 218021830072; 218021830073; 218021830074; 218021830075;
218021830076; 218021830077; 218021830078; 218021830079; 218021830080; 218021830081;
218021830082; 218021830083; 218021830084; 218021830085; 218021830086; 218021830087;
218021830088; 218021830089; 218021830090; 218021830091; 218021830092; 218021830093;
218021830094; 218021830095; 218021830096; 218021830097; 218021830098; 218021830099;
218021830100; 218021830101; 218021830102; 218021830103; 218021830104; 218021830105;
218021830106; 218021830107; 218021830108; 218021830109; 218021830110; 218021830111;
218021830112; 218021830113; 218021830114; 218021830115; 218021830116; 218021830117;
218021830118; 218021830119; 218021830120; 218021830121; 218021830122; 218021830123;
218021830124; 218021830125; 218021830126; 218021830127; 218021830128; 218021830129;
218021830130; 218021830131; 218021830132; 218021830133; 218021830134; 218021830135;
218021830136; 218021830137; 218021830138; 218021830139; 218021830140; 218021830141;
218021830142; 218021830143; 218021830144; 218021830145; 218021830146; 218021830147;
218021830148; 218021830149; 218021830150; 218021830151; 218021830152; 218021830153;
218021830154; 218021830155; 218021830156; 218021830157; 218021830158; 218021830159;
218021830160; 218021830161; 218021830162; 218021830163; 218021830164; 218021830165;
218021830166; 218021830167; 218021830168; 218021830169; 218021830170; 218021830171;
218021830172; 218021830173; 218021830174; 218021830175; 218021830176; 218021830177;

**Amount carried over**          **69,244.40**

global solar **distribution**



Invoice 2022-412277        Page 2 of 4

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|------|-------------|-------------|----------|-----------|------------|-------------|

218021830178; 218021830179; 218021830180; 218021830181; 218021830182; 218021830183;
218021830184; 218021830185; 218021830186; 218021830187; 218021830188; 218021830189;
218021830191; 218021830192; 218021830193; 218021830194; 218021830195;
218021830196; 218021830197; 218021830198; 218021830199; 218021830200; 218021830201;
218021830202; 218021830204; 218021830205; 218021830206; 218021830207;
218021830208; 218021830209; 218021830210; 218021830211; 218021830212; 218021830213;
218021830214; 218021830215; 218021830216; 218021830217; 218021830218; 218021830219;
218021830220; 218021830221; 218021830222; 218021830223; 218021830224; 218021830225;
218021830226; 218021830227; 218021830228; 218021830229; 218021830230; 218021830231;
218021830232; 218021830233; 218021830234; 218021830235; 218021830236; 218021830237;
218021830238; 218021830239; 218021830240; 218021830241; 218021830242; 218021830243;
218021830244; 218021830245; 218021830246; 218021830247; 218021830248; 218021830249;
218021830250; 218021830251; 218021830252; 218021830253; 218021830254; 218021830255;
218021830256; 218021830257; 218021830258; 218021830259; 218021830260; 218021830261;
218021830262; 218021830263; 218021830264; 218021830265; 218021830266; 218021830267;
218021830268; 218021830269; 218021830270; 218021830271; 218021830272; 218021830273;
218021830274; 218021830275; 218021830276; 218021830277; 218021830278; 218021830279;
218021830280; 218021830281; 218021830282; 218021830283; 218021830284; 218021830285;
218021830286; 218021830287; 218021830288; 218021830289; 218021830290; 218021830291;
218021830292; 218021830293; 218021830294; 218021830295; 218021830296; 218021830297;
218021830298; 218021830299; 218021830300; 218021830301; 218021830302; 218021830303;
218021830304; 218021830305; 218021830306; 218021830307; 218021830308; 218021830309;
218021830310; 218021830311; 218021830312; 218021830313; 218021830314; 218021830315;
218021830316; 218021830317; 218021830318; 218021830319; 218021830320; 218021830321;
218021830322; 218021830323; 218021830324; 218021830325; 218021830326; 218021830327;
218021830328; 218021830329; 218021830330; 218021830331; 218021830332; 218021830333;
218021830334; 218021830335; 218021830336; 218021830337; 218021830338; 218021830339;
218021830340; 218021830341; 218021830342; 218021830343; 218021830344; 218021830345;
218021830346; 218021830347; 218021830348; 218021830349; 218021830350; 218021830351;
218021830352; 218021830353; 218021830354; 218021830355; 218021830356; 218021830357;
218021830358; 218021830359; 218021830360; 218021830361; 218021830362; 218021830363;
218021830364; 218021830365; 218021830366; 218021830367; 218021830368; 218021830369;
218021830370; 218021830371; 218021830372; 218021830373; 218021830374; 218021830375;
218021830376; 218021830377; 218021830378; 218021830379; 218021830380; 218021830381;
218021830382; 218021830383; 218021830384; 218021830385; 218021830386; 218021830387;
218021830388; 218021830389; 218021830390; 218021830391; 218021830392; 218021830393;
218021830394; 218021830395; 218021830396; 218021830397; 218021830398; 218021830399;
218021830400; 218021830401; 218021830402; 218021830403; 218021830404; 218021830405;
218021830406; 218021830407; 218021830408; 218021830409; 218021830410; 218021830411;
218021830412; 218021830413; 218021830414; 218021830415; 218021830416; 218021830417;
218021830418; 218021830419; 218021830420; 218021830421; 218021830422; 218021830423;
218021830424; 218021830425; 218021830426; 218021830427; 218021830428; 218021830429;
218021830430; 218021830431; 218021830432; 218021830433; 218021830434; 218021830435;
218021830436; 218021830437; 218021830438; 218021830439; 218021830440; 218021830441;
218021830442; 218021830443; 218021830444; 218021830445; 218021830446; 218021830447;
218021830448; 218021830449; 218021830450; 218021830451; 218021830452; 218021830453;
218021830454; 218021830455; 218021830456; 218021830457; 218021830458; 218021830459;
218021830460; 218021830461; 218021830462; 218021830463; 218021830464; 218021830465;
218021830466; 218021830467; 218021830468; 218021830469; 218021830470; 218021830471;
218021830472; 218021830473; 218021830474; 218021830475; 218021830476; 218021830477;
218021830478; 218021830479; 218021830480; 218021830481; 218021830482; 218021830483;
218021830484; 218021830485; 218021830486; 218021830487; 218021830488; 218021830489;
218021830490; 218021830491; 218021830492; 218021830493; 218021830494; 218021830495;
218021830496; 218021830497; 218021830498; 218021830499; 218021830500; 218021830501;
218021830502; 218021830503; 218021830504; 218021830505; 218021830506; 218021830507;
218021830508; 218021830509; 218021830510; 218021830511; 218021830512; 218021830513;
218021830514; 218021830515; 218021830516; 218021830517; 218021830518; 218021830519;
218021830520; 218021830521; 218021830522; 218021830523; 218021830524; 218021830525;
218021830526; 218021830527; 218021830528; 218021830529; 218021830530; 218021830531;
218021830532; 218021830533; 218021830534; 218021830535; 218021830536; 218021830537;
218021830538; 218021830539; 218021830540; 218021830541; 218021830542; 218021830543;

