| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br>**GENOVA BURNS, LLC**<br>494 Broad Street<br>Newark, New Jersey 07102<br>P: 973.533.0777<br>Counsel for Creditor Krannich Solar East, LLC<br>**DONALD W. CLARKE, ESQ.** | Order Filed on May 31, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**ORBIT ENERGY & POWER, LLC**<br><br>Debtor. | Case No.:  22-19628<br><br>Judge:  Honorable Andrew B. Altenburg Jr.<br><br>Chapter:  7 |

## CONSENT ORDER ALLOWING THE GENERAL UNSECURED CLAIM OF CREDITOR KRANNICH SOLAR EAST, LLC

The relief set forth page 2 (two) is hereby **ORDERED.**

**DATED: May 31, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case no.: | 22-19628-ABA |
| Caption of Order: | Consent Order Allowing the General Unsecured Claim of Creditor Krannich Solar East, LLC |

___

**THIS MATTER** having been opened to the Court upon the application filed by Donald W. Clark, Esq., Counsel for the Creditor Krannich Solar East, LLC, in the above referenced bankruptcy matter, seeking the entry of a Consent Order Allowing the General Unsecured Claim of Creditor Krannich Solar East, LLC, and Andrew Sklar, the Chapter 7 Trustee, having no objection to said claim or its allowance, and the Court having considered the application and for good cause shown, it is hereby:

**ORDERED** that the Amended Proof of Claim filed by Creditor Krannich Solar East, LLC as Claim No. 134 asserting a general unsecured claim against the Debtor Orbit Energy & Power, LLC's estate in the amount of $400,000, shall be deemed an allowed claim in Debtor's case.

*/s/ Andrew Sklar, Esq.*
ANDREW SKLAR, ESQ.
Chapter 7 Trustee

*/s/ Donald W. Clarke, Esq.*
DONALD W. CLARKE, ESQ.
**GENOVA BURNS, LLC**
Counsel for Creditor Krannich Solar East, LLC