<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-2(c)*
**GENOVA BURNS, LLC**
494 Broad Street
Newark, New Jersey 07102
P: 973.533.0777
Counsel for Creditor Krannich Solar East, LLC
**DONALD W. CLARKE, ESQ.**

</td></tr>
</table>

**Order Filed on May 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

**ORBIT ENERGY & POWER, LLC**

                    Debtor.

Case No.:   22-19628

Judge:  Honorable Andrew B. Altenburg Jr.

Chapter:  7

CONSENT ORDER ALLOWING THE GENERAL UNSECURED CLAIM
OF CREDITOR KRANNICH SOLAR EAST, LLC

The relief set forth page 2 (two) is hereby **ORDERED.**

**DATED: May 31, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:               Orbit Energy & Power, LLC

Case no.:             22-19628-ABA

Caption of Order:     Consent Order Allowing the General Unsecured Claim of
                      Creditor Krannich Solar East, LLC

_____

     **THIS MATTER** having been opened to the Court upon the application filed by Donald W.

Clark, Esq., Counsel for the Creditor Krannich Solar East, LLC, in the above referenced bankruptcy

matter, seeking the entry of a Consent Order Allowing the General Unsecured Claim of Creditor

Krannich Solar East, LLC, and Andrew Sklar, the Chapter 7 Trustee, having no objection to said

claim or its allowance, and the Court having considered the application and for good cause shown, it

is hereby:

     **ORDERED** that the Amended Proof of Claim filed by Creditor Krannich Solar East, LLC

as Claim No. 134 asserting a general unsecured claim against the Debtor Orbit Energy & Power,

LLC's estate in the amount of $400,000, shall be deemed an allowed claim in Debtor's case.


*/s/ Andrew Sklar, Esq.*
ANDREW SKLAR, ESQ.
Chapter 7 Trustee


*/s/ Donald W. Clarke, Esq.*
DONALD W. CLARKE, ESQ.
**GENOVA BURNS, LLC**
Counsel for Creditor Krannich Solar East, LLC

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 22-19628-ABA

Orbit Energy & Power, LLC                                                               Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: May 31, 2024 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | |

District/off: 0312-1                          User: admin                                     Page 2 of 4
Date Rcvd: May 31, 2024                   Form ID: pdf903                          Total Noticed: 2

| | |
|---|---|
| | on behalf of Trustee Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com |
| Andrew Sklar | |
| | on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com |
| Andrew E. Arthur | |
| | on behalf of Defendant Google LLC arthura@whiteandwilliams.com |
| Angela L Mastrangelo | |
| | on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com  bhoffmann@bk-legal.com |
| Anthony Sodono, III | |
| | on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com |
| Barry R. Sharer | |
| | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Bonnie R. Golub | |
| | on behalf of Creditor Republic Bank bgolub@wgpllp.com  imarciniszyn@wgpllp.com |
| Brian Swope | |
| | on behalf of Creditor Van Meter Auto Repair swope@comcast.net |
| Brian Swope | |
| | on behalf of Creditor South State Tech LLC swope@comcast.net |
| Caitlin Conklin | |
| | on behalf of Creditor Clear Channel Outdoor  LLC caitlin.conklin@klgates.com |
| Cameron Deane | |
| | on behalf of Creditor KeyBank  N.A. cdeane@weltman.com |
| Cameron Deane | |
| | on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com |
| Carol E. Momjian | |
| | on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov |
| Corinne Samler Brennan | |
| | on behalf of Creditor Attolon Partners  LLC csamler@klehr.com, swenitsky@klehr.com;nyackle@klehr.com |
| Daniel E. Straffi | |
| | on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel M. Eliades | |
| | on behalf of Creditor Clear Channel Outdoor  LLC daniel.eliades@klgates.com |
| Daniel S. Siedman | |
| | on behalf of Debtor Orbit Energy & Power  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| David G Murphy | |
| | on behalf of Creditor Wells Fargo Commercial Finance  LLC dmurphy@reedsmith.com |
| David G Murphy | |
| | on behalf of Creditor WELLS FARGO BANK  N.A. dmurphy@reedsmith.com |
| David S. Catuogno | |
| | on behalf of Creditor Clear Channel Outdoor  LLC david.catuogno@klgates.com |
| Don Abraham | |
| | on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com |
| Donald W Clarke | |
| | on behalf of Creditor Krannich Solar East  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| E. Richard Dressel | |
| | on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Auctioneer Quaker City Auctioneers  Inc. rdressel@lexnovalaw.com |
| Eric Horn | |
| | on behalf of Creditor Crondall Lane  LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |

