**SKLAR LAW, LLC**
20 Brace Road
Suite 205
Cherry Hill, NJ 08034
Tel: (856) 258-4050
Andrew Sklar (016751992)
*Attorneys for Andrew Sklar, Chapter 7 Trustee*
*of the Bankruptcy Estate of Orbit Energy & Power, LLC.*



**Order Filed on June 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Hon. Andrew B. Altenburg, Jr. |
| ORBIT ENERGY & POWER, LLC, | Case No. 22-19628 (ABA) |
| Debtor. | Chapter 7 |
| | Hearing Date: June 11, 2024 |

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN ANDREW SKLAR, AS CHAPTER 7 TRUSTEE AND SOLAR FOUNDATIONS USA, INC.**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: June 11, 2024**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

3365818

Debtor: Orbit Energy & Power, LLC
Case No.: 22-19628 (ABA)
Caption of Order: ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN ANDREW SKLAR, AS CHAPTER 7 TRUSTEE AND SOLAR FOUNDATIONS USA, INC.

---

**THIS MATTER** having been opened to the Court by Andrew Sklar, as chapter 7 trustee (the "Trustee") of Orbit Energy & Power, LLC ("Orbit" or "Debtor") upon the Motion[1] pursuant to sections 105(a), 363(b), and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure seeking an order reopening the case and approving that certain settlement agreement (the "Settlement Agreement") by and between the Trustee and Solar Foundations USA, Inc.; and it appearing that good and sufficient notice of the Motion was provided, as evidenced by the Certificate of Service filed with the Court; and the Court having considered the Motion, the opposition thereto, if any, and the arguments of counsel; and good cause appearing for the entry of this Order;

**IT IS ORDERED** as follows:

1. The Settlement Agreement, attached hereto as **Exhibit A**, is hereby authorized and approved.

2. The Trustee is authorized, without further notice, hearing or order of this Court, to take and perform such other actions as may be necessary or appropriate to implement and effectuate the Settlement Agreement or the terms of this Order.

3. The Bankruptcy Court shall retain exclusive jurisdiction with respect to any disputes arising from or related to, or other actions to interpret, administer or enforce the terms and provisions of, this Order or the Settlement Agreement.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the memorandum of law submitted in support of the Motion.

# EXHIBIT A

**SETTLEMENT AGREEMENT BETWEEN ANDREW SKLAR, AS CHAPTER 7 TRUSTEE OF ORBIT ENERGY & POWER, LLC, AND SOLAR FOUNDATIONS USA, INC.**

## SETTLEMENT AND MUTUAL RELEASE AGREEMENT

This Settlement and Mutual Release Agreement (the "Settlement Agreement") is entered into as of this 9th day of May, 2024 by and between Andrew Sklar (the "Trustee"), the Chapter 7 Trustee of Orbit Energy & Power, LLC (the "Debtor") and Solar Foundations USA, Inc. ("Solar" and, together with the Trustee, the "Parties") by and through their respective undersigned attorneys.

WHEREAS, on December 6, 2022 (the "Petition Date"), the Debtor filed a petition pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

WHEREAS, on February 27, 2023, the Debtor's Chapter 11 case was converted to the instant Chapter 7 case.

WHEREAS, thereafter, the Trustee was appointed as the substitute Chapter 7 Trustee of the Debtor's estate, duly qualified and so acting.

WHEREAS, the Trustee has asserted claims to avoid and recover transfers in the total amount of $40,586.40 made by the Debtor prior to the Petition Date to or for the benefit of Solar pursuant to Chapter 5 of the Bankruptcy Code and for certain other relief (the "Trustee Claim").

WHEREAS, Solar denies any liability and asserts that it has affirmative defenses to the Trustee Claim.

WHEREAS, the Trustee and Solar desire to avoid the costs and risks of litigation, regarding the Trustee Claim and, in order to resolve any and all issues and/or disputes involving the Debtor, its Chapter 7 case or any other matters relating thereto, including the Trustee Claim, on the terms and subject to the conditions set forth in this Settlement Agreement.

