| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>E. RICHARD DRESSEL, ESQ. (ED1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>(856) 382-8211<br>Attorneys for Andrew Sklar,<br>Chapter 7 Trustee/Plaintiff | |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>      Debtor. | Case No.: <u>22-19628 (ABA)</u><br><br>Chapter: <u>    7    </u><br><br>Judge: <u>Andrew B. Altenberg</u> |
| ANDREW SKLAR, CHAPTER 7 TRUSTEE,<br><br>    Plaintiff,<br><br>      v.<br><br>CADILUS, INC.,<br><br>    Defendant. | Adversary No.: <u>23-1338 (ABA)</u><br><br><u>Hearing Date:</u> 07/16/24 @10:00 am |

## CERTIFICATION OF SERVICE

1.     I, Angela DiDonato:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents <u>Andrew Sklar, Chapter 7 Trustee/Plaintiff</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

#733037 v1

2. On June14, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   a) Notice of Motion to Approve Settlement Agreement Between Andrew Sklar, As Chapter 7 Trustee of Orbit Energy & Power, LLC and Cadilus, Inc.,/Element 78 Partners, LLC;
   b) Proposed Order Approving Settlement Agreement.
   c) Certification of Andrew Sklar in Support of Motion (including Exhibit A);
   d) Memorandum of Law in Support of Motion; and
   e) This Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 14, 2014                    /s/ Angela DiDonato
                                              Signature

2

#733037 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Peter Siddiqui, Esquire<br>525 West Monroe Street<br>Chicago, IL 60661-3693 | Attorney for Element 78 Partners/Cadilus, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi, III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All parties who filed an appearance | Appearance Filed | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Collins, Esquire<br>400 RXR Plaza<br>Uniondale, NY 11556 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#733037 v1