UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**
KASEN & KASEN, P.C.
Jenny R. Kasen, Esq. (NJ Bar No. 02771)
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ  08003
Telephone (856) 424-4144
Facsimile (856) 424-7565
E-Mail: jkasen@kasenlaw.com
*Counsel to Creditors, Eugene Swisher, in his individual capacity, and as Parent and Natural Guardian of his Minor Son*

Order Filed on June 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In the Matter of:

Orbit Energy & Power, LLC.,

        Debtor(s).

Chapter 7

Case No. 22-19628-ABA

Judge: Altenburg

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER MODIFYING STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 18, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of *Creditors' Motion for an Order Modifying* (the "**Motion**") and the *Declaration in Support of Creditors' Motion for an Order Modifying Stay* (the "**Declaration**"), all briefings filed in connection therewith, and any responses thereto; and the Court having determined that it has subject matter jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice was given under the circumstances; and the Court having found and determined that the Motion, and legal and factual bases set forth in the Motion, establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED;

1. The automatic stay is modified to permit the Creditors to proceed with Creditors' lawsuits against the Debtor, as a nominal party only, and to, outside of this Bankruptcy Case, proceed to collect any judgment or settlement solely against available insurance proceeds.

2. The automatic stay remains in effect in all other respects.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-19628-ABA
Orbit Energy & Power, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Jun 18, 2024      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

**Name**      **Email Address**

Albert Anthony Ciardi, III
     on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Amar Anand Agrawal
     on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrew Finberg
     on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com

Andrew Jacobson
     on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com

Andrew Sklar
     andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com

Andrew Sklar

Case 22-19628-ABA    Doc 507    Filed 06/20/24    Entered 06/21/24 00:16:24    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 18, 2024 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew Sklar | |
| | on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew E. Arthur | |
| | on behalf of Defendant Google LLC arthura@whiteandwilliams.com |
| Angela L Mastrangelo | |
| | on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com |
| Anthony Sodono, III | |
| | on behalf of Mediator Anthony Sodono III, Esq. (Mediator) asodono@msbnj.com |
| Barry R. Sharer | |
| | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Bonnie R. Golub | |
| | on behalf of Creditor Republic Bank bgolub@wgpllp.com imarciniszyn@wgpllp.com |
| Brian Swope | |
| | on behalf of Creditor Van Meter Auto Repair swope@comcast.net |
| Brian Swope | |
| | on behalf of Creditor South State Tech LLC swope@comcast.net |
| Caitlin Conklin | |
| | on behalf of Creditor Clear Channel Outdoor LLC caitlin.conklin@klgates.com |
| Cameron Deane | |
| | on behalf of Creditor KeyBank N.A. cdeane@weltman.com |
| Cameron Deane | |
| | on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com |
| Carol E. Momjian | |
| | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General cmomjian@attorneygeneral.gov |
| Corinne Samler Brennan | |
| | on behalf of Creditor Attolon Partners LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com |
| Daniel E. Straffi | |
| | on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel M. Eliades | |
| | on behalf of Creditor Clear Channel Outdoor LLC daniel.eliades@klgates.com |
| Daniel S. Siedman | |
| | on behalf of Debtor Orbit Energy & Power LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| David G Murphy | |
| | on behalf of Creditor Wells Fargo Commercial Finance LLC dmurphy@reedsmith.com |
| David G Murphy | |
| | on behalf of Creditor WELLS FARGO BANK N.A. dmurphy@reedsmith.com |
| David S. Catuogno | |
| | on behalf of Creditor Clear Channel Outdoor LLC david.catuogno@klgates.com |
| Don Abraham | |
| | on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com |
| Donald W Clarke | |
| | on behalf of Creditor Krannich Solar East LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| E. Richard Dressel | |
| | on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com |
| Eric Horn | |
| | on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |

Case 22-19628-ABA    Doc 507    Filed 06/20/24    Entered 06/21/24 00:16:24    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 18, 2024 | Form ID: pdf903 | Total Noticed: 2 |

Eric Horn
    on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn
    on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Forrest Scott Turkish
    on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com

Gary M. Perkiss
    on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gary M. Perkiss
    on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gaston P. Loomis, II
    on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com scarney@mdmc-law.com

Harry M. Gutfleish
    on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com

Jack Shrum
    on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com

Jason D. Angelo
    on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jason D. Angelo
    on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein
    on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com

Jeffrey S. Cianciulli
    on behalf of Creditor Republic Bank jcianciulli@wgpllp.com imarciniszyn@weirpartners.com

Jenny R. Kasen
    on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com dkasen@kasenlaw.com

Jeremy M. Campana
    on behalf of Creditor Global Merchant Cash Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

John C. Kilgannon
    on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com

Jonathan S Hawkins
    on behalf of Creditor Global Merchant Cash Inc. jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com

Joseph L. Schwartz
    on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com

Justin Logan Rappaport
    on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com

Justin R. White
    on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com

Kevin Callahan
    on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne
    on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti
    on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye
    on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Michael McLaughlin

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 18, 2024 | Form ID: pdf903 | Total Noticed: 2 |

on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com

Michael E. Holt

    on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt

    on behalf of Defendant Soligent Distribution LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael J. Stafford

    on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford

    on behalf of Plaintiff U.S. Electrical Services Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli

    on behalf of Debtor Orbit Energy & Power LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell

    on behalf of Creditor House & Home Magazine LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell

    on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com anovoa@slgcollect.com

Regina Cohen

    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

Richard A. O'Halloran

    on behalf of Creditor Dividend Solar Finance LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich

    on behalf of Creditor Sunlight Financial LLC rrich2@hunton.com, candonian@huntonak.com

Ronald S. Gellert

    on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com abrown@gsbblaw.com

Turner Falk

    on behalf of Creditor Allspire Health GPO LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf

    on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig

    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 74