UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | : | Case No. **22-19628/ABA** |
|---|---|---|
| **ORBIT ENERGY & POWER LLC** | : | |
| | : | |
| Debtor(s) | : | Chapter 7 |

## TRUSTEE'S REPORT OF PUBLIC SALE OF VEHICLES

**AND NOW, COMES ANDREW SKLAR, TRUSTEE**, and files the following *Report of Public Sale* of certain vehicles of the Bankruptcy Estate, and respectfully represents as follows:

| | | | |
|---|---|---|---|
| **Date of sale** | 3/27/24 – 4/1/24 | **Type of sale** | Public |
| **Property sold** | Vehicles | **Estimated value** | $216,395.00 |
| **Notice sale amount** | N/A | **Final purchase price** | $173,650.00 |
| **Objections to sale** | N/A | **If so, state by whom, reason and resolution** | N/A |
| **Higher offers** | N/A | **If so, how offers obtained and was an offer accepted, if not,** | N/A |
| **Purchaser** | Various | | |
| **Expenses of sale/ Funds to secured** | $28,948.21 (not paid)/ $99,017.39 | **Net amount realized** | $74,632.61 |
| **Funds paid to debtor** | $0.00 | **Attachments** | Auctioneer's Report & Account of Sale |
| **Notes** | 3/19/24 – Order approving public auction of assets, free and clear – docket #463 | | |

Respectfully submitted,
**SKLAR LAW, LLC**

By:   /s/ Andrew Sklar
ANDREW SKLAR, ESQUIRE
Attorneys to Andrew Sklar, Chapter 7 Trustee