# Consignor Inventory Sold - By Auction

| | |
|---|---|
| Auction Date: | 03/27/2024 09:00 AM - 04/01/2024 12:00 PM |
| Auction Location: | CONTRACTOR TRUCK ONLINE BANKRUPTCY AUCTION No. 22-19628(ABA)436 Fislerville Road, South Harrison, NJ 08062 |
| Consignor: | Sklar, Andrew |

**Consignor Information**
Sklar, Andrew (# 212)
20 Brace Road
Suite 205
Cherry Hill, NJ 08034

**Auction Information**
Auction #: 482 - CONTRACTOR TRUCK ONLINE BANKRUPTCY AUCTION No. 22-19628(ABA) - 436 Fislerville Road, South Harrison, NJ 08062
03/27/2024 09:00 AM To 04/01/2024 12:00 PM

| Lot | Description | Buyer | Price | Qty | Extension |
|---|---|---|---|---|---|
| 8 | 2011 FORD E350XLT SUPER DUTY PASSENGER VAN, VIN 1FBNE3BL2BDB03453, ADVANCE TRAC RSC, PW/PL, A/C, 145,000 MI., TITLE ON HAND | 411 | 4,000.00 | 1 | 4,000.00 |
| 9 | 2004 FORD F-150XLT 5.4 TRITON 4X4 EXTENDED CAB PICK-UP, VIN 1FTPX14594NB28347, PW/PL, A/C, WESTIN SIDE STEPS, 6 FT. BED WITH OVERHEAD PIPE RACK WITH (4) UWS TOOL BOXES, TAIL GATE AND BED DAMAGE, FENDER DAMAGE, 235,000 +/- MI., TITLE ON HAND | 443 | 500.00 | 1 | 500.00 |
| 10 | 2019 DODGE RAM 2500 PROMASTER 10 FT. HI-TOP VAN, VIN 3C6TRVCG4KE506036, PW/PL, A/C, WEATHERGUARD VAN RACKS AND DRAWER, E-Z GLIDE 2 LADDER RACK, 110,561 MI., TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 434 | 13,600.00 | 1 | 13,600.00 |
| 11 | 2019 DODGE JOURNEY MPV, VIN 3C4PDCAB1JT535945, PW/PL, A/C, 51,605 MI., TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 411 | 7,400.00 | 1 | 7,400.00 |
| 12 | 2019 DODGE JOURNEY MPV, VIN 3C4PDCBB0KT820880, PW/PL, A/C, SLIGHT FRONT BUMPER AND REAR PANEL DRIVER'S SIDE DAMAGE, 55,637 MI, TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 383 | 7,875.00 | 1 | 7,875.00 |
| 13 | 2019 DODGE RAM 2500HD HEMI 5.4L, 4X4 CREW CAB PICK-UP, VIN 3C6UR5CJ7KG512658, 6 FT. BED, GAS, PW/PL, (4) UWS TOOL BOXES, OVERHEAD PIPE RACK, 140,000+/- MI, TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE., | | PASSED | | |
| 14 | 2019 DODGE RAM 2500 PROMASTER 12 FT. VAN, VIN 3C6TRVDG8KE502506, PW/PL, A/C, WEATHERGUARD VAN RACKS AND E-Z GLIDE 2 LADDER RACK, 63,717 MI., TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 427 | 16,600.00 | 1 | 16,600.00 |
| 15 | 2019 DODGE RAM 2500 PROMASTER 10 FT. VAN, VIN 3C6TRVCG4KE507350, PW/PL, A/C, WEATHERGUARD VAN RACKS AND E-Z GLIDE 2 LADDER RACK, DAMAGE ON DRIVER'S SIDE VAN PANEL, 52,414 MI., TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 406 | 16,400.00 | 1 | 16,400.00 |
| 16 | 2018 DODGE RAM 1500 PROMASTER 10 FT. VAN, VIN 3C6TRVBGXJE149476, PW/PL, A/C, WEATHERGUARD VAN RACKS AND E-Z GLIDE 2 LADDER RACK, SLIGHT DAMAGE ON DRIVER'S SIDE VAN PANEL, 61,690 MI.,TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 427 | 14,200.00 | 1 | 14,200.00 |

