UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED1793)
Lex Nova Law, LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
(856) 382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

In Re:

    ORBIT ENERGY & POWER, LLC,

              Debtor.

Case No.: 22-19628(ABA)

Chapter:  7

Date of Hearing:  08/06/2024
                      @ 10:00 am

Honorable Andrew B. Altenburg

**ORDER EXPUNGING PROOF OF CLAIM NO 74-2 FILED BY
ZURICH AMERICAN INSURANCE COMPANY PURSUANT
TO 11 U.S.C. §§ 503 AND 503 AND FED. R. BANKR P. 3007**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

#737358 v1

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628 (ABA) |
| Caption of Order: | ORDER EXPUNGING PROOF OF CLAIM NO. 74-2 FILED BY ZURICH AMERICAN INSURANCE COMPANY PURSUANT TO 11 U.S.C. §§ 502 AND 503 AND FED. R. BANKR P. 3007 |

**THIS MATTER** having been opened to the Court by Andrew Sklar, Chapter 7 trustee (the "Trustee") for Orbit Energy & Power, LLC ("Orbit" or "Debtor") by and through his counsel, Lex Nova Law LLC, E. Richard Dressel, Esquire, appearing, by way the filing of a Motion for entry of an Order expunging Proof of Claim No. 74-2 filed by Zurich American Insurance Company ("Zurich") pursuant to 11 U.S. C. §§ 502 and 503 and Fed. R. Bankr. P. 3007; and it appearing that good and sufficient notice of the Motion has been given to all parties entitled thereto, as evidenced by the Certificate of Service of the Motion filed with the Court; and the Court having considered the Motion, the response(s) thereto, if any, and the arguments of counsel; and finding that cause exists for the entry of this Order and for other good and sufficient cause shown,

**IT IS ORDERED** as follows:

1.  The Motion shall be, and hereby is, GRANTED in its entirety.

2.  Proof of Claim No. 74-2 filed by Zurich in the amount of $374,933.63 shall be, and hereby is, EXPUNGED in its entirety with prejudice.

#737358 v1