Ly 1, 1

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>E. RICHARD DRESSEL, ESQ. (ED1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>(856) 382-8211<br>Attorneys for Andrew Sklar,<br>Chapter 7 Trustee/Plaintiff | |
| In Re:<br><br>    ORBIT ENERGY & POWER, LLC,<br><br>            Debtor. | Case No.: 22-19628 (ABA)<br><br>Chapter: 7<br><br>Honorable Andrew B. Altenberg<br><br>Hearing Date: 08/06/2024 @ 10:00 am |

## CERTIFICATION OF SERVICE

1.     I, Angela DiDonato:

   ☐ represent the _____ in this matter.

   ☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents <u>Andrew Sklar, Chapter 7 Trustee/Plaintiff</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2.     On July 1, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   a) Notice of Motion for Entry of Order Expunging Proof of Claim No. 74-2 filed by Zurich American Insurance Company ("Zurich") pursuant to 11 U.S.C. §§ 502 and 503 and Fed. Rule Bankr. P. 3007 (the "Motion");
   b) Certification of Trustee Andrew Sklar in Support of Motion;
   c) Letter Brief in Support of Motion;
   d) Proposed form of Order; and
   e) This Certification of Service.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 1, 2024                                                 <u>/s/ Angela DiDonato</u>
                                                                                                         Signature

#737368 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Blvd.<br>Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other<br>  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi, III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All parties who filed an appearance | Appearance Filed | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kenneth M. Thomas, Esq.<br>Fox, Swibel, Levin & Carroll, LLP<br>200 W. Madison Street<br>Suite 3000<br>Chicago, IL 60606 | Counsel for Zurich American Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br>   ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#737368 v1