| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>_____<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>E. Richard Dressel, Esquire (ED1793)<br>Lex Nova Law, LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>rdressel@lexnovalaw.com<br>(856) 382-8211<br>Attorneys for Andrew Sklar, Chapter 7 Trustee | Order Filed on July 16, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>     Debtor. | Case No.:  22-19628(ABA)_____<br><br>Adv. Pro No.: 23-1338(ABA)_____<br><br>Chapter:   7_____<br><br>Date of Hearing: 07/16/24 @ 10:00 am<br><br>Judge: Andrew B. Altenburg |
| ANDREW SKLAR, CHAPTER 7 TRUSTEE<br><br>     Plaintiff,<br><br>CADILUS, INC.,<br><br>     Defendant. | |

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN ANDREW SKLAR, CHAPTER 7 TRUSTEE, AND ELEMENT 78 PARTNERS, LLC/CADILUS, INC.**

 The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: July 16, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#732981 v1

Debtor:             Orbit Energy & Power, LLC
Case No.:           22-19628 (ABA)
Adv. Pro. No.:      23-1338(ABA)
Caption of Order:   ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN ANDREW SKLAR, CHAPTER 7 TRUSTEE, AND ELEMENT 78 PARTNERS, LLC/CADILUS, INC.

**THIS MATTER** having been opened to the Court by Andrew Sklar, as Chapter 7 trustee (the "Trustee") of Orbit Energy & Power, LLC ("Orbit" or "Debtor") by way of a Motion[1] pursuant to sections 105(a), 363(b), and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure seeking the entry of an order approving that certain settlement agreement (the "Motion" and the "Settlement Agreement", respectively) by and between the Trustee and Element 78 Partners, LLC/Cadilus, Inc; and it appearing that good and sufficient notice of the Motion was provided, as evidenced by the Certificate of Service filed with the Court; and the Court having considered the Motion, the opposition thereto, if any, and the arguments of counsel; and good cause appearing for the entry of this Order;

**IT IS ORDERED** as follows:

1. The Settlement Agreement, attached to the Sklar Certification in Support of the Motion as Exhibit A, is hereby authorized and approved.

2. Upon this Order becoming a Final Order and Element 78 Partners, LLC/Cadilus, Inc. having paid the Settlement Amount, without further approvals or Court action, the Trustee will be deemed to have dismissed the Adversary Proceeding, with prejudice;

3. The Clerk of the Court will make appropriate entries on this adversary proceeding's docket to reflect Paragraphs 2. hereinabove.

4. The Trustee is authorized, without further notice, hearing or order of this Court,

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Memorandum of Law submitted in support of the Motion.

2

#732981 v1

Debtor:            Orbit Energy & Power, LLC
Case No.:          22-19628 (ABA)
Adv. Pro. No.:     23-1338(ABA)
Caption of Order:  ORDER GRANTING MOTION TO APPROVE SETTLEMENT
                   AGREEMENT BETWEEN ANDREW SKLAR, CHAPTER 7
                   TRUSTEE, AND ELEMENT 78 PARTNERS, LLC/CADILUS, INC.

to take and perform such other actions as may be necessary or appropriate to implement and effectuate the Settlement Agreement or the terms of this Order.

5.  The Bankruptcy Court shall retain exclusive jurisdiction with respect to any disputes arising from or related to, or other actions to interpret, administer or enforce the terms and provisions of, this Order or the Settlement Agreement.

3

#732981 v1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-19628-ABA
Orbit Energy & Power, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Jul 16, 2024  Form ID: pdf903  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | |

