# EXHIBIT A

## Proposed Order

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Chapter 7<br>Case No. 22-19628-ABA |
| **Caption in Compliance with N.J.N. JBR 9004-2(c)**<br>Holly S. Miller (No. 2006-03052)<br>Gellert Seitz Busenkell & Brown, LLC<br>901 Market Street, Suite 3020<br>Philadelphia, PA 19107<br>Phone: (215) 238-0012<br>Fax: (215)-238-0016<br>Email: hsmiller@gsbblaw.com<br><br>*Counsel for Zurich American Insurance Company and its affiliates* | |
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>　　　　　　　　　　Debtor. | **PROPOSED ORDER GRANTING ZURICH AMERICAN INSURANCE COMPANY'S MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 7 AND CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM** |

The relief set forth on page 2 is **ORDERED**.

Upon consideration of *Zurich American Insurance Company's Motion for Allowance and Payment of Chapter 7 and Chapter 11 Administrative Expense Claim* (the "Motion") [Dkt. XXX], the Court having found that good cause exists for the relief requested in the Motion, considered and overruled any and all objections to the Motion, and determined that the relief requested in the Motion is in the best interests of the Debtors, the Estate and its creditors and other parties in interest:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Zurich's Chapter 7 Administrative Expense Claim is allowed in the amount of $129,916.16.

3. Zurich's Chapter 11 Administrative Expense Claim is allowed in the amount of $150,313.25.