# EXHIBIT B

## Chart Detailing Chapter 11 and Chapter 7 Admin Expenses

|  | Workers' Comp Policy (12/4/2022-2/27/2023) | Auto Liability Policy (12/4/2022-12/4/2023) | Commercial Package Policy (12/4/2022-12/4/2023) | Total Administrative Claim |
|---|---|---|---|---|
| **Premium** | $304,954.00 | $172,791.00 | $15,435.00 | |
| **Invoice Fee** | $7.00 | $7.00 | $0 | |
| **Audit Credit** | ($199,987.00) | ($3,436.00) | $0 | |
|  |  |  |  | |
| **Total Due** | $104,967.00 | $169,355.00 | $15,435 | |
|  |  |  |  | |
| **Prepetition Period (2 Days)** | $2,469.81 | $927.97 | $212.90 | |
| **Chapter 11 Administrative Period (83 days)** | $102,967.19 | $38,510.86 | $8,835.20 | **$150,313.25** |
| **Chapter 7 Administrative Period (280 days)** | $0 | $129,916.16 | $6,386.90[1] | **$129,916.16** |
|  |  |  |  | |
|  |  |  |  | |

---

[1] The Chapter 7 administrative period on this policy is only 60 days, since the CPP Policy is an executory contract that was not assumed within 60 days of conversion.  At that point, it was rejected and any amounts accruing during the chapter 7 period became a pre-petition claim.