| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with N.J.N. JBR 9004-2(c)** |
| Holly S. Miller (No. 2006-03052) |
| Gellert Seitz Busenkell & Brown, LLC |
| 901 Market Street, Suite 3020 |
| Philadelphia, PA 19107 |
| Phone: (215) 238-0012 |
| Fax: (215)-238-0016 |
| Email: hsmiller@gsbblaw.com |
| |
| *Counsel for Zurich American Insurance Company and its affiliates* |

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No.  22-19628-ABA |
| ORBIT ENERGY & POWER, LLC, | **NOTICE OF MOTION** |
| Debtor. | |

**PLEASE TAKE NOTICE** that on **August 27, 2024 at 2:00 p.m.**, or as soon as counsel may be heard, the undersigned will move before the UNITED STATES BANKRUPTCY COURT, Honorable Andrew B. Altenburg, Jr. presiding, 400 Cooper Street, Courtroom 4B, Camden, NJ 08101, for an Order Granting Zurich American Insurance Company's ("Movant") Motion for Allowance and Payment of Chapter 7 and Chapter 11 Administrative Expense Claim.

**PLEASE TAKE FURTHER NOTICE** that the Movant will rely upon the enclosed Motion, Exhibits and Proposed Order, in support of the relief sought.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy in accordance with D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely objection is received.

Dated: 7/26/2024                                GELLERT SEITZ BUSENKELL & BROWN, LLC

                                                               By:     */s/ Holly S. Miller*
                                                                           Holly S. Miller, Esquire
                                                                           901 Market Street, Suite 3020
                                                                           Philadelphia, PA 19107
                                                                           Telephone: (215) 238-0010
                                                                           Facsimile: (215) 238-0016
                                                                           Email: hsmiller@gsbblaw.com

                                                                           *Counsel for Zurich American Insurance*
                                                                           *Company and its affiliates*