| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Holly S. Miller (No> 2006-03052)<br>Gellert Seitz Busenkell & Brown, LLC<br>901 Market Street, Suite 3020<br>Philadelphia, PA 19107<br>Phone: (215) 238-0012<br>Fax: (215) 238-0016<br>Email: hsmith@gsbblaw.com<br><br>*Counsel for Zurich American Insurance Company and its affilates* | Case No.: 22-19628 (ABA)<br><br>Chapter: 7 |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC<br><br>    Debtor. | Adv. No.:<br><br>Hearing Date: August 27, 2024 at 2:00 p.m.<br><br>Judge: Judge Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1.  I, Maria Whalen:

    ☐ represent  in this matter.

    ☒ am the secretary/paralegal for Holly Miller, who represents Zurich American Insurance Company and its affiliates  in this matter.

    ☐ am the  in this case and am representing myself.

2.  On July 26, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **ZURICH AMERICAN INSURANCE COMPANY'S MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 7 AND CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM**

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   July 26, 2024                              /s/ Maria Whalen
                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Anthony Ciardi, III<br>Nicole M. Nigrelli<br>Daniel S. Siedman<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Debtors' Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| E. Richard Dressel<br>Lex Nova Law, LLC<br>10 E. Stow Road<br>Suite 250<br>Marlton, NJ 08053 | Counsel to Ch 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin Callahan<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Ste. 320<br>Philadelphia, PA 19107 | US Trustee's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Finberg<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053 | Ch 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*