| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Chapter 7<br>Case No. 22-19628-ABA |
| **Caption in Compliance with N.J.N. JBR 9004-2(c)**<br>Holly S. Miller (No. 2006-03052)<br>Gellert Seitz Busenkell & Brown, LLC<br>901 Market Street, Suite 3020<br>Philadelphia, PA 19107<br>Phone: (215) 238-0012<br>Fax: (215)-238-0016<br>Email: hsmiller@gsbblaw.com<br><br>*Counsel for Zurich American Insurance Company and its affiliates* | |
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>        Debtor. | **ZURICH AMERICAN INSURANCE COMPANY'S RESPONSE TO MOTION FOR ENTRY OF ORDER EXPUNGING PROOF OF CLAIM NO. 74-2** |

  Zurich American Insurance Company (collectively, "Zurich") responds (the "Response") to the Motion of the Chapter 7 Trustee to Expunge Proof of Claim No. 74-2 filed by Zurich (the "Motion"). In support of this Response, and in an abundance of caution, Zurich states as follows:

  1.  On December 7, 2023, Zurich filed Proof of Claim No. 74-2, which served to amend Proof of Claim 74-1 which was originally filed on February 13, 2023.

  2.  On July 1, 2024, the Trustee filed the Motion.

  3.  On July 24, 2024, Zurich filed Proof of Claim No. 74-3, which serves to amend Proof of Claim No. 74-2, the subject of the Motion.

  4.  Upon information and belief, the filing of Proof of Claim No. 74-3 moots the Motion.

  5.  Zurich has reached out to counsel to the Chapter 7 Trustee to confirm the Motion is moot; however, as of the filing of this Response, Zurich has received no such confirmation.

6. As such, Zurich files the instant response in an abundance of caution and to reserve its rights with respect to Claim 74 and its amendments.

WHEREFORE, for the reasons stated above, Zurich respectfully requests that the Court deny the Motion as moot and grant such other or further relief as the Court may deem just or proper.

Date: July 30, 2024    GELLERT SEITZ BUSENKELL & BROWN, LLC

By: */s/ Holly S. Miller*
Holly S. Miller, Esquire
901 Market Street, Suite 3020
Philadelphia, PA 19107
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: hsmiller@gsbblaw.com

*Counsel for Zurich American Insurance Company and its affiliates*