| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Chapter 7<br>Case No. 22-19628-ABA |
| **Caption in Compliance with N.J.N. JBR 9004-2(c)**<br>Holly S. Miller (No. 2006-03052)<br>Gellert Seitz Busenkell & Brown, LLC<br>901 Market Street, Suite 3020<br>Philadelphia, PA 19107<br>Phone: (215) 238-0012<br>Fax: (215)-238-0016<br>Email: hsmiller@gsbblaw.com<br><br>*Counsel for Zurich American Insurance Company and its affiliates* | |
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>                    Debtor. | **PROPOSED ORDER DENYING MOTION TO EXPUNGE PROOF OF CLAIM NO. 74-2 FILED BY ZURICH AMERICAN INSURANCE COMPANY** |

The relief set forth on page 2 is **ORDERED**.

Upon consideration of *Motion of the Chapter 7 Trustee to Expunge Proof of Claim No. 74-2* (the "Motion"), and the response thereto:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **DENIED as MOOT**.

2