UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED1793)
Lex Nova Law, LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
(856) 382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

            Debtor.

ANDREW SKLAR, CHAPTER 7 TRUSTEE,

            Plaintiff,

  v.

SOLIGENT DISTRIBUTION, LLC,

            Defendant.

Case No.: 22-19628(ABA)

Adv. Pro No.: 23-1340(ABA)

Chapter: 7

Date of Hearing: 09/03/2024 @ 10:00 a.m.

Judge: Andrew B. Altenburg

**CERTIFICATION OF ANDREW SKLAR IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN ANDREW SKLAR, CHAPTER 7 TRUSTEE OF ORBIT ENERGY AND SOLIGENT DISTRIBUTION, LLC**

    I, ANDREW SKLAR, of full age, hereby certify as follows:

    1.    I am the Trustee appointed in this case by the Office of the United States Trustee, which appointment remains in effect. As such, I have full knowledge of the facts as set forth herein.

    2.    I submit this certification in support of the motion ("Motion") to approve the

1

#742683 v1

settlement agreement (the "Settlement Agreement" between me, in my capacity as Chapter 7 trustee of Orbit Energy & Power, LLC ("Orbit" or "Debtor"), and Soligent Distribution, LLC.

    3.    A copy of the Settlement Agreement is attached hereto as Exhibit A and incorporated herein.

    4.    To underscore the key considerations of the governing multi-factored analysis for approving settlements, I submit the following: (a) probability of success in litigation - the Trustee acknowledges the existence of a substantial ordinary course defense to the Trustee's claim and there is always some risk in litigation, and the Settlement Agreement brings $25,000.00 into the estate and eliminates that risk; (b) likely difficulties in collection - collection seems probable and is not a significant factor in this matter; (c) complexity of litigation involved and the expense, inconvenience and delay necessarily attending it. - the underlying litigation involves many factual and legal issues which would necessarily require an expert witness to establish the Trustee's claims, increasing the cost of the litigation to the estate; and (d) the paramount interest of creditors -- the Settlement Agreement provides a fixed distribution to the Chapter 7 estate now, rather than an uncertain amount which would only comes after protracted litigation and brings $25,000.00 into the estate.

    5.    In my business judgment as Trustee, I believe that the Settlement Agreement is reasonable and in the best interest of the estate. Accordingly, I respectfully request that the Court approve the Settlement Agreement.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.

DATED: August 1, 2024

/s/ Andrew Sklar
Andrew Sklar

#742683 v1