| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>E. RICHARD DRESSEL, ESQ. (ED1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>(856) 382-8211<br>Attorneys for Andrew Sklar,<br>Chapter 7 Trustee/Plaintiff | |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>        Debtor. | Case No.: 22-19628(ABA)<br><br>Chapter: 7<br><br>Judge: Andrew B. Altenberg |
| ANDREW SKLAR, CHAPTER 7 TRUSTEE,<br><br>   Plaintiff,<br><br>      v.<br><br>SOLIGENT DISTRIBUTION, LLC,<br><br>   Defendant. | Adversary No.: 23-1340(ABA)<br><br>Hearing Date: 09/03/2024 @10:00 am |

## CERTIFICATION OF SERVICE

1.    I, Angela DiDonato:

     ☐ represent the _____ in this matter.

     ☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents Andrew Sklar, Chapter 7 Trustee/Plaintiff in the above captioned matter.

     ☐ am the _____ in the above case and am representing myself.

#742685 v1

2.  On August 1, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    a) Notice of Motion to Approve Settlement Agreement Between Andrew Sklar, As Chapter 7 Trustee of Orbit Energy & Power, LLC and Soligent Distribution, LLC;
    b) Proposed Order Approving Settlement Agreement.
    c) Certification of Andrew Sklar in Support of Motion (including Exhibit A);
    d) Memorandum of Law in Support of Motion; and
    e) This Certification of Service.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 1, 2014                         */s/ Angela DiDonato*
                                             Signature

2

#742685 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael E. Holt, Esquire<br>Forman Holt<br>365 W. Passaic Street, Ste. 400<br>Rochelle Park, NJ 07662 | Attorney for Soligent Distribution, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other<br>_____ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi, III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other   ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All parties who filed an appearance | Appearance Filed | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other<br>_____ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Collins, Esquire<br>400 RXR Plaza<br>Uniondale, NY 11556 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#742685 v1