UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED1793)
Lex Nova Law, LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
(856) 382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

Debtor.

Case No.: 22-19628(ABA)

Adv. Pro. No.: N/A

Chapter: 7

Subchapter V: ☐ Yes ☒ No

Hearing Date: 8/27/24 @ 10:00

Judge: A. Altenburg

## ADJOURNMENT REQUEST

1. I, __E. Richard Dressel__,

    ☒ am the attorney for: __Andrew Sklar, Chapter 7 Trustee__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Zurich Am. Ins. Motion for Allowance and Payment of Admin Expense Claim

    Current hearing date and time: 08/27/2024 @ 10:00 a.m.

    New date requested: 09/10/2024 @ 10:00 a.m.

    Reason for adjournment request: Zurich providing documentation in support of admin. claim for Trustee's review in effort to resolve Motion.

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

    Kenneth M. Thomas, Esquire, counsel for Zurich Am. Ins. Co.

I certify under penalty of perjury that the foregoing is true.

Date: 08/14/2024

/s/ E. Richard Dressel
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 9/10/24 @ 10 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2