Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  22–19628–ABA
                      Chapter:  7
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Orbit Energy & Power, LLC
    dba Orbit Energy and Power, LLC
    570 Mantua Blvd.
    Sewell, NJ 08080

Social Security No.:

Employer's Tax I.D. No.:
    82–3317027

## CERTIFICATION OF NO OBJECTION

    I Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Settlement of preference claim against Google, LLC (Adv. Proceeding 23–1251)

Dated: August 14, 2024
JAN: eag

                                              Jeanne Naughton
                                              Clerk