| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> E. RICHARD DRESSEL, ESQ. (ED1793) <br> LEX NOVA LAW LLC <br> 10 E. Stow Road, Suite 250 <br> Marlton, NJ 08053 <br> (856) 382-8211 <br> Attorneys for Andrew Sklar, <br> Chapter 7 Trustee/Plaintiff | |
| In Re: <br><br> ORBIT ENERGY & POWER, LLC, <br><br>   Debtor. | Case No.: 22-19628 (ABA)____ <br><br> Chapter: _____7_____ <br><br> Judge: Andrew B. Altenberg___ |
| ANDREW SKLAR, CHAPTER 7 TRUSTEE, <br><br>   Plaintiff, <br><br>   v. <br><br> CITY ELECTRIC SUPPLY COMPANY, INC., <br><br>   Defendant. | Adversary No.: 23-1339 (ABA) <br><br> Hearing Date: Sept. 24, 2024 @ 10:00 am |

**CERTIFICATION OF SERVICE**

1. I, Angela DiDonato:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents <u>Andrew Sklar, Chapter 7 Trustee/Plaintiff</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

#747539 v1

2.  On August 26, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    a) Notice of Motion to Approve Settlement Agreement Between Andrew Sklar, As Chapter 7 Trustee of Orbit Energy & Power, LLC and City Electric Supply Company, Inc.;
    b) Proposed Order Approving Settlement Agreement.
    c) Certification of Andrew Sklar in Support of Motion (including Exhibit A);
    d) Memorandum of Law in Support of Motion; and
    e) This Certification of Service.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  August 26, 2014                                     */s/ Angela DiDonato*
                                                           Signature

2

#747539 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael E. Holt, Esquire<br>Forman Holt<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662 | Attorney for City Electric Supply Company, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi, III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All parties who filed an appearance | Appearance Filed | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Collins, Esquire<br>400 RXR Plaza<br>Uniondale, NY 11556 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#747539 v1