Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–19628–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Orbit Energy & Power, LLC
dba Orbit Energy and Power, LLC
570 Mantua Blvd.
Sewell, NJ 08080

Social Security No.:

Employer's Tax I.D. No.:
82–3317027

## CERTIFICATION OF NO OBJECTION

I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Preference Complaint (Adversary Case 23–1340)

Dated: August 28, 2024
JAN: eag

Jeanne Naughton
Clerk