UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Holly S. Miller (No. 2006-03052)
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107
Phone: (215) 238-0012
Email: hsmiller@gsbblaw.com

Counsel for Zurich American Insurance Company and its affiliates

In Re:

ORBIT ENERGY & POWER, LLC,

Debtor.

Case No.: 22-19628
Adv. Pro. No.: N/A
Chapter: 7
Subchapter V: ☐ Yes ☒ No
Hearing Date: 9/10/24 @ 10:00
Judge: A. Altenburg

## ADJOURNMENT REQUEST

1. I, __Holly S. Miller__,

   ☒ am the attorney for: __Zurich American Insurance Company and its affiliates__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Zurich Am. Ins. Motion for Allowance and Payment of Admin Expense Claim__

   Current hearing date and time: __9/10/2024 at 10:00 a.m.__

   New date requested: __9/24/2024 at 10:00 a.m.__

   Reason for adjournment request: __To exchange documentation.__

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   __E. Richard Dressel, Esq., counsel for Trustee__

I certify under penalty of perjury that the foregoing is true.

Date: 9/5/2024                                                    /s/ Holly S Miller
                                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 9/24/24 @ 10 AM            ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____   ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2