Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–19628–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Orbit Energy & Power, LLC
  dba Orbit Energy and Power, LLC
  570 Mantua Blvd.
  Sewell, NJ 08080

Social Security No.:

Employer's Tax I.D. No.:
  82–3317027

## CERTIFICATION OF NO OBJECTION

     I Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Adversary Proceeding (Adversary Case 23–1339) vs. City Supply Electric Company, Inc.

Dated: September 18, 2024
JAN: eag

                                                              Jeanne Naughton
                                                              Clerk