UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. RICHARD DRESSEL, ESQUIRE (ED1793)
LEX NOVA LAW LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Sklar,
  Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

Debtor.

Case No.: 22-19628(ABA)

Adv. Pro. No.: N/A

Chapter: 11

Hearing Date: 9/24/24 @ 10:00

Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, __E. Richard Dressel__,

   ☒ am the attorney for: __Andrew Sklar, Chapter 7 Trustee__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Zurich Am. Ins. Motion to Compel Allowance and Pymnt. of Admin. Exp. Claim

   Current hearing date and time: 9/24/2024 @ 10:00 a.m.

   New date requested: 10/22/2024 @ 10:00 a.m.

   Reason for adjournment request: Zurich has provided the Trustee with its support for its Motion/Administrative Claims which the Trustee must analyze and discuss w/ Zurich.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 9/19/2024                                        /s/ E. Richard Dressel
                                                       Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 10/22/24 @ 10 AM            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2