UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED1793)
Lex Nova Law, LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
(856) 382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

        Debtor.

ANDREW SKLAR, CHAPTER 7 TRUSTEE,

        Plaintiff,

v.

BEACON ROOFING SUPPLY, INC.,

        Defendant.

Case No.:   22-19628 (ABA)

Adv. Pro No.:   24-1546 (ABA)

Chapter:   7

Date of Hearing: 10/29/2024 @ 10:00 a.m.

Judge:  Andrew B. Altenburg

**CERTIFICATION OF ANDREW SKLAR IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN ANDREW SKLAR, CHAPTER 7 TRUSTEE OF ORBIT ENERGY & POWER, LLC AND BEACON ROOFING SUPPLY, INC.**

I, ANDREW SKLAR, of full age, hereby certify as follows:

1. I am the Trustee appointed in this case by the Office of the United States Trustee, which appointment remains in effect. As such, I have full knowledge of the facts as set forth herein.

2. I submit this certification in support of the motion ("Motion") to approve the

1

#751191 v1

settlement agreement (the "Settlement Agreement" between me, in my capacity as Chapter 7 trustee of Orbit Energy & Power, LLC ("Orbit" or "Debtor"), and Beacon Roofing Supply, Inc.

  3.  A copy of the Settlement Agreement is attached hereto as Exhibit A and incorporated herein.

  4.  To underscore the key considerations of the governing multi-factored analysis for approving settlements, I submit the following: (a) probability of success in litigation - the Trustee acknowledges the existence of a substantial ordinary course defense to the Trustee's claim and there is always some risk in litigation, and the Settlement Agreement brings $5,000 into the estate and eliminates that risk; (b) likely difficulties in collection - collection seems probable and is not a significant factor in this matter; (c) complexity of litigation involved and the expense, inconvenience and delay necessarily attending it. - the underlying litigation involves many factual and legal issues which would necessarily require an expert witness to establish the Trustee's claims, increasing the cost of the litigation to the estate; and (d) the paramount interest of creditors -- the Settlement Agreement provides a fixed distribution to the Chapter 7 estate now, rather than an uncertain amount which would only comes after protracted litigation and brings $5,000 into the estate.

  5.  In my business judgment as Trustee, I believe that the Settlement Agreemen is reasonable and in the best interest of the estate. Accordingly, I respectfully request that the Court approve the Settlement Agreement.

#751191 v1

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.


DATED:  September 24, 2024          /s/ Andrew Sklar
                                    Andrew Sklar

#751191 v1