**Sklar Law LLC**
20 Brace Road
Suite 205
Cherry Hill, NJ 08034
8562584050
www.sklarlaw.com

September 23, 2024

Orbit Energy

**Invoice Number: 9525**
Invoice Period: 03-03-2024 - 09-23-2024

**RE: Orbit Energy & Power, LLC 22-19628**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-26-2024 | Andrew Sklar | review order approving Oldcastle settlement; email to Oldcastle counsel with order and payment instructions. | 0.20 | 400.00 | 80.00 |
| 03-31-2024 | Andrew Sklar | email to mediator and Google counsel regarding compliance with Local Rules | 0.20 | 400.00 | 80.00 |
| 03-31-2024 | Andrew Sklar | email to Google counsel regarding potential settlement | 0.20 | 400.00 | 80.00 |
| 04-08-2024 | Andrew Sklar | prepare, file and serve motion to replace mediator, extend time to conduct mediation, extend discovery and new trial date | 2.10 | 400.00 | 840.00 |
| 04-24-2024 | Andrew Sklar | review email from counsel for C&C Supply; prepare and send reply email | 0.20 | 400.00 | 80.00 |
| 04-25-2024 | Andrew Sklar | draft and file complaint against Newspaper Media Group | 1.10 | 400.00 | 440.00 |
| 04-25-2024 | Andrew Sklar | prepare and file adversary complaint against Turtle & Hughes | 1.30 | 400.00 | 520.00 |
| 04-25-2024 | Andrew Sklar | review corresp from counsel for Solar Foundations; prepare reply corresp and email same to counsel | 0.40 | 400.00 | 160.00 |
| 04-27-2024 | Andrew Sklar | review summons; prepare cover letter for service; mail summons and complaints to NMG and Turtle & Hughes | 0.50 | 400.00 | 200.00 |
| 04-27-2024 | Andrew Sklar | emails with counsel for Solar Foundations regarding settlement | 0.30 | 400.00 | 120.00 |
| 04-29-2024 | Andrew Sklar | emails with Solar Foundations USA counsel resolving preference claim | 0.30 | 400.00 | 120.00 |
| 04-30-2024 | Andrew Sklar | draft settlement agreement for Solar Foundations USA and email to counsel | 1.00 | 400.00 | 400.00 |
| 04-30-2024 | Andrew Sklar | review email from C&C counsel with new value supporting documents; draft reply email. | 0.30 | 400.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-02-2024 | Andrew Sklar | emails with C&C counsel to resolve preference claim | 0.20 | 400.00 | 80.00 |
| 05-06-2024 | Andrew Sklar | email to Google counsel regarding mediator motion and potential settlement | 0.20 | 400.00 | 80.00 |
| 05-07-2024 | Andrew Sklar | appear (via Court Solutions) at motion to appoint new mediator and extend dates re: Sklar v. Google | 0.50 | 400.00 | 200.00 |
| 05-08-2024 | Andrew Sklar | emails to Google counsel; draft proposed order | 0.40 | 400.00 | 160.00 |
| 05-08-2024 | Andrew Sklar | draft email to Solar Foundations counsel to follow up on settlement agreement. | 0.20 | 400.00 | 80.00 |
| 05-08-2024 | Andrew Sklar | draft email to ABA with proposed order attached. | 0.20 | 400.00 | 80.00 |
| 05-08-2024 | Andrew Sklar | review order from court; email to A. Sodono regarding appointment as mediator | 0.30 | 400.00 | 120.00 |
| 05-08-2024 | Andrew Sklar | prepare draft settlement agreement for C&C Supply and email to Warren Wolf | 0.90 | 400.00 | 360.00 |
| 05-10-2024 | Andrew Sklar | tel call from A. Roseman counsel for Newspaper Media Group regarding adv pro | 0.30 | 400.00 | 120.00 |
| 05-13-2024 | Andrew Sklar | emails with Vulpio and Sodono to schedule initial conference | 0.20 | 400.00 | 80.00 |
| 05-13-2024 | Andrew Sklar | review email from W. Wolf regarding C&C settlement agreement; prep revised agreement; prep email to W. Wolf | 0.30 | 400.00 | 120.00 |
| 05-13-2024 | Andrew Sklar | tele call with counsel for Turtle & Hughes; prep stip extending time and email to counsel; review signed settlement agreement from counsel for Solar Foundations and email countersigned agreement to counsel | 1.00 | 400.00 | 400.00 |
| 05-14-2024 | Andrew Sklar | prepare notice of motion; certification; memo of law; proposed order; cert of service re: settlement with Foundations USA; file and serve same | 2.20 | 400.00 | 880.00 |
