| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Andrew Sklar, Esquire (AS3105) <br> SKLAR LAW, LLC <br> 20 Brace Road, Suite 205 <br> Cherry Hill, NJ 08034 <br> (856) 258-4050 <br> Attorney for Chapter 7 Trustee <br><br> In Re: <br> Orbit Energy & Power LLC, Debtor | Case No.: 22-19628-ABA <br><br> Chapter: 7 <br><br> Adv. No.: <br><br> Hearing Date: <br><br> Judge: Andrew B Altenburg |

## CERTIFICATION OF SERVICE

1. I, <u>DOLORES E MURPHY</u>:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for <u>Andrew Sklar</u>, who represents <u>Chapter 7 Trustee</u> in this matter

    ☐ am the _____ in this case and am representing myself.

2. On    9/25/24   , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Application for 2nd Interim Allowance of Compensation, Certification and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  9/25/24                               /s/ Dolores E. Murphy
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Anthony Ciardi III<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Atty for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OFFICE OF US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ  07102 | USTO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*