|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> E. RICHARD DRESSEL, ESQ. (ED1793) <br> LEX NOVA LAW LLC <br> 10 E. Stow Road, Suite 250 <br> Marlton, NJ 08053 <br> (856) 382-8211 <br> Attorneys for Andrew Sklar, <br> Chapter 7 Trustee/Plaintiff |  |
| In Re: <br><br> ORBIT ENERGY & POWER, LLC, <br><br> Debtor. <br><br> ANDREW SKLAR, CHAPTER 7 TRUSTEE, <br><br>   Plaintiff, <br><br>     v. <br><br> COHEN SEGLIAS PALLAS <br>   GREENHALL & FURMAN, P.C., <br><br>   Defendant. | Case No.: <u>22-19628 (ABA)</u> <br><br> Chapter: <u>     7         </u> <br><br> Judge: <u>Andrew B. Altenberg   </u> <br><br> Adversary No.: <u>24-1545 (ABA)</u> <br><br> <u>Hearing Date: 10/29/24 @10:00 am</u> |

## CERTIFICATION OF SERVICE

1.   I, Angela DiDonato:

   ☐ represent the _____ in this matter.

   ☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents <u>Andrew Sklar, Chapter 7 Trustee/Plaintiff</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

#751088 v1

2. On September 27, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    a) Notice of Motion to Approve Settlement Agreement Between Andrew Sklar, As Chapter 7 Trustee of Orbit Energy & Power, LLC and Cohen Seglias Pallas Greenhall & Furman, P.C.;
    b) Proposed Order Approving Settlement Agreement.
    c) Certification of Andrew Sklar in Support of Motion (including Exhibit A);
    d) Memorandum of Law in Support of Motion; and
    e) This Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 27, 2024                */s/ Angela DiDonato*
                                                   Signature

#751088 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Evan A. Blaker, Esquire<br>Cohen Seglias Pallas Greenhall & Furman, P.C.<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | Attorney for Cohen Seglias Pallas Greenhall & Furman, P.C. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi, III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All parties who filed an appearance | Appearance Filed | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Collins, Esquire<br>400 RXR Plaza<br>Uniondale, NY 11556 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#751088 v1