# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE:  ORBIT ENERGY & POWER, LLC          APPLICANT:  Quaker City Auctioneers, Inc.

CASE NO.: 22-19628(ABA)                    CLIENT:     ANDREW SKLAR,
                                                       CHAPTER 7 TRUSTEE

CHAPTER: 7                                 CASE FILED:  December 6, 2022 (Chapter 11);
                                           Converted to Chapter 7 on February 27, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.

RETENTION ORDER(S) ATTACHED

---

## SECTION 1
## FEE SUMMARY

---

FEE APPLICATION NO. 2

|                                      | FEES         | EXPENSES    |
|--------------------------------------|--------------|-------------|
| TOTAL PREVIOUS FEE REQUESTED:        | $_____.00   | $36,062.51  |
| TOTAL FEES ALLOWED TO DATE:          | $_____.00   | $36,062.51  |
| TOTAL RETAINER (IF APPLICABLE):      | $0.00        | $0.00       |
| TOTAL HOLDBACK (IF APPLICABLE):      | N/A          | N/A         |
| TOTAL RECEIVED BY APPLICANT:         | $_____0.00  | $36,062.51  |

| Name of Professional & Title | Years Admitted (or Years of Professional Service) | HOURS | RATE | FEE |
|------------------------------|---------------------------------------------------|-------|------|-----|
| 1.    N/A                    |                                                   |       |      |     |
| **TOTALS**                   |                                                   | 0.00  |      | $0.00 |

**FEE TOTALS**                                    $   0.00
**DISBURSEMENT TOTALS**                           $28,948.21
**TOTAL FEE APPLICATION**                         $28,948.21

Page **1** of **4**

#753863 v1

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  Asset Analysis Recovery | 0.00 | $0.00 |
| b)  Asset Disposition | 0.00 | $0.00 |
| c)  Avoidance Action Litigation | 0.00 | $0.00 |
| d)  Business Operations | 0.00 | $0.00 |
| e)  Case Administration | 0.00 | $0.00 |
| f)  Claims Administration and Objections | 0.00 | $0.00 |
| g)  Employee Benefits/Pensions | 0.00 | $0.00 |
| h)  Fee/Employment Applications | 0.00 | $0.00 |
| i)  Fee/Employment Objections | 0.00 | $0.00 |
| j)   Financing | 0.00 | $0.00 |
| k)  Litigation (Other than Avoidance Action Litigation) | 0.00 | 0.00 |
| l)  Meetings of Creditors | 0.00 | $0.00 |
| m) Plan and Disclosure Statement | 0.00 | $0.00 |
| n)  Relief from Stay Proceedings | 0.00 | $0.00 |
| o)  Accounting/Auditing | 0.00 | $0.00 |
| p)  Business Analysis | 0.00 | $0.00 |
| q)  Corporate Finance | 0.00 | $0.00 |
| r)  Data Analysis | 0.00 | $0.00 |
| s)  Litigation Consulting | 0.00 | $0.00 |
| t)  Reconstruction Accounting | 0.00 | $0.00 |
| u) Tax Issues | 0.00 | $0.00 |
| v)  Valuation | 0.00 | $0.00 |
| w)  Travel Time | 0.00 | $0.00 |
| **SERVICES TOTAL**: | N/A | N/A |

#753863 v1

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | $0.00 |
| b) Facsimile (with rates)<br>    No. of pages: N/A ; Rate per page N/A (Max. $1.00.pg.) | $0.00 |
| c) Long Distance Telephone | $0.00 |
| d) In-House Reproduction<br>    No. of pages:   ; Rate per page  $0.15 (Max. $.20.pg.) | $0.00 |
| e) Outside Reproduction | $0.00 |
| f) Outside Research | $0.00 |
| g) Filing/Court Fees | $0.00 |
| h) Court Reporting | $0.00 |
| i) | $0.00 |
| j) Courier & Express Carriers (e.g. Federal Express) | $0.00 |
| k) Postage | $0.00 |
| l) Other: | $0.00 |
| m) Other:<br>    Advertising -           $5,413.89<br>    Labor -                   $3,000.00<br>    Misc. (Bidspotter event fee; relocate vehicles to sale site; vehicle repairs; overnight/priority mail fees to deliver titles -        $20,534.32 | $28,948.21 |
| **DISBURSEMENT TOTAL:** | $28,948.21 |

#753863 v1

## SECTION IV
## CASE HISTORY

**(1)  DATE CASE FILED:**

Chapter 11 case filed on December 6, 2022;
Converted to Chapter 7 case on February 27, 2023.

**(2)  CHAPTER UNDER WHICH CASE COMMENCED:**

Chapter 11

**(3)  DATE OF RETENTION:** February 20, 2024, effective February 9, 2024, the date the Application was filed.

**If limit on numbers of hours or other limitations to retention, set forth:** N/A

**(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**

Conducted auction sale of estate vehicles which, after lien payoffs and expenses, netted the estate $45,684.00

**(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:**

  (a)  **Administrative expenses:**  100% (Chapter 7); unknown (Chapter 11)
  (b)  **Secured creditors:**  To be determined
  (c)  **Priority creditors:**  To be determined
  (d)  **General unsecured creditors:** To be determined

**(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):**    N/A

I certify under penalty of perjury that the foregoing is true and correct.

/s/ E. Richard Dressel
E. Richard Dressel Esquire

Dated:  October 8, 2024