

**QUAKER CITY AUCTIONEERS, INC**

*Family owned and operated since 1932*

...Auctioneers | Appraisers | Liquidators    www.quakercityauction.com

409 Easton Rd., Suite 101, Willow Grove, PA 19090 • P: 215.426.5300 • F: 215.426.6897

June 4, 2024

Andrew Sklar, Trustee
Sklar Law, LLC
20 Brace Road (Suite 205)
Cherry Hill, NJ 08034

## ACCOUNT OF SALE

Orbit Energy & Power – VEHICLES ONLY
Bankruptcy No. 22-19628 - Online Auction

| | | | |
|---|---|---|---|
| **AUCTION PROCEEDS** (Less 0% Commission) | | | $173,650.00 |
| QCA charged and retained 15% Buyer's Premium | | | |
| <u>Expenses</u>: | (Actual) | (Apportioned to Estate) | |
| Advertising: | $ 7,913.89 | $ 5,413.89 | |
| Labor: | $ 3,000.00 | $ 3,000.00 | |
| Miscellaneous: | <u>$22,784.32</u> | <u>+ 20,534.32</u> | |
| LESS TOTAL EXPENSES: | | | <u>- 28,948.21</u> |
| | | | $144,701.79 |
| **Less Vehicle Payoffs:** | | | <u>- 99,017.39</u> |
| **NET ESTATE PROCEEDS:** | | | <u>$ 45,684.40</u> |

## EXPENSE ANALYSIS

### I. ADVERTISING — $ 7,913.89

Direct Mail

| | |
|---|---|
| QCA List Sort & Selection | $ 200.00 |
| IQ Print – (9,350 4-c cards) & postage | $ 6,001.51 |
| Data Axle – rented names | $ 292.38 |

Electronic

| | |
|---|---|
| QCA Website | $ 200.00 |
| Campaign Monitor E-Blasts (4) | $ 1,200.00 |
| AuctionZip.com (3/4) | +    20.00 |

### II. LABOR and HOURS — $ 3,000.00

F. Dush - 40 hours to clean vehicles, oversee Inspection & Removal

D. Mahony - 30 hours to clean vehicles and oversee Removal

(Includes 5 additional trips to facility due to vehicle pick up delays and delays with titles)

### III. MISCELLANEOUS — $22,784.32

| | |
|---|---|
| BidSpotter Event Fee | $ 350.00 |
| Performance Dodge (Purchase Electronic Keys with on-site programming | $ 5,409.47 |
| Frank Enterprises (2/13) Inv# 2612 (Re-locate trucks (flatbed) to sale site | $ 2,559.00 |
| Frank Enterprises (3/26) Inv# 2638 (Install new batteries and run engines) | $ 2,510.49 |
| Frank Enterprises (3/28) Inv# 2640 (Install new batteries and run engines) | $ 2,121.84 |
| UPS Overnight Payments to Lienholders | $ 111.29 |
| Priority Mail to send Titles | $ 29.00 |
| Store and use as Sales Venue (from February 13th Thru May 21st - 3 months and 8 days at $2,500.00 per month) | $ 8,166.00 |
| Performance Dodge to reprogram system on Van | $ 847.67 |
| Frank Enterprises (Remove wheel assembly on Van caused by frozen parking brake and Tow to Perf Dodge) | $ 562.98 |
| Priority Mail to send Titles | +   116.58 |

### TOTAL EXPENSES: $33,698.21