UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQ. (ED1793)
LEX NOVA LAW LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

        Debtor.

Case No.:  22-19628(ABA)

Chapter:  7

Judge:  Andrew B. Altenberg

Hearing Date:  Nov. 14, 2024 @ 2:00 p.m.

## CERTIFICATION OF SERVICE

1.    I, Angela DiDonato:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents the Trustee, Andrew Sklar, Debtor in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.    On November 14, 2023, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

    a)  Quaker City Auctioneers ("QCA") Fee Application Cover Sheet;
    b)  Proposed form of Order Granting Allowance of Expenses; and
    c)  Application of Quacker City Auctioneers, Inc. for Allowance of Reimbursement of Expenses in Connection with Court-Approved Sale, including Exhibits A and B; and
    d)  This Certification of Service

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  October 8, 2024

                           /s/ Angela DiDonato
                                 Signature

#691090 v1

| United States Trustee<br>Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102-5235<br><br>Albert Anthony Ciardi III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br> ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732<br><br>Eric Merback,<br>Quaker City Auctioneers, Inc.<br>409 Easton Road, Suite 101<br>Willow Grove, PA  19090 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other<br>___ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Orbit Energy & Power, LLC**<br>570 Mantua Blvd.<br>Sewell, NJ 08080<br>**Andrew Sklar**<br>Chapter 7 Trustee<br>20 Brace Road<br>Suite 205<br>Cherry Hill, NJ 08034 | Debtor<br><br>Chapter 7 Trustee (successor to A. Finberg) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Appearances vis ECF | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other ___ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |