UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Holly S. Miller (No. 2006-03052)
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107
Phone: (215) 238-0012
Fax: (215)-238-0016
Email: hsmiller@gsbblaw.com

Counsel for Zurich American Insurance Company and its affiliates

In Re:

ORBIT ENERGY & POWER, LLC

Debtor.

Case No.: 22-19628
Adv. Pro. No.: N/A
Chapter: 7
Subchapter V: ☐ Yes  ☒ No
Hearing Date: 10/22/24
Judge: A. Altenburg

## ADJOURNMENT REQUEST

1. I, __Holly S. Miller__,

    ☒ am the attorney for: __Zurich American Insurance Company and its affiliates__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Zurich Am. Ins. Motion for Allowance and Payment of Admin Expense Claim

    Current hearing date and time: 10/22/2024 at 10:00 a.m.

    New date requested: 11/19/2024 at 10:00 a.m.

    Reason for adjournment request: Zurich and the Trustee have agreed to an additional continuance to permit Zurich to analyze and audit the additional information provided by the Trustee. The parties are in continuing discussions and making progress and believe that additional time will allow for a resolution of the Motion.

2. Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

    E. Richard Dressel, Esq., counsel for Trustee.

I certify under penalty of perjury that the foregoing is true.

Date: October 10, 2024                             /s/ Holly S. Miller, Esq.
                                                   Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 11/19/24 at 10 am           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2