

### State of New Jersey
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 379
TRENTON, NEW JERSEY 08625-0379

Philip D. Murphy
Governor

Robert Asaro-Angelo
Commissioner

October 3, 2024

FILED
JEANNE A. NAUGHTON, CLERK
OCT 15 2024
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

CLERK, BANKRUPTCY COURT
401 Market Street
Camden, NJ  08102

Re: ORBIT ENERGY & POWER LLC

Case No: 22-19628

Dear Sir:

Please withdraw the Proof of Claim #146-1, filed by this agency, on 7/10/2024, in the amount of $267,652.07, in the above-captioned proceeding. as it was replaced by Claim 148-1 Filed 10/02/24

Respectfully yours,

*Linda K Worsfold*

Linda K. Worsfold
Principal Examiner, Unemployment Tax
Division of Employer Accounts, Bankruptcy Unit.
(609)633-6400 Ext. 1213420



EN-EA-229 (3-05)

State of New Jersey
Department of Labor and Workforce Development
Division of Employer Accounts
Legal Processes
PO Box 379
Trenton, New Jersey 08625-0379

Official Business

Address Service Requested

CLERK, BANKRUPTCY COURT
401 Market Street
Camden, NJ 08102