**ROBERT N. SNYDER, JR. CPA**
**SHARER PETREE BROTZ & SNYDER**
1103 Laurel Oak Road
Suite 105B
Voorhees, New Jersey 08043
(856) 435-3200
Accountant for the Chapter 7 Trustee

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:   ORBIT ENERGY & POWER, LLC | : Case No.: 22-19628\ABA |
| | : |
| Debtor(s) | : Chapter 7 |
| | : |
| | : Hearing Date: 11/14/24 @ 2:00PM |

**APPLICATION FOR SECOND INTERIM COMPENSATION FOR THE**
**ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE**
**FOR THE PERIOD 11/10/23 THROUGH 10/15/24**
**AMOUNT SOUGHT $44,358.00**
**AND EXPENSES $575.89**

TO:    The Honorable Andrew B. Altenburg, Jr.
U. S. Bankruptcy Court

**AND CREDITORS AND PARTIES IN INTEREST AS PROVIDED IN NOTICING**
**BY THE CLERK OF THE U.S. BANKRUPTCY COURT**

The Petition of Robert N. Snyder, Jr. CPA, respectfully represents:

1. I am a Certified Public Accountant in the State of New Jersey and Pennsylvania under the firm name SHARER PETREE BROTZ & SNYDER, with offices located at 1103 Laurel Oak Road, Suite 105 B, Voorhees, New Jersey 08043, and was duly appointed by an Order of this Court, as Certified Public Accountant for the Chapter 7 Trustee.

2. All of the services for which compensation is requested were performed for and on behalf of the Trustee, and not on behalf of anyone else.

3. Considering the time, the results accomplished, your applicant believes that a reasonable fee for services rendered as accountant for the Trustee is in the sum of $44,933.89.

4. Applicant has received no payments nor promises for payments from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case and there is no agreement or understanding between your applicant and any other person for the sharing of compensation to be received for services rendered in this case.

5. Attached as Exhibit "A", is a schedule of the services rendered, the dates for each service, the identity of the person rendering the service, a description of the services rendered, and the time spent in rendering the service and the normal billing rate of the person rendering the service:

- Assess ninety-day payments to identify other potential preferences; add payment clearing dates as needed; categorize vendors; subtotal by category; prepare schedule to summarize potential preferences including amount scheduled and amount of proof of claim if applicable; review potential insider related activity and transactions; review financial history; prepare supplemental report on review of books and records and additional avoidance actions and post-petition payments on pre-petition debt; review, revise and compile for distribution; forward to trustee and counsel and provide additional support as requested

- Conversations and correspondence with trustee and counsel regarding avoidance actions; review complaints, review and analyze documents provided and documents provided; prepare analyses as needed; at the time of this filing, the estate has settled avoidance actions totaling over $530,000

- Review amended proof of claim filed by NJ Division of Taxation

- Compile returned W2s to resend to employees; related followup as needed

- Access QuickBooks Online and compile report and receipt copies of 1099-NEC and 1099-MISC; prepare 1099's on preprinted forms; compile 72 1099's for distribution; modify return address for return to office; extract data from 1099 report from QuickBooks; conform data in Excel for import to electronic filing portal; clean and validate data; file 1099-NEC and 1099-MISC to federal and state authorities

- Review check registers and related reports and note potential uncleared checks reflected in 1099 reports; access server and download banking activity reports for 2023 clearing information; analyze report and determine payments reported not clearing bank; calculate revised 1099 amounts; Access 1099 portal and enter revised 1099-NEC amounts; Access 1099 portal and electronically file 1099-NEC corrected form with federal and state authorities; compile 1099-NEC corrected forms for distribution to vendors

- Review note from NJ DOL auditor re: request for 2023 1099 information; review and revise earlier spreadsheet on 1099-NEC correction, compile filings; upload documents to ShareFile link; reply; review proposed settlement agreement on redetermination audit and original assessment; review documents and cross reference to file; review detailed audit schedules received from NJ DOL detailing audit from 2019 - 2023 and related summary report; note $550K reduction in gross liability; followup on amended claims needed; determine need for detail for 2022 for pre and post-petition split of liability with bankruptcy specialist

- Access QuickBooks Online and attempt various reports to detail quarterly payments by vendors; generated report; cross reference report to 2022 audit work papers; flag non bonafide contractors; sort; note variances; clean for distribution; review 1099 audit detail report and note additional non-bonafide vendors; search and flag 102 vendors for inclusion in report; sort, subtotal and clean for distribution; related followup; review revised audit summary with quarterly breakouts; correspondence with DOL bankruptcy specialist regarding revised claims; review proposed claims, indicate changes needed; review revised proofs of claim and note 53% reduction in total liability and 86% reduction in Chapter 11 administrative claim

- Review note and calls with from counsel re: additional documents received from Zurich in advance of hearing on administrative claim; review WC and auto premium audits; cross

    reference to prior correspondence; search for payments made on 2022 - 2023 policy; note issues; review of additional documents; review vehicle schedule received from counsel; sort schedule by vehicle and trailer, add coverage end date; calculate per diem amount per policy audit; calculate pre-petition, Chapter 11 and Chapter 7 portions of premium; additional correspondence with counsel; update earlier vehicle audit analysis for updated timeline for disposal received from lenders; cross reference VIN's and note source; recalculate analysis; clean for distribution; call with trustee, counsel and counsel for insurance company re: vehicle insurance analysis, methodology, claim, issues and related matters

- Review historical balance sheet and income statements; cross reference to last filed tax return; prepare tax return trial balance workbook for 2023 analysis; Analyze and adjust 2023 activity of business; analyze cash receipts and cash disbursements report received from trustee; prepare adjusting entries; reconcile balance sheet and income statement at filing and end of year; prepare federal and state partnership returns for year ended December 31, 2023 and related work papers; review, revise, prepare prompt determination correspondence; forward to trustee

6. Services rendered were essential to the Trustee's administration. The rate charged is the same rate that was charged to non-bankruptcy clients. To the extent the services of other members and associates of the firm are utilized, their hourly billing rates are consistent with the rates of those accountants listed above who have similar experience and seniority.

7. Accordingly, Petitioner prays that an Order be entered authorizing compensation to the accountant in the amount of $44,358.00 and expenses $575.89.

                                              /s/  Robert N. Snyder, Jr., CPA

Dated: 10/16/24