# Sharer Petree Brotz & Snyder

*Certified Public Accountants*
*Business Advisors*

| | Laurelwood Corporate Center | |
|---|---|---|
| 18 West King Street | 1103 Laurel Oak Road | Tel: 856-435-3200 |
| Malvern, PA 19355 | Suite 105B | Fax: 856-435-4868 |
| 610-647-7840 | Voorhees, NJ 08043 | www.SharerPBS.com |

INVOICE submitted to:
Orbit Energy & Power, LLC
c/o Andrew Sklar, Trustee
25 Brace Rd.
Suite 205
Cherry Hill, NJ 08034

October 16, 2024

Invoice #   29586

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/13/2023 | RNS | Review note from trustee re: additional asserted new value by Billows Electric; review schedule provided; cross reference to original analysis; reply with assessment | 0.30 | 126.00 |
| 11/14/2023 | RNS | Review adversary complaints filed against four vendors and supporting schedules | 0.30 | 126.00 |
| 11/15/2023 | RNS | Review file; note year end tax work needed | 0.20 | 84.00 |
| 11/21/2023 | RNS | Review application filed by auctioneer reflecting auction results and related expenses | 0.20 | 84.00 |
| | RNS | Review claims register for recent activity | 0.20 | 84.00 |
| 12/5/2023 | RNS | Review note from trustee re: counteroffer from Billows Electric, alleged additional new value and ordinary course defenses; review schedule provided; cross reference to original analysis; reply with assessment | 0.40 | 168.00 |
| 12/6/2023 | RNS | Review note from trustee re: IRS notice received on 2021 ACA reporting requirements; review prior correspondence with IRS; reply | 0.30 | 126.00 |

**Orbit Energy & Power, LLC**  Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/6/2023 | RNS | Review amended proof of claim filed by NJ Division of Taxation; cross reference to earlier claim | 0.30 | 126.00 |
| 12/13/2023 | RNS | Review note from trustee re: status of negotions with Oldcastle and Billows; reply with assessment | 0.20 | 84.00 |
| 1/18/2024 | MD | Compile returned W2s to resend to employees | 0.30 | 82.50 |
| | RNS | Review notes from trustee and Rick Dressel re: response to complaint from counsel for City Electric and Soligent, asserted defenses and offer; cross reference to original analysis; reply with assessment and strategy | 0.50 | 212.50 |
| 1/24/2024 | RNS | Review file; draft note to trustee re: request for updated cash receipts and disbursements register | 0.20 | 85.00 |
| 1/28/2024 | RNS | Review notes from Rick Dressel re: response to demand from Ecofasten, alleged defenses and related matters; review supporting documents provided; cross reference to original report; reply with assessment and strategy | 0.50 | 212.50 |
| 1/30/2024 | RNS | Extract data from 1099 report from Quickbooks; conform data in Excel for import to electronic filing portal; clean and validate data; file 1099-NEC and 1099-MISC to federal and state authorities | 1.00 | 425.00 |
| | RNS | Access Quickbooks Online and compile report and receipt copies of 1099-NEC and 1099-MISC; prepare 1099's on preprinted forms; compile 72 1099's for distribution; modify return address for return to office | 2.50 | 1,062.50 |
| 2/4/2024 | RNS | Review voicemail from vendor re: discrepancy with amount of 1099 received; review file | 0.20 | 85.00 |
| | RNS | Access 1099 portal and enter revised 1099-NEC amounts | 0.50 | 212.50 |
| | RNS | Review check registers and related reports and note potential uncleared checks reflected in 1099 reports; access server and download banking activity reports for 2023 clearing information; analyze report and determine payments reported not clearing bank; calculate revised 1099 amounts | 1.20 | 510.00 |
| 2/5/2024 | RNS | Telephone call with vendor re: followup on incorrect 1099, corrected form to be issued and related matters | 0.10 | 42.50 |
| 2/6/2024 | RNS | Review note from Rick Dressel re: ordinary course analysis received from Ecofasten; convert PDF received to Excel, clean data; recalculate days outstanding; calculate average, weighted | 1.00 | 425.00 |

