**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**ACCOUNTANT FEE APPLICATION COVER SHEET**

RE:     ORBIT ENERGY & POWER, LLC          CASE FILED: 12/06/22

APPLICANT: Sharer Petree Brotz & Snyder         CASE NO.: 22-19628\ABA

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY.  <u>RETENTION ORDERS ATTACHED.</u>

                                            **/s/ Robert N. Snyder, Jr., CPA**          DATE: 10/16/24

_____ SECTION I_____

FEE APPLICATION NO.  2

                                <u>FEES</u>               <u>EXPENSES</u>

TOTAL PREVIOUS FEE REQUESTED:  $ 52,739.87
TOTAL FEES ALLOWED TO DATE:       $ N/A
TOTAL RETAINER (IF APPLICABLE)     $ N/A
TOTAL HOLDBACK (IF APPLICABLE)    $ N/A
TOTAL RECEIVED BY APPLICANT       $ 52,739.87

| Professional | | hour | rate | total |
|---|---|---|---|---|
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | Partner | 43.70 | 425.00 | $18,572.50 |
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | | 2.40 | 420.0 | $1,008.00 |
| DDonna Lietka-Smith, CPA | Associate | 1.00 | 220.00 | $220.00 |
| Michele Dilks, CPA | Assoiciate | 89.30 | 275.00 | $24,557.50 |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---:|
| FEES TOTAL PAGE 2 | $44,358.00 |
| | |
| DISBURSEMENTS TOTALS - PAGE 3 | $575.89 |
| | |
| TOTAL FEE APPLICATION | $44,933.89 |
| | |

SECTION II
SUMMARY OF SERVICES

| **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|
| A)  ASSET ANALYSIS AND RECOVERY | | |
| B)  ASSET DISPOSITION | | |
| C)  BUSINESS OPERATIONS | | |
| D)  CASE ADMISTRATION | | |
| E)  CLAIMS ADMINISTRATION AND OBJECTIONS | | |
| F)  EMPLOYEE BENEFITS/PENSIONS | | |
| G) FEE/EMPLOYMENT APPLICATIONS | 2.40 | $1,020.00 |
| H) FEE/EMPLOYMENT OBJECTIONS | | |
| I)  FINANCING | | |
| J)  LITIGATION (other than avoidance action litigation) | | |
| K)  AVOIDANCE ACTION LITIGATION | | |
| L)  MEETINGS OF CREDITORS | | |
| M) PLAN AND DISCLOSURE STATEMENT | | |
| N) RELIEF FROM STAY PROCEEDINGS | | |
| O) REGULATORY COMPLIANCE | | |
| P) TRAVEL | | |
| Q) ACCOUNTING/AUDITING | 104.20 | $31,977.00 |
| R)  BUSINESS ANALYSIS | | |
| S) CORPORATE FINANCE AND VALUATION | | |
| T) DATA ANALYSIS | | |
| U) LITIGATION CONSULTING | | |
| V) RECONSTRUCTION ACCOUNTING | | |
| W) TAX ISSUES | 29.80 | $11,361.00 |
| X) OTHER (Fee App) | | |
| SERVICES TOTAL: | **136.40** | **$44,358.00** |

# SECTION III

## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNTS |
|---|---|
| a) Computer Assisted Legal Research | |
| b) Facsimile (pgs. @ $1.00) | |
| c) Long Distance Telephone | |
| d) In House Reproduction (@ .20) | $54.80 |
| e) Outside reproduction | |
| f) Outside Research | |
| g. Filing/Court Fees | |
| h) Court Reporting | |
| i) Travel | |
| j) Courier & Express Carriers | |
| k) Postage | $84.13 |
| l) Other | $436.96 |
| **DISBURSEMENT TOTAL:** | **$575.89** |

# SECTION IV

# CASE HISTORY

---

(1) DATE CASE FILED:  12/06/22

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED - 11

(3) DATE OF RETENTION: 03/13/23

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

(5) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE)

I certify under penalty of perjury that the foregoing is true and correct.

/S/   Robert N. Snyder, Jr., CPA          DATE: 10/16/24