| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROBERT N. SNYDER, JR., CPA<br>SHARER PETREE BROTZ & SNYDER<br>1103 Laurel Oak Road<br>Suite 105 B<br>Voorhees, New Jersey 08043<br>(856)435-3200 | |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC<br><br>            Debtor. | Case No.:    22-19628<br><br>Chapter 7<br><br>Hearing Date:  11/14/24 @2:00PM<br><br>Judge:ABA |

## CERTIFICATE OF SERVICE

1. I, _____Cheryl C. Shapiro_____

   ☐ represent the Debtor in the above captioned matter.

   ☒ am the secretary/paralegal for <u>Barry R. Sharer</u>, who is accountant for the Trustee in the above

   captioned matter,

   ☐ am the _____ in the above case and am representing myself.

2. On 10/16/24 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Second Interim application for fees and expenses for the Accountant to the Trustee along with all supporting documents

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  10/16/24                                                    /s/  Cheryl C. Shapiro

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Centre<br>Suite 2100<br>Newark, NJ 07102 | | ☐Hand-delivered<br>☐ Regular mail<br>☐E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| Andrew Sklar<br>20 Brace Rd.<br>Suite 205<br>Cherry Hill, NJ 08034 | Trustee | ☐Hand-delivered<br>☐ Regular mail<br>X E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Debtor's counsel | ☐Hand-delivered<br>X Regular mail<br>☐ E-mail<br>X  Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| | | ☐Hand-delivered<br>☐Regular mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| | | ☐Hand-delivered<br>☐ Regular mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| | | ☐Hand-delivered<br>☐ Regular mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| | | ☐Hand-delivered<br>☐ Regular mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| | | ☐Hand-delivered<br>☐ Regular mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| | | ☐Hand-delivered<br>☐Regular mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _____ |