| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**ROBERT N. SNYDER, JR. CPA**<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | |
|---|---|
| In Re:<br><br>**ORBIT ENERGY & POWER, LLC** | **Case No.: 22-19628**<br><br>**Chapter 7**<br><br>**Hearing Date: 11/14/24 @ 2:00PM**<br><br>**Judge: ABA** |

**ORDER AWARDING SECOND INTERIM COMPENSATION AND EXPENSES
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

(Page 2)
Debtor: **ORBIT ENERGY & POWER, LLC**
Case No.: 22-19628
Caption of Order: Order Approving Second Interim Fees and Expenses for the Accountant for the Chapter 7 Trustee

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

FEES:              $44,358.00

EXPENSES       $    575.89

TOTAL:           $44,933.89