Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22–19628–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Orbit Energy & Power, LLC
dba Orbit Energy and Power, LLC
570 Mantua Blvd.
Sewell, NJ 08080

Social Security No.:

Employer's Tax I.D. No.:
82–3317027

## CERTIFICATION OF NO OBJECTION

I Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Adversary Proceeding (24–1546) re Preferential Transfers

Dated: October 23, 2024
JAN: eag

Jeanne Naughton
Clerk