Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22–19628–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Orbit Energy & Power, LLC
   dba Orbit Energy and Power, LLC
   570 Mantua Blvd.
   Sewell, NJ 08080

Social Security No.:

Employer's Tax I.D. No.:
   82–3317027

**CERTIFICATION OF NO OBJECTION**

   I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Settlement of Adversary Proceeding (24–1545)


Dated: October 23, 2024
JAN: eag

                                                                                          Jeanne Naughton
                                                                                          Clerk