| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Andrew Sklar, Esquire (AS3105)<br>Sklar Law, LLC<br>20 Brace Road, Suite 205<br>Cherry Hill, NJ 08034<br>856-258-4050<br>andy@sklarlaw.com<br>Attorney for Chapter 7 Trustee | Order Filed on October 24, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Orbit Energy & Power LLC<br><br>Debtors | Case No.: 22-19628-ABA<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: Andrew B. Altenburg Jr. |

### *ORDER GRANTING ALLOWANCES*

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

PAGE 2

Debtor: Orbit Energy & Power LLC

Case No.: 22-19628-ABA

Caption of Order: ***ORDER GRANTING ALLOWANCES***

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Sklar Law, LLC<br>Attorneys for Chapter 7 Trustee | $16,540.00 | $1,155.64 |