UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
856-258-4050
andy@sklarlaw.com
Attorney for Chapter 7 Trustee

**Order Filed on October 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Orbit Energy & Power LLC

          Debtors

Case No.:  22-19628-ABA

Chapter 7

Hearing Date:

Judge: Andrew B. Altenburg Jr.

*ORDER GRANTING ALLOWANCES*

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

PAGE 2

Debtor:        Orbit Energy & Power LLC

Case No.:      22-19628-ABA

Caption of Order:     *ORDER GRANTING ALLOWANCES*

---

The Court having found that the person(s) named below filed application(s) for allowances;

and notice and opportunity for hearing were given creditors and other parties in interest as required;

and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Sklar Law, LLC<br>Attorneys for Chapter 7 Trustee | $16,540.00 | $1,155.64 |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 22-19628-ABA

Orbit Energy & Power, LLC                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 24, 2024 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | |
| | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | |
| | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | |
| | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | |
| | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | |
| | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

District/off: 0312-1                              User: admin                                    Page 2 of 4
Date Rcvd: Oct 24, 2024                        Form ID: pdf903                                Total Noticed: 2

Andrew Sklar
on behalf of Trustee Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com

Andrew Sklar
on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com

Andrew E. Arthur
on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Angela L Mastrangelo
on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com  bhoffmann@bk-legal.com

Anthony Sodono, III
on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com

Barry R. Sharer
on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub
on behalf of Creditor Republic Bank bgolub@wgpllp.com  imarciniszyn@wgpllp.com

Brian Swope
on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope
on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin
on behalf of Creditor Clear Channel Outdoor  LLC caitlin.conklin@klgates.com

Cameron Deane
on behalf of Creditor KeyBank  N.A. cdeane@weltman.com

Cameron Deane
on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com

Carol E. Momjian
on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan
on behalf of Creditor Attolon Partners  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Daniel E. Straffi
on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades
on behalf of Creditor Clear Channel Outdoor  LLC daniel.eliades@klgates.com

Daniel S. Siedman
on behalf of Debtor Orbit Energy & Power  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy
on behalf of Creditor Wells Fargo Commercial Finance  LLC dmurphy@reedsmith.com

David G Murphy
on behalf of Creditor WELLS FARGO BANK  N.A. dmurphy@reedsmith.com

David S. Catuogno
on behalf of Creditor Clear Channel Outdoor  LLC david.catuogno@klgates.com

Don Abraham
on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

Donald W Clarke
on behalf of Creditor Krannich Solar East  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel
on behalf of Auctioneer Quaker City Auctioneers Inc rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Auctioneer Quaker City Auctioneers  Inc. rdressel@lexnovalaw.com

Eric Horn

District/off: 0312-1        User: admin        Page 3 of 4

Date Rcvd: Oct 24, 2024        Form ID: pdf903        Total Noticed: 2

    on behalf of Creditor Crondall Lane  LLC ehorn@aystrauss.com,
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn

    on behalf of Creditor 570 Mantua  LLC ehorn@aystrauss.com,
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn

    on behalf of Creditor EBF Holdings  LLC dba Everest Business Funding ehorn@aystrauss.com,
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Forrest Scott Turkish

    on behalf of Attorney Oldcastle APG Northeast  Inc. fsturkish@aol.com

Gary M. Perkiss

    on behalf of Defendant Billows Electric Supply Company  Inc. gperkiss@perkiss.com

Gary M. Perkiss

    on behalf of Creditor Billows Electric Supply Company  Inc. gperkiss@perkiss.com

Gaston P. Loomis, II

    on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com  scarney@mdmc-law.com

Harry M. Gutfleish

    on behalf of Creditor Reserve Capital Management  LLC harry@gutfleishlaw.com

Harry M. Gutfleish

    on behalf of Creditor Cloudfund  LLC harry@gutfleishlaw.com

Harry M. Gutfleish

    on behalf of Creditor Wynwood Capital Group  LLC harry@gutfleishlaw.com

Holly Smith Miller

    on behalf of Creditor Zurich American Insurance Company hsmiller@gsbblaw.com

Jack Shrum

    on behalf of Creditor Colossus Energy  Inc. jshrum@jshrumlaw.com

Jason D. Angelo

    on behalf of Creditor Wells Fargo Commercial Finance  LLC JAngelo@reedsmith.com,
sshidner@mdmc-law.com;smullen@mdmc-law.com

Jason D. Angelo

    on behalf of Creditor WELLS FARGO BANK  N.A. JAngelo@reedsmith.com,
sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein

    on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com  eberman@mdmc-law.com

Jeffrey S. Cianciulli

    on behalf of Creditor Republic Bank jcianciulli@wgpllp.com  imarciniszyn@weirpartners.com

Jenny R. Kasen

    on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com  dkasen@kasenlaw.com

Jeremy M. Campana

    on behalf of Creditor Global Merchant Cash  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

John C. Kilgannon

    on behalf of Creditor The Bancorp Bank  N.A john.kilgannon@stevenslee.com

Jonathan S Hawkins

    on behalf of Creditor Global Merchant Cash  Inc. jonathan.hawkins@thompsonhine.com,
ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com

Joseph L. Schwartz

    on behalf of Interested Party Soligent Distribution  LLC jschwartz@riker.com

Justin Logan Rappaport

    on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com

Justin R. White

    on behalf of Creditor Clear Energy Partners  LLC jwhite@testalawyers.com

Kevin Callahan

    on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne

    on behalf of Creditor Enterprise FM Trust mjayne@foley.com  marcella-jayne-8977@ecf.pacerpro.com

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Oct 24, 2024 | Form ID: pdf903 | Total Noticed: 2

Mark Minuti
on behalf of Creditor Allspire Health GPO  LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye
on behalf of Creditor Mitsubishi HC Capital America  Inc. mkye@kyelaw.com

Michael McLaughlin
on behalf of Creditor MAINGEAR  Inc. mmclaughlin@mmcllaw.com

Michael E. Holt
on behalf of Defendant City Electric Supply mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
on behalf of Defendant Soligent Distribution  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael J. Stafford
on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal  mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford
on behalf of Plaintiff U.S. Electrical Services  Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli
on behalf of Debtor Orbit Energy & Power  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell
on behalf of Creditor House & Home Magazine  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com  anovoa@slgcollect.com

Regina Cohen
on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

Richard A. O'Halloran
on behalf of Creditor Dividend Solar Finance  LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich
on behalf of Creditor Sunlight Financial  LLC rrich2@hunton.com, candonian@huntonak.com

Ronald S. Gellert
on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com  abrown@gsbblaw.com

Turner Falk
on behalf of Creditor Allspire Health GPO  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf
on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig
on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 76