|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY _____ **Caption in Compliance with D.N.J. LBR 9004-1(b)** E. Richard Dressel, Esquire (ED1793) Lex Nova Law, LLC 10 E. Stow Road, Suite 250 Marlton, NJ 08053 rdressel@lexnovalaw.com (856) 382-8211 Attorneys for Andrew Sklar, Chapter 7 Trustee | Order Filed on October 29, 2024 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: ORBIT ENERGY & POWER, LLC,             Debtor. | Case No.:     22-19628(ABA) Adv. Pro No.: 24-1545(ABA) Chapter:        7 |
| ANDREW SKLAR, CHAPTER 7 TRUSTEE,             Plaintiff, v. COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.             Defendant. | Date of Hearing: 10/29/2024 @ 10:00 am Judge: Andrew B. Altenburg |

**ORDER APPROVING SETTLEMENT AGREEMENT
BETWEEN ANDREW SKLAR, CHAPTER 7 TRUSTEE,
AND COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

DATED: October 29, 2024

*Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court*

#751073 v1

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628 (ABA) |
| Adv. Pro. No.: | 24-1545(ABA) |
| Caption of Order: | ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN ANDREW SKLAR, CHAPTER 7 TRUSTEE, AND COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. |

**THIS MATTER** having been opened to the Court by Andrew Sklar, as Chapter 7 trustee (the "Trustee") of Orbit Energy & Power, LLC ("Orbit" or "Debtor") by way of a Motion[1] pursuant to sections 105(a), 363(b), and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure seeking the entry of an order approving that certain settlement agreement (the "Motion" and the "Settlement Agreement", respectively) by and between the Trustee and Cohen Seglias Pallas Greenhall & Furman, P.C.; and it appearing that good and sufficient notice of the Motion was provided, as evidenced by the Certificate of Service filed with the Court; and the Court having considered the Motion, the opposition thereto, if any, and the arguments of counsel; and good cause appearing for the entry of this Order;

**IT IS ORDERED** as follows:

1. The Settlement Agreement, attached to the Sklar Certification in Support of the Motion as Exhibit A, is hereby authorized and approved.

2. Upon this Order becoming a Final Order and Cohen Seglias Pallas Greenhall & Furman, P.C. having paid the Settlement Amount, without further approval(s) or Court action, the Trustee will be deemed to have dismissed the Adversary Proceeding, with prejudice.

3. The Clerk of the Court will make appropriate entries on this adversary proceeding's docket to reflect Paragraph 2 hereinabove.

4. The Trustee is authorized, without further notice, hearing or order of this Court,

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Memorandum of Law submitted in support of the Motion.

2

#751073 v1

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628 (ABA) |
| Adv. Pro. No.: | 24-1545(ABA) |
| Caption of Order: | ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN ANDREW SKLAR, CHAPTER 7 TRUSTEE, AND COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. |

to take and perform such other actions as may be necessary or appropriate to implement and effectuate the Settlement Agreement or the terms of this Order.

  5.  The Bankruptcy Court shall retain exclusive jurisdiction with respect to any disputes arising from or related to, or other actions to interpret, administer or enforce the terms and provisions of, this Order or the Settlement Agreement.

#751073 v1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19628-ABA |
| Orbit Energy & Power, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 29, 2024 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2024          Signature:      /s/Gustava Winters