**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**<u>D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET</u>**

IN RE:  ORBIT ENERGY & POWER, LLC        APPLICANT:  Lex Nova Law, LLC

CASE NO.: 22-19628(ABA)        CLIENT:        ANDREW SKLAR,
                                                              CHAPTER 7 TRUSTEE

CHAPTER: 7        CASE FILED:  December 6, 2022 (Chapter 11);
                                           Converted to Chapter 7 on
                                           February 27, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
<u>PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746</u>.

<u>RETENTION ORDER(S) ATTACHED</u>

**SECTION 1
FEE SUMMARY**

<u>INTERIM FEE APPLICATION NO. 3</u>

|  | <u>FEES</u> | <u>EXPENSES</u> |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $150,384.50 | $4,395.00 |
| TOTAL FEES ALLOWED TO DATE: | $150,384.50 | $4,395.00 |
| TOTAL RETAINER (IF APPLICABLE): | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE): | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT: | $150,84.50 | $4,395.00 |

| Name of Professional & Title | Years Admitted (or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.   E. Richard Dressel, Esquire | 1988 | 147.30 | $575/hr. | $84,697.50 |
| **TOTALS** |  |  |  | $84,697.50 |

**FEE TOTALS**                                                                                    $  84,697.50
**DISBURSEMENT TOTALS**                                                            $       949.00
**TOTAL FEE APPLICATION**                                                            $  85,646.50

Page **1** of **4**

#758876 v1

# SECTION II
# SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) Asset Analysis Recovery | 0.00 | $0.00 |
| b) Asset Disposition | 15.30 | $8,797.50 |
| c) Avoidance Action Litigation | 62.40 | $35,880.00 |
| d) Business Operations | 0.00 | $0.00 |
| e) Case Administration | 26.50 | $15,237.50 |
| f) Claims Administration and Objections | 16.30 | $9,372.50 |
| g) Employee Benefits/Pensions | 0.00 | $0.00 |
| h) Fee/Employment Applications | 11.30 | $6,497.50 |
| i) Fee/Employment Objections | 0.00 | $0.00 |
| j) Financing | 0.00 | $0.00 |
| k) Litigation (Other than Avoidance Action Litigation) | 10.60 | $6,095.06 |
| l) Meetings of Creditors | 0.00 | $0.00 |
| m) Plan and Disclosure Statement | 0.00 | $0.00 |
| n) Relief from Stay Proceedings | 4.90 | $2,817.50 |
| o) Accounting/Auditing | 0.00 | $0.00 |
| p) Business Analysis | 0.00 | $0.00 |
| q) Corporate Finance | 0.00 | $0.00 |
| r) Data Analysis | 0.00 | $0.00 |
| s) Litigation Consulting | 0.00 | $0.00 |
| t) Reconstruction Accounting | 0.00 | $0.00 |
| u) Tax Issues | 0.00 | $0.00 |
| v) Valuation | 0.00 | $0.00 |
| w) Travel Time | 0.00 | $0.00 |
| **SERVICES TOTAL**: | 147.30 | $84,697.50 |

#758876 v1

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a)  Computer Assisted Legal Research | $0.00 |
| b)  Facsimile (with rates)<br>    No. of pages:  N/A ; Rate per page N/A (Max. $1.00.pg.) | $0.00 |
| c)  Long Distance Telephone | $0.00 |
| d)  In-House Reproduction<br>    No. of pages:   ; Rate per page  $0.15 (Max. $.20.pg.) | $0.00 |
| e)  Outside Reproduction | $0.00 |
| f)  Outside Research | $0.00 |
| g)  Filing/Court Fees | $899.00 |
| h)  Court Reporting | $0.00 |
| i)   Court Solutions | $50.00 |
| j)  Courier & Express Carriers (e.g. Federal Express) | $0.00 |
| k)  Postage | $0.00 |
| l)  Other: | $0.00 |
| m)  Other:  Address Search | $0.00 |
| **DISBURSEMENT TOTAL:** | $949.00 |

#758876 v1

## SECTION IV
## CASE HISTORY

**(1)  DATE CASE FILED:**

Chapter 11 case filed on December 6, 2022;
Converted to Chapter 7 case on February 27, 2023.

**(2)  CHAPTER UNDER WHICH CASE COMMENCED:**

Chapter 11

**(3)  DATE OF RETENTION:** Finberg:  March 15, 2023, effective March 7, 2023, the date the Application was filed.  Retention Order annexed to Application as Exhibit "A".
Sklar:  September 13, 2023, effective September 3, 2023, the date the Application was filed.  Retention Order annexed to Application as Exhibit "B".

**If limit on numbers of hours or other limitations to retention, set forth:** N/A

**(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**

Certification with detailed time sheets attached hereto

**(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:**

   (a)   **Administrative expenses:**  100% (Chapter 7); unknown (Chapter 11)
   (b)   **Secured creditors:**  To be determined
   (c)   **Priority creditors:**  To be determined
   (d)   **General unsecured creditors:** To be determined

**(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):**    N/A

I certify under penalty of perjury that the foregoing is true and correct.

/s/ E. Richard Dressel
E. Richard Dressel Esquire

Dated:  November 5,  2024

#758876 v1