| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| E. Richard Dressel (ED1793)<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>(856) 382-8211<br>Proposed Attorney for Andrew Sklar,<br>[substitute] Chapter 7 Trustee | Order Filed on September 13, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Orbit Energy & Power, LLC,<br>　　　　　Debtor | Case No.: 22-19628(ABA)<br>Chapter: 7<br>Judge: Andrew B. Altenburg |

## ORDER AUTHORIZING RETENTION OF

E. Richard Dressel, Esquire

The relief set forth on the following page is **ORDERED**.

DATED: September 13, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**EXHIBIT B**

Upon the applicant's request for authorization to retain ____E. Richard Dressel, Esquire____
as ____Counsel to the Trustee____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 10 E. Stow Road
   Suite 10
   Marlton, NJ 08053

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2