| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>E. RICHARD DRESSEL, ESQUIRE (ED 1793)<br>LEX NOVA LAW, LLC<br>10 E. Stow Rd., Suite 250<br>Marlton, NJ 08053<br>856-382-8211<br>Attorneys for Andrew Sklar, Chapter 7 Trustee | Order Filed on May 23, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>Debtor. | Honorable Andrew B. Altenburg<br><br>Chapter: 7<br><br>Bankr. No.: 22-19628(ABA)<br><br>Hearing Date: May 23, 2024<br>@ 2:00 pm |

## ORDER GRANTING SECOND INTERIM ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: May 23, 2024

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#713418 v2                    EXHIBIT D

**(Page 2)**
Debtors: Orbit Energy & Power, LLC
Case No.: 22-19628(ABA)
**ORDER GRANTING SECOND INTERIM ALLOWANCES**

The Court having found that the person(s) named below filed an Application for Second Interim Allowances as counsel for Andrew Sklar, Chapter 7 Trustee; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that interim compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Lex Nova Law LLC | $ 54,782.00 | $ 1,402.00 |

#713418 v2