

**LEX NOVA LAW**
EIZEH / GOLDSTEIN / RODERICK / SKINNER / SPIRGEL / DRESSEL
LIMITED LIABILITY COMPANY

10 East Stow Road, Suite 250
Marlton, NJ 08053

## INVOICE - Due Upon Receipt

Invoice # 50460
Date: 11/05/2024

Andrew Sklar
Sklar Law, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034

## 01962-Sklar

## Orbit Energy & Power, LLC

### Services

| Date | Attorney | Description | Hours | Rate | Total |
|------|----------|-------------|-------|------|-------|
| 01/02/2024 | ERD | Prepare for Pre-Trial/Status Conferences in adversary proceedings. | 0.35 | $575.00 | $201.25 |
| 01/03/2024 | ERD | Correspondence/e-mails from/to A. Sklar and to J. Shrum re Dvinci replacement settlement payment. | 0.10 | $575.00 | $57.50 |
| 01/03/2024 | ERD | Telephone call from M. Smith, counsel for IPM claim(s) vs. Orbit/Angelini. | 0.15 | $575.00 | $86.25 |

EXHIBIT "E"

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/2024 | ERD | Arrange for services of Alias Summons, Complaints - Wingate, Madeira and AA Roofing. | 0.20 | $575.00 | $115.00 |
| 01/05/2024 | ERD | Filing/service alias summons, complaints (3) | 0.20 | $575.00 | $115.00 |
| 01/05/2024 | ERD | Prepare Request for Default Judgment vs. JM Custom Homes LLC | 0.75 | $575.00 | $431.25 |
| 01/06/2024 | ERD | Correspondence/e-mail to A. Sklar regarding adversaries, potential A/R collection actions. | 0.10 | $575.00 | $57.50 |
| 01/06/2024 | ERD | Correspondence/e-mails from/to R. Nayar re adversary proceedings (City Electric and Soligent) | 0.10 | $575.00 | $57.50 |
| 01/06/2024 | ERD | Review/analysis re Republic Motion for Set-off. | 0.50 | $575.00 | $287.50 |
| 01/06/2024 | ERD | Review/analysis re Beacon trust fund argument re preference demand. | 0.50 | $575.00 | $287.50 |
| 01/07/2024 | ERD | Analysis re Zurich asserted administrative claim. Review/update vehicles insured, repo/surrender dates to determine number of vehicles insured, and for what periods (5.5 hours; 2.75 hours no charge). | 2.75 | $575.00 | $1,581.25 |
| 01/08/2024 | ERD | Prepare draft complaint for accounting and turnover. | 1.25 | $575.00 | $718.75 |
| 01/09/2024 | ERD | Correspondence/e-mails from/to J Albert, E. Horn regarding vehicles remaining in lot at 570 Mantua. | 0.20 | $575.00 | $115.00 |
| 01/09/2024 | ERD | Review re response/documents provided by Soligent. | 0.50 | $575.00 | $287.50 |
| 01/10/2024 | ERD | Correspondenc/e-mails from/to R. Nayar re complaints against Soligent and City Electric. | 0.15 | $575.00 | $86.25 |
| 01/17/2024 | ERD | Review correspondence/e-mail from counsel for City Electric and Soligent re preference defense analysis and settlement offers. Correspondence/e-mails to B. Snyder and A. Sklar re same. | 0.35 | $575.00 | $201.25 |
| 01/19/2024 | ERD | Correspondence/e-mails from/to M. Holt re City Electric and Soligent preference defense analysis. | 0.10 | $575.00 | $57.50 |
| 01/22/2024 | ERD | Correspondence/e-mails from/to K. Thomas re Zurich insurance issues. Review vehicle list for K. Thomas. | 0.30 | $575.00 | $172.50 |
| 01/24/2024 | ERD | Correspondence/e-mails from/to M. Holt re City Electric and Soligent adversary proceedings - accountant review/analysis, settlement offers, and pre-trial conferences. | 0.25 | $575.00 | $143.75 |
| 01/25/2024 | ERD | Conference with A. Sklar re vehicles, employees, landlord and related case issues (No charge for travel time). | 2.00 | $575.00 | $1,150.00 |
| 01/26/2024 | ERD | Receive/review correspondence from D. Pascarella, including Ecofasten analysis re Trustee Complaint for Recovery of S. 547 Preference Payments and defenses to same. | 0.75 | $575.00 | $431.25 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/26/2024 | ERD | Prepare LNL Second Interim Fee Application. | 1.75 | $575.00 | $1,006.25 |
| 01/29/2024 | ERD | Review correspondence/e-mail from D. Pascarella, including additional new value analysis on behalf of EcoFasten. | 0.75 | $575.00 | $431.25 |
| 01/29/2024 | ERD | Review re vehicles to be included in auction (4.0 hours; 2.0 hours no charge) | 2.00 | $575.00 | $1,150.00 |
| 01/30/2024 | ERD | Correspondence/e-mails from/to R. Lapowski, C. Deane regarding Bancorp, Key Bank vehicles at Debtor's former location in Sewell NJ | 0.20 | $575.00 | $115.00 |
| 01/30/2024 | ERD | Telephone call from D. Pascarella re Ecofasten response, asserted defenses to preference complaint. | 0.15 | $575.00 | $86.25 |
| 01/30/2024 | ERD | Telephone call with E. Merback re vehicles to be sold at auction. | 0.25 | $575.00 | $143.75 |
| 01/31/2024 | ERD | Prepare Default Judgment package for JM Custom Homes. | 0.50 | $575.00 | $287.50 |
| 01/31/2024 | ERD | Prepare Requests for Default for Wingate, Madeira and AA Roofing. | 1.50 | $575.00 | $862.50 |
| 01/31/2024 | ERD | Correspondence/e-mails from/to M. Holt re City Electric Adversary Proceeding. | 0.10 | $575.00 | $57.50 |
| 01/31/2024 | ERD | Prepare response to City Electric preference analysis, settlement proposal. | 0.50 | $575.00 | $287.50 |
| 01/31/2024 | ERD | Prepare response to Soligent preference analysis, settlement proposal. | 0.40 | $575.00 | $230.00 |
| 01/31/2024 | ERD | Prepare response to Eco Fasten preference analysis, settlement proposal. | 0.50 | $575.00 | $287.50 |
| 01/31/2024 | ERD | Correspondence/e-mails from/to M. Holt re Stipulations for extensions of time to answer in City Electric and Soligent adversary proceedings. | 0.10 | $575.00 | $57.50 |
| 01/31/2024 | ERD | Correspondence/e-mails from/to C. Deane re Key Bank vehicles to be included in auction. Correspondence/e-mails to/from A. Sklar re same. | 0.10 | $575.00 | $57.50 |
| 02/01/2024 | ERD | Draft Motion for Authorization to Conduct Vehicle Auction. | 1.75 | $575.00 | $1,006.25 |
| 02/01/2024 | ERD | Correspondence/e-mail to E. Merback re vehicle issues (vehicles to be included, removal from lot, auction, retention agreement re auction). | 0.10 | $575.00 | $57.50 |
| 02/01/2024 | ERD | Telephone call with E. Merback regarding vehicle auction. | 0.15 | $575.00 | $86.25 |
| 02/01/2024 | ERD | Telephone call with A. Sklar re adversary proceedings, vehicle auction. | 0.20 | $575.00 | $115.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/02/2024 | ERD | Correspondence/e-mails from/to D. Pascarella regarding EcoFasten ordinary course of business defense. | 0.20 | $575.00 | $115.00 |
| 02/02/2024 | ERD | Withdraw Adversary Complaint vs. Martinez. | 0.10 | $575.00 | $57.50 |
| 02/02/2024 | ERD | Correspondence/e-mails from/to M. Holt re Soligent and City Electric preference actions. | 0.15 | $575.00 | $86.25 |
| 02/02/2024 | ERD | Complete Request for entry of Default Judgment - JM Custom Homes | 0.35 | $575.00 | $201.25 |
| 02/02/2024 | ERD | Prepare LNL Interim Fee Application. | 1.75 | $575.00 | $1,006.25 |
| 02/02/2024 | ERD | Telephone call with E. Merback re removal of vehicles from 570 Mantua for auction. | 0.10 | $575.00 | $57.50 |
| 02/02/2024 | ERD | Correspondence/e-mail to J. Albert, counsel for landlord, re removal of vehicles from lot. | 0.10 | $575.00 | $57.50 |
| 02/04/2024 | ERD | Submit Status Report - Wingate Tree Service, in lieu of appearance at Pre-Trial Conference on 2/6/24. | 0.10 | $575.00 | $57.50 |
| 02/04/2024 | ERD | Submit Status Report - AA Roofing, in lieu of appearance at Pre-Trial Conference on 2/6/24. | 0.10 | $575.00 | $57.50 |
| 02/04/2024 | ERD | Submit Status Report - Madeira Enterprises, in lieu of appearance at Pre-Trial Conference on 2/6/24. | 0.10 | $575.00 | $57.50 |
| 02/05/2024 | ERD | Complete Application to Retain QCA to auction vehicles. | 0.25 | $575.00 | $143.75 |
| 02/05/2024 | ERD | Correspondence/e-mails from/to K. Thomas regarding Zurich insurance coverage, administrative claim, status/ timing of vehicle auction. | 0.10 | $575.00 | $57.50 |
| 02/06/2024 | ERD | Review EcoFasten ordinary course defense analysis and correspondence/e-mails to R. Snyer, A. Sklar re same. | 0.20 | $575.00 | $115.00 |
| 02/06/2024 | ERD | Prepare LNL Second Interim Fee Application. | 1.00 | $575.00 | $575.00 |
| 02/06/2024 | ERD | Attend Pretrial Conferences (telephonic) in AA Roofing, Wingate Tree Services and Madeira Enterprises. | 0.65 | $575.00 | $373.75 |
| 02/06/2024 | ERD | Correspondence/e-mail to customer, M. Khan, re deposit for solar installation. | 0.10 | $575.00 | $57.50 |
| 02/06/2024 | ERD | Review Quaker's auction proposal. Correspondence/e-mail to A. Sklar re same. | 0.15 | $575.00 | $86.25 |
| 02/07/2024 | ERD | Telephones call from E. Merback re vehicle auction - payoffs, duplicate titles, removal from current location. | 0.50 | $575.00 | $287.50 |
| 02/07/2024 | ERD | Telephone call with A. Sklar re Auction issues raised by E. Merback. | 0.10 | $575.00 | $57.50 |
| 02/08/2024 | ERD | Finalize Application to Retain QCA as Auctioneer for | 0.35 | $575.00 | $201.25 |

