UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Holly S. Miller (No. 2006-03052)
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107
Phone: (215) 238-0012
Fax: (215)-238-0016
Email: hsmiller@gsbblaw.com *Counsel for Zurich American Insurance Company and its affiliates*

**Order Filed on November 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re<br><br>ORBIT ENERGY & POWER, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-19628(ABA)<br><br>Judge Andrew B. Altenburg, Jr. |

### AGREED ORDER ALLOWING ZURICH AMERICAN INSURANCE COMPANY'S CHAPTER 7 AND CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS

    The relief set forth on the following pages, numbered two (2) and three (3), is hereby ORDERED.

**DATED: November 20, 2024**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Orbit Energy & Power, LLC
Case No. 22-19628(ABA)
AGREEED ORDER ZURICH AMERICAN INSURANCE COMPANY'S CHAPTER 11 AND 7 ADMINISTRATIVE EXPENSE CLAIMS

Zurich American Insurance Company and any of its affiliates ("Zurich") listed on any insurance policy or related document (the "Insurance Policies") with Orbit Energy & Power, LLC, the Debtor herein (the "Debtor") and Andrew Sklar, Esq., in his capacity as the Chapter 7 Trustee for the bankruptcy estate of the Debtor (the "Trustee"), hereby enter into this Agreed Order (the "Agreed Order") consensually resolving the *Zurich Motion for Allowance and Payment of Chapter 7 and Chapter 11 Administrative Expense Claims* [Dkt. 525] (the "Motion") and allowing Zurich's Chapter 7 and Chapter 11 administrative expense claims:

**IT IS HEREBY STIPULATED AND AGREED, AND ORDERED as follows:**

1. The Motion is hereby **GRANTED** in part and **DENIED** in part.

2. Zurich's Chapter 7 administrative expense claim is allowed in the amount of $62,000.00 ("Chapter 7 Admin. Claim").

3. Zurich's Chapter 11 administrative expense claim is allowed in the amount of $134,514.15.

[THIS SPACE INTENTIONALLY LEFT BLANK]

(Page 2)
Debtor:  Orbit Energy & Power, LLC
Case No.  22-19628(ABA)
AGREEED ORDER ZURICH AMERICAN INSURANCE COMPANY'S CHAPTER 11 AND 7 ADMINISTRATIVE EXPENSE CLAIMS

       4.       The Trustee is authorized and directed to pay to Zurich the Chapter 7 Admin. Claim within five (5) days of this Order becoming a Final Order.

Dated: November 18, 2024

ACCEPTED AND AGREED TO BY:

| | |
|---|---|
| /s/ Holly S. Miller<br>Holly S. Miller (No. 2006-03052)<br>Gellert Seitz Busenkell & Brown, LLC<br>901 Market Street, Suite 3020<br>Philadelphia, PA 19107<br>Phone: (215) 238-0012<br>Fax: (215)-238-0016<br>Email: hsmiller@gsbblaw.com<br><br>Margaret M. Anderson<br>Kenneth M. Thomas<br>**FOX SWIBEL LEVIN & CARROLL LLP**<br>200 West Madison – Suite 3000<br>Chicago, IL  60606<br>Ph:  (312) 224-1200<br>panderson@foxswibel.com<br>kthomas@foxswibel.com<br><br>*Counsel for Zurich American Insurance Company and its affiliates* | /s/ E. Richard Dressel<br>E. Richard Dressel, Esq. (ED 1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ  08053<br><br>*Counsel for the Trustee* |

3