UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Holly S. Miller (No. 2006-03052)
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107
Phone: (215) 238-0012
Fax: (215)-238-0016
Email: hsmiller@gsbblaw.com *Counsel for Zurich American Insurance Company and its affiliates*

**Order Filed on November 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

_____

In Re

ORBIT ENERGY & POWER, LLC,

      Debtor.

Chapter 7

Case No. 22-19628(ABA)

Judge Andrew B. Altenburg, Jr.

**AGREED ORDER ALLOWING ZURICH AMERICAN INSURANCE COMPANY'S
CHAPTER 7 AND CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS**

    The relief set forth on the following pages, numbered two (2) and three (3), is hereby ORDERED.

**DATED: November 20, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:  Orbit Energy & Power, LLC
Case No.  22-19628(ABA)
AGREEED ORDER ZURICH AMERICAN INSURANCE COMPANY'S CHAPTER 11 AND 7 ADMINISTRATIVE EXPENSE CLAIMS

Zurich American Insurance Company and any of its affiliates ("Zurich") listed on any insurance policy or related document (the "Insurance Policies") with Orbit Energy & Power, LLC, the Debtor herein (the "Debtor") and Andrew Sklar, Esq., in his capacity as the Chapter 7 Trustee for the bankruptcy estate of the Debtor   (the "Trustee"), hereby enter into this Agreed Order (the "Agreed Order") consensually resolving the *Zurich Motion for Allowance and Payment of Chapter 7 and Chapter 11 Administrative Expense Claims* [Dkt. 525]  (the "Motion") and allowing Zurich's Chapter 7 and Chapter 11 administrative expense claims:

**IT IS HEREBY STIPULATED AND AGREED, AND  ORDERED as follows:**

1. The Motion is hereby  **GRANTED** in part and **DENIED** in part.

2. Zurich's Chapter 7 administrative expense claim is  allowed in the amount of $62,000.00 ("Chapter 7 Admin. Claim").

3. Zurich's Chapter 11 administrative expense claim is allowed in the amount of $134,514.15.

[THIS SPACE INTENTIONALLY LEFT BLANK]

(Page 2)
Debtor: Orbit Energy & Power, LLC
Case No. 22-19628(ABA)
AGREEED ORDER ZURICH AMERICAN INSURANCE COMPANY'S CHAPTER 11 AND
7 ADMINISTRATIVE EXPENSE CLAIMS

      4.      The Trustee is authorized and directed to pay to Zurich the Chapter 7 Admin. Claim within five (5) days of this Order becoming a Final Order.

Dated: November 18, 2024

ACCEPTED AND AGREED TO BY:

| | |
|---|---|
| /s/ Holly S. Miller<br>Holly S. Miller (No. 2006-03052)<br>Gellert Seitz Busenkell & Brown, LLC<br>901 Market Street, Suite 3020<br>Philadelphia, PA 19107<br>Phone: (215) 238-0012<br>Fax: (215)-238-0016<br>Email: hsmiller@gsbblaw.com<br><br>Margaret M. Anderson<br>Kenneth M. Thomas<br>**FOX SWIBEL LEVIN & CARROLL LLP**<br>200 West Madison – Suite 3000<br>Chicago, IL 60606<br>Ph: (312) 224-1200<br>panderson@foxswibel.com<br>kthomas@foxswibel.com<br><br>*Counsel for Zurich American Insurance Company and its affiliates* | /s/ E. Richard Dressel<br>E. Richard Dressel, Esq. (ED 1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br><br>*Counsel for the Trustee* |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19628-ABA |
| Orbit Energy & Power, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4
Date Rcvd: Nov 20, 2024     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

Case 22-19628-ABA    Doc 590    Filed 11/22/24    Entered 11/23/24 00:18:09    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf903 | Total Noticed: 2 |

Andrew Sklar
    on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew Sklar
    on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew E. Arthur
    on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Angela L Mastrangelo
    on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com

Anthony Sodono, III
    on behalf of Mediator Anthony Sodono III, Esq. (Mediator) asodono@msbnj.com

