UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
10 E. Stow Rd., Suite 250
Marlton, NJ 08053
856-382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

Debtor.

**Order Filed on December 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Honorable Andrew B. Altenburg

Chapter:  7

Bankr. No.:  22-19628(ABA)

Hearing Date: December 12,  2024
@ 2:00 pm

## ORDER GRANTING THIRD INTERIM ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: December 13, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#733472 v2

**(Page 2)**
Debtors:   Orbit Energy & Power, LLC
Case No.:  22-19628(ABA)
**ORDER GRANTING THIRD INTERIM ALLOWANCES**

The Court having found that the person(s) named below filed an Application for Third

Interim Allowances as counsel for Andrew Sklar, Chapter 7 Trustee; and notice and opportunity

for hearing were given to creditors and other parties in interest as required; and for good cause

shown; it is hereby

**ORDERED** and **ADJUDGED** that interim compensation and expenses are allowed in

the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|-----------|------|----------|
| Lex Nova Law LLC | $84,697.50 | $  949.00 |

#733472 v2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-19628-ABA

Orbit Energy & Power, LLC                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024                                      Signature:            /s/Gustava Winters