| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1**<br>E. RICHARD DRESSEL, ESQ. (ED1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>rdressel@lexnovalaw.com<br>(856) 382 - 8211<br>Attorneys for Andrew Sklar,<br>  Chapter 7 Trustee | Case No.:  22-19628(ABA)<br><br>Chapter: 7 |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>          Debtor. | Judge:  Andrew B. Altenburg<br><br>Hearing Date:  April 22, 2025<br>                        at 10:00 a.m. |

## NOTICE OF MOTION OF ANDREW SKLAR, CHAPTER 7 TRUSTEE, FOR THE ENTRY OF AN ORDER DIRECTING FULTON BANK TO TURNOVER PROPERTY OF THE ESTATE

PLEASE TAKE NOTICE that on April 22, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard Andrew Sklar, the Chapter 7 Trustee (the "Trustee") in the instant Chapter 7 case, by and through his undersigned counsel, will move before the Honorable Andrew B. Altenburg, United States Bankruptcy Judge at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4B, Camden, NJ 08101, for the entry of an order directing Fulton Bank to turnover property of the estate (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned will rely on the Certification of Andrew Sklar submitted herewith pursuant to D.N.J. LBR 9013- l(a).

PLEASE TAKE FURTHER NOTICE that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, U.S. Post Office and

Courthouse, 401 Market Street, Camden, New Jersey 08101, and served upon the Trustee's

undersigned counsel at Lex Nova Law LLC, 10 E. Stow Road, Suite 250, Marlton, NJ 08053, not

later than seven (7) days prior to the return date of the Motion.

PLEASE TAKE FURTHER NOTICE that unless an objection is timely filed and

served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and

the relief sought herein may be granted without a hearing.

Dated:  March 19, 2025                    LEX NOVA LAW LLC


By:  /s/ E. Richard Dressel
     E. Richard Dressel, Esquire
     10 E. Stow Road, Suite 250
     Marlton, NJ 08053
     (856) 382-8211
     rdressel@lexnovalaw.com
     Attorneys for Andrew Sklar,
      Chapter 7 Trustee

#788579 v1