LEX NOVA LAW LLC
E. RICHARD DRESSEL, ESQ (ED1793)
10 E. Stow Road, Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
(856) 382-8211
Attorneys for Andrew Sklar,
   Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>               Debtor. | Case No. 22-19628(ABA)<br><br>Chapter 7<br><br>Honorable Andrew B. Altenburg<br><br>Hearing Date:  April 22, 2025<br>               at 10:00 a.m. |

CERTIFICATION OF ANDREW SKLAR, CHAPTER 7 TRUSTEE, IN
SUPPORT OF MOTION FOR ENTRY OF AN ORDER DIRECTING
FULTON BANK TO TURNOVER PROPERTY OF
<u>THE ESTATE TO THE TRUSTEE AND FOR RELATED RELIEF</u>

ANDREW SKLAR, of full age, certifies as follows:

1.    I serve as the Chapter 7 Trustee in the bankruptcy proceeding of Orbit Energy & Power, LLC (the "Debtor") and have full knowledge of the facts and circumstances hereof.  I make this certification in support of the entry of an order directing Fulton Bank to turnover property of the estate and for related relief.

2.    On December 6, 2022 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

3.    On February 27, 2023, an Order was entered converting the Debtor's case to the instant Chapter 7 case.

4.    On August 30, 2023, I was appointed to serve as the [successor] Chapter 7 Trustee in

1

this case, with the duties described in 11 U.S.C. § 704 to collect and reduce to money the property of the estate, and qualified and accepted said appointment.

5. On or about March 13, 2025, my counsel was contacted by Jeffrey Cianciulli, counsel for Fulton Bank (as successor in interest to Republic Bank), and advised that Fulton Bank's (the "Bank") records reflected an account in the name of Orbit Energy & Power, LLC (acct. ending in xxx6463)(the "Account"). Statements for the Account provided by the Bank reflect a balance of $72,618.73. as of February 28, 2025 (the "Account Balance").

6. The Bank has confirmed to the Bank's counsel that it is not owed any monies by the Debtor and that the Bank has no claims against the Debtor, for set-off or otherwise.

7. I do not believe that the Account is subject to any liens or other claims of any creditors of the Debtor.

8. Statements for the Account continue to reflect automatic monthly deposits/credits into the Account, primarily from "SRECTrade, Inc. EDI PYMNTS".

9. I am currently investigating the source of the monthly deposits/credits into the Account from "SRECTrade, Inc. EDI PYMNTS".

10. Accordingly, I respectfully request that this Court enter an Order, in substantially the form submitted, herewith, directing the Bank to turnover the current Account Balance, less any minimum balance necessary to keep said Account, to my attention by way of a bank check payable to "Andrew Sklar, Chapter 7 Trustee for Orbit Energy & Power, LLC", and delivered to me at 20 Brace Road, Cherry Hill, NJ 08034.

11. I also respectfully request that the Bank forward future statements for the Account to me at the above address until such time as I am able to investigate the SRECTrade, Inc. EDI PYMNTS and conclude that the Account may be closed.

      I hereby certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 19, 2025                          By: */s/ Andrew Sklar*
                                                             ANDREW SKLAR