E. RICHARD DRESSEL, ESQ. (ED1793)
LEX NOVA LAW LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
rdressel@lexnovalaw.com
(856) 382-8211
Attorneys for Andrew Sklar,
   Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>                Debtor. | Case No.: 22-19628 (ABA)<br><br>Chapter 7<br><br>Honorable Andrew B. Altenburg<br><br>Hearing Date: April 22, 2025<br>                at 10:00 a.m. |

STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN CONNECTION WITH THE
TRUSTEE'S MOTION FOR ENTRY OF AN ORDER DIRECTING
FULTON BANK TO TURNOVER PROPERTY OF THE ESTATE
TO THE TRUSTEE AND FOR RELATED RELIEF

PLEASE BE ADVISED that pursuant to D.N.J. LBR 9013-1(a)(3) no brief is necessary to be presented in support of the Chapter 7 Trustee's Motion for the Entry of an Order Directing Fulton Bank to Turnover Property of the Estate to the Trustee and for Related Relief because the relief requested does not involve any unique facts or novel issues of law.

                                              LEX NOVA LAW LLC
                                              Attorneys for Andrew Sklar,
                                                  Chapter 7 Trustee


                                          By: /s/ E. Richard Dressel, Esq.
                                                  E. RICHARD DRESSEL

Dated: March 19, 2025

#788607 v1