UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 22-19628 |
| Orbit Energy & Power, LLC | Hearing Date: | 5/6/25 |
| | Judge: | Altenburg |

## NOTICE OF STATUS CONFERENCE
## RE CHAPTER 7 REPORT

**TO:**    TRUSTEE and UNITED STATES TRUSTEE

It appearing that a:

❏    Trustee's Report of No Distribution or Notice of Assets

☑    Trustee's Final Report

❏    Trustee's Post Distribution Report

has not been filed in this case, you are hereby notified that a Status Conference will be held on:

DATE:    May 6, 2025

TIME:    2 p.m.

COURTROOM:    4B

LOCATION:    400 Cooper Street

Camden, NJ 08101

A STATUS REPORT MUST BE FILED WITH THE CLERK NO LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING.

**APPEARANCES ARE:**

❏    Required.

☑    Not required if a Status Report is filed.

*new. 8/1/07*