| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Caption in compliance with D.N.J. LBR 9004-1<br>E. RICHARD DRESSEL, ESQ. (ED1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>rdressel@lexnovalaw.com<br>(856) 382-8211<br>Attorneys for Andrew Sklar,<br>   Chapter Trustee |
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>                              Debtor. |

Order Filed on April 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-19628 (ABA)

Chapter 7

Honorable Andrew B. Altenburg

Hearing Date:  April 22, 2025
                    at  10:00 a.m.

### ORDER DIRECTING FULTON BANK TO TURNOVER PROPERTY OF THE ESTATE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 22, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#788588 v1

(Page 2)

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628 (ABA) |
| Caption: | Order Directing Fulton Bank to Turnover Property of the Estate |

THIS MATTER having been presented to the Court by Andrew Sklar, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Orbit Energy & Power, LLC (the "Debtor"), by and through his counsel, upon the filing of a motion for the entry of an order directing Fulton Bank (as successor in interest to Republic Bank) to turnover property of the estate (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and the Court finding that Fulton Bank (the "Bank") does not assert an interest in the monies on deposit with the Bank that the Trustee is seeking to have turned over to the estate, and good and sufficient cause existing for the granting of the relief as set forth herein, it is hereby:

ORDERED AS FOLLOWS:

1. Within ten (10) days of the date hereof, the Bank is directed to turnover to the Trustee the current balance in the Debtor's account ending in "6463" with the Bank (the "Account") (less any minimum balance necessary to keep said Account open) by way of a bank check payable to "Andrew Sklar, Chapter 7 Trustee for Orbit Energy & Power, LLC", and delivered to the Trustee at 20 Brace Road, Cherry Hill, NJ 08034.

2. The Bank is directed to forward future statements for the Account to the Trustee at the above address until such time as the Trustee determines that the Account may be closed.

3. The Trustee must serve a copy of this Order upon all parties served with the Motion within three (3) days of the entry of this Order.

---

[1] Capitalized terms, not otherwise defined herein, shall have the meaning ascribed to them in the Motion.

#788588 v1