|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| Caption in compliance with D.N.J. LBR 9004-1<br>E. RICHARD DRESSEL, ESQ. (ED1793)<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>rdressel@lexnovalaw.com<br>(856) 382-8211<br>Attorneys for Andrew Sklar,<br>   Chapter Trustee | **Order Filed on April 22, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>           Debtor. | Case No. 22-19628 (ABA)<br><br>Chapter 7<br><br>Honorable Andrew B. Altenburg<br><br>Hearing Date:  April 22, 2025<br>                      at  10:00 a.m. |

ORDER DIRECTING FULTON BANK TO TURNOVER
<u>PROPERTY OF THE ESTATE</u>

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 22, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#788588 v1

(Page 2)

| | |
|---|---|
| Debtor: | Orbit Energy & Power, LLC |
| Case No.: | 22-19628 (ABA) |
| Caption: | Order Directing Fulton Bank to Turnover Property of the Estate |

THIS MATTER having been presented to the Court by Andrew Sklar, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Orbit Energy & Power, LLC (the "Debtor"), by and through his counsel, upon the filing of a motion for the entry of an order directing Fulton Bank (as successor in interest to Republic Bank) to turnover property of the estate (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and the Court finding that Fulton Bank (the "Bank") does not assert an interest in the monies on deposit with the Bank that the Trustee is seeking to have turned over to the estate, and good and sufficient cause existing for the granting of the relief as set forth herein, it is hereby:

ORDERED AS FOLLOWS:

1. Within ten (10) days of the date hereof, the Bank is directed to turnover to the Trustee the current balance in the Debtor's account ending in "6463" with the Bank (the "Account") (less any minimum balance necessary to keep said Account open) by way of a bank check payable to "Andrew Sklar, Chapter 7 Trustee for Orbit Energy & Power, LLC", and delivered to the Trustee at 20 Brace Road, Cherry Hill, NJ 08034.

2. The Bank is directed to forward future statements for the Account to the Trustee at the above address until such time as the Trustee determines that the Account may be closed.

3. The Trustee must serve a copy of this Order upon all parties served with the Motion within three (3) days of the entry of this Order.

---

[1] Capitalized terms, not otherwise defined herein, shall have the meaning ascribed to them in the Motion.

#788588 v1

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 22-19628-ABA
Orbit Energy & Power, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4
Date Rcvd: Apr 23, 2025     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Albert Anthony Ciardi, III
    on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Amar Anand Agrawal
    on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrew Finberg
    on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com

Andrew Jacobson
    on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com

Andrew Sklar
    andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com

Andrew Sklar

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Andrew Sklar
    on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com
    on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew E. Arthur
    on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Angela L Mastrangelo
    on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com

Anthony Sodono, III
    on behalf of Mediator Anthony Sodono III, Esq. (Mediator) asodono@msbnj.com

Barry R. Sharer
    on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub
    on behalf of Creditor Republic Bank bgolub@wgpllp.com imarciniszyn@wgpllp.com

Brian Swope
    on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope
    on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin
    on behalf of Creditor Clear Channel Outdoor LLC caitlin.conklin@klgates.com

Cameron Deane
    on behalf of Creditor KeyBank N.A. cdeane@weltman.com

Cameron Deane
    on behalf of Creditor Toyota Industries Commercial Finance Inc. cdeane@weltman.com

Carol E. Momjian
    on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan
    on behalf of Creditor Attolon Partners LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Daniel E. Straffi
    on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades
    on behalf of Creditor Clear Channel Outdoor LLC daniel.eliades@klgates.com

Daniel S. Siedman
    on behalf of Debtor Orbit Energy & Power LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy
    on behalf of Creditor Wells Fargo Commercial Finance LLC dmurphy@reedsmith.com

David G Murphy
    on behalf of Creditor WELLS FARGO BANK N.A. dmurphy@reedsmith.com

David S. Catuogno
    on behalf of Creditor Clear Channel Outdoor LLC david.catuogno@klgates.com

Don Abraham
    on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

Donald W Clarke
    on behalf of Creditor Krannich Solar East LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel
    on behalf of Auctioneer Quaker City Auctioneers Inc rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com

Eric Horn
    on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com,

Case 22-19628-ABA    Doc 597    Filed 04/25/25    Entered 04/26/25 00:15:00    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: pdf903 | Total Noticed: 2 |

g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn

on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn

on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Forrest Scott Turkish

on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com

Gary M. Perkiss

on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gary M. Perkiss

on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gaston P. Loomis, II

on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com csentman@mdmc-law.com

Harry M. Gutfleish

on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com

Holly Smith Miller

on behalf of Creditor Zurich American Insurance Company hsmiller@gsbblaw.com

Jack Shrum

on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com

Jason D. Angelo

on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jason D. Angelo

on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein

on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey S. Cianciulli

on behalf of Creditor Republic Bank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jenny R. Kasen

on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com dkasen@kasenlaw.com

Jeremy M. Campana

on behalf of Creditor Global Merchant Cash Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

John C. Kilgannon

on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com

Jonathan S Hawkins

on behalf of Creditor Global Merchant Cash Inc. jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com;Danielle.Boyd@thompsonhine.com

Joseph L. Schwartz

on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com

Justin Logan Rappaport

on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com

Justin R. White

on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com

Kevin Callahan

on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne

on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti
    on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye
    on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Michael McLaughlin
    on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com

Michael E. Holt
    on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt
    on behalf of Defendant Soligent Distribution LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael J. Stafford
    on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford
    on behalf of Plaintiff U.S. Electrical Services Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli
    on behalf of Debtor Orbit Energy & Power LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell
    on behalf of Creditor House & Home Magazine LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
    on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com anovoa@slgcollect.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

Richard A. O'Halloran
    on behalf of Creditor Dividend Solar Finance LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich
    on behalf of Creditor Sunlight Financial LLC rrich2@hunton.com, candonian@huntonak.com

Ronald S. Gellert
    on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com abrown@gsbblaw.com;mfriedman@gsbblaw.com

Turner Falk
    on behalf of Creditor Allspire Health GPO LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf
    on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 76