# ANDREW SKLAR, CHAPTER 7 TRUSTEE
# SKLAR LAW LLC
### 20 Brace Road – Suite 205
### Cherry Hill, New Jersey 08034

**ANDREW SKLAR**  **TEL: 856-258-4050**
**Member NJ and PA Bars**  **FAX: 856-258-6941**
Website:  www.sklarlaw.com  andy@sklarlaw.com

May 5, 2025

Honorable Andrew B. Altenburg, Jr.
UNITED STATES BANKRUPTCY COURT
401 Market Street
Camden, NJ 08103

      In Re:      **ORBIT ENERGY & POWER LLC**
                       **Chapter 7 Case No.  22-19628/ABA**
                       **Status Conference:  5/6/2025**

Dear Judge Altenburg:

      Kindly accept this letter in lieu of a more formal status report for the above matter.  The administration of this estate is almost complete.  At this time, we are collecting final preference payments owed to the Debtor.  I anticipate the filing of my final report in December 2025, to allow for the filing of final estate tax returns.

      Thank you for your consideration in this matter.

                              Respectfully yours,
                              **SKLAR LAW, LLC**

                              /s/ Andrew Sklar

                              ANDREW SKLAR, ESQUIRE

AS:dem