UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.NJ. LBR 9004-1(b)**
E. Richard Dressel, Esquire (ED1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

In re:

ORBIT ENERGY & POWER, LLC,

        Debtor.

Case No.: 22-19628(ABA)

Chapter 7

Honorable Andrew B. Altenberg

Hearing Date: 07/25/2025 @ 10:00 a.m.

**ORDER APPROVING MUTUAL RELEASE AND SETTLEMENT AGREEMENT
WITH FULTON BANK (AS SUCCESSOR IN INTEREST TO REPUBLIC BANK)
<u>REGARDING SET-OFF OF FUNDS</u>**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

#804754 v1

(Page 2)

Debtor:      Orbit Power and Energy, LLC
Case No.:    22-19628(ABA)
Caption:     Order Approving Mutual Release and Settlement Agreement with Fulton Bank (as Successor in Interest to Republic Bank) Regarding Set-Off of Funds

---

THIS MATTER having been presented to the Court by Lex Nova Law LLC, counsel to Plaintiff Andrew Sklar, Chapter 7 Trustee ("Trustee") for Orbit Energy & Power, LLC, Chapter 7 debtor ("Debtor"), upon a motion for the entry of an Order approving mutual release and settlement agreement with Fulton Bank (as successor in interest to Republic Bank) regarding set-off of funds ("Motion"); and notice of the Motion having been provided to the Office of the United States Trustee, Debtor's counsel, parties-in-interest, any party having filed a Notice of Appearance, and other parties in interest as set forth in the Certificate of Service; and the Court having considered the pleadings filed by the Trustee in support of the Motion and any opposition thereto, if any; and for other good cause having been shown, it is hereby

ORDERED that the Trustee's Motion be and hereby is granted in its entirety; and it is further

ORDERED that the Settlement Agreement, as the term is defended in the Motion and as attached to the Trustee's Certification in Support of Motion as Exhibit "A" and incorporated herein, is approved in its entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019.

#804754 v1