# DEREK SMITH LAW GROUP, PLLC
### Sexual Harassment and Discrimination Lawyers

22-19628
ABA

New York | Los Angeles | Philadelphia | Miami | New Jersey | San Francisco | San Diego | Washington, D.C.

July 1, 2025

FILED
JEANNE A. NAUGHTON, CLERK
JUL 10 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

**VIA REGULAR MAIL**
Clerk of Court
401 Market Street
Camden, NJ 08101

Re:   **James Hundley v. Orbit Energy and Power, LLC, et al.**
      **Docket No. 1:22-cv-07305-JHR-SAK**

Dear Clerk of Court,

Please find attached a stipulation regarding the above-referenced matter lifting the stay as to Plaintiff, James Hundley solely as to his ability to pursue insurance claims in his underlying employment discrimination matter. I have received the consent of Trustee Sklar in this regard. Please file same on the docket at your convenience.

Thank you for your time and attention to this matter.

Very truly yours,

Timothy J. Prol, Esquire
Derek Smith Law Group, PLLC
1628 Pine Street
Philadelphia, PA 19103
T: 215-391-4790
Email: tim@dereksmithlaw.com

Encl.

cc:   Andrew Sklar, Esq. (via email)
      James Hundley (via email)

Philadelphia Office Address: 1628 Pine Street, Philadelphia, PA 19103| Tel: 215-391-4790
www.discriminationandsexualharassmentlawyers.com

Andrew Sklar, Esquire (016751992)
SKLAR LAW, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
(856) 258-4050
Attorneys for Chapter 7 Trustee

FILED
JEANNE A. NAUGHTON, CLERK
JUL 10 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:  : IN THE PROCEEDING UNDER CHAPTER 7
: OF THE U.S. BANKRUPTCY CODE
ORBIT ENERGY & POWER, LLC :

Debtor  : CASE NO. 22-19628-ABA

## STIPULATION GRANINT JAMES G. HUNDLEY RELIEF FROM THE AUTOMATIC STAY

This Stipulation (the "Stipulation") is entered into between Andrew Sklar, Chapter 7 Trustee of the Estate of Orbit Energy 7 Power, LLC ("Trustee"), and James Hundley "Claimant" and collectively, the "Parties").

### RECITALS

A. WHEREAS, on December 6, 2022 the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey, which was subsequently converted to Chapter 7 on February 2C7, 2023.

B. WHEREAS, Plaintiff commenced a civil action against Debtor styled James G. Hundley v. Orbit Energy and Power, LLC, et. al., Case No. 22-cv-07305, pending in the United States District Court for the District of New Jersey (the "Civil Action"), alleging employment discrimination.

C. WHEREAS, the automatic stay imposed by 11 U.S.C. § 362(a) operates to stay further proceedings in the Civil Action as against the Debtor.

D. WHEREAS, claimant seeks relief from the automatic stay solely for the purpose of prosecuting the Civil Action to the extent of any applicable insurance coverage available to the Debtor, and agrees not to seek or collect any judgment, award, or recovery from the Debtor, its estate, or any of its assets other than the proceeds of any applicable insurance policies.

E. WHEREAS, the Trustee agrees to the relief requested to the extent limited herein;

## STIPULATION AND AGREEMENT

1. Each of the Recitals set forth above is incorporated herein by reference.

2. The automatic stay shall be modified for the purpose of permitting Claimant to liquidate his claims against the Debtor through the continuation of the Civil Action or settlement negotiations. Movant is also permitted to enforce any judgment obtained against the Debtor solely against available insurance proceeds.

3. Except as set forth in Paragraph 2, the automatic stay shall remain in full force and effect.

4. This Stipulation does not constitute a waiver of any other rights, defenses, or objections the Debtor or its insurer(s) may have in connection with the Civil Action or any insurance coverage.

5. This Stipulation is subject to approval by the Bankruptcy Court and shall be of no force or effect unless and until so approved.

6. The Bankruptcy Court shall retain jurisdiction to interpret and enforce the terms of this Stipulation.

**DEREK SMITH LAW GROUP, PLLC**

/s/
Timothy J. Prol, Esq.
1628 Pine Street
Philadelphia, PA 19103
Phone: 215-391-4790
Fax: 215-893-5288
Email: tim@dereksmithlaw.com
*Attorneys for Plaintiff James Hundley*


/s/
Andrew Sklar, Esq.
**SKLAR LAW, LLC**
20 Brace Road, Suite 205
Cherry Hill, New Jersey 08034
(856) 258-4050 Tel
(856) 258-6941 Fax
andy@sklarlaw.com
Chapter 7 *Trustee*

AT 8:30
CLERK, U.S.D.

JL

R



PITNEY BOWES
$0.97 Q
US POSTAGE
FIRST-CLASS
028W0002311242
2000184543
ZIP 19103
JUL 01 2025



CLERK OF COURT
401 MARKET ST
CAMDEN NJ 08101-0016

IM PROL, ESQ.
EREK SMITH LAW GROUP
628 PINE ST
HILADELPHIA PA 19103-6711