UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THOMPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, OH 41144-1291
(216) 566-5936
(216) 566-5800 – facsimile
Jeremy M. Campana (031852000)
(Jeremy.Campana@ThompsonHine.com)
Jonathan S. Hawkins (pro hac vice)
(Jonathan.Hawkins@ThompsonHine.com)
Attorneys for Creditor Global Merchant Cash, Inc.

In Re:

ORBIT ENERGY & POWER, LLC,

Case No.: 22-19628-ABA

Chapter: 7

Adv. No.: _____

Hearing Date: August 5, 2025 at 10 a.m.

Judge: Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1. I, __Dwayne Lunde__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jeremy M. Campana__, who represents __Global Merchant Cash, Inc.__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 15, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Notice of Thompson Hine LLP's Motion to Withdraw as Attorneys for Creditor Global Merchant Cash, Inc.;
   2. Statement as to Why a Memorandum of Law is Unnecessary;
   3. Certification of Jeremy M. Campana in Support of Thompson Hine LLP's Motion to Withdraw; and
   4. Proposed Order Granting Thompson Hine LLP's Motion to Withdraw as Attorneys for Creditor Global Merchant Cash, Inc.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __07/16/2025__                    _____[signature: Dwayne Lunde]_____
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Sklar, Esq.<br>Sklar Law, LLC<br>20 Brace Road, Suite 205<br>Cherry Hill, NJ 08034 | Attorneys for Trustee Andrew Sklar | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Asst. U.S. Trustee<br>Kevin Callahan, Esq.<br>US Department of Justice<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jay Keller<br>Tara Cates<br>Joel Brebbia<br>Global Merchant Cash, Inc.<br>64 Beaver Street, Suite 415<br>New York, NY 10004<br>jay@wallfunding.com<br>joel@wallfunding.com<br>tara@wallfunding.com | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other courtesy copy email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*