UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.NJ. LBR 9004-1(b)**
E. Richard Dressel, Esquire (ED1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

**Order Filed on July 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

ORBIT ENERGY & POWER, LLC,

        Debtor.

Case No.:  22-19628(ABA)

Chapter 7

Honorable Andrew B. Altenberg

Hearing Date:  07/25/2025 @ 10:00 a.m.

## ORDER APPROVING MUTUAL RELEASE AND SETTLEMENT AGREEMENT WITH FULTON BANK (AS SUCCESSOR IN INTEREST TO REPUBLIC BANK) REGARDING SET-OFF OF FUNDS

    The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: July 22, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#804754 v1

(Page 2)

Debtor:       Orbit Power and Energy, LLC
Case No.:     22-19628(ABA)
Caption:      Order Approving Mutual Release and Settlement Agreement with Fulton Bank (as Successor in
              Interest to Republic Bank) Regarding Set-Off of Funds

---

THIS MATTER having been presented to the Court by Lex Nova Law LLC, counsel to

Plaintiff Andrew Sklar, Chapter 7 Trustee ("Trustee") for Orbit Energy & Power, LLC, Chapter 7

debtor ("Debtor"), upon a motion for the entry of an Order approving mutual release and

settlement agreement with Fulton Bank (as successor in interest to Republic Bank) regarding set-

off of funds ("Motion"); and notice of the Motion having been provided to the Office of the

United States Trustee, Debtor's counsel, parties-in-interest, any party having filed a Notice of

Appearance, and other parties in interest as set forth in the Certificate of Service; and the Court

having considered the pleadings filed by the Trustee in support of the Motion and  any opposition

thereto, if any; and for other good cause having been shown, it is hereby

ORDERED that the Trustee's Motion be and hereby is granted in its entirety; and it is

further

ORDERED that the Settlement Agreement, as the term is defended in the Motion and as

attached to the Trustee's Certification in Support of Motion as Exhibit "A" and incorporated

herein, is approved in its entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019.

#804754 v1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-19628-ABA

Orbit Energy & Power, LLC                                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

Andrew Sklar

on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew Sklar

on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com

Andrew E. Arthur

on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Angela L Mastrangelo

on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com bhoffmann@bk-legal.com

Anthony Sodono, III

on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com

Anthony F. Giuliano

on behalf of Creditor Global Merchant Cash  Inc. afg@glpcny.com

Barry R. Sharer

on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub

on behalf of Creditor Republic Bank bgolub@wgpllp.com  imarciniszyn@wgpllp.com

Brian Swope

on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope

on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin

on behalf of Creditor Clear Channel Outdoor  LLC caitlin.conklin@klgates.com

Cameron Deane

on behalf of Creditor KeyBank  N.A. cdeane@weltman.com

Cameron Deane

on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com

Carol E. Momjian

on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan

on behalf of Creditor Attolon Partners  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Daniel E. Straffi

on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades

on behalf of Creditor Clear Channel Outdoor  LLC daniel.eliades@klgates.com

Daniel S. Siedman

on behalf of Debtor Orbit Energy & Power  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy

on behalf of Creditor Wells Fargo Commercial Finance  LLC dmurphy@reedsmith.com

David G Murphy

on behalf of Creditor WELLS FARGO BANK  N.A. dmurphy@reedsmith.com

David S. Catuogno

on behalf of Creditor Clear Channel Outdoor  LLC david.catuogno@klgates.com

Don Abraham

on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

Donald W Clarke

on behalf of Creditor Krannich Solar East  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel

on behalf of Auctioneer Quaker City Auctioneers Inc rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com

Eric Horn
    on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn
    on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn
    on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, mtjohnston@aystrauss.com

Forrest Scott Turkish
    on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com

Gary M. Perkiss
    on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gary M. Perkiss
    on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gaston P. Loomis, II
    on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com  csentman@mdmc-law.com

Harry M. Gutfleish
    on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com

Holly Smith Miller
    on behalf of Creditor Zurich American Insurance Company hsmiller@gsbblaw.com

Jack Shrum
    on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com

Jason D. Angelo
    on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com,
sshidner@mdmc-law.com;smullen@mdmc-law.com

Jason D. Angelo
    on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com,
sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein
    on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey S. Cianciulli
    on behalf of Creditor Republic Bank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jenny R. Kasen
    on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com  dkasen@kasenlaw.com

Jeremy M. Campana
    on behalf of Creditor Global Merchant Cash Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

John C. Kilgannon
    on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com

Jonathan S Hawkins
    on behalf of Creditor Global Merchant Cash Inc. jonathan.hawkins@thompsonhine.com,
ECFDocket@thompsonhine.com;diane.macleod@thompsonhine.com;Danielle.Boyd@thompsonhine.com

Joseph L. Schwartz
    on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com

Justin Logan Rappaport
    on behalf of Creditor TVT 2.0 LLC lrappaport@bronsterllp.com

Justin R. White
    on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com

Kevin Callahan
    on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne
    on behalf of Creditor Enterprise FM Trust mjayne@foley.com  marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti
    on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye
on behalf of Creditor Mitsubishi HC Capital America  Inc. mkye@kyelaw.com

Michael McLaughlin
on behalf of Creditor MAINGEAR  Inc. mmclaughlin@mmcllaw.com

Michael E. Holt
on behalf of Defendant City Electric Supply mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
on behalf of Defendant Soligent Distribution  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael J. Stafford
on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal  mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford
on behalf of Plaintiff U.S. Electrical Services  Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal,
mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli
on behalf of Debtor Orbit Energy & Power  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell
on behalf of Creditor House & Home Magazine  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com  anovoa@slgcollect.com

Regina Cohen
on behalf of Creditor Ally Capital rcohen@lavin-law.com

Richard A. O'Halloran
on behalf of Creditor Dividend Solar Finance  LLC richard.ohalloran@dinsmore.com,
lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich
on behalf of Creditor Sunlight Financial  LLC rrich@hunton.com, candonian@huntonak.com

Ronald S. Gellert
on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Turner Falk
on behalf of Creditor Allspire Health GPO  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf
on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig
on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 77