**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE:  ORBIT ENERGY & POWER, LLC        APPLICANT:  Lex Nova Law, LLC


CASE NO.: 22-19628(ABA)            CLIENT:        ANDREW SKLAR,
                                                           CHAPTER 7 TRUSTEE


CHAPTER: 7                 CASE FILED:  December 6, 2022 (Chapter 11);
                                                   Converted to Chapter 7 on
                                                   February 27, 2023


COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.


RETENTION ORDER ATTACHED

---

**SECTION 1
FEE SUMMARY**

---

INTERIM FEE APPLICATION NO. 4

|                                          | FEES         | EXPENSES   |
|------------------------------------------|--------------|------------|
| TOTAL PREVIOUS FEE REQUESTED:            | $235,082.00  | $5,344.00  |
| TOTAL FEES ALLOWED TO DATE:              | $235,082.00  | $5,344.00  |
| TOTAL RETAINER (IF APPLICABLE):          | $0.00        | $0.00      |
| TOTAL HOLDBACK (IF APPLICABLE):          | N/A          | N/A        |
| TOTAL RECEIVED BY APPLICANT:             | $235,082.00  | $5,344.00  |

| Name of Professional & Title | Years Admitted (or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.    E. Richard Dressel, Esquire | 1988 | 58.65 | $575/hr. | $33,723.75 |
| **TOTALS** | | 58.65 | | $33,723.75 |

$33,723.75

**FEE TOTALS**
**DISBURSEMENT TOTALS**                                    $    0.00

**TOTAL FEE APPLICATION**                                  $33,723.75

#758876 v1

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  Asset Analysis Recovery | 3.50 | $2,012.50 |
| b)  Asset Disposition | 0.00 | $0.00 |
| c)  Avoidance Action Litigation | 1.25 | $718.75 |
| d)  Business Operations | 0.00 | $0.00 |
| e)  Case Administration | 34.05 | $19,578.75 |
| f)  Claims Administration and Objections | 9.95 | $5,721.25 |
| g)  Employee Benefits/Pensions | 0.00 | $0.00 |
| h)  Fee/Employment Applications | 9.90 | $5,692.50 |
| i)  Fee/Employment Objections | 0.00 | $0.00 |
| j)  Financing | 0.00 | $0.00 |
| k)  Litigation (Other than Avoidance Action Litigation) | 0.00 | $0.00 |
| l)  Meetings of Creditors | 0.00 | $0.00 |
| m) Plan and Disclosure Statement | 0.00 | $0.00 |
| n)  Relief from Stay Proceedings | | |
| o)  Accounting/Auditing | 0.00 | $0.00 |
| p)  Business Analysis | 0.00 | $0.00 |
| q)  Corporate Finance | 0.00 | $0.00 |
| r)  Data Analysis | 0.00 | $0.00 |
| s)  Litigation Consulting | 0.00 | $0.00 |
| t)  Reconstruction Accounting | 0.00 | $0.00 |
| u)  Tax Issues | 0.00 | $0.00 |
| v)  Valuation | 0.00 | $0.00 |
| w) Travel Time | 0.00 | $0.00 |
| **TOTALS** | 58.65 | $33,723.75 |

#758876 v1

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a)  Computer Assisted Legal Research | $0.00 |
| b)  Facsimile (with rates) <br> No. of pages:  N/A ; Rate per page N/A (Max. $1.00.pg.) | $0.00 |
| c)  Long Distance Telephone | $0.00 |
| d)  In-House Reproduction <br> No. of pages:    ; Rate per page   $0.15 (Max. $.20.pg.) | $0.00 |
| e)  Outside Reproduction | $0.00 |
| f)  Outside Research | $0.00 |
| g)  Filing/Court Fees | $0.00 |
| h)  Court Reporting | $0.00 |
| i)   Court Solutions | $0.00 |
| j)  Courier & Express Carriers (e.g. Federal Express) | $0.00 |
| k)  Postage | $0.00 |
| l)  Other: | $0.00 |
| m)  Other:  Address Search | $0.00 |
| **DISBURSEMENT TOTAL:** | $0.00 |

#758876 v1

**SECTION IV**
**CASE HISTORY**

**(1)**    **DATE CASE FILED:**

Chapter 11 case filed on December 6, 2022;
Converted to Chapter 7 case on February 27, 2023.

**(2)**    **CHAPTER UNDER WHICH CASE COMMENCED:**

Chapter 11

**(3)**    **DATE OF RETENTION:** Finberg:  March 15, 2023, effective March 7, 2023, the date the Application was filed.  Retention Order annexed to Application as Exhibit "A". Sklar:  September 13, 2023, effective September 3, 2023, the date the Application was filed.  Retention Order annexed to Application as Exhibit "B".

**If limit on numbers of hours or other limitations to retention, set forth:** N/A

**(4)**    **SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**

Certification with detailed time sheets attached hereto

**(5)**    **ANTICIPATED DISTRIBUTION TO CREDITORS:**

**(a)**    **Administrative expenses:**  100% (Chapter 7); unknown (Chapter 11)
**(b)**    **Secured creditors:**  To be determined
**(c)**    **Priority creditors:**  To be determined
**(d)**    **General unsecured creditors:** To be determined

**(6)**    **FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):**        N/A

I certify under penalty of perjury that the foregoing is true and correct.

/s/ E. Richard Dressel
E. Richard Dressel Esquire

Dated:  July 31, 2025

Page **5** of **5**

#758876 v1