

## LEX NOVA LAW
EIZEN / GOLDSTEIN / RODERICK / SKINNER / SPIRGEL / DRESSEL
LIMITED LIABILITY COMPANY

10 East Stow Road, Suite 250
Marlton, NJ 08053

**INVOICE - Due Upon Receipt**

Invoice # 57995
Date: 07/31/2025

Andrew Sklar
Sklar Law, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034

## Statement of Account

| Outstanding Balance | New Charges | Amount in Trust | Payments Received | Total Amount Outstanding |
|---|---|---|---|---|
| ( $0.00 | + $33,723.75 ) - ( | $0.00 | + $0.00 ) = | $33,723.75 |

### 01962-Sklar

**Orbit Energy & Power, LLC**

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/01/2024 | ERD | Telephone call with A. Kelly's office re Orbit/Soligent/City Electric mediations and mediator charges, return of balance of retainer paid on behalf of bankruptcy estate. | 0.10 | $575.00 | $57.50 |
| 10/02/2024 | ERD | Correspondence/e-mails from/to R. Snyder, A. Sklar regarding Zurich Insurance, NJ DOL audit results - Chapter 11 administrative claim(s). | 0.15 | $575.00 | $86.25 |
| 10/03/2024 | ERD | Draft Quaker City Application for Reimbursement of Expenses. | 1.75 | $575.00 | $1,006.25 |
| 10/04/2024 | ERD | Draft LNL Fee Application | 0.50 | $575.00 | $287.50 |
| 10/07/2024 | ERD | Correspondence/e-mails to A. Sklar, E. Merback re QCA Fee Application | 0.10 | $575.00 | $57.50 |
| 10/08/2024 | ERD | Finalize/file QCA Application for Allowance of Expenses Incurred | 0.35 | $575.00 | $201.25 |

EXHIBIT "F"

