UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQ. (ED1793)
LEX NOVA LAW LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

        Debtor.

Case No.: 22-19628(ABA)

Chapter: 7

Judge: Andrew B. Altenberg

Hrg. Date: September 11, 2025 @ 2:00 p.m.

## CERTIFICATION OF SERVICE

1.    I, Angela DiDonato:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents the Trustee, Andrew Sklar, Debtor in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.    On July 31, 2025, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

    a) Application for Allowance of Fourth Interim Compensation and Reimbursement of Costs Expended for the Period October 1, 2024 through May 31, 2025; and
    b) Proposed form of Order.
    c)

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 31, 2025                                      /s/ Angela DiDonato_____
                                                                     Signature

#691090 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102-5235<br><br>Albert Anthony Ciardi III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>__ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732<br><br>**Nicole M. Nigrelli, Esquire**<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Counsel for Debtor<br><br><br><br>Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other<br>__ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Orbit Energy & Power, LLC**<br>570 Mantua Blvd.<br>Sewell, NJ 08080<br>**Andrew Sklar**<br>Chapter 7 Trustee<br>20 Brace Road<br>Suite 205<br>Cherry Hill, NJ 08034 | Debtor<br><br><br>Chapter 7 Trustee<br>(successor to A. Finberg) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Appearances vis ECF | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other ___ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#691090 v1