**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1**
**THOMPSON HINE LLP**
3900 Key Center, 127 Public Square
Cleveland, OH 41144-1291
(216) 566-5936
(216) 566-5800 – facsimile
Jeremy M. Campana (031852000) (Jeremy.Campana@ThompsonHine.com)
Jonathan S. Hawkins (*pro hac vice*) (Jonathan.Hawkins@ThompsonHine.com)

*Attorneys for Creditor Global Merchant Cash, Inc.*

Order Filed on August 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No.: 22-19628-ABA<br><br>Judge Andrew B. Altenburg Jr.<br><br>**Hearing Date and Time:**<br>**August 5, 2025 at 10:00 a.m.**<br><br>**Objection Deadline:**<br>**July 31, 2025** |

**ORDER GRANTING THOMPSON HINE LLP'S MOTION TO WITHDRAW AS**
**ATTORNEYS FOR CREDITOR GLOBAL MERCHANT CASH, INC.**

The relief set forth on the following page numbered two (2) is **ORDERED**.

**DATED: August 5, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER**, having come before the Court upon the Motion (the "Motion") of Thompson Hine LLP, Jeremy M. Campana and Jonathan S. Hawkins (collectively, "Movants") for entry of an order granting Movants permission to withdraw as attorneys for creditor Global Merchant Cash, Inc. ("GMC"); and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and the Court having found and determined that the bases set forth in the Motion establish just cause for the relief granted herein, and that it is necessary and appropriate to authorize Movants' withdrawal as counsel to GMC in this proceeding; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, therefore, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety;

**IT IS FURTHER ORDERED** that Movants are **WITHDRAWN** as counsel to Global Merchant Cash, Inc.; and

**IT IS FURTHER ORDERED** that Movants shall be removed from any applicable notice and service lists.

**IT IS SO ORDERED**.