UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
10 E. Stow Rd., Suite 250
Marlton, NJ 08053
856-382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

Order Filed on September 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ORBIT ENERGY & POWER, LLC,

   Debtor.

Honorable Andrew B. Altenburg

Chapter: 7

Bankr. No.: 22-19628(ABA)

Hearing Date: September 11, 2025
 @ 2:00 pm

## ORDER GRANTING FOURTH INTERIM ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 11, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#733472 v2

**(Page 2)**
Debtors:   Orbit Energy & Power, LLC
Case No.:  22-19628(ABA)
**ORDER GRANTING FOURTH INTERIM ALLOWANCES**

The Court having found that the person(s) named below filed an Application for Fourth Interim Allowances as counsel for Andrew Sklar, Chapter 7 Trustee; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that interim compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Lex Nova Law LLC | $33,723.75 | $   0.00 |

#733472 v2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19628-ABA |
| Orbit Energy & Power, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 11, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 13, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

Case 22-19628-ABA    Doc 615    Filed 09/13/25    Entered 09/14/25 00:16:48    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com |
| Andrew Sklar | on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com |
| Andrew E. Arthur | on behalf of Defendant Google LLC aarthur@zeklaw.com |
| Angela L Mastrangelo | on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com  bhoffmann@bk-legal.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com |
| Anthony F. Giuliano | on behalf of Creditor Global Merchant Cash  Inc. afg@glpcny.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Bonnie R. Golub | on behalf of Creditor Republic Bank bgolub@wgpllp.com  imarciniszyn@wgpllp.com |
| Brian Swope | on behalf of Creditor Van Meter Auto Repair swope@comcast.net |
| Brian Swope | on behalf of Creditor South State Tech LLC swope@comcast.net |
| Caitlin Conklin | on behalf of Creditor Clear Channel Outdoor  LLC caitlin.conklin@klgates.com |
| Cameron Deane | on behalf of Creditor KeyBank  N.A. cdeane@weltman.com |
| Cameron Deane | on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com |
| Carol E. Momjian | on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov |
| Corinne Samler Brennan | on behalf of Creditor Attolon Partners  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com |
| Daniel E. Straffi | on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel M. Eliades | on behalf of Creditor Clear Channel Outdoor  LLC daniel.eliades@klgates.com |
| Daniel S. Siedman | on behalf of Debtor Orbit Energy & Power  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| David G Murphy | on behalf of Creditor Wells Fargo Commercial Finance  LLC dmurphy@reedsmith.com |
| David G Murphy | on behalf of Creditor WELLS FARGO BANK  N.A. dmurphy@reedsmith.com |
| David S. Catuogno | on behalf of Creditor Clear Channel Outdoor  LLC david.catuogno@klgates.com |
| Don Abraham | on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com |
| Donald W Clarke | on behalf of Creditor Krannich Solar East  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| E. Richard Dressel | on behalf of Auctioneer Quaker City Auctioneers Inc rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | |

Case 22-19628-ABA    Doc 615    Filed 09/13/25    Entered 09/14/25 00:16:48    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Auctioneer Quaker City Auctioneers Inc. rdressel@lexnovalaw.com |
| Eric Horn | |
| | on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com |
| Eric Horn | |
| | on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com |
| Eric Horn | |
| | on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, mtjohnston@aystrauss.com |
| Forrest Scott Turkish | |
| | on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com |
| Gary M. Perkiss | |
| | on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gary M. Perkiss | |
| | on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com |
| Gaston P. Loomis, II | |
| | on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com csentman@mdmc-law.com |
| Harry M. Gutfleish | |
| | on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | |
| | on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | |
| | on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com |
| Holly Smith Miller | |
| | on behalf of Creditor Zurich American Insurance Company hsmiller@gsbblaw.com |
| Jack Shrum | |
| | on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com |
| Jason D. Angelo | |
| | on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com |
| Jason D. Angelo | |
| | on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com |
| Jeffrey Bernstein | |
| | on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com eberman@mdmc-law.com;csentman@mdmc-law.com |
| Jeffrey S. Cianciulli | |
| | on behalf of Creditor Republic Bank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Jenny R. Kasen | |
| | on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com dkasen@kasenlaw.com |
| John C. Kilgannon | |
| | on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com |
| Joseph L. Schwartz | |
| | on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com |
| Justin Logan Rappaport | |
| | on behalf of Creditor TVT 2.0 LLC lrappaport@hinshawlaw.com |
| Justin R. White | |
| | on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com |
| Kevin Callahan | |
| | on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov |
| Marcella M. Jayne | |
| | on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |
| Mark Minuti | |
| | on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Matthew Francis Kye | |
| | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Michael McLaughlin | |
| | on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com |
| Michael E. Holt | |
| | on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Michael E. Holt
    on behalf of Defendant Soligent Distribution  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael J. Stafford
    on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal  mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford
    on behalf of Plaintiff U.S. Electrical Services  Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli
    on behalf of Debtor Orbit Energy & Power  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell
    on behalf of Creditor House & Home Magazine  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
    on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com  anovoa@slgcollect.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com

Richard A. O'Halloran
    on behalf of Creditor Dividend Solar Finance  LLC richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich
    on behalf of Creditor Sunlight Financial  LLC rrich@hunton.com, candonian@huntonak.com

Ronald S. Gellert
    on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Turner Falk
    on behalf of Creditor Allspire Health GPO  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf
    on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 75