ROBERT N. SNYDER JR., CPA
SHARER PETREE BROTZ & SNYDER
1103 Laurel Oak Road
Suite 105B
Voorhees, New Jersey 08043
(856) 435-3200
Accountant for the Chapter 7 Trustee

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:   ORBIT ENERGY & POWER, LLC | : Case No.: 22-19628\ABA |
|  | : |
| Debtor(s) | : Chapter 7 |
|  | : |
| _____ | : Hearing Date: 12/4/25 @ 2:00PM |

### APPLICATION FOR THIRD INTERIM FEE APPLICATION FOR THE
### ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE
### FOR THE PERIOD 10/15/24 THROUGH 09/30/25
### AMOUNT SOUGHT $7,969.00
### EXPENSES $24.85

### AND CREDITORS AND PARTIES IN INTEREST AS PROVIDED IN NOTICING
### BY THE CLERK OF THE U.S. BANKRUPTCY COURT

The Petition of Robert N. Snyder, Jr., CPA, respectfully represents:

1. I am a Certified Public Accountant in the State of New Jersey under the firm name SHARER PETREE BROTZ & SNYDER, with offices located at 1103 Laurel Oak Road, Suite 105 B, Voorhees, New Jersey 08043, and was duly appointed by an Order of this Court, as Certified Public Accountant for the Chapter 7 Trustee.

2. All of the services for which compensation is requested were performed for and on behalf of the Trustee, and not on behalf of anyone else.

3. Considering the time, the results accomplished, your applicant believes that a reasonable fee for services rendered as accountant for the Trustee is in the sum of $7,993.85.

4. Applicant has received no payments nor promises for payments from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case and there is no agreement or understanding between your applicant and any other person for the sharing of compensation to be received for services rendered in this case.

5. Attached as Exhibit "A", is a schedule of the services rendered, the dates for each service, the identity of the person rendering the service, a description of the services rendered, and the time spent in rendering the service and the normal billing rate of the person rendering the service.

- Review notes from insurance company counsel re: revised auto policy audit, updated exhibit to claim and reduction in liability; review audit, cross reference to earlier audit and schedules; note continued variance in calculation; draft note to trustee and counsel re: assessment of revised audit, variances from earlier calculation, strategy and related matters; forward earlier analysis to trustee and counsel; related followup

- Review note from trustee re: IRS notice received; review notice on 2023 partnership returns; draft correspondence to IRS re: case background, request for abatement of penalty due to timely filing of extension for 2023 tax return and related matters; review notice on civil penalty; correspond with IRS Special Procedures on amended claim needed; review amended claim

- Review notes from and telephone calls with counsel in litigation for EBF Holdings; review subpoena received and discuss scope of records available; review files on server for documents responsive to subpoena including QuickBooks data, tax returns and banking records; redact PII from tax returns; upload files to ShareFile portal; prepare draft of response to subpoena, records located, possible availability of file server and logistics; draft related note to trustee and counsel; Troubleshoot access to server; login and review file structure and file contents; upload folder responsive to subpoena received to ShareFile portal; related followup

- Review last filed tax return; prepare tax return trial balance workbook for 2024 analysis; analyze cash receipts and cash disbursements report received from trustee; prepare adjusting entries; reconcile balance sheet and income statement at filing and end of year; prepare federal and state partnership returns for year ended December 31, 2024 and related work papers; review, revise, prepare prompt determination correspondence; forward to trustee

6. Services rendered were essential to the Trustee's administration. The rate charged is the same rate that was charged to non-bankruptcy clients. To the extent the services of other members and associates of the firm are utilized, their hourly billing rates are consistent with the rates of those accountants listed above who have similar experience and seniority.

7. Accordingly, Petitioner prays that an Order be entered authorizing compensation to the accountant in the amount of $7,969.00 and expenses $24.85.

/s/  Robert N. Snyder, Jr., CPA

Dated: 10/06/25