# SHARER PETREE BROTZ & SNYDER

*Certified Public Accountants*
*Business Advisors*

|  |  |  |
|---|---|---|
| 18 West King Street | Laurelwood Corporate Center | Tel: 856-435-3200 |
| Malvern, PA 19355 | 1103 Laurel Oak Road | Fax: 856-435-4868 |
| 610-647-7840 | Suite 105B | www.SharerPBS.com |
|  | Voorhees, NJ 08043 |  |

INVOICE submitted to:
Orbit Energy & Power, LLC
c/o Andrew Sklar, Trustee
25 Brace Rd.
Suite 205
Cherry Hill, NJ 08034

October 6, 2025

Invoice #    29789

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/23/2024 | RNS | Review note from Ken Thomas re: revised auto policy audit, updated exhibit to claim and reduction in liability; review audit, cross reference to earlier audit and schedules; note continued variance in calcuation; draft note to trustee and counsel re: assessment of revised audit, variances from earlier calculation, strategy and related matters; forward earlier analysis to trustee and counsel | 0.70 | 297.50 |
| 10/25/2024 | RNS | Review note from trustee re: IRS notice received; review notice on 2023 partnership returns; reply with assessment | 0.20 | 85.00 |
|  | RNS | Review notes from Ken Thomas re: followup on audit provisions in auto policy, issues and related matters; review related policy provision; review note from Rick Dressel | 0.30 | 127.50 |
| 10/29/2024 | RNS | Draft correspondence to IRS re: case background, request for abatement of penalty due to timely filing of extension for 2023 tax return and related matters; compile for distribution; draft related note to trustee | 0.40 | 170.00 |
| 11/6/2024 | RNS | Review note from trustee re: notice received from IRS on civil penalty; review notice; cross reference to file; reply noting request for proof of claim | 0.20 | 85.00 |

**Orbit Energy & Power, LLC**  Page 2

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 11/6/2024 | RNS | Draft note to Jessica Aichhorn, IRS re: notice received, requested for amended proof of claim and related matters | 0.30 | 127.50 |
| 11/7/2024 | RNS | Review note from Jessica Aichhorn, IRS re: amended claim filed, other penalties outstanding and related matters; reply | 0.10 | 42.50 |
| 11/14/2024 | RNS | Review amended proof of claim filed by IRS; draft related note to trustee and counsel | 0.10 | 42.50 |
| 12/5/2024 | RNS | Review agreed to order setting administrative claims of Zurich America | 0.20 | 85.00 |
| 12/24/2024 | RNS | Review note from trustee re: IRS notice received on ACA reporting for 2022; review notice and file; reply with assessment | 0.30 | 127.50 |
| 1/8/2025 | RNS | Review docket and file to determine status of case and timeline for tax returns | 0.20 | 87.00 |
| | RNS | Review file in preparation for tax work; draft note to trustee re: request for updated cash receipts and disbursements register | 0.30 | 130.50 |
| | RNS | Compile documents needed for tax return preparation | 0.30 | 130.50 |
| | RNS | Review earlier tax return trial balance, review cash receipts and disbursements register received from trustee; analyze report received and update trial balance for 2024 activity; prepare adjusting entries; reconcile balance sheet and income statement at end of year | 1.50 | 652.50 |
| 1/9/2025 | MD | Meeting with Bob Snyder re: preparation of 2024 tax returns | 0.20 | 57.00 |
| | RNS | Meeting with Michele Dilks re: tax returns to be prepared and related matters | 0.20 | 87.00 |
| 1/22/2025 | MD | Prepare tax files to accumulate information for 2024 tax return | 0.30 | 85.50 |
| | MD | Review trial balance | 0.30 | 85.50 |
| | MD | Prepare transmittal letter to trustee, 60-day determination letters to IRS and NJ; draft narrative statements for tax returns | 0.40 | 114.00 |
| | MD | Calculate loss on sale of vehicles | 1.00 | 285.00 |
| | MD | Prepare 12/31/2024 Form 1065 | 2.40 | 684.00 |
| 1/30/2025 | MD | Prepare 12/31/2024 Form NJ 1065 | 0.60 | 171.00 |

