| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>ROBERT N. SNYDER, JR., CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | |
| **In Re:**<br><br>ORBIT ENERGY & POWER, LLC | Case No.: 24-20236<br><br>Chapter 7<br><br>Hearing Date: **12/4/25@ 2:00pm**<br><br>Judge: ABA |

**ORDER AWARDING THIRD INTERIM FEE APPLICATION
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

(Page 2)
Debtor: **ORBIT ENERGY & POWER, LLC**
Case No.: 22-19628\ABA
**Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee**

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

ORDERED, that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| **Sharer Petree Brotz & Snyder** | $7,969.00 | $24.85 |