| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrew Sklar, Esquire (AS3105)<br>SKLAR LAW, LLC<br>1020 Laurel Oak Road, Suite 203<br>Voorhees, NJ 08043<br>(856) 258-4050<br>Attorney for Chapter 7 Trustee | |
| In Re:<br>Orbit Energy & Power LLC, Debtor | |

Case No.: 22-19628-ABA

Chapter: 7

Adv. No.:

Hearing Date: 12/4/25 @ 2:00 pm

Judge: Andrew B Altenburg

## CERTIFICATION OF SERVICE

1. I, <u>DOLORES E MURPHY</u>:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for <u>Andrew Sklar</u>, who represents <u>Chapter 7 Trustee</u> in this matter

    ☐ am the _____ in this case and am representing myself.

2. On <u>10/20/25</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Application for 3rd Interim Allowance of Compensation for Accountant for the Chapter 7 Trustee and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/20/25               /s/ Dolores E. Murphy
                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Anthony Ciardi III<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Atty for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OFFICE OF US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ  07102 | USTO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*