# ANDREW SKLAR, CHAPTER 7 TRUSTEE
# SKLAR LAW LLC
**1020 Laurel Oak Road – Suite 203**
**Voorhees, New Jersey 08043**

| | |
|---|---|
| **ANDREW SKLAR** | **TEL:  856-258-4050** |
| **Member NJ and PA Bars** | **FAX: 856-258-6941** |
| **Website:  www.sklarlaw.com** | **andy@sklarlaw.com** |

November 13, 2025

Honorable Andrew B. Altenburg, Jr.
UNITED STATES BANKRUPTCY COURT
401 Market Street
Camden, NJ 08103

        **In Re:**        **ORBIT ENERGY & POWER LLC**
                    **Chapter 7 Case No.  22-19628/ABA**
                    **Status Conference:  11/18/2025 @ 2:00 pm**

Dear Judge Altenburg:

Kindly accept this letter in lieu of a more formal status report for the above matter.  The administration of this estate is almost complete.  At this time, we are working on resolution to claims objections.  Therefore,  I anticipate the filing of my final report in September 2026, to allow for the claims resolution and the filing of final estate tax returns.

Thank you for your consideration in this matter.

        Respectfully yours,
        **SKLAR LAW, LLC**

        /s/ Andrew Sklar

        _____
        ANDREW SKLAR, CHAPTER 7 TRUSTEE

AS:dem