| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.NJ. LBR 9004-1(b)**<br>E. RICHARD DRESSEL, ESQUIRE (ED1793)<br>LEX NOVA LAW LLC<br>20000 Horizon Way, Suite 750<br>Mt. Laurel, NJ 08054<br>(856) 382-8211<br>Attorneys for Andrew Sklar, Chapter 7 Trustee | |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>　　　　　　　　　　Debtor. | Case No.:　22-19628(ABA)<br><br>Chapter:　7<br><br>Judge:　Andrew B. Altenburg<br><br>Hrg. Date:　03/17/2026 @ 10:00 a.m. |

NOTICE OF OMNIBUS MOTION OF ANDREW SKLAR, CHAPTER 7 TRUSTEE, FOR THE ENTRY OF AN ORDER MODIFYING THE PROOFS OF CLAIMS FILED BY (a) ASSOCIATE REFRIGERATION, INC., (b) TVT 2.0 LLC, (c) GLOBAL MERCHANT CASH, INC., (d) WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC, (e) EBF HOLDINGS, LLC d/b/a EVEREST BUSINESS FUNDING, (f) RESERVE CAPITAL MANAGEMENT, (g) WYNNEWOOD CAPITAL GROUP, LLC and (h) CLOUD FUND, LLC

PLEASE TAKE NOTICE on March 17, 2026 at 10:00 a.m. or as soon thereafter as counsel may be heard, Andrew Sklar, Chapter 7 Trustee (the "Trustee") in the instant Chapter 7 case, by and through his undersigned counsel, will move before the Honorable Andrew B. Altenburg, United States Bankruptcy Judge at the United States Bankruptcy Court, Mitchell Cohen Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4B, Camden, NJ 08101, for the entry of an order modifying the secured proofs of claim filed by:

　　(a)　Associate Refrigeration, Inc. (proof of claim #31-2);
　　(b)　TVT 2.0 LLC (proof of claim #42-1);
　　(c)　Global Merchant Cash, Inc. (proof of claim #54-1);
　　(d)　Wells Fargo Commercial Distribution Finance, LLC (proof of claim #60-1);

#837519 v1

  (e)  EBF Holdings, LLC, d/b/a Everest Business Funding (proof of claim #s 72-1 and 73-2);

  (f)  Reserve Capital Management (proof of claim #85-1);

  (g)  Wynnewood Capital Group, LLC (proof of claim #86-1); and

  (h)  Cloud Fund, LLC (proof of claim #87-1)

(collectively, the "Secured Proofs of Claim") and reclassifying the Secured Proofs of Claim as general unsecured claims without priority.

  **PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned will rely on the Certification of Andrew Sklar submitted herewith pursuant to D. N. J. LBR 9013-1(a).

  **PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, U.S. Post Office and Courthouse, 401 Market Street, Camden, New Jersy 08101, and served upon the Trustee's undersigned counsel at Lex Nova Law LLC, 20000 Horizon Way, Suite 750, Mt. Laurel, NJ 08054, not later than March 10, 2026 (seven (7) days prior to the return date of the Motion).

  **PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

Date: February 9, 2026        */s/ E. Richard Dressel*
                     E. RICHARD DRESSEL
                     Lex Nova Law LLC
                     20000 Horizon Way, Suite 750
                     Mt. Laurel, NJ 08054
                     (856) 382-8211
                     rdressel@lexnovalaw.com
                     Attorneys for Andrew Sklar,
                       Chapter 7 Trustee

#837519 v1