| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Orbit Energy & Power, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **District of New Jersey** |
| Case number: | **22–19628** |

**FILED**
**U.S. Bankruptcy Court**
**District of New Jersey**
1/5/2023
**Jeanne Naughton, Clerk**

Official Form 410
# Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Associate Refrigeration, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Associate Refrigeration Inc.

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**
Associate Refrigeration, Inc.
Name
1625 Hylton Road
Pennsauken, NJ 08110

Contact phone: 8566555889
Contact email: jdonnelly@arisupply.com

**Where should payments to the creditor be sent?** (if different)
Name

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☐ No
☑ Yes. Claim number on court claims registry (if known) 31    Filed on 01/05/2023
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

Official Form 410    Proof of Claim    page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 8317 |
| 7. **How much is the claim?** | $ 23599.00 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Purchase of equipment for installation of | |
| 9. **Is all or part of the claim secured?** | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☑ Other. Describe: Personal guarantee<br><br>**Basis for perfection:** personal guarantee<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ 23599.00<br>**Amount of the claim that is secured:** $ 23599.00<br>**Amount of the claim that is unsecured:** $ 0.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $<br><br>**Annual Interest Rate** (when case was filed)  18 %<br>☑ Fixed<br>☐ Variable | |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ | |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: | |

Official Form 410        Proof of Claim        page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ |
| | | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     1/5/2023
                     MM / DD / YYYY

/s/ Jay Donnelly
Signature

Print the name of the person who is completing and signing this claim:

Name: Jay Donnelly
       First name    Middle name    Last name

Title: President

Company: Associate Refrigeration Inc.
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 1625 Hylton Road
         Number   Street
         Pennsauken, NJ 08110
         City    State    ZIP Code

Contact phone: 8566555889        Email: jdonnelly@arisupply.com

Official Form 410                Proof of Claim                              page 3



# Statement

2 Pin Oak Lane, Suite 300•Cherry Hill, NJ 08003•(856)281-2395
1101 Black Horse Pike•Glendora, NJ 08029•(856)939-0588
1625 Hylton Road•Pennsauken, NJ 08110•(856)663-7640
825 Mill Road•Pleasantville, NJ 08232•(609)646-3988
2903 Southampton Road•Philadelphia, PA 19154•(215)698-9600
4700 B Wissahickon Avenue•Philadelphia, PA 19144•(267)331-4160
200 Henderson Drive•Sharon Hill, PA 19079•(610)583-8800
www.arisupply.com

| Customer # | Statement Date | Page # |
|---|---|---|
| 8317 | 1/5/23 | 1 |
| Total Amount Due (US) | | Amount Paid |
| 23,599.00 | | |

| Customer | Remit To |
|---|---|
| ORBIT ENERGY & POWER LLC<br>570 MANTUA BLVD<br>SEWELL, NJ 08080 | Associate Refrigeration Inc.<br>1625 Hylton Road<br>Pennsauken, NJ 08110 |

**Please Return This Portion With Your Remittance**

| Customer # | Statement Date | Total Amount Due (US) |
|---|---|---|
| 8317 | 1/5/23 | 23,599.00 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---|---|---|---|---|
| 128.33 | 30.23 | 3,947.04 | 10,803.94 | 8,689.46 |

| Invoice Date | Due Date | Type | Status | Invoice # | Charge Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 8/3/22 | 9/2/22 | IN | DUE | 1118888-00 | 288.13 | |
| 8/5/22 | 9/4/22 | IN | DUE | 7011078-00 | 4,826.17 | |
| 8/5/22 | 9/4/22 | IN | DUE | 7011094-00 | 4,928.36 | |
| 8/5/22 | 9/4/22 | IN | DUE | 7011095-00 | 49.82 | |
| 8/12/22 | 8/12/22 | MC | ACTIVE | 7011195-00 | | -735.84 |
| 9/2/22 | 9/2/22 | MC | ACTIVE | 7011378-00 | | -667.18 |
| 9/15/22 | 10/15/22 | IN | DUE | 7011453-00 | 3,463.81 | |
| 9/15/22 | 10/15/22 | IN | DUE | 7011453-01 | 49.82 | |
| 9/22/22 | 10/22/22 | IN | DUE | 1117477-00 | 5,850.85 | |
| 9/23/22 | 10/23/22 | IN | DUE | 7011300-00 | 1,391.43 | |
| 9/30/22 | 10/30/22 | IN | DUE | 7011590-00 | 48.03 | |
| 10/10/22 | 11/9/22 | IN | DUE | 7011590-01 | 255.63 | |
| 10/20/22 | 11/19/22 | IN | DUE | 7011747-00 | 22.34 | |
| 10/26/22 | 11/25/22 | IN | DUE | 7011835-00 | 3,669.07 | |
| 12/2/22 | 1/1/23 | IN | DUE | 7011747-01 | 30.23 | |
| 12/16/22 | 1/15/23 | IN | DUE | 7009551-00 | 128.33 | |

