<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQ. (ED1793)
LEX NOVA LAW LLC
20000 Horizon Way, Suite 750
Mount Laurel, NJ  08054
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

---

In Re:

ORBIT ENERGY & POWER, LLC,

       Debtor.

</td><td>

Case No.:  22-19628(ABA)

Chapter:  _____7_____

 

Judge:  Andrew B. Altenberg

Hrg. Date:  March 17, 2026 @ 10:00 a.m.

</td></tr>
</table>

## CERTIFICATION OF SERVICE

1.      I, Angela DiDonato:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents the Trustee, Andrew Sklar, Debtor in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On February 10, 2026, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

    a.  NOTICE OF MOTION OF ANDREW SKLAR, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER MODIFYING THE PROOFS OF CLAIM FILED BY (a) ASSOCIATE REFRIGERATION, INC., (b) TVT 2.0 LLC, (c) GLOBAL MERCHANT CASH, INC., (d) WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC, (e) EBF HOLDINGS, LLC d/b/a EVEREST BUSINESS FUNDING, (f) RESERVE CAPITAL MANAGEMENT, (g) WYNNEWOOD CAPITAL GROUP, LLC, AND (h) CLOUD FUND, LLC;

    b.  ANDREW SKLAR CERTIFICATION IN SUPPPORT OF MOTION OF TRUSTEE  FOR ENTRY OF AN ORDER MODIFYING THE PROOFS OF CLAIM FILED BY (a) ASSOCIATE REFRIGERATION, INC., (b) TVT 2.0 LLC, (c) GLOBAL MERCHANT CASH, INC., (d) WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC, (e) EBF HOLDINGS, LLC d/b/a EVEREST BUSINESS FUNDING, (f) RESERVE CAPITAL MANAGEMENT, (g) WYNNEWOOD CAPITAL GROUP, LLC, AND (h) CLOUD FUND, LLC;

