# Sharer Petree Brotz & Snyder
*Certified Public Accountants*
*Business Advisors*

| | | |
|---|---|---|
| 18 West King Street<br>Malvern, PA 19355<br>610-647-7840 | Laurelwood Corporate Center<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043 | Tel: 856-435-3200<br>Fax: 856-435-4868<br>www.SharerPBS.com |

INVOICE submitted to:
Orbit Energy & Power, LLC
c/o Andrew Sklar, Trustee
1020 Laurel Oak Road
Suite 203
Voorhees, NJ 08043

March 4, 2026

Invoice #   29842

Professional Services

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 2/9/2026 | MD | Meeting with Bob Snyder re: discussion about preparation of 2025 tax returns | 0.20 | 59.00 |
| | RNS | Telephone call with trustee re: final case issues, tax returns to be prepared and related matters | 0.10 | 45.00 |
| | RNS | Meeting with Michele Dilks re: tax returns to be prepared and related matters | 0.20 | 90.00 |
| | RNS | Compile documents needed for tax return preparation | 0.30 | 135.00 |
| | RNS | Review earlier tax return trial balance, review cash receipts and disbursements register received from trustee; analyze report received and update trial balance for 2025 activity; prepare adjusting entries; reconcile balance sheet and income statement at end of year | 1.20 | 540.00 |
| 2/10/2026 | MD | Prepare tax files to accumulate information for 2025 tax return | 0.30 | 88.50 |
| | MD | Review trial balance for 12/31/2025 | 0.30 | 88.50 |
| | MD | Review and analyze cash receipts for narrative statements for 2025 tax return | 0.40 | 118.00 |

**Orbit Energy & Power, LLC**  Page  2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/10/2026 | MD | Prepare 12/31/2025 Form 1065 and NJ-1065 | 1.30 | 383.50 |
| 2/11/2026 | MD | Continue to prepare 12/31/2025 Form 1065 and NJ-1065 | 1.70 | 501.50 |
| 2/12/2026 | MD | Prepare transmittal letter to trustee, 60-day determination letters to IRS and NJ; draft narrative statements for tax returns | 0.50 | 147.50 |
|  | RNS | Review federal and state partnership tax returns for year ended December 31, 2025 and related workpapers | 0.30 | 135.00 |
| 2/25/2026 | DLS | Review tax returns | 0.50 | 134.50 |
|  | MD | Review before compilation | 0.20 | 59.00 |
|  | MD | Final review; distribute | 0.30 | 88.50 |
| 3/4/2026 | RNS | Prepare fee application | 0.50 | 225.00 |
|  |  | For professional services rendered | 8.30 | $2,838.50 |

Additional Charges :

| 3/4/2026 | Photocopies - 78 @ $.20 | 15.60 |
|---|---|---|
|  | Postage | 11.05 |
|  | Total costs | $26.65 |
|  | Total amount of this bill | $2,865.15 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 2.60 | 450.00 | $1,170.00 |
| Donna Liedtka-Smith, CPA | 0.50 | 269.00 | $134.50 |
| Michele Dilks, CPA | 5.20 | 295.00 | $1,534.00 |