| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>ROBERT N. SNYDER, JR., CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | |
|---|---|
| **In Re:**<br><br>ORBIT ENERGY & POWER, LLC | Case No.: 22-19628<br><br>Chapter 7<br><br>Hearing Date: 04/09/26 @2:00pm<br><br>Judge: ABA |

**ORDER AWARDING FINAL FEE APPLICATION
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

(Page 2)
Debtor: **ORBIT ENERGY & POWER, LLC**
Case No.: 22-19628\ABA
Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Sharer Petree Brotz & Snyder | $2,838.50 | $26.65 |