UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1020 Laurel Oak Road, Suite 203
Voorhees, NJ 08043
(856) 258-4050
Attorney for Chapter 7 Trustee

In Re:
Orbit Energy & Power LLC, Debtor

| | |
|---|---|
| Case No.: | 22-19628-ABA |
| Chapter: | 7 |
| Adv. No.: | |
| Hearing Date: | 4/9/26 @ 2:00 pm |
| Judge: | Andrew B Altenburg |

## CERTIFICATION OF SERVICE

1. I, DOLORES E MURPHY:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Andrew Sklar, who represents Chapter 7 Trustee in this matter

   ☐ am the _____ in this case and am representing myself.

2. On _____3/9/26_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Application for Final Allowance of Compensation for Accountant for the Chapter 7 Trustee and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   3/9/26

/s/ Dolores E. Murphy_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Anthony Ciardi III<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Atty for Debtor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| OFFICE OF US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ  07102 | USTO | ☐ Hand-delivered<br><br>☐Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other ECF<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |

*rev.8/1/16*