UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.NJ. LBR 9004-1(b)**
E. Richard Dressel, Esquire (ED1793)
Lex Nova Law LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

**Order Filed on March 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

ORBIT ENERGY & POWER, LLC,

　　　　　Debtor.

Case No.:  22-19628(ABA)

Chapter 7

Honorable Andrew B. Altenberg

Hearing Date:  03/17/2026 @ 10:00 a.m.

ORDER GRANTING OMNIBUS MOTION OF ANDREW SKLAR, CHAPTER 7 TRUSTEE,
FOR THE ENTRY OF AN ORDER MODIFYING THE PROOFS OF CLAIMS FILED BY (a)
ASSOCIATE REFRIGERATION, INC., (b) TVT 2.0 LLC, (c) GLOBAL MERCHANT CASH,
INC., (d) WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC, (e) EBF
HOLDINGS, LLC, d/b/a EVEREST BUSINESS FUNDING, (f) RESERVE CAPITAL
MANAGEMENT, (g) WYNNEWOOD CAPITAL GROUP, LLC AND (h) CLOUD FUND, LLC

　　　　The relief set forth on the following pages, numbered two (2) and three (3) is hereby
ORDERED.

**DATED: March 18, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#837526 v1

(Page 2)

Debtor:         Orbit Power and Energy, LLC
Case No.:       22-19628(ABA)
Caption:        Order Granting Omnibus Motion of Andrew Sklar, Chapter 7 Trustee, for the Entry of an Order
                Modifying the Proofs of Claim Filed by (a) Associated Refrigeration, Inc., (b) TVT 2.0 LLC, (c)
                Global Merchant Cash, Inc., (d) Wells Fargo Commercial Distribution Finance, LLC, (e) EBF
                Holdings, LLC, d/b/a Everest Business Funding, (f) Reserve Capital Management, (g) Wynnewood
                Capital Group, LLC, and (h) Cloud Fund LLC

---

THIS MATTER, having come before the Court upon the Motion of Andrew Sklar, Chapter 7 Trustee ("Trustee") for Orbit Energy & Power, LLC, the Chapter 7 debtor ("Debtor") Pursuant to Bankruptcy Code Rules 3007 and 3012 for the entry of an Order Modifying the Proofs of Claim filed by Associate Refrigeration, Inc., TVE 2.0 LLC; Global Merchant Cash, Inc., Wells Fargo Commercial Distribution Finance, LLC, EBF Holdings, LLC, d/b/a Everest Business Funding, Reserve Capital Management, Wynnewood Capital Group, LLC, and Cloud Fund, LLC (the "Motion"); and it appearing that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtor's estate, and its creditors; and it appearing that adequate notice has been given and that no other or further notice is required; and upon the record herein following a hearing conducted on the Motion; and after due deliberation thereon, and good and sufficient cause appearing for the entry of the within Order, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED; and it is further

ORDERED that the Proofs of Claim Filed by

(a)     Associate Refrigeration, Inc. (proof of claim #31-2);

(b)     TVT 2.0 LLC (proof of claim #42-1);

(c)     Global Merchant Cash, Inc. (proof of claim #54-1);

(d)     Wells Fargo Commercial Distribution Finance, LLC (proof of claim #60-1);

(e)     EBF Holdings, LLC, d/b/a Everest Business Funding (proof of claim #s 72-1 and 73-2);

#837526 v1

(Page 3)

Debtor:        Orbit Power and Energy, LLC
Case No.:      22-19628(ABA)
Caption:       Order Granting Omnibus Motion of Andrew Sklar, Chapter 7 Trustee, for the Entry of an Order
               Modifying the Proofs of Claim Filed by (a) Associated Refrigeration, Inc., (b) TVT 2.0 LLC, (c)
               Global Merchant Cash, Inc., (d) Wells Fargo Commercial Distribution Finance, LLC, (e) EBF
               Holdings, LLC, d/b/a Everest Business Funding, (f) Reserve Capital Management, (g) Wynnewood
               Capital Group, LLC, and (h) Cloud Fund LLC

_____

      (f)     Reserve Capital Management (proof of claim #85-1);

      (g)     Wynnewood Capital Group, LLC (proof of claim #86-1); and

      (h)     Cloud Fund, LLC (proof of claim #87-1)

(collectively, the "Secured Proofs of Claim") shall be, and hereby are, modified as set forth

herein; and it is further

ORDERED that the Secured Proofs of Claim asserting secured claims against the Debtor and the

bankruptcy estate shall be, and hereby are modified and reclassified as general unsecured claims without

priority in the same amounts as set forth in the Secured Proofs of Claim for all purposes in connection

with this Chapter 7 case including, but not limited to, sharing in any distributions in accordance with the

priorities as set forth in the Bankruptcy Code.

#837526 v1