UNITED STATES BANKRUPTCY COURT
  FOR THE DISTRICT OF NEW JERSEY

Caption in Compliance with D.NJ. LBR 9004-1(b)
E. RICHARD DRESSEL, ESQUIRE (ED1793)
LEX NOVA LAW LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
(856) 382-8211
Attorneys for  Andrew Sklar, Chapter 7 Trustee

| | |
|---|---|
| In Re:<br><br><br>ORBIT ENERGY & POWER, LLC,<br><br>Debtor. | Case No.:        22-19628(ABA)<br><br>Chapter:             7<br><br>Judge:       Andrew B. Altenberg<br><br>Hrg. Date:  April 28, 2026 @ 10:00 a.m. |

NOTICE OF MOTION OF ANDREW SKLAR, CHAPTER 7
TRUSTEE, FOR THE ENTRY OF AN ORDER ESTABLISHING THE
DEADLINE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS
AND APPROVING NOTICE THEREOF

PLEASE TAKE NOTICE on April 28, 2026 at 10:00 a.m. or as soon thereafter as counsel may be heard, Andrew Sklar, Chapter 7 Trustee (the "Trustee") in the instant Chapter 7 case, by and through his undersigned counsel, will move before the Honorable Andrew B. Altenburg, United States Bankruptcy Judge at the United States Bankruptcy Court, Mitchell Cohen Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4B, Camden, NJ 08101, for the entry of an order establishing the deadline for the filing of Chapter 11 administrative claims and approving notice thereof (the "Motion").

#845548 v1

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned will rely on the Memorandum and Certification of Andrew Sklar submitted herewith pursuant to D. N. J. LBR 9013-1(a).

PLEASE TAKE FURTHER NOTICE that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, U.S. Post Office and Courthouse, 401 Market Street, Camden, New Jersy 08101, and served upon the Trustee's undersigned counsel at Lex Nova Law LLC, 20000 Horizon Way, Suite 750, Mt. Laurel, NJ 08054, not later than April 21, 2026 (seven (7) days prior to the return date of the Motion).

PLEASE TAKE FURTHER NOTICE that unless an objection is timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

Date: March 18, 2026

/s/ E. Richard Dressel
E. RICHARD DRESSEL
Lex Nova Law LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
(856) 382-8211
rdressel@lexnovalaw.com
Attorneys for Andrew Sklar,
    Chapter 7 Trustee

#845548 v1