## Exhibit B

### Bar Date Notice

#858896 v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

ORBIT ENERGY & POWER, LLC,

Debtor.

Chapter:     7

Case No.:     22-19628(ABA)

Honorable Andrew B. Altenburg

## NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CHAPTER 11 ADMINISTRATIVE CLAIMS AGAINST ORBIT ENERGY & POWER, LLC:

PLEASE TAKE NOTICE that on December 6, 2022 (the "Petition Date"), Orbit Energy & Power, LLC ("Orbit") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") and that on February 27, 2023 the Orbit Chapter 11 case was converted to the instant Chapter 7 proceeding. Information regarding Orbit may be obtained at the United States Bankruptcy Court for the District of New Jersey's website (njb.uscourts.gov).

PLEASE TAKE FURTHER NOTICE that on _____, 2026, the Bankruptcy Court entered an order (the "Bar Date Order") establishing August 31, 2026 at 11:59 p.m. (prevailing Eastern time), as the deadline for all persons and entities to file Chapter 11 Administrative Claims in this Chapter 7 Case (the "Bar Date"). The Bar Date Order requires all persons or Entities, including Governmental Units, that have or may assert Chapter 11 Administrative Claims of any type, kind, nature or description against Orbit to submit a Request for Payment of Administrative Expense form so that they are actually received by the Court on or before the Bar Date. Please note that the terms "Entity," "Governmental Unit," and "Claim," are defined below. Claims must be filed with the United States Bankruptcy Court, District of New Jersey, Clerk's Office, U.S. Post Office and Courthouse, 401 Market Street, Camden, NJ 08101. Claims may also be filed electronically at the court's website – njb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the Bar Date Order directs all claimants to submit their administrative claims using the Request for Payment of Administrative Expense form. A Request for Payment of Administrative Expense form is enclosed with this Notice. If no Request for Payment of Administrative Expense form accompanies this Notice, copies of the Request for Payment of Administrative Expense form may be obtained online at the United States Bankruptcy Court for the District of New Jersey's Website.

## KEY DEFINITIONS

As used in this Notice, the term "Entity" has the meaning given to it in section 101(15) of the Bankruptcy Code, and includes all persons (individuals, partnerships and corporations), estates, trusts, and the United States Trustee.

As used in this Notice, the term "Governmental Unit" has the meaning given to it in section 101(27) of the Bankruptcy Code and includes the United States, States, commonwealths, districts, territories, municipalities, foreign states, or departments, agencies or instrumentalities of the foregoing.

As used in this Notice, the term "Claim" shall mean, as to or against Orbit and in accordance with section 101(5) of the Bankruptcy Code: (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU HAVE A CLAIM OR WHETHER YOU MUST FILE A PROOF OF CLAIM.**

**I.   WHO MUST FILE AN ADMINISTRATIVE CLAIM PRIOR TO THE BAR DATE**

   *a.*   The Bar Date: The Bar Date Order establishes <u>August 31, 2026 at 11:59 p.m. (prevailing Eastern time) as the Bar Date for filing Chapter 11 Administr</u>ative Claims in this case.

   *b.*   The Following Persons or Entities Must File a Chapter 11 Administrative Claim on or Before the Bar Date:

      i.   Any person or Entity which has not yet filed an Administrative Claim for any amounts owed by the Debtor subsequent to the Petition Date and prior to February 27, 2023, the date the Chapter 11 was converted to the instant Chapter 7 case.

   *c.*   The Following Persons or Entities are Not Required to File Chapter 11 Administrative Claims at this Time:

      i.   Any person or Entity that has already properly filed and Administrative Claim against the Debtor with the Clerk of the Court for the United States Bankruptcy court for the District of New Jersey.

      ii.   Any professional retained by the Debtor pursuant to an order of this Court, who assert Administrative Claims for payment of fees and expenses subject to the Court's approval, pursuant to the applicable sections of the Bankruptcy Code;

      iii.   Any person or entity that has already properly filed an Administrative Claim against the Debtor pursuant to the applicable sections of the Bankruptcy Code;

      iv.   Any person or entity whose Administrative Claim against the Debtor is allowed by an order of the Court entered on or before the Bar Date; and

      v.   Any person or entity whose Administrative Claim has been previously settled or paid in full or released.

**II.   CONSEQUENCES OF FAILURE TO FILE A CHAPTER 11 ADMINISTRATIVE CLAIM**

   Any person or Entity that is required to file a Chapter 11 Administrative Claim, but fails to do so on or before the Bar Date: (i) shall NOT be treated as an administrative creditor with respect to such Claim and shall not be entitled to share in any distribution on account of such Administrative Claim; and (ii) shall be forever barred, estopped, and enjoined from asserting such Claim against the Debtor (or filing an administrative claim with respect thereto), and the Debtor and its property shall be forever discharged from any and all indebtedness or liability with respect to such Administrative Claim.

<u>**RESERVATION OF RIGHTS**</u>

   Nothing in the Bar Date Order shall be construed as limiting any party's rights to dispute, or to assert offsets or defenses against, any filed Claim or any Claim on any grounds.  Nothing contained in this Notice shall preclude any party from objecting to any Claim on any grounds.

## PROCEDURE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS

Administrative Claims should be filed with the Court.

To be considered valid, each Chapter 11 Administrative Claim submitted in this Case must: (a) be written in English, (b) be denominated in lawful currency of the United States as of the Petition Date, (c) have attached copies of any writings upon which the claim is based in accordance with Bankruptcy Rules 3001(c) and 3001(d) (including for secured claims, evidence that the security interest has been perfected) unless such writings are voluminous or confidential, in which case a summary must be attached or an explanation provided as to why such writings are not available and such writings will be provided to the Trustee upon request, and (d) be actually received by the Bankruptcy Court on or before the Bar Date.  Chapter 11 Administrative Claims may be filed electronically using the form available on the United States Bankruptcy Court for the District of New Jersey's Website.

## ADDITIONAL INFORMATION

Copies of the Orbit's Schedules and the Bar Date Order are available for inspection during regular business hours at the office of the Office of the Clerk of Court, United States Bankruptcy Court for the District of New Jersey, Clerk's Office, U.S. Post Office and Courthouse, 401 Market Street, Camden, NJ 08101.

Dated: _____, ____, 2026