## Exhibit C

**Publication Notice**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### In re Orbit Energy & Power, LLC
### Case No. 22-19628 (ABA)

**PLEASE TAKE NOTICE THAT** on December 6, 2022 (the "Petition Date"), Orbit Energy & Power, LLC ("Orbit") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") and that on February 27, 2023 the Orbit Chapter 11 case was converted to the instant Chater 7 proceeding. Information regarding Orbit may be obtained at the United States Bankruptcy Court for the District of New Jersey's Website at njb.uscourts.gov.       .

**The Bankruptcy Court has established <u>August 31, 2026 at 11:59 p.m. (prevailing Eastern time)</u> as the deadline to file Administrative Claims against Orbit Energy & Power, LLC ("Orbit") (the "Bar Date"). If you have a Chapter 11 Administrative Claim against Orbit you must file a Request for Payment of Administrative Expense form against Orbit on or before the Bar Date.**

Please visit United States Bankruptcy Court for the District of New Jersey's Website (https://www.njb.uscourts.gov/) for more information on how to file your Administrative Claim.

**IF YOU DO NOT TIMELY FILE AN ADMINISTRATIVE CLAIM, YOU WILL FORFEIT YOUR RIGHT TO SHARE IN ANY DISTRIBUTIONS TO CHAPTER 11 ADMINISTRATIVE CREDITORS IN CONNECTION WITH ORBIT'S CHAPTER 7 CASE.**