LEX NOVA LAW LLC
E. RICHARD DRESSEL, ESQ. (ED1793)
20000 Horizon Way, Suite 750
Mt. Laurel, NJ  08054
(856) 382-8211
Attorneys for Andrew Sklar,
    Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>Debtor. | Case No.  22-19628 (ABA)<br><br>Chapter 7<br><br>Honorable Andrew B. Altenburg<br><br>Hrg. Date: April 28, 2026 at 10:00 a.m. |

**CERTIFICATION OF ANDREW SKLAR, CHAPTER 7 TRUSTEE, IN
SUPPORT OF MOTION FOR ENTRY OF AN ORDER ESTABLISHING
THE DEADLINE FOR THE FILING OF CHAPTER 11 ADMINISTRATIVE
<u>CLAIMS AND APPROVING NOTICE THEREOF</u>**

ANDREW SKLAR, of full age, certifies as follows:

1.      I serve as the Chapter 7 Trustee in the bankruptcy proceeding of Orbit Energy & Power, LLC (the "Debtor") and have full knowledge of the facts and circumstances hereof.  I make this Certification in support of the motion for the entry of an order establishing the deadline for the filing of Chapter 11 administrative claims and approving notice thereof (the "Motion").

2.      On December 6, 2022 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

3.      On February 27, 2023, an Order was entered converting the Debtor's case to the instant Chapter 7 case.

#858785 v1

4.      On August 30, 2023, I was appointed to serve at the [successor] Chapter 7 Trustee this case, with the duties described in 11 U.S.C § 704 to collect and reduce to money the property of the estate, and qualified and accepted said appointment.

5.      I have read the Motion and I hereby certify and verify that all the statements contained therein are true and correct to the best of my knowledge, information and belief.

I hereby verify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                             /s/ Andrew Sklar
                                             ANDREW SKLAR,
                                             Chapter  7 Trustee

Dated:  March  18, 2026

#858785 v1