UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.NJ. LBR 9004-1(b)**
E. Richard Dressel, Esquire (ED1793)
Lex Nova Law LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

In re:

ORBIT ENERGY & POWER, LLC,

          Debtor.

**Order Filed on March 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  22-19628(ABA)

Chapter 7

Honorable Andrew B. Altenberg

Hearing Date:  03/17/2026 @ 10:00 a.m.

ORDER GRANTING OMNIBUS MOTION OF ANDREW SKLAR, CHAPTER 7 TRUSTEE, FOR THE ENTRY OF AN ORDER MODIFYING THE PROOFS OF CLAIMS FILED BY (a) ASSOCIATE REFRIGERATION, INC., (b) TVT 2.0 LLC, (c) GLOBAL MERCHANT CASH, INC., (d) WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC, (e) EBF HOLDINGS, LLC, d/b/a EVEREST BUSINESS FUNDING, (f) RESERVE CAPITAL MANAGEMENT, (g) WYNNEWOOD CAPITAL GROUP, LLC AND (h) CLOUD FUND, LLC

       The relief set forth on the following pages, numbered two (2) and three (3) is hereby ORDERED.

**DATED: March 18, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#837526 v1

(Page 2)

Debtor:        Orbit Power and Energy, LLC
Case No.:      22-19628(ABA)
Caption:       Order Granting Omnibus Motion of Andrew Sklar, Chapter 7 Trustee, for the Entry of an Order
               Modifying the Proofs of Claim Filed by (a) Associated Refrigeration, Inc., (b) TVT 2.0 LLC, (c)
               Global Merchant Cash, Inc., (d) Wells Fargo Commercial Distribution Finance, LLC, (e) EBF
               Holdings, LLC, d/b/a Everest Business Funding, (f) Reserve Capital Management, (g) Wynnewood
               Capital Group, LLC, and (h) Cloud Fund LLC

_____

THIS MATTER, having come before the Court upon the Motion of Andrew Sklar,

Chapter 7 Trustee ("Trustee") for Orbit Energy & Power, LLC, the Chapter 7 debtor ("Debtor")

Pursuant to Bankruptcy Code Rules 3007 and 3012 for the entry of an Order Modifying the

Proofs of Claim filed by Associate Refrigeration, Inc., TVE 2.0 LLC; Global Merchant Cash,

Inc., Wells Fargo Commercial Distribution Finance, LLC, EBF Holdings, LLC, d/b/a Everest

Business Funding, Reserve Capital Management, Wynnewood Capital Group, LLC, and Cloud

Fund, LLC (the "Motion"); and it appearing that the Court has jurisdiction over the Motion

pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief

requested in the Motion is in the best interests of the Debtor's estate, and its creditors; and it

appearing that adequate notice has been given and that no other or further notice is required;

and upon the record herein following a hearing conducted on the Motion; and after due

deliberation thereon, and good and sufficient cause appearing for the entry of the within Order,

it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED; and it is further

ORDERED that the Proofs of Claim Filed by

(a)    Associate Refrigeration, Inc. (proof of claim #31-2);

(b)    TVT 2.0 LLC (proof of claim #42-1);

(c)    Global Merchant Cash, Inc. (proof of claim #54-1);

(d)    Wells Fargo Commercial Distribution Finance, LLC (proof of claim #60-
       1);

(e)    EBF Holdings, LLC, d/b/a Everest Business Funding (proof of claim #s 72-
       1 and 73-2);

#837526 v1

(Page 3)

Debtor:     Orbit Power and Energy, LLC
Case No.:    22-19628(ABA)
Caption:    Order Granting Omnibus Motion of Andrew Sklar, Chapter 7 Trustee, for the Entry of an Order Modifying the Proofs of Claim Filed by (a) Associated Refrigeration, Inc., (b) TVT 2.0 LLC, (c) Global Merchant Cash, Inc., (d) Wells Fargo Commercial Distribution Finance, LLC, (e) EBF Holdings, LLC, d/b/a Everest Business Funding, (f) Reserve Capital Management, (g) Wynnewood Capital Group, LLC, and (h) Cloud Fund LLC

_____

    (f)    Reserve Capital Management (proof of claim #85-1);

    (g)    Wynnewood Capital Group, LLC (proof of claim #86-1); and

    (h)    Cloud Fund, LLC (proof of claim #87-1)

(collectively, the "Secured Proofs of Claim") shall be, and hereby are, modified as set forth herein; and it is further

ORDERED that the Secured Proofs of Claim asserting secured claims against the Debtor and the bankruptcy estate shall be, and hereby are modified and reclassified as general unsecured claims without priority in the same amounts as set forth in the Secured Proofs of Claim for all purposes in connection with this Chapter 7 case including, but not limited to, sharing in any distributions in accordance with the priorities as set forth in the Bankruptcy Code.

#837526 v1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 22-19628-ABA

Orbit Energy & Power, LLC                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

District/off: 0312-1    User: admin    Page 2 of 4
Date Rcvd: Mar 18, 2026    Form ID: pdf903    Total Noticed: 2

Andrew Sklar
                on behalf of Trustee Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com

Andrew Sklar
                on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com

Angela L Mastrangelo
                on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com  bhoffmann@bk-legal.com

Anthony Sodono, III
                on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com

Anthony F. Giuliano
                on behalf of Creditor Global Merchant Cash  Inc. afg@glpcny.com, afg@ecf.courtdrive.com

Barry R. Sharer
                on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub
                on behalf of Creditor Republic Bank bgolub@wgpllp.com  imarciniszyn@wgpllp.com

Brian Swope
                on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope
                on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin
                on behalf of Creditor Clear Channel Outdoor  LLC caitlin.conklin@klgates.com

Cameron Deane
                on behalf of Creditor KeyBank  N.A. cdeane@weltman.com

Cameron Deane
                on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com

Carol E. Momjian
                on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan
                on behalf of Creditor Attolon Partners  LLC cbrennan@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Daniel E. Straffi
                on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com
                g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades
                on behalf of Creditor Clear Channel Outdoor  LLC daniel.eliades@klgates.com

Daniel S. Siedman
                on behalf of Debtor Orbit Energy & Power  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy
                on behalf of Creditor Wells Fargo Commercial Finance  LLC dmurphy@reedsmith.com

David G Murphy
                on behalf of Creditor WELLS FARGO BANK  N.A. dmurphy@reedsmith.com

David S. Catuogno
                on behalf of Creditor Clear Channel Outdoor  LLC david.catuogno@klgates.com

Don Abraham
                on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

Donald W Clarke
                on behalf of Creditor Krannich Solar East  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel
                on behalf of Auctioneer Quaker City Auctioneers Inc rdressel@lexnovalaw.com

E. Richard Dressel
                on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
                on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel
                on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
                on behalf of Auctioneer Quaker City Auctioneers  Inc. rdressel@lexnovalaw.com

Eric Horn

District/off: 0312-1 User: admin Page 3 of 4
Date Rcvd: Mar 18, 2026 Form ID: pdf903 Total Noticed: 2

on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn

on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn

on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, mtjohnston@aystrauss.com

Forrest Scott Turkish

on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com

Gary M. Perkiss

on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gary M. Perkiss

on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gaston P. Loomis, II

on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com csentman@mdmc-law.com

Harry M. Gutfleish

on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com

Holly Smith Miller

on behalf of Creditor Zurich American Insurance Company hsmiller@gsbblaw.com

Jack Shrum

on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com

Jason D. Angelo

on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com

Jason D. Angelo

on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com

Jeffrey Bernstein

on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey S. Cianciulli

on behalf of Creditor Republic Bank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jenny R. Kasen

on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com dkasen@kasenlaw.com

John C. Kilgannon

on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com, constantine.pourakis@stevenslee.com

Joseph L. Schwartz

on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com

Justin Logan Rappaport

on behalf of Creditor TVT 2.0 LLC lrappaport@hinshawlaw.com

Justin R. White

on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com

Kevin Callahan

on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne

on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti

on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye

on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Michael McLaughlin

on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com

Michael E. Holt

on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt

on behalf of Defendant Soligent Distribution LLC mholt@formanlaw.com, kanema@formanlaw.com

District/off: 0312-1                          User: admin                                    Page 4 of 4
Date Rcvd: Mar 18, 2026                       Form ID: pdf903                                 Total Noticed: 2

Michael J. Stafford
                    on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal  mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford
                    on behalf of Plaintiff U.S. Electrical Services  Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal,
                    mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli
                    on behalf of Debtor Orbit Energy & Power  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell
                    on behalf of Creditor House & Home Magazine  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
                    on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com  anovoa@slgcollect.com

Regina Cohen
                    on behalf of Creditor Ally Capital rcohen@lavin-law.com

Richard A. O'Halloran
                    on behalf of Creditor Dividend Solar Finance  LLC richard.ohalloran@dinsmore.com,
                    lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich
                    on behalf of Creditor Sunlight Financial  LLC rrich@hunton.com, candonian@huntonak.com

Ronald S. Gellert
                    on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Turner Falk
                    on behalf of Creditor Allspire Health GPO  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf
                    on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig
                    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 74