UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQ. (ED1793)
LEX NOVA LAW LLC
20000 Horizon Way, Suite 750
Mount Laurel, NJ  08054
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

In Re:

ORBIT ENERGY & POWER, LLC,

　　　　　Debtor.

Case No.:  22-19628(ABA)

Chapter:  _____7_____

Judge:　Andrew B. Altenberg

Hrg. Date: April 28, 2026 @ 10:00 a.m.

## CERTIFICATION OF SERVICE

1.　I, Angela DiDonato:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents the Trustee, Andrew Sklar, Debtor in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.　On March 24, 2026, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

　　a.　Motion of Andrew Sklar, Chapter 7 Trustee, for an Entry of an Order Establishing the Deadline for Filing Chapter 11 Administrative Claims and Approving Notice Thereof;

　　b.　Brief in Support of Motion with Exhibits;

　　c.　Certification of Andrew Sklar, Chapter 7 Trustee, in Support of Motion; and

　　d.　Proposed form of Order.

#859755 v1

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date:  March 24, 2026                           _/s/ Angela DiDonato_____
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>  For the District of New Jersey<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5235 | Office of the United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other  - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Taxation<br>Compliance and Enforcement<br>Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>Trenton, NJ 08695 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the Attorney General of the State of New Jersey<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitsubishi HC Capital America, Inc.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road, Suite 120<br>Melville, NY 11747-2725 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Toyota Industries Commercial Finance c/o Weltman, Weinberg & Reis, Co., LPA 170 S. Independence Mall W., Suite 874W Philadelphia, PA 19106-3334 | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☒ Other – ECF <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Saldutti Law Group Attn: Rebecca McDowell, Esquire 1040 North Kings Highway, Suite 100 Cherry Hill, NJ 08034-1925 | Counsel for Veteran Tree and Landscape | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☒ Other - ECF <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| 570 Mantua Blvd, LLC Central Operations & Main Warehouse 570 Mantua Blvd. Sewell, NJ 08080-1022 | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR Other – ECF <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Horn, Esquire AY Strauss 101 Eisenhower Parkway, Suite 412 Roseland, NJ 07068 | Counsel for 570 Mantua Blvd. | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR Other - ECF <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| AA Roofing 149 Houston Street Pittsburgh, PA 15223-1718 | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR Other - ECF <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Attorney 970 Broad Street, Room 502 Rodino Federal Bldg. Newark, NJ 07102-2534 | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR Other - ECF <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Counsel for American Express National Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amy E. Vulpio, Esquire<br>White and Williams, LLP<br>1650 Market Street, Floor 18<br>Philadelphia, PA 19103-7395 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other  - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomas M. North, Esquire<br>53 Newton Avenue<br>Woodbury, NJ 08096 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cohen Seglias Pallas Greenhall & Furman<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103-7210 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cohen Seglias Pallas Greenhall & Furman<br>Attn:  William M. Buchanan, Esquire<br>525 William Penn Place, Suite 3005<br>Pittsburgh, PA 15219 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City Electric Supply Company<br>c/o Milne Law Group, P.A.<br>301 E. Pine Street, Suite 525<br>Orlando, FL 32801-2755 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Kaminski Law, PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Counsel for Cloudfund, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jack Shrum, Esquire<br>Citizens Bank Center<br>919 Market Street, Suite 1410<br>Wilmington, DE 19801 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other  - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Minuti, Esquire<br>Saul Ewing, LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899-1266 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey Cianciulli, Esquire<br>1339 Chestnut Street, Suite 500<br>Philadelphia, PA 19107-3503 | Counsel for Republic Bank / Fulton Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven W. Wells, Esquire<br>Wells Law, PC<br>229 Warner Rd.<br>Lancaster, NY 14086-1040 | Counsel for Reserve Capital Management, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br> Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean Angelini<br>106 E. Mantua Avenue<br>Wenonah, NJ 08090-1920 | Orbit Energy/Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Orbit Energy & Power, LLC<br>570 Mantua Blvd<br>Sewell, NJ 08080 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gregory Hesse, Esquire<br>Hunton Andrews Kurth, LLP<br>Fountain Place<br>1445 Ross Ave, Suite 3700<br>Dallas, TX 75202 | Counsel for Sunlight Financial | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Industries Commercial Finance<br>c/o Weltman, Weinberg & Reis Co.<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>X Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexis A. Leventhal, Esquire<br>225 Fifth Avenue<br>Pittsburgh, PA 15222-2724 | Counsel for Wells Fargo Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Jason D. Angelo, Esquire<br>Reed Smith, LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801-1163 | Counsel for Wells Fargo Commercial Distribution Finance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Withum Smith & Brown, P.C.<br>P.O. Box 5340<br>Princeton, NJ 08543-5340 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott Sobel<br>202 Grist Mill Drive<br>Milton, DE 19968-1354 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi, III<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ellen Arvin Kennedy, Esquire<br>Dinsmore & Shohl, LLP<br>City Center<br>100 W. Main Street, Suite 900<br>Lexington, KY 40507-1839 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jonathan S. Hawkins, Esquire<br>Thompson Hine, LLP<br>10050 Innovation Drive, #400<br>Miamisburg, OH 45342-4934 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicole M. Nigrelli, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other  - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shanna M. Kaminski, Esquire<br>Kaminski Law<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William E. Craig, Esquire<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | Counsel for Santander Consumer U.S.A., d/b/a Chrysler Capital | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cameron Deane, Esquire<br>Weltman Weinberg & Reis Co., LPA<br>520 Walnut Street, Suite 1335<br>Philadelphia, PA 19016 | Counsel for KeyBank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Regina Cohen, Esquire<br>Lavin, Cedrone, et al.<br>190 North Independence Mall West<br>6th & Race Streets, Suite 500<br>Philadelphia, PA 19106 | Counsel for Ally Capital | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Beacon Roofing Supply<br>P.O. Box 418527<br>Boston, MA 02241-8527 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Billows Electric Supply<br>5071 Route 42 South<br>Blackwood, NJ 08012 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other  - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Clear Channel Outdoor<br>P.O. Box 402379<br>Atlanta, GA 30384-2379 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cloudfund, LLC<br>400 Rella Blvd, Suite 165-101<br>Suffern, NY 10901 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cooper Power Systems<br>d/b/a Cooper Electric Supply Co.<br>P.O. Box 415925<br>Boston, MA 02241-5925 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dvinci, Inc.<br>d/b/s Colossus<br>177 Huntington Ave, Suite 1703<br>P.O. Box 42739<br>Boston, MA 02115-3153 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| EBF Holdings, LLC<br>d/b/a Everest Funding<br>2001 NW 107th Avenue, 3rd Floor<br>Miami, FL 33172 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Global Merchant Cash, Inc.<br>64 Beaver Street, Suite 415<br>New York, NY 10004 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other  - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Google, LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Krannich Solar East, LLC<br>75 Twinbridge Dr., Suite H<br>Pennsauken, NJ 08110 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marvic Supply<br>16687 Collection Center Drive<br>Chicago, IL 60693 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Puronica Water Systems, Inc.<br>d/b/a Franklin Electric Co. Inc.<br>21054 Network Place<br>Chicago, IL 60673-1210 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Reserve Capital Management, LLC<br>c/o Steven W. Wells, Esquire<br>Wells Law, PC<br>229 Warner Rd.<br>Lancaster, NY 14086 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Samson MCA, LLC<br>17 State Street, 6th Floor<br>New York, NY 10004 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other  - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Small Business Administration<br>403 3rd Street, SW<br>Washington, DC 20416 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sollgent Distribution, LLC<br>P.O. Box 888012<br>Los Angeles, CA 90088-8012 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sunlight Financial<br>234 West 39th Street, 7th Fl.<br>New York, NY 10018 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TVT 2.0 LLC<br>881 Baxter Drive<br>South Jordan, UT 84095 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Renewable Solutions<br>P.O. Box 412485<br>Boston, MA 02241-2485 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other – ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wynwood Capital Group, LLC<br>20200 W. Dixie Highway<br>Miami, FL 33180 | Top 20 Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>Other  - ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#859755 v1