**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE:  ORBIT ENERGY & POWER, LLC       APPLICANT:  Lex Nova Law LLC

CASE NO.: 22-19628(ABA)                        CLIENT:      ANDREW SKLAR,
                                                                           CHAPTER 7 TRUSTEE

CHAPTER: 7                                            CASE FILED:  December 6, 2022 (Chapter 11);
                                                                          Converted to Chapter 7 on
                                                                          February 27, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.

RETENTION ORDER ATTACHED

**SECTION 1**
**FEE SUMMARY**

INTERIM FEE APPLICATION NO, 5

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $184,108.25 | $4,395.00 |
| TOTAL FEES ALLOWED TO DATE: | $184,108.25 | $4,395.00 |
| TOTAL RETAINER (IF APPLICABLE): | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE): | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT: | $184,108.25 | $4,395.00 |

| Name of Professional & Title | Years Admitted (or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.    E. Richard Dressel, Esquire | 1988 | 64.25 | $575/hr. | $36,943.75 |
| **TOTALS** |  | 64.25 |  | $36,943.75 |

**FEE TOTALS**                                                                     $36,943.75
**DISBURSEMENT TOTALS**                                                 $   568.00
**TOTAL FEE APPLICATION**                                             $  $37,511.75

Page **1** of **4**

#857784 v1

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  Asset Analysis Recovery | 1.75 | $1,006.25 |
| b)  Asset Disposition | 0.00 | $0.00 |
| c)  Avoidance Action Litigation | 0.00 | $0.00 |
| d)  Business Operations | 0.00 | $0.00 |
| e)  Case Administration | 15.25 | $8,768.75 |
| f)  Claims Administration and Objections | 32.55 | $18,716.25 |
| g)  Employee Benefits/Pensions | 0.00 | $0.00 |
| h)  Fee/Employment Applications | 7.40 | $4,255.00 |
| i)  Fee/Employment Objections | 0.00 | $0.00 |
| j)   Financing | 0.00 | $0.00 |
| k)  Litigation (Other than Avoidance Action Litigation) | 7.30 | $4,197.50 |
| l)  Meetings of Creditors | 0.00 | $0.00 |
| m) Plan and Disclosure Statement | 0.00 | $0.00 |
| n)  Relief from Stay Proceedings | 0.00 | $0.00 |
| o)  Accounting/Auditing | 0.00 | $0.00 |
| p)  Business Analysis | 0.00 | $0.00 |
| q)  Corporate Finance | 0.00 | $0.00 |
| r)  Data Analysis | 0.00 | $0.00 |
| s)  Litigation Consulting | 0.00 | $0.00 |
| t)  Reconstruction Accounting | 0.00 | $0.00 |
| u) Tax Issues | 0.00 | $0.00 |
| v)  Valuation | 0.00 | $0.00 |
| w)  Travel Time | 0.00 | $0.00 |
| **TOTALS** | 64.25 | $36,943.75 |

#857784 v1

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a)  Computer Assisted Legal Research | $0.00 |
| b)  Facsimile (with rates) <br> No. of pages:  N/A ; Rate per page N/A (Max. $1.00.pg.) | $0.00 |
| c)  Long Distance Telephone | $0.00 |
| d)  In-House Reproduction <br> No. of pages: 1690; Rate per page  $0.20 (Max. $.20.pg.) | $338.00 |
| e)  Outside Reproduction | $0.00 |
| f)  Outside Research | $0.00 |
| g)  Filing/Court Fees | $0.00 |
| h)  Court Reporting | $0.00 |
| i)   Court Solutions | $0.00 |
| j)  Courier & Express Carriers (e.g. Federal Express) | $0.00 |
| k)  Postage | $230.00 |
| l)  Other: | $0.00 |
| m)  Other:  Address Search | $0.00 |
| **DISBURSEMENT TOTAL:** | $568.00 |

#857784 v1

**SECTION IV
CASE HISTORY**

(1)  **DATE CASE FILED:**

Chapter 11 case filed on December 6, 2022;
Converted to Chapter 7 case on February 27, 2023.

(2)  **CHAPTER UNDER WHICH CASE COMMENCED:**

Chapter 11

(3)  **DATE OF RETENTION:** Finberg:  March 15, 2023, effective March 7, 2023, the date the Application was filed.  Retention Order annexed to Application as Exhibit "A".
Sklar:  September 13, 2023, effective September 3, 2023, the date the Application was filed.  Retention Order annexed to Application as Exhibit "B".

**If limit on numbers of hours or other limitations to retention, set forth:** N/A

(4)  **SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**

Certification with detailed time sheets attached hereto

(5)  **ANTICIPATED DISTRIBUTION TO CREDITORS:**

(a)  **Administrative expenses:**  100% (Chapter 7); unknown (Chapter 11)
(b)  **Secured creditors:**  To be determined
(c)  **Priority creditors:**  To be determined
(d)  **General unsecured creditors:** To be determined

(6)  **FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):**      N/A

I certify under penalty of perjury that the foregoing is true and correct.

/s/ E. Richard Dressel
E. Richard Dressel Esquire

Dated:  March 28, 2026

#857784 v1