UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
856-382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

| | |
|---|---|
| In Re: | Honorable Andrew B. Altenburg |
| ORBIT ENERGY & POWER, LLC, | Chapter:  7 |
| Debtor. | Bankr. No.:  22-19628(ABA) |
| | Hearing Date: May 14, 2026<br>@ 2:00 pm |

## ORDER GRANTING FIFTH  INTERIM ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

#857822 v1

**(Page 2)**
Debtors:  Orbit Energy & Power, LLC
Case No.:  22-19628(ABA)
**ORDER GRANTING FIFTH INTERIM ALLOWANCES**

The Court having found that the person(s) named below filed an Application for Fifth

Interim Allowances as counsel for Andrew Sklar, Chapter 7 Trustee; and notice and opportunity

for hearing were given to creditors and other parties in interest as required; and for good cause

shown; it is hereby

**ORDERED** and **ADJUDGED** that interim compensation and expenses are allowed in

the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Lex Nova Law LLC | $36,943.75 | $    568.00 |

#857822 v1