E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
Counsel for Andrew Sklar,
  Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Honorable Andrew B. Altenburg |
| ORBIT ENERGY & POWER, LLC, | Chapter 7 |
| Debtor. | Bankr. No.:  22-19628(ABA) |
| | Hearing Date:  May 14, 2026<br>@ 2:00 pm |

**APPLICATION OF LEX NOVA LAW, LLC, ATTORNEYS FOR ANDREW SKLAR, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF FIFTH  INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2025 THROUGH FEBRUARY 28, 2026**

TO THE HONORABLE ANDREW B. ALTENBURG, U.S. BANKRUPTCY JUDGE:

The Application of Lex Nova Law, LLC ("Applicant"), attorneys for Andrew Sklar, Chapter 7 Trustee herein ("Trustee"), for Allowance of Fifth Interim Compensation and Reimbursement of Costs Expended for the Period June 1, 2025 through February 28, 2026, respectfully states as follows:

1.      Orbit Energy & Power, LLC ("Debtor") filed a voluntary petition for relief pursuant to the provisions of Chapter 11 of the Bankruptcy Code on December 6, 2022 (the "Petition Date").

2.      The Chapter 11 case was converted to the instant Chapter 7 case by Order of this Court dated February 27, 2023.

#857845 v1

3.      Andrew Finberg was the Interim Trustee (the "Trustee") in this Chapter 7 case, duly appointed and so-acting in this matter until August 30, 2023, when his appointment was vacated and Andrew Sklar was appointed as the successor Trustee (the "Successor Trustee").

4.      By Order of this Court dated March 15, 2023, Applicant was appointed as counsel for Andrew Finberg, effective March 7, 2023, the date the Application for Retention of Lex Nova Law, LLC was filed with the Court.  Subsequent thereto, Applicant represented the Trustee in the within proceeding and before this Court.  A copy of said Retention Order is annexed hereto and made part hereto as Exhibit "A".

5.      By Order of this Court dated September 13, 2023, Applicant was appointed as counsel for the Successor Trustee, effective September 3, 2023, the date the Application for Retention of Lex Nova Law, LLC was filed with the Court.  Subsequent thereto, Applicant represented the Successor Trustee in the within proceeding and before this Court.  A copy of said Retention Order is annexed hereto and made part hereto as Exhibit "B".

6.      By Order of this Court dated December 14, 2023, Applicant was granted first interim compensation for the period March 7, 2023 through August 30, 2023 in the amount of $95,602.50 and reimbursement of expenses incurred in the amount of $2,993.00.

7.      By Order of this Court dated May 23, 2024, Applicant was granted second interim compensation for the period September 3, 2023 through December 31, 2023 in the amount of $54,782.00 and reimbursement of expenses incurred in the amount of $1,402.

8.   By Order of this Court dated May 23, 2024, Applicant was granted third interim compensation for the period January 1, 2024 through September 30, 2024 in the amount of $54,782.00 and reimbursement of expenses incurred in the amount of $1,402.

#857845 v1

9.      By Order of this Court dated September 11, 2025, Applicant was granted fourth interim compensation for the period October 1, 2024 through May 31, 2025 in the amount of $33,723.75.

10.      Applicant files this Application pursuant to the applicable provision of Sections 327, 315 and 331 of the Bankruptcy Code seeking allowance of third interim compensation for time expended by Applicant in the representation of the Trustee for the period June 1, 2025 through February 28, 2026.

11.      All services for which compensation is requested were performed for, and on behalf of, the Successor Trustee and not on behalf of any other party.

12.      Applicant has rendered services during the pendency of this Chapter 7 proceeding on behalf of the Successor Trustee for the period June 1, 2025 through February 28, 2026 totaling 64.25 hours.

13.      In accordance with the requirements of Bankruptcy Rule 2016(a), a detailed statement of legal services rendered by Applicant in the representation of the Trustee for the period June 1, 2025 through February 28, 2026,  in the amount $36,943.75 is annexed hereto and incorporated herein as Exhibit "C", which sets forth a detailed description of the services rendered by each professional person, together with an itemization of the date upon which the service was performed, the amount of time expended for that service and the hourly billing rate of each professional person performing services.

14.      The time expended by Applicant on behalf of the Trustee during the period June 1, 2025 through February 28, 2026 is summarized as follows:

#857845 v1

| Name of Professional & Title | Years Admitted (or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  E. Richard Dressel, Esquire | 1988 | 64.25 | $575/hr. | $36,943.75 |
| **FEE TOTALS** | | 64.25 | | $36,943.75 |

15.     During the period June 1, 2025 through February 28, 2026, Applicant incurred

$568.00 in expenses on behalf of the Trustee, which are also set forth in the statement of legal

services annexed hereto as Exhibit "D".

16.     Applicant has performed all services necessary to represent the Trustee in the

instant proceeding, including the following:

- Representation of Trustee in connection with Fulton Bank Motion for Set-off and negotiate the settlement of the Motion.
- Preparation of Lex Nova Law LLC Fee Application.
- Representation of Trustee regarding EBF Subpoena, document production.
- Representation of Trustee regarding various MCA Claims.
- Preparation of Motion regarding reclassification of various secured claims to general unsecured claims without priority, including brief in support.
- Representation of Trustee in connection with abandoning remaining assets.
- Preparation of Motion to Establish Chapter 11 Administrative Claim Bar Date and Notice by Publication, including Memorandum in Support.

17.     Applicant believes that the compensation sought in the instant Application is fair

and reasonable in light of the time and effort devoted, the responsibilities undertaken, the results

achieved, the quality and efficiency of the work done and any other factors which may be

relevant to a determination of the reasonableness of the compensation sought.

#857845 v1

WHEREFORE, Lex Nova Law, LLC respectfully requests that this Honorable Court enter an Order allowing fifth interim compensation to Applicant in the amount of $36,943.75 for legal services rendered and allowing $568.00 for reimbursement of expenses incurred during the period from June 1, 2025 through February 28, 2026 and for any additional relief as may be deemed just and proper.

Respectfully submitted,

Lex Nova Law LLC


/s/ E. Richard Dressel
E. Richard Dressel, Esquire
Attorneys for Andrew Sklar,
  Chapter 7 Trustee

Date:  March 28, 2026

#857845 v1