UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew B. Finberg, Esq.
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Chapter 7 Trustee

**Order Filed on March 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re: | Case No.: | 22-19628 |
| Orbit Energy & Power, LLC | Chapter: | 7 |
| dba Orbit Energy and Power, LLC | | |
| Debtor | Judge: | ABA |

## ORDER AUTHORIZING RETENTION OF

E. Richard Dressel, Esquire

The relief set forth on the following page is **ORDERED**.

**DATED: March 15, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____E. Richard Dressel, Esquire_____

as _____Counsel to the Trustee_____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:    1810 Chapel Avenue West

Suite 200

Cherry Hill, NJ 08002

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2