UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel (ED1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(856) 382-8211
Proposed Attorney for Andrew Sklar,
[substitute] Chapter 7 Trustee

**Order Filed on September 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | | |
|---|---|---|
| Orbit Energy & Power, LLC, | Case No.: | 22-19628(ABA) |
| | Chapter: | 7 |
| Debtor | Judge: | Andrew B. Altenburg |

## ORDER AUTHORIZING RETENTION OF

E. Richard Dressel, Esquire

The relief set forth on the following page is **ORDERED**.

**DATED: September 13, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____E. Richard Dressel, Esquire_____

as _____Counsel to the Trustee_____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  10 E. Stow Road

    Suite 10

    Marlton, NJ  08053

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper
    application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
    13 case. Payment to the professional may only be made after satisfactory completion of
    services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2