

**LEX NOVA LAW**

EIZEN / GOLDSTEIN / RODERICK /SKINNER / SPIRGEL / DRESSEL

LIMITED LIABILITY COMPANY

20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054

## INVOICE - Due Upon Receipt

Invoice # 63624
Date: 03/10/2026

Andrew Sklar
Sklar Law, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034

## Statement of Account

| | Outstanding Balance | New Charges | Amount in Trust | Payments Received | Total Amount Outstanding |
|---|---|---|---|---|---|
| ( | $0.00 | + $37,511.75 ) - ( | $0.00 | + $0.00 ) = | $37,511.75 |

## 01962-Sklar

## Orbit Energy & Power, LLC

### Services

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 06/02/2025 | ERD | Prepare Settlement Agreement with Fulton/ Republic and Motion to Approve Settlement Agreement, including Memorandum in Support of Motion. | 4.50 | $575.00 | $2,587.50 |
| 06/03/2025 | ERD | Review/analysis re SPECTrade discovery. | 0.75 | $575.00 | $431.25 |
| 06/04/2025 | ERD | Motion to Approve Set-off Settlement. | 1.25 | $575.00 | $718.75 |

| 06/05/2025 | ERD | Prepare LNL Fee Application. | 1.25 | $575.00 | $718.75 |
|---|---|---|---|---|---|
| 06/06/2025 | ERD | Finalize Mutual Release and Settlement Agreement and Motion to Approve same. | 0.50 | $575.00 | $287.50 |
| 06/06/2025 | ERD | Correspondence/e-mails to J Cianciulli and A. Sklar re Mutual Release and Settlement Agreement and Motion to Approve same. | 0.20 | $575.00 | $115.00 |
| 06/06/2025 | ERD | Correspondence/e-mails to/from A. Sklar re outstanding case items. | 0.20 | $575.00 | $115.00 |
| 06/06/2025 | ERD | Review/analysis re EBF subpoena. | 0.50 | $575.00 | $287.50 |
| 06/06/2025 | ERD | Correspondence/e-mails from/to G. Minnow regarding EBF subpoena. | 0.10 | $575.00 | $57.50 |
| 06/06/2025 | ERD | Telephone call with G. Minnow, counsel for EBF, regarding EBF subpoena directed to Trustee Sklar. | 0.25 | $575.00 | $143.75 |
| 06/09/2025 | ERD | Review/analysis re document production served upon A. Sklar. | 0.75 | $575.00 | $431.25 |
| 06/09/2025 | ERD | Revise proposed Release/CO from J. Cianciulli. | 0.65 | $575.00 | $373.75 |
| 06/10/2025 | ERD | Correspondence/e-mails from/to J. Cianciulli regarding Mutual Release and Settlement Agreement with Fulton Bank. | 0.10 | $575.00 | $57.50 |
| 06/10/2025 | ERD | Revise Mutual Release and Settlement Agreement with Fulton Bank per J. Cianciulli comments. | 0.75 | $575.00 | $431.25 |
| 06/10/2025 | ERD | Correspondence/e-mails to/from G. Minnow re documetn demand directed to Trustee Sklar. | 0.10 | $575.00 | $57.50 |
| 06/11/2025 | ERD | Document review per G. Minnow Subpoena- EBF. | 0.75 | $575.00 | $431.25 |
| 06/13/2025 | ERD | Prepare LNL Fee Application. | 2.00 | $575.00 | $1,150.00 |
| 06/17/2025 | ERD | Correspondence/e-mail to J. Cianciulli regarding Mutual Release and Settlement. | 0.10 | $575.00 | $57.50 |
| 06/24/2025 | ERD | Correspondence/e-mails to/from G. Minnow re Request for Production of Documents directed to Trustee Sklar. | 0.20 | $575.00 | $115.00 |
| 06/30/2025 | ERD | Review R. Snyder document production and response to EBF Holdings. Correspondence/e-mails to R. Snyder re same. | 2.65 | $575.00 | $1,523.75 |
| 07/01/2025 | ERD | Review R. Snyder document production. | 0.65 | $575.00 | $373.75 |
| 07/22/2025 | ERD | Correspondence/e-mail to J. Cianciulli regarding Fulton set-off, turnover of excess account balance to Trustee per settlement agreement approved by Court. | 0.15 | $575.00 | $86.25 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/23/2025 | ERD | Correspondence/e-mails from/to J. Cianciulli regarding turnover. | 0.10 | $575.00 | $57.50 |
| 07/23/2025 | ERD | Correspondence/e-mail to J. Cianciulli regarding Order on Motion to Settle Fulton Set-off. | 0.10 | $575.00 | $57.50 |
| 07/25/2025 | ERD | Correspondence/e-mails from/to E. McDowell, N. Burns, re 2018 Dodge Ram. | 0.15 | $575.00 | $86.25 |
| 07/30/2025 | ERD | Review documents in connection with preparation of Subpoena to SPECTrade. | 1.25 | $575.00 | $718.75 |
| 07/31/2025 | ERD | Finalize/file LNL Fourth Interim Fee Application. | 0.50 | $575.00 | $287.50 |
| 08/04/2025 | ERD | Correspondence/e-mail to A. Sklar re Fulton turnover and Fulton account statements (SPECTrade monthly deposits into account). | 0.10 | $575.00 | $57.50 |
| 08/12/2025 | ERD | Correspondence/e-mail to J. Cianciulli regarding Fulton Bank account statements. | 0.10 | $575.00 | $57.50 |
| 09/10/2025 | ERD | Telephone call from customer, Elana R., regarding roof damage, leaks and required repairs. | 0.15 | $575.00 | $86.25 |
| 09/21/2025 | ERD | Memo to A. Sklar re outstanding issues, closing of case. | 1.00 | $575.00 | $575.00 |
| 09/24/2025 | ERD | Review documents regarding TVT2.0 asserted secured claim. | 1.00 | $575.00 | $575.00 |
| 10/03/2025 | ERD | Correspondence/e-mail to J. Cianciulli, counsel for Fulton, re bank statement for Trustee to track SPECTrade deposits. | 0.10 | $575.00 | $57.50 |
| 10/09/2025 | ERD | Follow-up correspondence/e-mail to J. Cianciulli regarding Fulton Bank. | 0.10 | $575.00 | $57.50 |
| 10/22/2025 | ERD | Review re claims docket, including MCA claims and liens asserted. | 4.00 | $575.00 | $2,300.00 |
| 10/23/2025 | ERD | Memo to A. Sklar regarding claims, including Chapter 11 and MCA claims and liens asserted. | 3.00 | $575.00 | $1,725.00 |
| 10/31/2025 | ERD | Correspondence/e-mails from L. Rappaport regarding TVT 2.0 LLC, status of case and projected distributions. | 0.10 | $575.00 | $57.50 |
| 11/13/2025 | ERD | Review/analysis re secured claims for Motion to Reclassify. | 0.65 | $575.00 | $373.75 |
| 11/19/2025 | ERD | Review claims register re secured, administrative claims in connection with sales, abandonment of remaining assets. (4 hours; 1.5 hours no charge). | 2.50 | $575.00 | $1,437.50 |
| 11/20/2025 | ERD | Omnibus Claims Motion. | 2.25 | $575.00 | $1,293.75 |
| 11/24/2025 | ERD | Telephone call from B. Fisher regarding solar | 0.20 | $575.00 | $115.00 |

| | | panel - repairs/claim(s). | | | |
|---|---|---|---|---|---|
| 11/25/2025 | ERD | Correspondence/e-mail to B. Fisher, Orbit customer. | 0.10 | $575.00 | $57.50 |
| 11/28/2025 | ERD | Draft Omnibus Claims Motion. | 0.75 | $575.00 | $431.25 |
| 11/28/2025 | ERD | Complete secured claim analysis for abandonment, omnibus claims motion. Memo to A. Sklar re same. | 2.50 | $575.00 | $1,437.50 |
| 12/03/2025 | ERD | Correspondence/e-mails from/to K. Thomas re Zurich Insurance, Chapter 11 administrative claims. | 0.10 | $575.00 | $57.50 |
| 12/08/2025 | ERD | Review/analysis re Chapter 11 administrative claims. | 1.00 | $575.00 | $575.00 |
| 01/07/2026 | ERD | Claims review/analysis and Motion to Modify. | 2.25 | $575.00 | $1,293.75 |
| 01/15/2026 | ERD | Telephone call with A. Sklar re abandonment of remaining assets, Motion to Reclassify Secured Claims as Unsecured and Motion to Establish Chapter 11 Claims Bar Date, with Notice by Publication. | 0.20 | $575.00 | $115.00 |
| 01/15/2026 | ERD | Motion for Chapter 11 Claims Bar Date, Notice by Publication. | 0.75 | $575.00 | $431.25 |
| 01/19/2026 | ERD | Motion for Bar Date for Chapter 11 Admin. Claims and Notice by Publication and Brief in Support. | 1.25 | $575.00 | $718.75 |
| 01/20/2026 | ERD | Prepare Motion for Bar Date and Notice by Publication and Memorandum in Support. (4.0 hours; 1.0 hour no charge). | 3.00 | $575.00 | $1,725.00 |
| 01/21/2026 | ERD | Memorandum in Support of Ch. 11 Bar Date and Notice by Publication. | 1.75 | $575.00 | $1,006.25 |
| 01/28/2026 | ERD | Motion to Modify Claims. | 3.50 | $575.00 | $2,012.50 |
| 02/06/2026 | ERD | Correspondence/e-mail from M. Swiecinska regarding Bratton vs. Wasson, Orbit litigation. | 0.10 | $575.00 | $57.50 |
| 02/06/2026 | ERD | Finalize Claims Motion. Memo to A. Sklar re same. | 1.75 | $575.00 | $1,006.25 |
| 02/06/2026 | ERD | Prepare LNL Final Fee Application. | 1.50 | $575.00 | $862.50 |
| 02/08/2026 | ERD | Finish/finalize Claims Motion, including service. (2.75 hours; 1.25 hours no charge). | 1.50 | $575.00 | $862.50 |
| 02/09/2026 | ERD | Prepare Motion for Bar Date and Notice by Publication and Brief in Support. | 1.25 | $575.00 | $718.75 |
| 02/09/2026 | ERD | Finalize and file Claims Motion. | 0.65 | $575.00 | $373.75 |
| 02/10/2026 | ERD | Motion for Bar Date and Notice by Publication. | 1.00 | $575.00 | $575.00 |

| 02/10/2026 | ERD | Prepare LNL Fee Application. | 0.65 | $575.00 | $373.75 |
| 02/13/2026 | ERD | Prepare LNL Fee Application. | 1.00 | $575.00 | $575.00 |
| 02/18/2026 | ERD | Draft Brief in Support of Motion to Establish Bar Date and for Notice by Publication. | 1.50 | $575.00 | $862.50 |
| 02/19/2026 | ERD | Prepare LNL Fee Application. | 0.50 | $575.00 | $287.50 |
| | | **Services Subtotal** | | | **$36,943.75** |

### Expenses

| Date | Description | Total |
| --- | --- | --- |
| 02/11/2026 | Fee: USPS Postage for 52 mailings of the Notice of Omnibus | $230.00 |
| 02/11/2026 | Fee: Copy charge for 52 mailings of the Notice of Omnibus | $338.00 |
| | **Expenses Subtotal** | **$568.00** |
| | **Subtotal** | **$37,511.75** |
| | **Total** | **$37,511.75** |

**Amounts Outstanding After 30 Days Bear Interest at 15%**

## Remittance Advice

**Checking Information**

**Remit checks to:**   20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054

*In light of the risks presented by COVID-19, we strongly suggest you pay electronically, either by credit card, eCheck, or ACH transfer.*

*Please contact us if you need more information.*

**Thank You For Your Payment!**

20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054

## INVOICE - Due Upon Receipt

Invoice # 63624
Date: 03/10/2026



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device
and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.