UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQ. (ED1793)
LEX NOVA LAW LLC
20000 Horizon Way, Suite 750
Mount Laurel, NJ  08054
(856) 382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

Case No.:  22-19628(ABA)

Chapter:  7

In Re:

ORBIT ENERGY & POWER, LLC,

                    Debtor.

Judge:  Andrew B. Altenberg

Hrg. Date:  May 14, 2026 @ 10:00 a.m.

## CERTIFICATION OF SERVICE

1.      I, Angela DiDonato:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents the Trustee, Andrew Sklar, Debtor in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On March 28, 2026, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

    a.   Fee Application Cover Sheet
    b.   Application of Lex Nova Law LLC for Allowance of Fifth Interim Compensation and Reimbursement of Costs Expended for the Period June 1, 2025 through February 28, 2026; and
    c.   Proposed form of Order Granting Allowances.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  March 28, 2026                    _/s/ Angela DiDonato_____
                                                            Signature

#691090 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102-5235<br><br>Albert Anthony Ciardi III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other<br>_ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732<br><br>**Nicole M. Nigrelli, Esquire**<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Counsel for Debtor<br><br>Counsel for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other<br>__ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Orbit Energy & Power, LLC**<br>570 Mantua Blvd.<br>Sewell, NJ 08080<br><br>All parties receiving notices by ECF | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

#691090 v1