

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ROBERT N. SNYDER, JR., CPA
Sharer Petree Brotz & Snyder
1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043
(856)435-3200
Accountant for the Chapter 7 Trustee

**Order Filed on April 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| **In Re:** | Case No.: 22-19628 |
| --- | --- |
| ORBIT ENERGY & POWER, LLC | Chapter 7 |
| | Hearing Date: 04/09/26 @2:00pm |
| | Judge: ABA |

**ORDER AWARDING FINAL FEE APPLICATION
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is
Hereby **ORDERED**.

**DATED: April 10, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:        **ORBIT ENERGY & POWER, LLC**
Case No.:       22-19628\ABA
Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Sharer Petree Brotz & Snyder | $2,838.50 | $26.65 |