UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ROBERT N. SNYDER, JR., CPA
Sharer Petree Brotz & Snyder
1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043
(856)435-3200
Accountant for the Chapter 7 Trustee

**Order Filed on April 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| **In Re:** | Case No.: 22-19628 |
|---|---|
| ORBIT ENERGY & POWER, LLC | Chapter 7 |
| | Hearing Date: 04/09/26 @2:00pm |
| | Judge: ABA |

**ORDER AWARDING FINAL FEE APPLICATION
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is
Hereby **ORDERED**.

**DATED: April 10, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:       **ORBIT ENERGY & POWER, LLC**
Case No.:     22-19628\ABA
Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Sharer Petree Brotz & Snyder | $2,838.50 | $26.65 |

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 22-19628-ABA

Orbit Energy & Power, LLC                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 10, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

District/off: 0312-1            User: admin           Page 2 of 4

Date Rcvd: Apr 10, 2026          Form ID: pdf903          Total Noticed: 2

Andrew Sklar
on behalf of Trustee Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com

Andrew Sklar
on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com

Angela L Mastrangelo
on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com  bhoffmann@bk-legal.com

Anthony Sodono, III
on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com

Anthony F. Giuliano
on behalf of Creditor Global Merchant Cash  Inc. afg@glpcny.com, afg@ecf.courtdrive.com

Barry R. Sharer
on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com

Bonnie R. Golub
on behalf of Creditor Republic Bank bgolub@wgpllp.com  imarciniszyn@wgpllp.com

Brian Swope
on behalf of Creditor Van Meter Auto Repair swope@comcast.net

Brian Swope
on behalf of Creditor South State Tech LLC swope@comcast.net

Caitlin Conklin
on behalf of Creditor Clear Channel Outdoor  LLC caitlin.conklin@klgates.com

Cameron Deane
on behalf of Creditor KeyBank  N.A. cdeane@weltman.com

Cameron Deane
on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com

Carol E. Momjian
on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov

Corinne Samler Brennan
on behalf of Creditor Attolon Partners  LLC cbrennan@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Daniel E. Straffi
on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel M. Eliades
on behalf of Creditor Clear Channel Outdoor  LLC daniel.eliades@klgates.com

Daniel S. Siedman
on behalf of Debtor Orbit Energy & Power  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David G Murphy
on behalf of Creditor Wells Fargo Commercial Finance  LLC dmurphy@reedsmith.com

David G Murphy
on behalf of Creditor WELLS FARGO BANK  N.A. dmurphy@reedsmith.com

David S. Catuogno
on behalf of Creditor Clear Channel Outdoor  LLC david.catuogno@klgates.com

Don Abraham
on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com

Donald W Clarke
on behalf of Creditor Krannich Solar East  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel
on behalf of Auctioneer Quaker City Auctioneers Inc rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Auctioneer Quaker City Auctioneers  Inc. rdressel@lexnovalaw.com

Eric Horn

District/off: 0312-1 User: admin Page 3 of 4

Date Rcvd: Apr 10, 2026 Form ID: pdf903 Total Noticed: 2

on behalf of Creditor Crondall Lane LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn

on behalf of Creditor 570 Mantua LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn

on behalf of Creditor EBF Holdings LLC dba Everest Business Funding ehorn@aystrauss.com, mtjohnston@aystrauss.com

Forrest Scott Turkish

on behalf of Attorney Oldcastle APG Northeast Inc. fsturkish@aol.com

Gary M. Perkiss

on behalf of Defendant Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gary M. Perkiss

on behalf of Creditor Billows Electric Supply Company Inc. gperkiss@perkiss.com

Gaston P. Loomis, II

on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com csentman@mdmc-law.com

Harry M. Gutfleish

on behalf of Creditor Reserve Capital Management LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Creditor Cloudfund LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Creditor Wynwood Capital Group LLC harry@gutfleishlaw.com

Holly Smith Miller

on behalf of Creditor Zurich American Insurance Company hsmiller@gsbblaw.com

Jack Shrum

on behalf of Creditor Colossus Energy Inc. jshrum@jshrumlaw.com

Jason D. Angelo

on behalf of Creditor Wells Fargo Commercial Finance LLC JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com

Jason D. Angelo

on behalf of Creditor WELLS FARGO BANK N.A. JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com

Jeffrey Bernstein

on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey S. Cianciulli

on behalf of Creditor Republic Bank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jenny R. Kasen

on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com dkasen@kasenlaw.com

John C. Kilgannon

on behalf of Creditor The Bancorp Bank N.A john.kilgannon@stevenslee.com, constantine.pourakis@stevenslee.com

Joseph L. Schwartz

on behalf of Interested Party Soligent Distribution LLC jschwartz@riker.com

Justin Logan Rappaport

on behalf of Creditor TVT 2.0 LLC lrappaport@hinshawlaw.com

Justin R. White

on behalf of Creditor Clear Energy Partners LLC jwhite@testalawyers.com

Kevin Callahan

on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne

on behalf of Creditor Enterprise FM Trust mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti

on behalf of Creditor Allspire Health GPO LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye

on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Michael McLaughlin

on behalf of Creditor MAINGEAR Inc. mmclaughlin@mmcllaw.com

Michael E. Holt

on behalf of Defendant City Electric Supply mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt

on behalf of Defendant Soligent Distribution LLC mholt@formanlaw.com, kanema@formanlaw.com

District/off: 0312-1                                    User: admin                                         Page 4 of 4
Date Rcvd: Apr 10, 2026                           Form ID: pdf903                                    Total Noticed: 2

Michael J. Stafford

on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal  mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford

on behalf of Plaintiff U.S. Electrical Services  Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal,
mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli

on behalf of Debtor Orbit Energy & Power  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell

on behalf of Creditor House & Home Magazine  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell

on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com  anovoa@slgcollect.com

Regina Cohen

on behalf of Creditor Ally Capital rcohen@lavin-law.com

Richard A. O'Halloran

on behalf of Creditor Dividend Solar Finance  LLC richard.ohalloran@dinsmore.com,
lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich

on behalf of Creditor Sunlight Financial  LLC rrich@hunton.com, candonian@huntonak.com

Ronald S. Gellert

on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Turner Falk

on behalf of Creditor Allspire Health GPO  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf

on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 74