# AFFIDAVIT

**STATE OF NEW JERSEY**                )

                                       ) **ss:**

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for Eastern distribution for

1   insertion(s) on the following date(s):

MAY-14-2026;

ADVERTISER: Andrew Sklar, Chapter 7 Trustee;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
14   day of   May         2026

Notary Public

