**B6** | Thursday, May 14, 2026

# NEW HIGHS AND LOWS

WSJ.com/newhighs

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**–Daily percentage change from the previous trading session.

**Wednesday, May 13, 2026**

## Highs

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| ASE Tech | ASX | 36.17 | 9.6 |
| ASML | ASML | 1602.60 | 4.0 |
| ASML ADRHedged | ASMH | 106.75 | 4.2 |
| AXT | AXTI | 134.00 | -0.8 |
| ActivateEnerWt | AEAQW | 0.36 | ... |
| Aeluma | ALMU | 31.79 | 16.2 |
| agilon health | AGL | 74.69 | 3.6 |
| AirProducts | APD | 307.96 | 0.9 |
| AkamaiTech | AKAM | 165.45 | 7.7 |
| AlgonquinP2079 | AQNB | 26.30 | 0.1 |
| Alkermes | ALKS | 39.56 | 1.6 |
| Alphabet A | GOOGL | 401.60 | 3.4 |
| Alphabet C | GOOG | 399.93 | 4.0 |
| AmbiqMicro | AMBQ | 72.48 | 7.4 |
| AnalogDevices | ADI | 435.72 | 3.9 |
| Anderson | ANDE | 54.93 | -2.0 |
| Apple | AAPL | 300.92 | 1.4 |
| AppleidOptoelec | AAOI | 233.67 | 18.5 |
| ADM | ADM | 83.10 | 2.7 |
| ArchimedesWt | ATHW | 0.10 | 0.3 |
| ArrowElec | ARW | 212.44 | 5.1 |
| ArrowheadPharm | ARWR | 80.67 | -1.5 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| Arteris | AIP | 36.17 | 9.6 |
| Assertio | ASRT | 23.36 | 3.4 |
| AstranaHealth | ASTH | 39.93 | 1.9 |
| AuroraInnov | AUR | 8.57 | 16.3 |
| AvalynPharma | AVLN | 32.23 | 3.1 |
| Avnet | AVT | 86.37 | 5.0 |
| Axsome Therap | AXSM | 235.92 | 5.0 |
| BHAVAcqn | BHAV | 9.91 | 0.2 |
| BHP Group | BHP | 91.45 | 2.8 |
| BRC hts 2026 | RILYN | 24.95 | -0.2 |
| BRC hts 2028 | RILYT | 21.11 | 1.0 |
| BRC hts 2028 | RILYZ | 19.01 | 1.2 |
| BRC hts 2026 | RILYL | 24.39 | ... |
| BW LPG | BWLP | 21.05 | -0.5 |
| Babcock&Wilcox | BW | 20.75 | -2.0 |
| BabcckWilcoPfdA | BWpA | 23.25 | 0.4 |
| BergenEnergyWt | BESSW | 0.96 | 20.0 |
| BinahCapitalWt | BCGWW | ... | ... |
| Biogen | BIIB | 205.97 | 2.6 |
| Braskem | BAK | 5.40 | 3.8 |
| BrightSpring | BTSG | 56.97 | 1.8 |
| BritishAmTob | BTI | 65.47 | 2.7 |
| Broadwind | BWEN | 4.75 | -12.7 |
| CEAIndustriesWt | BNCWZ | 1.67 | 23.1 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| C4 Therap | CCCC | 3.95 | 16.1 |
| CG Oncology | CGON | 74.35 | 2.2 |
| CMBTECH | CMBT | 15.57 | -1.1 |
| CompassPath | CMPS | 11.08 | 17.0 |
| CVS Health | CVS | 98.22 | 3.1 |
| CarecloudPfdB | CCLDO | 27.51 | ... |
| CareTrustREIT | CTRE | 42.45 | 0.0 |
| Cartesianll Wt | CGCTW | 1.35 | ... |
| CaseyGenStores | CASY | 889.99 | 2.4 |
| ChainBridgeBncp | CBNA | 38.50 | 2.5 |
| ChimeraPfdC | CIM | 23.81 | -0.5 |
| ChronoScale | CHRN | 17.00 | 16.5 |
| Ciena | CIEN | 598.84 | 0.1 |
| CiscoSystems | CSCO | 102.01 | 2.6 |
| Coherent | COHR | 413.00 | 7.9 |
| ColumbusAcqn | COLA | 11.06 | -0.3 |
| ColumbusAcqnWt | COLAR | 0.56 | 29.7 |
| ColumbusAcqnRt | COLAU | 25.87 | 1.2 |
| CommVehicle | CVGI | 5.57 | -1.7 |
| Concentra | CON | 25.87 | 1.2 |
| Constellium | CSTM | 34.61 | 3.8 |
| Corning | GLW | 211.79 | 4.2 |
| CraneHarborll | CRAN | 10.04 | 0.1 |
| CrowdStrike | CRWD | 568.37 | 3.0 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| CSTechOpps | GTOP | 46.51 | 1.6 |
| Graham | GHM | 103.24 | 2.9 |
| GreenlandEnrgyWt | GURE | 1.25 | 7.1 |
| HewlettPackard | HPE | 25.33 | -0.2 |
| HewlettPackardPfd | HPEpC | 86.20 | 9.5 |
| HimalayaShipping | HSHP | 16.69 | -1.2 |
| Hologic | HOLX | 70.26 | 0.3 |
| Hut8 | HUT | 12.58 | 9.5 |
| Hut8 | HUT | 112.26 | 0.9 |
| Hylion | HYLN | 3.60 | 34.0 |
| IntuitiveMachines | LUNR | 36.72 | 11.2 |
| InsAcqnIIWt | IRAU.HS | 0.37 | 0.6 |
| JazzPharm | JAZZ | 235.00 | 0.8 |
| KLX Energy | KLXE | 4.50 | 10.6 |
| KnightsBrdgCoPfd | KLYC | 14.52 | 17.0 |
| KingsoftCloud | KC | 18.52 | 17.0 |
| Knowles | KN | 37.08 | 3.9 |
| KrystalBiotech | KRYS | 317.21 | 0.7 |
| KyvistarWt | KYIVW | 5.98 | 3.3 |
| LakeshoreAcqnlll | LCCC | 10.36 | ... |
| LatticeSemi | LSCC | 130.00 | ... |
| Lev2XLgGLW | GLWG | 35.71 | 8.1 |
| LightwaveLogic | LWLG | 18.71 | 14.3 |
| LincolnEduc | LINC | 53.50 | 3.6 |
| Liquidia | LQDA | 57.80 | 1.7 |
| Littelfuse | LFUS | 483.32 | 6.4 |
| Macom Tech | MTSI | 384.58 | 5.2 |
| MDASpace | MDA | 38.61 | 2.6 |
| MOZAYYXAcqnWt | MZYLHS | 0.45 | 7.1 |
| MSG Sports | MSGS | 348.89 | 3.6 |
| MammothEnergy | TUSK | 2.55 | 7.6 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| ManActiveTrendEnh | MATE | 30.88 | 1.5 |
| ManulifeFinl | MFC | 40.41 | -0.4 |
| Marex | MRX | 58.49 | 4.2 |
| MarvellTech | MRVL | 182.31 | 6.2 |
| Materion | MTRN | 213.84 | 3.6 |
| MethodeElec | MEI | 15.55 | 48.2 |
| MiamiIntl | MIAX | 55.90 | 5.2 |
| MineralsTechs | MTX | 83.48 | 2.3 |
| MirumPharm | MIRM | 114.99 | 2.1 |
| MonolithicPower | MPWR | 1675.42 | 3.2 |
| MorganStanley | MS | 194.95 | 1.0 |
| NSTS Bancorp | NSTS | 13.75 | 7.8 |
| NatlEnerSvs | NESR | 17.35 | -0.1 |
| NatHealthcare | NHC | 194.76 | 2.8 |
| Navigator | NVGS | 17.97 | 0.0 |
| Nebius | NBIS | 217.34 | 15.7 |
| NeteaseADR | NTES | 135.55 | 4.8 |
| Nextpower | NXT | 156.78 | 8.8 |
| NineEnergySvc | NINE | 10.56 | 0.3 |
| Nokia | NOK | 14.83 | 11.7 |
| Novantaln | NOVTU | 69.35 | -0.3 |
| Novanta | NOVT | 165.56 | -2.4 |
| Nucor | NUE | 235.45 | 1.1 |
| Nextpower | NVCT | 12.43 | 10.5 |
| NVIDIA | NVDA | 227.84 | 2.3 |
| ON Semi | ON | 115.99 | 11.1 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| Oil-Dri | ODC | 78.28 | 1.2 |
| OceansEcoTankers | ECO | 58.45 | -3.9 |
| OmniTech | ORIQ | 10.26 | 0.1 |
| OrmatTech | ORA | 135.33 | 5.7 |
| OscarHealth | OSCR | 24.28 | -0.5 |
| OysterEntsll | OYSE | 10.26 | 0.3 |
| PJS Intl | PSIG | 7.42 | 1.1 |
| PaloAltoNtwks | PANW | 228.05 | 5.7 |
| PantagesCapAcqn | PGAC | 10.54 | 0.1 |
| PembinaPipeline | PBA | 47.26 | 1.0 |
| PenguinSolutions | PENG | 53.27 | 9.4 |
| PermianBasin | PBT | 29.40 | 2.9 |
| Pharvaris | PHVS | 33.33 | 5.4 |
| PrimeEnergy | PNRG | 251.50 | 0.3 |
| ProtoLabs | PRLB | 72.53 | 1.2 |
| QnityElec | QSEA | 10.46 | 0.5 |
| QuickLogic | QUIK | 22.10 | 16.5 |
| RF Industries | RFIL | 10.55 | 0.8 |
| RackspaceTech | RXT | 6.72 | -8.8 |
| RareEarthAmericas | REA | 30.02 | -2.0 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| RichardsonElec | RELL | 16.39 | 8.1 |
| RioTinto | RIO | 112.58 | 2.3 |
| RocketLab | RKLB | 127.24 | 5.6 |
| RoyalBkCanada | RY | 183.13 | -1.3 |
| RoyaltyPharma | RPRX | 53.29 | 3.0 |
| SellasLifeSci | SLS | 6.72 | 25.1 |
| SabreHealthcare | SBRA | 21.11 | 0.6 |
| SafeBulkers | SB | 4.20 | 0.8 |
| Semtech | SMTC | 143.34 | 5.8 |
| SensataTech | ST | 49.36 | 8.6 |
| SiliconMotion | SIMO | 273.90 | 4.3 |
| SilvercorpMetals | SVM | 15.77 | 3.4 |
| SolarisResources | SLSR | 13.45 | -0.8 |
| SolsticeAdvMatls | SOLS | 60.62 | -0.9 |
| SonidaSrLiving | SNDA | 39.34 | 4.5 |
| SouthBow | SOUB | 33.08 | 0.1 |
| SProem Acqn | SPAC | 9.95 | 0.1 |
| StarBulkCarriers | SBLK | 27.69 | -2.4 |
| Starbucks | SBUX | 108.05 | -0.6 |
| STMicroelec | STM | 63.51 | 9.3 |
| STMcro ADRHdgd | STMH | 124.90 | 9.6 |
| SunocoCorp | SUN | 70.14 | 1.3 |
| Synaptics | SYNA | 134.27 | 9.6 |
| TC Energy | TRP | 67.32 | 1.1 |
| TargaResources | TRGP | 263.38 | 3.2 |

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| TeckResourcesB | TECK | 67.67 | 1.3 |
| Ericsson | ERIC | 12.57 | 1.6 |
| TexasInstruments | TXN | 309.32 | 3.8 |
| Tom | TRMD | 35.33 | -5.6 |
| TowerSemi | TSEM | 271.92 | 22.6 |
| US Compression | USAC | 29.50 | -1.7 |
| UnitedHealth | UNH | 404.15 | 1.2 |
| VariantPerception | VPX | 27.97 | 0.5 |
| Ventas | VTR | 90.46 | 2.1 |
| Vergent | VGNT | 44.45 | 1.1 |
| Vertiv | VRT | 377.77 | 0.8 |
| Vestis | VSTS | 12.60 | -6.3 |
| Vicor | VICR | 315.00 | 5.7 |
| VikingAcqnWt | VKLWS | 1.14 | -4.8 |
| VoltageSuper.A | VLGEA | 45.38 | 2.4 |
| VirtuFinancial | VIRT | 53.75 | 3.4 |
| VitaCoco | COCO | 76.35 | 0.2 |
| VishayPrecision | VPG | 104.50 | 16.4 |
| WaFd | WAFD | 38.59 | -1.6 |
| Welltower | WELL | 221.68 | 1.6 |
| WesternMidstrm | WES | 45.47 | 1.9 |
| WhitePearlAcqn | WPAC | 10.60 | 16.3 |
| WhiteHawkTherap | WHWK | 5.16 | 3.8 |
| WisdomTree | WT | 19.85 | 4.3 |
| Wolfspeed | WOLF | 73.74 | 16.5 |

### Lows

| Stock | Sym | Hi/Lo | Chg |
|---|---|---|---|
| AECOM | ACM | 67.64 | 0.8 |
| AIM Immuno | AIM | 0.21 | -6.5 |
| Accenture | ACN | 155.82 | -6.0 |
| AeroVironment | AVAV | 156.00 | -4.7 |
| AirWA | YYAI | 0.64 | 1.3 |
| AlamoGroup | AG | 149.66 | ... |
| Alarm.com | ALRM | 41.49 | 0.5 |
| AlchemyInvI Wt | ALCYW | 0.09 | -14.1 |
| Amdocs | DOX | 59.40 | -3.9 |
| AmericanWoodmark | AMWD | 34.31 | -3.3 |
| Appian | APPN | 18.68 | -8.8 |
| ArborRealty | ABR | 5.69 | 0.5 |
| Arhaus | ARHS | 5.63 | -0.5 |
| AsheadHospPfdA | AHTp4 | 4.47 | -9.3 |
| AsfordHospPfdH | AHTpI | 5.13 | -7.7 |
| AsfordHospPfdD | AHTpD | 5.98 | 1.0 |
| AsfordHospPfdF | AHTp7 | 5.35 | -8.5 |

**Continued on Page B9**

---

# Bonds | wsj.com/market-data/bonds/benchmarks

## Global Government Bonds: Mapping Yields

Yields and spreads over or under U.S. Treasurys on benchmark two-year and 10-year government bonds in selected other countries; arrows indicate whether the yield rose(▲) or fell (▼) in the latest session.

| Country/ Maturity, in years | Coupon (%) | Latest(▲▼) | Yield (%) 0 1 2 3 4 5 6 | Previous | Month ago | Year ago | Spread Under/Over U.S. Treasurys, in basis points Latest | Prev | Year ago |
|---|---|---|---|---|---|---|---|---|---|
| U.S. 2 | 3.750 | 3.988 | | 3.995 | 3.799 | 4.016 | | | |
| 10 | 4.375 | 4.479 | | 4.462 | 4.297 | 4.498 | | | |
| Australia 2 | 2.250 | 4.750 | | 4.743 | 4.718 | 3.550 | 75.2 | 74.5 | -46.5 |
| 10 | 4.250 | 5.071 | | 5.038 | 5.027 | 4.390 | 58.9 | 90.8 | 28.7 |
| France 2 | 0.750 | 2.855 | | 2.845 | 2.808 | 2.069 | -113.4 | -115.3 | -194.6 |
| 10 | 3.500 | 3.749 | | 3.727 | 3.750 | 3.357 | -73.3 | -27.1 | -65.8 |
| Germany 2 | 2.500 | 2.718 | | 2.728 | 2.659 | 1.923 | -128.0 | -127.1 | -209.2 |
| 10 | 2.900 | 3.103 | | 3.109 | 3.099 | 2.682 | -138.0 | -88.9 | -133.3 |
| Italy 2 | 2.200 | 2.888 | | 2.867 | 2.850 | 2.181 | -111.1 | -113.1 | -183.4 |
| 10 | 3.450 | 3.866 | | 3.861 | 3.886 | 3.693 | -61.6 | -13.7 | -32.2 |
| Japan 2 | 1.400 | 1.400 | | 1.394 | 1.399 | 0.720 | -259.8 | -260.4 | -329.5 |
| 10 | 2.400 | 2.593 | | 2.544 | 2.474 | 1.449 | -188.9 | -145.4 | -256.6 |
| Spain 2 | 2.400 | 2.772 | | 2.794 | 2.762 | 2.101 | -122.7 | -120.4 | -191.4 |
| 10 | 3.300 | 3.532 | | 3.530 | 3.548 | 3.290 | -95.0 | -46.8 | -72.5 |
| U.K. 2 | 4.375 | 4.507 | | 4.562 | 4.322 | 3.992 | 50.9 | 56.4 | -2.3 |
| 10 | 1.125 | 5.084 | | 5.107 | 4.818 | 4.677 | 60.2 | 110.9 | 66.2 |

Source: Tullett Prebon, Tradeweb FTSE U.S. Treasury Close

## Corporate Debt

Prices of firms' bonds reflect factors including investors' economic, sectoral and company-specific expectations

### Investment-grade spreads that tightened the most...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Caterpillar Financial Services | ... | 3.750 | 4.24 | Feb. 23, '29 | 21 | -10 | 29 |
| Northwestern Mutual Global Funding | ... | 5.160 | 4.63 | May 28, '31 | 50 | -5 | n.a. |
| Philip Morris International | PM | 3.875 | 5.68 | Aug. 21, '42 | 64 | -5 | 66 |
| Banco Santander | ... | 6.921 | 5.48 | Aug. 8, '33 | 101 | -5 | 107 |
| Progress Energy | ... | 7.750 | 4.82 | March 1, '31 | 70 | -4 | 77 |
| General Motors Financial | ... | 4.750 | 4.70 | Apr. 9, '29 | 67 | -4 | n.a. |
| American Honda Finance | ... | 2.250 | 4.66 | Jan. 12, '29 | 64 | -4 | 68 |
| TTX | ... | 4.650 | 5.76 | June 15, '44 | 73 | -4 | n.a. |

### ...And spreads that widened the most

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| America Movil | ... | 6.125 | 5.68 | March 30, '40 | 122 | 7 | n.a. |
| Prudential Financial | PRU | 5.800 | 5.92 | Nov. 16, '41 | 145 | 7 | n.a. |
| ConocoPhillips | COP | 6.950 | 4.38 | April 15, '29 | 34 | 6 | n.a. |
| Bank of Nova Scotia | BNS | 5.250 | 4.27 | June 12, '29 | 29 | 5 | n.a. |
| Corebridge Global Funding | ... | 4.900 | 4.89 | Dec. 3, '29 | 85 | 5 | n.a. |
| Vodafone | VOD | 6.150 | 5.33 | Feb. 27, '37 | 86 | 5 | 80 |
| GA Global Funding Trust | ... | 4.500 | 5.38 | Sept. 18, '30 | 125 | 4 | 120 |
| Mercedes–Benz Finance North America | ... | 4.300 | 4.60 | Feb. 22, '29 | 58 | 4 | n.a. |

### High-yield issues with the biggest price increases...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Verde Purchaser | ... | 10.500 | 9.06 | Nov. 30, '30 | 103.200 | 1.03 | 104.500 |
| Bausch Health | ... | 11.000 | 8.62 | Sept. 30, '28 | 105.000 | 1.01 | n.a. |
| Discovery Communications | ... | 6.350 | 8.71 | June 1, '40 | 81.097 | 0.60 | 82.030 |
| Paramount Global | ... | 6.875 | 8.38 | April 30, '36 | 89.937 | 0.41 | 92.125 |
| DISH DBS | ... | 5.125 | 8.44 | June 1, '29 | 91.250 | 0.25 | 93.250 |
| Occidental Petroleum | OXY | 7.950 | 5.92 | June 15, '39 | 118.343 | 0.19 | n.a. |

### ...And with the biggest price decreases

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Hughes Satellite Systems | ... | 6.625 | 297.40 | Aug. 1, '26 | 61.250 | -3.75 | 71.000 |
| Navient | NAVI | 5.625 | 8.97 | Aug. 1, '33 | 82.505 | -0.87 | 83.750 |
| Occidental Petroleum | OXY | 6.450 | 5.49 | Sept. 15, '36 | 107.519 | -0.51 | 108.237 |
| ADT Security | ... | 4.875 | 5.95 | July 15, '32 | 94.500 | -0.38 | 95.159 |
| Bath & Body Works | BBWI | 6.750 | 7.10 | July 1, '36 | 97.500 | -0.38 | 98.000 |
| Bombardier | ... | 7.450 | 5.83 | May 1, '34 | 110.191 | -0.16 | 110.883 |
| Paramount Global | ... | 5.500 | 7.58 | May 15, '33 | 88.875 | -0.13 | 90.063 |
| AAdvantage Loyalty IP | ... | 5.750 | 5.83 | April 20, '29 | 99.789 | -0.09 | 100.150 |

*Estimated spread over 2-year, 3-year, 5-year, 10-year or 30-year hot-run Treasury; 100 basis points=one percentage pt.; change in spread shown is for Z-spread.
Note: Data are for the most active issue of bonds with maturities of two years or more

Source: MarketAxess

---

## Macro & Market Economics

### Watching the Gauges: U.S. Supply and Demand

Inventories, imports and demand for the week ended May 8. Current figures are in thousands of barrels or thousands of gallons per day, except natural-gas figures, which are in billions of cubic feet. Natural-gas import and demand data are available monthly only.

| Inventories, 000s barrels | Current | Expected change | Previous week | Year ago | 4-week avg | 5-year avg |
|---|---|---|---|---|---|---|
| Crude oil and petroleum prod | 1,236,254 | ... | 1,241 | 1,218 | 1,247 | 1,227 |
| Crude oil | | | | | | |
| excluding SPR | 452,876 | -2,300 | 457 | 442 | 459 | 452 |
| Gasoline | 215,711 | ... | 220 | 225 | 222 | 224 |
| Finished gasoline | 16,163 | -2,600 | 16 | 16 | 15 | 17 |
| Reformulated | 23 | ... | | | | |
| Conventional | 16,140 | ... | 16 | 16 | 15 | 17 |
| Blend. components | 199,548 | ... | 204 | 209 | 206 | 207 |
| Natural gas (bcf) | 2,205 | ... | 2 | 2 | 2 | 2 |
| Kerosene-type | | | | | | |
| jet fuel | 44,026 | ... | 44 | 42 | 42 | 44 |
| Distillates | 102,534 | -2,100 | 102 | 104 | 112 | 114 |
| Heating oil | 5,684 | ... | 6 | 6 | 11 | 10 |
| Diesel | 96,850 | ... | 97 | 98 | 101 | 104 |
| Residual fuel oil | 22,529 | ... | 24 | 24 | 24 | 23 |
| Other oils | 292,562 | ... | 291 | 307 | 290 | 290 |
| Net crude, petroleum products, incl. SPR | 1,620,349 | ... | 1,634 | 1,618 | 1,642 | 1,685 |

| Imports, 000s barrels per day | Current | Expected change | Previous week | Year ago | 4-week avg | 5-year avg |
|---|---|---|---|---|---|---|
| | 7,169 | ... | 7,219 | 7,649 | 7,417 | 8,383 |
| | 5,901 | ... | 5,477 | 5,841 | 5,802 | 6,272 |
| | 303 | ... | 755 | 822 | 497 | 833 |
| | 79 | ... | 234 | 413 | 109 | 164 |
| | 23 | ... | | | | |
| | 79 | ... | 234 | 413 | 109 | 164 |
| | 224 | ... | 522 | 410 | 389 | 669 |
| | 25 | ... | 23 | 144 | 59 | 160 |
| | 214 | ... | 23 | 179 | 163 | 150 |
| | 214 | ... | 23 | 179 | 164 | 149 |
| | 214 | ... | 123 | 179 | 163 | 147 |
| | 499 | ... | 682 | 464 | 666 | 733 |
| | -5,968 | ... | -5,755 | -3,303 | -5,876 | -1,830 |

| Weekly Demand, 000s barrels per day | Current | Expected change | Previous week | Year ago | 4-week avg | 5-year avg |
|---|---|---|---|---|---|---|
| Total petroleum product | 19,891 | ... | 19,484 | 19,441 | 20,051 | 20,080 |
| Finished motor gasoline | 8,754 | ... | 8,813 | 8,794 | 8,932 | 9,135 |
| Kerosene-type jet fuel | 1,545 | ... | 1,710 | 1,525 | 1,699 | 1,533 |
| Distillates | 3,428 | ... | 3,362 | 3,777 | 3,734 | 3,964 |
| Residual fuel oil | 481 | ... | 193 | 243 | 316 | 280 |
| Propane/propylene | 432 | ... | 1,170 | 416 | 821 | ... |
| Other oils | 5,251 | ... | 4,237 | 4,687 | 4,591 | ... |

Note: Expected changes are provided by Dow Jones Newswires' survey of analysts. Previous and average inventory data are in millions.
Sources: FactSet; Dow Jones Market Data; U.S. Energy Information Administration; Dow Jones Newswires

**Natural gas storage**
Billions of cubic feet; weekly totals

---

# Borrowing Benchmarks | wsj.com/market-data/bonds/benchmarks

## Money Rates

May 13, 2026

Key annual interest rates paid to borrow or lend money in U.S. and international markets. Rates below are a guide to general levels but don't always represent actual transactions.

### Inflation

| | April index level | Chg From (%) March '26 | Chg From (%) April '25 |
|---|---|---|---|
| **U.S. consumer price index** | | | |
| All items | 333.020 | 0.85 | 3.8 |
| Core | 335.803 | 0.42 | 2.8 |

### International rates

| | Latest | Week ago | 52-WEEK— High | Low |
|---|---|---|---|---|
| **Prime rates** | | | | |
| U.S. | 6.75 | 6.75 | 7.50 | 6.75 |
| Canada | 4.45 | 4.45 | 4.95 | 4.45 |
| Japan | 2.125 | 2.125 | 2.125 | 1.875 |
| **Policy Rates** | | | | |
| Euro zone | 2.15 | 2.15 | 2.40 | 2.15 |

**Notes on data:**
**U.S. prime rate** is the base rate on corporate loans posted by at least 70% of the 10 largest U.S. banks, and is effective December 11, 2025. **Other prime rates** aren't directly comparable; lending practices vary widely by location; **Discount rate** is effective December 11, 2025. **Secured Overnight Financing Rate** is as of May 12, 2026. **DTCC GCF Repo Index** is Depository Trust & Clearing Corp.'s weighted average for overnight trades in applicable CUSIPs. Value traded is in billions of U.S. dollars. **Federal-funds rates** are Tullett Prebon rates as of 5:30 p.m. ET.

Sources: Federal Reserve; Bureau of Labor Statistics; DTCC; FactSet; Tullett Prebon Information, Ltd.

### U.S. government rates

| Discount | Latest | Week ago | High | Low |
|---|---|---|---|---|
| | 3.75 | 3.75 | 4.50 | 3.75 |

| Federal funds | | | | |
|---|---|---|---|---|
| High | 3.7000 | 3.7000 | 4.5500 | 3.7000 |
| Low | 3.5500 | 3.5500 | 4.3200 | 3.5500 |
| Bid | 3.6300 | 3.6300 | 4.3300 | 3.6300 |
| Offer | 3.6400 | 3.6500 | 4.3700 | 3.6300 |

| Treasury bill auction | | | | |
|---|---|---|---|---|
| 4 weeks | 3.610 | 3.600 | 4.300 | 3.550 |

### Switzerland / Britain / Australia

| | Latest | Week ago | High | Low |
|---|---|---|---|---|
| Switzerland | 0.50 | 0.50 | 0.75 | 0.50 |
| Britain | 3.75 | 3.75 | 4.25 | 3.75 |
| Australia | 4.35 | 4.35 | 4.35 | 3.60 |

### Overnight repurchase

| | Latest | Week ago | High | Low |
|---|---|---|---|---|
| U.S. | 3.42 | 3.65 | 4.45 | 3.62 |

### Other short-term rates

| | Latest | Week ago | 52-WEEK high | low |
|---|---|---|---|---|
| 13 weeks | 3.610 | 3.610 | 4.300 | 3.540 |
| 26 weeks | 3.615 | 3.610 | 4.160 | 3.475 |

| Call money | 5.50 | 5.50 | 6.25 | 5.50 |
|---|---|---|---|---|

| Commercial paper (AA financial) | | | | |
|---|---|---|---|---|
| 90 days | n.a. | n.a. | 4.36 | 3.57 |

| Secured Overnight Financing Rate | | | | |
|---|---|---|---|---|
| | 3.60 | 3.62 | 4.51 | 3.67 |

| DTCC GCF Repo Index | Value | Traded | High | Low |
|---|---|---|---|---|
| Treasury | 3.595 | 70.020 | 4.574 | 3.595 |
| MBS | 3.654 | 116.596 | 4.623 | 3.637 |

### Weekly survey

| Freddie Mac | Latest | Week ago | Year ago |
|---|---|---|---|
| 30-year fixed | 6.37 | 6.30 | 6.76 |
| 15-year fixed | 5.72 | 5.64 | 5.89 |

---

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

**COMMERCIAL REAL ESTATE**

**NOTICE OF PUBLIC SALE OF COLLATERAL**

NOTICE IS HEREBY GIVEN that, in accordance with applicable provisions of the Uniform Commercial Code (the "UCC"), as enacted in the State of New York, by virtue of one or more Event(s) of Default under that certain Pledge and Security Agreement dated as of October 9, 2019 (the "Pledge Agreement"), executed and delivered by Liu Yun Chen, Yong Xiao Li, Zhou Min Ni, and Qiu Hui Lin ("Pledgor") and under that that certain Loan Agreement dated October 9, 2019 (the "Loan Agreement"), and in accordance with its rights as holder of the security, Eight Ten NYC LLC ("Secured Party"), will offer for sale (the "Auction"), at public auction, all right, title, and interest of Liu Yun Chen, Yong Xiao Li, Zhou Min Ni, and Qiu Hui Lin ("Pledgor"), in and to 100% of the limited liability company membership interests, together with all ownership rights associated therewith, in and to 10-12 MLANE, LLC, a New York limited liability company (the "Collateral"). Secured Party's understanding is that the principal asset of the pledged entity is that certain fee interest in real property commonly known as 8 Maiden Lane, New York, New York 10038 and 10-12 Maiden Lane, New York, New York 10038 (the "Property").

The Auction will be held on June 25, 2026, at 11:00 a.m. EDT both in-person at the top of the front steps outside of the New York Supreme Court located at 60 Centre Street, New York, New York 10007, and remotely with access afforded via Zoom or other web-based video conferencing and/or telephonic conference program selected by Broker, access to which will be made available to qualified bidders. Mannion Auctions, LLC under the direction of Matthew D. Mannion, William E. Mannion and/or John O'Keefe will conduct the Auction.

Parties interested in participating in the Auction may, subject to executing confidentiality agreements and meeting the bidder qualifications set forth in the bidding procedures (the "Bidding Procedures"), which can be obtained by contacting Broker as provided below, obtain additional information concerning the Collateral by contacting Broker. The Bidding Procedures provide additional information about the bidding process, including bidder qualifications, Auction participation and determination of the winning bid.

The Collateral will be sold on an "AS-IS, WHERE IS, WITH ALL FAULTS" basis, without recourse, and without and express or implied representations or warranties whatsoever including, without limitation, as to the condition of title, value, or quality of the Collateral or the Property, or without regard to assets, liabilities, financial condition, or earnings of the debtor or any other applicable law. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL WARRANTIES, WHETHER OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE, ARE EXPRESSLY DISCLAIMED. The sale of the Collateral is specifically subject to all taxes, liens, claims, assessments, liabilities and encumbrances, if any, that may exist against the Collateral under the UCC or other applicable law. Compliance with any requirements of the Securities Act of 1933, as amended, shall be at the sole risk, cost and expense of a prospective bidder. The Secured Party makes no representations or warranties and provides no assurances as to any Collateral. Prospective bidders should perform their own diligence as to the Collateral and may only purchase the Collateral in compliance with all applicable federal and state laws.

The Secured Party reserves the right to determine which bidders qualify for participation in the Auction, reject any bid or all bids at the Auction, to announce such other terms at the Auction as may be commercially reasonable in the Secured Party's discretion or to accept non-conforming bids. Further, the Secured Party reserves the right to cancel, postpone, or adjourn the Auction by announcement made at the Auction, either before or after the commencement of bidding, without written notice. The Secured Party reserves the right to credit bid any portion of its secured indebtedness then outstanding under the Loan Agreement at the Auction.

All inquiries concerning the terms and conditions of the sale (including requirements to be a "qualified bidder") should be made to: Northgate Real Estate Group ("Broker"), 1633 Broadway 46th Floor New York NY 10019, Attn: Greg Corbin, Tel. 212.369.1800, email Greg@northgatereg.com. Any person making any inquiry or request must: (i) disclose the person or entity on whose behalf such information is being sought, (ii) execute the confidentiality agreement, which will be provided upon request, and (iii) maintain the confidentiality of the information provided in accordance with the confidentiality agreement.

Amier Shenoda, Esq., Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, *Counsel for Secured Party* (516) 622-9200 ashenoda@westermanllp.com

**COMMERCIAL REAL ESTATE**

**UCC Public Sale Notice**

PLEASE TAKE NOTICE that in accordance with applicable provisions of the Uniform Commercial Code as enacted in New York, CF-IF-2020-2, LLC, a Delaware limited liability company ("Secured Party"), will sell the collateral consisting of all the right, title, and interest of Rose Way LLC, a New York limited liability company ("Rose Way"), Mohamed Grimeh, an individual ("Grimeh"), and Jonathan Bognacki ("Bognacki" an individual, ("Debtor"), in and to: (i) the entire 100% equity membership interest of Rose Way in Rose Way II, LLC, a New York limited liability company (the "Company"); (ii) the 33.55% equity membership interest of Grimeh in Rose Way, LLC, a New York limited liability company (the "Grimeh Interests"); (iii) the 33.55% equity membership interest of Bognacki in Rose Way, LLC, a New York limited liability company (the "Bognacki Interests"); (iv) all other limited liability company interests in the Company, including any economic interest, right to share in the income, gains, losses, deductions, credit, or similar items of, and to receive distributions from, the Company, any right to vote and right to receive information concerning the business and affairs of the Company; and (v) all other collateral pledged by Debtor under a Pledge and Security Agreement dated December 20, 2021 ("2021 Pledge") and together with April 22, 2025 ("2025 Pledge" and together with 2021 Pledge, collectively, the "Rose Way Pledge Agreement"), an October 19, 2019 Membership Interest Pledge Agreement between Grimeh and Goldman Sachs Bank USA (the "Grimeh Pledge Agreement"), an October 19, 2019 Membership Interest Pledge Agreement between Bognacki and Goldman Sachs Bank USA (the "Bognacki Pledge Agreement"), and each Note and related agreements executed in connection with each Loan, as such term is defined in each Pledge Agreement (collectively the "Loan and Security Agreements") and any and all related loan documents (as defined in the Notice of Disposition of Collateral).(collectively, the "Collateral").

The collateral will be sold to the highest qualified bidder at a public sale in accordance with the applicable law. The Company owns certain property and improvements located at 10 Phillips Lane, Southampton, New York 11968. The sale will take place beginning at 3:00 p.m. Eastern Time, on June 25, 2026, via a web-based video conferencing and/or telephonic conferencing program selected by Secured Party, at the top of the front steps of the New York County Supreme Court located at 60 Centre Street, New York, NY 10007 and online via Zoom at the following URL: https://bit.ly/RoseWayUCC (URL is case sensitive), Meeting ID: 898 2835 3321, Passcode: 113118. The Collateral will be sold to the highest Qualified Bidder, as that term is defined in the Terms of Sale (the "Terms of Sale") attached to the Notice of Disposition of Collateral, dated May 11, 2026 (the "Notice of Disposition"); provided, however, that Secured Party reserves the right to cancel the sale in its entirety or to adjourn the sale to a future date. The sale will be conducted by Mannion Auctions, LLC, by Matthew D. Mannion, Lead Auctioneer, NYC DCA License No. 1434494, with an office at 299 Broadway, Suite 1601, New York, New York 10007. The Collateral will be sold as a block and will not be divided or sold in any lesser amounts. Interested parties that intend to bid on the Collateral must contact Matt Mannion mdmannion@jpandr.com or Ethan Holtz Eholtz@taftlaw.com to receive the Terms of Sale and bidding instructions. Upon execution of a Terms of Access and Non-Disclosure Agreement, in a form to be provided by Counsel for Secured Party, additional documentation and information will be available. Interested parties that are not Qualified Bidders, as that term is defined in the Terms of Sale, will not be permitted to enter a bid.

**BOATING**



**SUPERYACHT FOR SALE**

**52m (171')**
**BAGLIETTO 2024**
Asking €34,999,000*
JOSH GULBRANSON +1 954 629 7435
JAMES CORTS +1 239 253 2984
*NOT FOR SALE TO U.S. RESIDENTS WHILE IN U.S. WATERS

**BANKRUPTCIES**

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY Case No. 22-19628 (ABA)**

PLEASE TAKE NOTICE THAT on December 6, 2022 (the "Petition Date"), Orbit Energy & Power, LLC ("Orbit") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") and that on February 27, 2023 the Orbit Chapter 11 case was converted to the instant Chater 7 proceeding. Information regarding Orbit may be obtained at the United States Bankruptcy Court for the District of New Jersey's Website at nb.uscourts.gov.

The Bankruptcy Court has established August 31, 2026 at 11:59 p.m. (prevailing Eastern Time) as the deadline to file Administrative Claims against Orbit Energy & Power, LLC ("Orbit") (the "Bar Date"). If you have a Chapter 11 Administrative Claim against Orbit you must file a Request for Payment of Administrative Expense form against Orbit on or before the Bar Date.

Please visit United States Bankruptcy Court for the District of New Jersey's Website (https://www.njb.uscourts.gov/) for more information on how to file your Administrative Claim.

IF YOU DO NOT TIMELY FILE AN ADMINISTRATIVE CLAIM, YOU WILL FORFEIT YOUR RIGHT TO SHARE IN ANY DISTRIBUTIONS TO CHAPTER 11 ADMINISTRATIVE CREDITORS IN ORBIT'S CHAPTER 7 CASE.

# THE WALL STREET JOURNAL.

# THE MARKETPLACE

ADVERTISE TODAY
**(800) 366-3975**

For more information visit:
wsj.com/classifieds

# THE WALL STREET JOURNAL.

# NOTABLE COMMERCIAL PROPERTIES

EVERY WEDNESDAY

LIST YOUR PROPERTY TODAY

**(800) 366-3975**
sales.realestate@wsj.com

Place an ad at:
wsj.com/classifieds



© 2026 Dow Jones & Company, Inc. All Rights Reserved.

© 2026 Dow Jones & Company, Inc. All Rights Reserved.