UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
856-382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

**Order Filed on May 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>       Debtor. | Honorable Andrew B. Altenburg<br><br>Chapter:  7<br><br>Bankr. No.:  22-19628(ABA)<br><br>Hearing Date: May 14, 2026<br>          @ 2:00 pm |

## ORDER GRANTING FIFTH  INTERIM ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 14, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#857822 v1

**(Page 2)**
Debtors:   Orbit Energy & Power, LLC
Case No.:   22-19628(ABA)
**ORDER GRANTING FIFTH INTERIM ALLOWANCES**

The Court having found that the person(s) named below filed an Application for Fifth

Interim Allowances as counsel for Andrew Sklar, Chapter 7 Trustee; and notice and opportunity

for hearing were given to creditors and other parties in interest as required; and for good cause

shown; it is hereby

**ORDERED** and **ADJUDGED** that interim compensation and expenses are allowed in

the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Lex Nova Law LLC | $36,943.75 | $   568.00 |

#857822 v1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 22-19628-ABA

Orbit Energy & Power, LLC                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orbit Energy & Power, LLC, 570 Mantua Blvd., Sewell, NJ 08080-1022 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Orbit Energy & Power  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Amar Anand Agrawal | on behalf of Creditor Associate Refrigeration  Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Jacobson | on behalf of Creditor TVT 2.0 LLC ajacobson@bronsterllp.com |
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com |
| Andrew Sklar | |

| | |
|---|---|
| | on behalf of Plaintiff Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com |
| Andrew Sklar | |
| | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;NJ18@ecfcbis.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Angela L Mastrangelo | |
| | on behalf of Interested Party Sean Angelini mastrangelo@bk-legal.com  bhoffmann@bk-legal.com |
| Anthony Sodono, III | |
| | on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com |
| Anthony F. Giuliano | |
| | on behalf of Creditor Global Merchant Cash  Inc. afg@glpcny.com, afg@ecf.courtdrive.com |
| Barry R. Sharer | |
| | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Bonnie R. Golub | |
| | on behalf of Creditor Republic Bank bgolub@wgpllp.com  imarciniszyn@wgpllp.com |
| Brian Swope | |
| | on behalf of Creditor Van Meter Auto Repair swope@comcast.net |
| Brian Swope | |
| | on behalf of Creditor South State Tech LLC swope@comcast.net |
| Caitlin Conklin | |
| | on behalf of Creditor Clear Channel Outdoor  LLC caitlin.conklin@klgates.com |
| Cameron Deane | |
| | on behalf of Creditor KeyBank  N.A. cdeane@weltman.com |
| Cameron Deane | |
| | on behalf of Creditor Toyota Industries Commercial Finance  Inc. cdeane@weltman.com |
| Carol E. Momjian | |
| | on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov |
| Corinne Samler Brennan | |
| | on behalf of Creditor Attolon Partners  LLC cbrennan@klehr.com, scmcginly@klehr.com;nyackle@klehr.com |
| Daniel E. Straffi | |
| | on behalf of Creditor Giuseppe Ballaccamo bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel M. Eliades | |
| | on behalf of Creditor Clear Channel Outdoor  LLC daniel.eliades@klgates.com |
| Daniel S. Siedman | |
| | on behalf of Debtor Orbit Energy & Power  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| David G Murphy | |
| | on behalf of Creditor WELLS FARGO BANK  N.A. dmurphy@reedsmith.com |
| David G Murphy | |
| | on behalf of Creditor Wells Fargo Commercial Finance  LLC dmurphy@reedsmith.com |
| David S. Catuogno | |
| | on behalf of Creditor Clear Channel Outdoor  LLC david.catuogno@klgates.com |
| Don Abraham | |
| | on behalf of Creditor TVT 2.0 LLC dabraham@bronsterllp.com |
| Donald W Clarke | |
| | on behalf of Creditor Krannich Solar East  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| E. Richard Dressel | |
| | on behalf of Plaintiff Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Auctioneer Quaker City Auctioneers Inc rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Trustee Andrew Sklar rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Auctioneer Quaker City Auctioneers  Inc. rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Trustee Andrew Finberg rdressel@lexnovalaw.com |
| Eric Horn | |

on behalf of Creditor EBF Holdings  LLC dba Everest Business Funding ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn

on behalf of Creditor 570 Mantua  LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn

on behalf of Creditor Crondall Lane  LLC ehorn@aystrauss.com, mtjohnston@aystrauss.com

Forrest Scott Turkish

on behalf of Attorney Oldcastle APG Northeast  Inc. fsturkish@aol.com

Gary M. Perkiss

on behalf of Defendant Billows Electric Supply Company  Inc. gperkiss@perkiss.com

Gary M. Perkiss

on behalf of Creditor Billows Electric Supply Company  Inc. gperkiss@perkiss.com

Gaston P. Loomis, II

on behalf of Creditor Ferguson Enterprises LLC gloomis@mdmc-law.com  csentman@mdmc-law.com

Harry M. Gutfleish

on behalf of Creditor Cloudfund  LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Creditor Wynwood Capital Group  LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Creditor Reserve Capital Management  LLC harry@gutfleishlaw.com

Holly Smith Miller

on behalf of Creditor Zurich American Insurance Company hsmiller@gsbblaw.com

Jack Shrum

on behalf of Creditor Colossus Energy  Inc. jshrum@jshrumlaw.com

Jason D. Angelo

on behalf of Creditor Wells Fargo Commercial Finance  LLC JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com

Jason D. Angelo

on behalf of Creditor WELLS FARGO BANK  N.A. JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com

Jeffrey Bernstein

on behalf of Creditor Ferguson Enterprises LLC jbernstein@mdmc-law.com
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey S. Cianciulli

on behalf of Creditor Republic Bank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jenny R. Kasen

on behalf of Creditor Eugene Swisher jkasen@kasenlaw.com  dkasen@kasenlaw.com

John C. Kilgannon

on behalf of Creditor The Bancorp Bank  N.A john.kilgannon@stevenslee.com, constantine.pourakis@stevenslee.com

Joseph L. Schwartz

on behalf of Interested Party Soligent Distribution  LLC jschwartz@riker.com

Justin Logan Rappaport

on behalf of Creditor TVT 2.0 LLC lrappaport@hinshawlaw.com

Justin R. White

on behalf of Creditor Clear Energy Partners  LLC jwhite@testalawyers.com

Kevin Callahan

on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

Marcella M. Jayne

on behalf of Creditor Enterprise FM Trust mjayne@foley.com  marcella-jayne-8977@ecf.pacerpro.com

Mark Minuti

on behalf of Creditor Allspire Health GPO  LLC mark.minuti@saul.com, robyn.warren@saul.com

Matthew Francis Kye

on behalf of Creditor Mitsubishi HC Capital America  Inc. mkye@kyelaw.com

Michael McLaughlin

on behalf of Creditor MAINGEAR  Inc. mmclaughlin@mmcllaw.com

Michael E. Holt

on behalf of Defendant Soligent Distribution  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael E. Holt

on behalf of Defendant City Electric Supply mholt@formanlaw.com  kanema@formanlaw.com

District/off: 0312-1                    User: admin                                    Page 4 of 4
Date Rcvd: May 14, 2026                 Form ID: pdf903                           Total Noticed: 2

Michael J. Stafford

on behalf of Plaintiff U.S. Electrical Services  Inc. d/b/a U.S. Renewable Solutions mjstafford@nordlaw.legal,
mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Stafford

on behalf of Creditor Cooper Electric Supply Co. mjstafford@nordlaw.legal  mnord@nordlaw.legal;anord@nordlaw.legal

Nicole M. Nigrelli

on behalf of Debtor Orbit Energy & Power  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rebecca K. McDowell

on behalf of Creditor Veteran Tree and Landscape rmcdowell@slgcollect.com  anovoa@slgcollect.com

Rebecca K. McDowell

on behalf of Creditor House & Home Magazine  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Regina Cohen

on behalf of Creditor Ally Capital rcohen@lavin-law.com

Richard A. O'Halloran

on behalf of Creditor Dividend Solar Finance  LLC richard.ohalloran@dinsmore.com,
lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com

Robert A. Rich

on behalf of Creditor Sunlight Financial  LLC rrich@hunton.com, candonian@huntonak.com

Ronald S. Gellert

on behalf of Creditor Wade Kuhlmann rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Turner Falk

on behalf of Creditor Allspire Health GPO  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf

on behalf of Creditor Lydia Jasper wwolf@goldbergwolf.com

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 74