# ANDREW SKLAR, CHAPTER 7 TRUSTEE
# SKLAR LAW LLC
**1020 Laurel Oak Road – Suite 203**
**Voorhees, New Jersey 08043**

**ANDREW SKLAR**                                                                 **TEL:  856-258-4050**
Member NJ and PA Bars                                                          **FAX: 856-258-6941**
Website:  www.sklarlaw.com                                           andy@sklarlaw.com

July 17, 2026

Honorable Andrew B. Altenburg, Jr.
UNITED STATES BANKRUPTCY COURT
401 Market Street
Camden, NJ 08103

> **In Re:**      **ORBIT ENERGY & POWER LLC**
> **Chapter 7 Case No.  22-19628/ABA**
> **Status Conference:   7/21/26 @ 2:00 pm**

Dear Judge Altenburg:

Kindly accept this letter in lieu of a more formal status report for the above matter.  The administration of this estate is almost complete.  At this time, we are working on resolution to claims objections.  An administrative bar date has been set for October 1st 2026.  Therefore,  I anticipate the filing of my final report in November 2026, to allow for the claims resolution and the filing of final estate tax returns.

Thank you for your consideration in this matter.

> Respectfully yours,
> **SKLAR LAW, LLC**
>
> /s/ Andrew Sklar
>
> _____
> ANDREW SKLAR, CHAPTER 7 TRUSTEE

AS:dem