UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON LAW OFFICES
By: Steven J. Abelson, Esq.
80 West Main Street
PO Box 7005
Freehold, New Jersey 07728
(732) 462-4773
ID #SA 7987
Attorney for Derek Irvin

In Re:

ORBIT ENERGY & POWER LLC

Case No.: 22-19626

Chapter: 7

Judge: ABA

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Derek Irvin. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 80 West Main Street
PO Box 7005
Freehold, New Jersey 07728

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

Date: 8/28/28

/s/ Steven J. Abelson
Signature

*new.8/1/15*