**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: ORBIT ENERGY & POWER, LLC

APPLICANT: Lex Nova Law LLC

CASE NO.: 22-19628(ABA)

CLIENT: ANDREW SKLAR, CHAPTER 7 TRUSTEE

CHAPTER: 7

CASE FILED: December 6, 2022 (Chapter 11);
Converted to Chapter 7 on February 27, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.

RETENTION ORDER ATTACHED

---

**SECTION 1**
**FEE SUMMARY**

---

FINAL FEE APPLICATION

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $221,052.00 | $4,936.00 |
| TOTAL FEES ALLOWED TO DATE: | $221,052.00 | $4,936.00 |
| TOTAL RETAINER (IF APPLICABLE): | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE): | N/A | N/A |
| TOTAL RECEIVED BY APPLICANT: | $221,052.00 | $4,963.00 |

| Name of Professional & Title | Years Admitted (or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. E. Richard Dressel, Esquire | 1988 | 32.85 | $575/hr. | $18,888.75 |
| **TOTALS** | | 32.85 | | $18,888.75 |

**FEE TOTALS** $ 18,888.75
**DISBURSEMENT TOTALS** $4,297.40

| | |
|---|---|
| **TOTAL FEE APPLICATION** | **$23,186.15** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) Asset Analysis Recovery | 0.00 | $0.00 |
| b) Asset Disposition | 0.00 | $0.00 |
| c) Avoidance Action Litigation | 0.00 | $0.00 |
| d) Business Operations | 0.00 | $0.00 |
| e) Case Administration | 14.85 | $8,538.75 |
| f) Claims Administration and Objections | 10.95 | $6,296.25 |
| g) Employee Benefits/Pensions | 0.00 | $0.00 |
| h) Fee/Employment Applications | 0.00 | $0.00 |
| i) Fee/Employment Objections | 6.75 | $3,881.25 |
| j) Financing | 0.00 | $0.00 |
| k) Litigation (Other than Avoidance Action Litigation) | 0.00 | $0.00 |
| l) Meetings of Creditors | 0.00 | $0.00 |
| m) Plan and Disclosure Statement | 0.00 | $0.00 |
| n) Relief from Stay Proceedings | 0.00 | $0.00 |
| o) Accounting/Auditing | 0.00 | $0.00 |
| p) Business Analysis | 0.00 | $0.00 |
| q) Corporate Finance | 0.00 | $0.00 |
| r) Data Analysis | 0.00 | $0.00 |
| s) Litigation Consulting | 0.00 | $0.00 |
| t) Reconstruction Accounting | 0.00 | $0.00 |
| u) Tax Issues | 0.30 | $172.50 |
| v) Valuation | 0.00 | $0.00 |
| w) Travel Time | 0.00 | $0.00 |
| **TOTALS** | 32.85 | $18,888.75 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | $0.00 |
| b) Facsimile (with rates)<br>No. of pages: N/A ; Rate per page N/A (Max. $1.00.pg.) | $0.00 |
| c) Long Distance Telephone | $0.00 |
| d) In-House Reproduction<br>No. of pages: 2460; Rate per page $0.20 (Max. $.20.pg.) | $492.00 |
| e) Outside Reproduction | $0.00 |
| f) Outside Research | $0.00 |
| g) Filing/Court Fees | $0.00 |
| h) Court Reporting | $0.00 |
| i) Court Solutions | $0.00 |
| j) Courier & Express Carriers (e.g. Federal Express) | $0.00 |
| k) Postage | $494.18 |
| l) Other: Publication Fees (Notice of Chapter 11 Adm. Bar) | $0.00 |
| m) Other: Address Search | $0.00 |
| **DISBURSEMENT TOTAL:** | $4,297.40 |

---

**SECTION IV**
**CASE HISTORY**

---

**(1) DATE CASE FILED:**

Chapter 11 case filed on December 6, 2022;
Converted to Chapter 7 case on February 27, 2023.

**(2) CHAPTER UNDER WHICH CASE COMMENCED:**

Chapter 11

**(3) DATE OF RETENTION:** Finberg: March 15, 2023, effective March 7, 2023, the date the Application was filed. Retention Order annexed to Application as Exhibit “A”. Sklar: September 13, 2023, effective September 3, 2023, the date the Application was filed. Retention Order annexed to Application as Exhibit “B”.

**If limit on numbers of hours or other limitations to retention, set forth:** N/A

**(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:**

Certification with detailed time sheets attached hereto

**(5) ANTICIPATED DISTRIBUTION TO CREDITORS:**

**(a)** **Administrative expenses:** 100% (Chapter 7); To be determined (Chapter 11)
**(b)** **Secured creditors:** N/A
**(c)** **Priority creditors:** 0%
**(d)** **General unsecured creditors:** 0%None

**(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):** N/A

I certify under penalty of perjury that the foregoing is true and correct.

/s/ E. Richard Dressel
E. Richard Dressel Esquire

Dated: September 22, 2026



#870516 v1