UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
856-382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

| | |
|---|---|
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>Debtor. | Honorable Andrew B. Altenburg<br><br>Chapter: 7<br><br>Bankr. No.: 22-19628(ABA)<br><br>Hearing Date: October 22, 2026<br>@ 2:00 pm |

**ORDER GRANTING FINAL ALLOWANCES**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

The Court having found that the person(s) named below filed an Application for Final Allowances as counsel for Andrew Sklar, Chapter 7 Trustee; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that Final Compensation and Expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Lex Nova Law LLC | $18,888.75 | $4,297.40 |