LEX NOVA LAW
EIZEN / GOLDSTEIN / RODERICK / SKINNER / SPIRGEL / DRESSEL
LIMITED LIABILITY COMPANY

20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054

## INVOICE - Due Upon Receipt

Invoice # 67995
Date: 09/16/2026

Andrew Sklar
Sklar Law, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034

## Statement of Account

| | Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $23,186.15 | ) - ( | $0.00 | + | $0.00 | ) = | **$23,186.15** |

## 01962-Sklar-Orbit Energy & Power, LLC

## Orbit Energy & Power, LLC

### Services

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 03/01/2026 | ERD | Review re customer issues - Chapter 11 admin claims. | 1.25 | $575.00 | $718.75 |
| 03/05/2026 | ERD | Prepare Lex Nova Law Fifth Interim Fee Application. | 1.50 | $575.00 | $862.50 |
| 03/17/2026 | ERD | Attend hearing on Motion to Reclassify Proofs of Claim. | 0.35 | $575.00 | $201.25 |

| | | | | | |
|---|---|---|---|---|---|
| 03/17/2026 | ERD | Motion for Order Establishing Administrative Claims Bar Date and Notice Thereof, including Brief and Exhibits. | 5.25 | $575.00 | $3,018.75 |
| 03/18/2026 | ERD | Revise/edit draft Motion for Order re Admin. Bar Date and Publication by Notice. | 1.00 | $575.00 | $575.00 |
| 03/19/2026 | ERD | Review re customer claims - projected Chapter 11 administrative expenses. | 1.35 | $575.00 | $776.25 |
| 03/24/2026 | ERD | Review re Chapter 11 administrative expenses. | 0.75 | $575.00 | $431.25 |
| 03/28/2026 | ERD | Complete LNL Fifth Application for Allowances. | 0.75 | $575.00 | $431.25 |
| 04/06/2026 | ERD | Email from A. Sklar. Brief review re ERC credits. Correspondence/e-mails from/to A. Sklar, B. Snyder re same. | 0.60 | $575.00 | $345.00 |
| 04/08/2026 | ERD | Coordinate Review re Notice by Publication of Chapter 11 Administrative Bar Date. | 0.75 | $575.00 | $431.25 |
| 04/20/2026 | ERD | Correspondence/e-mails from/to D. Siedman re Chapter 11 Admin. Claim Bar Date Motion. | 0.10 | $575.00 | $57.50 |
| 04/20/2026 | ERD | Receive/review Ciardi Administrative Claim. | 0.10 | $575.00 | $57.50 |
| 04/22/2026 | ERD | Correspondence/e-mails from/to D. Coyle, counsel for SRS Distributions, regarding contemplated distributions in case. | 0.10 | $575.00 | $57.50 |
| 04/29/2026 | ERD | Review Order Establishing Notice Procedures and coordinate service, WSJ legal notice. | 0.20 | $575.00 | $115.00 |
| 05/01/2026 | ERD | Coordinate service/notice by publication - Order re Chapter 11 Bar Date. | 0.75 | $575.00 | $431.25 |
| 05/11/2026 | ERD | Review WSJ advertising quotes. Memo to A. Sklar. | 0.25 | $575.00 | $143.75 |
| 05/11/2026 | ERD | Review WSJ advertising quotes. Memo to A. Sklar. | 0.25 | $575.00 | $143.75 |
| 05/11/2026 | ERD | Correspondence/e-mails from/to A. Sklar, R. Snyder re IRS notices. | 0.10 | $575.00 | $57.50 |
| 05/11/2026 | ERD | Review/finalize service of Notice of Chapter 11 Bar Date. | 0.25 | $575.00 | $143.75 |
| 05/12/2026 | ERD | Receive/review revised IRS proof of claim. | 0.10 | $575.00 | $57.50 |
| 05/12/2026 | ERD | Telephone calls from former Orbit customers re Chapter 11 admin bar date. | 0.65 | $575.00 | $373.75 |
| 05/12/2026 | ERD | Discussion with J. Ezzi re Affidavit of Publication - WSJ for Notice regarding Chapter 11 Administrative Claim Bar Date. | 0.25 | $575.00 | $143.75 |
| 05/12/2026 | ERD | Final review/approval of WSJ Publication/Notice | 0.35 | $575.00 | $201.25 |

| | | | | | |
|---|---|---|---|---|---|
| | | per Order Setting Bar Date for Chapter 11 Administrative Claims. | | | |
| 05/13/2026 | ERD | Review Proof of Service of Notice of Chapter 11 Administrative Claim Bar Date. | 1.50 | $575.00 | $862.50 |
| 05/13/2026 | ERD | Receive/review additional IRS notices. | 0.10 | $575.00 | $57.50 |
| 05/15/2026 | ERD | Review/finalize COS - Order Establishing Chapter 11 Administrative Claim Bar Date. | 0.50 | $575.00 | $287.50 |
| 05/16/2026 | ERD | Review/file WSJ Affidavit of Publication. | 0.10 | $575.00 | $57.50 |
| 05/27/2026 | ERD | Telephone calls from customers regarding Bar Date for Filing of Chapter 11 Administrative Claims. | 0.25 | $575.00 | $143.75 |
| 05/28/2026 | ERD | Customer calls regarding Chapter 11 Administrative Claim Bar Date. | 0.35 | $575.00 | $201.25 |
| 06/09/2026 | ERD | Draft LNL Interim Fee Application. | 1.00 | $575.00 | $575.00 |
| 06/11/2026 | ERD | Prepare Final LNL Fee Application. | 1.25 | $575.00 | $718.75 |
| 06/17/2026 | ERD | Correspondence/e-mails from/to and telephone call to M. Swiecinska regarding L. Bratton, W. Wasson, et al. litigation against Orbit. | 0.15 | $575.00 | $86.25 |
| 06/17/2026 | ERD | Draft LNL Application for Final Allowances. | 0.75 | $575.00 | $431.25 |
| 06/29/2026 | ERD | Telephone calls from customers regarding Chapter 11 Admin. Bar Date. | 0.65 | $575.00 | $373.75 |
| 07/01/2026 | ERD | Telephone calls re administrative claim bar date. | 0.25 | $575.00 | $143.75 |
| 07/11/2026 | ERD | Telephone call from A. Christinzio regarding Chapter 11 Admin. Claim and Order re Chapter 11 Admin. Expense Request. | 0.30 | $575.00 | $172.50 |
| 07/13/2026 | ERD | Correspondence/e-mail from customer regarding Request for Payment of Administrative Expense. | 0.15 | $575.00 | $86.25 |
| 07/14/2026 | ERD | Telephone calls from customers regarding Request for Chapter 11 Administrative Expense Payment. | 0.50 | $575.00 | $287.50 |
| 07/21/2026 | ERD | Correspondence/e-mails from/to M. Khan re claims versus Orbit. | 0.10 | $575.00 | $57.50 |
| 07/22/2026 | ERD | Telephone all from, and email to, T. Jones regarding Request for Administrative Expense. | 0.25 | $575.00 | $143.75 |
| 07/23/2026 | ERD | Telephone calls from creditors re Request for Allowance of Administrative Expense, August deadline for filing of Requests. | 0.40 | $575.00 | $230.00 |
| 08/03/2026 | ERD | Telephone call from Monica S., Laszlo Szabo, defense counsel for Orbit, re Florida state court | 0.15 | $575.00 | $86.25 |

| | | | | | |
|---|---|---|---|---|---|
| | | litigation, status of corporate 7, stay relief to extent of available insurance proceeds. | | | |
| 08/04/2026 | ERD | Telephone call from Orbit customer re filing of administrative claim request. | 0.15 | $575.00 | $86.25 |
| 08/09/2026 | ERD | Draft LNL Application for Final Allowances. | 0.50 | $575.00 | $287.50 |
| 08/11/2026 | ERD | Correspondence/e-mails from/to U. butt regarding State of New Jersey, Division of Taxation asserted Administrative Claims. | 0.20 | $575.00 | $115.00 |
| 08/13/2026 | ERD | Review Chapter 11 admin claims. | 1.00 | $575.00 | $575.00 |
| 08/24/2026 | ERD | Telephone calls from former Orbit customers re Chapter 11 Admin. Claim Bar Date. | 0.50 | $575.00 | $287.50 |
| 08/25/2026 | ERD | Telephone calls from Orbit customers regarding Chapter 11 Admin. Claim Bar Date. | 0.80 | $575.00 | $460.00 |
| 08/27/2026 | ERD | Telephone calls from customers re 8/31/26 deadline for filing of Requests for Payment of Chapter 11 Administrative Expenses. | 0.35 | $575.00 | $201.25 |
| 08/28/2026 | ERD | Receive S. Abelson entry of appearance and request for allowance of Chapter 11 administrative claim on behalf of D. Irvin. | 0.15 | $575.00 | $86.25 |
| 08/28/2026 | ERD | Telephone calls from Orbit customers regarding 8/31/26 Request for Chapter 11 Administrative Claim Bar Date. | 0.75 | $575.00 | $431.25 |
| 08/31/2026 | ERD | Telephone calls from Orbit clients re Request for Allowance of Chapter 11 Administrative Claim deadline today. | 0.35 | $575.00 | $201.25 |
| 09/02/2026 | ERD | Review Requests for Allowance of Chapter 11 Admin. Claims. | 0.25 | $575.00 | $143.75 |
| 09/03/2026 | ERD | Telephone call with A. Sklar regarding Requests for Allowance of Chapter 11 Administrative Claims. | 0.20 | $575.00 | $115.00 |
| 09/03/2026 | ERD | Review/memo re Requests for Allowance of Chapter 11 Administrative Expenses. | 0.75 | $575.00 | $431.25 |
| 09/16/2026 | ERD | Telephone call with A. Sklar regarding Chapter 11 administrative claims, case closing issues. | 0.20 | $575.00 | $115.00 |
| 09/17/2026 | ERD | Complete LNL Final Fee Application. | 1.00 | $575.00 | $575.00 |
| | | | | **Services Subtotal** | **$18,888.75** |

## Expenses

| Date | Description | Total |
|---|---|---|

| | | |
|---|---|---|
| 03/24/2026 | Fee: Copy charge for 62 mailings of the Notice of Motion for Entry of Order | $68.20 |
| 03/24/2026 | Fee: USPS Postage for 62 mailings of the Motion for Entry of Order | $63.86 |
| 05/08/2026 | Fee: Fee for Mailing re: Order Extending Deadline COS (326 mailings / Postage $430.32 & Copies $423.80) | $854.12 |
| 05/12/2026 | Publication Fee: Legal Notice published in the Wall Street Journal on May 16, 2026. | $3,311.22 |
| | **Expenses Subtotal** | **$4,297.40** |
| | **Subtotal** | **$23,186.15** |
| | **Total** | **$23,186.15** |

**Amounts Outstanding After 30 Days Bear Interest at 15%**

## Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | 20000 Horizon Way, Suite 750<br>Mt. Laurel, NJ 08054 |

***In light of the risks presented by COVID-19, we strongly suggest you pay electronically, either by credit card, eCheck, or ACH transfer.***

***Please contact us if you need more information.***

**Thank You For Your Payment!**