| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>E. RICHARD DRESSEL, ESQ. (ED1793)<br>LEX NOVA LAW LLC<br>20000 Horizon Way, Suite 750<br>Mount Laurel, NJ 08054<br>(856) 382-8211<br>Attorneys for Andrew Sklar,<br>Chapter 7 Trustee | Case No.: 22-19628(ABA)<br><br>Chapter: 7 |
| In Re:<br><br>ORBIT ENERGY & POWER, LLC,<br><br>Debtor. | Judge: Andrew B. Altenberg<br><br>Hrg. Date: October 22, 2026 @ 10:00 a.m. |

**CERTIFICATION OF SERVICE**

1. I, Angela DiDonato:

☐ represent the ____________________________________in this matter.

☒ am the secretary/paralegal for E. RICHARD DRESSEL, ESQUIRE, who represents the Trustee, Andrew Sklar, Debtor in the above captioned matter.

☐ am the _________________ in the above case and am representing myself.

2. On September 22, 2026, I served copies of the following pleadings and/or documents to the parties listed in the chart below.

a. Fee Application Cover Sheet
b. Application of Lex Nova Law LLC for Allowance of Final Compensation and Reimbursement of Costs Expended for the Period March 1, 2026 through September 20, 2026; and
c. Proposed form of Order Granting Allowances.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 22, 2026

*/s/ Angela DiDonato*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102-5235 | Office of the United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf___________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other __ecf___________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Orbit Energy & Power, LLC<br>570 Mantua Blvd.<br>Sewell, NJ 08080<br><br>All parties receiving notices by ECF | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ecf_________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicole M. Nigrelli, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ecf_____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Anthony Ciardi III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103-5732 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ecf________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All parties receiving notices by ECF | | |