UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re: :
ORBIT ENERGY & POWER LLC :CASE NO. 22-19628/ABA
:CHAPTER 7

Debtor(s)

___________________________________

**CERTIFICATION OF NOTICING FEES AND INVOICE**
**FOR COLLECTION OF ADMINISTRATIVE EXPENSES**

The United States Bankruptcy Court is required by federal law to charge miscellaneous fees for certain tasks related to the Court's operation (e.g. $.50 for each notice it mails), therefore;

**IT IS NOTICED** that the Trustee shall conventionally file with the Clerk a copy of this notice along with a check (payable to "Clerk, United State Bankruptcy Court") for the following charges incurred to date: NOTICES:

_________ Notices at $.50 each (for notices sent prior to 1/1/98)
Total Notice Charges Due-----------------------------$_________________

PROOF OF CLAIM:

_________ Claims(s) at $.25 each (for each claim in excess of 10 filed prior to 1/1/98)
Total Claims Charges Due -------------------------- $_________________

DEFERRED FEES

_____________________________________________________

_____________________________________________________

_____________________________________________________

Total Deferred Fees Due ----------------------------$_________________

TOTAL ADMINISTRATIVE CHARGES DUE------------------- $_________________

Dated:___________________________ BY THE COURT

_________________________________
JEANNE A. NAUGHTON, CLERK

1 The payment of fees must be in the form of a corporate check, attorney trust account check, certified check or money order