UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| Orbit Energy & Power, LLC | : | Case No.: 22-19628 |
| | : | |
| Debtor(s). | : | Chapter: 7 |
| | : | |

**CERTIFICATION OF NOTICING FEES**
**AND INVOICE FOR COLLECTION OF ADMINISTRATIVE EXPENSES**

The United States Bankruptcy Court is required by federal law to charge miscellaneous fees for certain tasks related to the Court's operation (e.g. $.50 for each notice it mails), therefore;

IT IS NOTICED that the Trustee shall conventionally file with the Clerk a copy of this notice along with a check[1] (payable to "Clerk, United States Bankruptcy Court") for the following charges incurred to date:

NOTICES:

__________Notices at $.50 each (for notices sent prior to 1/1/98)

Total Notice Charges Due: $ 0.00

PROOFS OF CLAIM:

__________Claim(s) at $.25 each (for each claim in excess of 10 filed prior to 1/1/98)

Total Claims Charges Due: $ 0.00

DEFERRED FEES

______________________________

______________________________

______________________________

Total Deferred Fees Due: $ 0.00

TOTAL ADMINISTRATIVE CHARGES DUE $ 0.00

Date: October 07, 2026

JEANNE A. NAUGHTON, Clerk

BY: /S/ Elizabeth Grassia

*rev. 1/09/17.jml*

[1] The payment of fees must be in the form of a corporate check, attorney trust account check, certified check or money order.