UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW, LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
856-382-8211
Attorneys for Andrew Sklar, Chapter 7 Trustee

**Order Filed on October 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ORBIT ENERGY & POWER, LLC,

Debtor.

Honorable Andrew B. Altenburg

Chapter: 7

Bankr. No.: 22-19628(ABA)

Hearing Date: October 22, 2026
@ 2:00 pm

## ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: October 22, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed an Application for Final Allowances as counsel for Andrew Sklar, Chapter 7 Trustee; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** and **ADJUDGED** that Final Compensation and Expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
| --- | --- | --- |
| Lex Nova Law LLC | $18,888.75 | $4,297.40 |