**Amount carried over      69,244.40**

global solar distribution 

Invoice 2022-412277          Page 3 of 4

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|------|-------------|-------------|----------|-----------|------------|-------------|
| | | 218021830544; 218021830545; 218021830546; 218021830547; 218021830548; 218021830549; 218021830550; 218021830551; 218021830552; 218021830553; 218021830554; 218021830555; 218021830556; 218021830557; 218021830558; 218021830559; 218021830560; 218021830561; 218021830562; 218021830563; 218021830564; 218021830565; 218021830566; 218021830567; 218021830568; 218021830569; 218021830570; 218021830571; 218021830572; 218021830573; 218021830574; 218021830575; 218021830576; 218021830577; 218021830578; 218021830579; 218021830581; 218021830582; 218021830583; 218021830584; 218021830585; 218021830586; 218021830587; 218021830588; 218021830589; 218021830590; 218021830591; 218021830593; 218021830594; 218021830595; 218021830596; 218021830597; 218021830598; 218021830599; 218021830600; 218021830601; 218021830602; 218021830603; 218021830604; 218021830605; 218021830606; 218021830607; 218021830608; 218021830609; 218021830610; 218021830611; 218021830612; 218021830613; 218021830614; 218021830615; 218021830616; 218021830617; 218021830618; 218021830619; 218021830620; 218021830621; 218021830622; 218021830623; 218021830624; 218021830625; 218021830626; 218021830627; 218021830628; 218021830629; 218021830630; 218021830631; 218021830632; 218021830633; 218021830634; 218021830635; 218021830636; 218021830637; 218021830638; 218021830639; 218021830640; 218021830641; 218021830642; 218021830643; 218021830644; 218021830645; 218021830646; 218021830647; 218021830648; 218021830649; 218021830650; 218021830651; 218021830652; 218021830653; 218021830654; 218021830655; 218021830656; 218021830657; 218021830658; 218021830659; 218021830660; 218021830661; 218021830662; 218021830663; 218021830664; 218021830665; 218021830666; 218021830667; 218021830668; 218021830669; 218021830670; 218021830671; 218021830672; 218021830673; 218021830674; 218021830675; 218021830676; 218021830677; 218021830678; 218021830679; 218021830680; 218021830681; 218021830682; 218021830683; 218021830684; 218021830685; 218021830686; 218021830687; 218021830688; 218021830689; 218021830690; 218021830691; 218021830692; 218021830693; 218021830694; 218021830695; 218021830696; 218021830697; 218021830698; 218021830699; 218021830700; 218021830701; 218021830702; 218021830703; 218021830704; 218021830705; 218021830706; 218021830707; 218021830708; 218021830709; 218021830710; 218021830711; 218021830712; 218021830713; 218021830714; 218021830715; 218021830716; 218021830717; 218021830718; 218021830719; 218021830720; 218021830721; 218021830722; 218021830723; 218021830724; 218021830725 | | | | |

| | | |
|---|---|---|
| **Subtotal** | **US$** | **69,244.40** |
| add. Freight w/o tax | | 0.00 |
| Subtotal | | 69,244.40 |
| V.A.T.    0.00    % of    69,244.40 | | 0.00 |
| **Total sum** | **US$** | **69,244.40** |

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken,NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas     Routing Number: 021001033
60 Wall Street 15th Fl                   SWIFT Code: BKTRUS33
New York, NY 10005                       Account Number: 00371653

global solar distribution                                       **krannich**

Invoice  2022-412277          Page  4  of  4

***Agreed payment terms:***

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 12/28/2022) | net | 69,244.40USD |

global solar distribution



Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-412287

11/28/2022

| | | | | |
|---|---|---|---|---|
| Ref. | Delivery note 2022-311321 | | | |

**Delivery address**
Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

| | | | |
|---|---|---|---|
| Document no. | 2022-412287 | **For enquiries provide document no.** | |
| Customer No. | 17099 | Process ID | 071677 |

| | | | |
|---|---|---|---|
| Acc. manager | Patrick Hayes | Reference | 11/21/22 Order |
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property,
we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| 1 | **KU23174** | | 11/23/2022 | **20 pcs.** | **101.83** | **2,036.60** |
| | Enphase IQ8+ Microinverter BULK Connector IQ8PLUS-72-M-US *GOLD* | | | | 47.60 kg | |
| | Enphase IQ8+ microinverter, compatible with 72-cell PV modules, 240V, 300VA peak power, Enphase Q Bulkhead Connector | | | | | |
| | S/N. | 217430923894; 217430923895; 217430923896; 217430923897; 217430923898; 217430923899; 217430923900; 217430923901; 217430923902; 217430923903; 217430923904; 217430923905; 217430923906; 217430923907; 217430923908; 217430923909; 217430923910; 217430923911; 217430923912; 217430923913 | | | | |
| 2 | **KU21433** | | 11/23/2022 | **50 pcs.** | **577.73    42.00 %** | **16,754.17** |
| | Enphase Cell Modem CELLMODEM-M1 | | | | 40.00 kg | |

| | | | | |
|---|---|---|---|---|
| | | **Subtotal** | **US$** | **18,790.77** |
| | add. Freight w/o tax | | | 0.00 |
| | Subtotal | | | 18,790.77 |
| | V.A.T. | 0.00 | % of  18,790.77 | 0.00 |
| | | **Total sum** | **US$** | **18,790.77** |

global solar distribution



Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken, NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas      Routing Number: 021001033
60 Wall Street 15th Fl                    SWIFT Code: BKTRUS33
New York, NY 10005                        Account Number: 00371653

**_Agreed payment terms:_**

| Payment by | Invoice | | |
| --- | --- | --- | --- |
| 30Days | (to 12/28/2022) | net | 18,790.77USD |

global solar distribution



Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-412301

11/28/2022

Ref.          Delivery note 2022-311327

**Delivery address**
Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

Document no.    2022-412301
Customer No.    17099

For enquiries provide document no.
Process ID        071546

| Acc. manager | Patrick Hayes | Reference | 11/14/22 Order |
|---|---|---|---|
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | | Total price |
|---|---|---|---|---|---|---|---|
| 3 | KU20116 | | 11/23/2022 | 5 pcs. | 885.36 | 42.00 % | 2,567.54 |
| | | Enphase IQ Envoy, single phase, RGM accuracy | | | | | |
| | | ENV-IQ-AM1-240 | | | | 5.60 kg | |

| | | | | |
|---|---|---|---|---|
| | | | **Subtotal** **US$** | **2,567.54** |
| | add. Freight w/o tax | | | 0.00 |
| | Subtotal | | | 2,567.54 |
| | V.A.T. | 0.00 | % of    2,567.54 | 0.00 |
| | | | **Total sum** **US$** | **2,567.54** |

global solar distribution



Invoice  2022-412301          Page  2  of  2

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken,NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas      Routing Number: 021001033
60 Wall Street 15th Fl                    SWIFT Code: BKTRUS33
New York, NY 10005                        Account Number: 00371653

**Agreed payment terms:**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 12/28/2022) | net | 2,567.54USD |

global solar distribution                    **krannich** 

---

Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-412398                                      11/29/2022

Ref.        Delivery note 2022-311432

| | | | **Delivery address** |
|---|---|---|---|
| Document no. | 2022-412398 | **For enquiries provide document no.** | Orbit Energy and Power |
| Customer No. | 17099 | Process ID          071802 | Alan 215-668-6316 |
| | | | 570 Mantua Blvd |
| | | | Sewell, NJ 08080 |

| | | | |
|---|---|---|---|
| Acc. manager | Patrick Hayes | Reference | |
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|
| 1 | **KU22466** | 11/29/2022 | **756** pcs. | 101.83 | 76,983.48 |
| | Enphase IQ8+ Microinverter MC4 | | | | |
| | IQ8PLUS-72-2-US *BLUE* | | 1799.28 kg | | |
| | Enphase IQ8+ microinverter, compatible with 72-cell PV modules, | | | | |
| | 240V, 300VA peak power, Enphase Q Bulkhead Connector | | | | |

S/N.  918340843832; 918340843833; 918340843834; 918340843835; 918340843836; 918340843837;
918340843838; 918340843839; 918340843840; 918340843841; 918340843842; 918340843843;
918340843844; 918340843845; 918340843846; 918340843847; 918340843848; 918340843849;
918340843850; 918340843851; 918340843852; 918340843853; 918340843854; 918340843855;
918340843856; 918340843857; 918340843858; 918340843859; 918340843860; 918340843861;
918340843862; 918340843863; 918340843864; 918340843865; 918340843866; 918340843867;
918340843868; 918340843869; 918340843870; 918340843871; 918340843872; 918340843873;
918340843874; 918340843875; 918340843876; 918340843877; 918340843878; 918340843879;
918340843880; 918340843881; 918340843882; 918340843883; 918340843884; 918340843885;
918340843886; 918340843887; 918340843888; 918340843889; 918340843890; 918340843891;
918340843892; 918340843893; 918340843894; 918340843895; 918340843896; 918340843897;
918340843898; 918340843899; 918340843900; 918340843901; 918340843902; 918340843903;
918340843904; 918340843905; 918340843906; 918340843907; 918340843908; 918340843909;
918340843910; 918340843911; 918340843912; 918340843913; 918340843914; 918340843915;
918340843916; 918340843917; 918340843918; 918340843919; 918340843920; 918340843921;
918340843922; 918340843923; 918340843924; 918340843925; 918340843926; 918340843927;
918340843928; 918340843929; 918340843930; 918340843931; 918340843932; 918340843933;
918340843934; 918340843935; 918340843936; 918340843937; 918340843938; 918340843939;
918340843940; 918340843941; 918340843942; 918340843943; 918340843944; 918340843945;
918340843946; 918340843947; 918340843948; 918340843949; 918340843950; 918340843951;
918340843952; 918340843953; 918340843954; 918340843955; 918340843956; 918340843957;
918340843958; 918340843959; 918340843960; 918340843961; 918340843962; 918340843963;

**Amount carried over          76,983.48**

global solar distribution



| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|------|-------------|-------------|----------|-----------|------------|-------------|
| | | 918340843964; 918340843965; 918340843966; 918340843967; 918340843968; 918340843969; | | | | |
| | | 918340843970; 918340843971; 918340843972; 918340843973; 918340843974; 918340843975; | | | | |
| | | 918340843976; 918340843977; 918340843978; 918340843979; 918340843980; 918340843981; | | | | |
| | | 918340843982; 918340843983; 918340843984; 918340843985; 918340843986; 918340843987; | | | | |
| | | 918340843988; 918340843989; 918340843990; 918340843991; 918340843992; 918340843993; | | | | |
| | | 918340843994; 918340843995; 918340843996; 918340843997; 918340843998; 918340843999; | | | | |
| | | 918340844000; 918340844001; 918340844002; 918340844003; 918340844004; 918340844005; | | | | |
| | | 918340844006; 918340844007; 918340844008; 918340844009; 918340844010; 918340844011; | | | | |
| | | 918340844012; 918340844013; 918340844014; 918340844015; 918340844016; 918340844017; | | | | |
| | | 918340844018; 918340844019; 918340844020; 918340844021; 918340844022; 918340844023; | | | | |
| | | 918340844024; 918340844025; 918340844026; 918340844027; 918340844028; 918340844029; | | | | |
| | | 918340844030; 918340844031; 918340844032; 918340844033; 918340844034; 918340844035; | | | | |
| | | 918340844036; 918340844037; 918340844038; 918340844039; 918340844040; 918340844041; | | | | |
| | | 918340844042; 918340844043; 918340844044; 918340844045; 918340844046; 918340844047; | | | | |
| | | 918340844048; 918340844049; 918340844050; 918340844051; 918340844052; 918340844053; | | | | |
| | | 918340844054; 918340844055; 918340844056; 918340844057; 918340844058; 918340844059; | | | | |
| | | 918340844060; 918340844061; 918340844062; 918340844063; 918340844064; 918340844065; | | | | |
| | | 918340844066; 918340844067; 918340844068; 918340844069; 918340844070; 918340844071; | | | | |
| | | 918340844072; 918340844073; 918340844074; 918340844075; 918340844076; 918340844077; | | | | |
| | | 918340844078; 918340844079; 918340844080; 918340844081; 918340844082; 918340844083; | | | | |
| | | 918340844084; 918340844085; 918340844086; 918340844087; 918340844088; 918340844089; | | | | |
| | | 918340844090; 918340844091; 918340844092; 918340844093; 918340844094; 918340844095; | | | | |
| | | 918340844096; 918340844097; 918340844098; 918340844099; 918340844100; 918340844101; | | | | |
| | | 918340844102; 918340844103; 918340844104; 918340844105; 918340844106; 918340844107; | | | | |
| | | 918340844108; 918340844109; 918340844110; 918340844111; 918340844112; 918340844113; | | | | |
| | | 918340844114; 918340844115; 918340844116; 918340844117; 918340844118; 918340844119; | | | | |
| | | 918340844120; 918340844121; 918340844122; 918340844123; 918340844124; 918340844125; | | | | |
| | | 918340844126; 918340844127; 918340844128; 918340844129; 918340844130; 918340844131; | | | | |
| | | 918340844132; 918340844133; 918340844134; 918340844135; 918340844136; 918340844137; | | | | |
| | | 918340844138; 918340844139; 918340844140; 918340844141; 918340844142; 918340844143; | | | | |
| | | 918340844144; 918340844145; 918340844146; 918340844147; 918340844148; 918340844149; | | | | |
| | | 918340844150; 918340844151; 918340844152; 918340844153; 918340844154; 918340844155; | | | | |
| | | 918340844156; 918340844157; 918340844158; 918340844159; 918340844160; 918340844161; | | | | |
| | | 918340844162; 918340844163; 918340844164; 918340844165; 918340844166; 918340844167; | | | | |
| | | 918340844168; 918340844169; 918340844170; 918340844171; 918340844172; 918340844173; | | | | |
| | | 918340844174; 918340844175; 918340844176; 918340844177; 918340844178; 918340844179; | | | | |
| | | 918340844180; 918340844181; 918340844182; 918340844183; 918340844184; 918340844185; | | | | |
| | | 918340844186; 918340844187; 918340844188; 918340844189; 918340844190; 918340844191; | | | | |
| | | 918340844192; 918340844193; 918340844194; 918340844195; 918340844196; 918340844197; | | | | |
| | | 918340844198; 918340844199; 918340844200; 918340844201; 918340844202; 918340844203; | | | | |
| | | 918340844204; 918340844205; 918340844206; 918340844207; 918340844208; 918340844209; | | | | |
| | | 918340844210; 918340844211; 918340844212; 918340844213; 918340844214; 918340844215; | | | | |
| | | 918340844216; 918340844217; 918340844218; 918340844219; 918340844220; 918340844221; | | | | |
| | | 918340844222; 918340844223; 918340844224; 918340844225; 918340844226; 918340844227; | | | | |
| | | 918340844228; 918340844229; 918340844230; 918340844231; 918340844232; 918340844233; | | | | |
| | | 918340844234; 918340844235; 918340844236; 918340844237; 918340844238; 918340844239; | | | | |
| | | 918340844240; 918340844241; 918340844242; 918340844243; 918340844244; 918340844245; | | | | |
| | | 918340844246; 918340844247; 918340844248; 918340844249; 918340844250; 918340844251; | | | | |
| | | 918340844252; 918340844253; 918340844254; 918340844255; 918340844256; 918340844257; | | | | |
| | | 918340844258; 918340844259; 918340844260; 918340844261; 918340844262; 918340844263; | | | | |
| | | 918340844264; 918340844265; 918340844266; 918340844267; 918340844268; 918340844269; | | | | |
| | | 918340844270; 918340844271; 918340844272; 918340844273; 918340844274; 918340844275; | | | | |
| | | 918340844276; 918340844277; 918340844278; 918340844279; 918340844280; 918340844281; | | | | |
| | | 918340844282; 918340844283; 918340844284; 918340844285; 918340844286; 918340844287; | | | | |
| | | 918340844288; 918340844289; 918340844290; 918340844291; 918340844292; 918340844293; | | | | |
| | | 918340844294; 918340844295; 918340844296; 918340844297; 918340844298; 918340844299; | | | | |
| | | 918340844300; 918340844301; 918340844302; 918340844303; 918340844304; 918340844305; | | | | |
| | | 918340844306; 918340844307; 918340844308; 918340844309; 918340844310; 918340844311; | | | | |
| | | 918340844312; 918340844313; 918340844314; 918340844315; 918340844316; 918340844317; | | | | |
| | | 918340844318; 918340844319; 918340844320; 918340844321; 918340844322; 918340844323; | | | | |
| | | 918340844324; 918340844325; 918340844326; 918340844327; 918340844328; 918340844329; | | | | |

**Amount carried over**          **76,983.48**

global solar distribution                                     krannich

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | | Total price |
|---|---|---|---|---|---|---|---|
| | | 918340844330; 918340844331; 918340844332; 918340844333; 918340844334; 918340844335; | | | | | |
| | | 918340844336; 918340844337; 918340844338; 918340844339; 918340844340; 918340844341; | | | | | |
| | | 918340844342; 918340844343; 918340844344; 918340844345; 918340844346; 918340844347; | | | | | |
| | | 918340844348; 918340844349; 918340844350; 918340844351; 918340844352; 918340844353; | | | | | |
| | | 918340844354; 918340844355; 918340844356; 918340844357; 918340844358; 918340844359; | | | | | |
| | | 918340844360; 918340844361; 918340844362; 918340844363; 918340844364; 918340844365; | | | | | |
| | | 918340844366; 918340844367; 918340844368; 918340844369; 918340844370; 918340844371; | | | | | |
| | | 918340844372; 918340844373; 918340844374; 918340844375; 918340844376; 918340844377; | | | | | |
| | | 918340844378; 918340844379; 918340844380; 918340844381; 918340844382; 918340844383; | | | | | |
| | | 918340844384; 918340844385; 918340844386; 918340844387; 918340844388; 918340844389; | | | | | |
| | | 918340844390; 918340844391; 918340844392; 918340844393; 918340844394; 918340844395; | | | | | |
| | | 918340844396; 918340844397; 918340844398; 918340844399; 918340844400; 918340844401; | | | | | |
| | | 918340844402; 918340844403; 918340844404; 918340844405; 918340844406; 918340844407; | | | | | |
| | | 918340844408; 918340844409; 918340844410; 918340844411; 918340844412; 918340844413; | | | | | |
| | | 918340844414; 918340844415; 918340844416; 918340844417; 918340844418; 918340844419; | | | | | |
| | | 918340844420; 918340844421; 918340844422; 918340844423; 918340844424; 918340844425; | | | | | |
| | | 918340844426; 918340844427; 918340844428; 918340844429; 918340844430; 918340844431; | | | | | |
| | | 918340844432; 918340844433; 918340844434; 918340844435; 918340844436; 918340844437; | | | | | |
| | | 918340844438; 918340844439; 918340844440; 918340844441; 918340844442; 918340844443; | | | | | |
| | | 918340844444; 918340844445; 918340844446; 918340844447; 918340844448; 918340844449; | | | | | |
| | | 918340844450; 918340844451; 918340844452; 918340844453; 918340844454; 918340844455; | | | | | |
| | | 918340844456; 918340844457; 918340844458; 918340844459; 918340844460; 918340844461; | | | | | |
| | | 918340844462; 918340844463; 918340844464; 918340844465; 918340844466; 918340844467; | | | | | |
| | | 918340844468; 918340844469; 918340844470; 918340844471; 918340844472; 918340844473; | | | | | |
| | | 918340844474; 918340844475; 918340844476; 918340844477; 918340844478; 918340844479; | | | | | |
| | | 918340844480; 918340844481; 918340844482; 918340844483; 918340844484; 918340844485; | | | | | |
| | | 918340844486; 918340844487; 918340844488; 918340844489; 918340844490; 918340844491; | | | | | |
| | | 918340844492; 918340844493; 918340844494; 918340844495; 918340844496; 918340844497; | | | | | |
| | | 918340844498; 918340844499; 918340844500; 918340844501; 918340844502; 918340844503; | | | | | |
| | | 918340844504; 918340844505; 918340844506; 918340844507; 918340844508; 918340844509; | | | | | |
| | | 918340844510; 918340844511; 918340844512; 918340844513; 918340844514; 918340844515; | | | | | |
| | | 918340844516; 918340844517; 918340844518; 918340844519; 918340844520; 918340844521; | | | | | |
| | | 918340844522; 918340844523; 918340844524; 918340844525; 918340844526; 918340844527; | | | | | |
| | | 918340844528; 918340844529; 918340844530; 918340844531; 918340844532; 918340844533; | | | | | |
| | | 918340844534; 918340844535; 918340844536; 918340844537; 918340844538; 918340844539; | | | | | |
| | | 918340844540; 918340844541; 918340844542; 918340844543; 918340844544; 918340844545; | | | | | |
| | | 918340844546; 918340844547; 918340844548; 918340844549; 918340844550; 918340844551; | | | | | |
| | | 918340844552; 918340844553; 918340844554; 918340844555; 918340844556; 918340844557; | | | | | |
| | | 918340844558; 918340844559; 918340844560; 918340844561; 918340844562; 918340844563; | | | | | |
| | | 918340844564; 918340844565; 918340844566; 918340844567; 918340844568; 918340844569; | | | | | |
| | | 918340844570; 918340844571; 918340844572; 918340844573; 918340844574; 918340844575; | | | | | |
| | | 918340844576; 918340844577; 918340844578; 918340844579; 918340844580; 918340844581; | | | | | |
| | | 918340844582; 918340844583; 918340844584; 918340844585; 918340844586; 918340844587 | | | | | |
| 2 | KU20116 | Enphase IQ Envoy, single phase, RGM accuracy ENV-IQ-AM1-240 | 11/29/2022 | 1 pcs. | 885.36 1.10 kg | 42.00 % | 513.51 |
| 3 | KU21086 | Enphase Q-CONN IQ field wireable connector, Male Q-CONN-10M Pack = 10 pcs pack contains 10 pcs. | 11/29/2022 | 10 pack | 180.70 107.00 kg | 42.00 % | 1,048.06 |

|  |  |  |
|---|---|---|
| | **Subtotal    US$** | 78,545.05 |
| add. Freight w/o tax | | 0.00 |

global solar distribution 

| | | | | | |
|---|---|---|---|---|---|
| Subtotal | | | | | 78,545.05 |
| V.A.T. | 0.00 | % of | 78,545.05 | | 0.00 |
| | | **Total sum** | **US$** | | **78,545.05** |

Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken, NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas    Routing Number: 021001033
60 Wall Street 15th Fl                  SWIFT Code: BKTRUS33
New York, NY 10005                      Account Number: 00371653

**Agreed payment terms:**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 12/29/2022) | net | 78,545.05USD |

global solar distribution



Krannich Solar East LLC - 75 Twinbridge Dr - Suite H - Pennsauken, NJ 08110 - USA

Orbit Energy and Power
Alan 215-668-6316
570 Mantua Blvd
Sewell, NJ 08080

## Invoice 2022-412604                                                      12/5/2022

Ref.          Delivery note 2022-311655

| | | **Delivery address** |
|---|---|---|
| | | Orbit Energy and Power |
| Document no. | 2022-412604 | Alan 215-668-6316 |
| Customer No. | 17099 | 75 Twin ridge Dr |
| | | Pennsauken, NJ 08110 |

For enquiries provide document no.
Process ID          072041

| Acc. manager | Patrick Hayes | Reference | Cable Quote |
|---|---|---|---|
| | | Your receipt | |
| Delivery terms | Ex Works | Your VAT ID | |
| Shipment type | Freight | Your VAT-ID | |

We thank you for your business and look forward to continue doing business with you in the future. Your Krannich Solar Team

***Due to the sensitive nature of the equipment we distribute and the potential risks to personal and public safety and property, we are unable to accept the return of any product which has left our warehouse.***

| Pos. | Article no. | Description | Delivery | Qty. Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| 1 | KU20113 | | 12/5/2022 | 1,440 pcs. | 13.29 | 19,137.60 |
| | Enphase IQ Cable 1.7m landscape 240V for 60/72 | | | | | |
| | Q-12-17-240 | | | | 1152.00 kg | |

| | | | | |
|---|---|---|---|---|
| | **Subtotal** | **US$** | | **19,137.60** |
| add. Freight w/o tax | | | | 0.00 |
| Subtotal | | | | 19,137.60 |
| V.A.T. | 0.00 | % of | 19,137.60 | 0.00 |
| | **Total sum** | **US$** | | **19,137.60** |

global solar **distribution**



Payment may be made via bank wire, credit card, or checks to:
Krannich Solar East LLC
75 Twinbridge Drive, Suite H
Pennsauken, NJ 08110.
Please reference invoice number on the check payment.

Pay online by visiting https://krannich-solar.com/us-en/services/online-bill-pay and clicking on "East Checkout"

Bank Information:

Deutsche Bank Trust Company Americas     Routing Number: 021001033
60 Wall Street 15th Fl                   SWIFT Code: BKTRUS33
New York, NY 10005                       Account Number: 00371653

**_Agreed payment terms:_**

| Payment by | Invoice | | |
|---|---|---|---|
| 30Days | (to 1/4/2023) | net | 19,137.60USD |

**Current Receivables**

**Krannich Solar East LLC., Pennsauken, NJ**
**1 - general ledger**

| Account | Matchcode | OI no. | Due date | RL | Collection kind | Date | Cur | Invoice | Payment | Remaining amount | Balance per OI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17099 | Orbit Energy and Power, Sewell, NJ | 2022-410552 | 11/11/2022 | 0 | U-Invoice | 10/12/2022 | USD | 115,315.20 | 83,263.56 | 32,051.64 | 32,051.64 |
| | | 2022-410734 | 11/16/2022 | 0 | U-Invoice | 10/17/2022 | USD | 15,527.00 | | 15,527.00 | 15,527.00 |
| | | 2022-410987 | 11/23/2022 | 0 | U-Invoice | 10/24/2022 | USD | 6,524.02 | | 6,524.02 | 6,524.02 |
| | | 2022-411556 | 12/3/2022 | 0 | U-Invoice | 11/3/2022 | USD | 77,942.80 | | 77,942.80 | 77,942.80 |
| | | 2022-411839 | 12/10/2022 | 0 | U-Invoice | 11/10/2022 | USD | 826.50 | | 826.50 | 826.50 |
| | | 2022-411846 | 12/10/2022 | 0 | U-Invoice | 11/10/2022 | USD | 45,008.86 | | 45,008.86 | 45,008.86 |
| | | 2022-411847 | 12/10/2022 | 0 | U-Invoice | 11/10/2022 | USD | 12,219.60 | | 12,219.60 | 12,219.60 |
| | | 2022-411848 | 12/10/2022 | 0 | U-Invoice | 11/10/2022 | USD | 16,089.14 | | 16,089.14 | 16,089.14 |
| | | 2022-412073 | 12/17/2022 | 0 | U-Invoice | 11/17/2022 | USD | 5,525.08 | | 5,525.08 | 5,525.08 |
| | | 2022-412277 | 12/28/2022 | 0 | U-Invoice | 11/28/2022 | USD | 69,244.40 | | 69,244.40 | 69,244.40 |
| | | 2022-412287 | 12/28/2022 | 0 | U-Invoice | 11/28/2022 | USD | 18,790.77 | | 18,790.77 | 18,790.77 |
| | | 2022-412301 | 12/28/2022 | 0 | U-Invoice | 11/28/2022 | USD | 2,567.54 | | 2,567.54 | 2,567.54 |
| | | 2022-412398 | 12/29/2022 | 0 | U-Invoice | 11/29/2022 | USD | 78,545.05 | | 78,545.05 | 78,545.05 |
| | | 2022-412604 | 1/4/2023 | 0 | U-Invoice | 12/5/2022 | USD | 19,137.60 | | 19,137.60 | 19,137.60 |
| | | | | | | Totals | USD | 483,263.56 | 83,263.56 | 400,000.00 | |
| | | | | | | Totals | USD | 483,263.56 | 83,263.56 | 400,000.00 | |

Page 1 of 1

| Debtor | **Orbit Energy & Power, LLC** | Case number (if known) | **22-19628** |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,373.19 |
|---|---|---|---|

**Kohl Building Products**
**16687 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ D sputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,493.18 |
|---|---|---|---|

**Krannich Solar East, LLC**
**75 Twinbridge Drive., Suite H**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,165.25 |
|---|---|---|---|

**Lakeland Electric**
**PO Box 32006**
**Lakeland, FL 33802-2006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,357.00 |
|---|---|---|---|

**Lamar Companies**
**PO Box 96030**
**Baton Rouge, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3021**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,000.00 |
|---|---|---|---|

**Learfield Communications, LLC**
**c/o Learfield IMG College**
**PO Box 843038**
**Kansas City, MO 64184-3038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **8299**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,215.00 |
|---|---|---|---|

**Madeira Enterprises, LLC**
**7225 Gaither Road**
**Sykesville, MD 21784-7114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,333.00 |
|---|---|---|---|

**Mark Ciasco and Sandra Ciasco**
**403 Grove Street**
**Westfield, NJ 07090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---





PS Next Day Air®
PS Worldwide Express®
PS 2nd Day Air®
PS Worldwide Expedited®

Ground
Standard
3 Day Select®

For information about UPS's privacy practices or to opt out from the sale of your personal information, please see the UPS Privacy Notice at www.ups.com/privacy.

010195103   5/21   PAC   United Parcel Service

Visit UPS.com

**Apply shipping documents on this side**

**Window Envelope**
Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

**Scan QR code to schedule a pickup**

1 OF 1

LTR

SOLAR WAREHOUSE
856406401
SOLAR WAREHOUSE
801 TWINBRIDGE DR
PENNSAUKEN NJ 08110

SHIP TO:
856361200
U.S. POST OFFICE AND COURTHOUSE
401 MARKET STREET
CAMDEN NJ 08101-0016

NJ 081 9-06

UPS NEXT DAY AIR
TRACKING #: 1Z A30 5X7 01 3935 5093

1

BILLING: P/P

PRO #: 00000

CS 23.6.00.   WNT1V/50 26.0A 06/2023*

**Domestic Shipments**
• To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**
• The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
• To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.