District/off: 0312-1                          User: admin                                    Page 3 of 4
Date Rcvd: May 31, 2024                       Form ID: pdf903                                Total Noticed: 2

Eric Horn
on behalf of Creditor 570 Mantua  LLC ehorn@aystrauss.com,
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn
on behalf of Creditor EBF Holdings  LLC dba Everest Business Funding ehorn@aystrauss.com,
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Forrest Scott Turkish
on behalf of Attorney Oldcastle APG Northeast  Inc. fsturkish@aol.com

Gary M. Perkiss
on behalf of Defendant Billows Electric Supply Company  Inc. gperkiss@perkiss.com

Gary M. Perkiss
on behalf of Creditor Billows Electric Supply Company  Inc. gperkiss@perkiss.com

Gaston P. Loomis, II
on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com  scarney@mdmc-law.com

Harry M. Gutfleish
on behalf of Creditor Reserve Capital Management  LLC harry@gutfleishlaw.com

Harry M. Gutfleish
on behalf of Creditor Cloudfund  LLC harry@gutfleishlaw.com

Harry M. Gutfleish
on behalf of Creditor Wynwood Capital Group  LLC harry@gutfleishlaw.com

Jack Shrum
on behalf of Creditor Colossus Energy  Inc. jshrum@jshrumlaw.com

Jason D. Angelo
on behalf of Creditor Wells Fargo Commercial Finance  LLC JAngelo@reedsmith.com,
sshidner@mdmc-law.com;smullen@mdmc-law.com

Jason D. Angelo
on behalf of Creditor WELLS FARGO BANK  N.A. JAngelo@reedsmith.com,
sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein
on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com

Jeffrey S. Cianciulli
on behalf of Creditor Republic Bank jcianciulli@wgpllp.com  imarciniszyn@weirpartners.com

Jenny R. Kasen
on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com  dkasen@kasenlaw.com

Jeremy M. Campana
on behalf of Creditor Global Merchant Cash  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

John C. Kilgannon
on behalf of Creditor The Bancorp Bank  N.A john.kilgannon@stevenslee.com

Jonathan S Hawkins
on behalf of Creditor Global Merchant Cash  Inc. jonathan.hawkins@thompsonhine.com,
ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com

Joseph L. Schwartz
on behalf of Interested Party Soligent Distribution  LLC jschwartz@riker.com

Justin Logan Rappaport
on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com

Justin R. White
on behalf of Creditor Clear Energy Partners  LLC jwhite@testalawyers.com

Kevin Callahan
on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne
on behalf of Creditor Enterprise FM Trust mjayne@foley.com  marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti
on behalf of Creditor Allspire Health GPO  LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye
on behalf of Creditor Mitsubishi HC Capital America  Inc. mkye@kyelaw.com

Michael McLaughlin

District/off: 0312-1                          User: admin                                    Page 4 of 4
Date Rcvd: May 31, 2024                       Form ID: pdf903                                Total Noticed: 2

on behalf of Creditor MAINGEAR  Inc. mmclaughlin@mmcllaw.com

Michael E. Holt

on behalf of Defendant City Electric Supply mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Defendant Soligent Distribution  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael J. Stafford

on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal  mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford

on behalf of Plaintiff U.S. Electrical Services  Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal,
mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli

on behalf of Debtor Orbit Energy & Power  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell

on behalf of Creditor House & Home Magazine  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell

on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com  anovoa@slgcollect.com

Regina Cohen

on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

Richard A. O'Halloran

on behalf of Creditor Dividend Solar Finance  LLC richard.ohalloran@dinsmore.com,
lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich

on behalf of Creditor Sunlight Financial  LLC rrich2@hunton.com, candonian@huntonak.com

Ronald S. Gellert

on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com  abrown@gsbblaw.com

Turner Falk

on behalf of Creditor Allspire Health GPO  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf

on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 74