#681401 v1

NOW, THEREFORE, in consideration of the promises and the mutual covenants contained herein and for other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby stipulated and agreed by the Parties, intending to be legally bound, hereby agree as follows:

1. The recitals set forth above are incorporated herein by reference.

2. Subject to Bankruptcy Court approval of the compromise set forth in this Settlement Agreement, and in full and complete settlement of the Trustee Claim, the Trustee shall accept the sum of $22,500.00 (the "Settlement Payment") in full payment of the Trustee Claim, subject to the provisions of this Settlement Agreement. The Settlement Payment shall be paid in a single lump sum of $22,500 on or before the tenth (10th) Business Day after the entry of a Bankruptcy Court Order Approving the Settlement Agreement or Certification of No Objection to a Notice of Proposed Compromise or Settlement of Controversy, whichever occurs first. The Settlement Payment shall be made payable to "Andrew Sklar, Chapter 7 Trustee for the Estate of Orbit Energy & Power LLC" and mailed to Andrew Sklar, Esquire, SKLAR LAW LLC, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034.

3. In the event Solar fails to timely pay the Settlement Payment or Solar's payment is dishonored by the Trustee's bank, counsel for the Trustee will send written default notice by electronic and first-class mail, postage prepaid to Solar and Solar's counsel. If Solar fails to cure such default within five (5) Business Days after the notice is sent, this Settlement Agreement shall be null and void and the Trustee shall be entitled to file an adversary proceeding to pursue Judgment in the full amount of the Trustee Claim.

#681401 v1

4. Nothing herein shall prohibit Solar from paying the full amount of the Settlement Payment prior to the entry of a Bankruptcy Court Order Approving the Settlement Agreement or Certification of No Objection to a Notice of Proposed Compromise or Settlement of Controversy.

5. Solar hereby waives the unsecured claim resulting from the Settlement Payment under § 502(h) of the Bankruptcy Code, as well as any Chapter 11 Administrative claim(s) against the Debtor and the bankruptcy estate arising out of the transactions described herein. Nothing herein shall be construed as a waiver by Solar of any administrative expense claim already filed in this case or the Trustee's right to object to same on any grounds other than the terms of this Settlement Agreement.

6. In the event that the Bankruptcy Court fails to approve this Settlement Agreement, the parties shall be restored to their respective litigation positions as they existed prior to the execution and delivery of this Settlement Agreement.

7. Nothing contained herein shall operate to prejudice Solar's right to file a proof of claim against the Debtor (except as limited by paragraph 5 hereof) or the Trustee's right to object to such claim under the applicable provision of the Bankruptcy Code.

8. Upon the entry of an order of the Bankruptcy Court approving this Settlement Agreement and delivery of the Settlement Payment in good funds and in full, the Trustee, for himself and any party claiming by, through or under the Debtor or its estate, shall be deemed to have released Solar and its shareholders, directors, officers and affiliates of and from the Trustee Claim.

9. Upon the entry of a Certification of No Objection to a Notice of Proposed Compromise or Settlement of Controversy or an Order of the Bankruptcy Court approving this Settlement Agreement, Solar shall be deemed to have released the Debtor, the Trustee, his agents,

#681401 v1

employees, affiliates, attorneys, successors and assigns, of and from any and all claims which it has or may have against such parties, except for any post-petition, pre-conversion claim filed against the Debtor as provided in Paragraph 5 hereof.

10. No modification of this Settlement Agreement shall be binding or enforceable unless in writing, signed by the Parties and approved by the Bankruptcy Court.

11. This Settlement Agreement may be executed in any number of counterparts and by facsimile or electronic signature, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have executed and delivered this Settlement Agreement as of the date and year first above written.

SKLAR LAW LLC

By: _____
Andrew Sklar, Esquire
Attorneys for Andrew Sklar,
Chapter 7 Trustee

SOLAR FOUNDATIONS USA, Inc.

By: _____
Title: President

GIRVIN & FERLAZZO, PC

By: _____
Patrick J. Fitzgerald, Esquire
Attorney for Solar Foundations USA, Inc.

#681401 v1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19628-ABA

Orbit Energy & Power, LLC  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Jun 11, 2024  Form ID: pdf903  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024  Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Jun 11, 2024 | Form ID: pdf903 | Total Noticed: 2 |

Andrew Sklar
    on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

    on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew E. Arthur
    on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Angela L Mastrangelo
    on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com

Anthony Sodono, III
    on behalf of Mediator Anthony Sodono III, Esq. (Mediator) asodono@msbnj.com

Barry R. Sharer
    on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub
    on behalf of Creditor Republic Bank bgolub@wgpllp.com imarciniszyn@wgpllp.com

Brian Swope
    on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope
    on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin
    on behalf of Creditor Clear Channel Outdoor LLC caitlin.conklin@klgates.com

Cameron Deane
    on behalf of Creditor KeyBank N.A. cdeane@weltman.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com

Carol E. Momjian
    on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan
    on behalf of Creditor Attolon Partners LLC csamler@klehr.com, swenitsky@klehr.com;nyackle@klehr.com

Daniel E. Straffi
    on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades
    on behalf of Creditor Clear Channel Outdoor LLC daniel.eliades@klgates.com

Daniel S. Siedman
    on behalf of Debtor Orbit Energy & Power LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy
    on behalf of Creditor Wells Fargo Commercial Finance LLC dmurphy@reedsmith.com

David G Murphy
    on behalf of Creditor WELLS FARGO BANK N.A. dmurphy@reedsmith.com

David S. Catuogno
    on behalf of Creditor Clear Channel Outdoor LLC david.catuogno@klgates.com

Don Abraham
    on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

Donald W Clarke
    on behalf of Creditor Krannich Solar East LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel
    on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com

Eric Horn
    on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com,
    g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
    @notify.bestcase.com

Case 22-19628-ABA    Doc 501    Filed 06/13/24    Entered 06/14/24 00:15:13    Desc
Imaged Certificate of Notice    Page 10 of 11

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Jun 11, 2024 | Form ID: pdf903 | Total Noticed: 2 |

Eric Horn
    on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn
    on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Forrest Scott Turkish
    on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com

Gary M. Perkiss
    on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gary M. Perkiss
    on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gaston P. Loomis, II
    on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com scarney@mdmc-law.com

Harry M. Gutfleish
    on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com

Jack Shrum
    on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com

Jason D. Angelo
    on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jason D. Angelo
    on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein
    on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com

Jeffrey S. Cianciulli
    on behalf of Creditor Republic Bank jcianciulli@wgpllp.com imarciniszyn@weirpartners.com

Jenny R. Kasen
    on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com dkasen@kasenlaw.com

Jeremy M. Campana
    on behalf of Creditor Global Merchant Cash Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

John C. Kilgannon
    on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com

Jonathan S Hawkins
    on behalf of Creditor Global Merchant Cash Inc. jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com

Joseph L. Schwartz
    on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com

Justin Logan Rappaport
    on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com

Justin R. White
    on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com

Kevin Callahan
    on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne
    on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti
    on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye
    on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Michael McLaughlin

| | |
|---|---|
| | on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com |
| Michael E. Holt | on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com |
| Michael E. Holt | on behalf of Defendant Soligent Distribution LLC mholt@formanlaw.com, kanema@formanlaw.com |
| Michael J. Stafford | on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal mnord@nordlaw.legal;anord@nordlaw.legal |
| Michael J. Stafford | on behalf of Plaintiff U.S. Electrical Services Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal |
| Nicole M. Nigrelli | on behalf of Debtor Orbit Energy & Power LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Rebecca K. McDowell | on behalf of Creditor House & Home Magazine LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Rebecca K. McDowell | on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| Richard A. O'Halloran | on behalf of Creditor Dividend Solar Finance LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com |
| Robert A. Rich | on behalf of Creditor Sunlight Financial LLC rrich2@hunton.com, candonian@huntonak.com |
| Ronald S. Gellert | on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com abrown@gsbblaw.com |
| Turner Falk | on behalf of Creditor Allspire Health GPO LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Wolf | on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 74