## Consignor Inventory Sold - By Auction

| Lot | Description | Buyer | Price | Qty | Extension |
|---|---|---|---|---|---|
| 17 | 2019 DODGE JOURNEY MPV, VIN 3C4PDCABXJT527665, PW/PL, A/C, 54,916 MI TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 383 | 8,800.00 | 1 | 8,800.00 |
| 18 | 2019 DODGE RAM BIGHORN 2500HD HEMI 6.4L 4X4 CREW CAB PICK-UP, VIN 3C6UR5DJ2KG519337, RUNNING BOARDS, 6 FT. BED, (4) UWS TOOL BOXES, OVERHEAD PIPE RACK, PW/PL, A/C, BROKEN GLOVE COMPARTMENT, 161,192 MI., TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 442 | 12,875.00 | 1 | 12,875.00 |
| 19 | 2019 DODGE RAM 2500 PROMASTER 10 FT. VAN, VIN 3C6TRVCG4KE506053, PW/PL, A/C, AMERICAN VAN SHELVING AND E-Z GLIDE 2 LADDER RACK, CRACKED WINDSHIELD, 150,653 MI., TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 408 | 10,000.00 | 1 | 10,000.00 |
| 20 | 2019 DODGE RAM 2500 PROMASTER 12 FT. VAN, VIN 3C6TRVDG4KE540363, PW/PL, A/C, WEATHERGUARD VAN SHELVING AND E-Z GLIDE 2 LADDER RACK, DENTED REAR DOOR PANEL, 42,705 MI., TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 302 | 20,000.00 | 1 | 20,000.00 |
| 21 | 2017 DODGE RAM 2500 PROMASTER 12 FT. VAN, VIN 3C6TRVDG1HE519771, PW/PL, A/C, WEATHERGUARD VAN SHELVING AND E-Z GLIDE 2 LADDER RACK, SLIGHT DAMAGE ON DRIVER'S AND PASSENGER'S SIDE VAN, MISSING TRIM, 115,376 MI., REAR VAN DOOR NEEDS REPAIRS, TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE, TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 383 | 8,400.00 | 1 | 8,400.00 |
| 22 | 2019 DODGE RAM 2500 PROMASTR 12 FT. VAN, VIN 3C6TRVCG7KE507357, PW/PL, A/C, WEATHERGUARD VAN SHELVING AND E-Z GLIDE 2 LADDER RACK, 115,000+ MI., TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 427 | 11,000.00 | 1 | 11,000.00 |
| 23 | 2018 DODGE RAM 2500HD CUMMINS TURBO DIESEL 4X4 CREW CAB PICK-UP, VIN 3C6UR5HL3JG105980, PW/PL, A/C, 8 FT. BED, (4) UWS TOOL BOXES, OVERHEAD PIPE RACK, RUNNING BOARDS, REAR BED DAMAGE ON DRIVER'S SIDE, 100,000+ MI., TITLE TO BE PROVIDED UPON CREDITOR'S RELEASE | 302 | 22,000.00 | 1 | 22,000.00 |

Total: 173,650.00

**Total Records: 16**



June 4, 2024

Andrew Sklar, Trustee
Sklar Law, LLC
20 Brace Road (Suite 205)
Cherry Hill, NJ 08034

## ACCOUNT OF SALE

Orbit Energy & Power – VEHICLES ONLY
Bankruptcy No. 22-19628 - Online Auction

| | | | |
|---|---|---|---|
| **AUCTION PROCEEDS** (Less 0% Commission) | | | **$173,650.00** |
| QCA charged and retained 15% Buyer's Premium | | | |
| Expenses: | (Actual) | (Apportioned to Estate) | |
| Advertising: | $ 7,913.89 | $ 5,413.89 | |
| Labor: | $ 3,000.00 | $ 3,000.00 | |
| Miscellaneous: | $22,784.32 | + 20,534.32 | |
| LESS TOTAL EXPENSES: | | | -  28,948.21 |
| | | | $144,701.79 |
| **Less Vehicle Payoffs:** | | | -  99,017.39 |
| **NET ESTATE PROCEEDS:** | | | $  45,684.40 |

## EXPENSE ANALYSIS

### I. ADVERTISING $ 7,913.89

Direct Mail

| | |
|---|---|
| QCA List Sort & Selection | $ 200.00 |
| IQ Print – (9,350 4-c cards) & postage | $ 6,001.51 |
| Data Axle – rented names | $ 292.38 |

Electronic

| | |
|---|---|
| QCA Website | $ 200.00 |
| Campaign Monitor E-Blasts (4) | $ 1,200.00 |
| AuctionZip.com (3/4) | +     20.00 |

### II. LABOR and HOURS $ 3,000.00

F. Dush - 40 hours to clean vehicles, oversee Inspection & Removal

D. Mahony - 30 hours to clean vehicles and oversee Removal

(Includes 5 additional trips to facility due to vehicle pick up delays and delays with titles)

### III. MISCELLANEOUS $22,784.32

| | |
|---|---|
| BidSpotter Event Fee | $    350.00 |
| Performance Dodge (Purchase Electronic Keys with on-site programming | $ 5,409.47 |
| Frank Enterprises (2/13) Inv# 2612 (Re-locate trucks (flatbed) to sale site | $ 2,559.00 |
| Frank Enterprises (3/26) Inv# 2638 (Install new batteries and run engines) | $ 2,510.49 |
| Frank Enterprises (3/28) Inv# 2640 (Install new batteries and run engines) | $ 2,121.84 |
| UPS Overnight Payments to Lienholders | $    111.29 |
| Priority Mail to send Titles | $     29.00 |
| Store and use as Sales Venue (from February 13th Thru May 21st - 3 months and 8 days at $2,500.00 per month) | $ 8,166.00 |
| Performance Dodge to reprogram system on Van | $    847.67 |
| Frank Enterprises (Remove wheel assembly on Van caused by frozen parking brake and Tow to Perf Dodge) | $    562.98 |
| Priority Mail to send Titles | +   116.58 |

**TOTAL EXPENSES:** $33,698.21