Case 22-19628-ABA    Doc 520    Filed 07/18/24    Entered 07/19/24 00:13:35    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew Sklar | |
| | on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew E. Arthur | |
| | on behalf of Defendant Google LLC arthura@whiteandwilliams.com |
| Angela L Mastrangelo | |
| | on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com |
| Anthony Sodono, III | |
| | on behalf of Mediator Anthony Sodono III, Esq. (Mediator) asodono@msbnj.com |
| Barry R. Sharer | |
| | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Bonnie R. Golub | |
| | on behalf of Creditor Republic Bank bgolub@wgpllp.com imarciniszyn@wgpllp.com |
| Brian Swope | |
| | on behalf of Creditor Van Meter Auto Repair swope@comcast.net |
| Brian Swope | |
| | on behalf of Creditor South State Tech LLC swope@comcast.net |
| Caitlin Conklin | |
| | on behalf of Creditor Clear Channel Outdoor LLC caitlin.conklin@klgates.com |
| Cameron Deane | |
| | on behalf of Creditor KeyBank N.A. cdeane@weltman.com |
| Cameron Deane | |
| | on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com |
| Carol E. Momjian | |
| | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General cmomjian@attorneygeneral.gov |
| Corinne Samler Brennan | |
| | on behalf of Creditor Attolon Partners LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com |
| Daniel E. Straffi | |
| | on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel M. Eliades | |
| | on behalf of Creditor Clear Channel Outdoor LLC daniel.eliades@klgates.com |
| Daniel S. Siedman | |
| | on behalf of Debtor Orbit Energy & Power LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| David G Murphy | |
| | on behalf of Creditor Wells Fargo Commercial Finance LLC dmurphy@reedsmith.com |
| David G Murphy | |
| | on behalf of Creditor WELLS FARGO BANK N.A. dmurphy@reedsmith.com |
| David S. Catuogno | |
| | on behalf of Creditor Clear Channel Outdoor LLC david.catuogno@klgates.com |
| Don Abraham | |
| | on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com |
| Donald W Clarke | |
| | on behalf of Creditor Krannich Solar East LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| E. Richard Dressel | |
| | on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com |
| Eric Horn | |
| | on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |

Case 22-19628-ABA    Doc 520    Filed 07/18/24    Entered 07/19/24 00:13:35    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: pdf903 | Total Noticed: 2 |

Eric Horn
    on behalf of Creditor 570 Mantua  LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn
    on behalf of Creditor EBF Holdings  LLC dba Everest Business Funding ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Forrest Scott Turkish
    on behalf of Attorney Oldcastle APG Northeast  Inc. fsturkish@aol.com

Gary M. Perkiss
    on behalf of Defendant Billows Electric Supply Company  Inc. gperkiss@perkiss.com

Gary M. Perkiss
    on behalf of Creditor Billows Electric Supply Company  Inc. gperkiss@perkiss.com

Gaston P. Loomis, II
    on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com  scarney@mdmc-law.com

Harry M. Gutfleish
    on behalf of Creditor Reserve Capital Management  LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Cloudfund  LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Wynwood Capital Group  LLC harry@gutfleishlaw.com

Jack Shrum
    on behalf of Creditor Colossus Energy  Inc. jshrum@jshrumlaw.com

Jason D. Angelo
    on behalf of Creditor Wells Fargo Commercial Finance  LLC JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jason D. Angelo
    on behalf of Creditor WELLS FARGO BANK  N.A. JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein
    on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com

Jeffrey S. Cianciulli
    on behalf of Creditor Republic Bank jcianciulli@wgpllp.com  imarciniszyn@weirpartners.com

Jenny R. Kasen
    on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com  dkasen@kasenlaw.com

Jeremy M. Campana
    on behalf of Creditor Global Merchant Cash  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

John C. Kilgannon
    on behalf of Creditor The Bancorp Bank  N.A john.kilgannon@stevenslee.com

Jonathan S Hawkins
    on behalf of Creditor Global Merchant Cash  Inc. jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com

Joseph L. Schwartz
    on behalf of Interested Party Soligent Distribution  LLC jschwartz@riker.com

Justin Logan Rappaport
    on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com

Justin R. White
    on behalf of Creditor Clear Energy Partners  LLC jwhite@testalawyers.com

Kevin Callahan
    on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne
    on behalf of Creditor Enterprise FM Trust mjayne@foley.com  marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti
    on behalf of Creditor Allspire Health GPO  LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye
    on behalf of Creditor Mitsubishi HC Capital America  Inc. mkye@kyelaw.com

Michael McLaughlin

on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com

Michael E. Holt
    on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt
    on behalf of Defendant Soligent Distribution LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael J. Stafford
    on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford
    on behalf of Plaintiff U.S. Electrical Services Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli
    on behalf of Debtor Orbit Energy & Power LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell
    on behalf of Creditor House & Home Magazine LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
    on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com anovoa@slgcollect.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

Richard A. O'Halloran
    on behalf of Creditor Dividend Solar Finance LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich
    on behalf of Creditor Sunlight Financial LLC rrich2@hunton.com, candonian@huntonak.com

Ronald S. Gellert
    on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com abrown@gsbblaw.com

Turner Falk
    on behalf of Creditor Allspire Health GPO LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf
    on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 74