| 05-14-2024 | Andrew Sklar | review accountant report and prep email to accountant re: Google analysis to prepare for mediation | 0.30 | 400.00 | 120.00 |
| 05-14-2024 | Andrew Sklar | review email and documentation from Pierce-Phelps counsel; prepare reply email to counsel | 0.40 | 400.00 | 160.00 |
| 05-15-2024 | Andrew Sklar | prep and file notice of settlement regarding Solar Foundations USA | 0.30 | 400.00 | 120.00 |
| 05-16-2024 | Andrew Sklar | emails with counsel; execute and file stip extending time. | 0.20 | 400.00 | 80.00 |
| 05-19-2024 | Andrew Sklar | emailed filed stipulation to Turtle & Hughes counsel | 0.10 | 400.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-20-2024 | Andrew Sklar | review mediator retainer agreement, prep corresp to Sodono and return same | 0.20 | 400.00 | 80.00 |
| 05-20-2024 | Andrew Sklar | initial mediation call for Google adv pro | 0.20 | 400.00 | 80.00 |
| 05-23-2024 | Andrew Sklar | review corresp from Peirce-Phelps counsel, research Barnhill case, prep reply email to counsel | 0.50 | 400.00 | 200.00 |
| 05-23-2024 | Andrew Sklar | review email and documentation attached from Google counsel; discuss same with R. Snyder | 0.60 | 400.00 | 240.00 |
| 05-24-2024 | Andrew Sklar | prep email to Google counsel regarding additional documentation and potential settlement. | 0.20 | 400.00 | 80.00 |
| 05-24-2024 | Andrew Sklar | review email from mediator regarding scheduling; prepare reply email | 0.10 | 400.00 | 40.00 |
| 05-25-2024 | Andrew Sklar | prepare and file adversary complaint against Delmarva Power for recovery of post-petition payments | 1.30 | 400.00 | 520.00 |
| 05-25-2024 | Andrew Sklar | prepare of settlement for C&C Supply; prepare notice of motion to approve settlement; certification; memo of law; proposed order for C&C Supply | 1.50 | 400.00 | 600.00 |
| 05-28-2024 | Andrew Sklar | prep summons and pre-trial documents and cover letter to Delmarva Power | 0.30 | 400.00 | 120.00 |
| 05-30-2024 | Andrew Sklar | emails with counsel for Krannich Solar, review proposed consent order regarding unsecured claim | 0.50 | 400.00 | 200.00 |
| 06-02-2024 | Andrew Sklar | review corresp from counsel for Peirce-Phelps. Prep reply email regarding settlement. | 0.30 | 400.00 | 120.00 |
| 06-03-2024 | Andrew Sklar | prepare draft settlement agreement with Peirce-Phelps, prep and send email to P-P counsel | 0.70 | 400.00 | 280.00 |
| 06-04-2024 | Andrew Sklar | review email from Newspaper Media counsel; draft stip extending time and reply email | 0.30 | 400.00 | 120.00 |
| 06-17-2024 | Andrew Sklar | review and execute stip extending time; email to defendant counsel | 0.20 | 400.00 | 80.00 |
| 06-19-2024 | Andrew Sklar | review correspondence and documentation from Turtle & Hughes counsel; emails/tel call with R. Snyder regarding same; prepare reply to T&H counsel. | 1.10 | 400.00 | 440.00 |
| 06-21-2024 | Andrew Sklar | review corresp from counsel for Turtle & Hughes; prepare reply email | 0.20 | 400.00 | 80.00 |
| 06-21-2024 | Andrew Sklar | emails with mediator and counsel for Google | 0.30 | 400.00 | 120.00 |
| 06-21-2024 | Andrew Sklar | review revisions to settlement agreement from Pierce-Phelps counsel; draft revised settlement agreement and email to counsel | 0.40 | 400.00 | 160.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-22-2024 | Andrew Sklar | prepare draft settlement agreement for Google adv pro; draft email to Google counsel | 1.00 | 400.00 | 400.00 |
| 06-22-2024 | Andrew Sklar | prepare draft settlement agreement for Turtle & Hughes and email to counsel | 0.50 | 400.00 | 200.00 |
| 06-24-2024 | Andrew Sklar | review email from Turtle & Hughes counsel and proposed revisions to settlement agreement; prep reply email. | 0.40 | 400.00 | 160.00 |
| 06-26-2024 | Andrew Sklar | review email from Pierce-Phelps counsel with signed settlement agreement | 0.20 | 400.00 | 80.00 |
| 06-28-2024 | Andrew Sklar | email to Pierce-Phelps counsel with completed settlement agreement and copy of motion to approve settlement; prepare motion to approve Pierce-Phelps settlement | 2.00 | 400.00 | 800.00 |
| 06-28-2024 | Andrew Sklar | review email and proposed changes to settlement agreement from counsel for Google; prepare reply email. | 0.30 | 400.00 | 120.00 |
| 06-28-2024 | Andrew Sklar | review email from Turtle & Hughes counsel; execute settlement agreement and prepare reply email to counsel | 0.20 | 400.00 | 80.00 |
| 06-29-2024 | Andrew Sklar | prepare and file notices of settlement of controversy for Peirce-Phelps and Turtle & Hughes; prepare, file and serve motion to approve Turtle & Hughes settlement | 2.40 | 400.00 | 960.00 |
| 07-01-2024 | Andrew Sklar | tele call from attorney Tim Prol regarding employment lawsuit filed against debtor in District of NJ; review docket of lawsuit | | 400.00 | No Charge |
| 07-02-2024 | Andrew Sklar | email to counsel for Newspaper Media Group regarding answer to adv pro | 0.10 | 400.00 | 40.00 |
| 07-20-2024 | Andrew Sklar | email to Google counsel regarding settlement agreement; prepare and file notice of settlement re: Google | 0.40 | 400.00 | 160.00 |
| 07-25-2024 | Andrew Sklar | email to NMG counsel regarding making an offer or filing an answer | 0.10 | 400.00 | 40.00 |
| 07-25-2024 | Andrew Sklar | tele call with counsel for NMG to discuss settlement of adv pro | 0.20 | 400.00 | 80.00 |
| 07-27-2024 | Andrew Sklar | review email from Google counsel and revised settlement agreement; prepare email to counsel with executed agreement | 0.30 | 400.00 | 120.00 |
| 07-27-2024 | Andrew Sklar | prepare file file Notice of Motion to Approve Settlement with Google; memorandum of law; certification; order; certification of service; email filed motion to Google counsel; mail motion to debtor | 1.70 | 400.00 | 680.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | counsel | | | |
| 07-27-2024 | Andrew Sklar | review file and email order to Solar USA counsel | 0.30 | 400.00 | 120.00 |
| 07-29-2024 | Andrew Sklar | prepare request for default against Delmarva | 0.40 | 400.00 | 160.00 |
| 07-31-2024 | Andrew Sklar | review order approving settlement with Turtle & Hughes; prepare email to T&H counsel with order | 0.20 | 400.00 | 80.00 |
| 07-31-2024 | Andrew Sklar | review order approving Pierce-Phelps settlement; email to P-P counsel | 0.20 | 400.00 | 80.00 |
| 08-08-2024 | Andrew Sklar | emails with NMG counsel; draft settlement agreement | 1.00 | 400.00 | 400.00 |
| 08-15-2024 | Andrew Sklar | review email from NMG counsel and prep reply email; prepare revised settlement agreement | 0.40 | 400.00 | 160.00 |
| 08-30-2024 | Paralegal Billing | mail entry of default to DelMarva; prep and file certificate of service | 0.30 | 100.00 | 30.00 |
| 09-09-2024 | Andrew Sklar | prepare request for default judgment, certification; memo of law and proposed order re: Delmarva Power & Light | 0.80 | 400.00 | 320.00 |
| 09-09-2024 | Dolores Murphy | Draft Request to Enter Default Judgment and COS | 0.40 | 150.00 | 60.00 |
| 09-09-2024 | Andrew Sklar | prepare notice of motion, trustee certification, memo of law, proposed order and certificate of service of Newspaper Media Group settlement; email/mail motion to parties per Certificate of Service | 1.40 | 400.00 | 560.00 |
| 09-23-2024 | Dolores Murphy | Ltr to Delmarva forwarding Default Judgment | 0.20 | 150.00 | 30.00 |
| 09-23-2024 | Dolores Murphy | Ltr to Bankruptcy Court requesting exemplified copy of Default Judgment | 0.20 | 150.00 | 30.00 |
| 09-23-2024 | Dolores Murphy | Preparation and filing of COS for Default judgment against Delmarva | 0.20 | 150.00 | 30.00 |
| 09-23-2024 | Andrew Sklar | prep corresp to clerk of the court requesting exemplified judgment re: Delmarva Power | 0.20 | 400.00 | 80.00 |
| 09-23-2024 | Andrew Sklar | prepare second fee application | 1.00 | 400.00 | 400.00 |
| | | | | Total | 16,540.00 |

## Time Summary

| Professional | Task | Hours | Amount |
|---|---|---|---|
| Andrew Sklar | *Avoidance Action Litigation | 39.40 | 15,760.00 |
| | *Case Administration | 0.00 | 0.00 |
| | *Claims Administration and Objections | 0.50 | 200.00 |
| | *Fee/Employment Applications | 1.00 | 400.00 |
| Dolores Murphy | Prep of Corresp | 0.40 | 60.00 |
| | Prep of Pleadin | 0.60 | 90.00 |

| Professional | Task | Hours | Amount |
|---|---|---|---|
| Paralegal Billing | *Avoidance Action Litigation | 0.30 | 30.00 |
| | **Total Fees** | | **16,540.00** |

## Expenses

| Expense | Description | Amount |
|---|---|---|
| $Postage | $Postage - mail motion to replace mediator to parties | 1.76 |
| $Copies | Photocopies - motion to replace mediator to counsel | 4.40 |
| $Costs | court filing costs - adversary complaint filing fee (Newspaper Media Group) | 350.00 |
| $Costs | court filing costs - adversary complaint against Turtle & Hughes | 350.00 |
| $Postage | $Postage - mail summons and complaints to NMG and Turtle & Hughes by crr | 18.34 |
| $Copies | Photocopies - summons and complaints to NMG and Turtle & Hughes | 6.40 |
| $Copies | Photocopies - copy of filed motion to serve on Debtor's counsel | 5.40 |
| $Postage | $Postage - serve motion to approve settlement on debtor's counsel | 2.35 |
| $Copies | Photocopies -corresp to Sodono and retainer agreement | 1.00 |
| $Postage | $Postage - mail retainer agreement to Sodono | 0.88 |
| $Costs | court filing costs - adv. pro against Delmarva Power | 350.00 |
| $Copies | Photocopies - C&C Settlement Motion | 5.60 |
| $Postage | $Postage - mail C&C settlement motion to debtor's counsel | 2.35 |
| $Postage | $Postage - summons, complaint and pre-trial documents to Delmarva Power | 9.17 |
| $Copies | Photocopies - summons, complaint and pre-trial documents to Delmarva | 3.00 |
| $Copies | Photocopies - motion to approve settlement with Peirce-Phelps | 5.60 |
| $Postage | $Postage - mail motion to approve Peirce-Phelps settlement to debtor counsel | 2.35 |
| $Copies | Photocopies - motion to approve settlement with Google | 4.80 |
| $Postage | $Postage - mail Google settlement motion to debtor counsel | 2.31 |
| $Copies | Photocopies - motion to approve settlement with NMG to debtor counsel | 4.80 |
| $Postage | $Postage - motion to approve settlement to debtor counsel by regular mail | 2.31 |
| $Copies | Photocopies - | 5.60 |
| $Copies | Photocopies - Request Default Judgment | 5.60 |
| $Postage | $Postage - regular mail Request Default Judgment | 1.01 |
| $Postage | $Postage - certified mail -return receipt requested - Request Default Judgment | 9.92 |

| Expense | Description | Amount |
|---|---|---|
| $Postage | $Postage - letter to clerk of the court | 0.69 |
| | **Total Expenses** | **1,155.64** |

## Expense Summary

| Expense | Amount |
|---|---|
| $Copies | 52.20 |
| $Costs | 1,050.00 |
| $Postage | 53.44 |
| **Total Expenses** | **1,155.64** |

| | |
|---|---|
| **Total for this Invoice** | 17,695.64 |
| **Previous Invoice Balance** | 14,777.32 |
| Payment on 04-11-2024 | (14,777.32) |
| **Current Account Balance** | 17,695.64 |
| Trust Balance | 0.00 |
| **Total Amount to Pay as of 09-23-2024** | 17,695.64 |