**Orbit Energy & Power, LLC**        Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | average and median for pre-preference and preference periods; calculate variances, clean for presentation; reply with assessment | | |
| 2/7/2024 | RNS | Review note from George Mousa, NJ DOL re: request for 2023 1099 information; review and revise earlier spreadsheet on 1099-NEC correction, compile filings; upload documents to ShareFile link; reply | 0.50 | 212.50 |
| 2/8/2024 | RNS | Access 1099 portal and electronically file 1099-NEC corrected form with federal and state authorities | 0.30 | 127.50 |
| 2/13/2024 | MD | Phone call from former contractor regarding 1099; related note to Bob Snyder; return phone call to advise of pending revision; updated address | 0.20 | 55.00 |
| | RNS | Initial review of updated cash receipts and disbursements register received from trustee's assistant | 0.20 | 85.00 |
| 2/14/2024 | RNS | Review notice of settlement of controversy on Billows Electric adversary | 0.20 | 85.00 |
| | RNS | Review application for auctioneer for sale of vehicles and supporting documents | 0.30 | 127.50 |
| | RNS | Compile 1099-NEC corrected forms for distribution to vendors | 0.30 | 127.50 |
| 2/15/2024 | RNS | Review note from Rick Dressel re: inquiry from former employee requesting W-2; review file and extract W-2; leave voicemail and draft note to former employee transmitting W-2 | 0.20 | 85.00 |
| 2/21/2024 | RNS | Prepare Form 7004, Application for Extension of Federal Return | 0.30 | 127.50 |
| 2/22/2024 | MD | Assess ninety-day payments to identify other potential preferences; add payment clearing dates as needed; categorize vendors; subtotal by category | 3.60 | 990.00 |
| 2/23/2024 | MD | Download currect docket and review | 0.30 | 82.50 |
| | MD | Download current claims register; download and review claims for additional preference analysis | 1.20 | 330.00 |
| | MD | Prepare preference analysis for Peirce-Phelps LLC including new value and aging analysis; review proof of claim; prepare demand sheet | 1.20 | 330.00 |
| | MD | Prepare schedule to summarize potential preferences including amount scheduled and amount of proof of claim if applicable | 1.40 | 385.00 |

**Orbit Energy & Power, LLC**  Page 4

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/23/2024 | MD | Prepare preference analysis for Van Meter Auto Repair Inc including new value and aging analysis; review proof of claim; prepare demand sheet | 1.40 | 385.00 |
| | MD | Continue to assess ninety-day payments to identify other potential preferences; add payment clearing dates as needed; categorize vendors; subtotal by category | 1.50 | 412.50 |
| 2/26/2024 | MD | Download invoices from QuickBooks for vendors that are potential preferences | 4.80 | 1,320.00 |
| 2/27/2024 | MD | Review 2021 tax return | 0.60 | 165.00 |
| | MD | Prepare preference analysis for Ovando Roofing LLC including new value and aging analysis; ruled out as preference after assessment | 0.80 | 220.00 |
| | MD | Evaluate various vendors as potential preferences; download and review payments applied report to assess for history of agings; review accounts payable for potential new value | 2.20 | 605.00 |
| | MD | Download American Express account activity from QuickBooks; review transactions to determine how they were coded; review proof of claim; review Amex statements | 2.30 | 632.50 |
| | RNS | Research and review paramters for Quickbooks Online data storage outside of active subscription; renew Quickbooks Online subscription to preserve data retention | 0.30 | 127.50 |
| 2/28/2024 | MD | Meeting with Bob Snyder re: review American Express activity and how payments were recorded | 0.20 | 55.00 |
| | MD | Prepare preference analysis for Solar Foundations USA including new value and aging analysis; review invoices; prepare demand sheet | 0.70 | 192.50 |
| | MD | Review payments to Elan cardmember services; review credit card statements to determine if there was any personal usage on account | 0.80 | 220.00 |
| | MD | Review payments on Fulton Bank credit card; review credit card statements to determine if there was any personal usage on account | 1.00 | 275.00 |
| | MD | Prepare preference analysis for Turtle & Hughes including new value and aging analysis; review proof of claim and reconcile to accounts payable balance; review invoices; prepare demand | 1.20 | 330.00 |

**Orbit Energy & Power, LLC**  Page    5

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| | | sheet | | |
| 2/28/2024 | MD | Continue to evaluate various vendors as potential preferences; download and review payments applied report to assess for history of agings; review accounts payable for potential new value | 2.40 | 660.00 |
| | RNS | Meeting with Michele Dilks re: additional review of records, scope of analysis, credit card activity and related matters | 0.20 | 85.00 |
| | RNS | Review notice of settlement of controversy on Oldcastle APG adversary | 0.20 | 85.00 |
| | RNS | Review docket and claims register for recent and historical activity affecting tax return | 0.30 | 127.50 |
| | RNS | Review auction report and supporting schedules filed with court | 0.30 | 127.50 |
| | RNS | Compile documents needed for tax return preparation | 0.30 | 127.50 |
| | RNS | Additional review of prior tax returns in preparation for tax return trial balance work | 0.40 | 170.00 |
| | RNS | Review historical balance sheet and income statements; cross reference to last filed tax return; prepare tax return trial balance workbook for 2023 analysis | 0.80 | 340.00 |
| | RNS | Analyze and adjust 2023 activity of business; analyze cash receipts and cash disbursements report received from trustee; prepare adjusting entries; reconcile balance sheet and income statement at filing and end of year | 1.70 | 722.50 |
| 2/29/2024 | MD | Meeting with Bob Snyder re: review payments on secured debt in preference period and other related matters | 0.20 | 55.00 |
| | MD | Download and review account activity for deferred financing costs | 0.30 | 82.50 |
| | MD | Download and review account activity for owner's investment and owner's pay and personal expense accounts | 0.40 | 110.00 |
| | MD | Download and review monthly income statements by year for 2021 through 2023 from QuickBooks | 0.60 | 165.00 |
| | MD | Download and review balance sheet history report from QuickBooks | 0.80 | 220.00 |
| | MD | Research how payment of commissions to various vendors was recorded in QB | 1.50 | 412.50 |

**Orbit Energy & Power, LLC**  Page 6

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/29/2024 | MD | Prepare schedule of debtor's loans; summarize when loan was obtained, original amount of loan, balance at time of filing and payment information; compare to petition | 2.20 | 605.00 |
| | RNS | Meeting with Michele Dilks re: status of records review, payments to various lenders, issues and related matters | 0.20 | 85.00 |
| 3/1/2024 | MD | Review transcription of hearing regarding dismissal vs conversion of case | 0.70 | 192.50 |
| 3/4/2024 | MD | Review interim order to honor certain fuel and Home Depot credit cards | 0.30 | 82.50 |
| | MD | Prepare preference analysis for NMG including new value and aging analysis; review proof of claim and reconcile to accounts payable balance; review invoices; prepare demand sheet | 0.40 | 110.00 |
| | MD | Prepare preference analysis for TFG Construction including new value and aging analysis; review proof of claim and reconcile to accounts payable balance; review invoices; prepare demand sheet | 0.40 | 110.00 |
| | MD | Prepare preference analysis for RGR Marketing including new value and aging analysis; ruled out as preference after assessment | 1.00 | 275.00 |
| | MD | Prepare preference analysis for South State Tech LLC including new value and aging analysis; review proof of claim and reconcile to accounts payable balance; review invoices; prepare demand sheet | 1.00 | 275.00 |
| | MD | Continue to evaluate various vendors as potential preferences; download and review payments applied report to assess for history of agings; review accounts payable for potential new value | 2.50 | 687.50 |
| 3/5/2024 | MD | Meeting with Bob Snyder re: review filings made by Cooper Electric; review ninety day payments, agings and potential new value | 0.20 | 55.00 |
| | MD | Prepare preference analysis for C&C Supply including new value and aging analysis; download and review invoices; prepare demand sheet | 0.80 | 220.00 |
| | MD | Continue to evaluate various vendors as potential preferences; download and review payments applied report to assess for history of agings; review accounts payable for potential new value | 1.50 | 412.50 |

**Orbit Energy & Power, LLC**  Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 3/5/2024 | MD | Review docketed items for Cooper Electric; evaluate ninety-day payments including new value and aging; review proof of claim filed; ruled out as preference after assessment | 2.00 | 550.00 |
| | MD | Assessment of bills and applied payments report and evaluate change in agings to identify additional post-petition payments on pre-petition debt | 2.30 | 632.50 |
| | RNS | Meetings wit Michele Dilks re: review of various potential avoidance actions, issues and related matters | 0.20 | 85.00 |
| 3/6/2024 | MD | Initial set-up of report | 0.30 | 82.50 |
| | MD | Prepare pre-petition and post-petition payments section of report | 1.00 | 275.00 |
| | MD | Review docketed items for Ferguson Enterprises; evaluate ninety-day payments including new value and aging; review proof of claim filed; ruled out as preference after assessment | 1.70 | 467.50 |
| | MD | Compile demand sheets and proof of payments as report appendices | 2.50 | 687.50 |
| | RNS | Review motion for relief from stay filed by Key Bank and supporting documents | 0.20 | 85.00 |
| 3/7/2024 | MD | Review docket in owner's personal filing to determine if plan was filed and/or approved | 0.30 | 82.50 |
| | MD | Complete summary of potential preferences and compile as report exhibit | 1.50 | 412.50 |
| | MD | Prepare background section of report | 2.20 | 605.00 |
| | MD | Review tax returns from 2017 through 2022; prepare spreadsheet to summarize financial information; analyze variations in various expense accounts | 2.50 | 687.50 |
| 3/11/2024 | MD | Download and review proof of claims filed by American Express for owner's personal filing | 0.20 | 55.00 |
| | MD | Download and review missing pages from owner's personal filing | 0.30 | 82.50 |
| | MD | Continue to prepare background section of report; compile supporting documentation as report exhibits | 1.20 | 330.00 |
| | MD | Review American Express transactions during the ninety days prior to the finding to determine if any vendors received preferential payments | 2.30 | 632.50 |

**Orbit Energy & Power, LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　　Page　　8

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/12/2024 | MD | Meeting with Bob Snyder re: discussion regarding payments on owner's personal American Express account and other related matters | 0.40 | 110.00 |
| | MD | Prepare records reviewed section of report | 0.40 | 110.00 |
| | MD | Review balance sheet accounts for other potential recoveries | 1.60 | 440.00 |
| | MD | Prepare insider section of report; compile supporting documentation as report exhibits | 2.70 | 742.50 |
| | MD | Prepare credit card section of report; compile prepare payment schedules for American Express accounts; review coding of transactions for xx6005 for business versus personal use; compile supporting documentation as report exhibits | 2.80 | 770.00 |
| | RNS | Meetings with Michele Dilks re: review of AmEx activity, payments on personal cards, coding, need for additonal banking records | 0.30 | 127.50 |
| | RNS | Review server for additonal banking records; locate 2020 - 2022 banking records in varous locations; archive to server | 0.30 | 127.50 |
| 3/13/2024 | MD | Review amended disclosure from owner's personal filing | 0.30 | 82.50 |
| | MD | Review and download invoices from QB for Van Meter Auto Repair to see if there were any invoices for personal vehicles | 0.40 | 110.00 |
| | MD | Meeting with Bob Snyder re: discussion regarding owner's amended disclosure; revisions to report | 0.50 | 137.50 |
| | MD | Revisions to report after review; recompile report, exhibits and appendices | 1.00 | 275.00 |
| | MD | Compile report, exhibits and appendices in pdf format; bookmark exhibits and appendices | 1.30 | 357.50 |
| | MD | Proof read report and make revisions as necessary; number footnotes | 1.50 | 412.50 |
| | RNS | Review transcript of hearing on conversion of case | 0.20 | 85.00 |
| | RNS | Draft note to trustee and counsel re: transmittal of supplemental report on review of books and records and related matters | 0.20 | 85.00 |
| | RNS | Review plan and disclosure statement filed in owner's bankruptcy | 0.30 | 127.50 |

**Orbit Energy & Power, LLC**  Page 9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 3/13/2024 | RNS | Meetings with Michele Dilks re: revisions to report, insider analysis, additional review needed and related matters | 0.50 | 212.50 |
| | RNS | Review and revise draft of report on review of books and records review prepared by associate and supporting exhibits; revise updated report; compile for distribution | 1.00 | 425.00 |
| 3/22/2024 | MD | File cleanup and organization | 0.30 | 82.50 |
| 4/4/2024 | RNS | Review notice of sale of vehicle and consent order for relief from stay on truck filed by Key Bank | 0.30 | 127.50 |
| 4/16/2024 | RNS | Draft note to George Mousa, NJ DOL re: inquiry on status of audit; review reply; related followup | 0.20 | 85.00 |
| 4/17/2024 | RNS | Review docket in adversary with Google; review related complaint, answer and application for new mediator filed by trustee | 0.30 | 127.50 |
| 4/19/2024 | RNS | Review notice of settlement of controversy on Eco Fasten adversary | 0.20 | 85.00 |
| 4/24/2024 | RNS | Telephone call with trustee re: status of adversaries, auction results and related matters | 0.10 | 42.50 |
| | RNS | Review note from counsel re: response to preference demand from Pierce-Phelps; reviw correspondence and ordinary course analysis; cross reference to report; calculate invoices out of ordinary coursel; reply with assessment | 0.50 | 212.50 |
| 5/14/2024 | RNS | Review note from trustee re: pending mediation with Google, need for invoices and updated analysis | 0.20 | 85.00 |
| | RNS | Telephone call with trustee re: documents compiled for Google mediation, issues, strategy and related matters | 0.20 | 85.00 |
| | RNS | Review earlier report and related workpapers; compile invoices reflected in analysis; review and revise analysis for additional information; clean for presentation; forward to trustee | 0.80 | 340.00 |
| 5/15/2024 | RNS | Review claims register for recent activity | 0.20 | 85.00 |
| | RNS | Review motion to approve settlement with Solar Foundations on avoidance action and related notice of settlement of controversy | 0.20 | 85.00 |
| 5/23/2024 | RNS | Review motion for relief from stay filed by personal injury claimant | 0.20 | 85.00 |

**Orbit Energy & Power, LLC** Page 10

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/23/2024 | RNS | Review notes from trustee and counsel re: review response and counteroffer from Google and related support; cross reference to original analysis; reply with assessment | 0.40 | 170.00 |
| 5/29/2024 | RNS | Review notice of settlement of controversy on C&C Supply avoidance demand | 0.20 | 85.00 |
| 6/5/2024 | RNS | Review consent order on claim of Krannich Solar East | 0.10 | 42.50 |
| | RNS | Review complaint filed against Delmarva Power on post-petition payment on pre-petition debt | 0.20 | 85.00 |
| 6/6/2024 | RNS | Review note from trustee re: additional data provided by Google on services rendered; review data, sort into pre and post payment periods; update preference analysis; draft related note with assessment of new value defense and potential counteroffer | 0.50 | 212.50 |
| 6/13/2024 | RNS | Telephone call with George Mousa, NJ DOL re: redetermination audit, need for amended proofs of claim, process and related matters | 0.20 | 85.00 |
| | RNS | Draft note to George Mousa, NJ DOL re: acknowledgement of redetermination audit reducing gross liability by over $550k, request for amended proofs of claim, referral source in department, request for audit workpapers and related matters | 0.30 | 127.50 |
| | RNS | Review note from George Mousa, NJ DOL re: proposed settlement agreement on redetermination audit and original assessment; review documents and cross reference to file; reply | 0.50 | 212.50 |
| 6/17/2024 | RNS | Leave voicemail for trustee re: additional information received from Google, issues and related matters | 0.10 | 42.50 |
| | RNS | Draft note to George Mousa, NJ unemployment auditor re: request for confirmation of correspondence acknowledging audit; review reply | 0.10 | 42.50 |
| | RNS | Review note from trustee re: response by Google to latest assessment of new value; review file and additonal information received; reply with assessment | 0.30 | 127.50 |
| 6/18/2024 | RNS | Review notice of settlement of controversy on Cadilus default judgment | 0.20 | 85.00 |
| | RNS | Draft note to trustee and counsel re: results of NJ DOL audit, reduction in gross assessment by over 60% and related matters | 0.20 | 85.00 |

**Orbit Energy & Power, LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page　　11

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/18/2024 | RNS | Draft notes to George Mousa, NJ DOL re: followup on audit, confirmation of referral for amended claims, detail on audit pending and related matters; reply; related followup | 0.30 | 127.50 |
| | RNS | Review note from trustee re: response by Turtle and Hughes to preference; review response and supporting exhibits; review earlier preference analysis; recalculate agings; response with assessment | 0.50 | 212.50 |
| 6/21/2024 | RNS | Review note from trustee re: pending settlement with Google; reply | 0.10 | 42.50 |
| 6/24/2024 | RNS | Review detailed audit schedules received from NJ DOL detailing audit from 2019 - 2023 and related summary report | 0.40 | 170.00 |
| 7/1/2024 | RNS | Review notices of settlement of controversy on Turtle and Hughes and Pierce-Phelps | 0.20 | 85.00 |
| | RNS | Review note from trustee re: inquiry by counsel in employment discrimination suit; review related complaint; review file; reply | 0.30 | 127.50 |
| 7/10/2024 | RNS | Draft note to Linda Wolfson, NJ DOL re: inquiry on status of amended proofs of claim and related matters | 0.10 | 42.50 |
| | RNS | Draft note to George Mousa, NJ DOL re: request for quarterly allocation of 2022 assessment for priority / administrative split and related matters | 0.20 | 85.00 |
| | RNS | Review notes from Linda Worsford, NJ DOL re: amended adminstrative and priority proofs of claim; review claims, cross reference to prior claims and audit workpapers; reply with additional adjustments needed; review reply regarding detail needed for 2022 liabilty for breakout | 0.50 | 212.50 |
| 7/11/2024 | RNS | Review note from Rick Dressel re: amended claims filed by NJ DOL and pending adjustments; reply | 0.20 | 85.00 |
| 7/15/2024 | RNS | Review note from George Mousa, NJ DOL re: 2022 vendor data needed by quarter to update audit summary; reply with analysis | 0.20 | 85.00 |
| | RNS | Access Quickbooks Online and attempt various reports to detail quarterly payments by vendors; generated report; cross reference report to 2022 audit workpapers; flag non-bonafide contractors; sort; note variances; clean for distribution | 0.80 | 340.00 |
| 7/17/2024 | RNS | Review note from George Mousa, NJ DOL re: additional non-bonafides needed for quarterly breakout and related matters; reply with updated analysis | 0.20 | 85.00 |

**Orbit Energy & Power, LLC**   Page   12

| Date | Staff | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/17/2024 | RNS | Review 1099 audit detail report and note additional non-bonafide vendors; search and flag 102 vendors for inclusion in report; sort, subtotal and clean for distribution | 1.00 | 425.00 |
| 7/19/2024 | RNS | Review note from Rick Dressel re: updated offer from counsel for City Electric and Soligent; review letter and supporting schedules; cross reference to earlier correspondence and report; reply with updated assessment; review trustee's reply | 0.40 | 170.00 |
| 7/22/2024 | RNS | Review notice of settlement of controversy on Google adversary | 0.10 | 42.50 |
| 7/23/2024 | RNS | Telephone call with trustee re: update on NJ U/C claim, pending tax return and related matters | 0.10 | 42.50 |
| 8/1/2024 | MD | Meeting with Bob Snyder re: preparation of 2023 tax returns | 0.20 | 55.00 |
| | MD | Prepare tax files to accumulate information for 2023 tax return | 0.60 | 165.00 |
| | RNS | Draft note to George Mousa, NJ DOL re: followup on updated 2022 audit report breaking out quarters | 0.10 | 42.50 |
| | RNS | Meeting with Michele Dilks re: tax returns to be prepared, issues and related matters | 0.20 | 85.00 |
| | RNS | Review response to claims objection and motion for adminstrative expense payment by Zurich American Insurance | 0.30 | 127.50 |
| 8/2/2024 | MD | Review and analyze cash receipts, disbursements and accruals for 2023 tax return | 0.50 | 137.50 |
| | MD | Prepare 12/31/2023 Form 1065 and NJ-1065 | 4.50 | 1,237.50 |
| 8/5/2024 | MD | Analyze sale of fixed assets for entry in ProSeries | 2.80 | 770.00 |
| | MD | Prepare 12/31/2023 Form 1065 and NJ-1065 | 3.30 | 907.50 |
| 8/6/2024 | RNS | Review note from George Mousa, NJ DOL re: status of audit summary quarterly breakout for 2022 and related matters | 0.10 | 42.50 |
| | RNS | Review federal and state partnership tax returns for year ended December 31, 2023 and related workpapers | 0.50 | 212.50 |
| 8/9/2024 | RNS | Review note from George Mousa, NJ DOL re: updated audit report for 2022; review updated report, note changes from prior report; reply | 0.40 | 170.00 |

**Orbit Energy & Power, LLC**      Page    13

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/10/2024 | RNS | Draft note to trustee and counsel re: expected amended NJ DOL administrative claim, anticipated reduction and related matters | 0.10 | 42.50 |
| 8/15/2024 | DLS | Review tax returns | 1.00 | 220.00 |
| | MD | Revisions to trial balance and tax returns | 0.50 | 137.50 |
| | RNS | Review final tax return package; sign tax returns | 0.20 | 85.00 |
| 8/16/2024 | RNS | Review note from Andy Sklar re: draft of settlement agreement with AmEx; review; reply; related followup on payment logstics | 0.30 | 127.50 |
| 8/19/2024 | MD | Review before compilation | 0.20 | 55.00 |
| | MD | Final review; distribute | 0.30 | 82.50 |
| 8/20/2024 | RNS | Draft note to George Mousa, NJ DOL re: status of updated audit report and transmittal of amended claim; review reply | 0.10 | 42.50 |
| 8/22/2024 | RNS | Review note from Rick Dressel re: followup on Cohen Segalis asserted defenses; review file, reply | 0.10 | 42.50 |
| 8/26/2024 | RNS | Review notice of settlement of controversy on City Electric Supply adversary | 0.20 | 85.00 |
| 8/27/2024 | RNS | Review note from Rick Dressel re: information received from Zurich on policy premiums and administrative allocation; review schedule; cross reference to earlier motion and exhibit; reply with assessment; related followup | 0.40 | 170.00 |
| 9/11/2024 | RNS | Draft note to George Mousa, NJ DOL re: followup on amended audit report status and related matters | 0.10 | 42.50 |
| | RNS | Review notice of settlement of controversy on Newspaper Media Group adversary | 0.20 | 85.00 |
| 9/17/2024 | RNS | Draft note to trustee re: request for updated cash receipts and disbursements register and related matters | 0.10 | 42.50 |
| | RNS | Review note from Rick Dressel re: additional documents received from Zurich in advance of hearing on adminstrative claim; review WC and auto premium audits; cross reference to prior correspondence; search for payments made on 2022 - 2023 policy; note issues | 0.50 | 212.50 |
| 9/18/2024 | RNS | Draft note to trustee and Rick Dressel re: transmittal of proof of policy payment in December 2022 | 0.10 | 42.50 |

**Orbit Energy & Power, LLC**  Page 14

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/18/2024 | RNS | Review note from Rick Dressel re: additional documents on disposition of vehicles; review documents and cross reference to vehicle analysis; update computations; clean for distribution; reply with analysis | 0.50 | 212.50 |
| | RNS | Telephone call with trustee and Rick Dressel re: pending motion on Zurich claim, review of policy audit, issues, vehicles, period of coverage, strategy, other case issues and related matters | 0.80 | 340.00 |
| | RNS | Review vehicle schedule received from counsel; sort schedule by vehicle and trailer, add coverage end date; calculate per diem amount per policy audit; calculate pre-petition, Chapter 11 and Chapter 7 portions of premium | 0.80 | 340.00 |
| 9/24/2024 | RNS | Review note from George Mousa, NJ DOL re: revised audit schedules accepted; reply requesting that schedules be forward to bankruptcy specialist for amended claims | 0.10 | 42.50 |
| 9/26/2024 | RNS | Review docket and claims register for recent activity | 0.20 | 85.00 |
| | RNS | Prepare fee application | 1.20 | 510.00 |
| 9/27/2024 | RNS | Review notes from Linda Worsfold, NJ DOL re: draft of revised proof of claims, administrative vs priority, interest accruals and related matters; review drafts; reply | 0.30 | 127.50 |
| | RNS | Telephone call with Linda Worsfold, NJ DOL re: revised audit schedles, amended proof of claim, classification, annual assessments and related matters | 0.30 | 127.50 |
| 9/28/2024 | RNS | Review note from trustee re: request for cancelled check in support of vendor with post-petition payment on pre-petition debt; review earlier report and records; reply | 0.30 | 127.50 |
| 9/30/2024 | RNS | Review notes from Rick Dressel and Ken Thomas re: transmittal of information on trustee's analysis of premium audits, request for position to administrative portion of insurance premium; review followup | 0.40 | 170.00 |
| 10/1/2024 | RNS | Review notes from Linda Worsfold, NJ DOL re: amended adminsitrative and priority claims, treatment of assessments and related matters; review drafts of claims; reply regarding final revisions needed | 0.30 | 127.50 |
| 10/2/2024 | RNS | Review notice of settlement of controvery on Beacon Roofing adversary | 0.20 | 85.00 |

**Orbit Energy & Power, LLC**  Page   15

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/2/2024 | RNS | Review note from Linda Worsfold, NJ DOL re: revised drafts of amended claims; review claims; reply | 0.20 | 85.00 |
| | RNS | Analyze changes in NJ DOL claims during audit process; calculate 53% reduction in total liablity and 86% reduction in Chapter 11 administrative claim; draft related note to trustee and counsel regarding amended claims being filed | 0.30 | 127.50 |
| 10/7/2024 | RNS | Review notes from Rick Dressel and Ken Thomas re: logstics for call on insurance claim and related matters | 0.10 | 42.50 |
| 10/9/2024 | RNS | Telephone call with Rick Dressel re: recap of call and related matters | 0.10 | 42.50 |
| | RNS | Review insurance analysis and other documents in advance of call | 0.30 | 127.50 |
| | RNS | Telephone call with trustee, Rick Dressel and Ken Parker re: vehicle insurance analysis, methodology, claim, issues and related matters | 0.50 | 212.50 |
| 10/10/2024 | RNS | Review notes from Rick Dressel re: information for secured vehicle lenders on turnover dates and reated matters; review schedules received | 0.30 | 127.50 |
| | RNS | Draft note to trustee and Rick Dressel re: transmittal of updated vehicle insurance audit analysis, methodology and related matters; review reply with status of discussions and related matters; related followup | 0.30 | 127.50 |
| | RNS | Update earlier vehicle audit analysis for updated timeline for disposal received from lenders; cross reference VIN's and note source; recalculate analysis; clean for distribution | 0.80 | 340.00 |
| 10/15/2024 | RNS | Prepare fee application | 1.20 | 510.00 |
| | | For professional services rendered | 136.40 | $44,358.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 1/30/2024 | Postage - 1099 forms to vendors - 117 @ $.64 | 74.88 |
| 2/8/2024 | Federal and state e-filing and related forms for 1099-NEC, 1099-MISC and 1099-NEC corrected - 117 total forms issued and reported - www.tax1099.com | 316.96 |
| 2/27/2024 | Quickbooks Online monthly renewal | 60.00 |

**Orbit Energy & Power, LLC**  Page  16

|  |  | Amount |
|---|---|---:|
| 3/27/2024 | Quickbooks Online monthly renewal | 60.00 |
| 10/15/2024 | Photocopies - 274 @ $.20 | 54.80 |
|  | Postage | 9.25 |
|  | Total costs | $575.89 |
|  | Total amount of this bill | $44,933.89 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 43.70 | 425.00 | $18,572.50 |
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 2.40 | 420.00 | $1,008.00 |
| Donna Liedtka-Smith, CPA | 1.00 | 220.00 | $220.00 |
| Michele Dilks, CPA | 89.30 | 275.00 | $24,557.50 |