| | | vehicles. | | | |
|---|---|---|---|---|---|
| 02/08/2024 | ERD | Telephone call from E. Merback regarding vehicles at 570 Mantua. | 0.15 | $575.00 | $86.25 |
| 02/08/2024 | ERD | Correspondence/e-mail to J. Albert re removal of vehicles from 570 Mantua Drive and location of dump trailers. | 0.10 | $575.00 | $57.50 |
| 02/09/2024 | ERD | Review re vehicles for which titles have been located which are not on Debtor's lot. | 0.50 | $575.00 | $287.50 |
| 02/09/2024 | ERD | Finalize Motion to Approve Auction Sale. | 1.75 | $575.00 | $1,006.25 |
| 02/10/2024 | ERD | Correspondence/e-mails from/to B. Snyder and to A. Sklar re EcoFasten ordinary course defense. | 0.10 | $575.00 | $57.50 |
| 02/11/2024 | ERD | Review EcoFasten data/analysis re ordinary course of business defense. | 0.50 | $575.00 | $287.50 |
| 02/11/2024 | ERD | Correspondence/e-mail to D. Pascarella regarding EcoFasten data/analysis re ordinary course of business defense. | 0.10 | $575.00 | $57.50 |
| 02/11/2024 | ERD | Correspondence/e-mails to D. Pascarella and chambers regarding PreTrial Conference on 2/13/2024. | 0.10 | $575.00 | $57.50 |
| 02/11/2024 | ERD | Correspondence/e-mail to M. Holt re Pre-Trial Conferences in Sklar vs. City Electric and Sklar vs. Soligent. | 0.20 | $575.00 | $115.00 |
| 02/11/2024 | ERD | Correspondence/e-mail to Chambers regarding re Pre-Trial Conferences in Sklar vs. City Electric and Sklar vs. Soligent. | 0.10 | $575.00 | $57.50 |
| 02/11/2024 | ERD | Correspondence/e-mail to Chambers re Pre-Trial Conference in Soligent adversary proceeding. | 0.10 | $575.00 | $57.50 |
| 02/12/2024 | ERD | Correspondence/e-mail to E. Merback regarding removal of vehicles/trailers from 570 Mantua Blvd. | 0.10 | $575.00 | $57.50 |
| 02/13/2024 | ERD | Complete Motion to Approve Auction of Vehicles. | 2.00 | $575.00 | $1,150.00 |
| 02/15/2024 | ERD | Finalize Motion to Auction Vehicles. Correspondence/e-mails from/to A. Sklar re same. | 0.50 | $575.00 | $287.50 |
| 02/15/2024 | ERD | Correspondence/e-mails from/to M. Holt regarding Soligent and City Electric preference actions. | 0.10 | $575.00 | $57.50 |
| 02/16/2024 | ERD | Correspondence/e-mails to/from A. Sklar, B. Craig re finalizing Motion for Authority to Conduct Auction. | 0.25 | $575.00 | $143.75 |
| 02/16/2024 | ERD | Correspondence/e-mails to/from B. Craig, A. Sklar re finalizing Motion for Authority to Conduct Auction. | 0.20 | $575.00 | $115.00 |
| 02/17/2024 | ERD | Review/analysis regarding Ecofasten's asserted Ordinary Course defense (range of dates of payments, and industry average). | 0.65 | $575.00 | $373.75 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/21/2024 | ERD | Complete LNL Second Interim Fee Application. | 0.75 | $575.00 | $431.25 |
| 02/22/2024 | ERD | Correspondence/e-mails from/to D. Pascarella, M. Holt re settlements, extensions of time to answer in EcoFasten, Soligent and City Electric Adversary Proceedings. | 0.15 | $575.00 | $86.25 |
| 02/22/2024 | ERD | Telephone call to J. Albert re vehicle remaining at Mantua landlord's lot. | 0.10 | $575.00 | $57.50 |
| 02/22/2024 | ERD | Correspondence/e-mails from/to E. Merback , A. Sklar re vehicle auction. | 0.10 | $575.00 | $57.50 |
| 02/23/2024 | ERD | Correspondence/e-mails from/to B. Craig and E. Merback regarding Santander vehicles to be included in auction. | 0.10 | $575.00 | $57.50 |
| 02/26/2024 | ERD | Research/analysis re ordinary course defense asserted by EcoFasten (1.5 hours; .75 hour no charge) | 0.75 | $575.00 | $431.25 |
| 03/01/2024 | ERD | Complete audit of vehicles in connection with the calculation of of Zurich Insurance's Chapter 11 and Chapter 7 administrative claims. (2.75 hours; .75 hour no charge). | 2.00 | $575.00 | $1,150.00 |
| 03/01/2024 | ERD | Correspondence/e-mails to/from K. Thomas re vehicles, calculation of Zurich Ins. Chapter 11 and 7 administrative claims. | 0.25 | $575.00 | $143.75 |
| 03/02/2024 | ERD | Correspondence/e-mail to B. Lapowski re vehicle surrender/repossession dates pursuant to Master Lease Agreement and Order vacating stay dated 2/7/23. | 0.10 | $575.00 | $57.50 |
| 03/03/2024 | ERD | Review/analysis regarding EcoFasten defense and correspondence to D. Pascarella re same. | 0.50 | $575.00 | $287.50 |
| 03/04/2024 | ERD | Receive/review Key Bank MRAS - 2019 Ram 2500 Promaster. Corrspondence/e-mails to A. Sklar, E. Merback re same. | 0.25 | $575.00 | $143.75 |
| 03/04/2024 | ERD | Update Zurich Insurance vehicle audit, employee vehicle lists. | 1.35 | $575.00 | $776.25 |
| 03/04/2024 | ERD | Correspondence/e-mails to counsel for Mitsubishi re results of sales of collateral, remaining proceeds for bankruptcy estate pursuant to Consent Orders. sdf | 0.20 | $575.00 | $115.00 |
| 03/04/2024 | ERD | Correspondence/e-mails from/to C. Moore re stay of state court Bratton litigation. | 0.20 | $575.00 | $115.00 |
| 03/04/2024 | ERD | Correspondence/e-mails to M. Kaye, counsel for Mitsubishi and C. Deane, counsel for KeyBank, re accounts for sales of vehicles. | 0.20 | $575.00 | $115.00 |
| 03/04/2024 | ERD | Correspondence/e-mails from/to E. Merback re vehicle auction. | 0.10 | $575.00 | $57.50 |

| 03/06/2024 | ERD | Memo to K. Thomas regarding modification of calculation of Zurich Insurance administrative claim due to expiration of policy, surrender of vehicles. | 0.65 | $575.00 | $373.75 |
|---|---|---|---|---|---|
| 03/07/2024 | ERD | Correspondence/e-mails from/to C. Deane, counsel for Key Bank, regarding 3/8/24 sale of vehicle and MRAS re another vehicle, and including same in Trustee's on-line auction. | 0.20 | $575.00 | $115.00 |
| 03/07/2024 | ERD | Correspondence/e-mails from/to B. Lapowsky regarding Bankcorp Bank vehicles, Pending Trustee auction of vehicles. | 0.15 | $575.00 | $86.25 |
| 03/08/2024 | ERD | Telephone call with A. Sklar regarding vehicles, auction, 2004 examination of S. Angelini. | 0.10 | $575.00 | $57.50 |
| 03/11/2024 | ERD | Telephone call with A. Sklar re stolen trailers/vehicles. | 0.20 | $575.00 | $115.00 |
| 03/11/2024 | ERD | Review/analysis re demand for turnover of vehicles, Complaint to Recover Property of Estate and Order to Show Cause. | 0.50 | $575.00 | $287.50 |
| 03/13/2024 | ERD | Telephone call to C. Deane re Wells Fargo MRAS. | 0.10 | $575.00 | $57.50 |
| 03/13/2024 | ERD | Correspondence/e-mail to E. Merback re vehicle auction. | 0.10 | $575.00 | $57.50 |
| 03/14/2024 | ERD | Correspondence/e-mails from/to C. Deane, counsel for Key Bank, re resolution of Key Bank MRAS. | 0.10 | $575.00 | $57.50 |
| 03/14/2024 | ERD | Correspondence/e-mails from/to D. Pascarella re Ecofasten adversary. | 0.10 | $575.00 | $57.50 |
| 03/15/2024 | ERD | Correspondence/e-mails from/to D. Pascarello re Ecofasten ordinary course, new value defenses. | 0.10 | $575.00 | $57.50 |
| 03/15/2024 | ERD | Correspondence/e-mail to Chambers re resolution of Key Bank MRAS. | 0.10 | $575.00 | $57.50 |
| 03/18/2024 | ERD | Telephone call from D. DiGiandomenico regarding roof warranty issue. | 0.15 | $575.00 | $86.25 |
| 03/19/2024 | ERD | Correspondence/e-mail to E. Merback regarding vehicle auction. | 0.10 | $575.00 | $57.50 |
| 03/20/2024 | ERD | Correspondence/e-mail to E. Merback re vehicle auction, Order approving auction. | 0.10 | $575.00 | $57.50 |
| 03/22/2024 | ERD | Correspondence/e-mails from/to E. Merback regarding vehicle auction issue. | 0.10 | $575.00 | $57.50 |
| 03/22/2024 | ERD | Prepare Consent Order resolving Key Bank MRAS as to 2019 Ram 2500 Promaster. | 0.35 | $575.00 | $201.25 |
| 03/26/2024 | ERD | Complete LNL Second Interim Fee Application. | 2.75 | $575.00 | $1,581.25 |
| 03/26/2024 | ERD | Correspondence/e-mails to A. Sklar and B. Craig re Santander payoffs for vehicles included in vehicle | 0.15 | $575.00 | $86.25 |

| | | auction. | | | |
|---|---|---|---|---|---|
| 03/27/2024 | ERD | Correspondence/e-mails from/to E. Merback re Vehicle Auction, Santander payoffs. | 0.10 | $575.00 | $57.50 |
| 03/28/2024 | ERD | Finalize Consent Order with Key Bank re 2019 Promaster. Correspondence/e-mail to C. Deane, counsel for Key Bank, re same. | 0.10 | $575.00 | $57.50 |
| 03/28/2024 | ERD | Correspondence/e-mails to/from B. Craig re Santander payoffs, per diems for vehicles being included in Vehicle Auction. Corresondence/e-mails to E. Merback and A. Sklar re same. | 0.15 | $575.00 | $86.25 |
| 03/28/2024 | ERD | Correspondence/e-mails from/to C. Deane re Key Bank Consent Order - 2019 Ram Promaster. | 0.10 | $575.00 | $57.50 |
| 03/28/2024 | ERD | Receive/review/analysis re Ecofasten production in support of ordinary course defense. | 0.50 | $575.00 | $287.50 |
| 03/31/2024 | ERD | Correspondence/e-mail to K. Thomas re Zurich Insurance administrative claim, amended claim to reflect timing of surrendered vehicles. | 0.10 | $575.00 | $57.50 |
| 03/31/2024 | ERD | Prepare/complete JM Custom Homes Request for Entry of Default Judgment Package. | 0.65 | $575.00 | $373.75 |
| 04/01/2024 | ERD | Prepare Entry of Default package - Madeira Enterprises, LLC. | 0.50 | $575.00 | $287.50 |
| 04/01/2024 | ERD | Draft Request for Entry of Default Judgment for Wingate Tree Services. | 0.75 | $575.00 | $431.25 |
| 04/01/2024 | ERD | Prepare Entry of Default package - Wingate's Tree Service. | 0.65 | $575.00 | $373.75 |
| 04/01/2024 | ERD | Draft Request for Entry of Default Judgment for Madeira Enterprises LLC. | 0.65 | $575.00 | $373.75 |
| 04/01/2024 | ERD | Review/analysis re Managed Storage case - ordinary course of business based on range, as opposed to average in connection with EcoFasten. | 0.70 | $575.00 | $402.50 |
| 04/03/2024 | ERD | Demand letter to R. Bruni re return of box trailer. | 0.15 | $575.00 | $86.25 |
| 04/03/2024 | ERD | Emails from/to A. Sklar re vehicle titles - auction. | 0.15 | $575.00 | $86.25 |
| 04/04/2024 | ERD | Correspondence/e-mails from/to D. Pascarella re EcoFasten - answer date, pre-trial conference and settlement counter-proposal. | 0.10 | $575.00 | $57.50 |
| 04/04/2024 | ERD | Correspondence to Wingate's Tree Service re Entry of Default. | 0.10 | $575.00 | $57.50 |
| 04/04/2024 | ERD | Correspondence to Madeira Enterprises LLC re Entry of Default. | 0.10 | $575.00 | $57.50 |
| 04/04/2024 | ERD | Finalize/file Request for Entry of Default Judgement - | 0.50 | $575.00 | $287.50 |

| | | Wingate Tree Services.. | | | |
|---|---|---|---|---|---|
| 04/04/2024 | ERD | Finalize/file Request for Entry of Default Judgement - Madeira Enterprises LLC. | 0.50 | $575.00 | $287.50 |
| 04/04/2024 | ERD | Follow-up review/analysis re Beacon trust fund argument in response to preference demand. | 0.75 | $575.00 | $431.25 |
| 04/04/2024 | ERD | Follow-up review/analysis re Cohen/Seglias ordinary course and new value responses to preference demand. | 0.75 | $575.00 | $431.25 |
| 04/05/2024 | ERD | Analysis re EcoFasten [final] settlement offer. | 0.75 | $575.00 | $431.25 |
| 04/05/2024 | ERD | Correspondence/e-mails from/to D. Pascarella re EcoFasten settlement. | 0.10 | $575.00 | $57.50 |
| 04/05/2024 | ERD | Prepare Settlement Agreement - EcoFasten. | 0.50 | $575.00 | $287.50 |
| 04/05/2024 | ERD | Prepare EcoFasten Settlement Agreement. | 0.65 | $575.00 | $373.75 |
| 04/05/2024 | ERD | Prepare Motion to Approve Settlement Agreement. | 1.75 | $575.00 | $1,006.25 |
| 04/08/2024 | ERD | Correspondence/e-mails from/to E. Merback re vehicle auction, lender(s) payoffs. | 0.35 | $575.00 | $201.25 |
| 04/08/2024 | ERD | Telephone call from E. Merback re updated payoffs/ payment information re vehicles sold at auction. | 0.10 | $575.00 | $57.50 |
| 04/08/2024 | ERD | Correspondence/e-mails to R .Cohen, counsel for Ally bank, C. Deane, counsel for Key Bank and B. Craig, counsel for Santander Bank re updated payoff and payment instructions for vehicles sold at auction. | 0.30 | $575.00 | $172.50 |
| 04/08/2024 | ERD | Receive/review City Electric Answer to Preference Complaint. | 0.40 | $575.00 | $230.00 |
| 04/08/2024 | ERD | Receive/review Soligent Answer to Preference Complaint. | 0.40 | $575.00 | $230.00 |
| 04/10/2024 | ERD | Complete Motion to Approve Settlement Agreement with EcoFasten. | 0.75 | $575.00 | $431.25 |
| 04/10/2024 | ERD | Complete Settlement Agreement with EcoFasten. | 0.25 | $575.00 | $143.75 |
| 04/10/2024 | ERD | Correspondence/e-mail to D. Pascarella re proposed Settlement and Mutual Release Agreement - Eco Fasten. | 0.10 | $575.00 | $57.50 |
| 04/11/2024 | ERD | Correspondence/e-mails from/to E. Merback and and to W. Craig, R. Cohen re wire instructions for payoffs for vehicles sold at auction. | 0.15 | $575.00 | $86.25 |
| 04/11/2024 | ERD | Review/edit draft Complaint against AMEX. | 1.50 | $575.00 | $862.50 |
| 04/11/2024 | ERD | Advise Court of resolution of EcoFasten adversary proceeding | 0.05 | $575.00 | $28.75 |

| 04/11/2024 | ERD | Telephone call from M. Holt re Soligent, City Electric adversaries, including 4/16 pretrials. | 0.25 | $575.00 | $143.75 |
|---|---|---|---|---|---|
| 04/15/2024 | ERD | Correspondence/e-mails from D. Poore, VTS and to B. McDowell re same. | 0.30 | $575.00 | $172.50 |
| 04/15/2024 | ERD | Prepare/file Request for Entry of Default - Cadilus. | 0.65 | $575.00 | $373.75 |
| 04/15/2024 | ERD | Correspondence/e-mails from/to B. McDowell re Madeira. | 0.10 | $575.00 | $57.50 |
| 04/15/2024 | ERD | Telephone call from B. McDowell re Madeira. | 0.10 | $575.00 | $57.50 |
| 04/16/2024 | ERD | Correspondence/e-mails from/to R. Cohen, E. Merback regarding Ally payoffs, titles to vehicles sold at auction. | 0.15 | $575.00 | $86.25 |
| 04/16/2024 | ERD | Telephone call with A. Sklar various issues - vehicle auction, collection actions, Eco Fasten settlement and other matters. . | 0.25 | $575.00 | $143.75 |
| 04/16/2024 | ERD | Correspondence/e-mail to A. Sklar re Madeira, Wingate's default judgments (for sum certain). | 0.10 | $575.00 | $57.50 |
| 04/16/2024 | ERD | Complete Motion to Approve Eco Fasten Settlement Agreement. | 0.65 | $575.00 | $373.75 |
| 04/16/2024 | ERD | Correspondence/e-mails from/to K. Thomas re Zurich Insurance filing of amended proof of claim to reflect dates of disposition/sales of vehicles. | 0.10 | $575.00 | $57.50 |
| 04/17/2024 | ERD | Telephone call to D. Pascarella re EcoFasten Settlement and Release Agreement. | 0.10 | $575.00 | $57.50 |
| 04/17/2024 | ERD | Follow-up to R. Bruni re return of Orbit trailer. | 0.10 | $575.00 | $57.50 |
| 04/17/2024 | ERD | Correspondence/e-mails from/to P. Collins re finalizing of Eco Fasten Settlement Agreement and Release. | 0.35 | $575.00 | $201.25 |
| 04/17/2024 | ERD | Revise/edit draft EcoFasten Settlement Agreement. | 0.35 | $575.00 | $201.25 |
| 04/18/2024 | ERD | Complete Eco Fasten Settlement Agreement and correspondence/e-mails from/to to P. Collins re same. | 0.25 | $575.00 | $143.75 |
| 04/18/2024 | ERD | Complete Cadilus Request for Default Judgment. | 0.35 | $575.00 | $201.25 |
| 04/18/2024 | ERD | Finalize/file Motion to Approve Settlement with EcoFasten. | 0.25 | $575.00 | $143.75 |
| 04/18/2024 | ERD | Outline Turnover Complaint vs. R. Bruni re Orbit trailer on property. | 0.50 | $575.00 | $287.50 |
| 04/19/2024 | ERD | Draft Complaint vs. Bruni for Turnover of Trailer. | 1.00 | $575.00 | $575.00 |
| 04/22/2024 | ERD | Review/analysis re Cohen Seglias adversary action (asserted new value defense) and Beacon adversary action (asserted trust defense). | 0.75 | $575.00 | $431.25 |
| 04/22/2024 | ERD | Complete LNL Application for Allowance of Second | 2.00 | $575.00 | $1,150.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | Interim Fees/Expenses. | | | |
| 04/24/2024 | ERD | File LNL Second Interim Fee Application. | 0.25 | $575.00 | $143.75 |
| 04/25/2024 | ERD | Correspondence/e-mails from E. Merback and to B. Craig re Santander release of titles to vehicles purchased at auction. | 0.10 | $575.00 | $57.50 |
| 04/25/2024 | ERD | Correspondence/e-mails from E. Merback and to R. Cohen re Ally release of titles to vehicles purchased at auction. | 0.10 | $575.00 | $57.50 |
| 04/25/2024 | ERD | Correspondence/e-mails from E. Merback and to C. Deane re Key Bank release of titles to vehicles purchased at auction. | 0.10 | $575.00 | $57.50 |
| 04/28/2024 | ERD | Correspondence/e-mail to A. Sklar re Cadilus default judgment, EcoFasten settlement, Soligent, City Electric, Beacon and Cohen-Seglias adversary proceedings. | 0.25 | $575.00 | $143.75 |
| 04/28/2024 | ERD | Correspondence/e-mails to M. Holt re Soligent, City Electric information/documentation in support of ordinary course of business defense. | 0.10 | $575.00 | $57.50 |
| 05/01/2024 | ERD | Telephone call from R. Bruni re documentaton in support of purchase of Orbit trailer. | 0.10 | $575.00 | $57.50 |
| 05/01/2024 | ERD | Correspondence/e-mail to K. Thomas regarding Zurich Insurance Amended Proof of Claim to reflect reduction of premiums as a result of the surrender/turnover of vehicles to secured creditors and sale of vehicles. | 0.10 | $575.00 | $57.50 |
| 05/02/2024 | ERD | Discussion with A. Sklar regarding outstanding/ remaining case issues | 0.25 | $575.00 | $143.75 |
| 05/06/2024 | ERD | Telephone call from E. Merback re titles for vehicles from Santander, Ally Bank and Key Bank vehicles sold at auction. | 0.15 | $575.00 | $86.25 |
| 05/06/2024 | ERD | Telephone call with, and email to, B. Craig, re titles for Santander vehicles sold at auction and repo of 2019 Dodge Journey not sold at auction. | 0.15 | $575.00 | $86.25 |
| 05/06/2024 | ERD | Telephone call to, and emails to/from, C. Deane re titles for Santander vehicles sold at auction. | 0.20 | $575.00 | $115.00 |
| 05/07/2024 | ERD | Correspondence/e-mails from/to B. Craig re Santander release of titles to vehicles sold at auction. | 0.10 | $575.00 | $57.50 |
| 05/08/2024 | ERD | Return telephone call to A. Walski re status of release of titles to vehicles purchased at auction. | 0.10 | $575.00 | $57.50 |
| 05/08/2024 | ERD | Outline Motions to Compel Ally, Key Bank and Santander Bank to release titles to vehicles purchased at auction. | 1.00 | $575.00 | $575.00 |
| 05/08/2024 | ERD | Correspondence/e-mail from Orbit customer D. | 0.10 | $575.00 | $57.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | DiGiandomenico re warranty issue. | | | |
| 05/09/2024 | ERD | Correspondence/e-mail to E. Merback regarding vehicle titles from auction, including Art Craft Eco. | 0.10 | $575.00 | $57.50 |
| 05/09/2024 | ERD | Correspondence/e-mails from/to E. Merback, A. Sklar re titles for vehicles sold at auction. | 0.25 | $575.00 | $143.75 |
| 05/13/2024 | ERD | Correspondence/e-mails from/to A. Sklar, E. Merback regarding remaining vehicle titles. | 0.10 | $575.00 | $57.50 |
| 05/13/2024 | ERD | Correspondence/e-mail to A. Sklar re trailer, Bruni, bill of sale and title. | 0.10 | $575.00 | $57.50 |
| 05/13/2024 | ERD | Telephone call from M. Stafford re Turley preference complaint, initial demand and e-mail to A. Sklar re same. | 0.10 | $575.00 | $57.50 |
| 05/14/2024 | ERD | Correspondence/e-mail to A. Sklar are outstanding issues, potential assets, including recovery actions. | 1.00 | $575.00 | $575.00 |
| 05/14/2024 | ERD | Telephone call to M.Holt re City Electric and Soligent adversaries, pre-trial and mediation order. | 0.10 | $575.00 | $57.50 |
| 05/14/2024 | ERD | Correspondence/e-mails from/to E. Merback re remaining auction vehicle titles and to C. Deane, counsel for Key Bank, re Bank's release of titles, Motion to Compel Turnover. | 0.15 | $575.00 | $86.25 |
| 05/15/2024 | ERD | Telephone call from M. Holt re City Electric, Soligent re pretrial, proposal, mediation order. | 0.15 | $575.00 | $86.25 |
| 05/15/2024 | ERD | Telephone call with P. Siddiqui re Cadilus default judgment. | 0.25 | $575.00 | $143.75 |
| 05/20/2024 | ERD | Correspondence/e-mail to M. Holt re City Electric, Soligent pre-trial hearings. | 0.10 | $575.00 | $57.50 |
| 05/20/2024 | ERD | Prepare LNL Third Interim Fee Applicaton. | 0.65 | $575.00 | $373.75 |
| 05/20/2024 | ERD | Correspondence/e-mails from/to P. Siddiqui, counsel for Cadilus/E78 re preference judgment. | 0.10 | $575.00 | $57.50 |
| 05/20/2024 | ERD | Correspondence/e-mail A. Sklar re e-mail from P. Siddiqui, counsel for Cadilus/E78 re preference judgment and settlement offer. | 0.10 | $575.00 | $57.50 |
| 05/21/2024 | ERD | Correspondence/e-mails to/from M. Holt re Soligent, City Electric pre-trials, ordinary course documents and mediation. | 0.15 | $575.00 | $86.25 |
| 05/21/2024 | ERD | Correspondence/e-mails to/from P. Siddiqui, counsel for Cadilus, E78, regarding re settlement of default judgment vs. Cadilus. | 0.10 | $575.00 | $57.50 |
| 05/21/2024 | ERD | Receive Court Order Approving EcoFasten Settlement and correspondence/e-mail to D. Pascarella re EcoFasten payment due to Trustee. | 0.10 | $575.00 | $57.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/21/2024 | ERD | Prepare Cadilus/E78 Settlement Agreement. | 0.80 | $575.00 | $460.00 |
| 05/21/2024 | ERD | Prepare Motion to Approve Cadilus/E78 Settlement Agreement. | 1.50 | $575.00 | $862.50 |
| 05/22/2024 | ERD | Receive/review Swisher MRAS to the extent of insurance proceeds and e-mail to A. Sklar re same. | 0.20 | $575.00 | $115.00 |
| 05/23/2024 | ERD | Correspondence/e-mail to K. Thomas re Zurich proof of claim. | 0.10 | $575.00 | $57.50 |
| 05/23/2024 | ERD | Draft Objection to Zurich Proof of Claim. | 0.50 | $575.00 | $287.50 |
| 05/23/2024 | ERD | Correspondence/e-mails from/to P. Siddiqui re resolution of Default Judgment vs. Cadilus. | 0.10 | $575.00 | $57.50 |
| 05/23/2024 | ERD | Correspondence/e-mails from K. Callahan to N. Kabir, Orbit customer regarding warranty claim(s) and and correspondence/e-mail to N. Kabir re same. | 0.15 | $575.00 | $86.25 |
| 05/23/2024 | ERD | Correspondence/e-mails from/to P. Siddiqui re E78/ Cadilus. | 0.10 | $575.00 | $57.50 |
| 05/24/2024 | ERD | Correspondence/e-mail to P. Siddiqui regarding Cadilus. | 0.10 | $575.00 | $57.50 |
| 05/27/2024 | ERD | Review/analysis re Google asserted new value defense. E-mail to A. Sklar, B. Snyder re same. | 0.50 | $575.00 | $287.50 |
| 05/28/2024 | ERD | Telephone call to M. Holt re Soligent, City Electric mediations. | 0.10 | $575.00 | $57.50 |
| 05/29/2024 | ERD | Correspondence/e-mail to A. Kelly re mediations - City Electric and Soligent adversaries. | 0.20 | $575.00 | $115.00 |
| 05/29/2024 | ERD | Correspondence Telephone call with M. Holt, counsel for City Electric and Soligent, regarding mediations | 0.20 | $575.00 | $115.00 |
| 05/29/2024 | ERD | Review/analysis regarding preference claims vs. Beacon, asserted trust fund defense. | 0.65 | $575.00 | $373.75 |
| 05/30/2024 | ERD | Complete Cadilus/E78 Settlement Agreement and Motion to Approve Settlement Agreement. | 0.50 | $575.00 | $287.50 |
| 05/30/2024 | ERD | Prepare Soligent Settlement Agreement and Motion to Approve Settlement Agreement. | 0.65 | $575.00 | $373.75 |
| 05/30/2024 | ERD | Prepare City ElectricSettlement Agreement and Motion to Approve Settlement Agreement. | 0.65 | $575.00 | $373.75 |
| 05/30/2024 | ERD | Telephone call from Bruce Trupo, counsel for R. Vascellones re solar install, financing issues. | 0.15 | $575.00 | $86.25 |
| 05/31/2024 | ERD | Correspondence/e-mails from/to E. Merback re remaining titles from auction sale and auction report. | 0.10 | $575.00 | $57.50 |
| 05/31/2024 | ERD | Prepare Third Interim Fee Application. | 0.35 | $575.00 | $201.25 |

| Date | | Description | | | |
|------|-----|-------------|------|---------|---------|
| 06/03/2024 | ERD | Correspondence/e-mails from/to E. Merback, C. Deane, A. Sklar re Key Bank title to remaining 2018 Road Master. | 0.10 | $575.00 | $57.50 |
| 06/03/2024 | ERD | Brief review/preparation for Mediation conference call with A. Kelly and M. Holt. | 0.40 | $575.00 | $230.00 |
| 06/03/2024 | ERD | Pre-mediation conference call with A. Kelly and M. Holt, counsel for Soligent and City Electric. | 0.30 | $625.00 | $187.50 |
| 06/03/2024 | ERD | Compete analysis re Beacon asserted trust defense to preference demand. | 0.50 | $625.00 | $312.50 |
| 06/03/2024 | ERD | Compete analysis re Cohen Seglias new value defense to preference defense. | 0.50 | $625.00 | $312.50 |
| 06/04/2024 | ERD | Email to A. Sklar re mediations - Soligent and City Electric adversary proceedings. | 0.15 | $575.00 | $86.25 |
| 06/05/2024 | ERD | Finalize Cadilus/E78 Settlement Agreement and Motion to Approve Settlement. | 0.65 | $575.00 | $373.75 |
| 06/05/2024 | ERD | Review/analysis re Motion to Compel Debtor to add customers to Schedules. | 0.75 | $575.00 | $431.25 |
| 06/06/2024 | ERD | Review Google analysis in support of defenses to preference complaint. | 0.65 | $575.00 | $373.75 |
| 06/06/2024 | ERD | Telephone call from M. McGloughlin, counsel for Main Gear. | 0.15 | $575.00 | $86.25 |
| 06/11/2024 | ERD | Receive/review proposed revisions to E78 Settlement Agreement and correspondence/e-mails to/from P. Siddiqui re same. | 0.20 | $575.00 | $115.00 |
| 06/11/2024 | ERD | Draft objection to Zurich proof of claim. | 0.50 | $575.00 | $287.50 |
| 06/13/2024 | ERD | Prepare/draft Objection to Zurich proof of claim for administrative expense. | 0.50 | $575.00 | $287.50 |
| 06/13/2024 | ERD | Correspondence/e-mail to E. Merback re remaining vehicle title issues. | 0.10 | $575.00 | $57.50 |
| 06/14/2024 | ERD | Telephone call with A. Sodono re Notice of Proposed Compromise/Settlement filing. | 0.10 | $575.00 | $57.50 |
| 06/17/2024 | ERD | Prepare Soligent Mediation Statement. | 0.50 | $575.00 | $287.50 |
| 06/18/2024 | ERD | Review correspondence/e-mail from R. Snyder regarding NJ DOL unemployment redetermination audit results. | 0.10 | $575.00 | $57.50 |
| 06/21/2024 | ERD | Complete Motion to Expunge Zurich Insurance Proof of Claim No. 74-2 (3.0 hours; 1.25 hours no charge). | 1.75 | $575.00 | $1,006.25 |
| 06/21/2024 | ERD | Correspondence/e-mails to/from K. Thomas and B. Thomas re re Zurich Insurance amended proof of claim. | 0.15 | $575.00 | $86.25 |

| 06/24/2024 | ERD | Correspondence/e-mails from M. Larson, K. Callahan re Larson customer claim(s) vs. Orbit. | 0.10 | $575.00 | $57.50 |
|---|---|---|---|---|---|
| 06/25/2024 | ERD | Telephone call with A. Sklar re outstanding case issues. | 0.40 | $575.00 | $230.00 |
| 06/25/2024 | ERD | Correspondence/e-mails to A. Sklar re Soligent, City Electric adversary proceedings and mediations. | 0.10 | $575.00 | $57.50 |
| 06/25/2024 | ERD | Correspondence/e-mail to M. Holt re Soligent, City Electric information supporting asserted defenses to preference demands. | 0.10 | $575.00 | $57.50 |
| 06/25/2024 | ERD | Prepare mediation statements for Soligent, City Electric mediations on 7/24. | 0.50 | $575.00 | $287.50 |
| 06/28/2024 | ERD | Complete/finalize Motion to Expunge Zurich Amended PoC. | 0.65 | $575.00 | $373.75 |
| 07/01/2024 | ERD | Finalize Beacon and Cohen/Seglia Complaints to Recover Preferential Payments. | 0.50 | $575.00 | $287.50 |
| 07/01/2024 | ERD | Telephone call to M. Holt re 2 adversary proceedings, mediation, documents to be produced to Trustee. | 0.10 | $575.00 | $57.50 |
| 07/01/2024 | ERD | Correspondence/e-mails from/to K. thomas re Zurich Insurance Amended Proof of Claim, documentation in support of Chapter 7 administrative claim. | 0.20 | $575.00 | $115.00 |
| 07/01/2024 | ERD | Complete/finalize Beacon adversary complaint. | 0.50 | $575.00 | $287.50 |
| 07/01/2024 | ERD | Complete/finalize Cohen Seglias adversary complaint. | 0.50 | $575.00 | $287.50 |
| 07/03/2024 | ERD | Telephone call from L. Motley, customer, re deposit, refund. | 0.10 | $575.00 | $57.50 |
| 07/08/2024 | ERD | Correspondence/e-mails from/to A. Sklar, E. Merback regarding title for one remaining vehicle sold at auction. | 0.10 | $575.00 | $57.50 |
| 07/09/2024 | ERD | Correspondence/e-mails from/to C. Deane, counsel for Key Bank, re title issue. | 0.10 | $575.00 | $57.50 |
| 07/09/2024 | ERD | Correspondence/e-mails to/from C. Dean regarding Key Bank release of title to vehicle sold at auction. | 0.10 | $575.00 | $57.50 |
| 07/09/2024 | ERD | Correspondence to M. Kelly re Mediation in Soligent, City Electric adversaries. | 0.10 | $575.00 | $57.50 |
| 07/10/2024 | ERD | Correspondence/e-mails from/to C. Dean regarding remaining vehicle title issue. | 0.10 | $575.00 | $57.50 |
| 07/10/2024 | ERD | Telephone call with C. Dean regarding remaining vehicle title issue. | 0.25 | $575.00 | $143.75 |
| 07/11/2024 | ERD | Correspondence/e-mail and telephone call to M. Holt re Soligent and City Electric documentation in support of asserted defense to preference demands. | 0.10 | $575.00 | $57.50 |

| 07/16/2024 | ERD | Correspondence/e-mail to P. Siddiqui regarding entered Order Approving Cadilus Settlement and payment of Settlement Payment pursuant to the Order and Settlement Agreement. | 0.10 | $575.00 | $57.50 |
|---|---|---|---|---|---|
| 07/16/2024 | ERD | Telephone call from M. Holt re mediation, Soligent and City Electric defense analyses. | 0.20 | $575.00 | $115.00 |
| 07/17/2024 | ERD | Correspondence/e-mail to A. Kelly re mediations in Soligent and City Electric preference cases. | 0.10 | $575.00 | $57.50 |
| 07/17/2024 | ERD | Prepare Settlement Agreement with Soligent Distribution, LLC. | 0.75 | $575.00 | $431.25 |
| 07/17/2024 | ERD | Prepare Motion to Approve Settlement Agreement with Soligent Distribution, LLC. | 1.35 | $575.00 | $776.25 |
| 07/17/2024 | ERD | Prepare Settlement Agreement with City Electric. | 0.75 | $575.00 | $431.25 |
| 07/17/2024 | ERD | Prepare Motion to Approve Settlement Agreement with City Electric. | 1.35 | $575.00 | $776.25 |
| 07/17/2024 | ERD | Correspondence/e-mail to A. Sklar re retention of Sklar Law to pursue collection of judgment, application to approve QCA auction expenses and remaining KeyBank/title issue. | 0.10 | $575.00 | $57.50 |
| 07/19/2024 | ERD | Receive/review Soligent/City Electric preference defense analysis. Correspondence/e-mail to R. Snyder re same. | 0.50 | $575.00 | $287.50 |
| 07/22/2024 | ERD | Review/analysis of Soligent/City Electric responses and prepare response to M. Holt with Trustee counter-offers. | 1.25 | $575.00 | $718.75 |
| 07/23/2024 | ERD | Memo to A. Sklar re remaining issues to be addressed. | 0.50 | $575.00 | $287.50 |
| 07/23/2024 | ERD | Correspondence/e-mails from/to M. Holt re Soligent, City Electric Adversary Proceedings. | 0.15 | $575.00 | $86.25 |
| 07/23/2024 | ERD | Prepare/draft City Electric Settlement Agreement. | 0.50 | $575.00 | $287.50 |
| 07/23/2024 | ERD | Complete Motion to Approve City Electric Settlement Agreement. | 0.50 | $575.00 | $287.50 |
| 07/23/2024 | ERD | Prepare/draft Soligent Settlement Agreement. | 0.50 | $575.00 | $287.50 |
| 07/23/2024 | ERD | Complete Motion to Approve City Soligent Settlement Agreement. | 0.50 | $575.00 | $287.50 |
| 07/24/2024 | ERD | Corespondence/e-mails from/to M. Holt re Soligent, City Electric matters. | 0.10 | $575.00 | $57.50 |
| 07/24/2024 | ERD | Telephone call from J. Barnes, counsel for customer Baggett, re status, administrative claims and related case issues. | 0.25 | $575.00 | $143.75 |
| 07/25/2024 | ERD | Receive/review Zurich Amended PoC. | 0.10 | $575.00 | $57.50 |

| | | Correspondence/e-mail to A. Sklar re same. | | | |
|---|---|---|---|---|---|
| 07/26/2024 | ERD | Receive/review Zurich Insurance Amended PoC, Motion to Compel Payment of Administrative Claims. | 0.75 | $575.00 | $431.25 |
| 07/29/2024 | ERD | Review/analysis re Zurich administrative claims, Motion for Allowance and to Compel Payment of Administrative Claims. | 1.90 | $575.00 | $1,092.50 |
| 07/29/2024 | ERD | Correspondence/e-mail to M. Holt re Soligent, City Electric responses to Trustee settlement proposal. | 0.10 | $575.00 | $57.50 |
| 07/29/2024 | ERD | Correspondence/e-mails from, and telephone call with, M. Holt regarding continuing City Electric and Soligent settlement discussions. | 0.25 | $575.00 | $143.75 |
| 07/29/2024 | ERD | Conference call with A. Sklar re Soligent, City Electric, Zurich, Beacon, Cohen Seglias, vehicles, Key Bank title and related case issues. | 0.25 | $575.00 | $143.75 |
| 07/30/2024 | ERD | Finalize Soligent Settlement Agreement, Notice, and Motion to Approve Settlement Agreement. | 0.65 | $575.00 | $373.75 |
| 07/30/2024 | ERD | Receive/review Zurich Response to Trustee Motion to Expunge Zurich Proof of Claim. | 0.20 | $575.00 | $115.00 |
| 07/30/2024 | ERD | Telephone call to H. Smith re Zurich Response to Trustee Motion to Expunge Zurich Proof of Claim. | 0.20 | $575.00 | $115.00 |
| 07/30/2024 | ERD | Correspondence/e-mails from/to M. Holt regarding City Electric. | 0.10 | $575.00 | $57.50 |
| 07/30/2024 | ERD | Correspondence/e-mails from/to M. Holt regarding City Electric - settlement discussions, mediation statement and mediation. | 0.15 | $575.00 | $86.25 |
| 07/31/2024 | ERD | Correspondence/e-mails from/to H. Smith and to/from A. Sklar re Zurich Opposition to Trustee Motion to Expunge Proof of Claim. | 0.15 | $575.00 | $86.25 |
| 07/31/2024 | ERD | Withdraw Trustee Motion to Expunge Zurich Insurance Proof of Claim in light of Zurich filing Amended PoC. | 0.10 | $575.00 | $57.50 |
| 07/31/2024 | ERD | Advise Court of settlement of Soligent Distribution LLC adversary proceeding. | 0.10 | $575.00 | $57.50 |
| 08/01/2024 | ERD | Prepare Opposition to Zurich Motion for Allowance of Admin. Expenses and to Compel Payment of Admin. Expenses. | 1.25 | $575.00 | $718.75 |
| 08/02/2024 | ERD | Correspondence/e-mail from K. Thomas regarding Zurich Administrative Claims. | 0.10 | $575.00 | $57.50 |
| 08/05/2024 | ERD | Prepare Opposition to Zurich Motion to Allow and Compel Payment of Chapter 11 and 7 Administrative Claims. | 2.00 | $575.00 | $1,150.00 |
| 08/05/2024 | ERD | Prepare mediation statement - Sklar/City Electric. | 0.65 | $575.00 | $373.75 |

| 08/06/2024 | ERD | Correspondence/e-mails from/to E. Merback, A. Sklar, E. Rodriguez re resolution of Key Bank title issue. | 0.15 | $575.00 | $86.25 |
|---|---|---|---|---|---|
| 08/06/2024 | ERD | Correspondence/e-mails from/to M. Holt re City Electric counter-offer, adversary proceeding and mediation. | 0.15 | $575.00 | $86.25 |
| 08/06/2024 | ERD | Complete City Electric Mediation Statement. | 0.65 | $575.00 | $373.75 |
| 08/08/2024 | ERD | Correspondence/e-mails to/from A. Sklar regarding Cadilus settlement, receipt of $19,000 Settlement Payment. | 0.10 | $575.00 | $57.50 |
| 08/08/2024 | ERD | Draft Opposition to Zurich Motion to Allow and Compel Payment of Chapter 11 and Chapter 7 Administrative Claims. | 1.25 | $575.00 | $718.75 |
| 08/09/2024 | ERD | Correspondence/e-mail to Peter Siddiqui re status of Cadilus Settlement Payment. | 0.10 | $575.00 | $57.50 |
| 08/13/2024 | ERD | Correspondence/e-mails to/from M. Holt re City Electric settlement, mediation and status conference. | 0.10 | $575.00 | $57.50 |
| 08/13/2024 | ERD | Review/analysis regarding Zurich asserted administrative claims. | 0.50 | $575.00 | $287.50 |
| 08/13/2024 | ERD | Prepare/draft Opposition to Zurich Motion to Allow and Compel Payment of Administrative Claim(s). | 1.25 | $575.00 | $718.75 |
| 08/13/2024 | ERD | Correspondence/e-mails to/from K. Thomas, H. Miller re documentation/support for Zurich's asserted Administrative Claim(s), adjournment of Zurich to Allow and Compel Payment of Admin. Claim(s). | 0.15 | $575.00 | $86.25 |
| 08/14/2024 | ERD | Correspondence/e-mail to Judge Altenburg chambers re request of adjournment of Zurich Motion for Allowance and Payment of Administrative Claim(s). | 0.10 | $575.00 | $57.50 |
| 08/14/2024 | ERD | Correspondence/e-mails from/to M. Holt re City Electric settlement rejected. | 0.20 | $575.00 | $115.00 |
| 08/14/2024 | ERD | Correspondence/e-mails from/to M. Holt, A. Kelly re mediation scheduled for tomorrow. | 0.20 | $575.00 | $115.00 |
| 08/14/2024 | ERD | Prepare/complete Mediation Statement - City Electric. | 1.25 | $575.00 | $718.75 |
| 08/14/2024 | ERD | Correspondence to, and telephone call with, A. Sklar regarding City Electric counter-proposal to resolve adversary proceeding. | 0.10 | $575.00 | $57.50 |
| 08/14/2024 | ERD | Correspondence/e-mail to chambers re City Electric notice of settlement and docket same in adversary proceeding. | 0.10 | $575.00 | $57.50 |
| 08/15/2024 | ERD | Finalize City Electric Settlement and Mutual Release Agreement and R. 9019 Motion to Approve Settlement with City Electric. | 0.65 | $575.00 | $373.75 |
| 08/20/2024 | ERD | Complete Opposition to Zurich Motion to Allow and | 1.75 | $575.00 | $1,006.25 |

| | | Compel Payment of Administrative Expenses. | | | |
|---|---|---|---|---|---|
| 08/20/2024 | ERD | Correspondence/e-mails to/from A. Sklar re Opposition to Zurich Motion re Administrative Claims. | 0.10 | $575.00 | $57.50 |
| 08/20/2024 | ERD | Revise Motion to Approve City Electric Settlement Agreement based on revisions to Settlement Agreement. | 0.25 | $575.00 | $143.75 |
| 08/21/2024 | ERD | Correspondence/e-mails to/from K. Thomas re Zurich supporting documents, etc. for asserted administrative claims. | 0.10 | $575.00 | $57.50 |
| 08/23/2024 | ERD | Finalize Beacon adversary complaint. | 0.50 | $575.00 | $287.50 |
| 08/23/2024 | ERD | Correspondence/e-mails to/from R. Snyder re Cohen Seglias adversary complaint. | 0.20 | $575.00 | $115.00 |
| 08/23/2024 | ERD | Finalize Cohen Seglias adversary complaint. | 0.50 | $575.00 | $287.50 |
| 08/26/2024 | ERD | File Motion to Approve City Electric Supply Co., Inc. | 0.20 | $575.00 | $115.00 |
| 08/27/2024 | ERD | Finalize/file Adv. Complaint vs. Cohen Seglias, Beacon Roofing. | 0.50 | $575.00 | $287.50 |
| 08/28/2024 | ERD | Receive/review Zurich accounting in support of asserted Chapter 7 and Chapter 11 administrative claims. Correspondence/e-mail to R. Snyder and A. Sklar re same. | 0.50 | $575.00 | $287.50 |
| 08/29/2024 | ERD | Review/analysis re Zurich response to request for support for asserted administrative expenses. Memo to A. Sklar re same. | 0.65 | $575.00 | $373.75 |
| 08/29/2024 | ERD | Correspondence/e-mail to W. Buchanan regarding adversary vs. Cohen Seglias. | 0.25 | $575.00 | $143.75 |
| 08/29/2024 | ERD | Correspondence/e-mails from/to M. Stafford regarding adversary vs. Beacon Roofing. | 0.25 | $575.00 | $143.75 |
| 09/04/2024 | ERD | Prepare vehicle summary. | 0.75 | $575.00 | $431.25 |
| 09/04/2024 | ERD | Telephone call to K. Thomas regarding Zurich documents, Motion to Allow and Compel Payment of Admin. Claims. | 0.10 | $575.00 | $57.50 |
| 09/05/2024 | ERD | Telephone call to M. Stafford regarding Beacon Adv. Complaint. | 0.10 | $575.00 | $57.50 |
| 09/05/2024 | ERD | Memo to A. Sklar re trust monies defense to preference demand raised by Beacon to | 0.50 | $575.00 | $287.50 |
| 09/05/2024 | ERD | Correspondence/e-mails from/to M. Holt re Soligent Settlement Payment. | 0.10 | $575.00 | $57.50 |
| 09/05/2024 | ERD | Telephone call with K. Thomas regarding Zurich Motion to Allow and Compel Payment of Admin. Claims. | 0.20 | $575.00 | $115.00 |

| 09/06/2024 | ERD | Telephone call with K. Thomas re Motion to Allow and Compel Payment of Administrative Expenses. | 0.15 | $575.00 | $86.25 |
|---|---|---|---|---|---|
| 09/06/2024 | ERD | Correspondence/e-mails from H. Smith re adjournment of Motion to Allow and Compel Payment of Administrative Expenses. | 0.10 | $575.00 | $57.50 |
| 09/08/2024 | ERD | Correspondence/e-mails to/from K. Thomas and from/to H. Smith re adjournment of hearing on Zurich Motion to Allow and Compel Payment of Administrative Expenses. | 0.10 | $575.00 | $57.50 |
| 09/10/2024 | ERD | Telephone call to K. Thomas re documents in support of Zurich Administrative Claims. | 0.10 | $575.00 | $57.50 |
| 09/11/2024 | ERD | Telephone call and email to K. Thomas re Zurich back-up for proof of claim. | 0.10 | $575.00 | $57.50 |
| 09/11/2024 | ERD | Telephone call from M. Stafford regarding Beacon adversary, extension of time to answer, trust fund defense. | 0.25 | $575.00 | $143.75 |
| 09/12/2024 | ERD | Correspondence/e-mails from/to K. Thomas regarding document production in support of proof of claim, Zurich Motion. | 0.10 | $575.00 | $57.50 |
| 09/13/2024 | ERD | Finalize/file Stipulation with Beacon Roofing Extending Time to Answer Complaint. | 0.10 | $575.00 | $57.50 |
| 09/13/2024 | ERD | Correspondence/e-mail to K. Thomas re Zurich production of documents in support of Proof of Claim and Motion. | 0.10 | $575.00 | $57.50 |
| 09/14/2024 | ERD | Correspondence/e-mail to K. Thomas re Zurich documents in support of Proof of Claim and Motion. | 0.10 | $575.00 | $57.50 |
| 09/17/2024 | ERD | Memo to A. Sklar re Beacon Roofing trust fund defense to preference action. | 0.60 | $575.00 | $345.00 |
| 09/17/2024 | ERD | Prepare Settlement Agreement with Beacon Roofing Supply, Inc. | 0.65 | $575.00 | $373.75 |
| 09/17/2024 | ERD | Prepare Motion to Approve Settlement Agreement with Beacon Roofing Supply, Inc. | 1.20 | $575.00 | $690.00 |
| 09/17/2024 | ERD | Review documents supplied by Zurich in support of Motion re Admin Claim and Proof of Claim. | 0.25 | $575.00 | $143.75 |
| 09/17/2024 | ERD | Correspondence/e-mails to/from R. Snyder and A. Sklar re documents supplied by Zurich in support of Motion re Admin Claim and Proof of Claim, possible offset of $199,000 refund. | 0.25 | $575.00 | $143.75 |
| 09/17/2024 | ERD | Prepare Settlement Agreement with Cohen Seglias. | 0.65 | $575.00 | $373.75 |
| 09/17/2024 | ERD | Prepare Motion to Approve Settlement Agreement with Cohen Seglias. | 1.20 | $575.00 | $690.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/17/2024 | ERD | Correspondence/e-mail to E. Blaker regarding Trustee proposed settlement of adversary proceeding. | 0.10 | $575.00 | $57.50 |
| 09/18/2024 | ERD | Conference call with R. Snyder, A. Sklar re Zurich Motion, Proof of Claim, asserted Chapter 7 administrative claim. | 0.65 | $575.00 | $373.75 |
| 09/18/2024 | ERD | Review/analysis re vehicle sales, relief from stay for R. Snyder to address calculation of Zurich asserted Chapter 7 administrative claim. | 1.35 | $575.00 | $776.25 |
| 09/19/2024 | ERD | Finalize Beacon Settlement Agreement and Motion to Approve Settlement Agreement. | 0.35 | $575.00 | $201.25 |
| 09/19/2024 | ERD | Correspondence/e-mails from/to K. Thomas re Zurich Motion, Zurich support for Motion, Trustee review of support and adjournment of Motion. | 0.10 | $575.00 | $57.50 |
| 09/19/2024 | ERD | Correspondence/e-mails from/to E. Blaker re Cohen Seglias settlement. | 0.10 | $575.00 | $57.50 |
| 09/19/2024 | ERD | Review and finalize proposed Settlement Agreement with Beacon. | 0.25 | $575.00 | $143.75 |
| 09/19/2024 | ERD | Correspondence/e-mails from/to E. Blaker re resolution of adversary proceeding vs. Cohen Seglias. | 0.10 | $575.00 | $57.50 |
| 09/24/2024 | ERD | Correspondence/e-mails to A. Sklar regarding Beacon/ Motion to Approve Settlement Agreement, vehicles and adversary proceeding judgments to be collected on. | 0.15 | $575.00 | $86.25 |
| 09/24/2024 | ERD | Finalize/file Motion to Approve Beacon Settlement Agreement. | 0.25 | $575.00 | $143.75 |
| 09/24/2024 | ERD | Review/analysis regarding remaining vehicles. | 1.25 | $575.00 | $718.75 |
| 09/25/2024 | ERD | Correspondence/e-mails to/from M. Holt re Order Approving City Electric Settlement Agreement and City Settlement Agreement. | 0.10 | $575.00 | $57.50 |
| 09/26/2024 | ERD | Telephone call with E. Blaker regarding Settlement Agreement with Cohen Seglias. | 0.10 | $575.00 | $57.50 |
| 09/26/2024 | ERD | Correspondence/e-mail to A. Sklar re adversary proceeding default judgments. | 0.10 | $575.00 | $57.50 |
| 09/27/2024 | ERD | File Memo re outstanding case issues. | 0.20 | $575.00 | $115.00 |
| 09/27/2024 | ERD | Finalize/file Motion to Approve Cohen Seglias Settlement Agreement. | 0.25 | $575.00 | $143.75 |
| 09/30/2024 | ERD | Correspondence/e-mails to/from K. Thomas re Trustee/ accountant analysis of calculation of Zurich Chapter 11 and Chapter 7 administrative claims - worker's compensation and auto insurance. | 1.20 | $575.00 | $690.00 |
| 09/30/2024 | ERD | Correspondence/e-mails from/to C. Moore re status of Isouia litigation. | 0.10 | $575.00 | $57.50 |

**Expenses**

| Date | Description | Total |
|------|-------------|-------|
| 02/06/2024 | Court Solutions. | $50.00 |
| 02/16/2024 | USBC – Filing fee - Motion for Authority to Conduct Auction | $199.00 |
| 08/27/2024 | Filing Fee - Cohen Seglias Adv. Complaint. | $350.00 |
| 08/27/2024 | Filing Fee - Beacon Roofing Adv. Complaint. | $350.00 |
| | **Expenses Subtotal** | **$949.00** |