Barry R. Sharer
    on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub
    on behalf of Creditor Republic Bank bgolub@wgpllp.com imarciniszyn@wgpllp.com

Brian Swope
    on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope
    on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin
    on behalf of Creditor Clear Channel Outdoor LLC caitlin.conklin@klgates.com

Cameron Deane
    on behalf of Creditor KeyBank N.A. cdeane@weltman.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com

Carol E. Momjian
    on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan
    on behalf of Creditor Attolon Partners LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Daniel E. Straffi
    on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades
    on behalf of Creditor Clear Channel Outdoor LLC daniel.eliades@klgates.com

Daniel S. Siedman
    on behalf of Debtor Orbit Energy & Power LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy
    on behalf of Creditor Wells Fargo Commercial Finance LLC dmurphy@reedsmith.com

David G Murphy
    on behalf of Creditor WELLS FARGO BANK N.A. dmurphy@reedsmith.com

David S. Catuogno
    on behalf of Creditor Clear Channel Outdoor LLC david.catuogno@klgates.com

Don Abraham
    on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

Donald W Clarke
    on behalf of Creditor Krannich Solar East LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel
    on behalf of Auctioneer Quaker City Auctioneers Inc rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com

Eric Horn

Case 22-19628-ABA    Doc 590    Filed 11/22/24    Entered 11/23/24 00:18:09    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | |
| | on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Eric Horn | |
| | on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com |
| Forrest Scott Turkish | |
| | on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com |
| Gary M. Perkiss | |
| | on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gary M. Perkiss | |
| | on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gaston P. Loomis, II | |
| | on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com scarney@mdmc-law.com |
| Harry M. Gutfleish | |
| | on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | |
| | on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | |
| | on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com |
| Holly Smith Miller | |
| | on behalf of Creditor Zurich American Insurance Company hsmiller@gsbblaw.com |
| Jack Shrum | |
| | on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com |
| Jason D. Angelo | |
| | on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jason D. Angelo | |
| | on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jeffrey Bernstein | |
| | on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com eberman@mdmc-law.com |
| Jeffrey S. Cianciulli | |
| | on behalf of Creditor Republic Bank jcianciulli@wgpllp.com imarciniszyn@weirpartners.com |
| Jenny R. Kasen | |
| | on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com dkasen@kasenlaw.com |
| Jeremy M. Campana | |
| | on behalf of Creditor Global Merchant Cash Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com |
| John C. Kilgannon | |
| | on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com |
| Jonathan S Hawkins | |
| | on behalf of Creditor Global Merchant Cash Inc. jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com |
| Joseph L. Schwartz | |
| | on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com |
| Justin Logan Rappaport | |
| | on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com |
| Justin R. White | |
| | on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com |
| Kevin Callahan | |
| | on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov |
| Marcella M. Jayne | |
| | on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |

Case 22-19628-ABA    Doc 590    Filed 11/22/24    Entered 11/23/24 00:18:09    Desc
Imaged Certificate of Notice    Page 7 of 7

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 20, 2024 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Mark Minuti | on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Matthew Francis Kye | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Michael McLaughlin | on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com |
| Michael E. Holt | on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com |
| Michael E. Holt | on behalf of Defendant Soligent Distribution LLC mholt@formanlaw.com, kanema@formanlaw.com |
| Michael J. Stafford | on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal mnord@nordlaw.legal;anord@nordlaw.legal |
| Michael J. Stafford | on behalf of Plaintiff U.S. Electrical Services Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal |
| Nicole M. Nigrelli | on behalf of Debtor Orbit Energy & Power LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Rebecca K. McDowell | on behalf of Creditor House & Home Magazine LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Rebecca K. McDowell | on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| Richard A. O'Halloran | on behalf of Creditor Dividend Solar Finance LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com |
| Robert A. Rich | on behalf of Creditor Sunlight Financial LLC rrich2@hunton.com, candonian@huntonak.com |
| Ronald S. Gellert | on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com abrown@gsbblaw.com |
| Turner Falk | on behalf of Creditor Allspire Health GPO LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Wolf | on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 76