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/09/2024 | ERD | Conference call re Zurich Motion, Admin Claim, with B. Snyder, A. Sklar and K. Thomas | 0.50 | $575.00 | $287.50 |
| 10/09/2024 | ERD | Follow-up call from B. Snyder re Zurich Motion, asserted Admin Claim. | 0.10 | $575.00 | $57.50 |
| 10/10/2024 | ERD | Review/analysis regarding US Bancorp vehicle repossessions for purposes of calculating Zurich admin claims. Correspondence/e-mails to K. Thomas, A. Sklar and B. Snyder re same. | 0.50 | $575.00 | $287.50 |
| 10/10/2024 | ERD | Review/analysis regarding Enterprise vehicle repossessions for purposes of calculating Zurich admin claims. Correspondence/e-mails to K. Thomas, A. Sklar and B. Snyder re same. | 0.35 | $575.00 | $201.25 |
| 10/10/2024 | ERD | Telephone call from K. Thomas regarding Zurich claims, surrender of vehicles issues. | 0.20 | $575.00 | $115.00 |
| 10/10/2024 | ERD | Correspondence/e-mail to R. Snyder, A. Sklar re Zurich admin. claims. | 0.15 | $575.00 | $86.25 |
| 10/15/2024 | ERD | Prepare Lex Nova Law Interim Fee Application. | 0.75 | $575.00 | $431.25 |
| 10/18/2024 | ERD | Correspondence/e-mails from/to A. Sklar regarding Beacon, US Renewable and Zurich Insurance asserted administrative claim(s). | 0.20 | $575.00 | $115.00 |
| 10/23/2024 | ERD | Review updated Zurich Admin Claims audit. | 0.50 | $575.00 | $287.50 |
| 10/23/2024 | ERD | Telephone call with A. Sklar re Zurich Admin Claim analysis and Motion for Chapter 11 Administrative Claim Bar Date | 0.20 | $575.00 | $115.00 |
| 10/23/2024 | ERD | Response to K. Thomas re Zurich [amended] Chapter 7 and Chapter 11 administrative claims. | 0.30 | $575.00 | $172.50 |
| 10/24/2024 | ERD | Correspondence/e-mails from/to K. Thomas regarding Zurich Chapter 7 administrative claim. | 0.10 | $575.00 | $57.50 |
| 10/24/2024 | ERD | Review/analysis re Zurich position regarding Consent Order on insurance coverage and calculation of admin claim(s). | 0.65 | $575.00 | $373.75 |
| 10/25/2024 | ERD | Review S. Angelini Motion to Sell Vehicles in personal Chapter 11 case. | 0.10 | $575.00 | $57.50 |
| 10/25/2024 | ERD | Prepare LNL Interim Fee Application. | 1.25 | $575.00 | $718.75 |
| 10/25/2024 | ERD | Review Zurich insurance policy - calculation of premium formula. | 0.35 | $575.00 | $201.25 |
| 10/29/2024 | ERD | Correspondence/e-mail to E. Blaker re Order Approving Settlement Agreement with Cohen Seglias and payment of Settlement Amount. | 0.10 | $575.00 | $57.50 |
| 10/30/2024 | ERD | Correspondence/e-mail to M. Stafford re Order approving Beacon adversary proceeding. | 0.10 | $575.00 | $57.50 |
| 10/31/2024 | ERD | Correspondence/e-mail to A. Sklar regarding Zurich admin claims | 0.10 | $575.00 | $57.50 |
| 10/31/2024 | ERD | Telephone call with K. Thomas regarding Zurich Admin Claims. | 0.20 | $575.00 | $115.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11/01/2024 | ERD | Correspondence/e-mail to K. Thomas re Zurich administrative claim. | 0.20 | $575.00 | $115.00 |
| 11/04/2024 | ERD | Complete LNL 3rd Interim Fee Application. | 1.25 | $575.00 | $718.75 |
| 11/05/2024 | ERD | Correspondence/e-mails from/to K. Thomas and to/from A. Sklar regarding Zurich Insurance administrative claims. | 0.25 | $575.00 | $143.75 |
| 11/05/2024 | ERD | Correspondence/e-mails from/to K. Thomas and to/from A. Sklar re Zurich admin claims. | 0.10 | $575.00 | $57.50 |
| 11/05/2024 | ERD | Finalize/file Lex Nova Law Third Interim Fee Application and arrange for service of same. | 0.25 | $575.00 | $143.75 |
| 11/06/2024 | ERD | Receive/review IRS Notice of Intent to Levy for 12/31/21 tax obligations. | 0.10 | $575.00 | $57.50 |
| 11/07/2024 | ERD | Review/analysis re calculation of the amount of Zurich admin claims, proposed resolution of same. | 0.75 | $575.00 | $431.25 |
| 11/11/2024 | ERD | Telephone call from K. Thomas regarding Zurich, admin claim issue. | 0.20 | $575.00 | $115.00 |
| 11/11/2024 | ERD | Analysis re Zurich admin claims, resolution of same. Correspondence/e-mail to A. Sklar re same. | 0.75 | $575.00 | $431.25 |
| 11/11/2024 | ERD | Telephone call to A. Kelly, mediator, regarding mediation fees and Trustee retainer. | 0.10 | $575.00 | $57.50 |
| 11/14/2024 | ERD | Review IRS Amended PoC to reflect only GUC for penalties. | 0.10 | $575.00 | $57.50 |
| 11/14/2024 | ERD | Telephone call with A. Sklar regarding Zurich Administrative Claim. | 0.20 | $575.00 | $115.00 |
| 11/14/2024 | ERD | Telephone call with K. Thomas regarding resolution of Zurich Administrative Claim. | 0.20 | $575.00 | $115.00 |
| 11/14/2024 | ERD | Draft proposed form of Order on Zurich Administrative Claims. | 0.60 | $575.00 | $345.00 |
| 11/14/2024 | ERD | Telephone call with K. Thomas regarding settlement of Zurich Administrative Claim(s). | 0.10 | $575.00 | $57.50 |
| 11/14/2024 | ERD | Correspondence/e-mail to Judge Altenburg Chambers advising that Motion to Compel Allowance and Payment of Chapter 7 and Chapter 11 tive Claims filed by Zurich American Insurance Company [Dkt. No. 525] has been resolved and should be marked COTBS. | 0.10 | $575.00 | $57.50 |
| 11/15/2024 | ERD | Correspondence/e-mail to K. Thomas re Stipulation/Agreed Order on Zurich Motion re Chapter 11 and 7 Administrative Claims. | 0.10 | $575.00 | $57.50 |
| 11/19/2024 | ERD | Prepare/file Certification of Consent. Correspondence/e-mail to chambers regarding Agreed Upon Order with Zurich Insurance. | 0.10 | $575.00 | $57.50 |
| 11/20/2024 | ERD | Corrrespondence/e-mail to K. Thomas re Agreed Order, Zurich allowed Chapter 7 Admin Claim. | 0.10 | $575.00 | $57.50 |
| 11/22/2024 | ERD | Correspondence/e-mails from/to K. Thomas re Zurich settlement. | 0.10 | $575.00 | $57.50 |
| 11/22/2024 | ERD | Review/analysis re Motion to Establish | 1.00 | $575.00 | $575.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/2024 | ERD | Motion to Establish Chapter 11 Claims Bar Date and for Notice by Publication. | 2.00 | $575.00 | $1,150.00 |
| 12/26/2024 | ERD | Correspondence/e-mails from A. Sklar, R. Snyder re IRS unsecured claims for interest/penalties. | 0.10 | $575.00 | $57.50 |
| 01/16/2025 | ERD | Review/analysis regarding IPFS premium financing, Motion to Approve Financing and IPFS position re administrative claim. Memo to A. Sklar re same. | 2.50 | $575.00 | $1,437.50 |
| 01/21/2025 | ERD | Telephone call with A. Sklar re insurance co. administrative claims. | 0.10 | $575.00 | $57.50 |
| 01/28/2025 | ERD | Draft Motion to Establish Chapter 11 administrative claim bar date, notice by publication. | 1.50 | $575.00 | $862.50 |
| 02/03/2025 | ERD | Review claims. | 1.00 | $575.00 | $575.00 |
| 02/04/2025 | ERD | Draft Motion for Bar Date for Chapter 11 Claims and Notice by Publication. | 2.25 | $575.00 | $1,293.75 |
| 03/10/2025 | ERD | Review re S. Angelini transfers. | 1.00 | $575.00 | $575.00 |
| 03/10/2025 | ERD | Telephone call from D. Noonan re solar panel system, issues and options. | 0.20 | $575.00 | $115.00 |
| 03/13/2025 | ERD | Telephone call from J. Cianciulli regarding possible Debtor funds on deposit at Fulton Bank. | 0.30 | $575.00 | $172.50 |
| 03/13/2025 | ERD | Review client documents regarding Republic Bank / Fulton monies on deposit. | 0.75 | $575.00 | $431.25 |
| 03/14/2025 | ERD | Telephone call with A. Sklar regarding Fulton Bank account/deposit issue. | 0.20 | $575.00 | $115.00 |
| 03/14/2025 | ERD | Prepare Motion for Turnover - Fulton Bank. | 0.75 | $575.00 | $431.25 |
| 03/17/2025 | ERD | Review Angelini personal Chapter 11 case, including filed MORs. | 0.35 | $575.00 | $201.25 |
| 03/17/2025 | ERD | Review Republic/Fulton account statements provided by counsel for Fulton in connection with Motion for Turnover. Review Debtor documents re bank accounts. | 1.50 | $575.00 | $862.50 |
| 03/17/2025 | ERD | Telephone call with A. Sklar re Fulton, Motion for Turnover, SPECTrade and Sunnova. | 0.50 | $575.00 | $287.50 |
| 03/17/2025 | ERD | Research re SPECTrade and Sunnova credits. | 1.25 | $575.00 | $718.75 |
| 03/19/2025 | ERD | Complete Motion for Turnover. | 0.75 | $575.00 | $431.25 |
| 03/19/2025 | ERD | Correspondence/e-mails from/to counsel for Fulton re Motion for Turnover. | 0.10 | $575.00 | $57.50 |
| 03/19/2025 | ERD | Correspondence/e-mails from K. Callahan, D. Still re Orbit warranty issue. | 0.10 | $575.00 | $57.50 |
| 03/19/2025 | ERD | Finalize/file Motion for Turnover. | 0.25 | $575.00 | $143.75 |
| 03/24/2025 | ERD | Review/analysis re Fulton account, SPECTrade credits. | 0.65 | $575.00 | $373.75 |
| 03/27/2025 | ERD | Telephone call with customer D. Still regarding warranty, claim issues. | 0.20 | $575.00 | $115.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/28/2025 | ERD | Discussion with J. Cianciulli, counsel for Fulton Bank, regarding Motion for Turnover, SPECTrade credits being received by estate. | 0.25 | $575.00 | $143.75 |
| 03/30/2025 | ERD | Correspondence/e-mail to A. Sklar regarding SPECTrade deposits into Fulton Bank account. | 0.10 | $575.00 | $57.50 |
| 04/03/2025 | ERD | Research/investigation regarding SPECTrade | 0.75 | $575.00 | $431.25 |
| 04/05/2025 | ERD | Correspondence/e-mail to A. Kelly re mediation, retainer/fee status. | 0.10 | $575.00 | $57.50 |
| 04/08/2025 | ERD | Review Angelini Chapter 11 MORs. | 0.20 | $575.00 | $115.00 |
| 04/09/2025 | ERD | Correspondence/e-mails from/to A. Kelly regarding Soligent and City Electric. | 0.15 | $575.00 | $86.25 |
| 04/09/2025 | ERD | Research/review/analysis regarding SPECTrade credits. | 1.25 | $575.00 | $718.75 |
| 04/13/2025 | ERD | Correspondence/e-mail to customer D. Still re filing of proof of claim. | 0.10 | $575.00 | $57.50 |
| 04/16/2025 | ERD | Correspondence/e-mails from/to Ally, Mr. Weatherby, regarding 2019 Dodge Ram not sold at auction. | 0.15 | $575.00 | $86.25 |
| 04/17/2025 | ERD | Draft LNL Fee Application. | 1.00 | $575.00 | $575.00 |
| 04/17/2025 | ERD | E-mail to A. Sklar re SPECTrade. | 0.10 | $575.00 | $57.50 |
| 04/18/2025 | ERD | Prepare LNL Interim Fee Application. | 0.75 | $575.00 | $431.25 |
| 04/21/2025 | ERD | Correspondence/e-mails to/from A. Sklar re A. Kelly mediation refund, Motion for Turnover of Fulton Bank account balance. | 0.10 | $575.00 | $57.50 |
| 04/22/2025 | ERD | Telephone call to A. Sklar re Order for Turnover (Fulton Bank account). | 0.15 | $575.00 | $86.25 |
| 04/22/2025 | ERD | Telephone call to A. Sklar re Order for Turnover (Fulton Bank account). | 0.15 | $575.00 | $86.25 |
| 04/24/2025 | ERD | Correspondence/e-mails to/from J. Cianciulli regarding Order Directing Turnover of Funds with Fulton Bank. | 0.10 | $575.00 | $57.50 |
| 04/26/2025 | ERD | Correspondence/e-mail to A. Sklar regarding SPECTrade, subpoena re transactions with Orbit. | 0.10 | $575.00 | $57.50 |
| 04/28/2025 | ERD | Review documents. Draft Subpoena to SPECTrade re transactions/credits paid to Debtor. | 0.75 | $575.00 | $431.25 |
| 04/29/2025 | ERD | Telephone call - J. Cianciulli regarding outstanding balance owed Republic/Fulton and turnover Order. | 0.10 | $575.00 | $57.50 |
| 04/29/2025 | ERD | Draft Consent Order re Setoff - Republic/Fulton. | 0.50 | $575.00 | $287.50 |
| 04/30/2025 | ERD | Telephone call to J. Cianciulli regarding Republic/Fulton secured claim, set-off, turnover order issues. | 0.10 | $575.00 | $57.50 |
| 04/30/2025 | ERD | File Memo re remaining case issues/items to be addressed. | 0.75 | $575.00 | $431.25 |
| 05/05/2025 | ERD | Telephone call to J. Cianciulli regarding Republic/Fulton Bank - turnover order, secured claim and setoff issues. | 0.10 | $575.00 | $57.50 |
| 05/06/2025 | ERD | Telephone call from J. Cianciulli | 0.25 | $575.00 | $143.75 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/2025 | ERD | Correspondence/e-mails from/to J. Cianciulli regarding Republic/Fulton secured claim, set-off issue. | 0.25 | $575.00 | $143.75 |
| 05/06/2025 | ERD | Research re SPECTrade credits to Debtor. | 1.25 | $575.00 | $718.75 |
| 05/07/2025 | ERD | Review claims, Republic Bank asserted secured claim and entitlement to set-off against account balance. | 0.75 | $575.00 | $431.25 |
| 05/07/2025 | ERD | Telephone call from M. McGlouglin, counsel for Main Gear, re Chapter 11 administrative expenses. | 0.20 | $575.00 | $115.00 |
| 05/13/2025 | ERD | Review fee application filed in Angelini Chapter 11 case. | 0.20 | $575.00 | $115.00 |
| 05/14/2025 | ERD | Review/analysis re document demand upon SPECTrade. | 1.00 | $575.00 | $575.00 |
| 05/14/2025 | ERD | Review/analysis re Republic/Fulton Bank asserted secured interest in account balance. | 1.00 | $575.00 | $575.00 |
| 05/16/2025 | ERD | Memo to A. Sklar re Fulton/Republic secured claim, bank account issues. | 1.00 | $575.00 | $575.00 |
| 05/21/2025 | ERD | Review Republic Bank / Fulton UCC/proof of secured claim vs. account and correspondence/e-mails from/to J. Cianciulli re same. | 0.65 | $575.00 | $373.75 |
| 05/21/2025 | ERD | E-mail/memo to A. Sklar re Republic Bank secured claim, turnover order, proposed settlement. | 0.10 | $575.00 | $57.50 |
| 05/21/2025 | ERD | Correspondence/e-mails from/to A. Sklar re Republic/Fulton issues. | 0.10 | $575.00 | $57.50 |
| 05/22/2025 | ERD | Correspondence/e-mail to J. Cianciulli regarding balance owed to Republic/Fulton Bank. | 0.10 | $575.00 | $57.50 |
| 05/25/2025 | ERD | Review/analysis re tvt asserted secured claim. | 1.75 | $575.00 | $1,006.25 |
| 05/28/2025 | ERD | Draft LNL Fee Application. | 1.25 | $575.00 | $718.75 |
| 05/29/2025 | ERD | Telephone call from J. Cianciulli regarding Fulton accounting, claim issue. | 0.20 | $575.00 | $115.00 |
| 05/30/2025 | ERD | Correspondence/e-mails from J. Cianciulli, including Republic/Fulton account history/accounting and correspondence/e-mails to/from A. Sklar re account history, setoff motion. | 0.35 | $575.00 | $201.25 |
| 05/31/2025 | ERD | Correspondence/e-mail to J. Cianciulli regarding resolution of Fulton Bank secured claim, set off matter. | 0.10 | $575.00 | $57.50 |
| 05/31/2025 | ERD | Prepare Settlement Agreement with Fulton/Republic and Motion to Approve Settlement Agreement, including Memorandum in Support of Motion. | 5.75 | $575.00 | $3,306.25 |

| | | |
|---|---|---|
| | Subtotal | $33,723.75 |
| | Total | $33,723.75 |