**Orbit Energy & Power, LLC**  Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/31/2025 | RNS | Review federal and state partnership tax returns for year ended December 31, 2024 and related workpapers | 0.30 | 130.50 |
| 3/7/2025 | MD | E-file 2024 extension | 0.20 | 57.00 |
| 3/27/2025 | RNS | Review motion for turnover of property by Fulton (formerly Republic) Bank and supporting documents; cross reference to files | 0.30 | 130.50 |
| 4/7/2025 | DLS | Review tax returns | 0.50 | 128.00 |
| | MD | Review before compilation | 0.20 | 57.00 |
| | MD | Final review; distribute | 0.30 | 85.50 |
| | MD | Revisions to tax returns and letters to reflect non-final returns | 0.80 | 228.00 |
| | RNS | Review final tax return package; sign tax returns | 0.20 | 87.00 |
| | RNS | Review status of motion regarding turnover from Fulton Bank; draft related note to trustee regarding tax return issues; review reply | 0.20 | 87.00 |
| | RNS | Review revised federal and state partnership tax returns for year ended 12/31/24 and related workpapers | 0.20 | 87.00 |
| 6/21/2025 | RNS | Review notice of settlement of controversy on funds held by Fulton Bank | 0.20 | 87.00 |
| 6/27/2025 | RNS | Telephone call with trustee re: subpeona received in litigation, issues and related matters | 0.10 | 43.50 |
| | RNS | Leave voicemail for Rick Dressel re: subpeona received, broad scope, issues and related matters | 0.10 | 43.50 |
| | RNS | Review note from Gifty Minnow re: transmittal of subpoena; initial review of subpoena | 0.20 | 87.00 |
| | RNS | Telephone call with Gifty Minnow re: pending subpeona in litigation against debtor's principal, agreement to accept service via email, scope, issues and rleated matters | 0.30 | 130.50 |
| | RNS | Locate file server in storage; verify power to unit | 0.30 | 130.50 |
| | RNS | Prepare draft of response to subpoena, records located, possible availability of file server and logistics; draft related note to trustee and counsel | 0.50 | 217.50 |

**Orbit Energy & Power, LLC**            Page    4

| Date | Staff | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/27/2025 | RNS | Review files on server for documents responsive to subpeona including Quickbooks data, tax returns and banking records; redact PII from tax returns; upload files to ShareFile portal | 1.40 | 609.00 |
| 6/30/2025 | RNS | Leave message for and telephone call with Gifty Minnow re: pending subpeona response, files uploaded from server, process, PII issues and related matters | 0.30 | 130.50 |
|  | RNS | Draft note to trustee and counsel re: updated draft of response to subpeona, issues and related matters; review response from counsel; related followup | 0.30 | 130.50 |
|  | RNS | Troubleshoot access to server; login and review file structure and file contents; upload folder responsive to subpoena received to ShareFile portal | 1.80 | 783.00 |
| 7/1/2025 | RNS | Review note from Gifty Minnow re: confirmation of firm's PII and document retention policy in advance of subpeona response; review; reply | 0.20 | 87.00 |
|  | RNS | Draft note to Gifty Minnow re: response to subpoena served by EBF Holdings, enumerated responses, data available at ShareFile link, PII and related matters | 0.30 | 130.50 |
| 7/11/2025 | RNS | Telephone call with Gifty Minnow re: request from adversary for documents provided via subpoena, issues and related matters | 0.20 | 87.00 |
| 9/30/2025 | RNS | Prepare fee application | 1.00 | 435.00 |

For professional services rendered     20.90    $7,969.00

Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 9/30/2025 | Photocopies - 78 @ $.20 | 15.60 |
|  | Postage | 9.25 |

Total costs      $24.85

Total amount of this bill      $7,993.85

Professional Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 10.90 | 435.00 | $4,741.50 |
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 2.80 | 425.00 | $1,190.00 |

**Orbit Energy & Power, LLC**  Page   5

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Donna Liedtka-Smith, CPA | 0.50 | 256.00 | $128.00 |
| Michele Dilks, CPA | 6.70 | 285.00 | $1,909.50 |