1

# CREDIT APPLICATION
Mail to: 1625 Hylton Road, Pennsauken, NJ 08110

**ARI** — ASSOCIATE REFRIGERATION INC.
www.arisupply.com

- ☐ 1101 Black Horse Pike • Glendora, NJ 08029 • (856) 939-0588 • Fax (856) 939-5617
- ☐ 1625 Hylton Road • Pennsauken, NJ 08110 • (856) 663-7640 • Fax (856) 663-8964
- ☐ 825 Mill Road, Unit 8 • Pleasantville, NJ 08232 • (609) 646-3988 • Fax (609) 646-1383
- ☐ 2903 Southhampton Road • Philadelphia, PA 19154 • (215) 698-7600 • Fax (215) 698-1038
- ☐ 304 Henderson Drive • Sharon Hill, PA 19079 • (610) 583-8800 • Fax (610) 583-8808

Customer Name: **ORBIT ENERGY + POWER, LLC**
Mailing Address: **106 MANTUA BOULEVARD, MANTUA NEW JERSEY 08051**
Delivery Address: **519 N. WHITE HORSE PIKE, MAGNOLIA, N.J. 08049**
City/State: **MANTUA NEW JERSEY**   Zip Code: **08051**
Phone #: **800-836-3987**   Fax #: **856-210-7337**
Email Address: **sangelini@orbitenergy.us**   Web Address: **www.orbitenergy.us**
Preferred method of receiving invoices: ☒ Email  ☐ Fax  ☐ Mail   Statement Required ☒ Yes  ☐ No
Contractors License # **HIC. 13VH09825800**   H.V.A.C. **19HC00083500**

List below the name of Officers, Partners, and/or Sole Owner:

| Name | Home Address | Telephone # | Title | Social Security # |
|---|---|---|---|---|
| SEAN S. ANGELINI | 106 MANTUA AVE. WENONAH, NJ 08090 | 609-868-3221 | MEMBER PRESIDENT | 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 |

Trade References: (Name, Address, Telephone & Acct #'s Must Be Completed) **(PLEASE SEE ATTACHED)**

1. Name: _____
   Address: _____
   City/State: _____  Zip Code: _____
   Phone #: _____  Fax#: _____  Acct #: _____

2. Name: _____
   Address: _____
   City/State: _____  Zip Code: _____
   Phone #: _____  Fax#: _____  Acct #: _____

3. Name: _____
   Address: _____
   City/State: _____  Zip Code: _____
   Phone #: _____  Fax#: _____  Acct #: _____

Bank Reference: (Account Number Must Be Furnished)
Name: **REPUBLIC BANK**
Address: **401 GANTTOWN ROAD**
City/State: **SEWELL, NEW JERSEY**   Zip Code: **08080**
Phone #: **856-589-0204**   Contact Name: **DONNA OLSEN**   Acct #: **1946463**

**Please Check the Appropriate Box**

LLC  ☒ Corporation  ☐ Partnership  ☐ Proprietorship
     ☐ Contractor    ☐ Industrial   ☐ Other _____

Business Operated Under Present Ownership Since __NOV. 6TH, 2017__
How many Servicemen Do You Employ? __173 Employees__
Person to Contact Regarding: Purchases: __JOHN MURRAY__  __jmurray@orbitenergy.us__
                             Payments:  __STACY MARGERUM__  __smargerum@orbitenergy.us__

**IF TAX EXEMPT PLEASE ATTACH A SIGNED TAX EXEMPTION CERTIFICATE**

Sales Tax Status:   ☒ Not Exempt      ☐ Exempt # _____
Purchase Order:     ☒ Not Required    ☐ Required

Refrigerant Handling Certificate (Send copy of certificate with application)

Certificate # __138727673__  Employee Name __JOHN H. MURRAY__
Certificate # _____  Employee Name _____

**THE FOLLOWING TERMS OF SALE ARE AGREED TO AND ACCEPTED:**

1. Terms are Net 30 from the date of the invoice.
2. Any invoice not paid with in its terms, there shall be added thereto, a late charge at the rate of 2% per month or the maximum rate permitted by law if less than 2% per month on the unpaid balance for each month, or fraction of a month, that such balance remains unpaid.
3. In the event of default in payment, and your account is placed with a collection agency or attorney, the undersigned agree to pay all costs incurred in collection together with Attorney's fees in an amount equal to 25% of such unpaid balance, or the maximum amount permitted by law if less than 25%.

Signature: ___[signed]___          Date: __11/25/2018__
Print Name: __SEAN S. ANGELINI__  Title: __PRESIDENT__

**PERSONAL GUARANTEE**

The undersigned, jointly, severally and personally, in consideration of Associate Refrigeration, Inc. (ARI) extending credit to the applicant, do hereby agree to pay for all goods sold to applicant, and in the event of default, by applicant, ARI shall be entitled to look to the undersigned for payment without prior demand or notice and without first having attempted to collect from the applicant. In the event ARI engages the services of an attorney to collect any sum of money due hereunder, or to enforce or defend our rights hereunder, ARI shall be entitled to collect reasonable attorney's fees from the undersigned. The liability of the undersigned shall not be affected by any extensions or indulgences granted the applicant, or by releasing or surrendering any security given by the applicant. The undersigned agree to give ARI written notice by Certified Mail in the event of any change in the ownership of applicant's business or the form of applicant's business organization.

Name: ___[signed]___               Date: __11/25/2018__
Signature: __SEAN S. ANGELINI__
           __INDIVIDUAL__