#852518 v1

    c.   Proposed form of ORDER; and

    d.   This CERTIFICATION OF SERVICE.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  February 10, 2026                 _/s/ Angela DiDonato_____
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102-5235 | Office of the United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other  - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicole M. Nigrelli, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Orbit Energy & Power, LLC<br>570 Mantua Blvd<br>Sewell, NJ 08080 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>   Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Associate Refrigeration, Inc.<br>1625 Hylton Road<br>Pennsauken, NJ 08110<br>Attn:  Jay Donnelly, President | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>   Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Amar A. Agrawal, Esquire<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | Counsel for Associate Refrigeration, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TVT 2.0 LLC<br>881 Baxter Drive<br>South Jordan, UT 84095 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>  Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| J. Logan Rappaport, Esquire<br>Bronster LLP<br>156 West 56th Street, Suite 902<br>New York, NY 10019 | Counsel for TVT 2.0 LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Don Abraham, Esq.<br>156 West 56th Street, Suite 902<br>New York, New York 10019 | Counsel for TVT 2.0 LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Global Merchant Cash, Inc.<br>64 Beaver Street, Suite 415<br>New York, NY 10004 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>  Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jonathan S. Hawkins<br>10050 Innovation Drive, #400<br>Miamisburg, OH  45342 | Counsel for Global Merchant Cash, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#852518 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeremy M. Campana, Esquire<br>THOMPSON HINE LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291 | Counsel for Global Merchant Cash, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| STEVENS & LEE, P.C<br>Robert Lapowsky, Esquire<br>Princeton Pike Corporate Center<br>100 Lenox Drive, Suite 200<br>Lawrenceville, NJ 08648 | Counsel for The Bancorp Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Justin R. White, Esquire<br>Testa Heck Testa & White, P.A.<br>424 W. Landis Avenue<br>Vineland, NJ 08360 | Counsel for Clear Energy Partners, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Arvind Nath Rawal<br>Claims Processor<br>Bankruptcy Servicer for Ally Capital<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>  Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Corinne Samler Brennan, Esquire<br>KLEHR \| HARRISON \| HARVEY \| BRANZBURG LLP<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ 08053 | Counsel for Attolon Partners, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gary M. Perkiss, Esquire<br>Gary M. Perkiss, P.C.<br>Noble Plaza<br>801 Old York Road<br>Suite 313<br>Jenkintown, PA 19046 | Counsel for Billows Electric Company, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#852518 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey Bernstein, Esquire<br>MCELROY, DEUTSCH,<br>MULVANEY & CARPENTER, LLP<br>570 Broad Street<br>Newark, NJ 07102 | Counsel for Ferguson Enterprises, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott D. Fink, Esquire<br>Weltman, Weinberg & Reis, Co., l.P.A.<br>965 Keynote Circle<br>Brooklyn Heights, OH  44131 | Counsel for Toyota Industries Commercial Finance Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert A. Rich, Esquire<br>HUNTON ANDREWS KURTH LLP<br>200 Park Ave.<br>New York, NY | Counsel for Sunlight Financial, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>　 Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Saldutti Law Group<br>Rebecca K. McDowell, Esq.<br>1040 N. Kings Highway, Suite 100<br>Cherry Hill, New Jersey 08034 | Counsel for House & Home Magazine, LLC<br><br>Counsel for Veteran Tree and Landscape | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Commercial Distribution Finance, LLC<br>Reed Smith LLP<br>Attn: Jason D. Angelo, Esquire<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19601 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Commercial Distribution Finance, LLC<br>P.O. Box 206740<br>Dallas, TX 75320−6740 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>　 Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| David G. Murphy, Esq.<br>REED SMITH LLP<br>506 Carnegie Center, Suite 300<br>Princeton, New Jersey 08540 | Counsel for Wells Fargo Commercial Distribution Finance, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| EBF Holdings, LLC,<br>d/b/a Everest Business Funding<br>8200 N.W. 52nd Terrace, Suite 200<br>Doral, FL 33166 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>   Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael W. Davis | DTO Law<br>601 S. Figueroa Street, Suite 2130<br>Los Angeles CA 90017 | Counsel for EBF Holdings, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tracy William Parks, COO<br>EBF Holdings, LLC,<br>d/b/a  Everest Business Funding<br>8200 N.W. 52nd Terrace, Suite 200<br>Doral, FL 33166 | Counsel for EBF Holdings, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric H. Horn, Esq.<br>A.Y. Strauss LLC<br>101 Eisenhower Parkway, Suite 412<br>Roseland, New Jersey 07068 | Counsel for EBF Holdings, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Reserve Capital Management<br>101 Chase Ave<br>Lakewood, NJ 08701 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>   Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Shanna M. Kaminski, Esquire<br>Kaminski Law, PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240 | Counsel for Reserve Capital Management | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harry M. Gutfleish, Esq.<br>GUTFLEISH LAW, LLC<br>Three University Plaza, Suite 410<br>Hackensack, New Jersey 07601 | Counsel for Reserve Capital Management | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wynwood Capital Group, LLC<br>20200 W Dixie Highway<br>Miami, FL 33180 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cloudfund, LLC<br>c/o Kaminski Law, PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harry M. Gutfleish, Esq.<br>GUTFLEISH LAW, LLC<br>Three University Plaza, Suite 410<br>Hackensack, New Jersey 07601 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Republic Bank<br>c/o Jeffrey S. Cianciulli, Esquire<br>c/o Bonnie R. Golub, Esquire<br>Weir Greenblatt Pierce LLP<br>35 Kings Highway East<br>Haddonfield, NJ 08033 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#852518 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Angela L. Mastrangelo, Esquire<br>Bielli & Klauder LLC<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Counsel for Sean Angelini | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cooper Electric Supply, Co.,<br>c/o Michael J. Stafford, Esquire<br>NordLaw<br>190 State Highway 18, Suite 201<br>East Brunswick, NJ 08816 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel M. Eliades, Esq.<br>David S. Catuogno, Esq.<br>Caitlin C. Conklin, Esq.<br>K&L GATES LLP<br>One Newark Center, Tenth Floor<br>1085 Raymond Boulevard<br>Newark, New Jersey 07102 | Counsel for Clear Channel Outdoor, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Jacobson Esquire<br>156 West 56th Street, Suite 902<br>New York, New York 10019 | Counsel for TVT 2.0 LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ally Capital Department<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>　Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert A. Rich, Esquire<br>HUNTON ANDREWS KURTH LLP<br>200 Park Ave.<br>New York, NY 10166 | Counsel for Sunlight Financial | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>　Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Joshua Link, Esquire<br>Dinsmore & Shohl LLP<br>100 Berwyn Park<br>850 Cassatt Road, Suite 110<br>Bewyn, PA 19312 | Counsel for Divident Solar Financial, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RIKER DANZIG LLP<br>Joseph L. Schwartz, Esquire<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, New Jersey 07962-1981 | Counsel for Soligent Distribution, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RIKER DANZIG LLP<br>Brian S. Hormozi, Esquire<br>120 North LaSalle Street, Suite 2000<br>Chicago, Illinois 60602 | Counsel for Soligent Distribution, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony F. Giuliano, Esquire<br>Giuliano Law, P.C.<br>445 Broadhollow Rd., Suite 25<br>Melville, NY 11747 | Counsel for Global Merchant Cash, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew F. Kye, Esquire<br>Kye Law Group, P.C.<br>201 Old Country Rd., Suite 120<br>Melville, NY 11747 | Counsel for Mitsubishi HC Capital America, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Janet Bastien<br>206 Grist Mill Dr.<br>Milton, DE 19968 | Customer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott & Cynthia Sobel<br>202 Grist Mill Dr.<br>Milton, DE 19968 | Customer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>     Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian F. Swope, Esquire<br>28 S. West Ave<br>Vineland, NJ 08360 | Counsel for South State Tech, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Counsel for Giuseppe Ballaccamo | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Jeffrey Bernstein, Esquire<br>William Aumentia, Esquire<br>Gaston P. Loomis, Esquire<br>570 Broad Street<br>Newark, NJ 07102 | Counsel for Ferguson Enterprises, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Saul Ewing, LLP<br>Jeffrey Hampton, Esquire<br>Mark Minuti, Esquire<br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market St., 38th Fl.<br>Philadelphia, PA 19102 | Counsel for Allspire Health GPO, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |